UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Cassie Cordell Trueblood, next friend of Ara Badayos, an incapacitated person; The Snohomish County Public Defender Association, a non-profit corporation;<br><br>　　　　　　Plaintiffs,<br>v.<br><br>The Washington State Department of Social and Human Services; Western State Hospital; Kevin W. Quigley, Secretary of the Department of Social and Human Services, in his personal and official capacity; Ron Alder, Chief Executive Officer of Western State Hospital, in his personal and official capacity; Dr. Brian Waiblinger, Medical Director of Western State Hospital, in his personal and official capacity;<br><br>　　　　　　Defendants. | No. 14-cv-01178<br><br>**[PROPOSED]**<br>**ORDER GRANTING TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF** |

**[PROPOSED] ORDER** - PAGE 1

Having reviewed Plaintiffs' Emergency Motion for Preliminary Injunction and Temporary Restraining Order and supporting papers, Defendants' response thereto, oral argument from the Parties, and the case file, and otherwise being fully informed, the Court hereby FINDS:

A. Plaintiffs have a substantial likelihood of success on the merits of their claims for constitutional substantive due process violations;

B. Plaintiffs' legally incompetent clients are suffering on-going irreparable injury as a result of those violations;

C. The hardships endured by mentally ill persons held unlawfully in county jails are far greater than any hardship Defendants might bear in complying with the law;

D. The public's interest is advanced by the enforcement of the constitutional right to substantive due process; and

E. Immediate preliminary injunctive relief is the only remedy adequate to protect Plaintiffs' clients.

Accordingly, pending final resolution of this matter, the Court ORDERS that:

1. Defendants are enjoined and restrained from failing to provide legally incompetent in-custody individuals subject to a trial court order submitted pursuant to RCW 10.77 with transportation to Western State Hospital or an functionally equivalent mental health treatment facility within seven days of Defendant's receipt of such order;

2. Defendants are enjoined and restrained from failing to provide legally incompetent in-custody individuals subject to a trial court order submitted pursuant to RCW 10.77 with professional mental health competency restoration treatment at Western State Hospital or an functionally

2 - COMPLAINT

1    equivalent mental health treatment facility within seven days of
2    Defendant's receipt of such order;
3. With respect to the legally incompetent in-custody individuals referenced in paragraphs 1 and 2 who have waited longer than seven days for transportation and treatment, including Ms. Badayos, Defendants are enjoined and restrained from failing to provide the services described in paragraphs 1 and 2 in less than 48 hours from the entry of this Order;
4. Defendants are subject to sanctions for contempt of court in the amount of $600 per day, per individual for any violation of this order.

//
//

3 - COMPLAINT

1   Plaintiff's motions for a Temporary Restraining Order and Preliminary Injunction
2 are GRANTED. This matter is set for a bench trial on the issue of Permanent Injunctive
3 Relief will on _____.

4

5                                         Dated this __ day of August, 2014.

6

7

8                                         _____
                                          THE HONORABLE JUDGE MARSHA J. PECHMAN
9                                         UNITED STATES DISTRICT COURT

10

11

12  Submitted by:

13

14

15

16  /s/ Braden Pence /s/_____
    Braden Cyrus Pence, WSBA# 43495
17  Snohomish County Public Defender Association
    2722 Colby Avenue, Ste. 200
18  ATTORNEY FOR PLAINTIFFS

19
    Copy received:
20

21

22

23

24  _____
    Attorney General for the State of Washington
25  ATTORNEY FOR DEFENDANTS

26
    4 - COMPLAINT
27

28