The Honorable MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, next friend of ARA BADAYOS, an incapacitated person; THE SNOHOMISH COUNTY PUBLIC DEFENDER ASSOCIATION, a non-profit corporation. <br><br> Plaintiffs, <br><br> v. <br><br> THE WASHINGTON STATE DEPARTMENT OF SOCIAL AND HUMAN SERVICES; WESTERN STATE HOSPITAL; KEVIN W. QUIGLEY, Secretary of the Department of Social and Human Services, in his personal and official capacity; RON ADLER, Chief Executive Officer of Western State Hospital, in his personal and official capacity; DR. BRIAN WAIBLINGER, Medical Director of Western State Hospital, in his personal and official capacity, <br><br> Defendants. | NO. C14-1178 MJP <br><br> NOTICE OF APPEARANCE |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

AND TO:   Braden Cyrus Pence
Snohomish County Public Defender Association
2722 Colby Avenue, Suite 200
Everett, WA 98201

NOTICE OF APPEARANCE
NO. C14-1178 MJP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

PLEASE TAKE NOTICE that defendants Kevin W. Quigley and the Washington Department of Social and Health Services, Ron Adler, Chief Executive Officer of Western State Hospital, and Dr. Brian Waiblinger, Medical Director of Western State Hospital, without waiving objection as to sufficiency of service of process or jurisdiction fo this Court, do hereby enter their appearance in the above-entitled action by and through his attorneys, ROBERT W. FERGUSON, Washington State Attorney General, and SARAH J. COATS, and AMBER L. LEADERS, Assistant Attorneys General, and requests that all further papers and pleadings, other than original service of process, be served upon said attorneys at the Office of the Attorney General, 7141 Cleanwater Drive SW, PO Box 40124, Olympia, WA 98504-0124.

RESPECTFULLY SUBMITTED this 6th day of August 2014.

ROBERT W. FERGUSON
Attorney General

SARAH J. COATS,   WSBA No. 20333
Assistant Attorney General

AMBER L. LEADERS, WSBA No. 44421
Assistant Attorney General
Attorneys for Defendants

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565
E-mail:	SarahC@atg.wa.gov
	AmberI1@atg.wa.gov

NOTICE OF APPEARANCE
NO. C14-1178 MJP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

# CERTIFICATE OF SERVICE

*Beverly Cox*, states and declares as follows:

I am a citizen of the United States of America and over the age of 18 years and I am competent to testify to the matters set forth herein. I hereby certify that on this __6__ day of August 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Braden Cyrus Pence: bpence@snocopda.org

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this __6__ day of August 2014, at Olympia, Washington.

*/s/ Beverly Cox*
BEVERLY COX
Legal Assistant

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

NOTICE OF APPEARANCE
NO. C14-1178 MJP

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565