UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD et al., | CASE NO. C14-1178 MJP |
| Plaintiffs, | ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| v. | |
| WASHINGTON STATE DEPARTMENT OF SOCIAL AND HUMAN SERVICES et al., | |
| Defendants. | |

This matter comes before the Court on an emergency motion for temporary restraining order and preliminary injunction by Plaintiffs.  The Court has received and reviewed Plaintiffs' moving papers (Dkt. Nos. 2 and 13 (amended motion)), Defendants' response (Dkt. No. 7) and all attached declarations and exhibits.  Having heard oral argument on the motion, the Court rules as follows:

IT IS ORDERED that the motion is DENIED.

The Court finds that, at this juncture of the litigation, abstention is indicated by the principles enunciated in Younger v. Harris, 401 U.S. 37, 40-41 (1971).  Additionally, unresolved

issues of standing and whether the proper plaintiff is before the Court further mitigate against granting the extraordinary relief requested by Plaintiffs at this time.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 7th day of August, 2014.

Marsha J. Pechman
United States District Judge

ORDER ON MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY
INJUNCTION- 2