# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER: C14-1178 MJP |

        **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X       **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants are ordered to cease violating the constitutional rights of Plaintiffs and class members by providing timely competency evaluation and restoration services, and a permanent injunction is entered by the Court.

Dated April 2, 2015.

                                                                                          William M. McCool<br>
                                                                                          Clerk of Court

                                                                                         s/Mary Duett<br>
                                                                                         Deputy Clerk