# Quarterly Report to the Court

## Trueblood as Next Friend of AB et al v. Washington State Department of Social and Health Services (DSHS)

## Case No. C14-1178 MJP

Honorable Marsha J. Pechman
Chief United States District Judge

United States District Court for the
Western District of Washington at Seattle



Danna Mauch, PhD
Court Monitor
17 August 2015

## Table of Contents

1   Introduction ................................................................................................................1

2   People in the Plaintiff Class and Relief Ordered to Ensure Their Right
    to Timely Competency Services ...........................................................................2

    2.1   Conditions Affecting the People in the Plaintiff Class ......................................2

    2.2   Relief Ordered by the Court for Plaintiff Class Members ..................................3

          Reduce Wait Times for Jail Based Competency Evaluation and Admission to
          Hospital Based Competency Evaluation and Restoration to Seven Days ........................3

          Secure Sufficient Evaluation, Restoration and Administrative Personnel to Provide
          Competency Services within Seven-Day Time Frames........................................................3

          Secure Sufficient Bed Space to Admit Timely to State Hospitals and Alternative
          Inpatient Facilities without Sacrificing the Therapeutic Environment .............................4

          Modify Procedures to Meet Seven-Day Time Frames for Competency Services ...........4

          Plan for Growth in Demand for Competency Services .....................................................4

          Appoint a Court Monitor and Provide for Reporting on the Status of Compliance ........4

3   Summary of Defendants' Actions for the Period April through June
    of 2015.......................................................................................................................6

    3.1   Administrative Actions ........................................................................................6

    3.2   Budgetary Actions ...............................................................................................9

    3.3   Personnel Actions to Staff Administrative and Clinical Services to Ensure Provision
          of Timely Competency Services..........................................................................9

          State Personnel Hired by DSHS .......................................................................................10

          Contracted Personnel Hired by Counties .........................................................................11

    3.4   Facility Modification and Procurement Efforts to Provide Sufficient Inpatient
          Evaluation and Restoration Bed Capacity ........................................................11

          Increasing Bed Capacity at State Hospitals .....................................................................11

    3.5   Actions to Modify Policies and Procedures to Change Practices to Achieve Timely
          Evaluation and Restoration Services .................................................................13

    3.6   Other Actions to Improve System of Care and Divert Individuals from the Justice
          System.................................................................................................................14

          Diversion Alternatives .....................................................................................................15

    3.7   Estimates of Time Frame for Reaching Compliance and Data Dependencies ...............15

    3.8   Submission of Long-Term Plan .........................................................................15

    3.9   Submission of Monthly Reports to the Monitor ................................................18

4   Defendants' Progress in Ensuring Class Members' Rights to Timely
    Competency Services.............................................................................................19

System Process Results and Class Member Outcomes: ...............................................19

Reported Volume of Orders for Competency Evaluation and Restoration ....................20

4.1    Progress on Reducing Wait Times to Seven Days for Jail Based Competency
Evaluation and Admission to Inpatient Competency Evaluation and Restoration
Services ......................................................................................................................20

Timeliness of Competency Evaluation and Restoration Services ................................21

4.2    Progress in Securing Sufficient Staff and Beds to Achieve Timely Competency
Services ......................................................................................................................25

Status of Efforts to Secure Sufficient Personnel and Open Additional Beds .................25

Status of Efforts to Redesign Wards and Redistribute Patient Populations to Open
60 Beds......................................................................................................................26

Status of the Competency Services RFI and Maple Lane Site under Consideration......27

4.3    Progress in Modifying Procedures to Achieve Timely Competency Services ...............27

4.4    Progress in Planning for Growth in Demand for Competency Services ........................27

Progress on Identifying the Risk of Increased Demand for Inpatient Beds....................28

Progress on Diversion Alternatives ...............................................................................29

Summary ........................................................................................................................29

5    Recommendations for Actions to Remedy Gaps in Performance ........... 31

5.1    Address Urgency in Provision of Competency Evaluations with Interim Measures
to Eliminate the Backlog of Class Members Waiting in Jail and at Risk for Periods
of Time that Exceed Seven Days ...............................................................................31

5.2    Address Mid-Term and Long-Term Performance with Safeguards to Ensure
Continuous Provision of Timely Competency Services ..............................................32

5.3    Establish Alternative Sites for Inpatient Restoration...................................................34

Preliminary Findings and Recommendations Regarding the RFI .................................35

Existing Competency Restoration Programs and Relative Success Rates......................36

5.4    Reduce Growth in Demand for Competency Evaluations.............................................37

Progress on Diversion Alternatives ...............................................................................37

Back Door Use of Courts to Access the Mental Health System Indicates the Need to
Reinvest in Community Behavioral Health and Disability Systems ..............................37

5.5    Implement Administrative Advisories and Actions......................................................38

6    Priority Actions for Monitoring and Assistance ......................................... 39

6.1    Validate Data and Standardize Reporting....................................................................39

6.2    Take Emergency Action to Engage Extra Hands to Eliminate Backlog .......................40

6.3    Accelerate Development of County Panels of Qualified Evaluators and Outstation
Evaluators at New Site Offices ..................................................................................41

6.4    Initiate Certification and Fund Forensic Fellows at Established Medical and Graduate Schools ........................................................................................41

6.5    Ensure that Competency Restoration Services are Set in Therapeutic Environments Staffed by Licensed Healthcare Professionals.................................................................41

6.6    Explore Technical Assistance on Developing a Forensic Continuum of Care...............42

6.7    Advance Changes in Administrative Procedures...........................................................42

7   Endnotes..................................................................................................44

Attachments

A.  Monthly Report to the Court Appointed Monitor – Submitted May 2015
B.  Monthly Report to the Court Appointed Monitor – Submitted June 2015
C.  Monthly Report to the Court Appointed Monitor – Submitted July 2015
D.  Long-term Plan to the Court – Submitted July 2015

.

# 1   Introduction

This document is the first quarterly report to the Honorable Marsha J. Pechman of the United States District Court for the Western District of Washington at Seattle (the Court) in the matter of *Trueblood as next friend of AB et al v. Washington State Department of Social and Health Services (DSHS).* "AB" and other people complained that they were detained too long in jail, prior to trial for either a misdemeanor or a felony, on orders for either evaluation or restoration of their competency to stand trial. State statute (RCW 10.77.068) called for competency evaluation of jail detainees within seven days of court orders and transfer to a state hospital for either competency evaluation or competency restoration within seven days of court orders.[1] These statutory time frames reflected the vulnerability of individuals like "AB" who were ordered for competency services, including persons with mental illness and/or substance use conditions, persons with intellectual or developmental disabilities, and persons with traumatic brain injury or cognitive impairments. Despite the time frames established in Washington State statutes, the majority of class members waited weeks, and some months, for competency evaluation and/or competency restoration services.  A trial was held in March of 2015, during which testimony confirmed the long waits for competency services and underscored the harm endured by vulnerable class members as a result of stays in jail. Experts for the Defendants and the Plaintiffs were in substantial agreement about the facts contributing to long delays and on the staffing, treatment bed, and procedural remedies required; experts diverged on the acceptable length of delay in providing competency evaluation services and on the use of jails as sites for competency restoration services.

The Court ruled in this matter on April 2, 2015, affirming due process rights and framing urgently needed relief for the Plaintiff Class of individuals in the State of Washington who are pretrial detainees ordered for evaluation or restoration of their competency to stand trial. The Court ordered the State of Washington to take immediate steps to improve the timeliness of competency evaluations performed on individuals detained in jail and the timeliness of admission to state hospital inpatient services for those ordered for competency evaluation or restoration services. Pursuant to Judge Pechman's ruling, the Parties nominated and the Court appointed a Monitor, who was directed to assist in and report on progress in DSHS' implementation of the Court's orders.  Defendants filed an appeal of the requirement to complete competency evaluations for pretrial detainees within seven days, but did not seek a stay and stated their intent to implement the Court's orders. This report summarizes the efforts of the State of Washington, the status of compliance, and further steps required to provide class members relief as ordered by the Court. Findings are based on information gathered from parties, stakeholders, published reports, and conditions observed in site reviews.  This report reflects an initial approach to format and content, covering topics directed in Judge Pechman's order.  As the first, the report lays a foundation and provides a summary of the case findings and court orders, which may not be repeated in future reports. Some findings are preliminary and subject to revision based on additional information that is anticipated in future reports from the Parties, in part due to changes in DSHS analytic methods and data presentation. Comments and input from the Parties and the Court are welcome and will be addressed in subsequent reports.

## 2  People in the Plaintiff Class and Relief Ordered to Ensure Their Right to Timely Competency Services

> *"All persons who are now, or will be in the future, charged with a crime in Washington and: (a) who are ordered by a court to receive competency evaluation or restoration services through the Washington State Department of Social and Health Services ("DSHS"); (b) who are waiting in jail for those services; and (c) for whom DSHS receives the court order."[2] – Honorable Marsha J. Pechman*

> *"At all times relevant to this case, class members are pretrial detainees and, as such, have not been convicted of the alleged crime for which they were arrested and sent to jail."[3] – Honorable Marsha J. Pechman*

On October 31, 2014, the US District Court of Western Washington at Seattle certified the Plaintiff Class as all persons who have been charged with either a misdemeanor or a felony crime, but not yet tried. Class members are those who are held in jail before trial while waiting for court-ordered competency services. Competency services include competency evaluation, which for pretrial detainees may be provided in jail or in a hospital, and competency restoration, which is to be provided in a hospital for those found incompetent to stand trial after evaluation. The majority of men and women who are ordered for competency services have a health or disability condition that may affect their ability, temporarily or longer, to stand trial. This may be because they do not understand the nature of their criminal charges, the consequences of conviction, the court's proceedings, and/or how to assist in their own defense.  Some of these individuals have an intellectual disability or cognitive impairment that began during development or is due to injury or disease. A larger number of class members have mental health and/or substance use conditions that typically begin in adolescence and young adulthood.

As noted above, Washington State DSHS is required to provide competency services in a timely manner. According the Court's ruling issued on April 2, 2015, for individuals waiting in jail for those services, DSHS is required to provide competency evaluation in the jail within seven days of receiving a copy of an order.  If a pretrial detainee is ordered for an inpatient competency evaluation, DSHS must admit the individual into the designated state hospital within seven days. If the individual is found incompetent after an evaluation, and an order is issued for inpatient restoration services, DSHS is required to admit the individual to a hospital within seven days to begin competency restoration treatment.[4]

### 2.1  Conditions Affecting the People in the Plaintiff Class

Class members are vulnerable people, who have serious health conditions and disabilities.  Class members need to be served in protected and therapeutic environments where they can be safely evaluated and restored.  Plaintiff "AB" spent 37 days in solitary confinement in Snohomish County jail without treatment while awaiting transportation to court ordered competency restoration services at WSH.[5] Jails are by design not suited to providing for the special needs of

class members, as described in extensive expert testimony at trial. In fact, jail environments pose serious risks for vulnerable class members.  The Parties were reminded of this fact in March of 2105, during the week before trial, with the jail suicide of one class member who was detained too long for a competency evaluation.[6]  Plaintiff "KR" spent most of his 75 day stay at Thurston County jail in solitary confinement without treatment after being assaulted by his cellmate.[7] The day after the Court's ruling in April of 2015, a young man died waiting for competency services, detained pretrial on a minor charge in the Island County jail. DSHS completed an evaluation within seven days, finding him incompetent, and a day later this class member died of dehydration and apparent neglect.[8]

## 2.2   Relief Ordered by the Court for Plaintiff Class Members

> *"The State of Washington is violating the constitutional rights of some of*
> *its most vulnerable citizens."[9] - Honorable Marsha J. Pechman*

Recognizing the failure to assure individuals charged with crimes their due process rights and the grave risk associated with long waits in jail for vulnerable class members, the Court ordered the Defendants to take a number of steps to provide timely competency services. Steps ordered to improve timeliness of competency services were identified by both Defendants' and Plaintiffs' experts at trial. Class members with serious mental health conditions, intellectual disabilities or cognitive impairments sometimes wait months for evaluations and, if found incompetent to stand trial, wait weeks and sometimes months longer for a bed at a state hospital where their competency can be restored. For many, particularly class members charged with misdemeanors, the time spent waiting is longer than any sentence that would be imposed if they were found guilty of the charges filed against them.

*Reduce Wait Times for Jail Based Competency Evaluation and Admission to Hospital Based Competency Evaluation and Restoration to Seven Days*
Recognizing the harms caused by prolonged incarceration, the Court ordered DSHS to provide jail based competency evaluations within seven days, as noted above. If the class member is ordered for an inpatient competency evaluation, DSHS must admit the individual to the designated hospital within seven days.  In the case of a class member ordered, upon a finding of incompetence to stand trial, for inpatient competency restoration services, DSHS must admit the individual to the designated hospital within seven days. The Court ordered the State of Washington and DSHS to meet the seven day time frames for provision of competency services "as soon as practicable, but no later than nine months from the date of this order" in recognition of the violation of class members' constitutional rights.[10]

*Secure Sufficient Evaluation, Restoration and Administrative Personnel to Provide Competency Services within Seven-Day Time Frames*
The Court further ordered Washington State and DSHS to "secure sufficient evaluation staff, restoration staff, and administrative staff" to allow competency services to be provided within seven days.[11] If DSHS is unable to complete a competency evaluation in a jail within seven days, DSHS is to get an extension from the ordering court "for individualized clinical good cause" or

"immediately admit the individual to a state hospital" to complete the evaluation.[12] Clinical good cause is defined as "based on the unique medical or psychiatric needs of the particular individual" and the definition specifically excludes system administrative or resource gaps as qualifications for an extension of time to complete the competency evaluation.[13]

*Secure Sufficient Bed Space to Admit Timely to State Hospitals and Alternative Inpatient Facilities without Sacrificing the Therapeutic Environment*
The Court ordered DSHS to take necessary steps to operate or acquire enough beds and facilities so that class members are admitted for either inpatient competency or restoration services within seven days of receipt of a court order. The Court further ordered that DSHS was to achieve this "without sacrificing the therapeutic environment of a psychiatric hospital."[14]

*Modify Procedures to Meet Seven-Day Time Frames for Competency Services*
In testimony given at trial, as well as in affidavits and exhibits filed by the Parties, it was evident to the Court that there are numerous inconsistencies in procedures and practices that contribute to delays in providing competency services.[15]   Examples of gaps in consistent policies and procedures that affect class members are found across the health, human services and justice systems in Washington, including variation and gaps in:

- DSHS hospitals' data reporting, admission practices, treatment policies, and forensic bed management;
- Complete transfer of charging documents and other discovery materials needed for evaluations;
- Timely transport from jails upon an offer of admission to a state hospital; and
- Interpretation of State statutes and Court orders by defense counsel, prosecutors and judges.

*Plan for Growth in Demand for Competency Services*
Significant and predictable increases in demand for competency services in the State of Washington are a major cause of the current backlog in meeting seven-day time frames for competency evaluation and restoration services. The Court recognizes that steps to address the current backlog and meet current levels of demand for competency services are not sufficient safeguards for class members who have a right to and will in the future depend on timely services. The Court, therefore, ordered DSHS to prepare a long-term plan that outlines how DSHS will provide competency services within seven days, "even as demand for such services continues to grow and the state hospitals' existing campuses reach their full capacities."[16]

*Appoint a Court Monitor and Provide for Reporting on the Status of Compliance*
The Court ordered the Parties to nominate a mutually agreed upon candidate or submit names for the Court's selection. The Parties jointly stipulated to the appointment of the Monitor on April 16, 2015 and the Court appointed the Monitor by order on April 24, 2015.

As per the Court's original order of April 2, 2015, the Defendants submit a *Monthly Report to the Court Appointed Monitor* (Monthly Report) by the 5th day of each month, detailing the status

of compliance with the above listed points of relief.  According to the terms of the Court's orders, the Monitor submits within 30 days of receipt of the third Monthly Report from the Defendants, a quarterly report. The quarterly report is ordered to review Defendants' progress, status of compliance, certification of compliance with deadlines, and estimates on when the State of Washington and DSHS will reach compliance.[17]

In keeping with the direction of the Court, the Monitor provides the following in the balance of this document:

- A summary of Defendants' actions for the period April through June of 2015;
- A review of the sufficiency of reported Washington State and DSHS progress in ensuring class members' needs for and rights to timely competency services;
- Recommendations for actions to remedy gaps in performance; and
- Recommendations on next steps in providing monitoring services.

Following the main body of the report, source documents and references are cited in endnotes format.  The exception to this is information drawn from Monthly Reports and the long-term plan provided by Washington State and DSHS.  Appendices are provided to incorporate in full each *Monthly Report to the Court Appointed Monitor* and the *Long-term Plan*, as submitted by Washington State and DSHS in the quarter under review. The Appendices include reports submitted for the months of April, May, and June of 2015.

# 3  Summary of Defendants' Actions for the Period April through June of 2015

*"Excessive time spent in jail is a terrible thing for a mentally ill person."*[18]
*- Assistant DSHS Secretary Jane Beyer*

In response to the Court's orders, the Washington State's DSHS submits a *Monthly Report to the Court Appointed Monitor*. Reports submitted in May, June, and July of 2015 describe Washington State DSHS efforts during April, May, and June of 2015 designed to implement Court orders and achieve compliance.  These reports are found are found in Appendix A, B, and C, respectively, of this report. DSHS also submitted the required *Long-term Plan,* which is found in Appendix D. Material and status reports provided in each *Monthly Report to the Court Appointed Monitor* and the *Long-term Plan* are cited throughout Sections 3, 4, 5, and 6 of this report.

Although the full reports and plan are attached, for the record and convenience of readers, the text that follows synthesizes and summarizes the information conveyed by the Defendants on actions designed to comply with orders of the US District Court. In this section of the Monitor's quarterly report, DSHS actions are synthesized across the months of reporting and are not evaluated for sufficiency.   Comments on the status and impact of DSHS progress on implementing the Court's orders in found in the next section of this report.

Securing an adequate number of staff and inpatient treatment beds to administer and provide competency services within the time frame ordered requires administrative, budgetary, personnel, physical plant and contracting actions. Moreover, in the absence of timely solutions within these actions, meeting the needs and rights of class members for timely competency services requires emergency executive and regulatory action.

## 3.1   Administrative Actions

In order to provide timely competency evaluation and restoration services in compliance with Court orders, the State of Washington and DSHS are implementing a number of administrative actions.  DSHS details these actions each month in the *Monthly Report to the Court Appointed Monitor*. Highlights are summarized below.

These actions are designed to strengthen infrastructure and improve functioning of Washington State DSHS forensic services, with a priority to address the Court orders, including to provide: court ordered competency evaluation services in jails within seven days; admission to hospitals for court ordered competency evaluation services within seven days; admission to hospitals for court ordered competency restoration services within seven days; accountable administration of contracted competency services; valid and reliable data on system performance; monthly reporting to the Court Monitor; and other administrative, clinical and operations management activities as may be required to achieve compliance with the Court orders in this matter.

In summary, administrative steps taken to advance implementation of Court orders during this first quarterly reporting period include:

- Staffing for administrative functions to implement Court orders: DSHS reports combined efforts to hire administrative personnel funded in the Biennium Budget, including appointment of an Executive Director of Planning and Performance for implementation oversight and reporting, and execution of a consulting contract with Groundswell Services, the firm that provided expert services to Washington State in preparation for the trial, to assist DSHS with development of an office of forensic services, development of the Long-term Plan, and achievement of compliance with Court orders. Similarly, DSHS reports on the hiring plan for a Forensic Services Director, a position for which they currently have identified four candidates, as well as other Headquarters staff positions.

- Planning for implementation of Court orders: DSHS reports on the development of an implementation project plan to guide and track tasks designed to meet requirements of the Court's orders, for which they have assigned DSHS staff to project teams structured to execute implementation tasks.

- Establishing communications with and reporting to the Monitor: DSHS reports on their work to execute a contract to compensate the work of the Monitor and to communicate the Monitor. Communications flow through regularly scheduled conference calls, monthly reports, as well as ad hoc meetings, document sharing, correspondence and telephone calls.  DSHS prepares, submits, and reviews reports with the Monitor before releasing the *Monthly Report to the Court Appointed Monitor* to the Plaintiffs and stakeholders. Reports have been submitted covering activities conducted during the months of April, May, and June of 2015.

- Preparing and submitting the *Long-term Plan*: DSHS engaged Groundswell Services for analysis and recommendations provided in the plan. DSHS reports on the process of drafting and reviewing the report, with submission to the Court on July 2, 2015.

- Coordinating with the Washington State Legislature for policy, statutory and budgetary support of DSHS implementation of Court orders:  DSHS reports on its development and execution of policy and legislative actions to address issues between Washington State and County governments affecting compliance with the Court's orders, such as contracting for competency evaluations, transmitting court orders and related documents, and transporting class members from jails to hospitals.  DSHS staff briefed legislators and legislative staff on requests in the Biennium Budget to fund improvements to competency services.  DSHS further describes their work in preparation of legislation to support policy and procedural changes with County government entities delivering elements of competency evaluation and restoration services (i.e., competency orders, charging documents, jail transport, and medical clearance, contained in SB 5177, passed on May 28, 2015. DSHS has established twice-monthly meetings to review monthly reports and long-term plan implementation with the Legislature.

- Coordinating with counties and other State Government entities: DSHS reports in brief their plan to request and obtain County data for reporting to the Court on competency

services, and references a plan to define data elements needed from counties conducting evaluations for reports to Court by September 1, 2015.  Also referenced is the need to develop standard transport protocols, but no date is set for this or other actions related to interagency and intergovernmental coordination.

- Collecting and analyzing data for operations support, fiscal modeling and accountability: DSHS reports extensive activities in data collection and analysis and is investing in numerous new staffing positions to support these efforts. The status of hiring is reported under the subsection addressing personnel actions.  Among the tasks identified for which DSHS is increasing analytic capacity are: definition of staffing, facility capacity and resource needs; documentation of resources required for compliance and requests for funding; completion of analyses and review of models with Office of Financial Management (OFM) and legislative fiscal and policy staff; preparation of reports to executive, legislative, judicial and stakeholder bodies; preparation of data needed for Monthly Reports to the Monitor; and improvements to consistency in data definitions and sources across hospitals.  DSHS acknowledges the critical need for improvements to data collections processes, timeliness, completeness and accuracy of wait list data.  Also noted are efforts to consult with an electronic health records (EHR) vendor to improve timeliness and accuracy of forensic reporting, process accountability across ESH and WSH, and interface with court, jail, and county health record systems.

- Coordinating with the State's Human Resources Division: DSHS reports on steps taken to establish new positions funded by the Washington State Legislature.

- Coordinating with Labor organizations: DSHS describes a briefing to Labor organizations on the requirements contained in the Court's orders and setting of weekly meeting with labor leaders, during the briefing on April 23, 2015. DSHS reports on notices provided to Labor organizations on changes in budget, policy and operations for compliance with Court's orders, as well as notice on May 13, 2015 to affected employees pursuant to RCW 41.06.142 on a potential to contract for restoration services. There is no report of notice provided on hiring contractors for provision of competency evaluation services. According to the terms of Labor agreements as these apply to the DSHS plans for contracting competency restoration services, Labor organizations were notified of the publication of the Request for Information (RFI) on restoration services and the deadline for Labor organizations wishing to submit a plan for their alternative to contracting. The reported deadline for submission of Labor organizations' intent to form an Employee Bargaining Unit (EBU) to operate competency restoration services was August 11, 2015.

- Addressing Staff and Patient Safety to facilitate expansion of competency services at ESH and WSH: DSHS reports on collateral efforts to improve staff and patient safety as ESH and WSH.  These efforts include: establishing a Psychiatric Emergency Response Team (PERT) at ESH and adding a PERT at WSH.  Labor discussions were forecast to be initiated on August 1, 2015.  Steps to onboard and train staff to operationalize teams are pending.  DSHS notes that needed equipment was purchased on June 31, 2015. Other steps in working on a new Staff Safety Training curriculum, per the Labor/Management

Ad Hoc Safety Committee, including efforts to gain budget approval, develop the training curriculum, broaden best practices for patient interaction training, and operationalize the training and a system to monitor annual training implementation are projected for completion in October, 2015. DSHS has also hired new staff, effective June 20, 2015 to implement Comprehensive Assault Incident Reviews and establish an assault review workgroup by the end of October, 2015. The last item reported involves efforts to establish an eight-bed Psychiatric Intensive Care Unit (PICU), including work to engage the Labor/Management Ad Hoc Safety Committee, and secure a Supplemental Budget of $339,000 to complement a proposed budget for 23 FTEs to open a one to three-bed PICU in early 2016.

## 3.2   Budgetary Actions

Critical to implementing many of the proposed changes is the funding appropriated by the Washington State Legislature for the new Biennium Budget. Administrative actions taken by DSHS leadership, the Governor, and the Legislature in preparing, briefing, passing and signing the Biennium Budget are reported in detail in DSHS Monthly Reports and are outlined in the preceding subsection.

A summary of the budgetary actions taken as part of the Biennium Budget approved on July 9, 2015 and designed to support compliance with the Court's orders is outlined in Exhibit 1, below:

**Exhibit 1.     Biennium Funding for Improvements to Forensic Mental Health Services**

| Funding Item | Description | Amount |
|---|---|---|
| Competency Evaluation Staff | • 18.0 FTEs; $4.67 million:  Provide additional evaluations in the community to meet the mandatory timeline. | $4.67 M |
| Community Competency Evaluations | • Reimburse counties for local evaluation services when state hospital evaluators are unable to meet the mandatory timeline. | $402 K |
| Competency Restoration Wards | • 129.2 FTEs; 60 additional beds at state psychiatric hospitals; 30 additional competency restoration beds. | $26.9 M |
| Non-Felony Diversion | • Funding for community-based services, for people charged with non-violent crimes who can be safely diverted from prosecution into treatment. | $4.8 M |
| Office of Forensic Mental Health | • 11.0 FTEs; Strengthen quality and management of forensic mental health services.[19] | $4.2 M |
| **TOTAL FUNDING** | **Forensic Mental Health Services for Trueblood Compliance** | **$40.9 M** |

*Source: DSHS Monthly Reports to the Monitor*

## 3.3   Personnel Actions to Staff Administrative and Clinical Services to Ensure Provision of Timely Competency Services

There are two sources of funding in the Biennium Budget the cover the costs of professional staff to administer and provide competency services in the State of Washington. These sources include funding for both State personnel hired by DSHS to staff clinical and administrative

functions provided directly by the State and contracted personnel hired by counties to perform competency evaluations.

*State Personnel Hired by DSHS*

As outlined in Exhibit 1, above, several of the Biennium Budget funding initiatives pay for staff to cover competency evaluation, competency restoration and forensic program operations as the DSHS headquarters, ESH and DSH. These are outlined in Exhibit 2 below.

**Exhibit 2. Newly Approved Personnel for Improvements to Forensic Mental Health Services**

| Position Functions | Number of Full Time Equivalents (FTEs) |
|---|---|
| Competency Evaluation Services | 18.0 FTEs |
| Competency Restoration Services | 129.2 FTEs |
| Forensic Program Operations | 11.0 FTEs |
| **Total FTE Positions** | **158.2 FTEs** |

*Source: DSHS May Report to the Court Appointed Monitor*

These positions have been approved and funded and a number of steps taken to result in filled positions and personnel on board, working to improve competency services delivered to class members and achieve compliance with Court orders.

In summary, personnel actions taken during this first quarterly reporting period to advance implementation of Court orders to improve the provision of competency evaluation and restoration services include:

- Addressing with Labor organizations issues and requirements of the Court's orders: As noted above in Administrative Actions, these include notice of changes in policies and work requirements, establishment of new positions, and setting of new compensation rates for select labor classes.

- Working with Human Resources Division and Human Resources Team: DSHS reports work with its fellow State agency on development of new position requirements, establishment of new Forensic Evaluator positions, centralizing recruitment of 13.0 FTE Forensic Evaluator positions, and posting of Forensic Evaluator positions.

- Recruitment initiated and tracking tools employed: DSHS reports that three certified lists of applicants were released to ESH and WSH in May of 2015. Applicants were contacted and interviews conducted, by June 2015. Offers were extended and onboarding initiated for those evaluators who accepted positions. Note that DSHS reported in Monthly Report calls on the status of hiring and results, which were favorable for offers made to hire Psychologist Evaluators for WSH, but not successful for hiring at ESH.

- Prepare Outstation Locations: DSHS reports that it has identified sites for locating Evaluators in Everett, Vancouver, East Wenatchee, and Yakima, projected to be operational on July 1, 2015.

- Budget passage to secure compensation increases to State Employee Collective Bargaining Agreement: This step was necessary to proceed with offers to new

Psychologist Evaluators at new pay rates, as accomplished with passage of the Biennium Budget on July 9, 2015. Offers were extended to candidates following passage of the budget.

*Contracted Personnel Hired by Counties*

As outlined in Exhibit 1, above, the Biennium Budget includes an appropriation to cover Community Competency Evaluations for a total of $402,000. These funds are available to reimburse counties for local evaluation services when state hospital evaluators are unable to meet the mandatory timeline.

## 3.4  Facility Modification and Procurement Efforts to Provide Sufficient Inpatient Evaluation and Restoration Bed Capacity

The Defendant's approach to securing sufficient beds to execute timely inpatient competency evaluations and to provide timely admission to competency restoration services has focused on two options. The first is expansion of competency evaluation and restoration beds at Western State Hospital and at Eastern State Hospital.  The second option is development of new competency restoration beds in other locations.

At the time of the signing of the Court's orders, there were 827 beds at Western State Hospital and 287 beds at Eastern State Hospital. Additional beds and program management resources have been approved and funded and a number of steps taken to result in: preparing the physical plants of ESH and WSH for 60 additional competency evaluation and restoration beds; and implementing procurement activities to secure at another location 30 additional competency restoration beds. DSHS describes the purpose of these additional beds as a short term strategy to improve competency services delivered to class members and achieve compliance with Court orders.

*Increasing Bed Capacity at State Hospitals*

As detailed in testimony at trial, there were several barriers to providing additional beds for either inpatient competency evaluation or inpatient competency restoration services at ESH and WSH. Barriers included staffing gaps and physical plant limitations. Overcoming those barriers reportedly required:

- Increases in State DSHS budget appropriations for capital and operating requirements;
- Changes in salary levels, job classifications, forensic training, and assignment locations Designed to facilitate recruitment and  retention of sufficient levels of personnel; and
- Redesign and wards and redistribution of Not Guilty by Reason of Insanity (NGRI) patient populations at ESH and WSH to facilitate opening of 60 new beds.

Steps taken during the quarter to overcome these barriers are:

- Passage of Biennium Budget, as noted above including appropriations to cover Competency Restoration Ward costs in the amount of $26.9 million for 129.2 FTEs and associated operating expenses for 60 additional beds at state psychiatric hospitals and 30

*Report of the Court Monitor 17 August 2015*

additional competency restoration beds to be contracted in the short term pursuant to an RFI published on June 1, 2015;[20]

- Notice to Labor organizations of planned changes, as noted above;

- Recruitment and training of new personnel, funded in the Biennium Budget, also noted above; and

- Initiation of construction to facilitate relocation of NGRI patients and opening of new competency treatment beds at ESH and WSH.

In summary, facility modification and procurement activities executed to add bed capacity and advance implementation of Court orders during this first quarterly reporting period include:

- Preparations to open 15 beds on Ward S4 at WSH: DSHS reports a range of activities including design and permitting, construction, staff onboarding, ward preparation, patient movement to vacate beds, and panned opening of 10 newly vacated beds for occupancy by class members under Phase I on June 18, 2015.  DSHS reports progress on completing the building of a fence as a contingency on opening of five Phase II beds on September 15, 2015.

- Preparations to open beds on Ward E2 at WSH: DSHS describes a similar set of activities to those outlined above for Ward S4 retrofitting. Patients will be moved from E2 to E4 to accommodate construction and 30 beds are forecast to be open for occupancy by class members on or about December 17, 2015.

- Preparations to expand capacity on Ward S4 at WSH: These include discussions with Labor organizations, construction of a security fence, interior ward design and construction, and movement of NGRI patients to accommodate occupancy of 15 beds by class members on or about July 1, 2016.

- Preparations to expand bed capacity as ESH by a total of 30 beds: Reported activities include review of current ward occupancy and development of a relocation plan for staff offices and patients on ward 3S to ward 2S for duration of construction.  Negotiations are underway with the Department of Labor & Industries.  Plans are underway to complete CMS survey requirements for renovated ward 2N3.  NGRI patient from ward 3S will be moved to ward 2N3. Beds will be opened in two phases: 15 beds are slated for occupancy for competency restoration in Phase I on or about January 18, 2016, with another 15 beds slated for occupancy for competency restoration in Phase II on or about July 1, 2016.

- Increase Bed Capacity through procurement actions:  Given limitations in the physical plants at ESH and WSH, and the aforementioned challenges in recruitment and retention of sufficient levels of staffing in state hospitals, DSHS reports that a short-term plan is needed to increase bed capacity for competency services. DSHS reports that this will be achieved through services delivered outside of ESH and WSH, as detailed in the above-mentioned RFI, published on June 1, 2015.[21]

Steps taken during the quarter to pursue the procurement of additional competency restoration treatment bed capacity include:

- Evaluation of the potential to establish inpatient competency restoration facility at Maple Lane with a start date of January 2016:  The aforementioned RFI details three options of interest to Washington State. These three options include: DSHS and contractor jointly staff a program using a state facility; contractor solely staffs a program using a state facility; or contractor solely staffs a program using either a state health or jail facility. Planning is underway for a State-run option, including an examination of permitting and licensing requirements, and JCACHO and CMS certification requirements. DSHS plans are focused on Maple Lane, a juvenile justice facility located in Centralia WA.  Assorted testing, public facilities noticing and local School Board and public meetings were reported for dates in June and July of 2015. Additional steps in special use permitting and memoranda of understanding with the Department of Corrections (DOC) will be required during the fall of 2015, if this project proceeds at Maple Lane, as DOC is engaged in development of the site for its own programs, with a focus on serving prisoners who have mental health conditions at the Maple Lane site.

- Identification of alternative community sites for inpatient (or outpatient) competency restoration services: Whether the Maple Lane site is used or potential contractors propose alternative sites, DSHS is seeking 30 beds for a January, 2016 opening. DSHS reports on exploration of community based options and criteria for patient inclusion in those settings, as well as on development of protocols for competency evaluators to make recommendations to courts about class member placement in alternative restoration services.  These reports are in the context of discussion about the RFI posted on June 2, and DSHS documents additional steps taken to provide information to potential vendors, to interview those vendors and, if needed, post an RFP on or about August 15, 2015. Although earlier cited with a target start date of January, notes regarding the procurement plan cite a goal of contract execution and program operation by November 15, 2015.

## 3.5  Actions to Modify Policies and Procedures to Change Practices to Achieve Timely Evaluation and Restoration Services

Numerous players have a hand in the provision of competency services. Modification to policies and procedures are needed to support changes in practices designed to benefit class members and achieve compliance with the Court's orders. These modifications and changes require consent, participation, and resources under the direction and/or control of players both within Washington State government agencies and within Municipal and County government agencies and entities, including courts, jails and public safety organizations.

Senate Bill (SB) 5177 contains a number of provisions that have potential to change practice in ways that will improve timely provision of competency services, although not all elements of SB 5177 align with the Court's orders, particularly those suggesting use of jails for competency restoration. Examples of provisions in the Bill that support changes in procedure or practice that will facilitate implementation of the Court's orders include:

- Bill provisions address the lack of capacity for restoration services and encourage DSHS to develop alternative locations for persons "who do not require in-patient psychiatric hospitalization" level of care.

- Bill provisions indicate that courts may order individuals to alternative facilities for competency services that "may include community mental health providers or other local facilities that contract with the department."

- Bill provisions require the Secretary and Administrator of the Courts (AOC) to work with stakeholders to prepare standard forms for court orders for competency services pursuant to 10.77; the AOC is to convene and provide staffing by June of 2016.[22]

Steps taken during the quarter to pursue modifications of policy or procedure to foster practice change include:

- Reviewing protocols that impact performance of competency evaluation and restoration services: DSHS is cataloguing existing protocols that are internal to and external to DSHS. External protocols impacting the provision of competency services involve court clerks who provide court orders and files; prosecutors who provide discovery documents; and jail administrators who provide medical clearance documents and transport to ESH and WSH.

- Conducting value stream mapping (VSM) of competency service process: DSHS reports developing a current state map of competency services processes and systems; defining implementation activities to improve competency service delivery; and identifying gaps in protocols and recommended actions for improvement.

- Addressing County transport to restoration services: As part of administrative activities designed to streamline competency processes, DSHS reports plans to work with County jail administrators to develop standard transport protocols.

- Investigate mobile equipment purchase for out-stationed evaluators: DSHS reports efforts to acquire equipment to improve access and interface between DSHS systems and electronic health record (EHR) systems from remote locations to support more rapid entry of evaluation information.

## 3.6  Other Actions to Improve System of Care and Divert Individuals from the Justice System

The Court and the Parties agree that growth in demand for competency services is a problem that must be addressed in order to protect vulnerable individuals who should be cared for in the health and disability services system in Washington. Improving access to care and structuring diversion from the justice system will reduce demand for access through the competency evaluation and restoration process. Diversion programs exist in Washington State, including Clark County Adult Diversion, and related programs in Yakima, King and Pierce counties, treatment courts and community based provider organizations.

As detailed in testimony at trial, diversion is critical for class members who can be served in settings that are safer and less restrictive than jail. Diversion is also a critical strategy for State and County governments, RSNs and community based provider organizations in re-establishing the "center" of the behavioral health and disability care system and managing its interface with the justice system.  Contracted funds for diversion services, unlike fixed funding for State facility operations or State personnel, provide an opportunity for leveraging matching investments or in kind contributions that could increase the impact and ensure the sustainability of the diversion programs developed pursuant to this effort to reduce growth in demand for competency services in the State of Washington.

Given the already cited observation that demand for competency services is growing as a result of gaps in access to care and lack of service alternatives, investments in the State's public behavioral health and disability care system are warranted. The high numbers of class members with mental health and/or substance use conditions who are disaffiliated from community behavioral health services and drawn into contact with police, courts and jails argue particularly for reinvestment in the behavioral health system and investment in evidence based practices for managing care where the behavioral health system intersects with the criminal justice system.

*Diversion Alternatives*
Steps taken during the quarter to address demand through diversion are:

- Passage of Biennium Budget funding Non-Felony Diversion for community-based services, to be targeted to people charged with non-violent crimes who can be safely diverted from prosecution into treatment, totaling $4.8 million;
- Passage of the Biennium Budget funding the Office of Forensic Mental Health to strengthen quality and management of forensic mental health services, with some portion of the 11.0 FTEs, costing an estimated $4.2 million, to be working on community-based forensic services;
- Engaging stakeholders to develop policy recommendations; and
- Preparations for a not yet released RFA to solicit bids from providers to deliver diversion services.

## 3.7  Estimates of Time Frame for Reaching Compliance and Data Dependencies

Washington State writes in the Monthly Reports that it is "making every effort" to provide competency services within the seven-day timeframes ordered by the Court and that it "intends to comply with this requirement by January 2, 2016."

## 3.8  Submission of Long-Term Plan

Washington State DSHS submitted the *Long-term Plan* (Plan) to the Court on July 2, 2015.  The Plan describes DSHS' approach to: attaining compliance with Court orders to provide competency services within seven days of the signing of a court order for competency evaluation

or competency restoration; and maintaining compliance with the seven-day standard if presented with increasing demand for competency services.  The Monitor reviewed the plan and discussed key provisions with DSHS staff.

The *Long-term Plan* is based on four guiding principles and contains 4 key strategies to manage services response to demand, mitigate growth in demand, and preserve adherence to the seven-day time frames for delivery of competency services.

Principles guiding DSHS' development of the Plan include the following:

- Competency services will be provided promptly and efficiently, meeting the seven-day timelines;

- Changes implemented will maintain or improve the quality  of competency treatment services;

- Cross system collaboration is required to ensure the system achieves desired outcomes, with dependencies on system partners notes as including judges, court clerks, prosecutors, defense attorneys, law enforcement, and jail managers; and

- Long-term planning to meet Court orders must be innovative and dynamic, relying on improved data integrity and analysis and responding to "new or emerging data and experience."

The strategies cited in the Plan include the activities that DSHS catalogues in the Monthly Reports, as detailed throughout Section 3 and Section 4 of this report. In summary, the strategies outlined in DSHS' *Long-term Plan* include the following:

- DSHS proposes a number of steps to increase staffing and improve performance to enhance competency evaluation capacity and quality.  The main strategy for reducing wait times for competency evaluations is hiring of additional evaluators as funded in the Biennium Budget. When all new positions are filled, DSHS indicates there will be a combined 40 percent increase in the number of evaluators assigned across the State. Further reductions in wait times are proposed with the establishment of outstation offices in Everett (Snohomish County), Vancouver (Clark County), and the Tri-Cities of Kennewick, Pasco, and Richland (Benton and Franklin counties). Other aspects of the strategy to reduce wait times for evaluation include: improved system collaboration building on the Governor's leadership on SB 5177;  gaining cooperation with County government partners to facilitate a more efficient response at each step of the evaluation process; improved quality of evaluations by implementing a mentorship and training program guided by national experts on competency assessment; development of triage models per the Court order to identify those with "acute mental illness" in need of hospitalization;  and streamlining aspects of jail based evaluation processes, including adding support staff to relieve evaluators of administrative tasks like scheduling, gathering paperwork, and transcription.

- DSHS proposes additional steps to expand bed capacity for restoration treatment by adding 90 beds (60 combined at ESH and WSH; and 30 contracted for the short-term until additional state hospital capacity of 30 beds is developed in 2016). The increase in beds at ESH and WSH, as discussed earlier in this Section 3, includes 45 new competency treatment beds at WSH and 15 new competency treatment beds at ESH, for a total of 60 beds that are planned for operation by the end of 2015.  The Plan also indicates that there will be 15 additional new beds for ESH in 2016 and 15 additional new beds for WSH in 2016, for a total of 30 additional state hospital beds in 2016. In the short-term, DSHS is implementing a procurement process to acquire the 30 contracted beds referenced above.

- A Competency Restoration RFI[23] was issued in June, referenced in the Plan as a "stop gap" measure to ensure that an additional 30 beds are online by December 2015. The Plan indicates that these contracted beds would be "transitioned to" the state hospitals when DSHS opens 30 more state hospital beds in 2016.

- DSHS proposed to develop more robust and reliable data systems to support forecasting and monitoring of competency services.  DSHS plans to acquire staffing and expertise to build a data management infrastructure and improve current data collection, management, and analysis practices. DSHS briefly describes the need to develop technological platforms and interagency agreements to enhance cross-system information sharing capabilities.

- DSHS proposes to create diversion programs focused on people who have mental health conditions, with the potential to intervene at several different points in the criminal justice process – at arrest, prosecution or incarceration. In particular, DSHS discusses misdemeanor diversion at several junctures in the process - pre-arrest, pre-charging or post-booking diversion.  The Plan reports on a JLARC analysis revealing that 60 percent of evaluated misdemeanants had charges dismissed and an estimated 26 percent required treatment in the civil care system.  DSHS notes that it would be a better use of resources to divert vulnerable individuals to the civil care system rather than evaluate more people for competency to stand trial. The Report references the $4.8 M appropriation in the current budget for Diversion services and indicates a plan to target those funds to work with prosecutors, regional service networks (RSNs), and community behavioral health organizations/providers to serve diverted class members. The Plan also notes that diversion of elderly patients from civil commitment at WSH will free up beds in the long-term for forensic patients. A final element of a diversion strategy is referenced in the Plan. This involves prescreening of individuals who are before courts or already detained in jail for mental health, disability and competency conditions. The purpose is to divert to the civil care system those persons who are acutely ill or seriously disabled and likely incompetent. Plan authors briefly reviewed national models for prescreening, including Massachusetts and Washington DC, and Washington State practices that bear further examination for replication, including prescreening in the Snohomish County jail and in the King County and Seattle Municipal treatment courts.

## 3.9  Submission of Monthly Reports to the Monitor

Defendants' have submitted reports to the Monitor by the 5th of May, June, and July of 2015. Defendants and the Monitor review and discuss these reports at a prior scheduled meeting set to occur within the week after submission. Following the review meeting with the Monitor, the Defendants' reports are finalized and released to the Plaintiffs and interested stakeholders. Throughout the month, Defendants respond to requests from the Monitor for selected data and materials, and provide verbal or written updates to items outlined in reports or addressed in communications.  On selected issues, for example the development of predictive models for future demand for competency services, additional meetings are scheduled and conducted by phone or in person. In addition, as noted in the Monthly Reports, DSHS facilitated the execution of a contract to cover costs of the Monitor's work.

The Monthly Reports contain sections that provide: class member status information; data by case on performance in providing timely competency evaluation and restoration services; an outline of resources required to support timely provision of competency services; a summary of key accomplishments for the month; an outline of implementation steps taken and planned; and various appendices relating to the content of the particular report.

# 4 Defendants' Progress in Ensuring Class Members' Rights to Timely Competency Services

As cited in the Introduction, the United States District Court for the Western District of Washington ruled in this matter on April 2, 2015. In the ruling, the Court affirmed due process rights and outlined needed relief for the Plaintiff Class. The Court ordered the State of Washington to take immediate steps to improve the timeliness of competency services. A brief summary of steps ordered includes:

- Reduce wait times for competency evaluation and restoration to seven days;
- Secure sufficient staff and beds to administer and execute timely competency services;
- Modify procedures to achieve timely competency services; and
- Plan for growth in demand to ensure continued provision of timely services.[24]

Determining if the many steps taken by DSHS during the quarter under review *will* have the desired outcome of delivering competency services within seven-day time frames is challenging. Rather than engage in speculation about the long term outcomes of these efforts, it seems more appropriate to allow a modest period for these systemic actions to generate specific outcomes. But during this period, it is critical for the Defendants to undertake certain urgent interim actions, as set forth in Section 5 of this Report, so that class members do not continue to suffer unnecessary harm or excessive confinement in jail.

Washington State and DSHS are to be commended for making considerable progress in taking steps to leverage executive and legislative authority to provide budgetary and administrative resources designed to secure higher staffing and bed levels with the intent of meeting the seven-day time frames in January of 2016.

*System Process Results and Class Member Outcomes:*
As reported by DSHS, Defendants have implemented numerous steps to address the Court's orders. Washington State and DSHS have made progress through a number of concrete actions in passing the Biennium Budget, hiring personnel, renovating ward space, initiating procurements, and engaging intergovernmental actors toward improved performance of competency services. These are essential investments in the infrastructure and resourced needed to provide class members with relief. But to date, these steps have not impacted relief for class members, as demonstrated in the reports on wait times for competency services, the persistence of conditions in Washington's Municipal and County jails that place class members at risk, and the continuing pattern of ordering individuals charged for misdemeanors for jail based competency evaluations reflecting use of the justice system rather than the behavioral health and disability systems to address needs of vulnerable individuals. This problem was underscored in a story shared during a recent visit to the Yakima County Department of Assigned Counsel, concerning a class member who was languishing in the County jail awaiting evaluation, charged with the crime of stealing a cupcake and detained on the notion that help would be forthcoming.

*Reported Volume of Orders for Competency Evaluation and Restoration*

The volume of competency orders and number of class members is growing, as indicated in reports reviewed, visits to county jails, communications with Plaintiffs and Defendants, and meetings with the Parties, judges, prosecutors, defenders, health providers and other stakeholders. Numbers of cases and class members entering the system after the Court's order of April 2, 2015, and recorded in DSHS Monthly Reports to the Monitor, are displayed in Exhibit 3, below.

**Exhibit 3. Running Volume of Competency Cases in System: April through June 2015**

| Reporting Period | Number of Cases | Report Window Ending Date |
|---|---|---|
| April 2015 | 336 (incomplete count) | 4/21/15 |
| May 2015 | 918 | 5/14/15 |
| June 2015 | 1486 | 6/16/15 |

*Source: DSHS Monthly Reports to the Court Appointed Monitor: Data for April through June of 2015*

DSHS began a new count of competency cases starting in late March of 2015, shortly after the Court order was signed. The purpose of the new count was to examine the level of demand and performance towards the seven-day time frames for competency services established by the Court. There were some counting inconsistencies in the first month, as can be seen in an examination of Defendant's May 5th Monthly Report (showing a partial count of 336 cases). By the second month, as seen in Defendant's June 5th Monthly Report, the number of court orders for competency services across the first two months was reported at 918 cases. By the end of the third reporting period, as seen in Defendant's July 2nd Monthly Report, the number of court orders for competency services running across the first three months was reported at 1,486 cases.

## 4.1    Progress on Reducing Wait Times to Seven Days for Jail Based Competency Evaluation and Admission to Inpatient Competency Evaluation and Restoration Services

The Court ordered Washington State and DSHS to meet the seven-day time frames for provision of competency services "as soon as practicable, but no later than nine months from the date of this order" in recognition of the violation of class members' constitutional rights.[25]

The State of Washington is not now meeting the requirement to provide competency services within seven days, for jail-based evaluation, inpatient evaluation, and inpatient restoration services at either ESH or WSH.  As noted in Section 3, delays are worse for class members who depend on evaluators and inpatient beds at ESH, with median wait times of 60 days or longer for completed competency evaluations as compared to median wait times of 12 to 15 days for completed evaluations at WSH during the quarter under review.  Median days from signature of order to admission for competency restoration reportedly ranged from 15 to 44 days at WSH and 23 to 28 days at ESH over the quarter under review.

In the face of these challenges, other steps need to be taken to meet the seven-day time frames "as soon as practicable" for competency evaluation services.  Those steps that have been taken

and others that would accelerate the provision of competency evaluation services will be further delineated in the subsections that follow.

Despite the Court's citation that the State of Washington must be in compliance with seven days by the start of January of 2016, the critical conditions in the jails suggest that interim urgent measures to clear backlogs are in order. In response to the Monitor's inquiry about consideration of emergency hiring measure to address the persistent delays provision of competency evaluations in jails, DSHS indicated that a plan to have WSH staff cover ESH cases constitutes its interim response.

It is unclear if those evaluators are willing or able to work extra hours or will simply travel on certain days to Eastern Washington to handle cases, reducing the ability to meet time standards in Western Washington. DSHS should report within thirty days whether this proposed measure has been implemented as well as its impact on the seven-day time frame.

*Timeliness of Competency Evaluation and Restoration Services*
At trial, both parties presented Washington State statistics on the time frames for provision of competency services. The Court cited statistics as of December 2014 in the Court order and these are displayed below in Exhibit 4. As illustrated in the exhibit, waits for both evaluation in hospital and evaluation in jail were significantly longer for class members ordered for competency evaluation services delivered through ESH. Class members waited more than four times the length of the seven-day time frame for hospital based evaluations delivered at WSH and nearly six times the length of time at ESH. At best, class member waits for jail based evaluations were twice the seven-day time frame at WSH and, at worst, eight times the seven-day time frame at ESH. For those waiting for hospital based restoration services, waits for admission exceeded the seven-day time frame by a factor of three at ESH and four at WSH.

**Exhibit 4. DSHS Competency Evaluation Data to the Legislature: December 2014**

| DSHS Competency Service | Average Number of Days Waiting, ESH | Average Number of Days Waiting, WSH | Target Number of Days |
|---|---|---|---|
| Evaluation in hospital – bed offer | 41.2 | 30.6 | 7 |
| Evaluation in jail – completed | 56.3 | 14.7 | 7 |
| Restoration in hospital – bed offer | 20.9 | 29.8 | 7 |

*Source: DSHS Report to JLARC in December of 2014, as cited in Court Order on April 2nd of 2015.*

In an effort to have data that are comparable to the figures presented to the Court at the time of trial, the Monitor requested supplemental reports from DSHS, specifying methods for calculating average number of days waiting that were employed in the development of figures reported in December of 2014. Those methods differed from the reports provided during the last several months in two respects: use of a simple mean rather than a median; and separation of figures for competency evaluation ordered for jails and those for competency evaluation orders for

hospitals. The Parties are working on eliminating discrepancies and determining the best time frame for reporting of validated data.

Defendants reported to the Monitor information on the timeliness of both competency evaluation and competency restoration services for the months of April, May and June.  Exhibits 5 and 6, found below, display the details. Performance is cited as "average number of days" but is calculated as a median or midpoint in the data for number of days waiting for competency services. Highlights of the data include:

- ESH competency evaluation in jail figures combined with ESH competency evaluation in hospital figures indicate a median wait of 60 days or longer each month, with 0.0 percent to 2.0 percent of evaluations completed within the ordered seven days;
- ESH competency restoration in hospital performance fluctuated from 23 days to 28 days to 0 days (none of the four cases pending were admitted) from April to June, as compared to 20.9 days reported in December;
- WSH competency evaluation in jail figures combined with WSH competency evaluation in hospital figures indicate a median wait of 12 to 15 days per month, with 11 percent  to 15 percent of evaluations completed within the ordered seven days; and
- WSH competency restoration in hospital performance fluctuated from 44 days to 15 days to 25 days from April to June, as compared to 29.8 days reported in December.

Note that fluctuations in performance on competency restoration at WSH do not appear to be tied to the number of court orders signed for class members in need of services, as these ranged from 59 to 63 individuals per month. At ESH, the range was smaller (from 12 to 3 to 4 individuals ordered for restoration) in the respective months of April, May, and June. Despite a low number of cases each month, ESH was unable to timely complete evaluations and restoration admissions in any cases. ESH also reports a significantly higher number of days between ESH receipt of orders for evaluation or restoration and ESH receipt of discovery materials.  It has been suggested that this is an artifact of the approach taken at ESH in recording receipt of discovery materials. It bears additional study and action either with partners in the courts and jails or with staff at ESH.

Despite the low numbers of timely executed evaluations, and the instruction of the Court to file for extensions when unable to meet deadlines for "good clinical cause," extensions have not been requested by Washington State.  DSHS confirmed that delays in completion of evaluations were not, during this quarter under review, meeting the test of "good clinical cause."

**Exhibit 5. Competency Evaluation Data:  April 1, 2015 to June 30, 2015**

| Location | Date | Median Days from Signature of Order to: | | | Complete in 7 Days | Incomplete Evaluation-- Wait Time | Number of Court Orders Signed | |
|---|---|---|---|---|---|---|---|---|
| | | Hospital Receipt of Order | Hospital Receipt of Discovery | Completed Evaluation | Percent evaluations completed within 7 days of order signature | Median days from order signature to end of reporting period | Inpatient competency evaluation | Jail-based competency evaluation |
| Western State Hospital (WSH) | 4/1/2015-4/30/2015 | 0.0 | 1.0 | 14.0 | 14.4 | 10.0 | 10 | 176 |
| | 5/1/2015-5/31/2015 | 0.0 | 0.0 | 12.0 | 15.6 | 28.0 | 11 | 180 |
| | 6/1/2015-6/30/2015 | 0.0 | 1.0 | 15.0 | 11.2 | 11.0 | 9 | 210 |
| Eastern State Hospital (ESH) | 4/1/2015-4/30/2015 | 1.0 | 5.0 | 63.0 | 2.2 | 30.0 | 8 | 39 |
| | 5/1/2015-5/31/2015 | 1.0 | 6.0 | 60.0 | 1.5 | 45.0 | 4 | 37 |
| | 6/1/2015-6/30/2015 | 1.0 | 6.0 | 64.0 | 0.0 | 41.0 | 4 | 38 |
| Statewide Totals | 4/1/2015-4/30/2015 | 1.0 | 1.0 | 15.0 | 7.1 | 21.0 | 18 | 215 |
| | 5/1/2015-5/31/2015 | 0.0 | 1.0 | 14.0 | 12.2 | 31.0 | 9 | 217 |
| | 6/1/2015-6/30/2015 | 1.0 | 1.0 | 15.0 | 10.9 | 14.0 | 13 | 248 |

**Exhibit 6. Competency Restoration Data:  April 1, 2015 to June 30, 2015**

| Location | Date | Median Days from Signature of Order to: | | | Admitted for Restoration in 7 Days | Incomplete Restoration Admission--Wait Time | Number of Court Orders Signed |
|---|---|---|---|---|---|---|---|
| | | Hospital Receipt of Order | Hospital Receipt of Discovery | Admission for Restoration | Percent restoration admissions completed within 7 days of order signature | Median days from order signature to end of reporting period | Inpatient competency restoration |
| Western State Hospital (WSH) | 4/1/2015-4/30/2015 | 1.0 | 1.0 | 44.0 | 24.3 | 20.0 | 59 |
| | 5/1/2015-5/31/2015 | 1.0 | 1.0 | 15.0 | 25.0 | 20.0 | 63 |
| | 6/1/2015-6/30/2015 | 1.0 | 1.0 | 25.0 | 20.3 | 8.0 | 62 |
| Eastern State Hospital (ESH) | 4/1/2015-4/30/2015 | 1.0 | 2.0 | 23.0 | 16.7 | 42.0 | 12 |
| | 5/1/2015-5/31/2015 | 1.0 | 2.0 | 28.0 | 7.1 | 53.0 | 3 |
| | 6/1/2015-6/30/2015 | 0.0 | 2.0 | 0.0 | 100.0 | 27.0 | 4 |
| Statewide Totals | 4/1/2015-4/30/2015 | 1.0 | 1.0 | 43.0 | 18.6 | 22.0 | 71 |
| | 5/1/2015-5/31/2015 | 1.0 | 1.0 | 25.0 | 21.2 | 24.0 | 66 |
| | 6/1/2015-6/30/2015 | 1.0 | 1.0 | 25.0 | 21.3 | 13.0 | 66 |

## 4.2   Progress in Securing Sufficient Staff and Beds to Achieve Timely Competency Services

As noted in Section 3, steps to increase staffing include: securing agreement to increase salaries of State employee evaluators; securing the budget for new staff, recruiting additional staff, and making job offers to those staff.  Longer term plans to develop a certification training program are not material to meeting the short term compliance target. A parallel activity, working with select counties to expand their panels of contracted evaluators, is supplemental to the staffing effort, but has not netted results during the period under review.

*Status of Efforts to Secure Sufficient Personnel and Open Additional Beds*
The Defendant's main approach to securing sufficient personnel to execute timely competency evaluations, either in jails or in hospitals, and to provide timely admission to competency restoration services, has focused on hiring state employees to perform these services. DSHS succeeded in staffing to open 10 beds as scheduled at WSH in June of 2015.  There are 5 more beds pending at WSH in September and another 30 scheduled for December at WSH. There are 15 new beds scheduled for opening in November at ESH. As detailed in testimony at trial, there were several barriers to increasing staffing for competency services within the ranks of state employees. Barriers included budget, salary, classification, recruitment, training, assignment location, and retention. Steps taken during the quarter to overcome these barriers are outlined in the preceding section of this report.

DSHS singularly pursued hiring of State personnel to staff competency evaluation services, despite a difficult track record in recruitment and retention, particularly in Eastern Washington. DSHS was encouraged by labor agreements and budget funding that increased salaries of psychologists and physicians, and initiated recruitment running parallel with efforts to pass the budget. When the budget passed in early July, offers were made to nearly a dozen psychologists to fill evaluator positions. The acceptance rate for offers to work in Western Washington was high; however, no offers were accepted for Eastern Washington, netting eight new evaluators for Western Washington.

There was not a comparable effort to recruit Washington counties to participate in the use of contracted evaluator panels. More progress was made on efforts to open beds.  In summary, progress includes:

- Passage of the 2015 – 2017 Biennium Budget with appropriations covering  18.0 FTE Competency Evaluation Staff for a total of $4.67 million to provide additional evaluations in the community to meet the mandatory timeline;
- Passage of the 2015 – 2017 Biennium Budget with appropriations covering  Competency Restoration Ward costs including 129.2 FTE staff and related operating funds in the amount of $26.9 million for 60 additional beds at ESH and WSH and procurement of 30 additional competency restoration beds in 2015, which may be transferred to state hospitals in 2016;

- Negotiation of salary increases were successful and eight new evaluators have been hired for WSH;
- Recruitment of administrative and Office of Forensic services staff; and
- Appropriations to cover Community Competency Evaluations for a total of $402,000 to reimburse counties for local evaluation services when state hospital evaluators are unable to meet the mandatory timeline, although reports indicate that this opportunity has not been actively promoted and there has been little uptake in Washington counties.

*Status of Efforts to Redesign Wards and Redistribute Patient Populations to Open 60 Beds*
DSHS details, as outlined in Section 3 above, a long list of actions in progress at ESH, WSH and DSHS headquarters that are targeted to opening 60 beds.  Opening 60 beds at ESH and WSH requires reconfigurations and renovations of not only the spaces to be occupied by patients ordered for competency services but also of other spaces that will accommodate moves of NGRI patients now occupying some of the identified wards.  As discussed in Section 3, numerous steps have been taken with permitting, design, inspections and initiation of construction. Hiring of personnel for beds that will open in September is in progress, with numerous clinical and administrative positions posted at present for ESH and WSH.

In summary, the status of preparations to open a total of 60 new beds in 2015 to provide competency services, across the two state hospitals, is as follows:

- WSH Ward S4 opened 10 new beds for competency services in June of 2015;
- WSH Ward S4 is scheduled to open 5 additional beds in September of 2015, with a contingency related to building of a fence to accommodate the move of NGRI patients;
- WSH Ward E2 is scheduled to open 30 beds by December of 2015; and
- ESH Ward 3S1 is scheduled to open 15 new beds for competency services in November of 2015.

While DSHS reports some risks to this plan, namely delays in building a security fence to accommodate the move of NGRI patients, there are other contingencies to watch. These include competition for facilities management and personnel management resources needed to operationalize space and onboard sufficient staff as DSHS implements newly urgent civil inpatient bed expansion at both WSH and ESH to end emergency room boarding of individuals with mental illness who meet civil commitment standards.

DSHS also cites, in the *Long-term Plan,* preparations to open 30 state operated beds across ESH and WSH in 2016. These beds are designated for long term use to manage estimated demand for inpatient competency services, over and above the 60 new beds outlined above for 2015, as follows:

- WSH Ward S4, which will open 15 beds in 2015, will expand to open another 15 competency treatment beds in July of 2016 or later; and

- ESH Ward 3S1, which will open 15 beds in 2015, will expand to open another 15 competency treatment beds in July of 2016 or later.

While there are no written reports about implementation steps on these 2016 beds, much of the work to open these wards with half occupancy in 2015 will facilitate more rapid implementation in 2016.

*Status of the Competency Services RFI and Maple Lane Site under Consideration*
DSHS is considering the Maple Lane School as a site for 30 competency beds to be operated in the short-term while ESH and WSH prepare to open an additional 30 beds in 2016.  DSHS reports completing informational sessions and requesting additional materials from four organizations that submitted materials in response to the RFI for contracted competency services. Key windows for entry for Labor organizations interested in entering the competition have passed without notice from those organizations. This clears the way for DSHS to proceed to procurement or to negotiate with one of the four RFI respondents, should DSHS determine it has a viable contractor and proposal in the mix.  DSHS reports verbally that the results of the Public Hearing held on July 29, 2015 with community members and class member stakeholders went well.  The Plaintiffs report that they have questions about the suitability of the facility design and are seeking additional information about the program plan.[26]

## 4.3  Progress in Modifying Procedures to Achieve Timely Competency Services

As noted in Section 3, steps to modify procedures include: securing agreement to increase DSHS and forensic staffing to drive consistency in DSHS management of competency services; securing the budget for new administrative staff, recruiting those additional staff, making job offers to those staff, and planning satellite office sites to promote better geographic access to evaluation services.  This effort is lagging. As discussed in Section 5 to follow, administrative activities should be accelerated to expand intergovernmental collaboration towards streamlining competency practices.

Procedural changes with the courts, prosecutors, public defenders, jails and police are pending production from the interagency workgroup hosted by Governor Inslee and pending organization of the effort with the OCA.  Parties are encouraged to accelerate these activities, as will be discussed in the next two sections of this report.

## 4.4  Progress in Planning for Growth in Demand for Competency Services

As noted in Section 3, these steps include: longer range planning to securing agreement to increase salaries of State employee evaluators; securing the budget for new staff, recruiting additional staff, making job offers to those staff, planning satellite office sites to promote better geographic access to evaluation services, implementing diversion services, and directing resources from the new Office of Forensic Services to the task of building a community based forensic services program that can support and expand initial diversion strategies and programs.

*Progress on Identifying the Risk of Increased Demand for Inpatient Beds*

The *Long-term Plan* was submitted in July and contains estimates of increased demand for hospital beds for delivery of competency services. Fiscal and program staff from DSHS and the Washington State Office of Financial Management modeled additional bed capacity needed to meet a seven-day standard for admission in the years ahead. As illustrated in Exhibit 7, below, they employed assumptions of increases in demand at ten percent and twenty percent each year through 2019 at ESH and WSH. Should these projections hold, investments to build sufficient bed capacity will be large and would serve to cement an institutional system of competency services. While 90 new beds are funded for class members who are ordered to receive competency restoration treatment in the 2015 – 2017 Biennium Budget, these projections will drive investments much higher if DSHS is to be in compliance with a seven-day standard.

**Exhibit 7. DSHS Estimated Demand for State Hospital Competency Bed Growth to 2019**

*Source: DSHS Long-term Plan Submitted to the Court in July of 2015.*

Several elements of an approach to managing growth in demand are contained in the Monthly Reports and the Plan. Progress in the quarters ahead will be important if Washington State is to avoid the need to implement the number of inpatient beds suggested by the model displayed above.

Defendants maintain that they have taken every "legally allowable step" to address the Court's orders. Despite extensive efforts, reductions in wait times for competency evaluation, the result that would provide direct relief to class members, were modest in Western Washington and elusive in Eastern Washington. Many of the steps taken have been dictated or constrained by legislative, regulatory, budgetary and contractual processes and obligations in order to lay the groundwork for results in administrative, staffing, and facility changes toward provision of timely competency services in the future.

*Progress on Diversion Alternatives*

As noted in Section 3, Washington State has taken one key step toward stemming the increase in demand for competency services – laying initial groundwork to implement diversion services. Progress to implement diversion alternatives includes: approved provisions of SB 5177 permitting prosecutors to dismiss charges and refer certain individuals to treatment; and approved funding of $4.8 million for diversion services. Tasks that are outstanding and essential to seeing results of diversion services include: continued engagement of stakeholders to build awareness and support for diversion; work with justice system partners to define an approach to diversion and priorities for funding; development of an RFA; release of the solicitation; selection and award; and technical assistance from the Office of Forensic Services and diversion experts to ensure

In budget communications, DSHS leadership underscore that these investments will both solve lags in competency evaluation and restoration services and strengthen core services for improved capacity to prevent and divert individuals from entering justice settings in Washington State. The Monitor notes that the sum of $4.8 million is modest given the scope of need for these services in Washington, but with that noted, suggests taking this as an opportunity to implement a leveraging strategy that will attract resources from a diverse set of partners and investors who can be engaged in a diversion driven reform that takes advantage of key changes in the environment. These include the combination of: evidence baes practices with tested methods of meeting the urgent need of vulnerable individuals; enabling legislation supporting prosecutors and the courts in diversion; funding targeted to DSHS for both forensic leadership and program dollars to invest in diversion; leadership structures exploring health and justice partnerships; and court mandated reform.

*Summary*

What remains to be demonstrated is whether the actions taken to date, when combined with planned steps for the months ahead, result in compliance with Court orders to consistently provide competency evaluation and hospital admission for evaluation or restoration services within seven days by January 2016. Progress on steps taken should show initial impact in the new quarter. For class members, their right to timely provision of competency services has not yet been secured. This is despite the numerous implementation tasks undertaken by the State of Washington and the high level of activity exhibited by the principal staff members of the DSHS implementation team, as summarized in the Monthly Reports to the Monitor and cited in Section 3 above.[27]

In Section 5, the Monitor outlines actions that are designed to capitalize on actions to date, support pending actions, and enhance potential for compliance, with particular emphasis on actions designed to reduce wait times for competency services delivered to vulnerable class members, mitigating the serious risk they face during jail incarceration and promoting the efficient restoration of their liberty or their competency to stand trial.

# 5  Recommendations for Actions to Remedy Gaps in Performance

## 5.1  Address Urgency in Provision of Competency Evaluations with Interim Measures to Eliminate the Backlog of Class Members Waiting in Jail and at Risk for Periods of Time that Exceed Seven Days

At present, there are several methods employed in providing evaluators to assess competency to stand trial in Washington State. Most class members are evaluated by employees of DSHS, who are assigned to either Eastern State Hospital or Western State Hospital staff rosters. These evaluators are consistently unable to meet seven-day time frames.  Some class members, particularly those adjudicated in Pierce County, receive more timely evaluations, the majority within seven to ten days, from a panel of contracted evaluators. Washington law provides for reimbursement to counties that agree to use a panel of qualified evaluators, rather than DSHS evaluators; however few counties other than Pierce are pursuing this strategy, despite an infusion of funds in the FY15 to FY17 Biennium Budget to cover the costs. In a small number of cases, at the request of defense attorneys, prosecutors or the courts, other class members may be evaluated by a professional appointed from a court's panel.

Despite the documented risk at which class members find themselves while waiting for competency evaluations, the affirmative experience with panel evaluators in Pierce County, and recommendations from experts and the Monitor about use of contracted personnel, the State of Washington and DSHS is focused in the main on recruitment and hiring of State employed psychologists. The process has been laborious, with certain steps, for example impact of negotiations with labor unions on salary adjustments, contingent on the July passage of the State budget. As documented in the Monthly Reports, the net result of DSHS recruitment and hiring efforts for 11 new evaluators was pending passage of the budget at the end of June. The result in July was that DSHS extended offers to nearly a dozen candidates, of whom eight accepted, and all of whom elected positions in Western Washington. Problems in filling State positions persist in Eastern Washington, and accordingly, the waits are longest.

Steps must be taken to aggressively tackle the backlog of class members waiting at risk in jails for competency evaluations. A short-term infusion of resources could eliminate the backlog. Absent the wait lists that are attributed to staff shortages, DSHS notes they soon will have enough evaluators to address routine levels of demand for evaluations. Staff shortages remain a factor as long as the backlog wait lists are permitted to grow longer.  Completing the individual class member's evaluation itself takes the same amount of staff time to complete on day 6 of 7 as it does on day 60, for example. Wait times are not getting longer in Western Washington, for example, and indicators are that evaluators are keeping up at a pace that is affording modest reduction in wait times.

Eliminating the evaluation backlog would provide important benefits for class members: for those found competent, a return to court would mean release in many cases, particularly for

misdemeanants, and for others a move along to adjudication; for those found incompetent, the focus could shift to treatment and restoration, rather than deterioration while waiting untreated for an evaluation. Some have suggested that quickly resolving competency questions will have some class members facing trial and jail. The Monitor notes that they are now in jail, and are so situated without being convicted of any crime, with treatment needs too often neglected. For the Defendants, the number of class members and associated risk would be reduced; DSHS could concentrate on serving a smaller number of individuals under order for competency services. If the backlog was eliminated and volume stabilized, evaluations going forward could be managed timely. Flexibility to assign excess evaluator capacity in Western Washington to address gaps in Eastern Washington would further this objective.  Other interventions will be needed to mitigate risk of growth in demand. Strategies that will pay off in eliminating the backlog and mitigating risk of growth in demand include:

- Expand Use of Contracted Panel Evaluators in Counties for Permanent Capacity and to Address Backlog: The success of Pierce County in executing reliably a growing volume of competency evaluations in time frames approximating those in the Court order is worth replicating. As noted in this Monitor's January report to the Court, training and technical assistance may be needed to persuade other counties of the value in the opportunity, including providing assistance with recruitment, training and reimbursement. A recent summary report on 23 arrests in Spokane County, involving 20 different class members in 2014 and the first half of 2015, reveals a total of more than $250,000 in fines for contempt.[28] Those dollars spent on two equivalent evaluators or a panel of part time evaluators could solve gaps in timely evaluations in Spokane County.

- Recruit Washington Licensed Practitioners to Address Backlog: With offers of part time arrangements, remote working locations, and use of telemedicine, DSHS could recruit currently licensed clinicians to supplement their current practices with evaluations, providing part of a solution to the larger problem.

- Use Washington Licensed Locum Tenens Clinicians to Address Backlog and Staff Vacancies: The Washington Legislature provides for the temporary substitution of contracted healthcare providers. Three classes of personnel cited in the WAC 284-43-260 would be a fit for gaps in provision of competency services, given training in competency services: doctors of medicine, doctors of osteopathic medicine, and advanced registered nurse practitioners.[29]

- Extend Short Term Offers to Oregon Certified Forensic Evaluators to Clear Backlog: Oregon has a panel of certified forensic evaluators that exceeds 125 professionals. Selected recruitment of a cohort of these individuals, agreeing to work for a period of days or weeks, would be one part of a multi-part emergency strategy, designed to clear the backlog of jail based competency restoration cases.

## 5.2  Address Mid-Term and Long-Term Performance with Safeguards to Ensure Continuous Provision of Timely Competency Services

DSHS needs a multi-pronged approach to solving the shortages of forensic evaluators.

- Implement Forensic Certification Program to Sustain Performance: The State of Oregon faced challenges similar to those confronting Washington in implementing Court orders in the *Mink* matter. In an effort to provide competency evaluation services within seven days, Oregon determined that it needed to increase the pool of competency evaluators. The State certifies psychologists and psychiatrists, using a vetted and standardized training curriculum and certification process administered by the Oregon Health Authority.  Practitioners earn CEU or CME credits and many of the more than 120 currently certified practitioners carry a mixed portfolio of evaluation, restoration, and community forensic work that is an advantage to the care system and promotes retention in the ranks.[30] Brenda Dennis, LCSW, administers the program for Oregon and has expressed a willingness to provide Washington State with information and assistance in pursuing adoption and implementation of a similar program. In the near term, Oregon's certified evaluators represent a pool of qualified professionals that might be enlisted in an emergency action to address class members who are at risk in the backlog for competency evaluations in Washington.

- Certify Nurse Practitioners and Social Workers to Build Capacity in the Evaluator Ranks: Washington State has, even with increased salary levels, difficulty recruiting and retaining licensed psychologists to meet demand for timely competency evaluations and to staff competency restoration services.  Other jurisdictions employ more disciplines in conducting competency evaluations, including physicians, social workers, and advance practice nurses or clinical nurse specialists.[31] Washington considers professions other than psychologists as "designated mental health professionals" and enlarging the pool of evaluators would serve to shorten time frames for delivery of competency services. Licensed social workers and advanced registered nurse practitioners are currently participants in clinical teams treating forensic patients who are hospitalized for evaluation and restoration services.  With plans to develop a forensic evaluator certification program, these professional could receive the same training as psychologists to meet Washington standards for competency evaluations.[32]

- Use Telemedicine to Conduct Competency Evaluations: Telemedicine is routinely used in Washington State to conduct clinical assessments of individuals with complex health and behavioral health conditions. Washington has used telemedicine in the forms of video conferencing and remote monitoring in Home Health and Hospice services in the Medicaid program.[33] Practitioners at the University of Washington's AIMS Center provide telemedicine based collaborative care to integrated health practices and patient centered medical homes (PCMHs) across the State from a location in Seattle, bringing critical seasoned behavioral health expertise to practices and patients in remote locations. The AIMS Center has the capacity to implement support, training, and workforce development, as well as clinical consultations that would make use of these technologies viable for competency services.[34] Jürgen Unutzer, MD, AIMS Center Director indicated his willingness to build on existing collaboration with DSHS to pursue this option. In recent visits to jails in the State of Washington, the Monitor confirmed the availability of adequate technology and video conferencing capability to support implementation of

telemedicine to conduct competency evaluations. DSHS also has a resident expert in the use of telemedicine in public sector psychiatry in Ron Adler, EdM, the CEO of WSH who implemented the technology during his tenure in the State of Alaska.

Telepsychiatric services may be employed in remote or otherwise resource-constrained settings to deliver psychiatric assessment and treatment services to individuals in a prompt and cost-efficient manner. Virtual services can reduce wait times for services to patients in rural and hard-to-reach locations, and by their very nature, significantly reduce the costs associated with care. Prior research has demonstrated the diagnostic reliability of virtual psychiatric assessments.[35][36][37][38][39][40][41] Given diagnostic reliability, it is worth considering the cost savings and expedition of care delivery associated with use of telepsychiatry in health and correctional settings.[42][43][44] Research into the satisfaction of forensic psychiatric patients in King County WA with remote telepsychiatric evaluations found comparable levels of satisfaction between those receiving remote and those receiving in person evaluations.[45]

## 5.3   Establish Alternative Sites for Inpatient Restoration

- Competency Restoration Services in Alternative Locations:  As the Court found, the conditions in which class members find themselves while waiting too long for competency services are, at best, punitive. In jails designed for command and control, class members whose symptoms are greatest or functioning is poorest are further isolated, contained for suicide watch for days and weeks in holding or strip cells with holes in the floor for toileting. These practices persist, as recently observed during visits to Washington County jails. There is little in the way of mental health treatment or habilitative programming available to pretrial detainees.  Severe deprivation of liberty is the order of the day at these institutions, even for misdemeanants, and victimization and injury are not uncommon, as demonstrated at trial and experienced continuously by class members.   Because class members are often unable to manage in a rules-based environment, they end up in isolation or administrative segregation for infractions or protection. Class members confined to those units are locked in cells for 23 hours a day and in several jails observed they are shackled to a wall or chair during the brief time they are permitted out of the cell.  Given these conditions, many class members mental and physical states deteriorate, as sadly epitomized by the two class members cited earlier who died while in custody; one by suicide and another from starvation and dehydration. Conditions at the jails have not changed since the trial.

- DSHS Competency Restoration Services RFI and Consideration of Maple Lane Site: The RFI describes "Restoration Services" that include the full range of functions anticipated in a clinical program, from receipt of referrals through admissions to assessment and treatment planning, and provisions of treatment and restoration services.[46] The RFI further describes three possible models under consideration, including: Model 1 in which a contractor provides the competency restoration services and the State provides facility and operations support in a Washington State-owned secure facility;  Model 2 in which a contractor would provide both competency restoration services and facility and

operations support services in a Washington State-owned secure facility; and Model 3 in which a contractor would provide all services, operations supports and the secure facility.[47]

*Preliminary Findings and Recommendations Regarding the RFI*

Before an RFP is drafted or Contract negotiations begin, conduct further review of the site(s) under consideration, invite clinical expert review, and ensure that contract terms contain adequate safeguards to class member rights and quality of care, consistent with those in place at WSH and ESH, as these beds are to be considered alternatives to those hospitals not to jails. When describing the development of the RFI in the *Long-term Plan* and the Monthly Reports, DSHS referred to the use of "Arapahoe and San Bernadino RFPs as reference material.  These programs are located in Colorado and California, and serve as alternatives to jail based competency restoration, located at county detention centers with county jails as the clients.

- Clarify the characteristics of and selection criteria for the subpopulation of class members who would be served; for example, explain the definition of terms referenced in the Maple Lane slide presentation as individuals who are "less acute" or "lower risk."[48]

- Assess the potential for a therapeutic milieu at these correctional/jail sites with attention to the longer term risks associated with either DOC dominance of the Maple Lane campus or leasing of other parts of the Yakima facility for jail or prison populations.

- Examine the track record of competing contractors in providing competency restoration as an alternative to hospital services as opposed to an alternative to jail services.  Also examine their respective track records in providing safe, high quality behavioral health and disability care delivered with fidelity to evidence based practices and adherence to clinical standards and client rights.

As noted in the Monitor's Report to the Court in January of 2015, the evidence base for effective competency restoration programs is associated with hospital-based programs; with findings cited by Groundswell experts and the state mental health commissioners' organization that a jail-based program had significantly lower rates of restoration than a hospital based program.[49] [50] Considerable investments in physical plant modifications, staffing, training, and treatment protocols are needed for a therapeutic competency restoration program. As detailed in Monthly Reports, DSHS is pursuing, with consultation from Groundswell, the use of Maple Lane as a site for development of competency restoration services.  Maple Lane is a campus based facility in Centralia WA that formerly served as a juvenile justice institution. At present, the Washington State Department of Corrections (DOC) is making plans to use part of the campus and some of the buildings for prisoners, including the possibility of housing prisoners with mental health conditions at Maple Lane. Maple Lane will effectively become a DOC facility, with the possibility of a DSHS program for competency restoration located in its midst. This would appear to be more like a jail or corrections based program than a hospital based program and is at odds with Groundswell's conclusion that problems with a therapeutic program that is at odds with correctional missions and jail environments.

The Maple Lane facility does not appear in interior photos and upon physical inspection of the exterior to be therapeutic environment. The interior design has an open, atrium-like common space that is light filled. It employs a tiered design with 2-person cells and locked security doors to those cells. DSHS reports plans for architectural modifications. Initial inspection of interior photos raises concerns about both making the interior safe for at risk for suicide and making the interior therapeutic rather than correctional. In a visit to the campus, the secure perimeter with high fences, razor wire, and electronic gates signal a correctional environment.  DSHS describes plans to build a small fenced yard adjacent to the building proposed as the competency restoration site to permit patients access to the exterior.

As noted earlier, Plaintiffs expressed concern that they had not seen the facility or been briefed on DSHS' plans for use of the facility.[51] A Plaintiff representative subsequently participated in a community meeting at the site.  In a DSHS PowerPoint presentation, distributed to participants in the July community meeting at Maple Lane to address concerns of facility abutters, Defendants note that there is an intent to transfer only individuals with lower clinical acuity and security risk to Maple Lane, sending others to the state hospitals, yet the presentation goes on to describe high security measures to be employed, and security searches of family visitors.[52]

*Existing Competency Restoration Programs and Relative Success Rates*
As earlier reported to the Court, The Hogg Foundation for Mental Health published a brief on the subject of outpatient competency restoration. The table exhibited below is taken from the Hogg Foundation brief and compares findings on several options for competency restoration services.[53]

**Exhibit 8.  Performance Comparison of Competency Restoration Program Models**

Comparing the Options[5]

| Type of Program | Success Rate | Cost per Day | Avg. Length of Stay | Avg. Total Cost per Individual Served |
|---|---|---|---|---|
| State-Run Psychiatric Hospital (non-maximum security) | 75% restored | $421 | 120 days | $50,520 |
| Outpatient Competency Restoration | 55% restored, 11% improved and charges dropped | $106 | 112 days | $11,894 |
| Jail-Based Competency Restoration (San Bernardino County, CA) | 45% restored while in jail-based program[6] | $278 | 63 days* | $17,514 |

*Average length of stay before restoration is 54 days. Individuals can be committed to the jail-based program for up to 70 days; if they are still incompetent at 70 days, they must be transferred to a mental health facility.

## 5.4   Reduce Growth in Demand for Competency Evaluations

*Progress on Diversion Alternatives*
The appropriation of $4.8 million for Non-felony Diversion services in the current Washington State Biennium Budget recognizes the importance of investments in alternatives that prevent people with mental health, substance use or disabling conditions from being sent to jail to await competency services. Now is the time to set a new direction, capitalizing on new dollars to leverage a larger impact in the system. State of Washington and DSHS Progress is laudable in taking initial steps to pass legislation that permits charges to be dropped under certain conditions and provides budgets that will fund diversion programs. However, these steps are only the start of a larger system of diversion and a continuum of care linking health and justice systems, partnered on behalf of vulnerable people. As DSHS continues to meet with justice system partners and stakeholders, consideration should be given to planning for the use of the modest $4.8 million in funding to leverage other resources to accomplish a larger task. Given the documented growth in demand, few would argue that the task exceeds to bounds of the appropriated funds. Using those funds to attract matching investments or in kind contributions from federal agencies, foundations, municipalities, counties, justice system budgets, and/or social investment funds would expand impact and improve sustainability of  diversion services.

Undertaking a leveraging strategy places demands on leadership to optimize efforts with stakeholders and the justice partners workgroup.  Decisions to employ a leveraging strategy must be embedded in the terms of the RFA that is under development and inform the selection criteria for bidders on the opportunity.   As noted earlier, a targeted leveraging strategy designed to increase the impact and sustainability of the diversion initiative poses an important opportunity to re-establish a "center" to the health and disability system as it interfaces with the justice system.  This also poses an important opportunity for new leadership in the Office of Forensic Services to demonstrate that robust diversion and community based forensic services are key to rebalancing the system, rebuilding confidence that the system will deliver, and resetting expectations that will prevent use of the courts as the back door into care.

*Back Door Use of Courts to Access the Mental Health System Indicates the Need to Reinvest in Community Behavioral Health and Disability Systems*
In a 2013 review of the research literature on competency services, authors note evidence that competency evaluations are used as a "back door" to accessing inpatient mental health treatment for people who do not meet commitment standards, and that those admitted through this route stay twice as long as their civilly committed counterparts, even though they are ready for discharge at the same time.[54]

Despite hospital admissions and lengthier stays, individuals receiving competency restoration services are not typically integrated upon discharge into the civil or forensic care system. County prosecutors and public defenders cite numerous examples of individuals who cycle through restoration, decompensate, appear again before the courts, and are again ordered for competency services. Some have been civilly committed in the interim, discharged, and then disengaged from continuing care and treatment, leading to clinical deterioration.

Reports from Washington indicate that gaps in the public mental health care system's services and limits in service capacity create difficulty for individuals, families, referring clinicians and public safety personnel who are attempting to access care. Investments in mental health system capacity coupled with reorientation to system access protocols and processes are needed to redirect admission and treatment activity to the civil mental health system.

Given the large number of class members charged with misdemeanors, cited in the Plan, and the long median lengths of stay in jail, efforts in police training and pretrial diversion would reduce the number of individuals facing charges and facing competency orders. The Parties agree that there are evidence-based interventions, including Crisis Intervention Training (CIT) for the police and Forensic Assertive Community Treatment (FACT) for pretrial diversion and probation candidates.[55]

Despite agreement about the need for and effectiveness of these interventions, and the recognized impact found in the counties where they are already operating, there is no plan to implement these interventions on a broad scale basis across the State of Washington.

## 5.5   Implement Administrative Advisories and Actions

Addressing gaps and inconsistencies in competency related practices and procedures would enhance the reliability, efficiency and fairness of competency services.  There are a number of steps reported that DSHS identifies in its Monthly Reports and *Long-term Plan*.

Examples of the issues that would benefit from uniform procedures include:

- While ESH is accredited as a psychiatric hospital requiring provides active treatment and full services seven days per week; it reportedly declines to admit court ordered competency evaluation or restoration patients on certain days of the week. Similarly, the Spokane County jail reports it cannot transport individuals who are court ordered to ESH for competency services on certain other days of the week. This leaves gaps in linkage for admission between the jail and the hospital on most days of the week and drives longer waits in jail for class members. Orders, documentation and disposition practices vary across courts, prosecutors and defense counsel offices.  Standard procedures are needed to normalize processes and practices.

- Standards, directives, advisories, guidance developed by Washington State and DSHS could be issued through the Office of the Court Administrator, including model filings or sample pleadings, similar to earlier constructed standard orders for pretrial evaluation issued by the King County Prosecutor's office.[56]  To this end, DSHS may consider accelerating the activities of the intergovernmental workgroup, which is targeting December for recommendations to the courts, prosecutors, defense bar and others on practice and procedure improvements.

# 6  Priority Actions for Monitoring and Assistance

> *"The protections afforded by the Constitution require that society treat all individuals fairly, including our most vulnerable citizen, and require that we organize our institutions so that they do not cause harm to the very people they are created to protect."* - Honorable Marsha J. Pechman[57]

During the three month period of April, May and June of 2015, most class members did not get relief in the form of appreciably shorter waits for competency services. In the best month, ESH completed no more than 2.0 percent of competency evaluations and WSH completed no more than 15 percent of competency evaluations within seven days (Exhibit 5, Section 4). Some class members were at risk of harm associated with waits exceeding 100 days for court ordered competency evaluation and/or restoration services in the State of Washington.[58]

The lack of good results for class members is at odds with the numerous tasks undertaken by the State of Washington and the high level of activity exhibited by the principal staff members of the DSHS implementation team, as summarized in the Monthly Reports to the Monitor and cited in Section 4 above.[59] As stated earlier in this report, Defendants maintain that they have taken every "legally allowable step" to address the Court's orders.  Many of the steps taken have been dictated or constrained by legislative, regulatory, budgetary and contractual processes and obligations in order to lay the groundwork for results in administrative, staffing, and facility changes toward provision of timely competency services.

## 6.1  Validate Data and Standardize Reporting

These issues have confounded the State of Washington and DSHS for a number of years. Cited in a 2012 Joint Legislative Audit & Review Committee (JLARC) Report, JLARC's request for data on competency evaluation and restoration services performance revealed DSHS data reliability issues, with differences between ESH and WSH in recordkeeping methods.[60]  This problem persists and challenges the best efforts of newly assigned DSHS personnel who, pursuant to the Court's April 2nd order, have been working to repair deficiencies.

- As noted in the Introduction to this report, deficiencies in data presented to JLARC prior to the Court's order and changes in calculation methods and reporting formats presented by DSHS since the Court's order, make comparisons of performance on providing competency services within seven days difficult. The reader will note this point in a review of Exhibits 4, 5 and 6 found in Section 4 of this report.  The summary table in Exhibit 2 breaks out performance calculated in "average days" for three types of competency services (jail based evaluation, hospital based evaluation, and hospital based restoration) delivered by ESH and WSH, as DSHS reported to JLARC in December of 2014. The summary tables in Exhibits 5 and 6 display figures calculated as "median days" for both ESH and WSH, but combine both jail based and hospital based

competency evaluation services. This problem was noted in a Plaintiffs' July communication to the Monitor, and copied to the Defendants.[61]

- The Monitor is working with DSHS to provide revised reports displaying distinctly, for ESH and WSH, the wait times for class members who are court ordered for jail based competency evaluation, hospital based competency evaluation and hospital base competency restoration. These revised reports are in draft at this writing. In addition, DSHS is providing at the Monitor's request separate analyses for the mean (simple average) and median (midpoint) days in waiting, to facilitate comparisons to prior reported performance.

- DSHS staff are working, with the addition of new data analysts, to reframe their predictive modeling, moving beyond the algorithms designed at WSH to manage flow of competency orders.  Staff presented their work to the Monitor at a July meeting and this work will be revisited at an August meeting with DSHS staff with a priority to refine estimates for presentation to the Parties in August. A key question of interest to the Parties and the Court, pursuant to the Court order and Plaintiff concerns, is an estimate of when wait times will reach seven days, and those data employed in making the estimate.[62]

## 6.2  Take Emergency Action to Engage Extra Hands to Eliminate Backlog

As of this writing, DSHS reports that it is preparing to take emergency action in the form of assigning WSH evaluators to take cases from ESH to address backlog in jail based competency evaluation. The Monitor will continue on site meetings, initiated in July, with judges, prosecutors, public defenders, providers and DSHS personnel to discuss barriers to expansion and facilitate adoption of the use of panels of qualified evaluators. The Monitor will also pursue resources that may be recruited or engaged from other jurisdictions, notably Oregon, where implementation of the *Mink* decision led to development of a large pool of certified forensic clinicians. Steps for consideration include:

- Recruit licensed clinicians in Washington's community behavioral health organizations (CBHOs): the Monitor will continue conversations with and promote to DSHS active engagement of CBHOs in responding not only to opportunities to provide diversion services, but also to share time of licensed clinicians who might provide capacity to DSHS in efforts to address backlog on an emergency basis.

- Recruit certified forensic evaluators in Oregon: the Monitor will continue conversations with and encourage DSHS to engage Oregon DMH, Forensic Certification Training Program, OSHU Department of Psychiatry Forensic Fellows Program, and CBHOs to provide licensed clinicians as temporary staff capacity in efforts to address backlog on an emergency basis. Explorations will also assist in planning and implementation of the Forensic services administration in DSHS and development of a Washington State Forensic Certification Training Program.

## 6.3  Accelerate Development of County Panels of Qualified Evaluators and Outstation Evaluators at New Site Offices

This Monitor will continue on site meetings, initiated in July, with judges, prosecutors, public defenders, providers and DSHS personnel to discuss barriers to expansion and facilitate adoption of the use of panels of qualified evaluators. Plans to open outstation offices in Everett, Vancouver, Wenatchee and Yakima are encouraged as a way of attracting new staff and making evaluation personnel more accessible to local jurisdictions.  While the budget appropriation for continued support to counties electing to use panel evaluators, there is no activity to secure additional contracted personnel in Washington counties. Although the report indicates that site agreements are being executed and office sites were to be operational on July 1, 2015, this activity has not yet been completed.

## 6.4  Initiate Certification and Fund Forensic Fellows at Established Medical and Graduate Schools

Recruiting and retaining forensically trained psychologist and psychiatrists is a challenge in Washington, as detailed by DSHS at trial and as underscored by recent efforts to raise salaries, modify working conditions, and recruit a new cadre of professionals to fill prior vacancies and new positions at DSHS.

- Washington State has a Psychology Forensic Fellows program that operates with the University of Washington and WSH. Exploring potential to fund additional fellowship spots may net future gains.

- Washington does not have a Psychiatric Forensic Fellows program and these programs typically take several years to establish the medical school accrediting bodies.  However, in nearby Oregon, the Oregon Health Sciences University (OSHU) School of Medicine's Department of Psychiatry. The OSHU program is currently funded to train two fellows per year, and indicates the possibility of expanding with additional funding.

## 6.5  Ensure that Competency Restoration Services are Set in Therapeutic Environments Staffed by Licensed Healthcare Professionals

As noted earlier, the Court order references providing competency restoration alternatives without sacrificing the therapeutic environment. Given the sites and program models under consideration for contracted beds pursuant to the June RFI, additional steps involving the Parties and forensic program experts are in order.

- WSH and ESH Renovations and Staffing: the Monitor is scheduled to be onsite in August with DSHS staff at ESH, WSH and Maple Lane to review of the status of renovations and staff hiring onsite with DSHS staff.  The Parties will meet in August to discuss the status and address Plaintiff concerns.

- Proposed Use of Maple Lane School Site: the Monitor will review the site interiors, co-locations with DOC, client selection criteria, contractor selection criteria, treatment program licensure, patient level of care, and class member safeguards onsite with DSHS

staff in August. The Monitor can recommend a national expert in clinical forensic medicine to review with DSHS staff the sites and plans, and can recommend an expert in design of therapeutic forensic environments.

- Continue Outreach to Public and Private Hospital Partners: although DSHS received only four responses to its RFI for competency restoration beds, efforts to engage other public and private hospital partners should continue. It is understood that there are high and increasing demands on county and private hospital facilities to contribute solutions to the problem of emergency room boarding, however, these organizations have the clinical and system expertise to develop sound competency services. Others may over time be engaged to provide services along a continuum of competency restoration services that could, if properly developed, be persuasive to courts in considering alternatives to long waits in jail for admission to ESH and WSH.

## 6.6  Explore Technical Assistance on Developing a Forensic Continuum of Care

As reported by DSHS, Groundswell Services has been engaged to assist in the preparation of the *Long-term Plan* and development of the competency services training program. While other tasks may follow, the State of Washington may avail itself of knowledge repositories and technical assistance provided by additional resources upon which other state, municipal and county governments depend for expertise when undertaking reforms at the intersection of health and criminal justice systems.

The GAINS Center has been operating under a grant from the Substance Abuse and Mental Health Services Administration (SAMHSA) since 1995 and is operated by Policy Research Associates, Inc. (PRA) in Delmar, NY. The GAINS Center focuses its technical assistance and consultation efforts on expanding access to community based alternatives for adults diagnosed with co-occurring behavioral health conditions who find themselves at any points of contact with the justice system. They work on early diversion programs, treatment court collaboratives, jail diversion and trauma recovery, and community based forensic services alternatives.[63]

The Council of State Governments Justice Center provides analytic, evaluation, technical assistance and consultation services to jurisdictions in support of reforms designed to improve criminal justice and associated health and social service delivery and resource management for populations involved in the justice system.  This includes a strong portfolio of work affecting persons with behavioral health and disability conditions, with options for assisting jurisdiction in developing pretrial alternatives to detention, alternatives to incarceration, sentencing programs that include post-incarceration supervision to ensure a safe transition to the community for those at the greatest risk of re-offense, and community based forensic services for persons with behavioral health and disability support needs. [64]

## 6.7  Advance Changes in Administrative Procedures

Reforms anticipated with the passage of SB 5177 include changes to administrative procedures designed to streamline the provision of competency services to class members.[65]   Governor

Inslee is taking the lead in establishing an intergovernmental working group, which met in early July to discuss needed changes. As noted in DSHS Monthly Reports, this group is set to report on proposed changes in December of 2015. Work of the Administrator of the Courts (AOC) with stakeholders (e.g., development and dissemination of model forms or filings) is scheduled for completion in June of 2016. This progress and these initiatives are encouraging.  However, there are a number of unanswered questions and practice inconsistencies emerging in the present, as stakeholders, defenders, prosecutors, courts and jails attempt to interpret the Court's orders. Acceleration of intergovernmental discussions led by the Governor and engagement with the Administrator of the Courts (AOC), working to issue interpretive guidance on the Court order, is warranted sooner than the planned dates in December of 2015.

# 7  Endnotes

[1] RCW 10.77.068 Washington State Statute: Competency to stand trial, admissions for inpatient services—Performance targets—Duties of the department—Report—New entitlement or cause of action not created—No basis for contempt or motion to dismiss. Accessed at: http://app.leg.wa.gov/rcw/default.aspx?Cite=10.77.068

[2] Ibid., p.1

[3] Ibid,p.9

[4] Ibid, p.22

[5] Ibid, p.4

[6] Ibid, p.5

[7] Ibid, p.4

[8] Stensland, J. (2015) "Systemic failures led to inmates death, Island County sheriff says" *Whidbey News-Times,* Jun 18, 2015; Accessed at: http://www.whidbeynewstimes.com/news/308290421.html

[9] Trueblood et al v. Washington State DSHS, No. C14-1178 MJP, 2015 (W.D. Washington, Seattle, April 2, 2015)

[10] Ibid, p.22

[11] Ibid

[12] Ibid

[13] Ibid

[14] Ibid

[15] Ibid, pp.12, 14, 20, 22

[16] Ibid, p.23

[17] Ibid, pp.23, 24

[18] Spears, K. (2015). DSHS maintains support of court decision to better serve criminal defendants, but will appeal portion that could harm the mentally ill. Release #: 015-010NR. *DSHS Office of Communications.* Issued June 4, 2015; Accessed at: https://www.dshs.wa.gov/sesa/office-communications/media-release/dshs-maintains-support-court-decision-better-serve-criminal-defendants-will-appeal-portion-could-harm-mentally-ill

[19] Beyer, J. (2015). Enacted 2015-17 Operating and Capital Budgets for Washington State Impacts for the Behavioral Health and Service Integration Administration. Letter issued July 9, 2015; Accessed at: https://www.dshs.wa.gov/sites/default/files/BHSIA/dbh/Stakeholder%20Notices/15-17%20Budget%20Higlights%20-%20Stakeholders.pdf

[20] Competency Restoration Services (2015)Washington State Department of Social and Health Services, Financial Services Administration, Request for Information; Procurement #: 1512-555, June 1, 2015: Accessed at: https://www.dshs.wa.gov/fsa/procurements/competency-restoration-services

[21] Ibid.

[22] *WA SB5177 | 2015-2016 | Regular Session*. (2015, June 10). *LegiScan*. Retrieved August 17, 2015, from https://legiscan.com/WA/bill/SB5177/2015

[23] Competency Restoration Services (2015)Washington State Department of Social and Health Services, Financial Services Administration, Request for Information; Procurement #: 1512-555, June 1, 2015: Accessed at: https://www.dshs.wa.gov/fsa/procurements/competency-restoration-services

[24] Trueblood et al v. Washington State DSHS, No. C14-1178 MJP, 2015 (W.D. Washington, Seattle, April 2, 2015)

[25] Ibid, p.22

[26] Baker, L, Carlson, D, Khandelwal, A, and Carney, C. (2015). Letter and Enclosures in Re: *A.B. v. DSHS. American Civil Liberties Union of Washington.* Received by electronic mail, July 27, 2015.

[27] Ibid.

[28] Reardon, K. (2015). Summary Chart: Arrests, Competency Orders, Days Waiting Service: 2014 to 2105. *Spokane County Public Defender*. August 2015.

[29] Washington State Legislature. (2015) WAC 284-43-260 Standards for temporary substitution of contracted network providers—Locum tenens providers_; Accessed at: http://app.leg.wa.gov/wac/default.aspx?cite=284-43-260

[30] Oregon Health Authority. (2015). *Forensic Evaluator Certification Program.* Accessed at: http://www.oregon.gov/oha/amh/forensic-eval/pages/index.aspx

[31] Grisso, T., Cocozza, J. J., Steadman, H. J., Fisher, W. H., & Greer, A. (1994). The organization of pretrial forensic evaluation services: A national profile. *Law and Human Behavior*, *18*(4), 377.

[32] Rosner, R. (Ed.). (2003). *Principles and practice of forensic psychiatry*. CRC Press.

[33] Community Home Health and Hospice Final Report. Grant received from Office of Health Information Technology, Health Resources and Services Administration, DHHS. 2010.

[34] University of Washington Department of Psychiatry AIMS Center Services Information (2015); Accessed at: https://aims.uw.edu/what-we-do/our-services

[35] Baer, L., Cukor, P., Jenike, M. A., Leahy, L., O'Laughlen, J., & Coyle, J. T. (1995). Pilot studies of telemedicine for patients with obsessive-compulsive disorder. *American Journal of Psychiatry*, *152*(9), 1383-1385. Abstract available at: http://www.ncbi.nlm.nih.gov/pubmed/7653700?dopt=Abstract.

[36] Zarate Jr, C. A., Weinstock, L., Cukor, P., Morabito, C., Leahy, L., Burns, C., & Baer, L. (1997). Applicability of telemedicine for assessing patients with schizophrenia: acceptance and reliability. *Journal of Clinical Psychiatry*. Abstract available at: http://www.ncbi.nlm.nih.gov/pubmed/9055833?dopt=Abstract.

[37] Ruskin, P. E., Reed, S., Kumar, R., Kling, M. A., Siegel, E., Rosen, M., & Hauser, P. (1998). Reliability and acceptability of psychiatric diagnosis via telecommunication and audiovisual technology. *Psychiatric Services*, *49*(8), 1086-1088. Abstract available at: http://www.ncbi.nlm.nih.gov/pubmed/9712219?dopt=Abstract.

[38] Shore, J. H., Savin, D., Orton, H., Beals, J., & Manson, S. M. (2007). Diagnostic reliability of telepsychiatry in American Indian veterans. *American Journal of Psychiatry*, *164*(1), 115-118. Available at: http://ajp.psychiatryonline.org/doi/full/10.1176/ajp.2007.164.1.115.

[39] Amarendran, V., George, A., Gersappe, V., Krishnaswamy, S., & Warren, C. (2011). The reliability of telepsychiatry for a neuropsychiatric assessment. *Telemedicine and e-health*, *17*(3), 223-225. Abstract available at: http://online.liebertpub.com/doi/abs/10.1089/tmj.2010.0144.

[40] O'Reilly, R., Bishop, J., Maddox, K., Hutchinson, L., Fisman, M., & Takhar, J. (2007). Is telepsychiatry equivalent to face-to-face psychiatry? Results from a randomized controlled equivalence trial. *Psychiatric Services*, *58*(6), 836-843. Available at: http://www.intelpsych.com/assets/2014-09-08-15-22-37.pdf.

[41] Singh, S. P., Arya, D., & Peters, T. (2007). Accuracy of telepsychiatric assessment of new routine outpatient referrals. *BMC Psychiatry*, *7*(1), 55. Available at: http://www.biomedcentral.com/1471-244X/7/55.

[42] Hammack, G. G. (2003). 4.10. Telemedicine in Corrections.

[43] McCue, M. J., Mazmanian, P. E., Hampton, C. L., Marks, T. K., Fisher, E. J., Parpart, F., ... & Fisk, K. J. (1998). Cost-minimization analysis: A follow-up study of a telemedicine program. *Telemedicine Journal*, *4*(4), 323-327. Abstract available at: http://online.liebertpub.com/doi/abs/10.1089/tmj.1.1998.4.323?journalCode=tmj.1.

[44] Brunicardi, B. O. (1998). Financial Analysis of Savings from Telemedicine in Ohio′s Prison System. *Telemedicine Journal*, *4*(1), 49-54. Abstract available at: http://online.liebertpub.com/doi/abs/10.1089/tmj.1.1998.4.49.

[45] Brodey, B. B., Claypoole, K. H., Motto, J., Arias, R. G., & Goss, R. (2014). Satisfaction of forensic psychiatric patients with remote telepsychiatric evaluation. *Psychiatric Services*.

[46] Ibid.

[47] Department of Social and Health Services (2015). *Exploring the Maple Lane School Site for Competency Services: Public Hearing.* Distributed on July 29, 2015.

[48] Ibid.

[49] Gowensmith, WN, Murrie, DC & Packer, IK. Forensic Mental Health Consultant Review, Groundswell Services, June 30, 2014

[50] Pinals, D. (2012). Forensic Services Presentation: National Association of State Mental Health Program Directors. Alexandria VA.

[51] Baker, L, Carlson, D, Khandelwal, A, and Carney, C. (2015). Letter and Enclosures in Re: *A.B. v. DSHS. American Civil Liberties Union of Washington.* Received by electronic mail, July 27, 2015.

[52] Department of Social and Health Services (2015). *Exploring the Maple Lane School Site for Competency Services: Public Hearing.* Distributed on July 29, 2015.

[53] Restoration of Competency to Stand Trial (2013) Issue Brief, *Hogg Foundation for Mental Health,* March, 2013; Accessed at: *http://www.hogg.utexas.edu/uploads/documents/Competency%20Restoration%20Brief.pdf*

[54] Fogel, M. H., Schiffman, W., Mumley, D., Tillbrook, C., & Grisso, T. (2013). Ten year research update (2001–2010): Evaluations for competence to stand trial (adjudicative competence). *Behavioral sciences & the law*, *31*(2), 165-191.

[55] Heilbrun, K., DeMatteo, D., Yasuhara, K., Brooks-Holliday, S., Shah, S., King, C., ... & Laduke, C. (2012). Community-Based Alternatives for Justice-Involved Individuals with Severe Mental Illness Review of the Relevant Research. *Criminal Justice and Behavior*, *39*(4), 351-419.

[56] Daniel T. Satterberg, King County Prosecutor: Orders for Pretrial Evaluation at WSH, [1 Rev. (05.2012)]

[57] Trueblood et al v. Washington State DSHS, No. C14-1178 MJP, 2015 (W.D. Washington, Seattle, April 2, 2015), p.19.

[58] DSHS (2015). Monthly Report to the Court Monitor: *Cassie Cordell Trueblood, et al., v. Washington State Department of Social and Health Services, et al. Case No. C14-178 MJP,* July 2, 2015.

[59] Ibid.

[60] JLARC (2012).  Competency to Stand Trial, Phase I: Staff Productivity Standards, Data Reliability, and Other Parties' Actions May Impact DSHS's Ability to Meet Timelines, Briefing Report, Olympia, WA; December 5, 2012; Accessed at: http://leg.wa.gov/jlarc/AuditAndStudyReports/Documents/CompetencytoStandTrialPhaseIBriefingReport.pdf

[61] Baker, L, Carlson, D, Khandelwal, A, and Carney, C. (2015). Letter and Enclosures in Re: *A.B. v. DSHS. American Civil Liberties Union of Washington.* Received by electronic mail, July 27, 2015.

[62] Ibid.

[63] GAINS Center, (2015). SAMHSA *Website and Service Description.* Accessed at: http://gainscenter.samhsa.gov/

[64] Council of State Governments, Justice Center. (2015). *Website and Program Description*. Accessed at: http://csgjusticecenter.org/

[65] *WA SB5177 | 2015-2016 | Regular Session*. (2015, June 10). *LegiScan*. Retrieved August 17, 2015, from https://legiscan.com/WA/bill/SB5177/2015

# Attachment A: Monthly Report to the Court Appointed Monitor - May 2015

*Cassie Cordell Trueblood, et al., v. Washington State Department of Social and Health Services, et al.*
*Case No. C14-1178 MJP*
**Monthly Report to the Court Appointed Monitor**

**May 5, 2015**

Behavioral Health and Service Integration Administration
Division of State Hospitals
PO Box 45050
Olympia, WA  98504-5050
(360) 725-2260
Fax:  (360) 407-0304

Washington State Department of Social & Health Services

# TABLE OF CONTENTS

Background ...................................................................................................................Page 3

Volume of Competency Services ...................................................................................Page 4

Class Member Status Information ..................................................................................Page 7

Resources Required to Provide Timely Competency Services .......................................Page 22

Trueblood Implementation Steps Taken:  April 2015 ...................................................Page 24

Appendix A:  2014 Annual Report to the Legislature on
Timeliness of Services Related to Competency to Proceed or Stand Trial ...........................................Page 34

Appendix B: Third Quarter 2014 Report to the Legislature on
Forensic Admissions and Evaluations Performance Targets…………………………………………………Page 45

**BACKGROUND**

On October 31, 2014, the Court certified the Plaintiff Class as:

*"All persons who are now, or will be in the future, charged with a crime in the State of Washington and:*

> *(a) who are ordered by a court to receive competency evaluation or restoration services through the Washington State Department of Social and Health Services ("DSHS");*
> *(b) who are waiting in jail for those services; and*
> *(c) for whom DSHS receives the court order."*

On April 2, 2015, the Court ordered the Department of Social and Health Services (DSHS) to file monthly reports with the *Trueblood* Court Monitor on efforts to comply with Court orders to provide timely competency evaluation and restoration services to Class Members:

*"Defendants shall file a report with the Monitor on the fifth day of every month, which shall include:*
*(1) the number of days between when a court ordered provision of competency services and when provision was completed, for each person ordered to receive competency services during the previous month;*
*(2) data regarding the number of evaluators, bed capacity, physicians, and other resources needed to provide timely competency services;*
*(3) the steps taken in the previous month to implement this order;*
*(4) when and what results are intended to be realized by each of these steps;*
*(5) the results realized in the previous month;*
*(6) the steps planned to be taken in the following month;*
*(7) certification by Defendants that they are fully compliant with all deadlines that became due in the previous month;*
*(8) Defendants' estimate for when the wait times will reach seven days or less, and all data relied on in making that estimate; and*
*(9) any other information the Monitor informs Defendants is necessary for the Monitor to fully review Defendants' actions and advise the Court."*

The following report is submitted this 5th day of May, 2015.  Through submission of this report to *Trueblood* Court Appointed Monitor, Dr. Danna Mauch, the Department of Social and Health Services certifies compliance with all deadlines due for the month of April 2015 in accordance with this court order.

**Volume and Timeliness of Competency Services**

This section provides historical information regarding competency services as requested by the Court Monitor, Dr. Danna Mauch.  Based on readily available information, there are two sources.  Table #1 provides data from an ad hoc data pull for the volume of court orders for competency services over the most recent 30 day period.  Charts #1 through #3 provide an extract of quarterly data regularly pulled for Legislative Reports.  These charts are drawn from our most recent quarterly reports, and include data back to the 3rd quarter of 2013.

The historical data contained in the Charts illustrates the number of referrals and timeliness of competency services based upon current Washington state statutes that provide a performance target of seven days from the date all discovery documents are received by the state hospital. Pending the court's response to the State's Motion for Clarification and Reconsideration, the starting date for measuring compliance with a seven day standard as defined in the *Trueblood* decision will be different, and our reporting will be modified to reflect that.

Additional detailed information about the volume and timeliness of competency services can be found in **Appendix A:  Timeliness of Services Related to Competency to Proceed or Stand Trial** and **Appendix B:  Third Quarter 2014 Report to the Legislature on Forensic Admissions and Evaluations Performance Targets**.

**Table #1:  Volume of Court Orders Signed For Competency Services**

| Competency Case Volume—Number of Court Orders Signed 3/24/15 to 4/23/15 | |
| --- | --- |
| **Western State Hospital (WSH) Services** | |
| Inpatient Competency Evaluations | 9 |
| Competency Restoration | 57 |
| Jail-Based Competency Evaluations | 197 |
| **Total WSH Cases** | **263** |
| **Eastern State Hospital (ESH) Services** | |
| Inpatient Competency Evaluations | 11 |
| Competency Restoration | 14 |
| Jail-Based Competency Evaluations | 48 |
| **Total ESH Cases** | **73** |

**Chart #1:  Jail Evaluation Information by Quarter**



**Average Number of Days from Receipt of Referral for Jail Evaluation and all Discovery Documents to Completion of Evaluation** (includes felony and misdemeanor)

|  | 2013-4 459 referrals total | 2014-1 530 referrals total | 2014-2 563 referrals total | 2014-3 505 referrals total | 2014-4 506 referrals total | 2015-1 547 referrals total |
|---|---|---|---|---|---|---|
| Avg Days ESH | 60.2 | 63.6 | 56.3 | 50.0 | 55.3 | 55.1 |
| Avg Days WSH | 17.8 | 17.8 | 14.7 | 14.1 | 13.4 | 12.6 |
| Avg Days State | 25.3 | 26.1 | 21.3 | 20.9 | 21.6 | 20.9 |
| Target | 7 | 7 | 7 | 7 | 7 | 7 |

**Chart#2:  Quarterly Inpatient Competency Evaluation Information**



**Average Number of Days from Receipt of Inpatient Competency Evaluation Referral and all Discovery Documents to Bed Offer** (includes felony and misdemeanor)

|  | 2013-4 42 referrals total | 2014-1 51 referrals total | 2014-2 56 referrals total | 2014-3 51 referrals total |
|---|---|---|---|---|
| Avg Days ESH | 120.3 | 85.1 | 41.2 | 41.8 |
| Avg Days WSH | 28.5 | 25.6 | 30.6 | 33.8 |
| Avg Days State | 46.0 | 36.1 | 33.1 | 36.7 |
| Target | 7 | 7 | 7 | 7 |

6 | P a g e

**Chart #3:  Quarterly Inpatient Competency Restoration Information**



**Average Number of Days from Completion of Inpatient Competency Evaluation Referral and all Discovery Documents to Bed Offer** (includes felony and misdemeanor)

|  | 2013-4<br>198 referrals total | 2014-1<br>197 referrals total | 2014-2<br>199 referrals total | 2014-3<br>201 referrals total |
|---|---|---|---|---|
| Avg Days ESH | 24.8 | 28.0 | 20.9 | 20.0 |
| Avg Days WSH | 20.7 | 18.4 | 29.8 | 34.5 |
| Avg Days State | 21.2 | 19.6 | 27.4 | 32.8 |
| Target | 7 | 7 | 7 | 7 |

## Class Member Status Information:  March 24, 2015 to April 23, 2015

**Competency Evaluation Information:**

| HOSPITAL | CLASS MEMBER | LEGAL AUTHORITY | ORDER RECEIVED DATE | ORDER SIGNED DATE | DISCOVERY RECEIVED DATE | COUNTY | OFFENSE | COMPLETION DATE | COMPLETION METHOD | # DAYS WAITING IN JAIL FROM ORDER SIGNED DATE TO COMPLETION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 1 | JAIL COMP EVAL | 3/25/2015 | 3/24/2015 | 3/25/2015 | KING | MISDEMEANOR | 4/6/2015 | FAXED | 13 |
| WSH | 2 | JAIL COMP EVAL | 3/24/2015 | 3/24/2015 | 3/24/2015 | CLALLAM | MISDEMEANOR | 4/10/2015 | FAXED | 17 |
| WSH | 3 | JAIL COMP EVAL | 3/24/2015 | 3/24/2015 | 3/24/2015 | KING | MISDEMEANOR | 3/31/2015 | FAXED | 7 |
| WSH | 4 | JAIL COMP EVAL | 3/25/2015 | 3/24/2015 | 3/25/2015 | KING | FELONY | 4/13/2015 | FAXED | 20 |
| WSH | 5 | JAIL COMP EVAL | 3/25/2015 | 3/24/2015 | 3/25/2015 | CLARK | MISDEMEANOR | 4/8/2015 | FAXED | 15 |
| WSH | 6 | JAIL COMP EVAL | 3/24/2015 | 3/24/2015 | 3/24/2015 | KING | MISDEMEANOR | 3/26/2015 | FAXED | 2 |
| WSH | 7 | JAIL COMP EVAL | 3/24/2015 | 3/24/2015 | 3/24/2015 | KITSAP | MISDEMEANOR | 4/7/2015 | FAXED | 14 |
| WSH | 8 | JAIL COMP EVAL | 3/24/2015 | 3/24/2015 | 3/24/2015 | PIERCE | MISDEMEANOR | 4/8/2015 | FAXED | 15 |
| WSH | 9 | JAIL COMP EVAL | 3/24/2015 | 3/24/2015 | 3/24/2015 | PIERCE | MISDEMEANOR | 4/7/2015 | FAXED | 14 |
| WSH | 10 | JAIL COMP EVAL | 3/24/2015 | 3/24/2015 | 3/30/2015 | KITSAP | FELONY | 4/15/2015 | FAXED | 22 |
| WSH | 11 | JAIL COMP EVAL | 3/25/2015 | 3/24/2015 | 3/24/2015 | KING | MISDEMEANOR | 3/27/2015 | FAXED | 3 |
| WSH | 12 | JAIL COMP EVAL | 3/24/2015 | 3/24/2015 | 3/24/2015 | KING | MISDEMEANOR | 3/27/2015 | FAXED | 3 |
| WSH | 13 | JAIL COMP EVAL | 3/25/2015 | 3/24/2015 | 3/27/2015 | MASON | FELONY | | INCOMPLETE | |
| WSH | 14 | JAIL COMP EVAL | 3/25/2015 | 3/25/2015 | 3/25/2015 | PIERCE | MISDEMEANOR | 4/8/2015 | FAXED | 14 |
| WSH | 15 | JAIL COMP EVAL | 3/25/2015 | 3/25/2015 | 3/25/2015 | KING | MISDEMEANOR | 4/2/2015 | FAXED | 8 |
| WSH | 16 | JAIL COMP EVAL | 3/25/2015 | 3/25/2015 | 3/26/2015 | KING | MISDEMEANOR | 3/26/2015 | FAXED | 1 |
| WSH | 17 | JAIL COMP EVAL | 3/26/2015 | 3/25/2015 | 3/26/2015 | CLARK | FELONY | 4/13/2015 | FAXED | 19 |
| WSH | 18 | JAIL COMP EVAL | 3/26/2015 | 3/25/2015 | 1/0/1900 | PIERCE | MISDEMEANOR | 4/8/2015 | FAXED | 14 |
| WSH | 19 | JAIL COMP EVAL | 2/25/2015 | 3/25/2015 | 2/25/2015 | ISLAND | FELONY | 3/31/2015 | FAXED | 6 |
| WSH | 20 | JAIL COMP EVAL | 3/27/2015 | 3/25/2015 | 3/27/2015 | KING | FELONY | 4/10/2015 | FAXED | 16 |
| WSH | 21 | JAIL COMP EVAL | 3/25/2015 | 3/25/2015 | 3/25/2015 | KING | FELONY | 4/9/2015 | FAXED | 15 |
| WSH | 22 | JAIL COMP EVAL | 3/27/2015 | 3/26/2015 | 3/27/2015 | SNOHOMISH | MISDEMEANOR | 3/31/2015 | FAXED | 5 |

| HOSPITAL | CLASS MEMBER | LEGAL AUTHORITY | ORDER RECEIVED DATE | ORDER SIGNED DATE | DISCOVERY RECEIVED DATE | COUNTY | OFFENSE | COMPLETION DATE | COMPLETION METHOD | # DAYS WAITING IN JAIL FROM ORDER SIGNED DATE TO COMPLETION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 23 | JAIL COMP EVAL | 3/26/2015 | 3/26/2015 | 3/30/2015 | KING | MISDEMEANOR | 4/21/2015 | FAXED | 26 |
| WSH | 24 | JAIL COMP EVAL | 3/27/2015 | 3/26/2015 | 3/27/2015 | THURSTON | FELONY | 4/10/2015 | FAXED | 15 |
| WSH | 25 | JAIL COMP EVAL | 3/30/2015 | 3/26/2015 | 3/31/2015 | ISLAND | MISDEMEANOR | 4/10/2015 | FAXED | 15 |
| WSH | 26 | JAIL COMP EVAL | 3/27/2015 | 3/26/2015 | 3/27/2015 | CLARK | MISDEMEANOR | 4/10/2015 | FAXED | 15 |
| WSH | 27 | JAIL COMP EVAL | 3/27/2015 | 3/26/2015 | 3/27/2015 | KING | MISDEMEANOR | 4/10/2015 | FAXED | 15 |
| WSH | 28 | JAIL COMP EVAL | 3/26/2015 | 3/26/2015 | 3/26/2015 | KING | MISDEMEANOR | 4/9/2015 | FAXED | 14 |
| WSH | 29 | JAIL COMP EVAL | 3/26/2015 | 3/26/2015 | 3/26/2015 | THURSTON | FELONY | 4/8/2015 | FAXED | 13 |
| WSH | 30 | JAIL COMP EVAL | 3/27/2015 | 3/26/2015 | 3/27/2015 | THURSTON | FELONY | 4/8/2015 | FAXED | 13 |
| WSH | 31 | JAIL COMP EVAL | 3/27/2015 | 3/26/2015 | 3/27/2015 | WHATCOM | FELONY | 4/15/2015 | FAXED | 20 |
| WSH | 32 | JAIL COMP EVAL | 4/1/2015 | 3/26/2015 | 4/1/2015 | PIERCE | MISDEMEANOR | 4/23/2015 | FAXED | 28 |
| WSH | 33 | JAIL COMP EVAL | 3/27/2015 | 3/26/2015 | 3/27/2015 | KING | FELONY | 4/10/2015 | FAXED | 15 |
| WSH | 34 | JAIL COMP EVAL | 3/26/2015 | 3/26/2015 | 3/26/2015 | CLARK | MISDEMEANOR | 4/22/2015 | FAXED | 27 |
| WSH | 35 | JAIL COMP EVAL | 3/27/2015 | 3/26/2015 | 3/27/2015 | PIERCE | MISDEMEANOR | | INCOMPLETE | |
| WSH | 36 | JAIL COMP EVAL | 3/27/2015 | 3/26/2015 | 3/27/2015 | KING | MISDEMEANOR | 3/31/2015 | WITHDRAWN | |
| WSH | 37 | FELON COMP EVAL | 3/27/2015 | 3/27/2015 | 3/27/2015 | PIERCE | FELONY CLASS A | 4/10/2015 | ADMISSION | 14 |
| WSH | 38 | JAIL COMP EVAL | 3/27/2015 | 3/27/2015 | 3/27/2015 | PIERCE | MISDEMEANOR | 4/15/2015 | FAXED | 19 |
| WSH | 39 | JAIL COMP EVAL | 3/27/2015 | 3/27/2015 | 3/27/2015 | PIERCE | MISDEMEANOR | 4/14/2015 | FAXED | 18 |
| WSH | 40 | JAIL COMP EVAL | 3/27/2015 | 3/27/2015 | 3/27/2015 | WHATCOM | MISDEMEANOR | 4/3/2015 | FAXED | 7 |
| WSH | 41 | JAIL COMP EVAL | 3/30/2015 | 3/27/2015 | 3/30/2015 | SNOHOMISH | MISDEMEANOR | 4/9/2015 | FAXED | 13 |
| WSH | 42 | JAIL COMP EVAL | 3/30/2015 | 3/28/2015 | 3/30/2015 | KING | MISDEMEANOR | 4/1/2015 | WITHDRAWN | |
| WSH | 43 | JAIL COMP EVAL | 3/30/2015 | 3/30/2015 | 3/30/2015 | KING | MISDEMEANOR | 4/13/2015 | FAXED | 14 |
| WSH | 44 | JAIL COMP EVAL | 3/30/2015 | 3/30/2015 | 3/31/2015 | KING | MISDEMEANOR | 4/7/2015 | FAXED | 8 |
| WSH | 45 | JAIL COMP EVAL | 3/30/2015 | 3/30/2015 | 3/30/2015 | SNOHOMISH | MISDEMEANOR | 4/3/2015 | FAXED | 4 |
| WSH | 46 | JAIL COMP EVAL | 4/3/2015 | 3/30/2015 | 4/6/2015 | GRAYS HARBOR | FELONY | 4/22/2015 | FAXED | 23 |
| WSH | 47 | JAIL COMP EVAL | 3/31/2015 | 3/30/2015 | 4/9/2015 | KING | FELONY | 4/20/2015 | FAXED | 21 |

| HOSPITAL | CLASS MEMBER | LEGAL AUTHORITY | ORDER RECEIVED DATE | ORDER SIGNED DATE | DISCOVERY RECEIVED DATE | COUNTY | OFFENSE | COMPLETION DATE | COMPLETION METHOD | # DAYS WAITING IN JAIL FROM ORDER SIGNED DATE TO COMPLETION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 48 | JAIL COMP EVAL | 3/31/2015 | 3/30/2015 | 3/31/2015 | ISLAND | FELONY | 4/10/2015 | FAXED | 11 |
| WSH | 49 | JAIL COMP EVAL | 3/31/2015 | 3/30/2015 | 3/31/2015 | THURSTON | MISDEMEANOR | 4/13/2015 | FAXED | 14 |
| WSH | 50 | JAIL COMP EVAL | 3/30/2015 | 3/30/2015 | 3/30/2015 | KING | MISDEMEANOR | 4/7/2015 | FAXED | 8 |
| WSH | 51 | JAIL COMP EVAL | 3/31/2015 | 3/30/2015 | 3/31/2015 | THURSTON | MISDEMEANOR | 4/13/2015 | FAXED | 14 |
| WSH | 52 | JAIL COMP EVAL | 3/31/2015 | 3/30/2015 | 3/31/2015 | KING | FELONY | 4/17/2015 | FAXED | 18 |
| WSH | 53 | JAIL COMP EVAL | 3/31/2015 | 3/30/2015 | 3/31/2015 | KING | MISDEMEANOR | 4/10/2015 | FAXED | 11 |
| WSH | 54 | JAIL COMP EVAL | 3/30/2015 | 3/30/2015 | 3/30/2015 | KING | FELONY | 4/16/2015 | FAXED | 17 |
| WSH | 55 | JAIL COMP EVAL | 3/31/2015 | 3/30/2015 | 3/31/2015 | KING | FELONY | 4/17/2015 | FAXED | 18 |
| WSH | 56 | JAIL COMP EVAL | 4/1/2015 | 3/31/2015 | 4/1/2015 | CLARK | FELONY | 4/15/2015 | FAXED | 15 |
| WSH | 57 | JAIL COMP EVAL | 3/31/2015 | 3/31/2015 | 3/31/2015 | KING | FELONY | 4/13/2015 | FAXED | 13 |
| WSH | 58 | JAIL COMP EVAL | 3/31/2015 | 3/31/2015 | 3/31/2015 | KING | FELONY | 4/13/2015 | FAXED | 13 |
| WSH | 59 | JAIL COMP EVAL | 3/31/2015 | 3/31/2015 | 3/31/2015 | KITSAP | MISDEMEANOR | 4/23/2015 | FAXED | 23 |
| WSH | 60 | JAIL COMP EVAL | 3/31/2015 | 3/31/2015 | 3/31/2015 | KING | FELONY | 4/21/2015 | FAXED | 21 |
| WSH | 61 | JAIL COMP EVAL | 3/31/2015 | 3/31/2015 | 3/31/2015 | KING | MISDEMEANOR | 4/14/2015 | FAXED | 14 |
| WSH | 62 | JAIL COMP EVAL | 3/31/2015 | 3/31/2015 | 3/31/2015 | KING | MISDEMEANOR | 4/14/2015 | FAXED | 14 |
| WSH | 63 | JAIL COMP EVAL | 3/31/2015 | 3/31/2015 | 3/31/2015 | CLARK | FELONY | 4/13/2015 | FAXED | 13 |
| WSH | 64 | JAIL COMP EVAL | 3/31/2015 | 3/31/2015 | 3/31/2015 | KING | FELONY | 4/13/2015 | FAXED | 13 |
| WSH | 65 | JAIL COMP EVAL | 3/31/2015 | 3/31/2015 | 3/31/2015 | KING | FELONY | 4/21/2015 | FAXED | 21 |
| WSH | 66 | JAIL COMP EVAL | 4/2/2015 | 3/31/2015 | 4/2/2015 | CLARK | MISDEMEANOR | 4/16/2015 | FAXED | 16 |
| WSH | 67 | JAIL COMP EVAL | 4/1/2015 | 3/31/2015 | 4/1/2015 | CLARK | FELONY | | INCOMPLETE | |
| WSH | 68 | JAIL COMP EVAL | 3/31/2015 | 3/31/2015 | 3/31/2015 | KING | FELONY | | INCOMPLETE | |
| WSH | 69 | FELON COMP EVAL | 4/1/2015 | 4/1/2015 | 4/1/2015 | THURSTON | FELONY CLASS C | 4/17/2015 | ADMISSION | 16 |
| WSH | 70 | JAIL COMP EVAL | 4/2/2002 | 4/1/2015 | 4/2/2015 | THURSTON | MISDEMEANOR | 4/16/2015 | FAXED | 15 |
| WSH | 71 | JAIL COMP EVAL | 4/1/2015 | 4/1/2015 | 3/18/2015 | KING | FELONY | 4/10/2015 | FAXED | 9 |
| WSH | 72 | JAIL COMP EVAL | 4/2/2015 | 4/1/2015 | 4/2/2015 | LEWIS | MISDEMEANOR | 4/15/2015 | FAXED | 14 |
| WSH | 73 | JAIL COMP EVAL | 4/2/2015 | 4/1/2015 | 4/2/2015 | CLARK | MISDEMEANOR | 4/15/2015 | FAXED | 14 |

| HOSPITAL | CLASS MEMBER | LEGAL AUTHORITY | ORDER RECEIVED DATE | ORDER SIGNED DATE | DISCOVERY RECEIVED DATE | COUNTY | OFFENSE | COMPLETION DATE | COMPLETION METHOD | # DAYS WAITING IN JAIL FROM ORDER SIGNED DATE TO COMPLETION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 74 | JAIL COMP EVAL | 4/14/2015 | 4/1/2015 | 4/13/2015 | PIERCE | MISDEMEANOR | 4/23/2015 | FAXED | 22 |
| WSH | 75 | JAIL COMP EVAL | 4/17/2015 | 4/1/2015 | 4/17/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 76 | FELON COMP EVAL | 4/3/2015 | 4/2/2015 | 4/3/2015 | KING | FELONY | 4/20/2015 | ADMISSION | 18 |
| WSH | 77 | JAIL COMP EVAL | 4/2/2015 | 4/2/2015 | 4/2/2015 | CLARK | MISDEMEANOR | 4/14/2015 | FAXED | 12 |
| WSH | 78 | JAIL COMP EVAL | 4/3/2015 | 4/2/2015 | 4/3/2015 | KING | MISDEMEANOR | 4/16/2015 | FAXED | 14 |
| WSH | 79 | JAIL COMP EVAL | 4/2/2015 | 4/2/2015 | 4/2/2015 | COWLITZ | FELONY | 4/16/2015 | FAXED | 14 |
| WSH | 80 | JAIL COMP EVAL | 4/3/2015 | 4/2/2015 | 4/3/2015 | KITSAP | FELONY | 4/21/2015 | FAXED | 19 |
| WSH | 81 | JAIL COMP EVAL | 4/2/2015 | 4/2/2015 | 4/7/2015 | KING | MISDEMEANOR | 4/21/2015 | FAXED | 19 |
| WSH | 82 | JAIL COMP EVAL | 4/2/2015 | 4/2/2015 | 4/2/2015 | SNOHOMISH | FELONY | 4/15/2015 | FAXED | 13 |
| WSH | 83 | JAIL COMP EVAL | 4/2/2015 | 4/2/2015 | 4/2/2015 | PIERCE | MISDEMEANOR | 4/21/2015 | FAXED | 19 |
| WSH | 84 | JAIL COMP EVAL | 4/3/2015 | 4/2/2015 | 4/3/2015 | KING | MISDEMEANOR | 4/10/2015 | FAXED | 8 |
| WSH | 85 | JAIL COMP EVAL | 4/2/2015 | 4/2/2015 | 4/2/2015 | THURSTON | FELONY | 4/16/2015 | FAXED | 14 |
| WSH | 86 | JAIL COMP EVAL | 4/3/2015 | 4/2/2015 | 4/3/2015 | KITSAP | MISDEMEANOR | 4/7/2015 | FAXED | 5 |
| WSH | 87 | JAIL COMP EVAL | 4/2/2015 | 4/2/2015 | 4/2/2015 | SNOHOMISH | MISDEMEANOR | 4/10/2015 | FAXED | 8 |
| WSH | 88 | JAIL COMP EVAL | 4/3/2015 | 4/2/2015 | 4/7/2015 | KING | MISDEMEANOR | 4/16/2015 | FAXED | 14 |
| WSH | 89 | JAIL COMP EVAL | 4/2/2015 | 4/2/2015 | 4/2/2015 | PIERCE | MISDEMEANOR | | INCOMPLETE | |
| WSH | 90 | JAIL COMP EVAL | 4/2/2015 | 4/2/2015 | 4/2/2015 | SNOHOMISH | MISDEMEANOR | | INCOMPLETE | |
| WSH | 91 | JAIL COMP EVAL | 4/3/2015 | 4/3/2015 | 4/3/2015 | KING | MISDEMEANOR | 4/9/2015 | FAXED | 6 |
| WSH | 92 | JAIL COMP EVAL | 4/3/2015 | 4/3/2015 | 4/3/2015 | KING | MISDEMEANOR | 4/20/2015 | FAXED | 17 |
| WSH | 93 | JAIL COMP EVAL | 4/3/2015 | 4/3/2015 | 4/3/2015 | THURSTON | MISDEMEANOR | 4/16/2015 | FAXED | 13 |
| WSH | 94 | JAIL COMP EVAL | 4/6/2015 | 4/3/2015 | 4/6/2015 | CLARK | MISDEMEANOR | | INCOMPLETE | |
| WSH | 95 | JAIL COMP EVAL | 4/6/2015 | 4/3/2015 | 4/6/2015 | KING | FELONY | | INCOMPLETE | |
| WSH | 96 | JAIL COMP EVAL | 4/6/2015 | 4/6/2015 | 4/9/2015 | WHATCOM | MISDEMEANOR | 4/23/2015 | FAXED | 17 |
| WSH | 97 | JAIL COMP EVAL | 4/7/2015 | 4/6/2015 | 4/7/2015 | KING | FELONY | 4/22/2015 | FAXED | 16 |
| WSH | 98 | JAIL COMP EVAL | 4/6/2015 | 4/6/2015 | 4/6/2015 | SAN JUAN | FELONY | 4/8/2015 | FAXED | 2 |
| WSH | 99 | JAIL COMP EVAL | 4/7/2015 | 4/6/2015 | 4/7/2015 | KING | MISDEMEANOR | 4/22/2015 | FAXED | 16 |

| HOSPITAL | CLASS MEMBER | LEGAL AUTHORITY | ORDER RECEIVED DATE | ORDER SIGNED DATE | DISCOVERY RECEIVED DATE | COUNTY | OFFENSE | COMPLETION DATE | COMPLETION METHOD | # DAYS WAITING IN JAIL FROM ORDER SIGNED DATE TO COMPLETION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 100 | JAIL COMP EVAL | 4/7/2015 | 4/6/2015 | 4/7/2015 | KING | MISDEMEANOR | 4/15/2015 | FAXED | 9 |
| WSH | 101 | JAIL COMP EVAL | 4/6/2015 | 4/6/2015 | 4/7/2015 | KING | MISDEMEANOR | 4/15/2015 | FAXED | 9 |
| WSH | 102 | JAIL COMP EVAL | 4/6/2015 | 4/6/2015 | 4/6/2015 | SNOHOMISH | MISDEMEANOR | | INCOMPLETE | |
| WSH | 103 | JAIL COMP EVAL | 4/7/2015 | 4/6/2015 | 4/7/2015 | KING | FELONY | | INCOMPLETE | |
| WSH | 104 | JAIL COMP EVAL | 4/7/2015 | 4/6/2015 | 4/7/2015 | CLARK | MISDEMEANOR | 4/21/2015 | WITHDRAWN | |
| WSH | 105 | JAIL COMP EVAL | 4/7/2015 | 4/7/2015 | 4/7/2015 | PIERCE | MISDEMEANOR | 4/22/2015 | FAXED | 15 |
| WSH | 106 | JAIL COMP EVAL | 4/7/2015 | 4/7/2015 | 4/7/2015 | KING | MISDEMEANOR | 4/14/2015 | FAXED | 7 |
| WSH | 107 | JAIL COMP EVAL | 4/7/2015 | 4/7/2015 | 4/7/2015 | KING | MISDEMEANOR | 4/13/2015 | FAXED | 6 |
| WSH | 108 | JAIL COMP EVAL | 4/7/2015 | 4/7/2015 | 4/7/2015 | KING | FELONY | 4/17/2015 | FAXED | 10 |
| WSH | 109 | JAIL COMP EVAL | 4/7/2015 | 4/7/2015 | 4/7/2015 | PIERCE | MISDEMEANOR | | INCOMPLETE | |
| WSH | 110 | JAIL COMP EVAL | 4/14/2015 | 4/7/2015 | 4/14/2015 | KING | FELONY | | INCOMPLETE | |
| WSH | 111 | JAIL COMP EVAL | 4/7/2015 | 4/7/2015 | 4/7/2015 | KITSAP | MISDEMEANOR | | INCOMPLETE | |
| WSH | 112 | JAIL COMP EVAL | 4/7/2015 | 4/7/2015 | 4/8/2015 | CLARK | MISDEMEANOR | | INCOMPLETE | |
| WSH | 113 | JAIL COMP EVAL | 4/8/2015 | 4/7/2015 | 4/7/2015 | KING | MISDEMEANOR | 4/13/2015 | WITHDRAWN | |
| WSH | 114 | JAIL COMP EVAL | 4/8/2015 | 4/8/2015 | 4/7/2015 | THURSTON | MISDEMEANOR | 4/13/2015 | FAXED | 5 |
| WSH | 115 | JAIL COMP EVAL | 4/8/2015 | 4/8/2015 | 4/8/2015 | KING | MISDEMEANOR | 4/16/2015 | FAXED | 8 |
| WSH | 116 | JAIL COMP EVAL | 4/10/2015 | 4/8/2015 | 4/10/2015 | KING | MISDEMEANOR | 4/23/2015 | FAXED | 15 |
| WSH | 117 | JAIL COMP EVAL | 4/8/2015 | 4/8/2015 | 4/9/2015 | KING | MISDEMEANOR | 4/17/2015 | FAXED | 9 |
| WSH | 118 | JAIL COMP EVAL | 4/9/2015 | 4/8/2015 | 4/9/2015 | KING | FELONY | 4/17/2015 | FAXED | 9 |
| WSH | 119 | JAIL COMP EVAL | 4/10/2015 | 4/8/2015 | 4/13/2015 | SKAGIT | FELONY | | INCOMPLETE | |
| WSH | 120 | JAIL COMP EVAL | 4/14/2015 | 4/9/2015 | 4/14/2015 | PIERCE | MISDEMEANOR | 4/21/2015 | FAXED | 12 |
| WSH | 121 | JAIL COMP EVAL | 4/9/2015 | 4/9/2015 | 4/9/2015 | PIERCE | MISDEMEANOR | 4/22/2015 | FAXED | 13 |
| WSH | 122 | JAIL COMP EVAL | 4/9/2015 | 4/9/2015 | 4/9/2015 | KING | FELONY | 4/23/2015 | FAXED | 14 |
| WSH | 123 | JAIL COMP EVAL | 4/9/2015 | 4/9/2015 | 4/9/2015 | SNOHOMISH | MISDEMEANOR | 4/15/2015 | FAXED | 6 |
| WSH | 124 | JAIL COMP EVAL | 4/9/2015 | 4/9/2015 | 4/9/2015 | KING | MISDEMEANOR | 4/17/2015 | FAXED | 8 |
| WSH | 125 | JAIL COMP EVAL | 4/9/2015 | 4/9/2015 | 4/9/2015 | SNOHOMISH | FELONY | | INCOMPLETE | |

| HOSPITAL | CLASS MEMBER | LEGAL AUTHORITY | ORDER RECEIVED DATE | ORDER SIGNED DATE | DISCOVERY RECEIVED DATE | COUNTY | OFFENSE | COMPLETION DATE | COMPLETION METHOD | # DAYS WAITING IN JAIL FROM ORDER SIGNED DATE TO COMPLETION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 126 | JAIL COMP EVAL | 4/9/2015 | 4/9/2015 | 4/9/2015 | KING | FELONY | 4/23/2015 | TIC | |
| WSH | 127 | JAIL COMP EVAL | 4/13/2015 | 4/10/2015 | 4/13/2015 | KING | MISDEMEANOR | 4/22/2015 | FAXED | 12 |
| WSH | 128 | JAIL COMP EVAL | 4/10/2015 | 4/10/2015 | 4/10/2015 | CLARK | MISDEMEANOR | 4/22/2015 | FAXED | 12 |
| WSH | 129 | JAIL COMP EVAL | 4/10/2015 | 4/10/2015 | 4/10/2015 | THURSTON | MISDEMEANOR | 4/22/2015 | FAXED | 12 |
| WSH | 130 | JAIL COMP EVAL | 4/13/2015 | 4/10/2015 | 4/13/2015 | KING | MISDEMEANOR | 4/22/2015 | FAXED | 12 |
| WSH | 131 | FELON COMP EVAL | 4/14/2015 | 4/10/2015 | 4/14/2015 | WHATCOM | FELONY CLASS C | | INCOMPLETE | |
| WSH | 132 | JAIL COMP EVAL | 4/17/2015 | 4/10/2015 | 4/17/2015 | PIERCE | MISDEMEANOR | | INCOMPLETE | |
| WSH | 133 | JAIL COMP EVAL | 4/13/2015 | 4/11/2015 | 4/13/2015 | KING | MISDEMEANOR | 4/23/2015 | FAXED | 12 |
| WSH | 134 | JAIL COMP EVAL | 4/14/2015 | 4/13/2015 | 4/14/2015 | KING | MISDEMEANOR | 4/17/2015 | FAXED | 4 |
| WSH | 135 | JAIL COMP EVAL | 4/13/2015 | 4/13/2015 | 4/13/2015 | KING | MISDEMEANOR | 4/20/2015 | FAXED | 7 |
| WSH | 136 | JAIL COMP EVAL | 4/13/2015 | 4/13/2015 | 4/13/2015 | KING | MISDEMEANOR | 4/21/2015 | FAXED | 8 |
| WSH | 137 | JAIL COMP EVAL | 4/15/2015 | 4/13/2015 | 4/14/2015 | GRAYS HARBOR | FELONY | 4/22/2015 | FAXED | 9 |
| WSH | 138 | JAIL COMP EVAL | 4/13/2015 | 4/13/2015 | 4/13/2015 | KING | FELONY | | INCOMPLETE | |
| WSH | 139 | JAIL COMP EVAL | 4/13/2015 | 4/13/2015 | 4/13/2015 | KING | FELONY | | INCOMPLETE | |
| WSH | 140 | JAIL COMP EVAL | 4/17/2015 | 4/13/2015 | 4/15/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 141 | JAIL COMP EVAL | 4/13/2015 | 4/13/2015 | 4/13/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 142 | JAIL COMP EVAL | 4/13/2015 | 4/13/2015 | 4/13/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 143 | JAIL COMP EVAL | 4/13/2015 | 4/13/2015 | 4/13/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 144 | JAIL COMP EVAL | 4/13/2015 | 4/13/2015 | 4/13/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 145 | JAIL COMP EVAL | 4/14/2015 | 4/14/2015 | 4/14/2015 | SNOHOMISH | MISDEMEANOR | 4/23/2015 | FAXED | 9 |
| WSH | 146 | JAIL COMP EVAL | 4/14/2015 | 4/14/2015 | 4/14/2015 | LEWIS | MISDEMEANOR | 4/22/2015 | FAXED | 8 |
| WSH | 147 | JAIL COMP EVAL | 4/15/2015 | 4/14/2015 | 4/15/2015 | KING | MISDEMEANOR | 4/21/2015 | FAXED | 7 |
| WSH | 148 | JAIL COMP EVAL | 4/14/2015 | 4/14/2015 | 4/14/2015 | SNOHOMISH | MISDEMEANOR | 4/21/2015 | FAXED | 7 |
| WSH | 149 | JAIL COMP EVAL | 4/15/2015 | 4/14/2015 | 4/15/2015 | THURSTON | FELONY | | INCOMPLETE | |
| WSH | 150 | JAIL COMP EVAL | 4/14/2015 | 4/14/2015 | 4/14/2015 | MASON | FELONY | | INCOMPLETE | |

| HOSPITAL | CLASS MEMBER | LEGAL AUTHORITY | ORDER RECEIVED DATE | ORDER SIGNED DATE | DISCOVERY RECEIVED DATE | COUNTY | OFFENSE | COMPLETION DATE | COMPLETION METHOD | # DAYS WAITING IN JAIL FROM ORDER SIGNED DATE TO COMPLETION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 151 | JAIL COMP EVAL | 4/21/2015 | 4/14/2015 | 4/21/2015 | COWLITZ | FELONY | | INCOMPLETE | |
| WSH | 152 | JAIL COMP EVAL | 4/14/2015 | 4/14/2015 | 4/14/2015 | KING | FELONY | | INCOMPLETE | |
| WSH | 153 | COMP RES MISD | 4/15/2015 | 4/15/2015 | 4/15/2015 | KITSAP | MISDEMEANOR | 4/27/2015 | ADMISSION | 8 |
| WSH | 154 | JAIL COMP EVAL | 4/15/2015 | 4/15/2015 | 4/15/2015 | KING | MISDEMEANOR | 4/23/2015 | FAXED | 8 |
| WSH | 155 | JAIL COMP EVAL | 4/15/2015 | 4/15/2015 | 4/15/2015 | KING | MISDEMEANOR | 4/23/2015 | FAXED | 8 |
| WSH | 156 | FELON COMP EVAL | 4/15/2015 | 4/15/2015 | 4/15/2015 | PIERCE | FELONY CLASS A | | INCOMPLETE | |
| WSH | 157 | JAIL COMP EVAL | 4/15/2015 | 4/15/2015 | 4/15/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 158 | JAIL COMP EVAL | 4/15/2015 | 4/15/2015 | 4/15/2015 | SNOHOMISH | MISDEMEANOR | | INCOMPLETE | |
| WSH | 159 | JAIL COMP EVAL | 4/20/2015 | 4/15/2015 | 4/20/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 160 | JAIL COMP EVAL | 4/16/2015 | 4/15/2015 | 4/16/2015 | ISLAND | MISDEMEANOR | | INCOMPLETE | |
| WSH | 161 | JAIL COMP EVAL | 4/16/2015 | 4/15/2015 | 4/16/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 162 | JAIL COMP EVAL | 4/20/2015 | 4/15/2015 | 4/20/2015 | KING | MISDEMEANOR | 4/22/2015 | WITHDRAWN | |
| WSH | 163 | JAIL COMP EVAL | 4/15/2015 | 4/15/2015 | 4/15/2015 | KING | MISDEMEANOR | 4/21/2015 | WITHDRAWN | |
| WSH | 164 | JAIL COMP EVAL | 4/20/2015 | 4/16/2015 | 4/20/2015 | KING | FELONY | 4/22/2015 | FAXED | 6 |
| WSH | 165 | JAIL COMP EVAL | 4/16/2015 | 4/16/2015 | 4/16/2015 | KING | MISDEMEANOR | 4/23/2015 | FAXED | 7 |
| WSH | 166 | FELON COMP EVAL | 4/23/2015 | 4/16/2015 | 4/23/2015 | THURSTON | FELONY CLASS C | | INCOMPLETE | |
| WSH | 167 | JAIL COMP EVAL | 4/20/2015 | 4/16/2015 | 4/20/2015 | LEWIS | FELONY | | INCOMPLETE | |
| WSH | 168 | JAIL COMP EVAL | 4/16/2015 | 4/16/2015 | 4/16/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 169 | JAIL COMP EVAL | 4/17/2015 | 4/16/2015 | 4/17/2015 | KING | FELONY | | INCOMPLETE | |
| WSH | 170 | JAIL COMP EVAL | 4/16/2015 | 4/16/2015 | 4/16/2015 | KITSAP | FELONY | | INCOMPLETE | |
| WSH | 171 | JAIL COMP EVAL | 4/16/2015 | 4/16/2015 | 4/16/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 172 | JAIL COMP EVAL | 4/16/2015 | 4/16/2015 | 4/16/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 173 | JAIL COMP EVAL | 4/20/2015 | 4/17/2015 | 4/20/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 174 | JAIL COMP EVAL | 4/17/2015 | 4/17/2015 | 4/20/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 175 | JAIL COMP EVAL | 4/17/2015 | 4/17/2015 | 4/17/2015 | KITSAP | MISDEMEANOR | | INCOMPLETE | |

| HOSPITAL | CLASS MEMBER | LEGAL AUTHORITY | ORDER RECEIVED DATE | ORDER SIGNED DATE | DISCOVERY RECEIVED DATE | COUNTY | OFFENSE | COMPLETION DATE | COMPLETION METHOD | # DAYS WAITING IN JAIL FROM ORDER SIGNED DATE TO COMPLETION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 176 | JAIL COMP EVAL | 4/17/2015 | 4/17/2015 | 4/23/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 177 | JAIL COMP EVAL | 4/17/2015 | 4/17/2015 | 4/17/2015 | CLARK | MISDEMEANOR | | INCOMPLETE | |
| WSH | 178 | JAIL COMP EVAL | 4/17/2015 | 4/17/2015 | 4/17/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 179 | JAIL COMP EVAL | 4/17/2015 | 4/17/2015 | 4/17/2015 | SNOHOMISH | MISDEMEANOR | | INCOMPLETE | |
| WSH | 180 | JAIL COMP EVAL | 4/20/2015 | 4/20/2015 | 4/20/2015 | GRAYS HARBOR | FELONY | | INCOMPLETE | |
| WSH | 181 | JAIL COMP EVAL | 4/20/2015 | 4/20/2015 | 4/20/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 182 | JAIL COMP EVAL | 4/21/2015 | 4/20/2015 | 4/21/2015 | SNOHOMISH | MISDEMEANOR | | INCOMPLETE | |
| WSH | 183 | JAIL COMP EVAL | 4/21/2015 | 4/20/2015 | 4/21/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 184 | JAIL COMP EVAL | 4/20/2015 | 4/20/2015 | 4/20/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 185 | FELON COMP EVAL | 4/21/2015 | 4/21/2015 | 4/21/2015 | THURSTON | FELONY CLASS B | 4/28/2015 | ADMISSION | 2 |
| WSH | 186 | FELON COMP EVAL | 4/21/2015 | 4/21/2015 | 4/21/2015 | KING | FELONY CLASS A | | INCOMPLETE | |
| WSH | 187 | JAIL COMP EVAL | 4/21/2015 | 4/21/2015 | 4/21/2015 | PIERCE | MISDEMEANOR | | INCOMPLETE | |
| WSH | 188 | JAIL COMP EVAL | 4/21/2015 | 4/21/2015 | 4/21/2015 | PIERCE | MISDEMEANOR | | INCOMPLETE | |
| WSH | 189 | JAIL COMP EVAL | 4/21/2015 | 4/21/2015 | 4/21/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 190 | JAIL COMP EVAL | 4/22/2015 | 4/21/2015 | 4/22/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 191 | JAIL COMP EVAL | 4/22/2015 | 4/21/2015 | 4/22/2015 | KING | FELONY | | INCOMPLETE | |
| WSH | 192 | JAIL COMP EVAL | 4/21/2015 | 4/21/2015 | 4/21/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 193 | JAIL COMP EVAL | 4/21/2015 | 4/21/2015 | 4/21/2015 | THURSTON | FELONY | | INCOMPLETE | |
| WSH | 194 | JAIL COMP EVAL | 4/22/2015 | 4/21/2015 | 4/22/2015 | CLARK | MISDEMEANOR | | INCOMPLETE | |
| WSH | 195 | JAIL COMP EVAL | 4/23/2015 | 4/21/2015 | 4/23/2015 | CLARK | FELONY | | INCOMPLETE | |
| WSH | 196 | FELON COMP EVAL | 4/22/2015 | 4/22/2015 | 4/22/2015 | KING | FELONY CLASS A | 4/24/2015 | ADMISSION | 1 |
| WSH | 197 | JAIL COMP EVAL | 4/22/2015 | 4/22/2015 | 4/23/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 198 | JAIL COMP EVAL | 4/23/2015 | 4/22/2015 | 4/23/2015 | KITSAP | FELONY | | INCOMPLETE | |
| WSH | 199 | JAIL COMP EVAL | 4/24/2015 | 4/22/2015 | 4/24/2015 | THURSTON | FELONY | | INCOMPLETE | |
| WSH | 200 | JAIL COMP EVAL | 4/22/2015 | 4/22/2015 | 4/22/2015 | KING | FELONY | | INCOMPLETE | |

| HOSPITAL | CLASS MEMBER | LEGAL AUTHORITY | ORDER RECEIVED DATE | ORDER SIGNED DATE | DISCOVERY RECEIVED DATE | COUNTY | OFFENSE | COMPLETION DATE | COMPLETION METHOD | # DAYS WAITING IN JAIL FROM ORDER SIGNED DATE TO COMPLETION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 201 | JAIL COMP EVAL | 4/24/2015 | 4/23/2015 | 4/24/2015 | CLARK | MISDEMEANOR | | INCOMPLETE | |
| WSH | 202 | JAIL COMP EVAL | 4/23/2015 | 4/23/2015 | 4/24/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 203 | JAIL COMP EVAL | 4/23/2015 | 4/23/2015 | 4/24/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 204 | JAIL COMP EVAL | 4/23/2015 | 4/23/2015 | 4/24/2015 | KING | MISDEMEANOR | | INCOMPLETE | |
| WSH | 205 | JAIL COMP EVAL | 4/23/2015 | 4/23/2015 | 4/23/2015 | KING | FELONY | | INCOMPLETE | |
| WSH | 206 | JAIL COMP EVAL | 4/23/2015 | 4/23/2015 | 4/23/2015 | SAN JUAN | MISDEMEANOR | | INCOMPLETE | |
| WSH | 207 | JAIL COMP EVAL | 4/23/2015 | 4/23/2015 | 4/24/2015 | PIERCE | FELONY | | INCOMPLETE | |
| ESH | 208 | JAIL COMP EVAL | 3/24/2015 | 3/24/2015 | 3/26/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 209 | JAIL COMP EVAL | 3/24/2015 | 3/24/2015 | 3/30/2015 | FRANKLIN | FELONY | | INCOMPLETE | |
| ESH | 210 | JAIL COMP EVAL | 3/26/2015 | 3/25/2015 | 4/1/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 211 | JAIL COMP EVAL | 4/6/2015 | 3/25/2015 | 4/10/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 212 | JAIL COMP EVAL | 4/15/2015 | 3/25/2015 | 4/17/2015 | YAKIMA | MISDEMEANOR | | INCOMPLETE | |
| ESH | 213 | JAIL COMP EVAL | 3/26/2015 | 3/25/2015 | 4/1/2015 | GRANT | MISDEMEANOR | | INCOMPLETE | |
| ESH | 214 | JAIL COMP EVAL | 3/25/2015 | 3/25/2015 | 3/26/2015 | BENTON | MISDEMEANOR | | INCOMPLETE | |
| ESH | 215 | FELON COMP EVAL | 3/26/2015 | 3/26/2015 | 3/27/2015 | PEND OREILLE | FELONY | 4/29/2015 | ADMISSION | 34 |
| ESH | 216 | JAIL COMP EVAL | 3/26/2015 | 3/26/2015 | 4/1/2015 | GRANT | FELONY | | INCOMPLETE | |
| ESH | 217 | JAIL COMP EVAL | 3/26/2015 | 3/26/2015 | 4/1/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 218 | FELON COMP EVAL | 4/1/2015 | 3/26/2015 | 4/22/2015 | YAKIMA | FELONY | | INCOMPLETE | |
| ESH | 219 | JAIL COMP EVAL | 3/30/2015 | 3/27/2015 | 4/1/2015 | OKANAGAN | FELONY | | INCOMPLETE | |
| ESH | 220 | JAIL COMP EVAL | 3/31/2015 | 3/31/2015 | 3/31/2015 | SPOKANE | MISDEMEANOR | 4/10/2015 | FAXED | 10 |
| ESH | 221 | MISD COMP EVAL | 3/31/2015 | 3/31/2015 | 3/31/2015 | SPOKANE | MISDEMEANOR | | INCOMPLETE | |
| ESH | 222 | JAIL COMP EVAL | 3/31/2015 | 3/31/2015 | 4/1/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 223 | JAIL COMP EVAL | 4/1/2015 | 3/31/2015 | 4/2/2015 | FRANKLIN | MISDEMEANOR | | INCOMPLETE | |
| ESH | 224 | JAIL COMP EVAL | 4/6/2015 | 3/31/2015 | 4/8/2015 | CHELAN | MISDEMEANOR | | INCOMPLETE | |
| ESH | 225 | JAIL COMP EVAL | 4/2/2015 | 4/2/2015 | 4/2/2015 | SPOKANE | MISDEMEANOR | | INCOMPLETE | |

| HOSPITAL | CLASS MEMBER | LEGAL AUTHORITY | ORDER RECEIVED DATE | ORDER SIGNED DATE | DISCOVERY RECEIVED DATE | COUNTY | OFFENSE | COMPLETION DATE | COMPLETION METHOD | # DAYS WAITING IN JAIL FROM ORDER SIGNED DATE TO COMPLETION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 226 | JAIL COMP EVAL | 4/6/2015 | 4/2/2015 | 4/8/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 227 | JAIL COMP EVAL | 4/2/2015 | 4/2/2015 | 4/3/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 228 | JAIL COMP EVAL | 4/6/2015 | 4/2/2015 | 4/8/2015 | BENTON | FELONY | | INCOMPLETE | |
| ESH | 229 | JAIL COMP EVAL | 4/3/2015 | 4/3/2015 | 4/3/2015 | YAKIMA | FELONY | | INCOMPLETE | |
| ESH | 230 | JAIL COMP EVAL | 4/7/2015 | 4/3/2015 | 4/10/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 231 | JAIL COMP EVAL | 4/7/2015 | 4/6/2015 | 4/7/2015 | SPOKANE | MISDEMEANOR | | INCOMPLETE | |
| ESH | 232 | JAIL COMP EVAL | 4/14/2015 | 4/6/2015 | 4/15/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 233 | JAIL COMP EVAL | 4/7/2015 | 4/6/2015 | 4/10/2015 | FRANKLIN | MISDEMEANOR | | INCOMPLETE | |
| ESH | 234 | JAIL COMP EVAL | 4/7/2015 | 4/7/2015 | 4/29/2015 | YAKIMA | FELONY | | INCOMPLETE | |
| ESH | 235 | JAIL COMP EVAL | 4/9/2015 | 4/7/2015 | 4/13/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 236 | JAIL COMP EVAL | 4/9/2015 | 4/7/2015 | 4/13/2015 | CHELAN | MISDEMEANOR | | INCOMPLETE | |
| ESH | 237 | JAIL COMP EVAL | 4/10/2015 | 4/7/2015 | 4/13/2015 | YAKIMA | MISDEMEANOR | | INCOMPLETE | |
| ESH | 238 | MISD COMP EVAL | 4/9/2015 | 4/8/2015 | 4/10/2015 | FERRY | MISDEMEANOR | | INCOMPLETE | |
| ESH | 239 | JAIL COMP EVAL | 4/9/2015 | 4/8/2015 | 4/13/2015 | BENTON | MISDEMEANOR | | INCOMPLETE | |
| ESH | 240 | JAIL COMP EVAL | 4/10/2015 | 4/9/2015 | 4/13/2015 | YAKIMA | FELONY | | INCOMPLETE | |
| ESH | 241 | JAIL COMP EVAL | 4/10/2015 | 4/9/2015 | 4/13/2015 | YAKIMA | FELONY | | INCOMPLETE | |
| ESH | 242 | JAIL COMP EVAL | 4/10/2015 | 4/9/2015 | 4/13/2015 | YAKIMA | FELONY | | INCOMPLETE | |
| ESH | 243 | JAIL COMP EVAL | 4/13/2015 | 4/10/2015 | 4/13/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 244 | JAIL COMP EVAL | 4/13/2015 | 4/13/2015 | 4/15/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 245 | JAIL COMP EVAL | 4/15/2015 | 4/13/2015 | 4/16/2015 | KITTITAS | FELONY | | INCOMPLETE | |
| ESH | 246 | JAIL COMP EVAL | 4/13/2015 | 4/13/2015 | 4/15/2015 | FRANKLIN | MISDEMEANOR | | INCOMPLETE | |
| ESH | 247 | JAIL COMP EVAL | 4/15/2015 | 4/13/2015 | 4/15/2015 | YAKIMA | MISDEMEANOR | | INCOMPLETE | |
| ESH | 248 | JAIL COMP EVAL | 4/14/2015 | 4/14/2015 | 4/15/2015 | SPOKANE | MISDEMEANOR | | INCOMPLETE | |
| ESH | 249 | FELON COMP EVAL | 4/15/2015 | 4/14/2015 | 4/16/2015 | FRANKLIN | FELONY | | INCOMPLETE | |
| ESH | 250 | MISD COMP EVAL | 4/22/2015 | 4/16/2015 | 4/22/2015 | SPOKANE | MISDEMEANOR | | INCOMPLETE | |

| HOSPITAL | CLASS MEMBER | LEGAL AUTHORITY | ORDER RECEIVED DATE | ORDER SIGNED DATE | DISCOVERY RECEIVED DATE | COUNTY | OFFENSE | COMPLETION DATE | COMPLETION METHOD | # DAYS WAITING IN JAIL FROM ORDER SIGNED DATE TO COMPLETION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 251 | JAIL COMP EVAL | 4/16/2015 | 4/16/2015 | 4/16/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 252 | JAIL COMP EVAL | 4/17/2015 | 4/16/2015 | 4/23/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 253 | JAIL COMP EVAL | 4/16/2015 | 4/16/2015 | 4/23/2015 | YAKIMA | FELONY | | INCOMPLETE | |
| ESH | 254 | FELON COMP EVAL | 4/16/2015 | 4/16/2015 | 4/27/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 255 | JAIL COMP EVAL | 4/17/2015 | 4/17/2015 | 4/23/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 256 | JAIL COMP EVAL | 4/17/2015 | 4/17/2015 | 4/17/2015 | GRANT | MISDEMEANOR | | INCOMPLETE | |
| ESH | 257 | JAIL COMP EVAL | 4/21/2015 | 4/20/2015 | 4/23/2015 | CHELAN | FELONY | | INCOMPLETE | |
| ESH | 258 | JAIL COMP EVAL | 4/21/2015 | 4/20/2015 | 4/23/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 259 | JAIL COMP EVAL | 4/21/2015 | 4/20/2015 | 4/23/2015 | YAKIMA | MISDEMEANOR | | INCOMPLETE | |
| ESH | 260 | JAIL COMP EVAL | 4/21/2015 | 4/21/2015 | 4/23/2015 | Yakima | MISDEMEANOR | | INCOMPLETE | |
| ESH | 261 | FELON COMP EVAL | 4/22/2015 | 4/21/2015 | 4/24/2015 | GRANT | FELONY | | INCOMPLETE | |
| ESH | 262 | FELON COMP EVAL | 4/22/2015 | 4/22/2015 | 3/26/2015 | BENTON | FELONY | | INCOMPLETE | |
| ESH | 263 | MISD COMP EVAL | 4/23/2015 | 4/23/2015 | 4/24/2015 | KITTITAS | MISDEMEANOR | | INCOMPLETE | |
| ESH | 264 | JAIL COMP EVAL | 4/23/2015 | 4/23/2015 | 4/24/2015 | YAKIMA | FELONY | | INCOMPLETE | |
| ESH | 265 | JAIL COMP EVAL | 4/23/2015 | 4/23/2015 | 4/24/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 266 | FELON COMP EVAL | 4/23/2015 | 4/23/2015 | 4/24/2015 | YAKIMA | FELONY | | INCOMPLETE | |

**Competency Restoration Information**

| HOSPITAL | CLASS MEMBER | LEGAL AUTHORITY | ORDER RECEIVED DATE | ORDER SIGNED DATE | DISCOVERY RECEIVED DATE | COUNTY | OFFENSE | COMPLETION DATE | COMPLETION METHOD | # DAYS WAITING IN JAIL FROM ORDER SIGNED DATE TO COMPLETION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 267 | COMP RES MISD | 3/27/2015 | 3/24/2015 | 3/27/2015 | WHATCOM | MISDEMEANOR | 4/7/2015 | ADMISSION | 14 |
| WSH | 268 | COMP RES MISD | 3/24/2015 | 3/24/2015 | 3/24/2015 | KITSAP | MISDEMEANOR | 3/31/2015 | ADMISSION | 7 |
| WSH | 269 | COMP RES FELONY | 3/24/2015 | 3/24/2015 | 3/24/2015 | KITSAP | FELONY CLASS C | | INCOMPLETE | |
| WSH | 270 | COMP RES FELONY | 3/25/2015 | 3/25/2015 | 3/25/2015 | KING | FELONY CLASS B | | INCOMPLETE | |
| WSH | 271 | COMP RES MISD | 3/27/2015 | 3/26/2015 | 3/27/2015 | KING | MISDEMEANOR | 4/3/2015 | ADMISSION | 8 |
| WSH | 272 | COMP RES MISD | 3/27/2015 | 3/26/2015 | 3/27/2015 | KING | MISDEMEANOR | 4/7/2015 | ADMISSION | 12 |
| WSH | 273 | COMP RES FELONY | 3/27/2015 | 3/26/2015 | 3/27/2015 | GRAYS HARBOR | FELONY CLASS C | 4/3/2015 | CANCELLED | |
| WSH | 274 | COMP RES FELONY | 3/27/2015 | 3/26/2015 | 3/27/2015 | CLARK | FELONY CLASS C | | INCOMPLETE | |
| WSH | 275 | COMP RES FELONY | 3/27/2015 | 3/27/2015 | 3/27/2015 | CLALLAM | FELONY CLASS C | 4/27/2015 | CANCELLED | |
| WSH | 276 | COMP RES FELONY | 3/27/2015 | 3/27/2015 | 3/27/2015 | CLARK | FELONY CLASS B | | INCOMPLETE | |
| WSH | 277 | COMP RES FELONY | 3/31/2015 | 3/30/2015 | 3/31/2015 | THURSTON | FELONY CLASS A | 4/6/2015 | ADMISSION | 7 |
| WSH | 278 | COMP RES FELONY | 4/1/2015 | 4/1/2015 | 4/1/2015 | PIERCE | FELONY CLASS A | 4/1/2015 | ADMISSION | 0 |
| WSH | 279 | COMP RES FELONY | 4/1/2015 | 4/1/2015 | 4/1/2015 | PIERCE | FELONY | | INCOMPLETE | |
| WSH | 280 | COMP RES FELONY | 4/2/2015 | 4/1/2015 | 4/2/2015 | CLARK | FELONY | | INCOMPLETE | |
| WSH | 281 | COMP RES FELONY | 4/1/2015 | 4/1/2015 | 4/1/2015 | KING | FELONY CLASS C | | INCOMPLETE | |
| WSH | 282 | COMP RES MISD | 4/3/2015 | 4/2/2015 | 4/3/2015 | PIERCE | MISDEMEANOR | 4/8/2015 | ADMISSION | 6 |
| WSH | 283 | COMP RES MISD | 4/2/2015 | 4/2/2015 | 4/2/2015 | KING | MISDEMEANOR | 4/8/2015 | ADMISSION | 6 |
| WSH | 284 | COMP RES FELONY | 4/6/2015 | 4/2/2015 | 4/6/2015 | LEWIS | FELONY | | INCOMPLETE | |
| WSH | 285 | COMP RES FELONY | 4/3/2015 | 4/2/2015 | 4/3/2015 | KING | FELONY | | INCOMPLETE | |

| HOSPITAL | CLASS MEMBER | LEGAL AUTHORITY | ORDER RECEIVED DATE | ORDER SIGNED DATE | DISCOVERY RECEIVED DATE | COUNTY | OFFENSE | COMPLETION DATE | COMPLETION METHOD | # DAYS WAITING IN JAIL FROM ORDER SIGNED DATE TO COMPLETION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 286 | COMP RES MISD | 4/6/2015 | 4/3/2015 | 4/6/2015 | PIERCE | MISDEMEANOR | 4/9/2015 | ADMISSION | 6 |
| WSH | 287 | COMP RES MISD | 4/6/2015 | 4/3/2015 | 4/6/2015 | THURSTON | MISDEMEANOR | 4/13/2015 | ADMISSION | 10 |
| WSH | 288 | COMP RES FELONY | 4/6/2015 | 4/6/2015 | 4/9/2015 | PIERCE | FELONY | | INCOMPLETE | |
| WSH | 289 | COMP RES FELONY | 4/8/2015 | 4/7/2015 | 4/8/2015 | KING | FELONY | 4/17/2015 | ADMISSION | 10 |
| WSH | 290 | COMP RES MISD | 4/7/2015 | 4/7/2015 | 4/7/2015 | SNOHOMISH | MISDEMEANOR | 4/10/2015 | ADMISSION | 3 |
| WSH | 291 | COMP RES FELONY | 4/7/2015 | 4/7/2015 | 4/7/2015 | KING | FELONY | | INCOMPLETE | |
| WSH | 292 | COMP RES FELONY | 4/8/2015 | 4/8/2015 | 4/8/2015 | PIERCE | FELONY CLASS A | 4/16/2015 | ADMISSION | 8 |
| WSH | 293 | COMP RES FELONY | 4/8/2015 | 4/8/2015 | 4/8/2015 | KING | FELONY | 4/16/2015 | ADMISSION | 8 |
| WSH | 294 | COMP RES FELONY | 4/9/2015 | 4/8/2015 | 4/9/2015 | KING | FELONY | 4/16/2015 | ADMISSION | 8 |
| WSH | 295 | COMP RES MISD | 4/8/2015 | 4/8/2015 | 4/8/2015 | KING | MISDEMEANOR | 4/22/2015 | ADMISSION | 14 |
| WSH | 296 | COMP RES FELONY | 4/9/2015 | 4/9/2015 | 4/9/2015 | KING | FELONY CLASS C | | INCOMPLETE | |
| WSH | 297 | COMP RES MISD | 4/13/2015 | 4/10/2015 | 4/13/2015 | PIERCE | MISDEMEANOR | 4/16/2015 | ADMISSION | 6 |
| WSH | 298 | COMP RES FELONY | 4/10/2015 | 4/10/2015 | 4/13/2015 | PIERCE | FELONY | | INCOMPLETE | |
| WSH | 299 | COMP RES FELONY | 4/10/2015 | 4/10/2015 | 4/10/2015 | KITSAP | FELONY CLASS C | | INCOMPLETE | |
| WSH | 300 | COMP RES FELONY | 4/14/2015 | 4/13/2015 | 4/14/2015 | THURSTON | FELONY CLASS B | | INCOMPLETE | |
| WSH | 301 | COMP RES MISD | 4/14/2015 | 4/14/2015 | 4/14/2015 | KING | MISDEMEANOR | 4/22/2015 | ADMISSION | 8 |
| WSH | 302 | COMP RES FELONY | 4/14/2015 | 4/14/2015 | 4/14/2015 | KING | FELONY CLASS B | | INCOMPLETE | |
| WSH | 303 | COMP RES FELONY | 4/14/2015 | 4/14/2015 | 4/14/2015 | KING | FELONY CLASS B | | INCOMPLETE | |
| WSH | 304 | COMP RES FELONY | 4/15/2015 | 4/15/2015 | 4/15/2015 | PIERCE | FELONY CLASS C | 4/17/2015 | ADMISSION | 2 |
| WSH | 305 | COMP RES FELONY | 4/17/2015 | 4/15/2015 | 4/17/2015 | WHATCOM | FELONY CLASS C | | INCOMPLETE | |

| HOSPITAL | CLASS MEMBER | LEGAL AUTHORITY | ORDER RECEIVED DATE | ORDER SIGNED DATE | DISCOVERY RECEIVED DATE | COUNTY | OFFENSE | COMPLETION DATE | COMPLETION METHOD | # DAYS WAITING IN JAIL FROM ORDER SIGNED DATE TO COMPLETION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 306 | COMP RES FELONY | 4/16/2015 | 4/15/2015 | 4/16/2015 | CLARK | FELONY CLASS C | | INCOMPLETE | |
| WSH | 307 | COMP RES FELONY | 4/17/2015 | 4/15/2015 | 4/17/2015 | CLARK | FELONY CLASS C | | INCOMPLETE | |
| WSH | 308 | COMP RES FELONY | 4/17/2015 | 4/16/2015 | 4/17/2015 | KING | FELONY CLASS C | 4/16/2015 | ADMISSION | 0 |
| WSH | 309 | COMP RES MISD | 4/16/2015 | 4/16/2015 | 4/16/2015 | KING | MISDEMEANOR | 4/23/2015 | ADMISSION | 7 |
| WSH | 310 | COMP RES FELONY | 4/20/2015 | 4/17/2015 | 4/20/2015 | PIERCE | FELONY CLASS C | | INCOMPLETE | |
| WSH | 311 | COMP RES FELONY | 4/20/2015 | 4/20/2015 | 4/20/2015 | PIERCE | FELONY CLASS C | | INCOMPLETE | |
| WSH | 312 | COMP RES FELONY | 4/21/2015 | 4/21/2015 | 4/21/2015 | KITSAP | FELONY CLASS C | 4/21/2015 | ADMISSION | 0 |
| WSH | 313 | COMP RES FELONY | 4/22/2015 | 4/21/2015 | 4/22/2015 | KING | FELONY CLASS C | 4/28/2015 | ADMISSION | 2 |
| WSH | 314 | COMP RES FELONY | 4/21/2015 | 4/21/2015 | 4/21/2015 | KITSAP | FELONY CLASS C | | INCOMPLETE | |
| WSH | 315 | COMP RES FELONY | 4/22/2015 | 4/22/2015 | 4/22/2015 | THURSTON | FELONY CLASS C | 4/22/2015 | ADMISSION | 0 |
| WSH | 316 | COMP RES FELONY | 4/23/2015 | 4/22/2015 | 4/23/2015 | PIERCE | FELONY CLASS B | 4/27/2015 | ADMISSION | 1 |
| WSH | 317 | COMP RES FELONY | 4/22/2015 | 4/22/2015 | 4/22/2015 | KING | FELONY CLASS B | | INCOMPLETE | |
| WSH | 318 | COMP RES MISD | 4/23/2015 | 4/22/2015 | 4/23/2015 | CLARK | MISDEMEANOR | | INCOMPLETE | |
| WSH | 319 | COMP RES MISD | 4/23/2015 | 4/22/2015 | 4/23/2015 | CLARK | MISDEMEANOR | | INCOMPLETE | |
| WSH | 320 | COMP RES MISD | 4/24/2015 | 4/23/2015 | 4/24/2015 | PIERCE | MISDEMEANOR | 4/29/2015 | ADMISSION | 0 |
| WSH | 321 | COMP RES FELONY | 4/23/2015 | 4/23/2015 | 4/23/2015 | COWLITZ | FELONY CLASS C | | INCOMPLETE | |
| WSH | 322 | COMP RES FELONY | 4/24/2015 | 4/23/2015 | 4/24/2015 | GRAYS HARBOR | FELONY CLASS C | | INCOMPLETE | |
| ESH | 323 | COMP RES FELONY | 3/24/2015 | 3/24/2015 | 3/25/2015 | SPOKANE | FELONY | 4/22/2015 | ADMISSION | 29 |
| ESH | 324 | COMP RES FELONY | 3/25/2015 | 3/25/2015 | 3/26/2015 | YAKIMA | FELONY | 4/1/2015 | ADMISSION | 7 |
| ESH | 325 | COMP RES FELONY | 4/1/2015 | 3/27/2015 | 4/9/2015 | ASOTIN | FELONY | | INCOMPLETE | |

| HOSPITAL | CLASS MEMBER | LEGAL AUTHORITY | ORDER RECEIVED DATE | ORDER SIGNED DATE | DISCOVERY RECEIVED DATE | COUNTY | OFFENSE | COMPLETION DATE | COMPLETION METHOD | # DAYS WAITING IN JAIL FROM ORDER SIGNED DATE TO COMPLETION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 326 | COMP RES MISD | 4/10/2015 | 4/1/2015 | | GRANT | MISDEMEANOR | 4/15/2015 | ADMISSION | 14 |
| ESH | 327 | COMP RES FELONY | 4/9/2015 | 4/8/2015 | 4/9/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 328 | COMP RES FELONY | 4/9/2015 | 4/8/2015 | 4/9/2015 | BENTON | FELONY | | INCOMPLETE | |
| ESH | 329 | COMP RES FELONY | 4/10/2015 | 4/10/2015 | 4/13/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 330 | COMP RES FELONY | 4/10/2015 | 4/10/2015 | | SPOKANE | FELONY | 4/10/2015 | ADMISSION | 0 |
| ESH | 331 | COMP RES FELONY | 4/15/2015 | 4/14/2015 | 4/15/2015 | YAKIMA | FELONY | | INCOMPLETE | |
| ESH | 332 | COMP RES FELONY | 4/17/2015 | 4/17/2015 | | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 333 | COMP RES MISD | 4/21/2015 | 4/20/2015 | 4/22/2015 | CHELAN | MISDEMEANOR | | INCOMPLETE | |
| ESH | 334 | COMP RES FELONY | 4/21/2015 | 4/20/2015 | 4/22/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 335 | COMP RES FELONY | 4/21/2015 | 4/20/2015 | 4/22/2015 | SPOKANE | FELONY | | INCOMPLETE | |
| ESH | 336 | COMP RES FELONY | 4/20/2015 | 4/20/2015 | 4/21/2015 | CHELAN | FELONY | | INCOMPLETE | |

## <u>Resources Required to Provide Timely Competency Services</u>

**Current system resources**
Psychologists performing evaluations outside the state psychiatric hospital
|  |  |  |
|---|---|---|
| ESH | 6 | Full Time Equivalents (FTEs) |
| WSH | 18.5 | FTEs |

Current Competency Services Beds (does not include NGRI beds)
|  |  |
|---|---|
| ESH | 22 |
| WSH | 116 |

**Additional Resources for Implementation of Senate Bill 5889**
Senate Bill 5889 was signed into law by Governor Jay Inslee on March 12, 2015 and established maximum time limits for the completion of competency services as follows:

- *Admission to state hospital for competency services (evaluation and restoration):* A performance target of 7 days or less, and a maximum time limit of 14 days to extend an offer of admission to 0tate hospital for a defendant to receive inpatient services related to competency;
- *In-jail competency evaluations:* A performance target of 7 days or less, and a maximum time limit of 14 days, plus an additional seven-day extension to complete the evaluation if necessary for clinical reasons at the determination of DSHS.

The maximum time limits were to be phased in over a one-year period beginning July 1, 2015, in a manner that results in measurable incremental progress toward meeting the time limits over the course of the year. The legislature has not yet enacted a 2015-2017 biennial budget. However, the budgets separately proposed by the House of Representatives and the Senate each include the following additional resources in support of this Legislation:

<u>Staffing (in addition to staff needed to care for patients in additional beds noted below)</u>
|  |  |  |
|---|---|---|
| Administrative Assistant—Forensics | 1.7 | FTEs |
| Forensic Psychologists | 9.9 | FTEs |
| Forensic Supervisor | 1.4 | FTEs |
| Design Competency Restoration Program | 1 | FTEs |
| Workforce Development | 3 | FTEs |
| Staff to Monitor Bed Capacity | 3 | FTEs |

<u>Additional Forensic Beds</u>
|  |  |
|---|---|
| ESH | 15 |
| WSH | 45 |

23 | P a g e

Fiscal and program staff from DSHS, the Office of Financial Management and the Legislature are currently modeling additional resources required to meet the 7 day standard for competency services required to comply with the *Trueblood* order.  This information will also identify the date by which it is anticipated the State will be able to comply with this standard.  Once these models are complete, the information and underlying models will be submitted to the Court Monitor.

**Trueblood Implementation Steps Taken and Planned as of April 2015**

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion | Actions Taken/Planned to Mitigate Barriers |
|---|---|---|---|---|---|---|
| **Project Administration** | | | | | | |
| Obtain Project Manager | | Complete | Coordinate and track project tasks to meet requirements | Project Manager appointed | | |
| Establish Tiger Teams | ➢ Identify teams<br>➢ Establish protocols<br>➢ Kick-off meeting | Complete<br>Complete<br>Complete | Assign responsibility for key program areas or functions to specific experts/teams to support successful planning and implementation | Teams have been appointed and are working to document project tasks, timelines and dependencies | | |
| Develop Project Plan | ➢ Draft Charter<br>➢ Identify resources<br>➢ Draft task list & project plan<br>➢ Develop communication plan | 5/8/15<br>5/8/15<br>5/15/15<br><br>5/15/15 | • Identify and track project tasks to meet court ordered requirements<br>• Provide ongoing project tracking and progress reports | | | |
| Execute consulting contract with Groundswell Services, Inc. | ➢ Department of Enterprise Services (DES) Sole Source Filing Justification<br>➢ Decision Memo/Contract Request and Approval Form<br>➢ Sole Source Posting Notice<br>➢ Proposed initial Task Order<br>➢ Statement of Work in the draft contract<br>➢ Execute Contract | Complete<br><br>Complete<br><br>Complete<br>On Target<br><br>On Target<br><br>5/15/15 | Provide consulting, training, workforce development, and implementation services to: improve the State's forensic mental health system; comply with competency evaluation and restoration treatment timelines other requirements in the Trueblood decision; comply with legislative requirements including RCW 10.77.068 (1)(b) as amended; and recommendations of the Joint Legislative Audit and Review Committee (JLARC). | | | |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion | Actions Taken/Planned to Mitigate Barriers |
|---|---|---|---|---|---|---|
| **Court Appointed Monitor Coordination** | | | | | | |
| Communication with Monitor | ➤ Scheduled monthly post-report meetings<br>➤ Preparing dates for "All-Parties" meetings | Complete<br><br>5/5/2015 | Support efficient and coordinated communication | Held two communication meetings with Monitor | | |
| Monitor support | ➤ Complete required contract paperwork | 5/8/15 | Ensure efficient processing of Monitor billing documents and prompt remittance of Monitor payments | Began processing required contract documents | | |
| Monthly Reports | ➤ Discussed key ideas for report format/structure<br>➤ Collect Information<br>➤ Draft Report<br>➤ Report Review<br>➤ Finalize Report<br>➤ Submit Report | Complete<br><br>4/27/15<br>5/1/15<br>5/4/15<br>5/4/15<br>5/5/15 | Submit first monthly report in accordance with the Court Order. | Discussed potential format and requested information for the first report | | |
| **Legislative Coordination** | | | | | | |
| Engage Legislators | ➤ Brief Legislators and staff<br>➤ Identify key Legislative policy and budget support necessary to comply with Trueblood | Complete<br><br>Legislative Special Session End Date | Obtain policy and budget support necessary from the Legislature to comply with the Trueblood requirements.<br>Key issues include, but are not limited to:<br>• Extending county authority to contract for competency evaluations;<br>• Ensuring timely transmission of court orders and other documents to hospitals by the courts;<br>• Timely transport of patients to the state hospitals | • Met with legislators, staff, and stakeholders<br>• Drafted legislation relating to Trueblood and the forensic mental health system in chapter 10.77 RCW<br>• Prepared amendments to the latest House Judiciary Committee revision of E2SSB 5177 and reviewed with legislative staff and stakeholders. | E2SSB 5177 was not passed by the Legislature before sine die | Proposed statutory changes that were not made in the Regular Session of the Legislature are under consideration for action during the Special Session |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion | Actions Taken/Planned to Mitigate Barriers |
|---|---|---|---|---|---|---|
| **Labor Coordination** | | | | | | |
| Engage Labor Organizations | ➤ Brief Labor organizations on Trueblood ruling and anticipated impacts for members | Complete | Discuss policy, budget and operational changes likely required to comply with the Trueblood requirements | Discussions have started and will continue at all levels as decisions are made and steps taken to comply with Trueblood | | |
| **Data Collection and Fiscal Modeling** | | | | | | |
| Determine increased resources needed to meet Trueblood requirements | ➤ Identify and obtain needed data <br>➤ Complete analysis <br>➤ Review models with Office of Financial Management (OFM) and Legislative Fiscal and Policy Staff | Ongoing <br><br>In Process <br>In Process | • Determine staff, bed, facility & other resource needs <br>• Agree upon models with Office of Financial Management (OFM) and Legislative Fiscal & Policy Staff <br>• Obtain necessary resources to support compliance with Trueblood | • Fulfilled numerous data requests <br>• Several meetings have been held with OFM and Legislative staff and discussions continue to refine analyses and arrive at agreement | | |
| Monthly report data collection | ➤ Identify and obtain needed data | Ongoing | Obtain data to complete monthly reports | • Obtained data to populate the first monthly report <br>• Refinements will be made as requested for future reports | | |
| Research grant opportunities | ➤ Research grant opportunities, both through SAMSHA and other agencies | Ongoing | Increase potential funding opportunities | Explored SAMSHA 2015 Offender Reentry Program Grant | Grant was not a fit for the State's NGRI population who are discharged from the state hospitals. | |
| Groundswell, JLARC, and Trueblood recommend-ations | ➤ Inventory recommendations requiring DSHS compliance | In Progress | Identify what has been done, what is currently reflected in pending legislation, and what items require further consideration | Began review and compilation of Groundswell and JLARC recommendations and requirements in the Trueblood court order. | | |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion | Actions Taken/Planned to Mitigate Barriers |
|---|---|---|---|---|---|---|
| **Competency Evaluation** | | | | | | |
| Hire additional evaluators | At State Hospitals<br>➢ Hiring<br>➢ Onboarding<br>➢ Evaluators operational<br><br>At Out-Station locations<br>➢ Hiring<br>➢ Onboarding<br>➢ Identifying Out-station sites<br>➢ Site agreement/contract processes<br>➢ Out-station Evaluators operational | 7/1/15<br><br><br><br><br>7/1/15 | • Increase evaluation capacity<br>• Reduce wait time for evaluation<br>• 7/1/15 is our target date for having some additional Forensic Evaluators; however it is not likely we will have hired all needed additional positions in time to be operational by this date and aggressive recruitment will continue until all needed positions are filled<br>• Assumes compensation increases for Forensic Evaluators are funded through adoption of the 2015-2017 state employee Collective Bargaining Agreement by the legislature | • Developed new Psychologist 4 (Forensic Evaluator) PDF for centralized recruitment of 13 new Forensic Evaluator positions (WSH – 8 positions, ESH-5 positions)<br>• Positions were established by Human Resources Division the week of 4-27-15<br>• Anticipate posting the positions 5/7/15<br>• Weekly HR Team Trueblood check-in meetings have been established; agenda will include continued recruitment planning and discussing results | • Successful recruitment of new Evaluator positions is at risk if CBA is not funded. | |
| Continue current County-conducted evaluation system until 2018 | ➢ Define data elements needed from counties that are conducting their own evaluations | 9/1/15 | Obtain data needed from counties in order to meet court ordered reporting requirements | | • Requires supporting legislation | |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion | Actions Taken/Planned to Mitigate Barriers |
|---|---|---|---|---|---|---|
| | | | **Competency Evaluation--Continued** | | | |
| County/district/ municipal court practice changes | • Define accountability for transfer of court orders & other documents to state hospitals<br>• Set timeframe for transfer/receipt of information above<br>• Transport to state hospitals for inpatient evaluation | Legislative Special Session End Date | • Establish consistent protocols and identify key parties responsible for transport of information and patients to support timely competency evaluation<br>• Court Clerks to provide court orders and court files<br>• Prosecutors to provide Discovery documents<br>• Jail Administrators to provide medical clearance documents | • Met with legislators, staff, and stakeholders<br>• Drafted legislation relating to Trueblood and the forensic mental health system in chapter 10.77 RCW<br>• Prepared amendments to the latest House Judiciary Committee revision of E2SSB 5177 and reviewed with legislative staff and stakeholders. | • Requires supporting legislation | |
| State Hospital Town Hall Meetings/Focus groups with forensic evaluators | • Conduct Meetings<br>• Gather staff input | Complete Complete | Obtain staff input and suggestions for meeting 7-day competency service timeline | • Multiple page list of suggestions for immediate changes to outpatient evaluation system<br>• List will be combined with ESH list and in-patient evaluations to inform the Lean VSM event (see below) | | |
| Conduct Value Stream Map (VSM) of Competency Service Process | • VSM preparations<br>• Identify suggestions for improvement and recommended implementation plan | Complete 5/04/15 5/6/15 | Develop current state map of the current system and suggestions that can be implemented to improve delivery of competency services. | VSM Planning and prep work completed | | |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion | Actions Taken/Planned to Mitigate Barriers |
|---|---|---|---|---|---|---|
| | | | **Competency Restoration** | | | |
| Add State Hospital Bed Capacity | | | • Increase competency services capacity<br>• Reduce wait time for competency services | Initial planning is in progress. Information below represents best estimates to date. | For this section, this column includes resource assumptions; different allocations will impact implementation | |
| Western State Hospital (WSH); S4 Ward 15 beds | ➢ Design and Permitting<br>➢ Construction<br>➢ Labor Discussions<br>➢ Staff Onboarding<br>➢ Ward preparation and patient movement<br>➢ **Bed Occupancy** | Complete<br>Complete<br>Complete<br>6/01/15<br>6/08/15<br><br>**6/08/15** | | | Assumes funding is appropriated for psychiatrist compensation increase in the Collective Bargaining Agreement and Assignment Pay | |
| WSH; E2 Ward | ➢ Design and Permitting<br>➢ Patient movement from E2 to E4<br>➢ Construction<br>➢ Labor Discussions<br>➢ Staff Onboarding<br>➢ Ward Preparation and patient movement<br>➢ **Bed Occupancy** | Complete<br>5/04/15<br><br>9/25/15<br>10/31/15<br>12/01/15<br>12/15/15<br><br>**12/15/15** | | | | |
| Western State Hospital (WSH); S4 Ward Expansion to support additional capacity | ➢ Labor Discussions<br>➢ Confirm design and construction needs as negotiated with the Fire Marshal<br>➢ Build Fence<br>➢ Staff Onboarding<br>➢ Ward Preparation and patient movement<br>➢ **Bed Occupancy** | TBD<br>10/1/15<br><br><br><br>TBD<br>TBD<br>TBD<br><br>**7/01/16** | • Completion dates for the facilities work (including the fence) are dependent on Labor discussions<br>• Specific funding needed to support fence construction is indeterminate; dependent on Fire Marshal requirements | | • Whether we can identify enough appropriate patients to fill these beds, which would open up other Forensic beds | |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion | Actions Taken/Planned to Mitigate Barriers |
|---|---|---|---|---|---|---|
| | | | **Competency Restoration--Continued** | | | |
| ESH | ➢ Review current occupancy on wards and make relocation plan<br>➢ Install cabling as needed for office relocation<br>➢ Relocate all staff offices on 2N3 to 1N3 and 3N3<br>➢ Design and Permitting<br>➢ Negotiations with L & I<br>➢ Transfer remaining patients in 3S to 2S to allow for construction<br>➢ Construction<br>  o Patient safety--anti-ligature work)<br>  o Update nurse call system/intercom<br>  o Install cameras<br>➢ CMS Survey for new 2N3 ward<br>➢ Staff Ward Preparation and patient movement (move NGRI patients from 3S to 2N3)<br>➢ **Comp Restoration Bed Occupancy in Forensic Services Unit** | 6/05/15<br><br><br><br>7/31/15<br><br>8/01/15<br>8/15/15<br>7/20/15<br><br><br>1/01/16<br><br><br><br><br><br><br><br>1/08/16<br><br>01/18/16<br><br><br><br>01/18/16 | • Assumes emergency declaration that the work is urgently required to preserve health & safety--which allows an abbreviated public work competitive bid process to expedite these critical facility changes. Without emergency declaration, add 2 months<br>• Assumes initial plan to relocate patients from the south to the north end. Will need to vacate a ward to create space for beds to ensure competency restoration patients are not comingled with NGRI patients – as they require different levels of monitoring/security and have different active treatment needs. | | Assumes:<br>• Funding appropriated for psychiatrist compensation increase in the Collective Bargaining Agreement and Assignment Pay<br>• Approval to start facility work no later than 5/15/2015<br>• Facility work will require additional funding which has not been allocated to support this facilities work prior to 7/1/15<br>• We can Identify enough patients in wards 2S and 3S who can move to the 2N3 ward (patients who are Level 7 or 8 and working on transition to the community as well as others who may not be at that level but have exhibited continually stable behavior) | |

| Task | Key Milestones | Status/ Due Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion | Actions Taken/Planned to Mitigate Barriers |
|---|---|---|---|---|---|---|
| **Competency Restoration--Continued** | | | | | | |
| Evaluate possibilities for establishing State-run facility at Maple Lane | ➢ Tour the facility<br>➢ Explore key considerations including how long it will take to make operational; what it would cost; potential risks and opportunities | Complete 5/8/15 | Identify alternate facility capacity to support more timely competency services | Facility tour completed and estimates for key considerations are in development | | |
| Establish Community alternative sites for competency restoration (inpatient or outpatient) | ➢ Statutory direction<br><br>➢ Develop contract<br>➢ Execute contract<br>➢ Develop protocol for evaluator recommendations to court re: appropriate restoration services placement<br>➢ **Admissions begin** | Legislative Special Session End Date<br><br><br><br><br><br><br><br>10/1/15 | • Community-based options for people who do not require inpatient state hospital services in the hospital setting, considering treatment needs and public safety risk<br>• Anticipated duration is yet to be determined, but at this time services could potentially be anticipated to last at least one year but not longer than through 2019 | | • Requires supporting legislation | |
| County transport to restoration services | ➢ Statutory direction<br><br><br><br>➢ Coordinate with counties to develop standard transport protocols | Legislative Special Session End Date TBD | Increase timely transport of patients to support delivery of competency services as directed in the court order | | • Requires supporting legislation | |

| Task | Key Milestones | Status/ Due Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion | Actions Taken/Planned to Mitigate Barriers |
|---|---|---|---|---|---|---|
| **Diversion Alternatives** | | | | | | |
| Section 8/ Senate Bill 5177 – dismissal of charges and referral to treatment | ➢ Passage of legislation during special session <br><br> ➢ Diversion Programs operational | Legislative Special Session End Date <br><br> TBD | Prosecutor can dismiss criminal charges without prejudice & refer to community-based mental health services | Funding for 10 to 25% diversion is in the Senate budget | • Additional funding required if diverted cases increases to 25-50% <br> • Requires supporting legislation | |
| Stakeholder process | ➢ Convene stakeholder group | TBD | Develop policy recommendations | | | |
| **Staff and Patient Safety** | | | | | | |
| State Hospital Psychiatric Intensive Care Unit (PICU) | ➢ Construction <br> ➢ Staff Ward Preparation <br> ➢ **1-3 Bed Occupancy** <br> ➢ **Occupancy beyond 3 beds** | 1/07/16 <br> 1/25/16 <br><br> **1/25/16** <br><br> **TBD** | Recommendation of Labor/Management Ad Hoc Safety Committee to enhance staff and patient safety | Supplemental budget allocated $339k for development of a PICU— construction will take place to establish an 8 bed space | • Proposed budget has funding for 23 FTE to implement a 1-3 bed PICU <br> • Bed occupancy in excess of 3 patients is dependent on additional staff funding | |
| Psychiatric Emergency Response Teams (PERT) teams (1 additional at WSH and 1 at ESH) | ➢ Labor discussions <br> ➢ Staff training <br> ➢ Equipment purchase <br> ➢ Staff onboarding <br> ➢ PERT teams operational | 8/01/15 <br> TBD <br> 6/31/15 <br> TBD <br> TBD | • Recommendation of Labor/Management Ad Hoc Safety Committee <br> • Likely need PERT team at ESH forensic wards for higher acuity patients who have been in jail for less time | | | |

| Task | Key Milestones | Status/ Due Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion | Actions Taken/Planned to Mitigate Barriers |
|---|---|---|---|---|---|---|
| **Staff and Patient Safety--Continued** | | | | | | |
| Staff safety training<br>• Training in de-escalation and other skills to reduce workplace violence. Designed and delivered by State Hospital staff experts | ➢ Approval of proposed budget<br><br>➢ Develop curriculum<br>➢ Broaden training of Best Practices for Interaction with Patients<br>➢ Develop system to monitor annual training implementation | Legislative Special Session End Date 10/01/15<br>07/01/15<br><br><br><br>10/01/15 | Recommendation of Labor/Management Ad Hoc Safety Committee to enhance patient and staff safety | Proposed House budget includes funding for 22.4 FTEs to include:<br>o PSA/MHT Training—16 hours<br>o LPN Training—18 hours<br>o RN Training—24 hours | | |
| Conduct comprehensive assault incident reviews | ➢ Hire 2 patient-to-staff assault incident reviewers<br>➢ Establish assault review workgroup | 06/30/15<br><br><br>10/31/15 | Post-incident de-briefing and root cause analysis of assault incidents will identify necessary systems changes to increase staff safety | | These FTEs are not included in BHSIAs budget | |

**Appendix A:  2014 Annual Report to the Legislature**

# Report to the Legislature

# Timeliness of Services Related to Competency to Proceed or Stand Trial 2014 Annual Report

Substitute Senate Bill 6492, Section 2(4)
Chapter 256, Laws of 2012

December 1, 2014

Behavioral Health and Service Integration Administration
Division of State Hospitals
PO Box 45050
Olympia, WA  98504-5050
(360) 725-2260
Fax:  (360) 407-0304



Washington State Department of Social & Health Services

35 | P a g e

# TABLE OF CONTENTS

EXECUTIVE SUMMARY ........................................................................................................ 36

COMPETENCY EVALUATION AND RESTORATION DATA ............................................. 49

DISCUSSION OF RESULTS.................................................................................................... 49

COUNTY LEVEL RESULTS................................................................................................... 41

## EXECUTIVE SUMMARY

In Washington State, forensic mental health services are provided within heightened security facilities at two adult state psychiatric hospitals. The Center for Forensic Services is a 270 bed facility at Western State Hospital (WSH). 120 beds at WSH are designated as pre-trial evaluation, restoration and forensic-to-civil conversion beds. The remaining forensic beds house individuals who were found not guilty by reason of insanity.

The Forensic Services Unit at Eastern State Hospital (ESH) has a total of 95 beds. 25 of those beds are designated for pre-trial forensics. The remaining forensic beds are at full capacity with individuals who were found not guilty by reason of insanity.

Substitute Senate Bill (SSB) 6492, now codified in The Revised Code of Washington (RCW) 10.77, was enacted to improve the timeliness of competence evaluation and restoration services.

SSB 6492, Chapter 256, Laws of 2012, Section 2(4) states:

*Beginning December 1, 2013, the department shall report annually to the legislature and the executive on the timeliness of services related to competency to proceed or stand trial and the timeliness with which court referrals accompanied by charging documents, discovery, and criminal history information are provided to the department relative to the signature date of the court order. The report must be in a form that is accessible to the public and that breaks down performance by county.*

RCW 10.77.068 established performance targets related to evaluating competence and offering restoration services. RCW 10.77.068 also defines the time period measured in these performance targets as the date on which the state hospital receives the court referral and charging documents, discovery, and criminal history information related to the defendant. This 2014 annual report provides data on the timeliness of services during the reporting period from 10/1/2013 through 9/30/2014. This report then describes the actions the Department of Social and Health Services (DSHS) has taken this year to improve performance. The report also describes some of the improvement actions planned for the coming year.

## COMPETENCY EVALUATION AND RESTORATION DATA

RCW 10.77.068(1)(a)(i) establishes a performance target for the state hospitals to extend an offer of admission to a defendant in pretrial custody for legally authorized treatment or evaluation services related to competency, or to extend an offer of admission for legally authorized services following dismissal of charges based on incompetent to proceed or stand trial in seven days or less. Figure 1 below shows results for competency evaluation cases. Figure 2 shows results for competency restoration cases.

**Figure 1**



**Average Number of Days from Completion of Inpatient Referral (All Discovery Received) to Bed Offer,**

**Competency Evaluations** (includes felony and misdemeanor)

| | 2013-4 42 referrals total | 2014-1 51 referrals total | 2014-2 56 referrals total | 2014-3 51 referrals total |
|---|---|---|---|---|
| Avg Days ESH | 120.3 | 85.1 | 41.2 | 41.8 |
| Avg Days WSH | 28.5 | 25.6 | 30.6 | 33.8 |
| Avg Days State | 46.0 | 36.1 | 33.1 | 36.7 |
| Target | 7 | 7 | 7 | 7 |

**Figure 2**



**Average Number of Days from Completion of Inpatient Referral (All Discovery Received) to Bed Offer,**

**Competency Restorations** (includes felony and misdemeanor)

| | 2013-4 198 referrals total | 2014-1 197 referrals total | 2014-2 199 referrals total | 2014-3 201 referrals total |
|---|---|---|---|---|
| Avg Days ESH | 24.8 | 28.0 | 20.9 | 20.0 |
| Avg Days WSH | 20.7 | 18.4 | 29.8 | 34.5 |
| Avg Days State | 21.2 | 19.6 | 27.4 | 32.8 |
| Target | 7 | 7 | 7 | 7 |

RCW 10.77.068(1)(a)(ii) sets a performance expectation that competency evaluations for a defendant who is in jail will be completed and distributed within seven days or less. Figure 3 shows results for this reporting period.



**Figure 3**

RCW 10.77.068(1)(a)(iii) sets a performance expectation that competency evaluations for a defendant who is released from custody and makes a reasonable effort to cooperate with the evaluation will be completed and distributed within twenty-one days or less. Figure 4 shows results for this reporting period.

**Figure 4**



**DISCUSSION OF RESULTS**

The data displayed above reflects some modest progress over the past year. However, the charts above clearly show that results to date are far below desired levels.

The department is fully committed to the goal of improving timeliness of forensic mental health services. As noted in the department's March 31, 2014 response to the JLARC report, additional resources will be needed to meet JLARC's and the legislature's expectations. Per 2SB 5732 (2013), DSHS engaged national consultants to conduct a comprehensive review of the forensic mental health system. The June 30, 2014 consultant report noted that while *"Washington faces significant challenges....Washington also appears to have a competent workforce who clearly recognize these challenges, and appear motivated to approach them constructively"* (Forensic Mental Health Consultant Report, page 55). The report also states (page 8) *"The feedback we received from almost every source described positively the COOs of Western and Eastern Hospital, as well as central office leadership. Indeed, it is a testament to these individuals that the system is not more problematic." In their conclusions, the consultants state that "almost any of the recommended changes will require resources..."* (page 55).

### A. Barriers to higher performance and what DSHS is doing to address them:

#### 1. *Need for more forensic beds at state hospitals*

In the Joint Legislative Audit and Review Committee (JLARC) Competency to Stand Trial, Phase 1 Briefing Report (2012), it was noted that between 2001 and 2012, referrals for initial competency evaluations increased by 83%. In just the past three years there has been a 30% increase in the number of forensic competency referrals (723 referrals in 2011 Quarter 1, compared to 937 referrals in 2014 Quarter 1). However, there have been no new forensic beds added at either state hospital since 2005. The shortage of forensic hospital beds directly limits DSHS's ability to admit patients in a timely manner resulting in a continual waiting list for beds.

DSHS Action: *Submitted a Decision Package proposing to add 15 forensic beds at ESH and establish one additional 30 bed forensic ward at WSH dedicated to Competency Restoration.*

#### 2.    *Need for greater availability of evaluators*

As noted in the Forensic Mental Health Consultant Review Final Report, Washington State's forensic mental health system needs more evaluators and fewer logistical hurdles for evaluators to overcome (e.g. travel; timely receipt of needed discovery documents; need to expand the number of locations where evaluations can be conducted; etc.)

*DSHS Action: Submitted a Decision Package requesting three FTE's for forensic evaluator positions to be outstationed in counties with high referral rates.*

#### 3. *Lack of centralized infrastructure to support effective data management*

Historically, data has been managed separately at each state hospital. There has not been capacity for centralized data gathering and analysis.

*DSHS Action: Filled a newly established position specifically assigned to improving hospital data management. This position is focused on collecting and analyzing data from all three state hospitals so that it can be presented in a uniform manner.  This position will ensure consistency between the state hospitals' data collection and analysis.  This position will be accountable for the consistency and accuracy of all data for legislative reports, legislative requests, and will create uniform databases specific to required forensic data collection.*

4.  ***Need for improved cross-system collaboration***
As noted in the consultant group's final report, timeliness of competency services is impacted by multiple systems outside of the state hospitals and DSHS (courts, jails, community mental health systems and others). Therefore sustainable improvements will require cross-system partnerships.

*DSHS Action: In collaboration with the Attorney General's Office, DSHS has initiated a series of meetings with county-level stakeholders to jointly develop strategies to improve timelines of competency services. To date, meetings have been held at courthouses in Snohomish, Benton-Franklin, King, Pierce and Thurston counties. Participation has included judges, defense counsel, prosecuting attorneys, Assistant Attorney Generals, law enforcement, Jail staff, and DSHS leadership. Follow up meetings are planned with the above named counties to address training, information sharing, and development of local improvement strategies. Over the coming year, meetings with other counties will also be convened to promote local strategy-building conversations.*

B.  **Actions planned for the coming year**

1.  ***Develop standardized training for evaluators***

As recommended in the consultant report, DSHS will be developing and implementing an organized system for ongoing, standardized training of forensic evaluators. DSHS will also be working to establish a distinct job class for forensic evaluator psychologists. This proposed new job class is included in the 2015-2017 Collective Bargaining Agreement negotiated in October of this year, and now at OFM for review. This forensic evaluator job class will receive a higher rate of pay than other state employed psychologists; be required to complete the standardized training; and participate in ongoing quality assurance programs to ensure quality of forensic evaluations.

### *2. Consider Options for Outpatient Restoration*

DSHS continues to seek support for more inpatient resources and staff find creative ways to increase the timeliness of competency restoration services at the state hospitals. However, all of this is being done within a system where state hospitals are the sole provider of competency restoration services. The 2014 Consultant report describes how other states use community locations to provide "Outpatient Competency Restoration Programs" (OCRPs) for appropriate patients to effectively increase hospital bed turnover, save money and respect civil liberties of defendants without compromising public safety. The Consultant report strongly recommends that Washington State implement OCRPs to reduce demand for inpatient hospital beds.

*DSHS has submitted request legislation to allow for competency restoration services to be provided within secure/semi-secure facilities or other community-based settings. DSHS has had follow up conversations with the consultant team to discuss this idea further and has also initiated conversations with colleagues in Colorado to learn from their experience with OCRPs. Over the next year, DSHS will engage stakeholders to explore possibilities for implementing OCRPs here in Washington, likely with the idea of a starting with small, targeted pilot programs.*

### *3. Continue stakeholder meetings across the state (as mentioned above) to find local solutions to improving timeliness of forensic mental health services.*

## COUNTY LEVEL RESULTS

SSB 6492 established a requirement that the department annually report *"…timeliness with which court referrals accompanied by charging documents, discovery, and criminal history information are provided to the department relative to the signature date of the court order. The report must be in a form that is accessible to the public and that breaks down performance by county"*. Tables 1 through 4 below provide this information.

Table 1 depicts the number of days counties took to complete a referral for inpatient competency services, from the time the order was signed to the time the county forwarded all documents necessary for a complete referral.  This time is outside of the control of DSHS and contributes to delays in service.

## Table 1
### Number of Inpatient Competency Evaluation and Restoration Orders Received and Average Number of Days from Order Signature to Completion of Referral (All Discovery Received) By County, Hospital, and Order Type
#### 10/1/2013 - 9/30/2014

| COUNTY | WESTERN STATE HOSPITAL EVALUATIONS | | RESTORATIONS | | EASTERN STATE HOSPITAL EVALUATIONS | | RESTORATIONS | | TOTAL EVALUATIONS | | RESTORATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # Referrals Received | Average Days to Completed Referral | # Referrals Received | Average Days to Completed Referral | # Referrals Received | Average Days to Completed Referral | # Referrals Received | Average Days to Completed Referral | # Referrals Received | Average Days to Completed Referral | # Referrals Received | Average Days to Completed Referral |
| ADAMS | | | | | 1 | 2.00 | 1 | 0.00 | 1 | 2.00 | 1 | 0.00 |
| ASOTIN | | | | | 1 | 26.00 | 2 | 5.00 | 1 | 26.00 | 2 | 5.00 |
| BENTON | | | | | 5 | 5.60 | 14 | 11.71 | 5 | 5.60 | 14 | 11.71 |
| CHELAN | | | 1 | 4.00 | 3 | 13.33 | 9 | 1.44 | 3 | 13.33 | 10 | 1.70 |
| CLALLAM | 1 | 1.00 | 4 | 2.75 | | | | | 1 | 1.00 | 4 | 2.75 |
| CLARK | 12 | 4.58 | 64 | 2.28 | | | | | 12 | 4.58 | 64 | 2.28 |
| COLUMBIA | | | | | | | | | | | | |
| COWLITZ | 3 | 0.67 | 21 | 1.00 | | | | | 3 | 0.67 | 21 | 1.00 |
| DOUGLAS | | | | | | | 1 | 1.00 | | | 1 | 1.00 |
| FERRY | | | | | 2 | 4.00 | 3 | 5.67 | 2 | 4.00 | 3 | 5.67 |
| FRANKLIN | | | | | 4 | 3.50 | 3 | 61.00 | 4 | 3.50 | 3 | 61.00 |
| GARFIELD | | | | | | | | | | | | |
| GRANT | | | | | 3 | 9.67 | 8 | 7.13 | 3 | 9.67 | 8 | 7.13 |
| GRAYS HARBOR | 3 | 5.67 | 21 | 2.29 | | | | | 3 | 5.67 | 21 | 2.29 |
| ISLAND | | | 7 | 1.00 | | | | | | | 7 | 1.00 |
| JEFFERSON | | | | | | | | | | | | |
| KING | 54 | 1.50 | 250 | 1.55 | | | | | 54 | 1.50 | 250 | 1.55 |
| KITSAP | 3 | 5.67 | 35 | 7.74 | | | | | 3 | 5.67 | 35 | 7.74 |
| KITTITAS | | | | | | | 1 | 3.00 | | | 1 | 3.00 |
| KLICKITAT | | | | | 2 | 48.00 | | | 2 | 48.00 | | |
| LEWIS | 5 | 4.60 | 26 | 2.12 | | | | | 5 | 4.60 | 26 | 2.12 |
| LINCOLN | | | | | 1 | 0.00 | | | 1 | 0.00 | | |
| MASON | 3 | 8.67 | 12 | 9.33 | | | | | 3 | 8.67 | 12 | 9.33 |
| OKANOGAN | | | | | 6 | 11.67 | 6 | 20.83 | 6 | 11.67 | 6 | 20.83 |
| PACIFIC | | | 6 | 3.67 | | | | | | | 6 | 3.67 |
| PEND OREILLE | | | | | 2 | 9.00 | 1 | 0.00 | 2 | 9.00 | 1 | 0.00 |
| PIERCE | 43 | 3.98 | 191 | 4.24 | | | | | 43 | 3.98 | 191 | 4.24 |
| SAN JUAN | | | | | | | | | | | | |
| SKAGIT | 8 | 2.75 | 8 | 2.00 | | | | | 8 | 2.75 | 8 | 2.00 |
| SKAMANIA | | | 2 | 0.50 | | | | | | | 2 | 0.50 |
| SNOHOMISH | 8 | 8.63 | 87 | 1.68 | | | | | 8 | 8.63 | 87 | 1.68 |
| SPOKANE | | | | | 17 | 7.00 | 34 | 4.97 | 17 | 7.00 | 34 | 4.97 |
| STEVENS | | | | | 1 | 9.00 | 1 | 1.00 | 1 | 9.00 | 1 | 1.00 |
| THURSTON | 4 | 6.75 | 56 | 4.70 | | | | | 4 | 6.75 | 56 | 4.70 |
| WAHKIAKUM | | | | | | | | | | | | |
| WALLA WALLA | | | | | | | 1 | 7.00 | | | 1 | 7.00 |
| WHATCOM | 19 | 5.95 | 19 | 7.53 | | | | | 19 | 5.95 | 19 | 7.53 |
| WHITMAN | | | | | 1 | 3.00 | | | 1 | 3.00 | | |
| YAKIMA | | | | | 11 | 5.27 | 14 | 1.36 | 11 | 5.27 | 14 | 1.36 |
| TOTAL | 166 | 3.76 | 810 | 3.04 | 60 | 8.72 | 99 | 7.77 | 226 | 5.06 | 909 | 3.56 |
| US DISTRICT COURT | | | | | | | 1 | 11.00 | | | | |

Table 2 describes the delay between the hospital receiving a complete referral and offering admission.

## Table 2

Number of Inpatient Competency Evaluation and Restoration Admission Bed Offers Made and
Average Number of Days from Completion of Referral (All Discovery Received) to Bed Offer
By County, Hospital, and Order Type
Target:  7 Days
10/1/2013 - 9/30/2014

| COUNTY | WESTERN STATE HOSPITAL | | | | EASTERN STATE HOSPITAL | | | | TOTAL | | | |
| | EVALUATIONS | | RESTORATIONS | | EVALUATIONS | | RESTORATIONS | | EVALUATIONS | | RESTORATIONS | |
| | # Beds Offered | Average Days to Bed Offer | # Beds Offered | Average Days to Bed Offer | # Beds Offered | Average Days to Bed Offer | # Beds Offered | Average Days to Bed Offer | # Beds Offered | Average Days to Bed Offer | # Beds Offered | Average Days to Bed Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADAMS | | | | | 1 | 26.00 | 1 | 35.00 | 1 | 26.00 | 1 | 35.00 |
| ASOTIN | | | | | 1 | 41.00 | 2 | 19.50 | 1 | 41.00 | 2 | 19.50 |
| BENTON | | | | | 4 | 59.50 | 12 | 26.42 | 4 | 59.50 | 12 | 26.42 |
| CHELAN | | | 1 | 45.00 | 3 | 51.67 | 11 | 27.55 | 3 | 51.67 | 12 | 29.00 |
| CLALLAM | 1 | 35.00 | 2 | 36.50 | | | | | 1 | 35.00 | 2 | 36.50 |
| CLARK | 7 | 34.00 | 53 | 29.15 | | | | | 7 | 34.00 | 53 | 29.15 |
| COLUMBIA | | | | | | | | | | | | |
| COWLITZ | 1 | 26.00 | 19 | 22.32 | | | | | 1 | 26.00 | 19 | 22.32 |
| DOUGLAS | | | | | | | 1 | 15.00 | | | 1 | 15.00 |
| FERRY | | | | | 2 | 14.00 | 2 | 9.00 | 2 | 14.00 | 2 | 9.00 |
| FRANKLIN | | | | | 2 | 56.00 | 4 | 40.25 | 2 | 56.00 | 4 | 40.25 |
| GARFIELD | | | | | | | | | | | | |
| GRANT | | | | | 2 | 177.50 | 11 | 29.64 | 2 | 177.50 | 11 | 29.64 |
| GRAYS HARBOR | 2 | 34.00 | 17 | 32.24 | | | | | 2 | 34.00 | 17 | 32.24 |
| ISLAND | | | 7 | 27.14 | | | | | | | 7 | 27.14 |
| JEFFERSON | | | 1 | 22.00 | | | | | | | 1 | 22.00 |
| KING | 49 | 29.31 | 215 | 24.08 | | | | | 49 | 29.31 | 215 | 24.08 |
| KITSAP | 3 | 24.00 | 29 | 33.31 | | | | | 3 | 24.00 | 29 | 33.31 |
| KITTITAS | | | | | | | 1 | 8.00 | | | 1 | 8.00 |
| KLICKITAT | | | | | 1 | 8.00 | | | 1 | 8.00 | | |
| LEWIS | 4 | 31.75 | 21 | 30.86 | | | | | 4 | 31.75 | 21 | 30.86 |
| LINCOLN | | | | | | | | | | | | |
| MASON | 3 | 11.67 | 10 | 31.30 | | | | | 3 | 11.67 | 10 | 31.30 |
| OKANOGAN | | | | | 3 | 56.33 | 6 | 10.67 | 3 | 56.33 | 6 | 10.67 |
| PACIFIC | | | 6 | 21.17 | | | | | | | 6 | 21.17 |
| PEND OREILLE | | | | | 1 | 47.00 | 1 | 0.00 | 1 | 47.00 | 1 | 0.00 |
| PIERCE | 43 | 29.95 | 162 | 27.45 | | | | | 43 | 29.95 | 162 | 27.45 |
| SAN JUAN | | | | | | | | | | | | |
| SKAGIT | 8 | 28.13 | 9 | 37.33 | | | | | 8 | 28.13 | 9 | 37.33 |
| SKAMANIA | | | 2 | 27.50 | | | | | | | 2 | 27.50 |
| SNOHOMISH | 10 | 33.00 | 78 | 22.81 | | | | | 10 | 33.00 | 78 | 22.81 |
| SPOKANE | | | | | 9 | 65.67 | 30 | 31.83 | 9 | 65.67 | 30 | 31.83 |
| STEVENS | | | | | 1 | 40.00 | 1 | 40.00 | 1 | 40.00 | 1 | 40.00 |
| THURSTON | 4 | 30.25 | 51 | 28.90 | | | | | 4 | 30.25 | 51 | 28.90 |
| WAHKIAKUM | | | | | | | | | | | | |
| WALLA WALLA | | | | | | | 2 | 17.00 | | | 2 | 17.00 |
| WHATCOM | 16 | 34.19 | 17 | 24.18 | | | | | 16 | 34.19 | 17 | 24.18 |
| WHITMAN | | | | | 1 | 8.00 | | | 1 | 8.00 | | |
| YAKIMA | | | | | 9 | 61.44 | 11 | 35.91 | 9 | 61.44 | 11 | 35.91 |
| TOTAL | 151 | 30.12 | 700 | 26.54 | 40 | 59.27 | 96 | 28.23 | 191 | 36.23 | 796 | 26.75 |

Table 3 depicts the number of days counties took to complete a referral for inpatient competency services from the time the order was signed to the time the county forwarded all documents necessary for a complete referral.  This time is outside of the control of DSHS and contributes to delays in service.

The data in this table is further broken down as to whether the defendant was in custody (labeled as Jail) or was in the community (labeled as PR, for Personal Recognizance).

## Table 3

**Number of Outpatient Competency Evaluation Orders Received and**
**Average Number of Days from Order Signature to Completion of Referral (All Discovery Received)**
**By County, Hospital, and Order Type**
**10/1/2013 - 9/30/2014**

| COUNTY | WESTERN STATE HOSPITAL | | | | EASTERN STATE HOSPITAL | | | | TOTAL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JAIL | | PR | | JAIL | | PR | | JAIL | | PR | |
| | # Referrals Received | Average Days to Completed Referral | # Referrals Received | Average Days to Completed Referral | # Referrals Received | Average Days to Completed Referral | # Referrals Received | Average Days to Completed Referral | # Referrals Received | Average Days to Completed Referral | # Referrals Received | Average Days to Completed Referral |
| ADAMS | | | | | 3 | 5.00 | 1 | 2.00 | 3 | 5.00 | 1 | 2.00 |
| ASOTIN | | | | | 8 | 12.88 | 2 | 7.50 | 8 | 12.88 | 2 | 7.50 |
| BENTON | | | | | 69 | 9.00 | 64 | 9.75 | 69 | 9.00 | 64 | 9.75 |
| CHELAN | | | | | 28 | 11.07 | 26 | 15.69 | 28 | 11.07 | 26 | 15.69 |
| CLALLAM | 20 | 4.95 | 7 | 3.00 | | | | | 20 | 4.95 | 7 | 3.00 |
| CLARK | 157 | 5.12 | 64 | 6.55 | | | | | 157 | 5.12 | 64 | 6.55 |
| COLUMBIA | | | | | | | 1 | 2.00 | | | 1 | 2.00 |
| COWLITZ | 21 | 2.33 | 11 | 24.82 | | | | | 21 | 2.33 | 11 | 24.82 |
| DOUGLAS | | | | | 2 | 3.00 | 1 | 10.00 | 2 | 3.00 | 1 | 10.00 |
| FERRY | | | | | 2 | 11.50 | 1 | 6.00 | 2 | 11.50 | 1 | 6.00 |
| FRANKLIN | | | | | 34 | 5.38 | 17 | 4.76 | 34 | 5.38 | 17 | 4.76 |
| GARFIELD | | | | | | | | | | | | |
| GRANT | | | | | 27 | 12.74 | 5 | 14.60 | 27 | 12.74 | 5 | 14.60 |
| GRAYS HARBOR | 46 | 3.00 | 10 | 2.60 | | | | | 46 | 3.00 | 10 | 2.60 |
| ISLAND | 11 | 4.36 | 3 | 16.00 | | | | | 11 | 4.36 | 3 | 16.00 |
| JEFFERSON | 3 | 0.33 | 2 | 22.00 | | | | | 3 | 0.33 | 2 | 22.00 |
| KING | 882 | 1.47 | 308 | 4.55 | | | 1 | 15.00 | 882 | 1.47 | 309 | 4.58 |
| KITSAP | 63 | 3.65 | 28 | 3.57 | | | | | 63 | 3.65 | 28 | 3.57 |
| KITTITAS | | | | | 10 | 9.80 | 1 | 2.00 | 10 | 9.80 | 1 | 2.00 |
| KLICKITAT | | | | | 1 | 7.00 | | | 1 | 7.00 | | |
| LEWIS | 45 | 3.33 | 9 | 9.22 | | | | | 45 | 3.33 | 9 | 9.22 |
| LINCOLN | | | | | 2 | 28.00 | 1 | 28.00 | 2 | 28.00 | 1 | 28.00 |
| MASON | 32 | 6.00 | 30 | 3.27 | | | | | 32 | 6.00 | 30 | 3.27 |
| OKANOGAN | | | | | 15 | 6.33 | 10 | 10.30 | 15 | 6.33 | 10 | 10.30 |
| PACIFIC | 4 | 6.25 | 3 | 60.00 | | | | | 4 | 6.25 | 3 | 60.00 |
| PEND OREILLE | | | | | 1 | 8.00 | 3 | 5.67 | 1 | 8.00 | 3 | 5.67 |
| PIERCE | 168 | 3.13 | 84 | 8.39 | | | | | 168 | 3.13 | 84 | 8.39 |
| SAN JUAN | | | | | | | | | | | | |
| SKAGIT | 19 | 3.16 | 8 | 7.13 | | | | | 19 | 3.16 | 8 | 7.13 |
| SKAMANIA | 1 | 5.00 | 1 | 18.00 | | | | | 1 | 5.00 | 1 | 18.00 |
| SNOHOMISH | 158 | 3.25 | 47 | 19.02 | | | | | 158 | 3.25 | 47 | 19.02 |
| SPOKANE | 1 | 0.00 | | | 133 | 7.06 | 75 | 7.97 | 134 | 7.01 | 75 | 7.97 |
| STEVENS | | | 1 | 1.00 | 6 | 7.83 | 7 | 17.71 | 6 | 7.83 | 8 | 15.62 |
| THURSTON | 111 | 2.70 | 59 | 6.29 | | | | | 111 | 2.70 | 59 | 6.29 |
| WAHKIAKUM | 1 | 3.00 | | | | | | | 1 | 3.00 | | |
| WALLA WALLA | | | | | 3 | 6.00 | 2 | 12.00 | 3 | 6.00 | 2 | 12.00 |
| WHATCOM | 46 | 6.35 | 7 | 49.71 | | | | | 46 | 6.35 | 7 | 49.71 |
| WHITMAN | | | | | 2 | 2.50 | | | 2 | 2.50 | | |
| YAKIMA | | | | | 83 | 11.51 | 33 | 14.03 | 83 | 11.51 | 33 | 14.03 |
| TOTAL | 1789 | 2.65 | 682 | 7.46 | 429 | 8.94 | 251 | 10.34 | 2218 | 3.86 | 933 | 8.23 |
| US DISTRICT COURT | | | | | | | 1 | 15.00 | | | | |

Table 4 describes the delay between receiving a complete referral for outpatient evaluation and the date the evaluation begins.  The data in this table is further broken down as to whether the defendant was in custody (labeled as Jail) or was in the community (labeled as PR, for Personal Recognizance).

### Table 4

**Number of Outpatient Competency Evaluation Reports Completed (Faxed) and**
**Average Number of Days from Completion of Referral (All Discovery Received) to Service Provision**
**By County, Hospital, and Order Type**
**Target:  7 Days for Jail, 21 Days for PR**
**10/1/2013 - 9/30/2014**

| COUNTY | WESTERN STATE HOSPITAL | | | | EASTERN STATE HOSPITAL | | | | TOTAL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JAIL | | PR | | JAIL | | PR | | JAIL | | PR | |
| | # Reports Faxed | Average Days to Fax | # Reports Faxed | Average Days to Fax | # Reports Faxed | Average Days to Fax | # Reports Faxed | Average Days to Fax | # Reports Faxed | Average Days to Fax | # Reports Faxed | Average Days to Fax |
| ADAMS | | | | | 1 | 81 | 1 | 128.00 | 1 | 81.00 | 1 | 128.00 |
| ASOTIN | | | | | 7 | 74.29 | | | 7 | 74.29 | | |
| BENTON | | | | | 57 | 63.86 | 42 | 92.74 | 57 | 63.86 | 42 | 92.74 |
| CHELAN | | | | | 22 | 46.45 | 20 | 63.00 | 22 | 46.45 | 20 | 63.00 |
| CLALLAM | 20 | 16.75 | 2 | 159.00 | | | | | 20 | 16.75 | 2 | 159.00 |
| CLARK | 146 | 17.34 | 53 | 75.91 | | | | | 146 | 17.34 | 53 | 75.91 |
| COLUMBIA | | | | | | | 1 | 103.00 | | | 1 | 103.00 |
| COWLITZ | 19 | 22.63 | 11 | 113.82 | | | | | 19 | 22.63 | 11 | 113.82 |
| DOUGLAS | | | | | 1 | 64.00 | | | 1 | 64.00 | | |
| FERRY | | | | | 2 | 64.50 | 1 | 41.00 | 2 | 64.50 | 1 | 41.00 |
| FRANKLIN | | | | | 28 | 64.82 | 11 | 79.18 | 28 | 64.82 | 11 | 79.18 |
| GARFIELD | | | | | | | | | | | | |
| GRANT | | | | | 24 | 56.67 | 6 | 93.67 | 24 | 56.67 | 6 | 93.67 |
| GRAYS HARBOR | 42 | 16.17 | 6 | 71.17 | | | | | 42 | 16.17 | 6 | 71.17 |
| ISLAND | 10 | 17.70 | | | | | | | 10 | 17.70 | | |
| JEFFERSON | 2 | 10.50 | | | | | | | 2 | 10.50 | | |
| KING | 788 | 18.33 | 180 | 100.66 | | | | | 788 | 18.33 | 180 | 100.66 |
| KITSAP | 60 | 16.75 | 19 | 96.00 | | | | | 60 | 16.75 | 19 | 96.00 |
| KITTITAS | | | | | 6 | 82.83 | 4 | 62.75 | 6 | 82.83 | 4 | 62.75 |
| KLICKITAT | | | | | 1 | 125.00 | | | 1 | 125.00 | | |
| LEWIS | 43 | 19.12 | 4 | 95.75 | | | | | 43 | 19.12 | 4 | 95.75 |
| LINCOLN | | | | | 1 | 96.00 | | | 1 | 96.00 | | |
| MASON | 33 | 15.85 | 11 | 91.09 | | | | | 33 | 15.85 | 11 | 91.09 |
| OKANOGAN | | | | | 12 | 57.58 | 5 | 81.00 | 12 | 57.58 | 5 | 81.00 |
| PACIFIC | 4 | 10.75 | | | | | | | 4 | 10.75 | | |
| PEND OREILLE | | | | | | | 1 | 38.00 | | | 1 | 38.00 |
| PIERCE | 165 | 19.30 | 51 | 87.14 | | | | | 165 | 19.30 | 51 | 87.14 |
| SAN JUAN | | | | | | | | | | | | |
| SKAGIT | 20 | 17.40 | 5 | 158.40 | | | | | 20 | 17.40 | 5 | 158.40 |
| SKAMANIA | 1 | 17.00 | 1 | 57.00 | | | | | 1 | 17.00 | 1 | 57.00 |
| SNOHOMISH | 141 | 16.40 | 26 | 83.15 | | | | | 141 | 16.40 | 26 | 83.15 |
| SPOKANE | | | | | 125 | 60.89 | 58 | 57.62 | 125 | 60.89 | 58 | 57.62 |
| STEVENS | | | | | 10 | 49.20 | 9 | 70.56 | 10 | 49.20 | 9 | 70.56 |
| THURSTON | 108 | 16.55 | 31 | 89.52 | | | | | 108 | 16.55 | 31 | 89.52 |
| WAHKIAKUM | 1 | 17.00 | | | | | | | 1 | 17.00 | | |
| WALLA WALLA | | | | | 1 | 62.00 | 1 | 85.00 | 1 | 62.00 | 1 | 85.00 |
| WHATCOM | 41 | 21.41 | 9 | 114.11 | | | | | 41 | 21.41 | 9 | 114.11 |
| WHITMAN | | | | | 2 | 84.00 | | | 2 | 84.00 | | |
| YAKIMA | | | | | 72 | 48.54 | 29 | 73.90 | 72 | 48.54 | 29 | 73.90 |
| **TOTAL** | **1644** | **17.98** | **409** | **94.39** | **372** | **58.79** | **189** | **72.80** | **2016** | **25.51** | **598** | **87.57** |

**Appendix B:  Third Quarter 2014 Report to the Legislature**
## Report to the Legislature

# Forensic Admissions and Evaluations – Performance Targets 2014
# Third Quarter (July 1, 2014-September 30, 2014)

Senate Bill 6492, Chapter 256, Laws of 2012, Section 2(3)
As codified in RCW 10.77.068

Behavioral Health and Service Integration Administration
Division of State Hospitals
PO Box 45050
Olympia, WA  98504-5050
(360) 725-2260
Fax:  (360) 407-0304


Washington State Department of Social & Health Services

47 | P a g e

## Table of Contents

EXECUTIVE SUMMARY .......................................................48

COMPETENCY EVALUATION AND RESTORATION DATA....4

DISCUSSION OF RESULTS….…………….….……………..….7

# EXECUTIVE SUMMARY

In Washington State, forensic mental health services are provided within heightened security facilities at two adult state psychiatric hospitals. The Center for Forensic Services is a 270 bed facility at Western State Hospital (WSH). The Forensic Services Unit at Eastern State Hospital (ESH) has a total of 95 beds.

Roughly sixty percent of the available forensic beds are devoted to serving persons determined Not Guilty by Reason of Insanity. The remaining beds (120 at WSH and 25 at ESH) are dedicated to pre-trial competency services, which are the focus of this report.

On May 1, 2012, RCW 10.77 was amended by Substitute Senate Bill 6492, Chapter 256, Laws of 2012.  The amendment added a new section to the statute, cited below:

*Sec. 2. A new section is added to chapter 10.77 RCW to read as follows:*

*(1)(a) The legislature establishes the following performance targets for the timeliness of the completion of accurate and reliable evaluations of competency to stand trial and admissions for inpatient services related to competency to proceed or stand trial for adult criminal defendants. The legislature recognizes that these targets may not be achievable in all cases without compromise to quality of evaluation services, but intends for the department to manage, allocate, and request appropriations for resources in order to meet these targets whenever possible without sacrificing the accuracy of competency evaluations, and to otherwise make sustainable improvements and track performance related to the timeliness of competency services:*

> *(i) For a state hospital to extend an offer of admission to a defendant in pretrial custody for legally authorized treatment or evaluation services related to competency, or to extend an offer of admission for legally authorized services following dismissal of charges based on incompetent to proceed or stand trial, seven days or less;*
> *(ii) For completion of a competency evaluation in jail and distribution of the evaluation report for a defendant in pretrial custody, seven days or less;*
> *(iii) For completion of a competency evaluation in the community and distribution of the evaluation report for a defendant who is released from custody and makes a reasonable effort to cooperate with the evaluation, twenty-one days or less.*

*(3) Following any quarter in which a state hospital has failed to meet one or more of the performance targets in subsection (1) of this section after full implementation of the performance target, the department shall report to the executive and the legislature the extent of this deviation and describe any corrective action being taken to improve performance. This report must be made publicly available. An average may be used to determine timeliness under this subsection.*

As mandated by RCW 10.77.068(3), the following quarterly report explains the extent to which the hospitals deviated from performance targets in Quarter 2 of 2014 (April 1, 2014-June 30, 2014),  and describes the hospitals' plans to meet these performance targets.

**COMPETENCY EVALUATION AND RESTORATION DATA**

RCW 10.77.068(1)(a)(i) establishes a performance target for the state hospitals to extend an offer of admission to a defendant in pretrial custody for legally authorized treatment or evaluation services related to competency, or to extend an offer of admission for legally authorized services following dismissal of charges based on incompetent to proceed or stand trial in seven days or less. Figure 1 below shows results for competency evaluation cases. Figure 2 shows results for competency restoration cases.

**Figure 1**



Average Number of Days from Completion of Inpatient Referral (All Discovery Received) to Bed Offer, **Competency Evaluations** (includes felony and misdemeanor)

|  | 2013-4<br>42 referrals total | 2014-1<br>51 referrals total | 2014-2<br>56 referrals total | 2014-3<br>51 referrals total |
|---|---|---|---|---|
| Avg Days ESH | 120.3 | 85.1 | 41.2 | 41.8 |
| Avg Days WSH | 28.5 | 25.6 | 30.6 | 33.8 |
| Avg Days State | 46.0 | 36.1 | 33.1 | 36.7 |
| Target | 7 | 7 | 7 | 7 |

**Figure 2**



Average Number of Days from Completion of Inpatient Referral (All Discovery Received) to Bed Offer, **Competency Restorations** (includes felony and misdemeanor)

|  | 2013-4<br>198 referrals total | 2014-1<br>197 referrals total | 2014-2<br>199 referrals total | 2014-3<br>201 referrals total |
|---|---|---|---|---|
| Avg Days ESH | 24.8 | 28.0 | 20.9 | 20.0 |
| Avg Days WSH | 20.7 | 18.4 | 29.8 | 34.5 |
| Avg Days State | 21.2 | 19.6 | 27.4 | 32.8 |
| Target | 7 | 7 | 7 | 7 |

RCW 10.77.068(1)(a)(ii) sets a performance expectation that competency evaluations for a defendant who is in jail will be completed and distributed within seven days or less. Figure 3 shows results for this reporting period.

**Figure 3**



| | 2013-4 459 referrals total | 2014-1 530 referrals total | 2014-2 563 referrals total | 2014-3 505 referrals total |
|---|---|---|---|---|
| Avg Days ESH | 60.2 | 63.6 | 56.3 | 50.0 |
| Avg Days WSH | 17.8 | 17.8 | 14.7 | 14.1 |
| Avg Days State | 25.3 | 26.1 | 21.3 | 20.9 |
| Target | 7 | 7 | 7 | 7 |

RCW 10.77.068(1)(a)(iii) sets a performance expectation that competency evaluations for a defendant who is released from custody and makes a reasonable effort to cooperate with the evaluation will be completed and distributed within twenty-one days or less. Figure 4 shows results for this reporting period.

**Figure 4**



| | 2013-4 143 referrals total | 2014-1 222 referrals total | 2014-2 200 referrals total | 2014-4 145 referrals total |
|---|---|---|---|---|
| Avg Days ESH | 70.2 | 79.7 | 66.3 | 70.5 |
| Avg Days WSH | 94.6 | 87.5 | 65.2 | 74.3 |
| Avg Days State | 87.1 | 85.6 | 65.4 | 72.7 |
| Target | 21 | 21 | 21 | 21 |

**DISCUSSION OF RESULTS**

The data displayed above reflects some modest progress over the past year. However, the charts above clearly show that results to date are far below desired levels.

The department is fully committed to the goal of improving the timeliness of forensic mental health services. As noted in the department's March 31, 2014 response to the JLARC report, additional resources will be needed to meet JLARC's and the legislature's expectations. Per 2SB 5732 (2013), DSHS engaged national consultants to conduct a comprehensive review of the forensic mental health system. The June 30, 2014 consultant report noted that while *"Washington faces significant challenges....Washington also appears to have a competent workforce who clearly recognize these challenges, and appear motivated to approach them constructively"* (Forensic Mental Health Consultant Report, page 55). The report also states (page 8) *"The feedback we received from almost every source described positively the COOs (sic) of Western and Eastern Hospital, as well as central office leadership. Indeed, it is a testament to these individuals that the system is not more problematic."* In their conclusions, the consultants state that *"almost any of the recommended changes will require resources..."* (page 55).

C. **Barriers to higher performance and what DSHS is doing to address them:**

5. *Need for more forensic beds at state hospitals*

In the Joint Legislative Audit and Review Committee (JLARC) Competency to Stand Trial, Phase 1 Briefing Report (2012), it was noted that between 2001 and 2012, referrals for initial competency evaluations increased by 83%. In just the past three years there has been a 30% increase in the number of forensic competency referrals (723 referrals in 2011 Quarter 1, compared to 937 referrals in 2014 Quarter 1). However, there have been no new forensic beds added at either state hospital since 2005. The shortage of forensic hospital beds directly limits DSHS's ability to admit patients in a timely manner resulting in a continual waiting list for beds.

DSHS Action: *Submitted a Decision Package proposing to add 15 forensic beds at ESH and establish one additional 30 bed forensic ward at WSH dedicated to Competency Restoration.*

6. *Need for greater availability of evaluators*

As noted in the Forensic Mental Health Consultant Review Final Report, Washington State's forensic mental health system needs more evaluators and fewer logistical hurdles for evaluators to overcome (e.g. travel; timely receipt of needed discovery documents; need to expand the number of locations where evaluations can be conducted; etc.).

*DSHS Action:* S*ubmitted a Decision Package requesting three FTE's for forensic evaluator positions to be outstationed in counties with high referral rates.*

7.  ***Lack of centralized infrastructure to support effective data management***

Historically, data has been managed separately at each state hospital. There has not been capacity for centralized data gathering and analysis.

*DSHS Action: Filled a newly established position specifically assigned to improving hospital data management. This position is focused on collecting and analyzing data from all three state hospitals so that it can be presented in a uniform manner. This position will ensure consistency between the state hospitals' data collection and analysis. This position will be accountable for the consistency and accuracy of all data for legislative reports, legislative requests, and will create uniform databases specific to required forensic data collection.*

8.  ***Need for improved cross-system collaboration***
As noted in the consultant group's final report, timeliness of competency services is impacted by multiple systems outside of the state hospitals and DSHS (courts, jails, community mental health systems and others). Therefore sustainable improvements will require cross-system partnerships.

*DSHS Action: In collaboration with the Attorney General's Office, DSHS has initiated a series of meetings with county-level stakeholders to jointly develop strategies to improve timelines of competency services. To date, meetings have been held at courthouses in Snohomish, Benton-Franklin, King, Pierce and Thurston counties. Participation has included judges, defense counsel, prosecuting attorneys, Assistant Attorney Generals, law enforcement, jail staff, and DSHS leadership. Follow up meetings are planned with the above named counties to address training, information sharing, and development of local improvement strategies. Over the coming year, meetings with other counties will also be convened to promote local strategy-building conversations.*

D.  **Actions planned for the coming year**

4.  ***Develop standardized training for evaluators***

As recommended in the consultant report, DSHS will be developing and implementing an organized system for ongoing, standardized training of forensic evaluators. DSHS will also be working to establish a distinct job class for forensic evaluator psychologists. This proposed new job class is included in the 2015-2017 Collective Bargaining Agreement negotiated in October of this year, and now at OFM for review. This forensic evaluator job class will receive a higher rate of pay than other state employed psychologists; be required to complete the standardized training; and participate in ongoing quality assurance programs to ensure quality of forensic evaluations.

*5. Consider Options for Outpatient Restoration*

DSHS continues to seek support for more inpatient resources. And, our staff continually strive to find creative ways to increase the timeliness of competency restoration services at the state hospitals. However, all of this is being done within a system where state hospitals are the sole provider of competency restoration services. The 2014 Consultant report describes how other states use community locations to provide "Outpatient Competency Restoration Programs" (OCRPs) for appropriate patients to effectively increase hospital bed turnover, save money and respect civil liberties of defendants without compromising public safety. The Consultant report strongly recommends that Washington State implement OCRPs to reduce demand for inpatient hospital beds.

*DSHS has submitted request legislation to allow for competency restoration services to be provided within secure/semi-secure facilities or other community-based settings. DSHS has had follow up conversations with the consultant team to discuss this idea further and has also initiated conversations with colleagues in Colorado to learn from their experience with OCRPs. Over the next year, DSHS will engage stakeholders to explore possibilities for implementing OCRPs here in Washington, likely with the idea of a starting with small, targeted pilot programs.*

*6. Continue stakeholder meetings across the state (as described above) to find local solutions to improving timeliness of forensic mental health services.*
*7. Increased use of Technology*

*Both hospitals are exploring the possibility of video-conferencing as a way to reduce travel time for in-jail evaluations.  Research suggests telemedicine can be reliable and effective. Grays Harbor County Detention Center has been identified as a potential pilot site, as they are already using telemedicine to serve the mental health needs of inmates.*

# Attachment B: Monthly Report to the Court Appointed Monitor - June 2015

# *Cassie Cordell Trueblood, et al., v. Washington State Department of Social and Health Services, et al.*
# *Case No. C14-1178 MJP*
# Monthly Report to the Court Appointed Monitor

## June 5, 2015

Behavioral Health and Service Integration Administration
Division of State Hospitals
PO Box 45050
Olympia, WA  98504-5050
(360) 725-2260
Fax:  (360) 407-0304



Washington State Department of Social & Health Services

## TABLE OF CONTENTS

Background ........................................................................................................................ Page 3

Class Member Status Information ...................................................................................... Page 4

Competency Evaluation Class Member Information ........................................................... Page 4

Competency Restoration Class Member Information ......................................................... Page 44

Resources Required to Provide Timely Competency Services ............................................ Page 56

*Trueblood* Implementation Steps Taken:  May 2015 ......................................................... Page 60

**BACKGROUND**

On October 31, 2014, the Court certified the Plaintiff Class as:

"*All persons who are now, or will be in the future, charged with a crime in the State of Washington and:*

(a) *who are ordered by a court to receive competency evaluation or restoration services through the Washington State Department of Social and Health Services ("DSHS");*
(b) *who are waiting in jail for those services; and*
(c) *for whom DSHS receives the court order.*"

On April 2, 2015, the Court ordered the Department of Social and Health Services (DSHS) to file monthly reports with the *Trueblood* Court Monitor on efforts to comply with Court orders to provide timely competency evaluation and restoration services to Class Members:

"*Defendants shall file a report with the Monitor on the fifth day of every month, which shall include:*
*(1) the number of days between when a court ordered provision of competency services and when provision was completed, for each person ordered to receive competency services during the previous month;*
*(2) data regarding the number of evaluators, bed capacity, physicians, and other resources needed to provide timely competency services;*
*(3) the steps taken in the previous month to implement this order;*
*(4) when and what results are intended to be realized by each of these steps;*
*(5) the results realized in the previous month;*
*(6) the steps planned to be taken in the following month;*
*(7) certification by Defendants that they are fully compliant with all deadlines that became due in the previous month;*
*(8) Defendants' estimate for when the wait times will reach seven days or less, and all data relied on in making that estimate; and*
*(9) any other information the Monitor informs Defendants is necessary for the Monitor to fully review Defendants' actions and advise the Court.*"

The following report is submitted this 5th day of June, 2015.  Through submission of this report to *Trueblood* Court Appointed Monitor, Dr. Danna Mauch, the Department of Social and Health Services certifies compliance with all deadlines due for the month of May 2015 in accordance with this court order.

## Class Member Status Information

The *Trueblood* Court Order requires monthly reports to provide class member data for the previous month; however, given the 7 day standard, it is not possible to report on the full class cohort by the 5th of the month.  Therefore, in this report we have provided class member data for Competency Evaluation and Competency Restoration broken out in two periods—April 1, 2015-April 30, 2015 and May 1, 2015-May 24, 2015.  The April data is what we would term "complete" and will be provided along with analysis.  The May data is a partial data set.  Given its incomplete nature, it is not useful for comparison or analysis; however it will be refreshed and fully reported in the July 5, 2015 report.

April 2015 will serve as the baseline month for data analysis.  Beginning with the July 5, 2015 report, we will be able to provide trend analysis that compares the current complete reporting month to the previous complete reporting month.  So, for instance, the July 2015 report will provide comparative analysis of May complete data to April complete data.

Analysis of the April evaluation and restoration data shows some instances with dates outside the expected range, even as outliers.  Further exploration on the circumstances of these cases is in process and the findings will be included in the July 2015 report.

## Analysis of Competency Evaluation Data:  April 1, 2015 to April 30, 2015

| Location | Median Days from Signature of Order for Evaluation to: | | | Complete in 7 Days | Incomplete Evaluation--Wait Time | Number of Court Orders Signed | |
|---|---|---|---|---|---|---|---|
| | Hospital Receipt of Court Order | Hospital Receipt of Discovery | Completed Evaluation | Percent completed within 7 days of order signature | Median days from order signature to end of reporting period | Inpatient Competency Evaluation | Jail-based Competency Evaluation |
| Western State Hospital (WSH) | 0.0 | 1.0 | 14.0 | 14.5 | 10.0 | 15 | 301 |
| Eastern State Hospital (ESH) | 1.0 | 5.0 | 63.0 | 2.2 | 30.0 | 9 | 38 |
| Statewide Totals | 1.0 | 1.0 | 15.0 | 12.3 | 21.0 | 24 | 339 |

- WSH received 87% of the Competency Evaluation orders signed in April 2015
- Competency Evaluations were completed within 7 days only 12.3% of the time statewide; significantly lower at ESH (2.2%)
- The median days for receipt of the Court Order and Discovery at ESH accounts for almost the entirety of the 7 days allowed to complete the evaluation.

**Competency Evaluation Class Member Information—April 1- April 30, 2015**

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 1 | JAIL | KING | MISDEMEANOR | FAXED | 3/24/2015 | 1 | 1 | 13 | |
| WSH | 2 | JAIL | CLALLAM | MISDEMEANOR | FAXED | 3/24/2015 | 0 | 0 | 17 | |
| WSH | 4 | JAIL | KING | FELONY | FAXED | 3/24/2015 | 1 | 1 | 20 | |
| WSH | 5 | JAIL | CLARK | MISDEMEANOR | FAXED | 3/24/2015 | 1 | 1 | 15 | |
| WSH | 7 | JAIL | KITSAP | MISDEMEANOR | FAXED | 3/24/2015 | 0 | 0 | 14 | |
| WSH | 8 | JAIL | PIERCE | MISDEMEANOR | FAXED | 3/24/2015 | 0 | 0 | 15 | |
| WSH | 9 | JAIL | PIERCE | MISDEMEANOR | FAXED | 3/24/2015 | 0 | 0 | 14 | |
| WSH | 10 | JAIL | KITSAP | FELONY | FAXED | 3/24/2015 | 0 | 6 | 22 | |
| WSH | 13 | JAIL | MASON | FELONY | FAXED | 3/24/2015 | 1 | 3 | INCOMPLETE | 37 |
| WSH | 14 | JAIL | PIERCE | MISDEMEANOR | FAXED | 3/25/2015 | 0 | 0 | 14 | |
| WSH | 15 | JAIL | KING | MISDEMEANOR | FAXED | 3/25/2015 | 0 | 0 | 8 | |
| WSH | 17 | JAIL | CLARK | FELONY | FAXED | 3/25/2015 | 1 | 1 | 19 | |
| WSH | 18 | JAIL | PIERCE | MISDEMEANOR | FAXED | 3/25/2015 | 1 | 2 | 14 | |
| WSH | 20 | JAIL | KING | FELONY | FAXED | 3/25/2015 | 2 | 2 | 16 | |
| WSH | 21 | JAIL | KING | FELONY | FAXED | 3/25/2015 | 0 | 0 | 15 | |
| WSH | 23 | JAIL | KING | MISDEMEANOR | FAXED | 3/26/2015 | 0 | 4 | 26 | |
| WSH | 24 | JAIL | THURSTON | FELONY | FAXED | 3/26/2015 | 1 | 1 | 15 | |
| WSH | 25 | JAIL | ISLAND | MISDEMEANOR | FAXED | 3/26/2015 | 4 | 5 | 15 | |
| WSH | 26 | JAIL | CLARK | MISDEMEANOR | FAXED | 3/26/2015 | 1 | 1 | 15 | |
| WSH | 27 | JAIL | KING | MISDEMEANOR | FAXED | 3/26/2015 | 1 | 1 | 15 | |
| WSH | 28 | JAIL | KING | MISDEMEANOR | FAXED | 3/26/2015 | 0 | 0 | 14 | |
| WSH | 29 | JAIL | THURSTON | FELONY | FAXED | 3/26/2015 | 0 | 0 | 13 | |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 30 | JAIL | THURSTON | FELONY | FAXED | 3/26/2015 | 1 | 1 | 13 | |
| WSH | 31 | JAIL | WHATCOM | FELONY | FAXED | 3/26/2015 | 1 | 1 | 20 | |
| WSH | 32 | JAIL | PIERCE | MISDEMEANOR | FAXED | 3/26/2015 | 6 | 6 | 28 | |
| WSH | 33 | JAIL | KING | FELONY | FAXED | 3/26/2015 | 1 | 1 | 15 | |
| WSH | 34 | JAIL | CLARK | MISDEMEANOR | FAXED | 3/26/2015 | 0 | 0 | 27 | |
| WSH | 35 | JAIL | PIERCE | MISDEMEANOR | EVALUATOR CLOSED | 3/26/2015 | 1 | 1 | INCOMPLETE | 35 |
| WSH | 37 | INPATIENT | PIERCE | FELONY CLASS A | BED OFFERED | 3/27/2015 | 0 | 0 | 14 | |
| WSH | 38 | JAIL | PIERCE | MISDEMEANOR | FAXED | 3/27/2015 | 0 | 0 | 19 | |
| WSH | 39 | JAIL | PIERCE | MISDEMEANOR | FAXED | 3/27/2015 | 0 | 0 | 18 | |
| WSH | 40 | JAIL | WHATCOM | MISDEMEANOR | FAXED | 3/27/2015 | 0 | 0 | 7 | |
| WSH | 41 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 3/27/2015 | 3 | 3 | 13 | |
| WSH | 42 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 3/28/2015 | 2 | 2 | 4 | |
| WSH | 43 | JAIL | KING | MISDEMEANOR | FAXED | 3/30/2015 | 0 | 0 | 14 | |
| WSH | 44 | JAIL | KING | MISDEMEANOR | FAXED | 3/30/2015 | 0 | 1 | 8 | |
| WSH | 45 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 3/30/2015 | 0 | 0 | 4 | |
| WSH | 46 | JAIL | GRAYS HARBOR | FELONY | FAXED | 3/30/2015 | 4 | 7 | 23 | |
| WSH | 47 | JAIL | KING | FELONY | FAXED | 3/30/2015 | 1 | 10 | 21 | |
| WSH | 48 | JAIL | ISLAND | FELONY | FAXED | 3/30/2015 | 1 | 1 | 11 | |
| WSH | 49 | JAIL | THURSTON | MISDEMEANOR | FAXED | 3/30/2015 | 1 | 1 | 14 | |
| WSH | 50 | JAIL | KING | MISDEMEANOR | FAXED | 3/30/2015 | 0 | 0 | 8 | |
| WSH | 51 | JAIL | THURSTON | MISDEMEANOR | FAXED | 3/30/2015 | 1 | 1 | 14 | |
| WSH | 52 | JAIL | KING | FELONY | FAXED | 3/30/2015 | 1 | 1 | 18 | |
| WSH | 53 | JAIL | KING | MISDEMEANOR | FAXED | 3/30/2015 | 1 | 1 | 11 | |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 54 | JAIL | KING | FELONY | FAXED | 3/30/2015 | 0 | 0 | 17 | |
| WSH | 55 | JAIL | KING | FELONY | FAXED | 3/30/2015 | 1 | 1 | 18 | |
| WSH | 59 | JAIL | KITSAP | MISDEMEANOR | FAXED | 3/31/2015 | 0 | 0 | 23 | |
| WSH | 60 | JAIL | KING | FELONY | FAXED | 3/31/2015 | 0 | 0 | 21 | |
| WSH | 61 | JAIL | KING | MISDEMEANOR | FAXED | 3/31/2015 | 0 | 0 | 14 | |
| WSH | 62 | JAIL | KING | MISDEMEANOR | FAXED | 3/31/2015 | 0 | 0 | 14 | |
| WSH | 63 | JAIL | CLARK | FELONY | FAXED | 3/31/2015 | 0 | 0 | 13 | |
| WSH | 64 | JAIL | KING | FELONY | FAXED | 3/31/2015 | 0 | 0 | 13 | |
| WSH | 65 | JAIL | KING | FELONY | FAXED | 3/31/2015 | 0 | 0 | 21 | |
| WSH | 66 | JAIL | CLARK | MISDEMEANOR | FAXED | 3/31/2015 | 2 | 2 | 16 | |
| WSH | 68 | JAIL | KING | FELONY | FAXED | 3/31/2015 | 0 | 0 | INCOMPLETE | 30 |
| WSH | 69 | INPATIENT | THURSTON | FELONY CLASS C | BED OFFERED | 4/1/2015 | 0 | 0 | 16 | |
| WSH | 70 | JAIL | THURSTON | MISDEMEANOR | FAXED | 4/1/2015 | 1 | 1 | 15 | |
| WSH | 71 | JAIL | KING | FELONY | FAXED | 4/1/2015 | 0 | 0 | 9 | |
| WSH | 72 | JAIL | LEWIS | MISDEMEANOR | FAXED | 4/1/2015 | 1 | 1 | 14 | |
| WSH | 73 | JAIL | CLARK | MISDEMEANOR | FAXED | 4/1/2015 | 1 | 1 | 14 | |
| WSH | 74 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/1/2015 | 13 | 12 | 22 | |
| WSH | 75 | JAIL | KING | MISDEMEANOR | FAXED | 4/1/2015 | 16 | 16 | 28 | |
| WSH | 76 | INPATIENT | KING | FELONY | BED OFFERED | 4/2/2015 | 1 | 1 | 18 | |
| WSH | 77 | JAIL | CLARK | MISDEMEANOR | FAXED | 4/2/2015 | 0 | 0 | 12 | |
| WSH | 78 | JAIL | KING | MISDEMEANOR | FAXED | 4/2/2015 | 1 | 1 | 14 | |
| WSH | 79 | JAIL | COWLITZ | FELONY | FAXED | 4/2/2015 | 0 | 0 | 14 | |
| WSH | 80 | JAIL | KITSAP | FELONY | FAXED | 4/2/2015 | 1 | 1 | 19 | |
| WSH | 81 | JAIL | KING | MISDEMEANOR | FAXED | 4/2/2015 | 0 | 5 | 19 | |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 82 | JAIL | SNOHOMISH | FELONY | FAXED | 4/2/2015 | 0 | 0 | 13 | |
| WSH | 83 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/2/2015 | 0 | 0 | 19 | |
| WSH | 84 | JAIL | KING | MISDEMEANOR | FAXED | 4/2/2015 | 1 | 1 | 8 | |
| WSH | 85 | JAIL | THURSTON | FELONY | FAXED | 4/2/2015 | 0 | 0 | 14 | |
| WSH | 86 | JAIL | KITSAP | MISDEMEANOR | FAXED | 4/2/2015 | 1 | 1 | 5 | |
| WSH | 87 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 4/2/2015 | 0 | 0 | 8 | |
| WSH | 88 | JAIL | KING | MISDEMEANOR | FAXED | 4/2/2015 | 1 | 5 | 14 | |
| WSH | 89 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/2/2015 | 0 | 0 | INCOMPLETE | 28 |
| WSH | 90 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 4/2/2015 | 0 | 0 | 19 | |
| WSH | 91 | JAIL | KING | MISDEMEANOR | FAXED | 4/3/2015 | 0 | 0 | 6 | |
| WSH | 92 | JAIL | KING | MISDEMEANOR | FAXED | 4/3/2015 | 0 | 0 | 17 | |
| WSH | 93 | JAIL | THURSTON | MISDEMEANOR | FAXED | 4/3/2015 | 0 | 0 | 13 | |
| WSH | 94 | JAIL | CLARK | MISDEMEANOR | WITHDRAWN | 4/3/2015 | 3 | 3 | INCOMPLETE | 27 |
| WSH | 95 | JAIL | KING | FELONY | FAXED | 4/3/2015 | 3 | 3 | INCOMPLETE | 27 |
| WSH | 96 | JAIL | WHATCOM | MISDEMEANOR | FAXED | 4/6/2015 | 0 | 3 | 17 | |
| WSH | 97 | JAIL | KING | FELONY | FAXED | 4/6/2015 | 1 | 1 | 16 | |
| WSH | 98 | JAIL | SAN JUAN | FELONY | FAXED | 4/6/2015 | 0 | 0 | 2 | |
| WSH | 99 | JAIL | KING | MISDEMEANOR | FAXED | 4/6/2015 | 1 | 1 | 16 | |
| WSH | 100 | JAIL | KING | MISDEMEANOR | FAXED | 4/6/2015 | 1 | 1 | 9 | |
| WSH | 101 | JAIL | KING | MISDEMEANOR | FAXED | 4/6/2015 | 0 | 1 | 9 | |
| WSH | 103 | JAIL | KING | FELONY | FAXED | 4/6/2015 | 1 | 1 | 21 | |
| WSH | 104 | JAIL | CLARK | MISDEMEANOR | WITHDRAWN | 4/6/2015 | 1 | 1 | 15 | |
| WSH | 105 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/7/2015 | 0 | 0 | 15 | |
| WSH | 106 | JAIL | KING | MISDEMEANOR | FAXED | 4/7/2015 | 0 | 0 | 7 | |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 107 | JAIL | KING | MISDEMEANOR | FAXED | 4/7/2015 | 0 | 0 | 6 | |
| WSH | 108 | JAIL | KING | FELONY | FAXED | 4/7/2015 | 0 | 0 | 10 | |
| WSH | 109 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/7/2015 | 0 | 0 | 20 | |
| WSH | 110 | JAIL | KING | FELONY | FAXED | 4/7/2015 | 7 | 7 | 22 | |
| WSH | 111 | JAIL | KITSAP | MISDEMEANOR | FAXED | 4/7/2015 | 0 | 0 | 21 | |
| WSH | 112 | JAIL | CLARK | MISDEMEANOR | FAXED | 4/7/2015 | 0 | 1 | 17 | |
| WSH | 113 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 4/7/2015 | 1 | 0 | 6 | |
| WSH | 114 | JAIL | THURSTON | MISDEMEANOR | FAXED | 4/8/2015 | 0 | 0 | 5 | |
| WSH | 115 | JAIL | KING | MISDEMEANOR | FAXED | 4/8/2015 | 0 | 0 | 8 | |
| WSH | 116 | JAIL | KING | MISDEMEANOR | FAXED | 4/8/2015 | 2 | 2 | 15 | |
| WSH | 117 | JAIL | KING | MISDEMEANOR | FAXED | 4/8/2015 | 0 | 1 | 9 | |
| WSH | 118 | JAIL | KING | FELONY | FAXED | 4/8/2015 | 1 | 1 | 9 | |
| WSH | 119 | JAIL | SKAGIT | FELONY | FAXED | 4/8/2015 | 2 | 5 | 21 | |
| WSH | 120 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/9/2015 | 5 | 5 | 12 | |
| WSH | 121 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/9/2015 | 0 | 0 | 13 | |
| WSH | 122 | JAIL | KING | FELONY | FAXED | 4/9/2015 | 0 | 0 | 14 | |
| WSH | 123 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 4/9/2015 | 0 | 0 | 6 | |
| WSH | 124 | JAIL | KING | MISDEMEANOR | FAXED | 4/9/2015 | 0 | 0 | 8 | |
| WSH | 125 | JAIL | SNOHOMISH | FELONY | INCOMPLETE | 4/9/2015 | 0 | 0 | INCOMPLETE | 21 |
| WSH | 126 | JAIL | KING | FELONY | TIC | 4/9/2015 | 0 | 0 | 14 | |
| WSH | 127 | JAIL | KING | MISDEMEANOR | FAXED | 4/10/2015 | 3 | 3 | 12 | |
| WSH | 128 | JAIL | CLARK | MISDEMEANOR | FAXED | 4/10/2015 | 0 | 0 | 12 | |
| WSH | 129 | JAIL | THURSTON | MISDEMEANOR | FAXED | 4/10/2015 | 0 | 0 | 12 | |
| WSH | 130 | JAIL | KING | MISDEMEANOR | FAXED | 4/10/2015 | 3 | 3 | 12 | |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 132 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/10/2015 | 7 | 7 | 20 | |
| WSH | 133 | JAIL | KING | MISDEMEANOR | FAXED | 4/11/2015 | 2 | 2 | 12 | |
| WSH | 134 | JAIL | KING | MISDEMEANOR | FAXED | 4/13/2015 | 1 | 1 | 4 | |
| WSH | 135 | JAIL | KING | MISDEMEANOR | FAXED | 4/13/2015 | 0 | 0 | 7 | |
| WSH | 136 | JAIL | KING | MISDEMEANOR | FAXED | 4/13/2015 | 0 | 0 | 8 | |
| WSH | 137 | JAIL | GRAYS HARBOR | FELONY | FAXED | 4/13/2015 | 2 | 1 | 9 | |
| WSH | 138 | JAIL | KING | FELONY | FAXED | 4/13/2015 | 0 | 0 | 14 | |
| WSH | 139 | JAIL | KING | FELONY | FAXED | 4/13/2015 | 0 | 0 | 14 | |
| WSH | 140 | JAIL | KING | MISDEMEANOR | FAXED | 4/13/2015 | 4 | 2 | 15 | |
| WSH | 141 | JAIL | KING | MISDEMEANOR | FAXED | 4/13/2015 | 0 | 0 | 11 | |
| WSH | 142 | JAIL | KING | MISDEMEANOR | FAXED | 4/13/2015 | 0 | 0 | 11 | |
| WSH | 143 | JAIL | KING | MISDEMEANOR | FAXED | 4/13/2015 | 0 | 0 | 11 | |
| WSH | 144 | JAIL | KING | MISDEMEANOR | TIC | 4/13/2015 | 0 | 0 | 11 | |
| WSH | 145 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 4/14/2015 | 0 | 0 | 9 | |
| WSH | 146 | JAIL | LEWIS | MISDEMEANOR | FAXED | 4/14/2015 | 0 | 0 | 8 | |
| WSH | 147 | JAIL | KING | MISDEMEANOR | FAXED | 4/14/2015 | 1 | 1 | 7 | |
| WSH | 148 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 4/14/2015 | 0 | 0 | 7 | |
| WSH | 149 | JAIL | THURSTON | FELONY | INCOMPLETE | 4/14/2015 | 1 | 1 | INCOMPLETE | 16 |
| WSH | 150 | JAIL | MASON | FELONY | FAXED | 4/14/2015 | 0 | 0 | 10 | |
| WSH | 151 | JAIL | COWLITZ | FELONY | WITHDRAWN | 4/14/2015 | 7 | 7 | INCOMPLETE | 16 |
| WSH | 152 | JAIL | KING | FELONY | TIC | 4/14/2015 | 0 | 0 | INCOMPLETE | 16 |
| WSH | 154 | JAIL | KING | MISDEMEANOR | FAXED | 4/15/2015 | 0 | 0 | 8 | |
| WSH | 155 | JAIL | KING | MISDEMEANOR | FAXED | 4/15/2015 | 0 | 0 | 8 | |
| WSH | 156 | INPATIENT | PIERCE | FELONY CLASS A | BED OFFERED | 4/15/2015 | 0 | 0 | INCOMPLETE | 15 |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 157 | JAIL | KING | MISDEMEANOR | FAXED | 4/15/2015 | 0 | 0 | 13 | |
| WSH | 158 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 4/15/2015 | 0 | 0 | 13 | |
| WSH | 159 | JAIL | KING | MISDEMEANOR | FAXED | 4/15/2015 | 5 | 5 | 9 | |
| WSH | 160 | JAIL | ISLAND | MISDEMEANOR | FAXED | 4/15/2015 | 1 | 1 | 13 | |
| WSH | 161 | JAIL | KING | MISDEMEANOR | FAXED | 4/15/2015 | 1 | 1 | 13 | |
| WSH | 162 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 4/15/2015 | 5 | 5 | 7 | |
| WSH | 163 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 4/15/2015 | 0 | 0 | 6 | |
| WSH | 164 | JAIL | KING | FELONY | FAXED | 4/16/2015 | 4 | 4 | 6 | |
| WSH | 165 | JAIL | KING | MISDEMEANOR | FAXED | 4/16/2015 | 0 | 0 | 7 | |
| WSH | 167 | JAIL | LEWIS | FELONY | FAXED | 4/16/2015 | 4 | 4 | 14 | |
| WSH | 168 | JAIL | KING | MISDEMEANOR | FAXED | 4/16/2015 | 0 | 0 | INCOMPLETE | 14 |
| WSH | 169 | JAIL | KING | FELONY | TIC | 4/16/2015 | 1 | 1 | INCOMPLETE | 14 |
| WSH | 170 | JAIL | KITSAP | FELONY | FAXED | 4/16/2015 | 0 | 0 | 13 | |
| WSH | 171 | JAIL | KING | MISDEMEANOR | FAXED | 4/16/2015 | 0 | 0 | 8 | |
| WSH | 172 | JAIL | KING | MISDEMEANOR | FAXED | 4/16/2015 | 0 | 0 | 11 | |
| WSH | 173 | JAIL | KING | MISDEMEANOR | FAXED | 4/17/2015 | 3 | 3 | 7 | |
| WSH | 174 | JAIL | KING | MISDEMEANOR | FAXED | 4/28/2015 | 1 | 0 | 1 | |
| WSH | 175 | JAIL | KITSAP | MISDEMEANOR | FAXED | 4/17/2015 | 0 | 0 | 12 | |
| WSH | 176 | JAIL | KING | MISDEMEANOR | FAXED | 4/17/2015 | 0 | 6 | INCOMPLETE | 13 |
| WSH | 177 | JAIL | CLARK | MISDEMEANOR | FAXED | 4/17/2015 | 0 | 0 | 13 | |
| WSH | 178 | JAIL | KING | MISDEMEANOR | FAXED | 4/17/2015 | 0 | 0 | 11 | |
| WSH | 179 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 4/17/2015 | 0 | 0 | 11 | |
| WSH | 180 | JAIL | GRAYS HARBOR | FELONY | FAXED | 4/20/2015 | 0 | 0 | INCOMPLETE | 10 |
| WSH | 182 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 4/20/2015 | 1 | 1 | INCOMPLETE | 10 |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 183 | JAIL | KING | MISDEMEANOR | FAXED | 4/20/2015 | 1 | 1 | 7 | |
| WSH | 184 | JAIL | KING | MISDEMEANOR | FAXED | 4/20/2015 | 0 | 0 | INCOMPLETE | 10 |
| WSH | 185 | INPATIENT | THURSTON | FELONY CLASS B | BED OFFERED | 4/21/2015 | 0 | 0 | 7 | |
| WSH | 187 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/21/2015 | 0 | 0 | INCOMPLETE | 9 |
| WSH | 188 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/21/2015 | 0 | 0 | INCOMPLETE | 9 |
| WSH | 189 | JAIL | KING | MISDEMEANOR | FAXED | 4/21/2015 | 0 | 0 | 8 | |
| WSH | 190 | JAIL | KING | MISDEMEANOR | FAXED | 4/21/2015 | 1 | 1 | 9 | |
| WSH | 191 | JAIL | KING | FELONY | FAXED | 4/21/2015 | 1 | 1 | INCOMPLETE | 9 |
| WSH | 192 | JAIL | KING | MISDEMEANOR | FAXED | 4/21/2015 | 0 | 0 | 8 | |
| WSH | 193 | JAIL | THURSTON | FELONY | FAXED | 4/21/2015 | 0 | 0 | 6 | |
| WSH | 194 | JAIL | CLARK | MISDEMEANOR | FAXED | 4/21/2015 | 1 | 1 | 9 | |
| WSH | 195 | JAIL | CLARK | FELONY | FAXED | 4/21/2015 | 2 | 2 | INCOMPLETE | 9 |
| WSH | 196 | INPATIENT | KING | FELONY CLASS A | BED OFFERED | 4/22/2015 | 0 | 0 | 2 | |
| WSH | 197 | JAIL | KING | MISDEMEANOR | FAXED | 4/22/2015 | 0 | 1 | 7 | |
| WSH | 198 | JAIL | KITSAP | FELONY | FAXED | 4/22/2015 | 1 | 1 | 8 | |
| WSH | 199 | JAIL | THURSTON | FELONY | FAXED | 4/22/2015 | 2 | 2 | INCOMPLETE | 8 |
| WSH | 200 | JAIL | KING | FELONY | FAXED | 4/22/2015 | 0 | 0 | INCOMPLETE | 8 |
| WSH | 201 | JAIL | CLARK | MISDEMEANOR | FAXED | 4/23/2015 | 1 | 1 | INCOMPLETE | 7 |
| WSH | 202 | JAIL | KING | MISDEMEANOR | FAXED | 4/23/2015 | 0 | 1 | 7 | |
| WSH | 203 | JAIL | KING | MISDEMEANOR | FAXED | 4/23/2015 | 0 | 1 | INCOMPLETE | 7 |
| WSH | 204 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 4/23/2015 | 0 | 1 | 7 | |
| WSH | 205 | JAIL | KING | FELONY | FAXED | 4/23/2015 | 0 | 0 | INCOMPLETE | 7 |
| WSH | 207 | JAIL | PIERCE | FELONY | FAXED | 4/23/2015 | 0 | 1 | INCOMPLETE | 7 |
| WSH | 337 | JAIL | SNOHOMISH | MISDEMEANOR | INCOMPLETE | 10/21/2014 | 1 | 1 | INCOMPLETE | 191 |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 338 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/30/2015 | 0 | 0 | INCOMPLETE | 0 |
| WSH | 339 | JAIL | KITSAP | MISDEMEANOR | FAXED | 4/28/2015 | 1 | 1 | INCOMPLETE | 2 |
| WSH | 340 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 8/7/2012 | 1 | 1 | INCOMPLETE | 996 |
| WSH | 341 | JAIL | CLARK | MISDEMEANOR | INCOMPLETE | 1/25/2011 | 0 | 0 | INCOMPLETE | 1556 |
| WSH | 342 | JAIL | PIERCE | FELONY | INCOMPLETE | 11/28/2011 | 0 | 1 | INCOMPLETE | 1249 |
| WSH | 343 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 8/17/2012 | 0 | 0 | INCOMPLETE | 986 |
| WSH | 344 | JAIL | CLARK | FELONY | INCOMPLETE | 10/4/2012 | 32 | 32 | INCOMPLETE | 938 |
| WSH | 345 | JAIL | KING | FELONY | INCOMPLETE | 10/31/2012 | 0 | 0 | INCOMPLETE | 911 |
| WSH | 346 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 1/31/2013 | 0 | 0 | INCOMPLETE | 819 |
| WSH | 347 | JAIL | WHATCOM | FELONY | INCOMPLETE | 4/24/2013 | 2 | 2 | INCOMPLETE | 736 |
| WSH | 348 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/14/2013 | 0 | 3 | INCOMPLETE | 685 |
| WSH | 349 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 2/28/2014 | 0 | 0 | INCOMPLETE | 426 |
| WSH | 350 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 4/29/2014 | 0 | 0 | INCOMPLETE | 366 |
| WSH | 351 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/1/2014 | 1 | 1 | INCOMPLETE | 364 |
| WSH | 352 | JAIL | KITSAP | FELONY | FAXED | 4/30/2015 | 1 | 1 | INCOMPLETE | 0 |
| WSH | 353 | JAIL | THURSTON | FELONY | INCOMPLETE | 5/6/2014 | 1 | 1 | INCOMPLETE | 359 |
| WSH | 354 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 5/22/2014 | 1 | 1 | INCOMPLETE | 343 |
| WSH | 355 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 6/5/2014 | 0 | 0 | INCOMPLETE | 329 |
| WSH | 356 | JAIL | THURSTON | MISDEMEANOR | INCOMPLETE | 6/6/2014 | 0 | 0 | INCOMPLETE | 328 |
| WSH | 357 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/11/2014 | 0 | 0 | INCOMPLETE | 323 |
| WSH | 358 | JAIL | LEWIS | MISDEMEANOR | INCOMPLETE | 7/1/2014 | 10 | 10 | INCOMPLETE | 303 |
| WSH | 359 | JAIL | COWLITZ | FELONY | INCOMPLETE | 7/29/2014 | 2 | 2 | INCOMPLETE | 275 |
| WSH | 360 | JAIL | LEWIS | MISDEMEANOR | INCOMPLETE | 8/27/2014 | 2 | 2 | INCOMPLETE | 246 |
| WSH | 361 | JAIL | KITSAP | FELONY | INCOMPLETE | 9/12/2014 | 3 | 3 | INCOMPLETE | 230 |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 362 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 9/12/2014 | 13 | 13 | INCOMPLETE | 230 |
| WSH | 363 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 10/10/2014 | 0 | 3 | INCOMPLETE | 202 |
| WSH | 364 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 10/27/2014 | 0 | 4 | INCOMPLETE | 185 |
| WSH | 365 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 10/29/2014 | 0 | 0 | INCOMPLETE | 183 |
| WSH | 366 | JAIL | CLARK | MISDEMEANOR | INCOMPLETE | 11/18/2014 | 0 | 0 | INCOMPLETE | 163 |
| WSH | 367 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 12/10/2014 | 0 | 0 | INCOMPLETE | 141 |
| WSH | 368 | JAIL | CLARK | FELONY | INCOMPLETE | 12/23/2014 | 0 | 0 | INCOMPLETE | 128 |
| WSH | 369 | JAIL | CLARK | FELONY | INCOMPLETE | 12/31/2014 | 0 | 0 | INCOMPLETE | 120 |
| WSH | 370 | JAIL | CLARK | FELONY | INCOMPLETE | 1/12/2015 | 0 | 0 | INCOMPLETE | 108 |
| WSH | 371 | JAIL | SNOHOMISH | MISDEMEANOR | INCOMPLETE | 1/16/2015 | 0 | 0 | INCOMPLETE | 104 |
| WSH | 372 | JAIL | CLARK | FELONY | TIC | 2/13/2015 | 4 | 4 | 54 | |
| WSH | 373 | INPATIENT | CLARK | FELONY CLASS B | BED OFFERED | 2/13/2015 | 54 | 54 | 70 | |
| WSH | 374 | JAIL | CLARK | MISDEMEANOR | FAXED | 2/17/2015 | 29 | 34 | 56 | |
| WSH | 375 | JAIL | KING | FELONY | FAXED | 2/19/2015 | 1 | 1 | 69 | |
| WSH | 376 | JAIL | GRAYS HARBOR | FELONY | FAXED | 2/23/2015 | 0 | 21 | 38 | |
| WSH | 377 | JAIL | GRAYS HARBOR | FELONY | FAXED | 3/2/2015 | 15 | 16 | 31 | |
| WSH | 378 | JAIL | KING | FELONY | FAXED | 3/3/2015 | 0 | 0 | INCOMPLETE | 58 |
| WSH | 379 | JAIL | CLARK | MISDEMEANOR | WITHDRAWN | 3/6/2015 | 4 | 4 | INCOMPLETE | 55 |
| WSH | 380 | JAIL | CLARK | MISDEMEANOR | WITHDRAWN | 3/6/2015 | 4 | 4 | INCOMPLETE | 55 |
| WSH | 381 | JAIL | SKAMANIA | FELONY | FAXED | 3/9/2015 | 1 | 1 | 29 | |
| WSH | 382 | JAIL | GRAYS HARBOR | FELONY | INCOMPLETE | 3/9/2015 | 1 | 66 | INCOMPLETE | 52 |
| WSH | 383 | JAIL | THURSTON | FELONY | FAXED | 3/9/2015 | 2 | 2 | 25 | |
| WSH | 384 | INPATIENT | PIERCE | FELONY CLASS B | BED OFFERED | 3/10/2015 | 2 | 2 | 23 | |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 385 | JAIL | KING | FELONY | FAXED | 3/10/2015 | 35 | 35 | 45 | |
| WSH | 386 | INPATIENT | PIERCE | FELONY CLASS A | BED OFFERED | 3/10/2015 | 1 | 1 | 23 | |
| WSH | 387 | INPATIENT | THURSTON | FELONY CLASS A | BED OFFERED | 3/10/2015 | 1 | 1 | 27 | |
| WSH | 388 | JAIL | KING | FELONY | FAXED | 3/13/2015 | 0 | 0 | 20 | |
| WSH | 389 | JAIL | CLARK | MISDEMEANOR | FAXED | 3/16/2015 | 0 | 0 | 22 | |
| WSH | 390 | JAIL | GRAYS HARBOR | FELONY | FAXED | 3/16/2015 | 0 | 1 | 16 | |
| WSH | 391 | JAIL | CLARK | MISDEMEANOR | FAXED | 3/17/2015 | 6 | 6 | 24 | |
| WSH | 392 | JAIL | KING | FELONY | TIC | 3/17/2015 | 1 | 1 | 21 | |
| WSH | 393 | JAIL | KITSAP | FELONY | FAXED | 3/17/2015 | 0 | 0 | 15 | |
| WSH | 394 | JAIL | KING | MISDEMEANOR | FAXED | 3/18/2015 | 0 | 0 | 22 | |
| WSH | 395 | JAIL | WHATCOM | MISDEMEANOR | FAXED | 3/18/2015 | 7 | 7 | 14 | |
| WSH | 396 | JAIL | MASON | MISDEMEANOR | FAXED | 3/18/2015 | 1 | 1 | 16 | |
| WSH | 397 | JAIL | THURSTON | FELONY | FAXED | 3/18/2015 | 1 | 1 | 21 | |
| WSH | 398 | JAIL | CLARK | MISDEMEANOR | FAXED | 3/18/2015 | 2 | 2 | 22 | |
| WSH | 399 | JAIL | KING | MISDEMEANOR | FAXED | 3/18/2015 | 0 | 1 | 15 | |
| WSH | 400 | JAIL | WHATCOM | FELONY | FAXED | 3/18/2015 | 0 | 0 | 16 | |
| WSH | 401 | JAIL | WHATCOM | FELONY | FAXED | 3/18/2015 | 9 | 9 | 15 | |
| WSH | 402 | JAIL | CLARK | MISDEMEANOR | FAXED | 3/19/2015 | 1 | 1 | 20 | |
| WSH | 403 | JAIL | KING | MISDEMEANOR | FAXED | 3/19/2015 | 0 | 0 | 22 | |
| WSH | 404 | JAIL | WHATCOM | MISDEMEANOR | FAXED | 3/19/2015 | 6 | 6 | 15 | |
| WSH | 405 | JAIL | PIERCE | MISDEMEANOR | FAXED | 3/19/2015 | 0 | 0 | 15 | |
| WSH | 406 | JAIL | KITSAP | FELONY | FAXED | 3/19/2015 | 1 | 5 | 19 | |
| WSH | 407 | JAIL | KITSAP | FELONY | FAXED | 3/20/2015 | 0 | 0 | 25 | |
| WSH | 408 | JAIL | CLARK | FELONY | FAXED | 3/20/2015 | 0 | 0 | 19 | |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 409 | JAIL | KING | MISDEMEANOR | FAXED | 3/23/2015 | 0 | 0 | 17 | |
| WSH | 410 | JAIL | KING | FELONY | FAXED | 3/31/2015 | 0 | 0 | 13 | |
| WSH | 411 | JAIL | KING | FELONY | FAXED | 3/31/2015 | 0 | 0 | 13 | |
| WSH | 412 | JAIL | CLARK | FELONY | FAXED | 3/31/2015 | 1 | 1 | 15 | |
| WSH | 413 | JAIL | CLARK | FELONY | FAXED | 3/31/2015 | 1 | 1 | 15 | |
| WSH | 414 | JAIL | SNOHOMISH | MISDEMEANOR | WITHDRAWN | 4/6/2015 | 0 | 0 | 11 | |
| WSH | 415 | INPATIENT | WHATCOM | FELONY CLASS C | BED OFFERED | 4/10/2015 | 4 | 4 | INCOMPLETE | 20 |
| WSH | 416 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 4/10/2015 | 0 | 0 | 3 | |
| WSH | 417 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/15/2015 | 1 | 1 | 13 | |
| WSH | 418 | INPATIENT | THURSTON | FELONY CLASS C | BED OFFERED | 4/16/2015 | 7 | 7 | INCOMPLETE | 14 |
| WSH | 419 | JAIL | KING | MISDEMEANOR | FAXED | 4/17/2015 | 0 | 3 | 13 | |
| WSH | 420 | JAIL | KING | MISDEMEANOR | FAXED | 4/20/2015 | 0 | 0 | 9 | |
| WSH | 421 | JAIL | CLARK | MISDEMEANOR | WITHDRAWN | 4/22/2015 | 7 | 2 | INCOMPLETE | 8 |
| WSH | 422 | JAIL | KITSAP | FELONY | FAXED | 4/22/2015 | 1 | 1 | 8 | |
| WSH | 423 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 4/22/2015 | 1 | 1 | 8 | |
| WSH | 424 | JAIL | KING | MISDEMEANOR | FAXED | 4/23/2015 | 0 | 6 | INCOMPLETE | 7 |
| WSH | 425 | JAIL | WHATCOM | FELONY | TIC | 4/23/2015 | 1 | 1 | INCOMPLETE | 7 |
| WSH | 426 | INPATIENT | WHATCOM | FELONY CLASS C | BED OFFERED | 4/23/2015 | 13 | 13 | INCOMPLETE | 7 |
| WSH | 427 | INPATIENT | KING | FELONY CLASS C | BED OFFERED | 4/24/2015 | 3 | 3 | INCOMPLETE | 6 |
| WSH | 428 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 4/24/2015 | 0 | 0 | INCOMPLETE | 6 |
| WSH | 429 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 4/24/2015 | 0 | 6 | INCOMPLETE | 6 |
| WSH | 430 | JAIL | CLARK | FELONY | FAXED | 4/24/2015 | 0 | 0 | INCOMPLETE | 6 |
| WSH | 431 | JAIL | SNOHOMISH | FELONY | FAXED | 4/24/2015 | 0 | 3 | 6 | |
| WSH | 432 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/27/2015 | 0 | 3 | INCOMPLETE | 3 |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 433 | JAIL | KING | FELONY | FAXED | 4/27/2015 | 0 | 0 | INCOMPLETE | 3 |
| WSH | 434 | JAIL | KING | MISDEMEANOR | FAXED | 4/27/2015 | 0 | 0 | INCOMPLETE | 3 |
| WSH | 435 | JAIL | KING | MISDEMEANOR | FAXED | 4/27/2015 | 0 | 0 | INCOMPLETE | 3 |
| WSH | 436 | JAIL | KING | MISDEMEANOR | FAXED | 4/27/2015 | 0 | 0 | INCOMPLETE | 3 |
| WSH | 437 | JAIL | KING | MISDEMEANOR | FAXED | 4/27/2015 | 0 | 0 | INCOMPLETE | 3 |
| WSH | 438 | JAIL | KING | MISDEMEANOR | FAXED | 4/27/2015 | 1 | 1 | INCOMPLETE | 3 |
| WSH | 439 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 4/28/2015 | 0 | 0 | INCOMPLETE | 2 |
| WSH | 440 | JAIL | KING | FELONY | FAXED | 4/28/2015 | 1 | 1 | INCOMPLETE | 2 |
| WSH | 441 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 4/28/2015 | 0 | 0 | INCOMPLETE | 2 |
| WSH | 442 | JAIL | KING | MISDEMEANOR | FAXED | 4/28/2015 | 2 | 2 | INCOMPLETE | 2 |
| WSH | 443 | JAIL | KING | MISDEMEANOR | TIC | 4/28/2015 | 0 | 0 | INCOMPLETE | 2 |
| WSH | 444 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 4/28/2015 | 1 | 1 | INCOMPLETE | 2 |
| WSH | 445 | INPATIENT | KING | FELONY CLASS A | BED OFFERED | 4/28/2015 | 1 | 1 | INCOMPLETE | 2 |
| WSH | 446 | JAIL | KING | MISDEMEANOR | FAXED | 4/28/2015 | 1 | 1 | INCOMPLETE | 2 |
| WSH | 447 | JAIL | KING | MISDEMEANOR | FAXED | 4/29/2015 | 1 | 1 | INCOMPLETE | 1 |
| WSH | 448 | JAIL | KING | MISDEMEANOR | FAXED | 4/29/2015 | 1 | 1 | INCOMPLETE | 1 |
| WSH | 449 | JAIL | KING | MISDEMEANOR | FAXED | 4/29/2015 | 1 | 1 | INCOMPLETE | 1 |
| WSH | 450 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/29/2015 | 0 | 0 | INCOMPLETE | 1 |
| WSH | 451 | JAIL | KING | MISDEMEANOR | FAXED | 4/29/2015 | 1 | 1 | INCOMPLETE | 1 |
| WSH | 452 | JAIL | KING | FELONY | INCOMPLETE | 4/29/2015 | 1 | 1 | INCOMPLETE | 1 |
| WSH | 453 | JAIL | JEFFERSON | FELONY | FAXED | 4/29/2015 | 1 | 1 | INCOMPLETE | 1 |
| WSH | 454 | JAIL | KING | FELONY | FAXED | 4/29/2015 | 1 | 1 | INCOMPLETE | 1 |
| WSH | 455 | JAIL | KING | MISDEMEANOR | FAXED | 4/29/2015 | 1 | 1 | INCOMPLETE | 1 |
| WSH | 456 | JAIL | KING | MISDEMEANOR | FAXED | 4/30/2015 | 0 | 0 | INCOMPLETE | 0 |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 457 | JAIL | KITSAP | FELONY | FAXED | 4/30/2015 | 0 | 4 | INCOMPLETE | 0 |
| WSH | 458 | JAIL | THURSTON | FELONY | FAXED | 4/30/2015 | 1 | 1 | INCOMPLETE | 0 |
| WSH | 459 | JAIL | KING | MISDEMEANOR | FAXED | 4/30/2015 | 1 | 1 | INCOMPLETE | 0 |
| WSH | 460 | JAIL | THURSTON | MISDEMEANOR | FAXED | 4/30/2015 | 0 | 0 | INCOMPLETE | 0 |
| WSH | 461 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 4/30/2015 | 0 | 1 | INCOMPLETE | 0 |
| WSH | 462 | JAIL | KING | FELONY | CRIC | 4/30/2015 | 1 | 1 | INCOMPLETE | 0 |
| WSH | 463 | JAIL | KING | FELONY | FAXED | 4/30/2015 | 0 | 0 | INCOMPLETE | 0 |
| WSH | 464 | JAIL | COWLITZ | FELONY | FAXED | 4/30/2015 | 0 | 0 | INCOMPLETE | 0 |
| ESH | 208 | JAIL | SPOKANE | FELONY | INCOMPLETE | 3/24/2015 | 0 | 2 | INCOMPLETE | 37 |
| ESH | 209 | JAIL | FRANKLIN | FELONY | INCOMPLETE | 3/24/2015 | 0 | 6 | INCOMPLETE | 37 |
| ESH | 210 | JAIL | SPOKANE | MISDEMEANOR | INCOMPLETE | 3/25/2015 | 1 | 7 | INCOMPLETE | 36 |
| ESH | 212 | JAIL | YAKIMA | FELONY | INCOMPLETE | 3/19/2015 | 0 | 13 | INCOMPLETE | 42 |
| ESH | 213 | JAIL | GRANT | MISDEMEANOR | INCOMPLETE | 3/25/2015 | 1 | 7 | INCOMPLETE | 36 |
| ESH | 214 | JAIL | BENTON | MISDEMEANOR | INCOMPLETE | 3/25/2015 | 0 | 1 | INCOMPLETE | 36 |
| ESH | 215 | JAIL | PEND OREILLE | FELONY | INCOMPLETE | 3/26/2015 | 0 | 1 | INCOMPLETE | 35 |
| ESH | 216 | JAIL | GRANT | FELONY | INCOMPLETE | 3/26/2015 | 0 | 6 | INCOMPLETE | 35 |
| ESH | 217 | JAIL | SPOKANE | FELONY | INCOMPLETE | 3/26/2015 | 0 | 6 | INCOMPLETE | 35 |
| ESH | 218 | JAIL | YAKIMA | FELONY | INCOMPLETE | 3/26/2015 | 6 | 27 | INCOMPLETE | 35 |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 219 | JAIL | OKANOGAN | FELONY | INCOMPLETE | 3/27/2015 | 3 | 5 | INCOMPLETE | 34 |
| ESH | 220 | JAIL | SPOKANE | MISDEMEANOR | | 3/31/2015 | 0 | 0 | 10 | |
| ESH | 221 | JAIL | SPOKANE | MISDEMEANOR | | 2/19/2015 | 0 | 5 | 50 | |
| ESH | 223 | JAIL | FRANKLIN | MISDEMEANOR | INCOMPLETE | 3/31/2015 | 1 | 2 | INCOMPLETE | 30 |
| ESH | 224 | JAIL | CHELAN | MISDEMEANOR | INCOMPLETE | 3/31/2015 | 6 | 8 | INCOMPLETE | 30 |
| ESH | 226 | JAIL | SPOKANE | FELONY | INCOMPLETE | 4/2/2015 | 4 | 6 | INCOMPLETE | 28 |
| ESH | 227 | JAIL | SPOKANE | FELONY | INCOMPLETE | 4/2/2015 | 0 | 1 | INCOMPLETE | 28 |
| ESH | 228 | JAIL | BENTON | FELONY | INCOMPLETE | 4/2/2015 | 4 | 6 | INCOMPLETE | 28 |
| ESH | 230 | JAIL | SPOKANE | FELONY | INCOMPLETE | 4/3/2015 | 4 | 7 | INCOMPLETE | 27 |
| ESH | 232 | JAIL | SPOKANE | FELONY | INCOMPLETE | 4/6/2015 | 8 | 9 | INCOMPLETE | 24 |
| ESH | 234 | JAIL | YAKIMA | FELONY | INCOMPLETE | 4/7/2015 | 0 | 22 | INCOMPLETE | 23 |
| ESH | 235 | JAIL | SPOKANE | FELONY | INCOMPLETE | 4/7/2015 | 2 | 6 | INCOMPLETE | 23 |
| ESH | 236 | JAIL | CHELAN | MISDEMEANOR | INCOMPLETE | 4/7/2015 | 2 | 6 | INCOMPLETE | 23 |
| ESH | 237 | JAIL | YAKIMA | MISDEMEANOR | | 2/2/2015 | 0 | 15 | 66 | |
| ESH | 238 | INPATIENT | FERRY | MISDEMEANOR | INCOMPLETE | 4/8/2015 | 1 | 2 | INCOMPLETE | 22 |
| ESH | 241 | JAIL | YAKIMA | FELONY | INCOMPLETE | 4/9/2015 | 1 | 4 | INCOMPLETE | 21 |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 242 | JAIL | YAKIMA | FELONY | INCOMPLETE | 4/9/2015 | 1 | 4 | INCOMPLETE | 21 |
| ESH | 243 | JAIL | SPOKANE | FELONY | INCOMPLETE | 1/5/2015 | 1 | 2 | INCOMPLETE | 115 |
| ESH | 245 | JAIL | KITTITAS | FELONY | INCOMPLETE | 4/13/2015 | 2 | 3 | INCOMPLETE | 17 |
| ESH | 246 | JAIL | FRANKLIN | MISDEMEANOR | INCOMPLETE | 4/13/2015 | 0 | 2 | INCOMPLETE | 17 |
| ESH | 247 | JAIL | YAKIMA | MISDEMEANOR | INCOMPLETE | 4/13/2015 | 2 | 10 | INCOMPLETE | 17 |
| ESH | 249 | INPATIENT | FRANKLIN | FELONY | INCOMPLETE | 4/14/2015 | 1 | 2 | INCOMPLETE | 16 |
| ESH | 250 | INPATIENT | SPOKANE | MISDEMEANOR | INCOMPLETE | 4/16/2015 | 6 | 6 | INCOMPLETE | 14 |
| ESH | 251 | JAIL | SPOKANE | FELONY | INCOMPLETE | 4/16/2015 | 0 | 11 | INCOMPLETE | 14 |
| ESH | 252 | JAIL | SPOKANE | FELONY | INCOMPLETE | 4/16/2015 | 1 | 7 | INCOMPLETE | 14 |
| ESH | 253 | JAIL | YAKIMA | FELONY | INCOMPLETE | 4/16/2015 | 0 | 7 | INCOMPLETE | 14 |
| ESH | 254 | INPATIENT | SPOKANE | FELONY | INCOMPLETE | 4/16/2015 | 0 | 0 | INCOMPLETE | 14 |
| ESH | 255 | JAIL | SPOKANE | FELONY | INCOMPLETE | 4/17/2015 | 0 | 6 | INCOMPLETE | 13 |
| ESH | 257 | JAIL | CHELAN | FELONY | INCOMPLETE | 4/20/2015 | 1 | 3 | INCOMPLETE | 10 |
| ESH | 258 | JAIL | SPOKANE | FELONY | | 4/20/2015 | 1 | 3 | 3 | |
| ESH | 259 | JAIL | YAKIMA | MISDEMEANOR | INCOMPLETE | 4/20/2015 | 1 | 0 | INCOMPLETE | 10 |
| ESH | 260 | JAIL | YAKIMA | MISDEMEANOR | INCOMPLETE | 4/21/2015 | 0 | 2 | INCOMPLETE | 9 |
| ESH | 261 | INPATIENT | GRANT | FELONY | INCOMPLETE | 4/21/2015 | 1 | 3 | INCOMPLETE | 9 |
| ESH | 262 | INPATIENT | BENTON | FELONY | INCOMPLETE | 4/22/2015 | 0 | 0 | INCOMPLETE | 8 |
| ESH | 263 | INPATIENT | KITTITAS | FELONY | INCOMPLETE | 4/23/2015 | 0 | 1 | INCOMPLETE | 7 |
| ESH | 266 | INPATIENT | YAKIMA | FELONY | INCOMPLETE | 4/23/2015 | 0 | 1 | INCOMPLETE | 7 |
| ESH | 465 | JAIL | SPOKANE | FELONY | INCOMPLETE | 4/30/2015 | 1 | 5 | INCOMPLETE | 0 |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 466 | JAIL | SPOKANE | FELONY | | 2/24/2015 | 1 | 7 | 45 | |
| ESH | 467 | JAIL | BENTON | FELONY | INCOMPLETE | 3/18/2015 | 6 | 8 | INCOMPLETE | 43 |
| ESH | 468 | JAIL | SPOKANE | FELONY | | 2/19/2015 | 1 | 5 | 46 | |
| ESH | 469 | JAIL | SPOKANE | FELONY | | 1/15/2015 | 0 | 1 | 81 | |
| ESH | 470 | JAIL | SPOKANE | MISDEMEANOR | INCOMPLETE | 3/16/2015 | 0 | 7 | INCOMPLETE | 45 |
| ESH | 471 | JAIL | SPOKANE | FELONY | INCOMPLETE | 3/18/2015 | 0 | 2 | INCOMPLETE | 43 |
| ESH | 472 | JAIL | SPOKANE | FELONY | | 2/23/2015 | 1 | 1 | 46 | |
| ESH | 473 | JAIL | SPOKANE | FELONY | | 2/13/2015 | 4 | 10 | 59 | |
| ESH | 474 | JAIL | CHELAN | FELONY | | 2/9/2015 | 2 | 3 | 64 | |
| ESH | 475 | JAIL | SPOKANE | FELONY | | 12/22/2014 | 43 | 49 | 105 | |
| ESH | 476 | JAIL | SPOKANE | FELONY | INCOMPLETE | 1/9/2015 | 60 | 61 | INCOMPLETE | 111 |
| ESH | 477 | JAIL | YAKIMA | MISDEMEANOR | INCOMPLETE | 1/13/2015 | 1 | 104 | INCOMPLETE | 107 |
| ESH | 478 | JAIL | ADAMS | FELONY | | 1/13/2015 | 1 | 2 | 83 | |
| ESH | 479 | JAIL | GRANT | MISDEMEANOR | INCOMPLETE | 1/21/2015 | 16 | 76 | INCOMPLETE | 99 |
| ESH | 480 | JAIL | FRANKLIN | FELONY | | 1/23/2015 | 3 | 6 | 77 | |
| ESH | 481 | JAIL | SPOKANE | FELONY | | 1/23/2015 | 19 | 20 | 95 | |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 482 | JAIL | BENTON | MISDEMEANOR | | 1/23/2015 | 3 | | 75 | |
| ESH | 483 | JAIL | BENTON | MISDEMEANOR | | 1/23/2015 | 3 | 4 | 75 | |
| ESH | 484 | JAIL | ADAMS | FELONY | | 1/26/2015 | 1 | 3 | 71 | |
| ESH | 485 | JAIL | OKANOGAN | MISDEMEANOR | | 1/28/2015 | 1 | 2 | 79 | |
| ESH | 486 | JAIL | OKANOGAN | MISDEMEANOR | | 2/4/2015 | 29 | 30 | 71 | |
| ESH | 487 | JAIL | SPOKANE | MISDEMEANOR | | 2/6/2015 | 0 | 4 | 66 | |
| ESH | 488 | JAIL | SPOKANE | MISDEMEANOR | | 2/6/2015 | 0 | 4 | 66 | |
| ESH | 489 | JAIL | SPOKANE | MISDEMEANOR | | 2/6/2015 | 0 | 3 | 60 | |
| ESH | 490 | JAIL | YAKIMA | FELONY | | 2/6/2015 | 3 | 6 | 75 | |
| ESH | 491 | JAIL | YAKIMA | MISDEMEANOR | | 2/6/2015 | 3 | 31 | 75 | |
| ESH | 492 | JAIL | SPOKANE | FELONY | | 2/10/2015 | 0 | 2 | 77 | |
| ESH | 493 | JAIL | YAKIMA | MISDEMEANOR | | 2/10/2015 | 0 | 14 | 63 | |
| ESH | 494 | JAIL | SPOKANE | FELONY | | 2/11/2015 | 0 | 1 | 54 | |
| ESH | 495 | JAIL | YAKIMA | FELONY | INCOMPLETE | 2/11/2015 | 0 | 1 | INCOMPLETE | 78 |
| ESH | 496 | JAIL | SPOKANE | FELONY | | 2/11/2015 | 1 | 6 | 72 | |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 497 | JAIL | SPOKANE | FELONY | | 2/12/2015 | 0 | 5 | 48 | |
| ESH | 498 | JAIL | SPOKANE | FELONY | INCOMPLETE | 2/12/2015 | 0 | 5 | INCOMPLETE | 77 |
| ESH | 499 | JAIL | SPOKANE | FELONY | | 2/12/2015 | 0 | 5 | 75 | |
| ESH | 500 | JAIL | SPOKANE | FELONY | INCOMPLETE | 2/12/2015 | 5 | 12 | INCOMPLETE | 77 |
| ESH | 501 | JAIL | SPOKANE | MISDEMEANOR | | 2/12/2015 | 0 | 5 | 63 | |
| ESH | 502 | JAIL | SPOKANE | MISDEMEANOR | | 2/12/2015 | 0 | 5 | 56 | |
| ESH | 503 | JAIL | FRANKLIN | FELONY | | 2/17/2015 | 0 | 6 | 55 | |
| ESH | 504 | JAIL | SPOKANE | MISDEMEANOR | INCOMPLETE | 2/17/2015 | 51 | 69 | INCOMPLETE | 72 |
| ESH | 505 | JAIL | SPOKANE | MISDEMEANOR | | 2/17/2015 | 0 | 7 | 63 | |
| ESH | 506 | JAIL | SPOKANE | FELONY | | 2/18/2015 | 1 | | 70 | |
| ESH | 507 | JAIL | STEVENS | MISDEMEANOR | | 2/18/2015 | 1 | 6 | 50 | |
| ESH | 508 | JAIL | SPOKANE | FELONY | INCOMPLETE | 2/19/2015 | 0 | 5 | INCOMPLETE | 70 |
| ESH | 509 | JAIL | SPOKANE | FELONY | | 2/20/2015 | 4 | 4 | 56 | |
| ESH | 510 | JAIL | WALLA WALLA | FELONY | INCOMPLETE | 2/20/2015 | 19 | 20 | INCOMPLETE | 69 |
| ESH | 511 | JAIL | OKANOGAN | FELONY | | 2/23/2015 | 1 | 1 | 52 | |
| ESH | 512 | JAIL | YAKIMA | MISDEMEANOR | INCOMPLETE | 2/25/2015 | 7 | 9 | INCOMPLETE | 64 |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 513 | JAIL | SPOKANE | FELONY | | 2/25/2015 | 1 | 6 | 51 | |
| ESH | 514 | JAIL | SPOKANE | FELONY | INCOMPLETE | 2/25/2015 | 1 | 5 | INCOMPLETE | 64 |
| ESH | 515 | JAIL | FRANKLIN | MISDEMEANOR | INCOMPLETE | 2/25/2015 | 1 | 6 | INCOMPLETE | 64 |
| ESH | 516 | JAIL | BENTON | FELONY | INCOMPLETE | 2/25/2015 | 5 | 12 | INCOMPLETE | 64 |
| ESH | 517 | JAIL | BENTON | FELONY | | 2/25/2015 | 5 | 9 | 57 | |
| ESH | 518 | JAIL | BENTON | FELONY | | 2/26/2015 | 21 | 22 | 43 | |
| ESH | 519 | JAIL | SPOKANE | FELONY | | 2/26/2015 | 0 | 5 | 57 | |
| ESH | 520 | JAIL | SPOKANE | FELONY | INCOMPLETE | 2/26/2015 | 28 | 34 | INCOMPLETE | 63 |
| ESH | 521 | JAIL | OKANOGAN | FELONY | | 2/27/2015 | 3 | 7 | 47 | |
| ESH | 522 | JAIL | CHELAN | FELONY | INCOMPLETE | 3/2/2015 | 2 | 4 | INCOMPLETE | 59 |
| ESH | 523 | JAIL | CHELAN | FELONY | INCOMPLETE | 3/2/2015 | 2 | 4 | INCOMPLETE | 59 |
| ESH | 524 | JAIL | BENTON | MISDEMEANOR | INCOMPLETE | 3/4/2015 | 0 | 5 | INCOMPLETE | 57 |
| ESH | 525 | JAIL | BENTON | FELONY | | 3/5/2015 | 1 | 15 | 47 | |
| ESH | 526 | JAIL | SPOKANE | MISDEMEANOR | INCOMPLETE | 3/10/2015 | 1 | 1 | INCOMPLETE | 51 |
| ESH | 527 | JAIL | CHELAN | FELONY | | 3/11/2015 | 1 | 2 | 50 | |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 528 | JAIL | SPOKANE | FELONY | INCOMPLETE | 3/11/2015 | 0 | 2 | INCOMPLETE | 50 |
| ESH | 529 | JAIL | FRANKLIN | MISDEMEANOR | INCOMPLETE | 3/11/2015 | 0 | 2 | INCOMPLETE | 50 |
| ESH | 530 | JAIL | SPOKANE | FELONY | INCOMPLETE | 3/12/2015 | 0 | 5 | INCOMPLETE | 49 |
| ESH | 531 | JAIL | GRANT | MISDEMEANOR | INCOMPLETE | 3/12/2015 | 0 | 7 | INCOMPLETE | 49 |
| ESH | 532 | JAIL | SPOKANE | FELONY | INCOMPLETE | 3/12/2015 | 1 | 5 | INCOMPLETE | 49 |
| ESH | 533 | JAIL | FRANKLIN | MISDEMEANOR | INCOMPLETE | 3/13/2015 | 0 | 4 | INCOMPLETE | 48 |
| ESH | 534 | JAIL | CHELAN | FELONY | INCOMPLETE | 3/16/2015 | 16 | 17 | INCOMPLETE | 45 |
| ESH | 535 | JAIL | SPOKANE | MISDEMEANOR | INCOMPLETE | 3/16/2015 | 0 | 4 | INCOMPLETE | 45 |
| ESH | 536 | JAIL | BENTON | FELONY | INCOMPLETE | 3/18/2015 | 1 | 2 | INCOMPLETE | 43 |
| ESH | 537 | JAIL | CHELAN | FELONY | INCOMPLETE | 3/18/2015 | 6 | 8 | INCOMPLETE | 43 |
| ESH | 538 | JAIL | SPOKANE | FELONY | INCOMPLETE | 3/19/2015 | 0 | 1 | INCOMPLETE | 42 |
| ESH | 539 | JAIL | FRANKLIN | FELONY | INCOMPLETE | 3/28/2015 | 34 | 38 | INCOMPLETE | 33 |
| ESH | 540 | JAIL | SPOKANE | FELONY | INCOMPLETE | 3/31/2015 | 0 | 0 | INCOMPLETE | 30 |
| ESH | 541 | JAIL | CHELAN | FELONY | INCOMPLETE | 4/6/2015 | 1 | 4 | INCOMPLETE | 24 |
| ESH | 542 | JAIL | BENTON | FELONY | INCOMPLETE | 4/22/2015 | 29 | 34 | INCOMPLETE | 8 |

| HOSPITAL | CLASS MEMBER | LOCATION | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 543 | INPATIENT | WALLA WALLA | FELONY | INCOMPLETE | 4/23/2015 | 4 | 7 | INCOMPLETE | 7 |
| ESH | 544 | JAIL | GRANT | MISDEMEANOR | INCOMPLETE | 4/27/2015 | 2 | 2 | INCOMPLETE | 3 |
| ESH | 545 | JAIL | SPOKANE | FELONY | INCOMPLETE | 4/27/2015 | 0 | 1 | INCOMPLETE | 3 |
| ESH | 546 | JAIL | SPOKANE | FELONY | INCOMPLETE | 4/27/2015 | 18 | 23 | INCOMPLETE | 3 |
| ESH | 547 | JAIL | YAKIMA | MISDEMEANOR | INCOMPLETE | 4/28/2015 | 3 | 7 | INCOMPLETE | 2 |
| ESH | 548 | JAIL | STEVENS | FELONY | INCOMPLETE | 4/28/2015 | 0 | 2 | INCOMPLETE | 2 |
| ESH | 549 | JAIL | FRANKLIN | FELONY | INCOMPLETE | 4/28/2015 | 1 | 1 | INCOMPLETE | 2 |
| ESH | 550 | JAIL | STEVENS | MISDEMEANOR | INCOMPLETE | 4/28/2015 | 1 | 7 | INCOMPLETE | 2 |
| ESH | 551 | JAIL | SPOKANE | FELONY | INCOMPLETE | 4/28/2015 | 0 | 1 | INCOMPLETE | 2 |
| ESH | 552 | JAIL | YAKIMA | MISDEMEANOR | INCOMPLETE | 4/29/2015 | 0 | 1 | INCOMPLETE | 1 |
| ESH | 553 | JAIL | BENTON | MISDEMEANOR | INCOMPLETE | 4/29/2015 | 0 | 6 | INCOMPLETE | 1 |
| ESH | 554 | JAIL | SPOKANE | FELONY | INCOMPLETE | 4/29/2015 | 1 | 6 | INCOMPLETE | 1 |
| ESH | 555 | JAIL | ASOTIN | FELONY | INCOMPLETE | 4/29/2015 | 6 | 12 | INCOMPLETE | 1 |
| ESH | 556 | JAIL | SPOKANE | MISDEMEANOR | INCOMPLETE | 4/13/2015 | 0 | 2 | INCOMPLETE | 17 |
| ESH | 557 | JAIL | SPOKANE | FELONY | INCOMPLETE | 4/14/2015 | 0 | 1 | INCOMPLETE | 16 |

**Competency Evaluation Information—Partial Month First Look for May 1- May 24, 2015**

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 13 | MASON | FELONY | FAXED | 3/24/2015 | 1 | 3 | 51 | |
| WSH | 35 | PIERCE | MISDEMEANOR | EVALUATOR CLOSED | 3/26/2015 | 1 | 1 | 47 | |
| WSH | 68 | KING | FELONY | FAXED | 3/31/2015 | 0 | 0 | 48 | |
| WSH | 89 | PIERCE | MISDEMEANOR | FAXED | 4/2/2015 | 0 | 0 | 29 | |
| WSH | 94 | CLARK | MISDEMEANOR | WITHDRAWN | 4/3/2015 | 3 | 3 | 32 | |
| WSH | 95 | KING | FELONY | FAXED | 4/3/2015 | 3 | 3 | 42 | |
| WSH | 125 | SNOHOMISH | FELONY | INCOMPLETE | 4/9/2015 | 0 | 0 | INCOMPLETE | 45 |
| WSH | 149 | THURSTON | FELONY | INCOMPLETE | 4/14/2015 | 1 | 1 | INCOMPLETE | 40 |
| WSH | 151 | COWLITZ | FELONY | WITHDRAWN | 4/14/2015 | 7 | 7 | 28 | |
| WSH | 152 | KING | FELONY | TIC | 4/14/2015 | 0 | 0 | 20 | |
| WSH | 156 | PIERCE | FELONY CLASS A | BED OFFERED | 4/15/2015 | 0 | 0 | 19 | |
| WSH | 168 | KING | MISDEMEANOR | FAXED | 4/16/2015 | 0 | 0 | 15 | |
| WSH | 169 | KING | FELONY | TIC | 4/16/2015 | 1 | 1 | 22 | |
| WSH | 176 | KING | MISDEMEANOR | FAXED | 4/17/2015 | 0 | 6 | 17 | |
| WSH | 180 | GRAYS HARBOR | FELONY | FAXED | 4/20/2015 | 0 | 0 | 17 | |
| WSH | 182 | SNOHOMISH | MISDEMEANOR | FAXED | 4/20/2015 | 1 | 1 | 14 | |
| WSH | 184 | KING | MISDEMEANOR | FAXED | 4/20/2015 | 0 | 0 | 16 | |
| WSH | 187 | PIERCE | MISDEMEANOR | FAXED | 4/21/2015 | 0 | 0 | 14 | |
| WSH | 188 | PIERCE | MISDEMEANOR | FAXED | 4/21/2015 | 0 | 0 | 13 | |
| WSH | 191 | KING | FELONY | FAXED | 4/21/2015 | 1 | 1 | 20 | |
| WSH | 195 | CLARK | FELONY | FAXED | 4/21/2015 | 2 | 2 | 17 | |
| WSH | 199 | THURSTON | FELONY | FAXED | 4/22/2015 | 2 | 2 | 9 | |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 200 | KING | FELONY | FAXED | 4/22/2015 | 0 | 0 | 21 | |
| WSH | 201 | CLARK | MISDEMEANOR | FAXED | 4/23/2015 | 1 | 1 | 13 | |
| WSH | 203 | KING | MISDEMEANOR | FAXED | 4/23/2015 | 0 | 1 | 15 | |
| WSH | 205 | KING | FELONY | FAXED | 4/23/2015 | 0 | 0 | 14 | |
| WSH | 207 | PIERCE | FELONY | FAXED | 4/23/2015 | 0 | 1 | 14 | |
| WSH | 341 | CLARK | MISDEMEANOR | INCOMPLETE | 1/25/2011 | 0 | 0 | INCOMPLETE | 1580 |
| WSH | 342 | PIERCE | FELONY | INCOMPLETE | 11/28/2011 | 0 | 1 | INCOMPLETE | 1273 |
| WSH | 343 | KING | MISDEMEANOR | INCOMPLETE | 8/17/2012 | 0 | 0 | INCOMPLETE | 1010 |
| WSH | 344 | CLARK | FELONY | INCOMPLETE | 10/4/2012 | 32 | 32 | INCOMPLETE | 962 |
| WSH | 345 | KING | FELONY | INCOMPLETE | 10/31/2012 | 0 | 0 | INCOMPLETE | 935 |
| WSH | 346 | KING | MISDEMEANOR | INCOMPLETE | 1/31/2013 | 0 | 0 | INCOMPLETE | 843 |
| WSH | 347 | WHATCOM | FELONY | INCOMPLETE | 4/24/2013 | 2 | 2 | INCOMPLETE | 760 |
| WSH | 348 | KING | MISDEMEANOR | INCOMPLETE | 6/14/2013 | 0 | 3 | INCOMPLETE | 709 |
| WSH | 349 | PIERCE | MISDEMEANOR | INCOMPLETE | 2/28/2014 | 0 | 0 | INCOMPLETE | 450 |
| WSH | 350 | KING | MISDEMEANOR | INCOMPLETE | 4/29/2014 | 0 | 0 | INCOMPLETE | 390 |
| WSH | 351 | KING | MISDEMEANOR | INCOMPLETE | 5/1/2014 | 1 | 1 | INCOMPLETE | 388 |
| WSH | 353 | THURSTON | FELONY | INCOMPLETE | 5/6/2014 | 1 | 1 | INCOMPLETE | 383 |
| WSH | 354 | PIERCE | MISDEMEANOR | INCOMPLETE | 5/22/2014 | 1 | 1 | INCOMPLETE | 367 |
| WSH | 355 | PIERCE | MISDEMEANOR | INCOMPLETE | 6/5/2014 | 0 | 0 | INCOMPLETE | 353 |
| WSH | 356 | THURSTON | MISDEMEANOR | INCOMPLETE | 6/6/2014 | 0 | 0 | INCOMPLETE | 352 |
| WSH | 357 | KING | MISDEMEANOR | INCOMPLETE | 6/11/2014 | 0 | 0 | INCOMPLETE | 347 |
| WSH | 358 | LEWIS | MISDEMEANOR | INCOMPLETE | 7/1/2014 | 10 | 10 | INCOMPLETE | 327 |
| WSH | 359 | COWLITZ | FELONY | INCOMPLETE | 7/29/2014 | 2 | 2 | INCOMPLETE | 299 |
| WSH | 360 | LEWIS | MISDEMEANOR | INCOMPLETE | 8/27/2014 | 2 | 2 | INCOMPLETE | 270 |
| WSH | 361 | KITSAP | FELONY | INCOMPLETE | 9/12/2014 | 3 | 3 | INCOMPLETE | 254 |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 362 | PIERCE | MISDEMEANOR | INCOMPLETE | 9/12/2014 | 13 | 13 | INCOMPLETE | 254 |
| WSH | 363 | CLARK | MISDEMEANOR | INCOMPLETE | 11/18/2014 | 0 | 0 | INCOMPLETE | 187 |
| WSH | 363 | KING | MISDEMEANOR | INCOMPLETE | 10/10/2014 | 0 | 3 | INCOMPLETE | 226 |
| WSH | 364 | KING | MISDEMEANOR | INCOMPLETE | 10/27/2014 | 0 | 4 | INCOMPLETE | 209 |
| WSH | 365 | PIERCE | MISDEMEANOR | INCOMPLETE | 10/29/2014 | 0 | 0 | INCOMPLETE | 207 |
| WSH | 367 | PIERCE | MISDEMEANOR | INCOMPLETE | 12/10/2014 | 0 | 0 | INCOMPLETE | 165 |
| WSH | 368 | CLARK | FELONY | INCOMPLETE | 12/23/2014 | 0 | 0 | INCOMPLETE | 152 |
| WSH | 369 | CLARK | FELONY | INCOMPLETE | 12/31/2014 | 0 | 0 | INCOMPLETE | 144 |
| WSH | 370 | CLARK | FELONY | INCOMPLETE | 1/12/2015 | 0 | 0 | INCOMPLETE | 132 |
| WSH | 371 | SNOHOMISH | MISDEMEANOR | INCOMPLETE | 1/16/2015 | 0 | 0 | INCOMPLETE | 128 |
| WSH | 378 | KING | FELONY | FAXED | 3/3/2015 | 0 | 0 | 70 | |
| WSH | 379 | CLARK | MISDEMEANOR | WITHDRAWN | 3/6/2015 | 4 | 4 | 67 | |
| WSH | 380 | CLARK | MISDEMEANOR | WITHDRAWN | 3/6/2015 | 4 | 4 | 67 | |
| WSH | 382 | GRAYS HARBOR | FELONY | INCOMPLETE | 3/9/2015 | 1 | 66 | INCOMPLETE | 76 |
| WSH | 558 | KING | FELONY | INCOMPLETE | 5/12/2015 | 1 | 1 | INCOMPLETE | 12 |
| WSH | 559 | KING | MISDEMEANOR | INCOMPLETE | 5/20/2015 | 0 | 0 | INCOMPLETE | 4 |
| WSH | 560 | PIERCE | MISDEMEANOR | INCOMPLETE | 8/7/2012 | 1 | 1 | INCOMPLETE | 1020 |
| WSH | 561 | LEWIS | FELONY CLASS A | BED OFFERED | 5/5/2015 | 2 | 2 | 17 | |
| WSH | 562 | KITSAP | MISDEMEANOR | FAXED | 4/28/2015 | 1 | 1 | 8 | |
| WSH | 563 | KING | MISDEMEANOR | FAXED | 5/13/2015 | 0 | 0 | 6 | |
| WSH | 564 | KING | MISDEMEANOR | FAXED | 5/14/2015 | 0 | 0 | 8 | |
| WSH | 565 | SNOHOMISH | MISDEMEANOR | INCOMPLETE | 10/21/2014 | 1 | 1 | INCOMPLETE | 215 |
| WSH | 566 | PIERCE | MISDEMEANOR | FAXED | 4/30/2015 | 0 | 0 | 18 | |
| WSH | 567 | CLARK | MISDEMEANOR | FAXED | 5/7/2015 | 4 | 4 | 13 | |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 568 | KING | MISDEMEANOR | WITHDRAWN | 5/7/2015 | 1 | 1 | 5 | |
| WSH | 569 | KING | MISDEMEANOR | FAXED | 4/30/2015 | 0 | 0 | 8 | |
| WSH | 570 | PIERCE | MISDEMEANOR | FAXED | 5/12/2015 | 0 | 0 | 8 | |
| WSH | 571 | KING | MISDEMEANOR | FAXED | 5/13/2015 | 1 | 1 | 9 | |
| WSH | 572 | KING | FELONY | INCOMPLETE | 5/14/2015 | 1 | 1 | INCOMPLETE | 10 |
| WSH | 573 | THURSTON | FELONY | FAXED | 5/13/2015 | 0 | 0 | 9 | |
| WSH | 574 | KING | FELONY | INCOMPLETE | 5/12/2015 | 1 | 1 | INCOMPLETE | 12 |
| WSH | 575 | KING | FELONY CLASS A | INCOMPLETE | 5/11/2015 | 2 | 2 | INCOMPLETE | 13 |
| WSH | 576 | PIERCE | MISDEMEANOR | INCOMPLETE | 5/17/2015 | 3 | 3 | INCOMPLETE | 7 |
| WSH | 577 | KING | FELONY | FAXED | 5/11/2015 | 0 | 0 | 4 | |
| WSH | 578 | PIERCE | MISDEMEANOR | FAXED | 5/7/2015 | 0 | 0 | 13 | |
| WSH | 579 | PIERCE | MISDEMEANOR | FAXED | 5/6/2015 | 0 | 0 | 8 | |
| WSH | 580 | KING | MISDEMEANOR | INCOMPLETE | 5/22/2015 | 0 | 0 | INCOMPLETE | 2 |
| WSH | 581 | PIERCE | MISDEMEANOR | FAXED | 5/14/2015 | 0 | 0 | 6 | |
| WSH | 582 | KING | FELONY CLASS C | BED OFFERED | 4/24/2015 | 3 | 3 | 18 | |
| WSH | 583 | KITSAP | FELONY | FAXED | 4/30/2015 | 0 | 4 | 7 | |
| WSH | 584 | PIERCE | MISDEMEANOR | FAXED | 4/27/2015 | 0 | 3 | 14 | |
| WSH | 585 | PIERCE | MISDEMEANOR | INCOMPLETE | 5/11/2015 | 9 | 9 | INCOMPLETE | 13 |
| WSH | 586 | KING | MISDEMEANOR | INCOMPLETE | 5/11/2015 | 1 | 1 | INCOMPLETE | 13 |
| WSH | 587 | KING | MISDEMEANOR | INCOMPLETE | 5/19/2015 | 0 | 0 | INCOMPLETE | 5 |
| WSH | 588 | THURSTON | MISDEMEANOR | FAXED | 5/11/2015 | 0 | 1 | 2 | |
| WSH | 589 | SNOHOMISH | MISDEMEANOR | FAXED | 4/24/2015 | 0 | 0 | 11 | |
| WSH | 590 | SNOHOMISH | MISDEMEANOR | FAXED | 4/28/2015 | 0 | 0 | 7 | |
| WSH | 591 | SNOHOMISH | FELONY | FAXED | 5/13/2015 | 0 | 0 | 8 | |
| WSH | 592 | PIERCE | MISDEMEANOR | INCOMPLETE | 5/21/2015 | 0 | 0 | INCOMPLETE | 3 |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 593 | SKAGIT | FELONY | WITHDRAWN | 5/7/2015 | 0 | 0 | 6 | |
| WSH | 594 | SKAGIT | FELONY CLASS B | INCOMPLETE | 5/13/2015 | 0 | 0 | INCOMPLETE | 11 |
| WSH | 595 | KING | MISDEMEANOR | FAXED | 4/29/2015 | 1 | 1 | 9 | |
| WSH | 596 | KING | FELONY | FAXED | 4/28/2015 | 1 | 1 | 10 | |
| WSH | 597 | KING | MISDEMEANOR | WITHDRAWN | 4/28/2015 | 0 | 0 | 7 | |
| WSH | 598 | KING | MISDEMEANOR | FAXED | 5/1/2015 | 0 | 0 | 11 | |
| WSH | 599 | CLALLAM | MISDEMEANOR | FAXED | 5/5/2015 | 0 | 0 | 17 | |
| WSH | 600 | CLALLAM | FELONY CLASS C | BED OFFERED | 5/5/2015 | 1 | 1 | INCOMPLETE | 19 |
| WSH | 601 | KING | FELONY | INCOMPLETE | 5/20/2015 | 0 | 0 | INCOMPLETE | 4 |
| WSH | 602 | KING | FELONY | FAXED | 4/27/2015 | 0 | 0 | 15 | |
| WSH | 603 | KING | MISDEMEANOR | WITHDRAWN | 5/16/2015 | 2 | 2 | 5 | |
| WSH | 604 | KING | MISDEMEANOR | FAXED | 5/14/2015 | 0 | 0 | 8 | |
| WSH | 605 | KING | MISDEMEANOR | INCOMPLETE | 5/18/2015 | 0 | 0 | INCOMPLETE | 6 |
| WSH | 606 | KING | FELONY | INCOMPLETE | 5/20/2015 | 0 | 0 | INCOMPLETE | 4 |
| WSH | 607 | THURSTON | FELONY | INCOMPLETE | 5/14/2015 | 5 | 5 | INCOMPLETE | 10 |
| WSH | 608 | THURSTON | FELONY | FAXED | 4/30/2015 | 1 | 1 | 15 | |
| WSH | 609 | THURSTON | FELONY | INCOMPLETE | 5/18/2015 | 1 | 1 | INCOMPLETE | 6 |
| WSH | 610 | KING | MISDEMEANOR | FAXED | 4/29/2015 | 1 | 1 | 8 | |
| WSH | 611 | SNOHOMISH | FELONY | FAXED | 5/13/2015 | 0 | 0 | 8 | |
| WSH | 612 | PIERCE | FELONY CLASS C | INCOMPLETE | 5/13/2015 | 1 | 1 | INCOMPLETE | 11 |
| WSH | 613 | SKAGIT | FELONY | INCOMPLETE | 5/7/2015 | 0 | 0 | INCOMPLETE | 17 |
| WSH | 614 | GRAYS HARBOR | MISDEMEANOR | FAXED | 5/7/2015 | 1 | 1 | 12 | |
| WSH | 615 | KITSAP | MISDEMEANOR | INCOMPLETE | 5/19/2015 | 0 | 0 | INCOMPLETE | 5 |
| WSH | 616 | KING | MISDEMEANOR | INCOMPLETE | 5/13/2015 | 1 | 1 | INCOMPLETE | 11 |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 617 | WHATCOM | FELONY CLASS C | BED OFFERED | 5/14/2015 | 1 | 1 | 7 | |
| WSH | 618 | KING | MISDEMEANOR | INCOMPLETE | 5/7/2015 | 0 | 0 | INCOMPLETE | 17 |
| WSH | 619 | KING | MISDEMEANOR | FAXED | 4/27/2015 | 0 | 0 | 10 | |
| WSH | 620 | KING | FELONY | FAXED | 5/4/2015 | 0 | 0 | 11 | |
| WSH | 621 | KING | MISDEMEANOR | FAXED | 5/7/2015 | 1 | 1 | 13 | |
| WSH | 622 | KING | MISDEMEANOR | FAXED | 5/5/2015 | 0 | 0 | 14 | |
| WSH | 623 | KITSAP | MISDEMEANOR | INCOMPLETE | 5/22/2015 | 0 | 0 | INCOMPLETE | 2 |
| WSH | 624 | THURSTON | MISDEMEANOR | FAXED | 5/8/2015 | 3 | 3 | 13 | |
| WSH | 625 | KING | MISDEMEANOR | FAXED | 5/9/2015 | 2 | 2 | 12 | |
| WSH | 626 | KING | FELONY | INCOMPLETE | 5/19/2015 | 0 | 0 | INCOMPLETE | 5 |
| WSH | 627 | KING | MISDEMEANOR | INCOMPLETE | 5/14/2015 | 0 | 0 | INCOMPLETE | 10 |
| WSH | 628 | KING | MISDEMEANOR | INCOMPLETE | 5/5/2015 | 0 | 0 | INCOMPLETE | 19 |
| WSH | 629 | KING | MISDEMEANOR | INCOMPLETE | 5/23/2015 | 3 | 3 | INCOMPLETE | 1 |
| WSH | 630 | CLARK | MISDEMEANOR | INCOMPLETE | 5/19/2015 | 3 | 3 | INCOMPLETE | 5 |
| WSH | 631 | KING | MISDEMEANOR | FAXED | 5/7/2015 | 0 | 0 | 11 | |
| WSH | 632 | CLARK | MISDEMEANOR | INCOMPLETE | 5/18/2015 | 1 | 1 | INCOMPLETE | 6 |
| WSH | 633 | SNOHOMISH | MISDEMEANOR | FAXED | 5/12/2015 | 0 | 0 | 8 | |
| WSH | 634 | SNOHOMISH | MISDEMEANOR | FAXED | 5/12/2015 | 0 | 1 | 8 | |
| WSH | 635 | SNOHOMISH | FELONY | FAXED | 5/7/2015 | 1 | 1 | 7 | |
| WSH | 636 | KING | MISDEMEANOR | FAXED | 5/12/2015 | 0 | 0 | 7 | |
| WSH | 637 | KING | MISDEMEANOR | WITHDRAWN | 5/12/2015 | 0 | 0 | 8 | |
| WSH | 638 | KING | MISDEMEANOR | FAXED | 5/5/2015 | 0 | 0 | 15 | |
| WSH | 639 | KING | MISDEMEANOR | FAXED | 5/7/2015 | 0 | 0 | 15 | |
| WSH | 640 | KING | MISDEMEANOR | INCOMPLETE | 5/13/2015 | 0 | 0 | INCOMPLETE | 11 |
| WSH | 641 | KING | MISDEMEANOR | FAXED | 4/29/2015 | 1 | 1 | 8 | |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 642 | KING | MISDEMEANOR | FAXED | 4/27/2015 | 0 | 0 | 10 | |
| WSH | 643 | PIERCE | MISDEMEANOR | FAXED | 4/29/2015 | 0 | 0 | 9 | |
| WSH | 644 | KING | MISDEMEANOR | WITHDRAWN | 4/24/2015 | 0 | 6 | 13 | |
| WSH | 645 | GRAYS HARBOR | FELONY | INCOMPLETE | 5/4/2015 | 14 | 4 | INCOMPLETE | 20 |
| WSH | 646 | KING | MISDEMEANOR | WITHDRAWN | 5/5/2015 | 0 | 1 | 7 | |
| WSH | 647 | KING | MISDEMEANOR | FAXED | 4/23/2015 | 0 | 6 | 8 | |
| WSH | 648 | CLARK | FELONY | INCOMPLETE | 5/8/2015 | 4 | 6 | INCOMPLETE | 16 |
| WSH | 649 | KITSAP | MISDEMEANOR | FAXED | 5/1/2015 | 0 | 0 | 10 | |
| WSH | 650 | KITSAP | MISDEMEANOR | INCOMPLETE | 5/18/2015 | 1 | 1 | INCOMPLETE | 6 |
| WSH | 651 | KING | MISDEMEANOR | FAXED | 4/27/2015 | 0 | 0 | 16 | |
| WSH | 652 | KING | MISDEMEANOR | FAXED | 5/11/2015 | 0 | 0 | 10 | |
| WSH | 653 | KITSAP | MISDEMEANOR | INCOMPLETE | 5/21/2015 | 5 | 0 | INCOMPLETE | 3 |
| WSH | 654 | KING | MISDEMEANOR | FAXED | 5/14/2015 | 0 | 0 | 8 | |
| WSH | 655 | KING | MISDEMEANOR | INCOMPLETE | 5/15/2015 | 0 | 0 | INCOMPLETE | 9 |
| WSH | 656 | KING | MISDEMEANOR | FAXED | 4/30/2015 | 1 | 1 | 14 | |
| WSH | 657 | KING | FELONY CLASS C | BED OFFERED | 5/13/2015 | 1 | 1 | 8 | |
| WSH | 658 | KING | MISDEMEANOR | FAXED | 4/28/2015 | 2 | 2 | 16 | |
| WSH | 659 | KING | FELONY | FAXED | 5/5/2015 | 0 | 0 | 15 | |
| WSH | 660 | THURSTON | MISDEMEANOR | FAXED | 5/4/2015 | 0 | 0 | 8 | |
| WSH | 661 | KING | MISDEMEANOR | FAXED | 5/4/2015 | 0 | 0 | 11 | |
| WSH | 662 | PIERCE | MISDEMEANOR | INCOMPLETE | 5/15/2015 | 3 | 3 | INCOMPLETE | 9 |
| WSH | 663 | CLARK | MISDEMEANOR | INCOMPLETE | 5/13/2015 | 1 | 1 | INCOMPLETE | 11 |
| WSH | 664 | KING | MISDEMEANOR | FAXED | 5/1/2015 | 0 | 0 | 14 | |
| WSH | 665 | KING | MISDEMEANOR | TIC | 4/28/2015 | 0 | 0 | 9 | |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 666 | KING | MISDEMEANOR | WITHDRAWN | 4/28/2015 | 1 | 1 | 7 | |
| WSH | 667 | CLARK | FELONY | FAXED | 4/24/2015 | 0 | 0 | 12 | |
| WSH | 668 | KING | MISDEMEANOR | FAXED | 4/27/2015 | 0 | 0 | 10 | |
| WSH | 669 | WHATCOM | FELONY | TIC | 4/23/2015 | 1 | 1 | 12 | |
| WSH | 670 | WHATCOM | MISDEMEANOR | TIC | 5/1/2015 | 4 | 4 | 4 | |
| WSH | 671 | WHATCOM | FELONY CLASS C | BED OFFERED | 4/23/2015 | 13 | 13 | 28 | |
| WSH | 672 | CLARK | MISDEMEANOR | WITHDRAWN | 4/22/2015 | 7 | 2 | 13 | |
| WSH | 673 | KING | MISDEMEANOR | FAXED | 4/29/2015 | 1 | 1 | 12 | |
| WSH | 674 | THURSTON | MISDEMEANOR | FAXED | 4/30/2015 | 0 | 0 | 13 | |
| WSH | 675 | WHATCOM | FELONY CLASS C | BED OFFERED | 4/10/2015 | 4 | 4 | 25 | |
| WSH | 676 | SNOHOMISH | MISDEMEANOR | FAXED | 4/30/2015 | 0 | 1 | 7 | |
| WSH | 677 | KING | FELONY | CRIC | 4/30/2015 | 1 | 1 | 20 | |
| WSH | 678 | KING | FELONY | INCOMPLETE | 4/29/2015 | 1 | 1 | INCOMPLETE | 25 |
| WSH | 679 | JEFFERSON | FELONY | FAXED | 4/29/2015 | 1 | 1 | 12 | |
| WSH | 680 | KING | FELONY | FAXED | 4/30/2015 | 0 | 0 | 19 | |
| WSH | 681 | KING | FELONY | FAXED | 5/5/2015 | 0 | 0 | 10 | |
| WSH | 682 | GRAYS HARBOR | FELONY | FAXED | 5/4/2015 | 1 | 1 | 9 | |
| WSH | 683 | GRAYS HARBOR | FELONY | FAXED | 5/4/2015 | 1 | 1 | 10 | |
| WSH | 684 | THURSTON | FELONY CLASS C | BED OFFERED | 4/16/2015 | 7 | 7 | 21 | |
| WSH | 685 | SNOHOMISH | MISDEMEANOR | FAXED | 5/5/2015 | 0 | 0 | 10 | |
| WSH | 686 | KING | MISDEMEANOR | FAXED | 5/6/2015 | 0 | 0 | 7 | |
| WSH | 687 | KING | MISDEMEANOR | FAXED | 5/8/2015 | 0 | 0 | 13 | |
| WSH | 688 | LEWIS | FELONY | FAXED | 5/7/2015 | 1 | 1 | 13 | |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 689 | KING | FELONY CLASS A | BED OFFERED | 4/28/2015 | 1 | 1 | 14 | |
| WSH | 690 | KING | MISDEMEANOR | FAXED | 5/7/2015 | 1 | 1 | 14 | |
| WSH | 700 | CLARK | FELONY | FAXED | 5/11/2015 | 1 | 1 | 9 | |
| WSH | 701 | KING | MISDEMEANOR | INCOMPLETE | 5/13/2015 | 0 | 0 | INCOMPLETE | 11 |
| WSH | 702 | KING | MISDEMEANOR | FAXED | 5/12/2015 | 0 | 0 | 8 | |
| WSH | 703 | PIERCE | MISDEMEANOR | INCOMPLETE | 5/14/2015 | 1 | 1 | INCOMPLETE | 10 |
| WSH | 704 | WAHKIAKUM | FELONY | WITHDRAWN | 5/14/2015 | 0 | 0 | 1 | |
| WSH | 705 | CLARK | MISDEMEANOR | INCOMPLETE | 5/14/2015 | 0 | 0 | INCOMPLETE | 10 |
| WSH | 706 | KING | MISDEMEANOR | INCOMPLETE | 5/18/2015 | 0 | 0 | INCOMPLETE | 6 |
| WSH | 707 | KING | MISDEMEANOR | WITHDRAWN | 5/18/2015 | 0 | 0 | 4 | |
| WSH | 708 | LEWIS | FELONY | INCOMPLETE | 5/14/2015 | 4 | 4 | INCOMPLETE | 10 |
| WSH | 709 | SNOHOMISH | FELONY | FAXED | 5/6/2015 | 1 | 5 | 14 | |
| WSH | 710 | KITSAP | FELONY | INCOMPLETE | 5/18/2015 | 0 | 0 | INCOMPLETE | 6 |
| WSH | 711 | CLALLAM | MISDEMEANOR | INCOMPLETE | 5/19/2015 | 0 | 0 | INCOMPLETE | 5 |
| WSH | 712 | KING | MISDEMEANOR | INCOMPLETE | 5/19/2015 | 0 | 0 | INCOMPLETE | 5 |
| WSH | 713 | KING | MISDEMEANOR | INCOMPLETE | 5/18/2015 | 1 | 1 | INCOMPLETE | 6 |
| WSH | 714 | SNOHOMISH | MISDEMEANOR | INCOMPLETE | 5/15/2015 | 0 | 0 | INCOMPLETE | 9 |
| WSH | 715 | KING | MISDEMEANOR | INCOMPLETE | 5/14/2015 | 0 | 0 | INCOMPLETE | 10 |
| WSH | 716 | KING | FELONY | INCOMPLETE | 5/20/2015 | 0 | 0 | INCOMPLETE | 4 |
| WSH | 717 | GRAYS HARBOR | FELONY | INCOMPLETE | 5/18/2015 | 0 | 2 | INCOMPLETE | 6 |
| WSH | 718 | THURSTON | FELONY | INCOMPLETE | 5/20/2015 | 0 | 0 | INCOMPLETE | 4 |
| WSH | 719 | THURSTON | MISDEMEANOR | INCOMPLETE | 5/22/2015 | 0 | 0 | INCOMPLETE | 2 |
| WSH | 720 | KING | MISDEMEANOR | INCOMPLETE | 5/21/2015 | 0 | 0 | INCOMPLETE | 3 |
| WSH | 721 | KING | MISDEMEANOR | INCOMPLETE | 5/21/2015 | 0 | 0 | INCOMPLETE | 3 |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 722 | CLARK | FELONY | FAXED | 5/12/2015 | 0 | 0 | 8 | |
| WSH | 723 | PIERCE | MISDEMEANOR | FAXED | 5/7/2015 | 0 | 0 | 11 | |
| WSH | 724 | KING | MISDEMEANOR | FAXED | 4/28/2015 | 1 | 1 | 8 | |
| WSH | 725 | KING | MISDEMEANOR | INCOMPLETE | 5/15/2015 | 0 | 0 | INCOMPLETE | 9 |
| WSH | 726 | KING | FELONY | INCOMPLETE | 5/4/2015 | 1 | 1 | INCOMPLETE | 20 |
| WSH | 727 | KING | MISDEMEANOR | FAXED | 5/4/2015 | 1 | 1 | 9 | |
| WSH | 728 | SKAGIT | FELONY | INCOMPLETE | 5/8/2015 | 0 | 0 | INCOMPLETE | 16 |
| WSH | 729 | KING | MISDEMEANOR | WITHDRAWN | 5/13/2015 | 0 | 0 | 7 | |
| WSH | 730 | KING | FELONY | INCOMPLETE | 5/13/2015 | 1 | 1 | INCOMPLETE | 11 |
| WSH | 731 | KING | MISDEMEANOR | FAXED | 5/12/2015 | 0 | 0 | 6 | |
| WSH | 732 | KING | MISDEMEANOR | INCOMPLETE | 5/23/2015 | 3 | 3 | INCOMPLETE | 1 |
| WSH | 733 | KING | FELONY | FAXED | 4/29/2015 | 1 | 1 | 12 | |
| WSH | 734 | KING | MISDEMEANOR | INCOMPLETE | 5/20/2015 | 1 | 1 | INCOMPLETE | 4 |
| WSH | 735 | KING | MISDEMEANOR | FAXED | 4/29/2015 | 1 | 1 | 7 | |
| WSH | 736 | THURSTON | MISDEMEANOR | FAXED | 5/15/2015 | 0 | 0 | 6 | |
| WSH | 737 | KING | MISDEMEANOR | FAXED | 5/4/2015 | 0 | 2 | 11 | |
| WSH | 738 | KING | MISDEMEANOR | FAXED | 4/27/2015 | 1 | 1 | 11 | |
| WSH | 739 | COWLITZ | FELONY | FAXED | 4/30/2015 | 0 | 0 | 13 | |
| WSH | 740 | KING | MISDEMEANOR | INCOMPLETE | 5/18/2015 | 1 | 1 | INCOMPLETE | 6 |
| WSH | 741 | KITSAP | FELONY | FAXED | 4/30/2015 | 1 | 1 | 14 | |
| ESH | 213 | GRANT | MISDEMEANOR | | 3/25/2015 | 1 | 7 | 58 | |
| ESH | 214 | BENTON | MISDEMEANOR | INCOMPLETE | 3/25/2015 | 0 | 1 | INCOMPLETE | 60 |
| ESH | 215 | PEND OREILLE | FELONY | | 3/26/2015 | 0 | 1 | 48 | |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| ESH | 216 | GRANT | FELONY | INCOMPLETE | 3/26/2015 | 0 | 6 | INCOMPLETE | 59 |
| ESH | 217 | SPOKANE | FELONY | | 3/26/2015 | 0 | 6 | 56 | |
| ESH | 218 | YAKIMA | FELONY | INCOMPLETE | 3/26/2015 | 6 | 27 | INCOMPLETE | 59 |
| ESH | 219 | OKANOGAN | FELONY | | 3/27/2015 | 3 | 5 | 41 | |
| ESH | 223 | FRANKLIN | MISDEMEANOR | | 3/31/2015 | 1 | 2 | 57 | |
| ESH | 224 | CHELAN | MISDEMEANOR | | 3/31/2015 | 6 | 8 | 56 | |
| ESH | 226 | SPOKANE | FELONY | INCOMPLETE | 4/2/2015 | 4 | 6 | INCOMPLETE | 52 |
| ESH | 228 | BENTON | FELONY | INCOMPLETE | 4/2/2015 | 4 | 6 | INCOMPLETE | 52 |
| ESH | 230 | SPOKANE | FELONY | INCOMPLETE | 4/3/2015 | 4 | 7 | INCOMPLETE | 51 |
| ESH | 232 | SPOKANE | FELONY | INCOMPLETE | 4/6/2015 | 8 | 9 | INCOMPLETE | 48 |
| ESH | 234 | YAKIMA | FELONY | INCOMPLETE | 4/7/2015 | 0 | 22 | INCOMPLETE | 47 |
| ESH | 235 | SPOKANE | FELONY | INCOMPLETE | 4/7/2015 | 2 | 6 | INCOMPLETE | 47 |
| ESH | 238 | FERRY | MISDEMEANOR | INCOMPLETE | 4/8/2015 | 1 | 2 | INCOMPLETE | 46 |
| ESH | 241 | YAKIMA | FELONY | INCOMPLETE | 4/9/2015 | 1 | 4 | INCOMPLETE | 45 |
| ESH | 242 | YAKIMA | FELONY | INCOMPLETE | 4/9/2015 | 1 | 4 | INCOMPLETE | 45 |
| ESH | 245 | KITTITAS | FELONY | INCOMPLETE | 4/13/2015 | 2 | 3 | INCOMPLETE | 41 |
| ESH | 246 | FRANKLIN | MISDEMEANOR | INCOMPLETE | 4/13/2015 | 0 | 2 | INCOMPLETE | 41 |
| ESH | 247 | YAKIMA | MISDEMEANOR | | 4/13/2015 | 2 | 10 | 37 | |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| ESH | 249 | FRANKLIN | FELONY | INCOMPLETE | 4/14/2015 | 1 | 2 | INCOMPLETE | 40 |
| ESH | 250 | SPOKANE | MISDEMEANOR | | 4/16/2015 | 6 | 6 | 34 | |
| ESH | 251 | SPOKANE | FELONY | INCOMPLETE | 4/16/2015 | 0 | 0 | INCOMPLETE | 38 |
| ESH | 252 | SPOKANE | FELONY | INCOMPLETE | 4/16/2015 | 1 | 7 | INCOMPLETE | 38 |
| ESH | 253 | YAKIMA | FELONY | INCOMPLETE | 4/16/2015 | 0 | 7 | INCOMPLETE | 38 |
| ESH | 254 | SPOKANE | FELONY | INCOMPLETE | 4/16/2015 | 0 | 11 | INCOMPLETE | 38 |
| ESH | 255 | SPOKANE | FELONY | INCOMPLETE | 4/17/2015 | 0 | 6 | INCOMPLETE | 37 |
| ESH | 256 | GRANT | MISDEMEANOR | INCOMPLETE | 3/12/2015 | 0 | 7 | INCOMPLETE | 73 |
| ESH | 257 | CHELAN | FELONY | INCOMPLETE | 4/20/2015 | 1 | 3 | INCOMPLETE | 34 |
| ESH | 258 | SPOKANE | MISDEMEANOR | | 5/7/2015 | 0 | 0 | 18 | |
| ESH | 260 | YAKIMA | MISDEMEANOR | INCOMPLETE | 4/21/2015 | 0 | 2 | INCOMPLETE | 33 |
| ESH | 261 | GRANT | FELONY | INCOMPLETE | 4/21/2015 | 1 | 3 | INCOMPLETE | 33 |
| ESH | 263 | KITTITAS | FELONY | | 4/23/2015 | 0 | 1 | 21 | |
| ESH | 266 | YAKIMA | FELONY | INCOMPLETE | 4/23/2015 | 0 | 1 | INCOMPLETE | 31 |
| ESH | 465 | SPOKANE | FELONY | INCOMPLETE | 4/30/2015 | 1 | 5 | INCOMPLETE | 24 |
| ESH | 470 | SPOKANE | MISDEMEANOR | | 3/16/2015 | 0 | 7 | 53 | |
| ESH | 471 | SPOKANE | FELONY | | 3/18/2015 | 0 | 2 | 51 | |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| ESH | 476 | SPOKANE | FELONY | INCOMPLETE | 1/9/2015 | 60 | 61 | INCOMPLETE | 135 |
| ESH | 477 | YAKIMA | MISDEMEANOR | | 1/13/2015 | 1 | 104 | 129 | |
| ESH | 479 | GRANT | MISDEMEANOR | INCOMPLETE | 1/21/2015 | 16 | 76 | INCOMPLETE | 123 |
| ESH | 495 | YAKIMA | FELONY | | 2/11/2015 | 0 | 1 | 106 | |
| ESH | 498 | SPOKANE | FELONY | INCOMPLETE | 2/12/2015 | 0 | 5 | INCOMPLETE | 101 |
| ESH | 500 | SPOKANE | FELONY | INCOMPLETE | 2/12/2015 | 5 | 12 | INCOMPLETE | 101 |
| ESH | 508 | SPOKANE | FELONY | INCOMPLETE | 2/19/2015 | 0 | 5 | INCOMPLETE | 94 |
| ESH | 510 | WALLA WALLA | FELONY | | 2/20/2015 | 19 | 20 | 75 | |
| ESH | 512 | YAKIMA | MISDEMEANOR | | 2/25/2015 | 7 | 9 | 77 | |
| ESH | 514 | SPOKANE | FELONY | INCOMPLETE | 2/25/2015 | 1 | 5 | INCOMPLETE | 88 |
| ESH | 515 | FRANKLIN | MISDEMEANOR | | 2/25/2015 | 1 | 6 | 65 | |
| ESH | 516 | BENTON | FELONY | INCOMPLETE | 2/25/2015 | 5 | 12 | INCOMPLETE | 88 |
| ESH | 522 | CHELAN | FELONY | INCOMPLETE | 3/2/2015 | 2 | 4 | INCOMPLETE | 83 |
| ESH | 523 | CHELAN | FELONY | | 3/2/2015 | 2 | 4 | 70 | |
| ESH | 524 | BENTON | MISDEMEANOR | | 3/4/2015 | 0 | 5 | 58 | |
| ESH | 526 | SPOKANE | MISDEMEANOR | INCOMPLETE | 3/10/2015 | 1 | 1 | INCOMPLETE | 75 |
| ESH | 528 | SPOKANE | FELONY | | 3/11/2015 | 0 | 2 | 68 | |
| ESH | 529 | FRANKLIN | MISDEMEANOR | INCOMPLETE | 3/11/2015 | 0 | 2 | INCOMPLETE | 74 |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| ESH | 530 | SPOKANE | FELONY | | 3/12/2015 | 0 | 5 | 76 | |
| ESH | 532 | SPOKANE | FELONY | | 3/12/2015 | 1 | 5 | 61 | |
| ESH | 534 | CHELAN | FELONY | INCOMPLETE | 3/16/2015 | 16 | 17 | INCOMPLETE | 69 |
| ESH | 535 | SPOKANE | MISDEMEANOR | | 3/16/2015 | 0 | 4 | 74 | |
| ESH | 536 | BENTON | FELONY | INCOMPLETE | 3/18/2015 | 1 | 2 | INCOMPLETE | 67 |
| ESH | 537 | CHELAN | FELONY | INCOMPLETE | 3/18/2015 | 6 | 8 | INCOMPLETE | 67 |
| ESH | 538 | SPOKANE | FELONY | | 3/19/2015 | 0 | 1 | 60 | |
| ESH | 539 | FRANKLIN | FELONY | INCOMPLETE | 3/28/2015 | 34 | 38 | INCOMPLETE | 57 |
| ESH | 540 | SPOKANE | FELONY | INCOMPLETE | 3/31/2015 | 0 | 0 | INCOMPLETE | 54 |
| ESH | 541 | CHELAN | FELONY | INCOMPLETE | 4/6/2015 | 1 | 4 | INCOMPLETE | 48 |
| ESH | 542 | BENTON | FELONY | INCOMPLETE | 4/22/2015 | 29 | 34 | INCOMPLETE | 32 |
| ESH | 543 | WALLA WALLA | FELONY | INCOMPLETE | 4/23/2015 | 4 | 7 | INCOMPLETE | 31 |
| ESH | 544 | GRANT | MISDEMEANOR | INCOMPLETE | 4/27/2015 | 2 | 2 | INCOMPLETE | 27 |
| ESH | 545 | SPOKANE | FELONY | INCOMPLETE | 4/27/2015 | 0 | 1 | INCOMPLETE | 27 |
| ESH | 546 | SPOKANE | FELONY | INCOMPLETE | 4/27/2015 | 18 | 23 | INCOMPLETE | 27 |
| ESH | 547 | YAKIMA | MISDEMEANOR | INCOMPLETE | 4/28/2015 | 3 | 7 | INCOMPLETE | 26 |
| ESH | 548 | STEVENS | FELONY | INCOMPLETE | 4/28/2015 | 0 | 2 | INCOMPLETE | 26 |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| ESH | 549 | FRANKLIN | FELONY | INCOMPLETE | 4/28/2015 | 1 | 1 | INCOMPLETE | 26 |
| ESH | 550 | STEVENS | MISDEMEANOR | INCOMPLETE | 4/28/2015 | 1 | 7 | INCOMPLETE | 26 |
| ESH | 551 | SPOKANE | FELONY | INCOMPLETE | 4/28/2015 | 0 | 1 | INCOMPLETE | 26 |
| ESH | 552 | YAKIMA | MISDEMEANOR | INCOMPLETE | 4/29/2015 | 0 | 1 | INCOMPLETE | 25 |
| ESH | 553 | BENTON | MISDEMEANOR | INCOMPLETE | 4/29/2015 | 0 | 6 | INCOMPLETE | 25 |
| ESH | 554 | SPOKANE | FELONY | INCOMPLETE | 4/29/2015 | 1 | 6 | INCOMPLETE | 25 |
| ESH | 555 | ASOTIN | FELONY | INCOMPLETE | 4/29/2015 | 6 | 12 | INCOMPLETE | 25 |
| ESH | 742 | SPOKANE | MISDEMEANOR | | 3/25/2015 | 1 | 7 | 55 | |
| ESH | 743 | SPOKANE | FELONY | INCOMPLETE | 5/1/2015 | 0 | 4 | INCOMPLETE | 23 |
| ESH | 744 | YAKIMA | FELONY | INCOMPLETE | 3/19/2015 | 0 | 13 | INCOMPLETE | 66 |
| ESH | 745 | SPOKANE | FELONY | INCOMPLETE | 5/6/2015 | 1 | 1 | INCOMPLETE | 18 |
| ESH | 746 | SPOKANE | MISDEMEANOR | INCOMPLETE | 4/13/2015 | 0 | 2 | INCOMPLETE | 41 |
| ESH | 747 | SPOKANE | FELONY | INCOMPLETE | 4/14/2015 | 0 | 1 | INCOMPLETE | 40 |
| ESH | 748 | YAKIMA | MISDEMEANOR | | 4/20/2015 | 1 | -5 | 30 | |
| ESH | 749 | SPOKANE | FELONY | INCOMPLETE | 5/5/2015 | 1 | 6 | INCOMPLETE | 19 |
| ESH | 750 | FRANKLIN | MISDEMEANOR | | 5/12/2015 | 0 | 2 | 9 | |
| ESH | 751 | WALLA WALLA | FELONY | INCOMPLETE | 5/21/2015 | 1 | 6 | INCOMPLETE | 3 |
| ESH | 752 | SPOKANE | FELONY | | 4/2/2015 | 0 | 1 | 55 | |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| ESH | 753 | PEND OREILLE | FELONY | INCOMPLETE | 5/7/2015 | 6 | 8 | INCOMPLETE | 17 |
| ESH | 754 | BENTON | FELONY | INCOMPLETE | 3/18/2015 | 6 | 8 | INCOMPLETE | 67 |
| ESH | 755 | BENTON | FELONY | INCOMPLETE | 4/22/2015 | 0 | 0 | INCOMPLETE | 32 |
| ESH | 756 | FRANKLIN | MISDEMEANOR | INCOMPLETE | 3/13/2015 | 0 | 4 | INCOMPLETE | 72 |
| ESH | 757 | SPOKANE | FELONY | | 3/24/2015 | 0 | 2 | 57 | |
| ESH | 758 | BENTON | FELONY | INCOMPLETE | 5/7/2015 | 5 | 7 | INCOMPLETE | 17 |
| ESH | 759 | SPOKANE | FELONY | INCOMPLETE | 5/1/2015 | 4 | 10 | INCOMPLETE | 23 |
| ESH | 760 | FRANKLIN | FELONY | INCOMPLETE | 3/24/2015 | 0 | 6 | INCOMPLETE | 61 |
| ESH | 761 | SPOKANE | FELONY | INCOMPLETE | 1/5/2015 | 1 | 2 | INCOMPLETE | 139 |
| ESH | 762 | FRANKLIN | MISDEMEANOR | INCOMPLETE | 5/18/2015 | 2 | 8 | INCOMPLETE | 6 |
| ESH | 763 | CHELAN | MISDEMEANOR | INCOMPLETE | 4/7/2015 | 2 | 6 | INCOMPLETE | 47 |
| ESH | 764 | SPOKANE | MISDEMEANOR | INCOMPLETE | 5/13/2015 | 8 | 13 | INCOMPLETE | 11 |
| ESH | 765 | SPOKANE | FELONY | INCOMPLETE | 5/19/2015 | 3 | 7 | INCOMPLETE | 5 |
| ESH | 766 | SPOKANE | FELONY | | 2/26/2015 | 28 | 34 | 91 | |
| ESH | 767 | GRANT | FELONY | INCOMPLETE | 5/13/2015 | 0 | 0 | INCOMPLETE | 11 |
| ESH | 768 | YAKIMA | FELONY | INCOMPLETE | 5/5/2015 | 1 | 6 | INCOMPLETE | 19 |
| ESH | 769 | KLICKITAT | FELONY | INCOMPLETE | 5/5/2015 | 0 | 10 | INCOMPLETE | 19 |
| ESH | 770 | KITTITAS | MISDEMEANOR | INCOMPLETE | 5/6/2015 | 2 | 5 | INCOMPLETE | 18 |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED EVALUATIONS: # DAYS FROM ORDER SIGNED TO COMPLETION | INCOMPLETE EVALUATIONS: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| ESH | 771 | SPOKANE | FELONY | INCOMPLETE | 5/7/2015 | 1 | 4 | INCOMPLETE | 17 |
| ESH | 772 | SPOKANE | FELONY | INCOMPLETE | 5/19/2015 | 2 | 7 | INCOMPLETE | 5 |
| ESH | 773 | CHELAN | FELONY | INCOMPLETE | 5/20/2015 | 2 | 6 | INCOMPLETE | 4 |
| ESH | 774 | BENTON | FELONY | INCOMPLETE | 5/14/2015 | 1 | 6 | INCOMPLETE | 10 |
| ESH | 775 | CHELAN | FELONY | INCOMPLETE | 5/20/2015 | 2 | 6 | INCOMPLETE | 4 |
| ESH | 776 | FRANKLIN | MISDEMEANOR | INCOMPLETE | 5/20/2015 | 2 | 6 | INCOMPLETE | 4 |
| ESH | 777 | SPOKANE | MISDEMEANOR |  | 2/17/2015 | 51 | 69 | 77 |  |
| ESH | 778 | BENTON | MISDEMEANOR | INCOMPLETE | 5/20/2015 | 1 | 6 | INCOMPLETE | 4 |
| ESH | 779 | BENTON | MISDEMEANOR | INCOMPLETE | 5/18/2015 | 3 | 8 | INCOMPLETE | 6 |
| ESH | 780 | SPOKANE | MISDEMEANOR | INCOMPLETE | 5/20/2015 | 1 | 7 | INCOMPLETE | 4 |
| ESH | 781 | BENTON | MISDEMEANOR | INCOMPLETE | 5/20/2015 | 1 | 6 | INCOMPLETE | 4 |
| ESH | 782 | BENTON | MISDEMEANOR | INCOMPLETE | 5/14/2015 | 1 | 5 | INCOMPLETE | 10 |
| ESH | 783 | BENTON | MISDEMEANOR | INCOMPLETE | 5/15/2015 | 0 |  | INCOMPLETE | 9 |
| ESH | 784 | WALLA WALLA | FELONY | INCOMPLETE | 5/13/2015 | 0 | 2 | INCOMPLETE | 11 |
| ESH | 785 | SPOKANE | FELONY | INCOMPLETE | 5/15/2015 | 5 | 11 | INCOMPLETE | 9 |

**Analysis of Competency Restoration Data:  April 1, 2015 to April 30, 2015**

| Hospital/Statewide Total | Median Days from Signature of Order for Restoration to: | | | Admitted within 7 Days | Incomplete Restoration--Wait Time | Number of Court Orders Signed |
|---|---|---|---|---|---|---|
| | Hospital Receipt of Court Order | Hospital Receipt of Discovery | Admission for Restoration Complete | Percent Restorations Admitted within 7 days of order signature | For incomplete Restorations, median days from order signature to end of reporting period | Inpatient competency restoration |
| Western State Hospital (WSH) | 1.0 | 1.0 | 44.0 | 24.3 | 20.0 | 124 |
| Eastern State Hospital (ESH) | 1.0 | 2.0 | 26.0 | 8.3 | 42.0 | 12 |
| Statewide Totals | 1.0 | 1.0 | 44.0 | 23.3 | 22.0 | 136 |

- WSH received 91% of the Competency Restoration orders signed in April 2015
- Competency Restorations Admissions were completed within 7 days only 23.3% of the time statewide; at a significantly lower rate at ESH (8.3%).
- The median days from signature of the Court Order to Admission for Restoration is much lower at ESH
- The median days from Court Order signing to Hospital receipt of the order and Discovery at ESH accounts for nearly half of the 7 days allowed to complete the Admission for Restoration.

**Competency Restoration Information—April 1- April 30, 2015**

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED: # DAYS FROM ORDER SIGNED TO ADMISSION | INCOMPLETE: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 267 | WHATCOM | MISDEMEANOR | BED OFFERED | 3/24/2015 | 3 | 3 | 14 | |
| WSH | 269 | KITSAP | FELONY CLASS C | BED OFFERED | 3/24/2015 | 0 | 0 | 37 | |
| WSH | 270 | KING | FELONY CLASS B | BED OFFERED | 3/25/2015 | 0 | 0 | INCOMPLETE | 36 |
| WSH | 271 | KING | MISDEMEANOR | BED OFFERED | 3/26/2015 | 1 | 1 | 8 | |
| WSH | 272 | KING | MISDEMEANOR | BED OFFERED | 3/26/2015 | 1 | 1 | 12 | |
| WSH | 273 | GRAYS HARBOR | FELONY CLASS C | CANCELLED | 3/26/2015 | 1 | 1 | 8 | |
| WSH | 274 | CLARK | FELONY CLASS C | BED OFFERED | 3/26/2015 | 1 | 1 | INCOMPLETE | 35 |
| WSH | 275 | CLALLAM | FELONY CLASS C | CANCELLED | 3/27/2015 | 0 | 0 | 31 | |
| WSH | 276 | CLARK | FELONY CLASS B | BED OFFERED | 3/27/2015 | 0 | 0 | INCOMPLETE | 34 |
| WSH | 277 | THURSTON | FELONY CLASS A | BED OFFERED | 3/30/2015 | 1 | 1 | 7 | |
| WSH | 278 | PIERCE | FELONY CLASS A | BED OFFERED | 4/1/2015 | 0 | 0 | 0 | |
| WSH | 279 | PIERCE | FELONY | BED OFFERED | 4/1/2015 | 0 | 0 | INCOMPLETE | 29 |
| WSH | 280 | CLARK | FELONY | CANCELLED | 4/1/2015 | 1 | 1 | 27 | |
| WSH | 281 | KING | FELONY CLASS C | BED OFFERED | 4/1/2015 | 0 | 0 | INCOMPLETE | 29 |
| WSH | 282 | PIERCE | MISDEMEANOR | BED OFFERED | 4/2/2015 | 1 | 1 | 6 | |
| WSH | 283 | KING | MISDEMEANOR | BED OFFERED | 4/2/2015 | 0 | 0 | 6 | |
| WSH | 284 | LEWIS | FELONY | BED OFFERED | 4/2/2015 | 4 | 4 | INCOMPLETE | 28 |
| WSH | 285 | KING | FELONY | INCOMPLETE | 4/2/2015 | 1 | 1 | INCOMPLETE | 28 |
| WSH | 286 | PIERCE | MISDEMEANOR | BED OFFERED | 4/3/2015 | 3 | 3 | 6 | |
| WSH | 287 | THURSTON | MISDEMEANOR | BED OFFERED | 4/3/2015 | 3 | 3 | 10 | |
| WSH | 288 | PIERCE | FELONY | INCOMPLETE | 4/6/2015 | 0 | 3 | INCOMPLETE | 24 |
| WSH | 289 | KING | FELONY | BED OFFERED | 4/7/2015 | 1 | 1 | 10 | |
| WSH | 290 | SNOHOMISH | MISDEMEANOR | BED OFFERED | 4/7/2015 | 0 | 0 | 3 | |
| WSH | 291 | KING | FELONY | INCOMPLETE | 4/7/2015 | 0 | 0 | INCOMPLETE | 23 |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED: # DAYS FROM ORDER SIGNED TO ADMISSION | INCOMPLETE: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 292 | PIERCE | FELONY CLASS A | BED OFFERED | 4/8/2015 | 0 | 0 | 8 | |
| WSH | 293 | KING | FELONY | BED OFFERED | 4/8/2015 | 0 | 0 | 8 | |
| WSH | 294 | KING | FELONY | BED OFFERED | 4/8/2015 | 1 | 1 | 8 | |
| WSH | 295 | KING | MISDEMEANOR | BED OFFERED | 4/8/2015 | 0 | 0 | 14 | |
| WSH | 296 | KING | FELONY CLASS C | BED OFFERED | 4/9/2015 | 0 | 0 | INCOMPLETE | 21 |
| WSH | 297 | PIERCE | MISDEMEANOR | BED OFFERED | 4/10/2015 | 3 | 3 | 6 | |
| WSH | 298 | PIERCE | FELONY | BED OFFERED | 4/10/2015 | 0 | 3 | INCOMPLETE | 20 |
| WSH | 299 | KITSAP | FELONY CLASS C | BED OFFERED | 4/10/2015 | 0 | 0 | INCOMPLETE | 20 |
| WSH | 300 | THURSTON | FELONY CLASS B | BED OFFERED | 4/13/2015 | 1 | 1 | INCOMPLETE | 17 |
| WSH | 301 | KING | MISDEMEANOR | BED OFFERED | 4/14/2015 | 0 | 0 | 8 | |
| WSH | 302 | KING | FELONY CLASS B | INCOMPLETE | 4/14/2015 | 0 | 0 | INCOMPLETE | 16 |
| WSH | 303 | KING | FELONY CLASS B | BED OFFERED | 4/14/2015 | 0 | 0 | INCOMPLETE | 16 |
| WSH | 304 | PIERCE | FELONY CLASS C | BED OFFERED | 4/15/2015 | 0 | 0 | 2 | |
| WSH | 306 | CLARK | FELONY CLASS C | BED OFFERED | 4/15/2015 | 1 | 1 | INCOMPLETE | 15 |
| WSH | 307 | CLARK | FELONY CLASS C | BED OFFERED | 4/15/2015 | 2 | 2 | INCOMPLETE | 15 |
| WSH | 308 | KING | FELONY CLASS C | BED OFFERED | 4/16/2015 | 1 | 1 | 0 | |
| WSH | 309 | KING | MISDEMEANOR | BED OFFERED | 4/16/2015 | 0 | 0 | 7 | |
| WSH | 310 | PIERCE | FELONY CLASS C | BED OFFERED | 4/17/2015 | 3 | 3 | INCOMPLETE | 13 |
| WSH | 311 | PIERCE | FELONY CLASS C | BED OFFERED | 4/20/2015 | 0 | 0 | INCOMPLETE | 10 |
| WSH | 312 | KITSAP | FELONY CLASS C | BED OFFERED | 4/21/2015 | 0 | 0 | 0 | |
| WSH | 313 | KING | FELONY CLASS C | BED OFFERED | 4/21/2015 | 1 | 1 | 7 | |
| WSH | 314 | KITSAP | FELONY CLASS C | INCOMPLETE | 4/21/2015 | 0 | 0 | INCOMPLETE | 9 |
| WSH | 315 | THURSTON | FELONY CLASS C | BED OFFERED | 4/22/2015 | 0 | 0 | 0 | |
| WSH | 316 | PIERCE | FELONY CLASS B | BED OFFERED | 4/22/2015 | 1 | 1 | 5 | |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED: # DAYS FROM ORDER SIGNED TO ADMISSION | INCOMPLETE: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 317 | KING | FELONY CLASS B | INCOMPLETE | 4/22/2015 | 0 | 0 | INCOMPLETE | 8 |
| WSH | 318 | CLARK | MISDEMEANOR | BED OFFERED | 4/22/2015 | 1 | 1 | INCOMPLETE | 8 |
| WSH | 319 | CLARK | MISDEMEANOR | BED OFFERED | 4/22/2015 | 1 | 1 | INCOMPLETE | 8 |
| WSH | 320 | PIERCE | MISDEMEANOR | BED OFFERED | 4/23/2015 | 1 | 1 | 6 | |
| WSH | 321 | COWLITZ | FELONY CLASS C | INCOMPLETE | 4/23/2015 | 0 | 0 | INCOMPLETE | 7 |
| WSH | 322 | GRAYS HARBOR | FELONY CLASS C | BED OFFERED | 4/23/2015 | 1 | 1 | INCOMPLETE | 7 |
| WSH | 786 | KITSAP | MISDEMEANOR | BED OFFERED | 4/15/2015 | 0 | 0 | 12 | |
| WSH | 787 | KING | FELONY CLASS A | INCOMPLETE | 4/21/2015 | 0 | 0 | INCOMPLETE | 9 |
| WSH | 788 | SKAGIT | FELONY CLASS B | INCOMPLETE | 4/30/2015 | 4 | 4 | INCOMPLETE | 0 |
| WSH | 789 | GRAYS HARBOR | FELONY CLASS A | BED OFFERED | 2/2/2015 | 1 | 1 | 78 | |
| WSH | 790 | KING | MISDEMEANOR | INCOMPLETE | 4/28/2014 | 1 | 1 | INCOMPLETE | 367 |
| WSH | 791 | KING | MISDEMEANOR | BED OFFERED | 4/29/2015 | 0 | 0 | INCOMPLETE | 1 |
| WSH | 792 | CLARK | FELONY CLASS C | BED OFFERED | 3/5/2015 | 1 | 1 | 50 | |
| WSH | 793 | KITSAP | MISDEMEANOR | BED OFFERED | 4/28/2015 | 0 | 0 | INCOMPLETE | 2 |
| WSH | 794 | KING | FELONY CLASS C | BED OFFERED | 3/10/2015 | 1 | 1 | 44 | |
| WSH | 795 | LEWIS | FELONY CLASS C | BED OFFERED | 3/6/2015 | 7 | 7 | 53 | |
| WSH | 796 | PIERCE | FELONY CLASS C | BED OFFERED | 2/25/2015 | 2 | 2 | 55 | |
| WSH | 797 | PIERCE | FELONY CLASS C | BED OFFERED | 4/29/2015 | 1 | 1 | INCOMPLETE | 1 |
| WSH | 798 | KITSAP | MISDEMEANOR | BED OFFERED | 3/16/2015 | 23 | 23 | 29 | |
| WSH | 799 | KING | FELONY CLASS A | BED OFFERED | 2/5/2015 | 1 | 1 | 70 | |
| WSH | 800 | SNOHOMISH | FELONY CLASS C | BED OFFERED | 3/12/2015 | 0 | 0 | 47 | |
| WSH | 801 | CLARK | FELONY CLASS B | BED OFFERED | 1/28/2015 | 1 | 1 | 77 | |
| WSH | 802 | KING | FELONY CLASS B | CANCELLED | 2/26/2015 | 1 | 1 | 60 | |
| WSH | 803 | KING | FELONY CLASS C | INCOMPLETE | 4/28/2015 | 1 | 1 | INCOMPLETE | 2 |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED: # DAYS FROM ORDER SIGNED TO ADMISSION | INCOMPLETE: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 804 | CLARK | MISDEMEANOR | INCOMPLETE | 1/6/2015 | 22 | 22 | INCOMPLETE | 114 |
| WSH | 805 | CLARK | FELONY CLASS C | BED OFFERED | 4/30/2015 | 0 | 0 | 0 | |
| WSH | 806 | CLARK | FELONY CLASS B | CANCELLED | 2/27/2015 | 3 | 3 | INCOMPLETE | 62 |
| WSH | 807 | KING | FELONY CLASS B | BED OFFERED | 3/2/2015 | 1 | 1 | 50 | |
| WSH | 808 | PIERCE | FELONY CLASS C | BED OFFERED | 3/18/2015 | 1 | 1 | 42 | |
| WSH | 809 | MASON | FELONY CLASS C | BED OFFERED | 3/9/2015 | 3 | 3 | 49 | |
| WSH | 810 | PIERCE | FELONY CLASS A | BED OFFERED | 1/26/2015 | 1 | 1 | 77 | |
| WSH | 811 | CLARK | MISDEMEANOR | INCOMPLETE | 6/20/2014 | 21 | 21 | INCOMPLETE | 314 |
| WSH | 812 | GRAYS HARBOR | FELONY CLASS A | BED OFFERED | 3/16/2015 | 0 | 0 | INCOMPLETE | 45 |
| WSH | 813 | SKAGIT | FELONY CLASS B | INCOMPLETE | 11/13/2014 | 5 | 5 | INCOMPLETE | 168 |
| WSH | 814 | THURSTON | FELONY CLASS C | INCOMPLETE | 1/26/2015 | 2 | 2 | INCOMPLETE | 94 |
| WSH | 815 | THURSTON | MISDEMEANOR | BED OFFERED | 4/27/2015 | 1 | 1 | INCOMPLETE | 3 |
| WSH | 816 | PIERCE | FELONY CLASS B | BED OFFERED | 1/21/2015 | 0 | 0 | 83 | |
| WSH | 817 | PIERCE | FELONY CLASS B | BED OFFERED | 2/11/2015 | 2 | 2 | 64 | |
| WSH | 818 | SKAGIT | FELONY CLASS B | BED OFFERED | 2/19/2015 | 0 | 0 | INCOMPLETE | 70 |
| WSH | 819 | KING | FELONY CLASS C | BED OFFERED | 2/3/2015 | 1 | 1 | 64 | |
| WSH | 820 | PACIFIC | FELONY CLASS C | BED OFFERED | 12/19/2014 | 4 | 4 | 109 | |
| WSH | 821 | JEFFERSON | FELONY CLASS C | INCOMPLETE | 1/12/2015 | 3 | 3 | INCOMPLETE | 108 |
| WSH | 822 | CLARK | FELONY CLASS A | BED OFFERED | 1/21/2015 | 1 | 1 | 84 | |
| WSH | 823 | SKAGIT | FELONY CLASS C | INCOMPLETE | 1/20/2015 | 0 | 0 | INCOMPLETE | 100 |
| WSH | 824 | PIERCE | FELONY CLASS A | BED OFFERED | 4/23/2015 | 0 | 0 | 0 | |
| WSH | 825 | KING | FELONY CLASS B | INCOMPLETE | 3/10/2015 | 1 | 1 | INCOMPLETE | 51 |
| WSH | 826 | PACIFIC | FELONY CLASS B | BED OFFERED | 1/22/2015 | 1 | 1 | 82 | |
| WSH | 827 | CLARK | FELONY CLASS B | BED OFFERED | 1/30/2015 | 3 | 3 | 63 | |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED: # DAYS FROM ORDER SIGNED TO ADMISSION | INCOMPLETE: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 828 | CLARK | FELONY CLASS B | BED OFFERED | 4/27/2015 | 1 | 1 | INCOMPLETE | 3 |
| WSH | 829 | KING | FELONY CLASS B | BED OFFERED | 2/26/2015 | 1 | 1 | 60 | |
| WSH | 830 | PIERCE | FELONY CLASS C | BED OFFERED | 2/4/2015 | 1 | 1 | 63 | |
| WSH | 831 | THURSTON | FELONY CLASS B | BED OFFERED | 4/27/2015 | 0 | 0 | 3 | |
| WSH | 832 | GRAYS HARBOR | FELONY CLASS C | BED OFFERED | 2/9/2015 | 2 | 2 | 71 | |
| WSH | 833 | PIERCE | FELONY CLASS C | BED OFFERED | 2/4/2015 | 5 | 5 | 64 | |
| WSH | 834 | WHATCOM | FELONY CLASS B | BED OFFERED | 2/19/2015 | 0 | 0 | 63 | |
| WSH | 835 | CLARK | FELONY CLASS B | BED OFFERED | 2/6/2015 | 3 | 3 | 68 | |
| WSH | 836 | PIERCE | FELONY CLASS B | BED OFFERED | 2/6/2015 | 5 | 5 | 73 | |
| WSH | 837 | WHATCOM | FELONY CLASS A | BED OFFERED | 2/20/2015 | 5 | 5 | 67 | |
| WSH | 838 | COWLITZ | FELONY CLASS C | BED OFFERED | 2/26/2015 | 4 | 4 | 43 | |
| WSH | 839 | PACIFIC | FELONY CLASS C | BED OFFERED | 3/13/2015 | 4 | 4 | 48 | |
| WSH | 840 | KING | FELONY CLASS A | BED OFFERED | 3/18/2015 | 1 | 1 | INCOMPLETE | 43 |
| WSH | 841 | PIERCE | FELONY CLASS B | BED OFFERED | 1/28/2015 | 1 | 1 | 63 | |
| WSH | 842 | PIERCE | FELONY CLASS C | BED OFFERED | 2/4/2015 | 0 | 0 | 63 | |
| WSH | 843 | KING | FELONY CLASS C | BED OFFERED | 2/5/2015 | 1 | 1 | 63 | |
| WSH | 844 | SNOHOMISH | MISDEMEANOR | BED OFFERED | 4/23/2015 | 11 | 11 | INCOMPLETE | 7 |
| WSH | 845 | PIERCE | FELONY CLASS A | BED OFFERED | 1/23/2015 | 3 | 3 | 82 | |
| WSH | 846 | PIERCE | FELONY CLASS C | BED OFFERED | 3/11/2015 | 1 | 1 | 44 | |
| WSH | 847 | CLARK | FELONY CLASS B | BED OFFERED | 3/6/2015 | 3 | 3 | INCOMPLETE | 55 |
| WSH | 848 | PIERCE | FELONY CLASS B | INCOMPLETE | 4/30/2015 | 4 | 4 | INCOMPLETE | 0 |
| WSH | 849 | GRAYS HARBOR | FELONY CLASS C | BED OFFERED | 2/23/2015 | 18 | 18 | 57 | |
| WSH | 850 | CLARK | MISDEMEANOR | BED OFFERED | 4/28/2015 | 0 | 0 | INCOMPLETE | 2 |
| WSH | 851 | PIERCE | FELONY CLASS C | BED OFFERED | 2/11/2015 | 1 | 1 | 63 | |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED: # DAYS FROM ORDER SIGNED TO ADMISSION | INCOMPLETE: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 852 | SNOHOMISH | FELONY CLASS C | BED OFFERED | 2/13/2015 | 4 | 4 | INCOMPLETE | 76 |
| WSH | 853 | SKAGIT | FELONY CLASS A | BED OFFERED | 2/19/2015 | 0 | 0 | 63 | |
| WSH | 854 | PIERCE | FELONY CLASS C | BED OFFERED | 2/4/2015 | 1 | 1 | 64 | |
| WSH | 855 | MASON | FELONY CLASS B | BED OFFERED | 2/17/2015 | 1 | 1 | 64 | |
| ESH | 323 | SPOKANE | FELONY | | 3/24/2015 | 0 | 1 | 29 | |
| ESH | 324 | YAKIMA | FELONY | | 3/25/2015 | 0 | 1 | 7 | |
| ESH | 327 | SPOKANE | FELONY | INCOMPLETE | 4/8/2015 | 1 | 1 | INCOMPLETE | 22 |
| ESH | 328 | BENTON | FELONY | INCOMPLETE | 4/8/2015 | 1 | 1 | INCOMPLETE | 22 |
| ESH | 329 | SPOKANE | FELONY | INCOMPLETE | 4/10/2015 | 0 | 3 | INCOMPLETE | 20 |
| ESH | 330 | SPOKANE | FELONY | | 4/10/2015 | 0 | | 0 | |
| ESH | 331 | YAKIMA | FELONY | INCOMPLETE | 4/14/2015 | 1 | 1 | INCOMPLETE | 16 |
| ESH | 332 | SPOKANE | FELONY | INCOMPLETE | 4/17/2015 | 0 | | INCOMPLETE | 13 |
| ESH | 333 | CHELAN | MISDEMEANOR | INCOMPLETE | 4/20/2015 | 1 | 2 | INCOMPLETE | 10 |
| ESH | 334 | SPOKANE | FELONY | INCOMPLETE | 4/20/2015 | 1 | 2 | INCOMPLETE | 10 |
| ESH | 335 | SPOKANE | FELONY | INCOMPLETE | 4/20/2015 | 1 | 2 | INCOMPLETE | 10 |
| ESH | 336 | CHELAN | FELONY | INCOMPLETE | 4/20/2015 | 0 | 1 | INCOMPLETE | 10 |
| ESH | 856 | SPOKANE | FELONY | INCOMPLETE | 4/27/2015 | 0 | 0 | INCOMPLETE | 3 |
| ESH | 857 | CHELAN | MISDEMEANOR | INCOMPLETE | 1/20/2015 | 0 | 2 | INCOMPLETE | 100 |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED: # DAYS FROM ORDER SIGNED TO ADMISSION | INCOMPLETE: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| ESH | 858 | ASOTIN | FELONY | INCOMPLETE | 3/3/2015 | 9 | 9 | INCOMPLETE | 58 |
| ESH | 859 | KITTITAS | FELONY | INCOMPLETE | 3/6/2015 | 21 | 21 | INCOMPLETE | 55 |
| ESH | 860 | FRANKLIN | FELONY | INCOMPLETE | 12/23/2014 | 59 | 0 | INCOMPLETE | 128 |
| ESH | 861 | BENTON | FELONY | INCOMPLETE | 2/5/2015 | 19 | 22 | INCOMPLETE | 84 |
| ESH | 862 | SPOKANE | FELONY | INCOMPLETE | 2/12/2015 | 7 | 15 | INCOMPLETE | 77 |
| ESH | 863 | CHELAN | FELONY | | 2/19/2015 | 0 | 8 | 49 | |
| ESH | 864 | YAKIMA | FELONY | | 3/18/2015 | 1 | 2 | 21 | |
| ESH | 865 | SPOKANE | FELONY | INCOMPLETE | 3/12/2015 | 0 | 4 | INCOMPLETE | 49 |
| ESH | 866 | BENTON | FELONY | | 1/21/2015 | 1 | 2 | 91 | |
| ESH | 867 | SPOKANE | FELONY | | 1/2/2015 | 0 | 3 | 89 | |
| ESH | 868 | CHELAN | FELONY | | 1/12/2015 | 1 | 1 | 92 | |
| ESH | 869 | SPOKANE | FELONY | | 1/2/2015 | 3 | 3 | 95 | |
| ESH | 870 | SPOKANE | FELONY | INCOMPLETE | 2/18/2015 | 1 | 9 | INCOMPLETE | 71 |
| ESH | 871 | WALLA WALLA | FELONY | INCOMPLETE | 2/25/2015 | 5 | 6 | INCOMPLETE | 64 |
| ESH | 872 | GRANT | FELONY | INCOMPLETE | 3/10/2015 | 0 | 1 | INCOMPLETE | 51 |
| ESH | 873 | GRANT | MISDEMEANOR | | 3/23/2015 | 0 | 0 | 23 | |
| ESH | 874 | GRANT | FELONY | | 4/1/2015 | 9 | | 14 | |
| ESH | 875 | ASOTIN | FELONY | | 3/27/2015 | 5 | 13 | 9 | |
| ESH | 876 | OKANOGAN | FELONY | INCOMPLETE | 3/19/2015 | 42 | 42 | INCOMPLETE | 42 |

**Competency Restoration Information—Partial Month First Look for May 1- May 24, 2015**

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED: # DAYS FROM ORDER SIGNED TO ADMISSION | INCOMPLETE: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 270 | KING | FELONY CLASS B | BED OFFERED | 3/25/2015 | 0 | 0 | 40 | |
| WSH | 274 | CLARK | FELONY CLASS C | BED OFFERED | 3/26/2015 | 1 | 1 | 48 | |
| WSH | 276 | CLARK | FELONY CLASS B | BED OFFERED | 3/27/2015 | 0 | 0 | 49 | |
| WSH | 279 | PIERCE | FELONY | BED OFFERED | 4/1/2015 | 0 | 0 | 36 | |
| WSH | 281 | KING | FELONY CLASS C | BED OFFERED | 4/1/2015 | 0 | 0 | 36 | |
| WSH | 284 | LEWIS | FELONY | BED OFFERED | 4/2/2015 | 4 | 4 | 42 | |
| WSH | 285 | KING | FELONY | INCOMPLETE | 4/2/2015 | 1 | 1 | INCOMPLETE | 52 |
| WSH | 288 | PIERCE | FELONY | INCOMPLETE | 4/6/2015 | 0 | 3 | INCOMPLETE | 48 |
| WSH | 291 | KING | FELONY | INCOMPLETE | 4/7/2015 | 0 | 0 | INCOMPLETE | 47 |
| WSH | 296 | KING | FELONY CLASS C | BED OFFERED | 4/9/2015 | 0 | 0 | 22 | |
| WSH | 298 | PIERCE | FELONY | BED OFFERED | 4/10/2015 | 0 | 3 | 41 | |
| WSH | 299 | KITSAP | FELONY CLASS C | BED OFFERED | 4/10/2015 | 0 | 0 | 38 | |
| WSH | 300 | THURSTON | FELONY CLASS B | BED OFFERED | 4/13/2015 | 1 | 1 | 32 | |
| WSH | 302 | KING | FELONY CLASS B | INCOMPLETE | 4/14/2015 | 0 | 0 | INCOMPLETE | 40 |
| WSH | 303 | KING | FELONY CLASS B | BED OFFERED | 4/14/2015 | 0 | 0 | 37 | |
| WSH | 306 | CLARK | FELONY CLASS C | BED OFFERED | 4/15/2015 | 1 | 1 | 37 | |
| WSH | 307 | CLARK | FELONY CLASS C | BED OFFERED | 4/15/2015 | 2 | 2 | 37 | |
| WSH | 311 | PIERCE | FELONY CLASS C | BED OFFERED | 4/20/2015 | 0 | 0 | 32 | |
| WSH | 314 | KITSAP | FELONY CLASS C | INCOMPLETE | 4/21/2015 | 0 | 0 | INCOMPLETE | 33 |
| WSH | 317 | KING | FELONY CLASS B | INCOMPLETE | 4/22/2015 | 0 | 0 | INCOMPLETE | 32 |
| WSH | 318 | CLARK | MISDEMEANOR | BED OFFERED | 4/22/2015 | 1 | 1 | 14 | |
| WSH | 319 | CLARK | MISDEMEANOR | BED OFFERED | 4/22/2015 | 1 | 1 | 14 | |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED: # DAYS FROM ORDER SIGNED TO ADMISSION | INCOMPLETE: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 321 | COWLITZ | FELONY CLASS C | INCOMPLETE | 4/23/2015 | 0 | 0 | INCOMPLETE | 31 |
| WSH | 322 | GRAYS HARBOR | FELONY CLASS C | BED OFFERED | 4/23/2015 | 1 | 1 | 29 | |
| WSH | 787 | KING | FELONY CLASS A | INCOMPLETE | 4/21/2015 | 0 | 0 | INCOMPLETE | 33 |
| WSH | 788 | SKAGIT | FELONY CLASS B | INCOMPLETE | 4/30/2015 | 4 | 4 | INCOMPLETE | 24 |
| WSH | 790 | KING | MISDEMEANOR | INCOMPLETE | 4/28/2014 | 1 | 1 | INCOMPLETE | 391 |
| WSH | 791 | KING | MISDEMEANOR | BED OFFERED | 4/29/2015 | 0 | 0 | 8 | |
| WSH | 793 | KITSAP | MISDEMEANOR | BED OFFERED | 4/28/2015 | 0 | 0 | 13 | |
| WSH | 797 | PIERCE | FELONY CLASS C | BED OFFERED | 4/29/2015 | 1 | 1 | 6 | |
| WSH | 803 | KING | FELONY CLASS C | INCOMPLETE | 4/28/2015 | 1 | 1 | INCOMPLETE | 26 |
| WSH | 804 | CLARK | MISDEMEANOR | INCOMPLETE | 1/6/2015 | 22 | 22 | INCOMPLETE | 138 |
| WSH | 806 | CLARK | FELONY CLASS B | CANCELLED | 2/27/2015 | 3 | 3 | 68 | |
| WSH | 811 | CLARK | MISDEMEANOR | INCOMPLETE | 6/20/2014 | 21 | 21 | INCOMPLETE | 338 |
| WSH | 812 | GRAYS HARBOR | FELONY CLASS A | BED OFFERED | 3/16/2015 | 0 | 0 | 60 | |
| WSH | 813 | SKAGIT | FELONY CLASS B | INCOMPLETE | 11/13/2014 | 5 | 5 | INCOMPLETE | 192 |
| WSH | 814 | THURSTON | FELONY CLASS C | INCOMPLETE | 1/26/2015 | 2 | 2 | INCOMPLETE | 118 |
| WSH | 815 | THURSTON | MISDEMEANOR | BED OFFERED | 4/27/2015 | 1 | 1 | 14 | |
| WSH | 818 | SKAGIT | FELONY CLASS B | BED OFFERED | 2/19/2015 | 0 | 0 | 89 | |
| WSH | 821 | JEFFERSON | FELONY CLASS C | INCOMPLETE | 1/12/2015 | 3 | 3 | INCOMPLETE | 132 |
| WSH | 823 | SKAGIT | FELONY CLASS C | INCOMPLETE | 1/20/2015 | 0 | 0 | INCOMPLETE | 124 |
| WSH | 825 | KING | FELONY CLASS B | INCOMPLETE | 3/10/2015 | 1 | 1 | INCOMPLETE | 75 |
| WSH | 828 | CLARK | FELONY CLASS B | BED OFFERED | 4/27/2015 | 1 | 1 | 4 | |
| WSH | 840 | KING | FELONY CLASS A | BED OFFERED | 3/18/2015 | 1 | 1 | 57 | |
| WSH | 844 | SNOHOMISH | MISDEMEANOR | BED OFFERED | 4/23/2015 | 11 | 11 | 18 | |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED: # DAYS FROM ORDER SIGNED TO ADMISSION | INCOMPLETE: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 847 | CLARK | FELONY CLASS B | BED OFFERED | 3/6/2015 | 3 | 3 | 68 | |
| WSH | 848 | PIERCE | FELONY CLASS B | INCOMPLETE | 4/30/2015 | 4 | 4 | INCOMPLETE | 24 |
| WSH | 850 | CLARK | MISDEMEANOR | BED OFFERED | 4/28/2015 | 0 | 0 | 15 | |
| WSH | 852 | SNOHOMISH | FELONY CLASS C | BED OFFERED | 2/13/2015 | 4 | 4 | 77 | |
| WSH | 877 | GRAYS HARBOR | FELONY CLASS C | INCOMPLETE | 5/11/2015 | 0 | 0 | INCOMPLETE | 13 |
| WSH | 878 | PIERCE | FELONY CLASS C | INCOMPLETE | 5/6/2015 | 2 | 2 | INCOMPLETE | 18 |
| WSH | 879 | KING | FELONY CLASS C | INCOMPLETE | 5/18/2015 | 1 | 1 | INCOMPLETE | 6 |
| WSH | 880 | KING | FELONY CLASS C | BED OFFERED | 5/7/2015 | 1 | 1 | 13 | |
| WSH | 881 | KITSAP | FELONY CLASS C | INCOMPLETE | 5/8/2015 | 0 | 0 | INCOMPLETE | 16 |
| WSH | 882 | THURSTON | FELONY CLASS B | INCOMPLETE | 5/6/2015 | 0 | 0 | INCOMPLETE | 18 |
| WSH | 883 | KING | FELONY CLASS A | BED OFFERED | 5/7/2015 | 1 | 1 | 12 | |
| WSH | 884 | THURSTON | MISDEMEANOR | INCOMPLETE | 5/18/2015 | 1 | 1 | INCOMPLETE | 6 |
| WSH | 885 | KING | FELONY CLASS A | INCOMPLETE | 5/20/2015 | 0 | 0 | INCOMPLETE | 4 |
| WSH | 886 | KING | FELONY CLASS B | INCOMPLETE | 5/12/2015 | 1 | 1 | INCOMPLETE | 12 |
| WSH | 887 | SNOHOMISH | FELONY CLASS C | BED OFFERED | 5/7/2015 | 0 | 0 | 0 | |
| WSH | 888 | KING | FELONY CLASS C | INCOMPLETE | 5/5/2015 | 1 | 1 | INCOMPLETE | 19 |
| WSH | 889 | KING | FELONY CLASS C | INCOMPLETE | 5/11/2015 | 2 | 2 | INCOMPLETE | 13 |
| WSH | 890 | CLARK | FELONY CLASS A | BED OFFERED | 5/1/2015 | 3 | 3 | 7 | |
| WSH | 891 | PIERCE | FELONY CLASS B | BED OFFERED | 5/22/2015 | 0 | 0 | 0 | |
| WSH | 892 | KING | FELONY CLASS C | BED OFFERED | 5/18/2015 | 0 | 0 | 0 | |
| WSH | 893 | THURSTON | FELONY CLASS B | INCOMPLETE | 5/12/2015 | 0 | 0 | INCOMPLETE | 12 |
| WSH | 894 | PIERCE | MISDEMEANOR | INCOMPLETE | 5/8/2015 | 3 | 3 | INCOMPLETE | 16 |
| WSH | 895 | KING | FELONY CLASS B | INCOMPLETE | 5/4/2015 | 0 | 0 | INCOMPLETE | 20 |
| WSH | 896 | PIERCE | FELONY CLASS A | INCOMPLETE | 5/21/2015 | 1 | 1 | INCOMPLETE | 3 |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED: # DAYS FROM ORDER SIGNED TO ADMISSION | INCOMPLETE: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 897 | LEWIS | FELONY CLASS A | BED OFFERED | 5/21/2015 | 0 | 0 | 0 | |
| WSH | 898 | PIERCE | MISDEMEANOR | INCOMPLETE | 5/12/2015 | 3 | 3 | INCOMPLETE | 12 |
| WSH | 899 | PIERCE | FELONY CLASS B | BED OFFERED | 4/30/2015 | 1 | 1 | 4 | |
| WSH | 900 | KING | FELONY CLASS B | BED OFFERED | 5/14/2015 | 1 | 1 | 6 | |
| WSH | 901 | SNOHOMISH | FELONY CLASS C | BED OFFERED | 5/5/2015 | 0 | 0 | 3 | |
| WSH | 902 | THURSTON | FELONY CLASS C | INCOMPLETE | 5/6/2015 | 0 | 0 | INCOMPLETE | 18 |
| WSH | 903 | KING | FELONY CLASS B | INCOMPLETE | 5/5/2015 | 1 | 1 | INCOMPLETE | 19 |
| WSH | 904 | SKAGIT | FELONY CLASS C | INCOMPLETE | 5/8/2015 | 0 | 0 | INCOMPLETE | 16 |
| WSH | 905 | KING | FELONY CLASS B | INCOMPLETE | 5/7/2015 | 1 | 1 | INCOMPLETE | 17 |
| WSH | 906 | KITSAP | 0 | INCOMPLETE | 5/20/2015 | 0 | 0 | INCOMPLETE | 4 |
| WSH | 907 | SNOHOMISH | MISDEMEANOR | BED OFFERED | 5/13/2015 | 2 | 2 | INCOMPLETE | 11 |
| WSH | 908 | CLARK | FELONY CLASS C | INCOMPLETE | 5/22/2015 | 0 | 0 | INCOMPLETE | 2 |
| WSH | 909 | THURSTON | FELONY CLASS C | BED OFFERED | 5/6/2015 | 0 | 0 | 0 | |
| WSH | 910 | SNOHOMISH | FELONY CLASS C | INCOMPLETE | 5/4/2015 | 0 | 0 | INCOMPLETE | 20 |
| WSH | 911 | PIERCE | FELONY CLASS A | INCOMPLETE | 5/1/2015 | 5 | 5 | INCOMPLETE | 23 |
| WSH | 912 | KING | MISDEMEANOR | BED OFFERED | 5/1/2015 | 3 | 3 | 11 | |
| WSH | 913 | PIERCE | FELONY CLASS C | INCOMPLETE | 5/5/2015 | 6 | 6 | INCOMPLETE | 19 |
| WSH | 914 | PIERCE | FELONY CLASS C | INCOMPLETE | 5/6/2015 | 1 | 1 | INCOMPLETE | 18 |
| WSH | 915 | PIERCE | FELONY CLASS A | INCOMPLETE | 5/13/2015 | 1 | 1 | INCOMPLETE | 11 |
| ESH | 327 | SPOKANE | FELONY | INCOMPLETE | 4/8/2015 | 1 | 1 | INCOMPLETE | 46 |
| ESH | 328 | BENTON | FELONY | INCOMPLETE | 4/8/2015 | 1 | 1 | INCOMPLETE | 46 |
| ESH | 329 | SPOKANE | FELONY | INCOMPLETE | 4/10/2015 | 0 | 3 | INCOMPLETE | 44 |

| HOSPITAL | CLASS MEMBER | COUNTY | OFFENSE | COMPLETION METHOD OR INCOMPLETE | ORDER SIGNED DATE | # DAYS FROM SIGNED ORDER TO ORDER RECEIVED DATE | # DAYS FROM SIGNED ORDER TO DISCOVERY DATE | COMPLETED: # DAYS FROM ORDER SIGNED TO ADMISSION | INCOMPLETE: # DAYS FROM ORDER SIGNED TO END OF REPORTING PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| ESH | 331 | YAKIMA | FELONY | INCOMPLETE | 4/14/2015 | 1 | 1 | INCOMPLETE | 40 |
| ESH | 332 | SPOKANE | FELONY | | 4/17/2015 | 0 | | 21 | |
| ESH | 333 | CHELAN | MISDEMEANOR | INCOMPLETE | 4/20/2015 | 1 | 2 | INCOMPLETE | 34 |
| ESH | 334 | SPOKANE | FELONY | INCOMPLETE | 4/20/2015 | 1 | 2 | INCOMPLETE | 34 |
| ESH | 335 | SPOKANE | FELONY | INCOMPLETE | 4/20/2015 | 1 | 2 | INCOMPLETE | 34 |
| ESH | 336 | CHELAN | FELONY | INCOMPLETE | 4/20/2015 | 0 | 1 | INCOMPLETE | 34 |
| ESH | 856 | SPOKANE | FELONY | INCOMPLETE | 4/27/2015 | 0 | 0 | INCOMPLETE | 27 |
| ESH | 858 | ASOTIN | FELONY | | 3/3/2015 | 9 | 9 | 71 | |
| ESH | 859 | KITTITAS | FELONY | | 3/6/2015 | 21 | 21 | 82 | |
| ESH | 860 | FRANKLIN | FELONY | INCOMPLETE | 12/23/2014 | 59 | 0 | INCOMPLETE | 152 |
| ESH | 861 | BENTON | FELONY | | 2/5/2015 | 19 | 22 | 89 | |
| ESH | 862 | SPOKANE | FELONY | | 2/12/2015 | 7 | 15 | 78 | |
| ESH | 865 | SPOKANE | FELONY | | 3/12/2015 | 0 | 4 | 62 | |
| ESH | 870 | SPOKANE | FELONY | | 2/18/2015 | 1 | 9 | 98 | |
| ESH | 871 | WALLA WALLA | FELONY | | 2/25/2015 | 5 | 6 | 75 | |
| ESH | 872 | GRANT | FELONY | | 3/10/2015 | 0 | 1 | 78 | |
| ESH | 876 | OKANOGAN | FELONY | | 3/19/2015 | 42 | 42 | 62 | |
| ESH | 916 | SPOKANE | FELONY | INCOMPLETE | 5/22/2015 | 4 | 5 | INCOMPLETE | 2 |
| ESH | 917 | CHELAN | MISDEMEANOR | INCOMPLETE | 1/20/2015 | 0 | 2 | INCOMPLETE | 124 |
| ESH | 918 | SPOKANE | FELONY | INCOMPLETE | 5/14/2015 | 1 | 1 | INCOMPLETE | 10 |

## Resources Required to Provide Timely Competency Services

**Current System Resources**
Psychologists performing evaluations outside the state psychiatric hospital

| | | |
|---|---|---|
| ESH | 8 | Full Time Equivalents (FTEs) |
| WSH | 19.5 | FTEs |

Current Competency Services Beds (does not include NGRI beds)

| | |
|---|---|
| ESH | 22 |
| WSH | 116 |

**Additional Resources for Implementation of Senate Bill 5889**
Senate Bill 5889 was signed into law by Governor Jay Inslee on March 12, 2015 and established maximum time limits for the completion of competency services as follows:

- *Admission to state hospital for competency services (evaluation and restoration):* A performance target of 7 days or less, and a maximum time limit of 14 days to extend an offer of admission to a state hospital for a defendant to receive inpatient services related to competency;
- *In-jail competency evaluations:* A performance target of 7 days or less, and a maximum time limit of 14 days, plus an additional seven-day extension to complete the evaluation if necessary for clinical reasons at the determination of DSHS.

The maximum time limits were to be phased in over a one-year period beginning July 1, 2015, in a manner that yields measurable incremental progress toward meeting the time limits over the course of the year. The legislature has not yet enacted a 2015-2017 biennial budget. However, the budgets separately proposed by the House of Representatives and the Senate each include additional resources in support of this Legislation.

Subsequently, fiscal and program staff from DSHS and the Office of Financial Management worked together to model additional staff and bed capacity needed to move from the 14 day standard identified in Senate Bill 5889 to the 7 day standard for competency services required to comply with the *Trueblood* order.  Legislative fiscal committee staff participated in this modeling.

This model is currently pending consideration of and funding by the Legislature.  The 2015-17 enacted budget will determine the resources available to make changes to the competency evaluation and restoration system.  Upon enactment of the budget, we will confirm and report to the monitor the number of beds and staff that are funded and the timelines associated with expenditure of the funding and associated competency evaluation and restoration services.

In the meantime, aggressive planning efforts are underway to expand facility capacity and staff resources as outlined below, which we believe will offer the best possible chance of meeting the 7 day standard by January 1, 2016 in accordance with the Court's order.

Based on this modeling, the following resource requirements have been identified as necessary to support Competency services in accordance with the *Trueblood* order:

**Additional Forensic Beds Identified in Fiscal Model Submitted to Legislature**

| | |
|---|---|
| ESH (5889) | 15 |
| WSH (5889) | 45 |
| ESH, WSH or Other Facility (*Trueblood*) | 30 |
| *Total Estimated Additional Beds* | *90* |

**Additional Staff Identified in Fiscal Model Submitted to Legislature**

| Position | 5889/ 5177 FTEs | *Trueblood* FTEs | Description |
|---|---|---|---|
| Direct care staff | TBD | TBD | Direct care staff to operate additional Forensic beds-- detailed staffing plan is in development. |
| Forensic Evaluators | 9.9 | 7.4 | Forensic Psychologists to conduct forensic evaluations |
| Forensic Supervisor | 1.4 | 1.1 | Supervisory and leadership support for Forensic Evaluators |
| Forensic Evaluator Support Staff | 1.7 | 1.2 | Perform administrative and clerical tasks |
| Legal Secretary Support | | 3.0 | Process and review all competency evaluation orders and accompanying documents to identify and remedy any defects prior to sending to Evaluators as recommended in the Forensic Evaluator Lean Value Stream Mapping |
| Deputy Assistant Secretary/ Forensic Director | 1 | | Lead Forensic Mental Health Services operations, as recommended in the forensic services consultant report |
| Data Manager | 1 | | Develop standardized data reports to inform fiscal and program operations and improve data integrity as recommended by JLARC and Groundswell |
| Data Analysts | 2 | | <ul><li>Standardize systems to track and report program outcome data for competency and NGRI services</li><li>Build and maintain a statewide model for bed utilization and staffing needs</li><li>Create and maintain a centralized system for managing wait lists and admission decisions</li><li>Recommended by JLARC and Groundswell</li></ul> |

| Position | 5889/ 5177 FTEs | *Trueblood* FTEs | Description |
|---|---|---|---|
| Technology Solutions Support | | 2 | • Build a technology solution to establish a common platform to transmit data between the State Hospitals and over 240 different jurisdictions to improve timeliness<br>• Provide hands-on training to partners across the system<br>• 1 position funded only for the 15-17 biennium |
| Competency Restoration Specialist | 1 | | • Develop alternative community-based competency restoration program options to address the growing demand for forensic service<br>• Coordinate development of criteria and a screening process to identify individuals appropriate to receive services in this setting<br>• Quality assurance oversight of services provided in alternative settings<br>• Recommended in Groundswell |
| Workforce Development | 2 | | • Standardize and improve the quality of competency evaluations, competency restoration services and NGRI treatment<br>• Develop curriculum and provide training to the forensic psychology workforce across the state<br>• Provide ongoing consultation and QA<br>• Recommended in Groundswell |
| Implementation Liaison | | 1 | • Liaison with courts, jails, community mental health programs, RSNs, state hospitals and others to coordinate efforts to comply with *Trueblood* order<br>• Create systems to ensure effective and efficient delivery of statewide forensic services<br>• Coordinate stakeholder efforts to divert individuals with mental illness from criminal justice involvement<br>• Coordinate community based treatment<br>• Recommended by JLARC and the Groundswell |
| Implementation Project Manager | | 1 | • Manage implementation to ensure requirements of the *Trueblood* decision are met in a timely manner<br>• Project position for 15-17 biennium. |

### _Trueblood_ Implementation Steps Taken and Planned as of May 2015

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Project Administration** | | | | | |
| Develop Project Plan | ➢ Identify project resources<br>➢ Draft task list & project plan<br>➢ Draft communication plan | Complete<br>Complete<br><br>Complete | • Identify and track project tasks to meet court ordered requirements<br>• Provide ongoing project tracking and progress reports | Infrastructure includes Project Manager, Tiger Teams, Project Plan and Communication Plan | |
| Execute consulting contract with Groundswell Services, Inc. | ➢ Execute Contract<br>➢ Prepared first Task Order | Complete<br>On Target | Provide consultation, training, workforce development, and implementation services to: improve the State's forensic mental health system; comply with competency service timeliness and other requirements in the _Trueblood_ decision; comply with legislative requirements and recommendations of the Joint Legislative Audit and Review Committee (JLARC) | Contract executed and first Task Order is to begin consultation and analysis work to inform development of the Long-term plan due on 7/2/15 | |
| Inventory Groundswell, JLARC, and _Trueblood_ tasks | ➢Inventory recommendations requiring DSHS compliance | On Target | Identify what has been done, what is currently reflected in pending legislation, and what items require further consideration | Reviewed JLARC and Groundswell recommendations as well as _Trueblood_ requirements | |
| **Court Appointed Monitor Coordination** | | | | | |
| Communication with Monitor | ➢Preparing dates for "All-Parties" meetings | Complete | Support efficient and coordinated communication | Potential dates sent to Dr. Mauch on 5/4/15.  Pending selection of All-Parties meeting date by Dr. Mauch | |
| Monitor support | ➢Complete required contract paperwork | In progress | Ensure efficient processing of Monitor billing and prompt remittance of Monitor payments | Contract sent to Dr. Mauch for signature on 5/5/15. Receipt of signed contract pending | |
| Monthly Reports | ➢ Debrief May report<br>➢ Submit Report<br>➢ Post-Submission Review | 5/21/15<br>6/05/15<br>6/12/15 | Submit monthly report in accordance with the Court Order | Reviewed first report and identified adjustments to be made for the next report | |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Legislative Coordination** | | | | | |
| Engage Legislators | ➢ Brief Legislators and staff<br>➢ Identify key Legislative policy and budget support necessary to comply with *Trueblood* | Complete<br>Complete | Obtain policy and budget support necessary from the Legislature to comply with the *Trueblood* requirements | • Met with legislators, staff, and stakeholders<br>• 2E2SSB 5177 passed by the Legislature on May 28, 2015 which includes necessary policy changes.<br>• Negotiations with the legislature related to funding continue, as the biennial budget has not yet been enacted | Delay in enactment of 15-17 biennial budget |
| **Labor Coordination** | | | | | |
| Engage Labor Leaders and Members | ➢ Brief Labor organizations on *Trueblood* ruling and anticipated impacts for members<br>➢ Established ongoing weekly meetings with Labor leaders<br>➢ Notice to affected state hospital employees on the potential to contract for restoration services<br>➢ Deadline for Labor to submit alternatives to contracting<br>➢ Deadline for Labor to submit notification of intent to form Employee Bargaining Unit (EBU) | Complete<br><br><br>4/23/15<br><br><br>5/13/15<br><br><br><br>7/12/15<br><br><br>8/11/15 | • Discuss policy, budget and operational changes likely required to comply with the *Trueblood* requirements<br>• Discussions will continue at all levels as decisions are made and steps taken to comply with *Trueblood* | • Weekly meetings are ongoing<br>• Notice sent to affected state hospital employees in accordance with RCW 41.06.142 regarding potential to contract for restoration services | |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Data Collection and Fiscal Modeling** | | | | | |
| Determine increased resources needed to meet *Trueblood* requirements | ➢Identify and obtain needed data<br>➢Complete analysis<br>➢Review models with Office of Financial Management (OFM) and Legislative Fiscal and Policy Staff<br>➢Evaluate funding to support implementation in 15-17 biennial budget passed by the Legislature | Ongoing<br><br>Complete<br>Complete<br><br><br><br>Special Session End Date | • Determine staff, bed, facility & other resource needs<br>• Agree upon models with Office of Financial Management (OFM) and Legislative Fiscal & Policy Staff<br>• Obtain necessary resources to support compliance with *Trueblood* | In coordination with the Office of Financial Management, DSHS developed an initial funding model based on historical trends of competency evaluations and restoration services. The model was largely finalized on May 29, 2015 and  has been shared with Legislative Staff | |
| Monthly report data collection | ➢Identify and obtain needed data | Ongoing | Obtain data to complete monthly reports<br>Develop standardized reports to inform policy development and implementation | Refined data and format for Class Member section | |
| **Competency Evaluation** | | | | | |
| Hire additional evaluators | ➢  Hiring<br>➢  Began using log to track recruitment progress<br>➢  Contacted applicants<br>➢  Conduct Interviews<br>➢  Onboarding<br>➢  Evaluators operational<br><br>Out-Station locations<br>➢  Identifying Out-station sites<br>➢  Site agreement/contract processes<br>➢  Out-station sites operational | On target<br>Complete<br><br><br>Complete<br>06/2015<br>TBD<br>7/1/15<br><br><br>In progress<br><br><br>TBD<br><br><br>7/1/15 | • Increase evaluation capacity<br>• Reduce wait time for evaluation<br>• 7/1/15 is our target date for having additional Forensic Evaluators; however it is not likely we will have hired all needed additional positions in time to be operational by this date and aggressive recruitment will continue until all needed positions are filled<br>• Assumes compensation increases for  Forensic Evaluators are funded through adoption of the 2015-2017 state employee  Collective Bargaining Agreement by the legislature | • Recruitment continues for 13 new Psychologist 4 Forensic Evaluator positions (WSH – 8 positions, ESH-5 positions)<br>• Three certified lists of qualified candidates released to ESH and WSH in May<br>• Obtained updated status on availability of office space to house Out-station Evaluators in Everett, Vancouver, East Wenatchee and Yakima<br>• Created and began using recruitment tracking tool | • Successful recruitment of new Evaluator positions is at risk if CBA is not funded |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Competency Evaluation--Continued** | | | | | |
| Continue current County-conducted evaluation system until 2018 | ➢ Define data elements needed from counties that are conducting their own evaluations | 9/1/15 | Obtain data needed from counties in order to meet court ordered reporting requirements | 2E2SSB 5177 passed by the Legislature on May 28, 2015 | |
| County/district/ municipal court practice changes | ➢ Define accountability for transfer of court orders & other documents to state hospitals<br>➢ Set timeframe for transfer/receipt of information above<br>➢ Transport to state hospitals for inpatient evaluation<br>➢ Catalog specific changes included in the Legislation and develop implementation plan | Legislation passed 5/28/15<br><br><br><br>06/2015 | • Establish consistent protocols and identify key parties responsible for transport of information and patients to support timely competency evaluation<br>• Court Clerks to provide court orders and court files<br>• Prosecutors to provide Discovery documents<br>• Jail Administrators to provide medical clearance documents | 2E2SSB 5177 passed by the Legislature on May 28, 2015 | |
| Conduct Value Stream Map (VSM) of Competency Service Process | ➢ Conduct VSM<br>➢ Action items to be incorporated into Tiger Team plans to implement recommendations<br><br>➢ Conduct a Rapid Improvement Workshop focused on inpatient evaluation and restoration services | Complete 6/15/15<br><br><br><br>05/28/2015 | Develop current state map of the current system and suggestions that can be implemented to improve delivery of competency services<br><br>Develop current state map of inpatient evaluation/restoration services and identify recommendations to improve service delivery | Recommendations focused on outpatient evaluation and restoration services.  Action items shared with Tiger Teams for implementation | Key recommendation requires a technology-related solution which is not likely to be implemented in the short-term |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Competency Restoration** | | | | | |
| Add Competency Restoration Bed Capacity<br><br>90 beds | | | • Increase competency services capacity<br>• Reduce wait time for competency services<br>• Assumes funding provided in 15-17 biennial budget for 90 beds | | Funding fewer than 90 beds in the 15-17 biennial budget |
| Western State Hospital (WSH); S4 Ward<br><br><br><br><br><br>15 beds | ➢ Design and Permitting<br>➢ Construction<br>➢ Labor Discussions<br>➢ Staff Onboarding<br>➢ Ward preparation and patient movement<br>➢ **Bed Occupancy** | Complete<br>Complete<br>Complete<br>6/01/15<br>6/08/15<br><br>**6/09/15** | Expand State Hospital bed capacity to meet Court Ordered compliance date | | • If funding not appropriated for psychiatrist compensation increase in the Collective Bargaining Agreement and Assignment Pay |
| WSH; E2 Ward<br><br><br><br><br><br><br><br><br><br>30 beds | ➢ Design and Permitting<br>➢ Patient movement from E2 to E4<br>➢ Construction<br>➢ Labor Discussions<br>➢ Develop staffing and hiring plan<br>➢ Staff Onboarding<br>➢ Ward Preparation and patient movement<br>➢ **Bed Occupancy** | Complete<br>08/2015<br><br>9/25/15<br>10/31/15<br>6/05/15<br><br>12/01/15<br>12/15/15<br><br>**12/15/15** | Expand State Hospital bed capacity to meet Court Ordered compliance date | | |
| Western State Hospital (WSH); S4 Ward Phase II Expansion to support additional capacity<br>15 beds | ➢ Labor Discussions<br>➢ Confirm design and construction needs with the Fire Marshall<br>➢ Build Fence<br>➢ Staff Onboarding<br>➢ Ward Preparation and patient movement<br>➢ **Bed Occupancy** | TBD<br>10/1/15<br><br><br><br>TBD<br>TBD<br>TBD<br><br>**7/01/16** | • Phase out Community Alternative beds as additional State Hospital beds are funded<br>• Completion dates for the facilities work (including the fence) are dependent on Labor discussions | | • Inability to identify enough appropriate patients to fill these beds to free up other Forensic beds |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| | | **Competency Restoration--Continued** | | | |
| ESH<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>15 beds<br><br><br>15 beds | ➢ Review current ward occupancy and make relocation plan<br>➢ Develop staffing and hiring plan<br>➢ Install cabling needed for office relocation<br>➢ Relocate staff offices on 2N3 to 1N3 and 3N3<br>➢ Design and Permitting<br>➢ Negotiations with L & I<br>➢ Transfer remaining patients in 3S to 2S to allow for construction<br>➢ Construction<br>  o Patient safety--anti-ligature work)<br>  o Update nurse call system/intercom<br>  o Install cameras<br>➢ CMS Survey for new 2N3 ward<br>➢ Staff Ward Preparation and moving NGRI patients from 3S to 2N3<br>➢ **Comp Restoration Bed Occupancy in Forensic Services Unit Phase I**<br>➢ **Comp Restoration Bed Occupancy Phase II** | 6/05/15<br><br><br>6/05/15<br><br>7/31/15<br><br>8/01/15<br><br>8/15/15<br>7/20/15<br>1/01/16<br><br><br>1/08/16<br><br><br><br><br><br><br><br><br><br><br>01/18/16<br><br>01/18/16<br><br><br>07/01/16 | • Phase I expands State Hospital bed capacity to meet Court Ordered compliance date; Phase II phases out Community Alternative beds as additional State Hospital beds are funded<br>• Assumes emergency declaration that the work is urgently required to preserve health & safety--which allows an abbreviated public work competitive bid process to expedite these critical facility changes.  Without emergency declaration, add 2 months<br>• Assumes initial plan to relocate patients from the south to the north end. Will need to vacate a ward to create space for beds to ensure competency restoration patients are not comingled with NGRI patients – as they require different levels of monitoring/security and have different active treatment needs. | | • If funding not appropriated for psychiatrist compensation increase in the Collective Bargaining Agreement and Assignment Pay<br>• Funding not allocated to support facilities work in the new biennial budget<br>• Identification of enough patients in wards 2S and 3S who can move to the 2N3 ward (patients who are Level 7 or 8 and working on transition to the community as well as others who may not be at that level but have exhibited continually stable behavior) |

| Task | Key Milestones | Status/ Due Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Competency Restoration--Continued** | | | | | |
| Evaluate possibilities for establishing State-run facility at Maple Lane | ➢ Determine permitting requirements and timeline<br>➢ Determine licensing requirements<br>➢ Assess The Joint Commission (TJC) and Centers for Medicare and Medicaid Services (CMS) certification requirements<br>➢ Test HVAC, lights, etc. | In progress<br><br><br>Complete<br><br><br>Complete<br><br><br><br><br><br><br><br><br>06/05/15 | Identify alternate facility capacity to support timely competency services that will meet the *Trueblood* compliance deadline of 01/02/16 | Cascade determined to be preferred building<br><br>Consulted with Department of Health (DOH) to determine licensing requirements<br><br>Initiated conversations with TJC on certification requirements | Zoning timelines may eliminate this as a viable option in time to meet 1/2/16 *Trueblood* deadline |
| Establish Community alternative sites for competency restoration (inpatient) | ➢ Statutory direction<br>➢ Meet 41.06.142 obligations<br>➢ Post RFI<br>➢ Host information day<br>➢ RFI responses due<br>➢ Vendor presentations<br>➢ Post RFP (if decision made to pursue RFP)<br>➢ Develop contract<br>➢ Execute contract<br>➢ Desired service begin date (should decision be made to contract)<br>➢ Develop protocol for recommendations to court re: appropriate restoration services placement | Complete<br>See Labor Section<br>06/02/15<br>06/26/15<br>07/17/15<br>07/31/15<br>08/15/15<br><br>TBD<br>TBD<br>11/15/15<br><br><br>TBD | • Planning for 30 beds that can be operational to comply with a 7 day standard by 01/02/16<br>• Anticipated duration yet to be determined, but services could be anticipated to last at least one year but not longer than through the 15-17 biennium and would be planned to be transitioned from contracted services to services provided by state staff in a state facility as funding is appropriated<br>• Evaluating possibilities for restoration services provided by contracted clinical staff in a state owned and supported facility or restoration services provided by contracted clinical staff in a contractor provided and supported facility | • Obtained copies of RFPs from Arapahoe and San Bernardino counties as reference material in evaluating possible approaches for contracted restoration services<br>• 2E2SSB 5177 passed by the Legislature on May 28, 2015 | If funding is not provided in the 15-17 biennial budget to support this additional 30 bed capacity |

| Task | Key Milestones | Status/ Due Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Competency Restoration--Continued** | | | | | |
| County transport to restoration services | ➢ Statutory direction<br>➢ Coordinate with counties to develop standard transport protocols | Complete<br>TBD | Increase timely transport of patients to support delivery of competency services as directed in the court order | 2E2SSB 5177 passed by the Legislature on May 28, 2015 | Obtaining necessary cooperation from city and county jails |
| **Diversion Alternatives** | | | | | |
| Obtain legislative language to support dismissal of charges & referral to treatment | ➢ Passage of legislation during special session<br>➢ Issuance of RFA for distribution of appropriated funding<br>➢ Diversion Programs operational | Complete<br><br>TBD<br><br><br>TBD | Prosecutor can dismiss criminal charges without prejudice & refer to community-based mental health services | 2E2SSB 5177 passed by the Legislature on May 28, 2015 | Additional funding required if diverted cases increases to 25-50% |
| Stakeholder process | ➢ Convene stakeholder group | TBD | Develop policy recommendations | | |
| **Staff and Patient Safety** | | | | | |
| State Hospital Psychiatric Intensive Care Unit (PICU) | ➢ Construction<br>➢ Staff Ward Preparation<br>➢ **1-3 Bed Occupancy**<br>➢ **Occupancy beyond 3 beds** | 1/07/16<br>1/25/16<br>**1/25/16**<br>**TBD** | Recommendation of Labor/Management Ad Hoc Safety Committee to enhance staff and patient safety | Supplemental budget allocated $339k for development of a PICU—construction will take place to establish an 8 bed space | • Proposed budget has funding for 23 FTE to implement a 1-3 bed PICU<br>• Bed occupancy in excess of 3 patients dependent on additional funding |
| Psychiatric Emergency Response Teams (PERT) teams (1 additional WSH and 1 at ESH) | ➢ Labor discussions<br>➢ Staff training<br>➢ Equipment purchase<br>➢ Staff onboarding<br>➢ PERT teams operational | 8/01/15<br>TBD<br>6/31/15<br>TBD<br>TBD | • Recommendation of Labor/Management Ad Hoc Safety Committee<br>• Likely need PERT team at ESH forensic wards for higher acuity patients who have been in jail for less time | | |

| Task | Key Milestones | Status/ Due Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Staff and Patient Safety--Continued** | | | | | |
| Staff safety training in de-escalation and other skills to reduce workplace violence designed and delivered by State Hospital staff experts | ➢ Approval of proposed budget<br><br>➢ Develop curriculum<br>➢ Broaden training of Best Practices for Interaction with Patients<br>➢ Develop system to monitor annual training implementation | Legislative Special Session End Date 10/01/15<br>07/01/15<br><br><br>10/01/15 | Recommendation of Labor/Management Ad Hoc Safety Committee to enhance patient and staff safety | Proposed House budget includes funding for 22.4 FTEs to include:<br>o PSA/MHT Training—16 hours<br>o LPN Training—18 hours<br>o RN Training—24 hours | Funding needed in 15-17 biennial budget |
| Conduct comprehensive assault incident reviews | ➢ Hire 2 patient-to-staff assault incident reviewers<br>➢ Establish assault review workgroup | 06/30/15<br><br>10/31/15 | Post-incident de-briefing and root cause analysis of assault incidents will identify necessary systems changes to increase staff safety | | These FTEs are not included in BHSIAs budget and would need funding in the 15-17 biennial budget. |

# Attachment C: Monthly Report to the Court Appointed Monitor - July 2015

*Cassie Cordell Trueblood, et al., v. Washington State Department of Social and Health Services, et al.*
## Case No. C14-1178 MJP
## Monthly Report to the Court Appointed Monitor

## July 2, 2015

Behavioral Health and Service Integration Administration
Division of State Hospitals
PO Box 45050
Olympia, WA  98504-5050
(360) 725-2260
Fax:  (360) 407-0304



Washington State Department of Social & Health Services

# TABLE OF CONTENTS

Background .................................................................................................................... Page 3

Class Member Status Information ................................................................................... Page 4

Competency Evaluation Class Member Information ....................................................... Page 5

Competency Restoration Class Member Information ..................................................... Page 52

Resources Required to Provide Timely Competency Services ........................................ Page 67

Key Accomplishments—June 2015 ................................................................................ Page 72

*Trueblood* Implementation Steps Taken and Planned:  June 2015 .............................. Page 74

Appendix A:  Second Engrossed Second Substitute Senate Bill 5177 Table .................. Page 87

Appendix B:  Outlier Evaluation Case Status Explanations ........................................... Page 93

Appendix C:  Outlier Restoration Treatment Case Status Explanations ........................ Page 94

**BACKGROUND**

On October 31, 2014, the Court certified the Plaintiff Class as:

*"All persons who are now, or will be in the future, charged with a crime in the State of Washington and:*

> *(a) who are ordered by a court to receive competency evaluation or restoration services through the Washington State Department of Social and Health Services ("DSHS");*
> *(b) who are waiting in jail for those services; and*
> *(c) for whom DSHS receives the court order."*

On April 2, 2015, the Court ordered the Department of Social and Health Services (DSHS) to file monthly reports with the *Trueblood* Court Monitor on efforts to comply with Court orders to provide timely competency evaluation and restoration services to Class Members:

*"Defendants shall file a report with the Monitor on the fifth day of every month, which shall include:*
*(1) the number of days between when a court ordered provision of competency services and when provision was completed, for each person ordered to receive competency services during the previous month;*
*(2) data regarding the number of evaluators, bed capacity, physicians, and other resources needed to provide timely competency services;*
*(3) the steps taken in the previous month to implement this order;*
*(4) when and what results are intended to be realized by each of these steps;*
*(5) the results realized in the previous month;*
*(6) the steps planned to be taken in the following month;*
*(7) certification by Defendants that they are fully compliant with all deadlines that became due in the previous month;*
*(8) Defendants' estimate for when the wait times will reach seven days or less, and all data relied on in making that estimate; and*
*(9) any other information the Monitor informs Defendants is necessary for the Monitor to fully review Defendants' actions and advise the Court."*

The following report is submitted this 2nd day of July, 2015.  Through submission of this report to *Trueblood* Court Appointed Monitor, Dr. Danna Mauch, the Department of Social and Health Services certifies compliance with all deadlines due for the month of June 2015 in accordance with this court order.

## Class Member Status Information

The *Trueblood* Court Order requires monthly reports to provide class member data for the previous month; however, given the seven-day standard, it is not possible to report on the full class cohort by the 5th of the month.  This report provides class member data for Competency Services displayed in two periods—May 1, 2015-May 31, 2015 and June 1, 2015-June 23, 2015.  The May data is considered "complete" and the June data is a partial data set.  Given its incomplete nature, June data is not useful for comparison or analysis; however it will be refreshed and fully reported in the August 5, 2015 report.  April 2015 is the baseline month for data analysis; however, the data in this report reflects updated information regarding the number of Court Orders signed in April.  The previous month's data pull was incorrect.  Work completed this month to standardize definitions and protocols for the data pull to populate the monthly reports identified and corrected the error.  Status information for cases waiting for an evaluation greater than 100 days is included in Appendix B of this report.

## Analysis of Competency Evaluation Data:  April 1, 2015 to April 30, 2015 and May 1, 2015 to May 31, 2015

| Location | Date | Median Days from Signature of Order to: | | | Complete in 7 Days | Incomplete Evaluation-- Wait Time | Number of Court Orders Signed | |
|---|---|---|---|---|---|---|---|---|
| | | Hospital Receipt of Order | Hospital Receipt of Discovery | Completed Evaluation | Percent evaluations completed within 7 days of order signature | Median days from order signature to end of reporting period | Inpatient competency evaluation | Jail-based competency evaluation |
| Western State Hospital (WSH) | 4/1/2015-4/30/2015 | 0.0 | 1.0 | 14.0 | 14.4 | 10.0 | 10 | 176 |
| | 5/1/2015-5/31/2015 | 0.0 | 0.0 | 12.0 | 15.6 | 28.0 | 11 | 180 |
| Eastern State Hospital (ESH) | 4/1/2015-4/30/2015 | 1.0 | 5.0 | 63.0 | 2.2 | 30.0 | 8 | 39 |
| | 5/1/2015-5/31/2015 | 1.0 | 6.0 | 60.0 | 1.5 | 45.0 | 4 | 37 |
| Statewide Totals | 4/1/2015-4/30/2015 | 1.0 | 1.0 | 15.0 | 7.1 | 21.0 | 18 | 215 |
| | 5/1/2015-5/31/2015 | 0.0 | 1.0 | 14.0 | 12.2 | 31.0 | 9 | 217 |

- The number of orders remained fairly consistent between April and May 2015
- Competency Evaluations completed within seven days increased from 7.1% in April 2015 to 12.2% in May 2015
- Between April and May 2015, the median days between order signature and the end of the reporting period (the wait time) increased by ten days; while the median number of days from order signature to evaluation completion decreased one day.

**Competency Evaluation Class Member Information—May 1- May 31, 2015**

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 13 | JAIL | MASON | FELONY | FAXED | 3/24/2015 | 1 | 3 | 51 | |
| WSH | 35 | JAIL | PIERCE | MISDEMEANOR | EVALUATOR CLOSED | 3/26/2015 | 1 | 1 | 47 | |
| WSH | 68 | JAIL | KING | FELONY | FAXED | 3/31/2015 | 0 | 0 | 48 | |
| WSH | 89 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/2/2015 | 0 | 0 | 29 | |
| WSH | 94 | JAIL | CLARK | MISDEMEANOR | WITHDRAWN | 4/3/2015 | 3 | 3 | 32 | |
| WSH | 95 | JAIL | KING | FELONY | FAXED | 4/3/2015 | 3 | 3 | 42 | |
| WSH | 125 | JAIL | SNOHOMISH | FELONY | INCOMPLETE | 4/9/2015 | 0 | 0 | | 71 |
| WSH | 149 | JAIL | THURSTON | FELONY | INCOMPLETE | 4/14/2015 | 1 | 1 | | 66 |
| WSH | 149 | JAIL | THURSTON | FELONY | FAXED | 4/14/2015 | 1 | 1 | 57 | |
| WSH | 151 | JAIL | COWLITZ | FELONY | WITHDRAWN | 4/14/2015 | 7 | 7 | 28 | |
| WSH | 152 | JAIL | KING | FELONY | TIC | 4/14/2015 | 0 | 0 | 20 | |
| WSH | 156 | INPATIENT | PIERCE | FELONY CLASS A | BED OFFERED | 4/15/2015 | 0 | 0 | 19 | |
| WSH | 168 | JAIL | KING | MISDEMEANOR | FAXED | 4/16/2015 | 0 | 0 | 15 | |
| WSH | 169 | JAIL | KING | FELONY | TIC | 4/16/2015 | 1 | 1 | 22 | |
| WSH | 176 | JAIL | KING | MISDEMEANOR | FAXED | 4/17/2015 | 0 | 6 | 17 | |
| WSH | 180 | JAIL | GRAYS HARBOR | FELONY | FAXED | 4/20/2015 | 0 | 0 | 17 | |
| WSH | 182 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 4/20/2015 | 1 | 1 | 14 | |
| WSH | 184 | JAIL | KING | MISDEMEANOR | FAXED | 4/20/2015 | 0 | 0 | 16 | |
| WSH | 187 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/21/2015 | 0 | 0 | 14 | |
| WSH | 188 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/21/2015 | 0 | 0 | 13 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 191 | JAIL | KING | FELONY | FAXED | 4/21/2015 | 1 | 1 | 20 | |
| WSH | 195 | JAIL | CLARK | FELONY | FAXED | 4/21/2015 | 2 | 2 | 17 | |
| WSH | 199 | JAIL | THURSTON | FELONY | FAXED | 4/22/2015 | 2 | 2 | 9 | |
| WSH | 200 | JAIL | KING | FELONY | FAXED | 4/22/2015 | 0 | 0 | 21 | |
| WSH | 201 | JAIL | CLARK | MISDEMEANOR | FAXED | 4/23/2015 | 1 | 1 | 13 | |
| WSH | 203 | JAIL | KING | MISDEMEANOR | FAXED | 4/23/2015 | 0 | 1 | 15 | |
| WSH | 205 | JAIL | KING | FELONY | FAXED | 4/23/2015 | 0 | 0 | 14 | |
| WSH | 207 | JAIL | PIERCE | FELONY | FAXED | 4/23/2015 | 0 | 1 | 14 | |
| WSH | 341 | JAIL | CLARK | MISDEMEANOR | INCOMPLETE | 1/25/2011 | 0 | 0 | | 1606 |
| WSH | 342 | JAIL | PIERCE | FELONY | FAXED | 11/28/2011 | 0 | 1 | 58 | |
| WSH | 343 | JAIL | KING | MISDEMEANOR | FAXED | 8/17/2012 | 0 | 0 | 13 | |
| WSH | 344 | JAIL | CLARK | FELONY | FAXED | 10/4/2012 | 32 | 32 | 25 | |
| WSH | 345 | JAIL | KING | FELONY | FAXED | 10/31/2012 | 0 | 0 | 1 | |
| WSH | 346 | JAIL | KING | MISDEMEANOR | FAXED | 1/31/2013 | 0 | 0 | 14 | |
| WSH | 347 | JAIL | WHATCOM | FELONY | WITHDRAWN | 4/24/2013 | 2 | 2 | 22 | |
| WSH | 348 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/14/2013 | 0 | 3 | | 735 |
| WSH | 349 | JAIL | PIERCE | MISDEMEANOR | FAXED | 2/28/2014 | 0 | 0 | 12 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 350 | JAIL | KING | MISDEMEANOR | FAXED | 4/29/2014 | 0 | 0 | 50 | |
| WSH | 351 | JAIL | KING | MISDEMEANOR | FAXED | 5/1/2014 | 1 | 1 | 8 | |
| WSH | 353 | JAIL | THURSTON | FELONY | FAXED | 5/6/2014 | 1 | 1 | 15 | |
| WSH | 354 | JAIL | PIERCE | MISDEMEANOR | FAXED | 5/22/2014 | 1 | 1 | 28 | |
| WSH | 355 | JAIL | PIERCE | MISDEMEANOR | FAXED | 6/5/2014 | 0 | 0 | 25 | |
| WSH | 356 | JAIL | THURSTON | MISDEMEANOR | FAXED | 6/6/2014 | 0 | 0 | 13 | |
| WSH | 357 | JAIL | KING | MISDEMEANOR | FAXED | 6/11/2014 | 0 | 0 | 13 | |
| WSH | 358 | JAIL | LEWIS | MISDEMEANOR | FAXED | 7/1/2014 | 10 | 10 | 27 | |
| WSH | 359 | JAIL | COWLITZ | FELONY | FAXED | 7/29/2014 | 2 | 2 | 36 | |
| WSH | 360 | JAIL | LEWIS | MISDEMEANOR | INCOMPLETE | 8/27/2014 | 2 | 2 | | 296 |
| WSH | 361 | JAIL | KITSAP | FELONY | WITHDRAWN | 9/12/2014 | 3 | 3 | 49 | |
| WSH | 362 | JAIL | PIERCE | MISDEMEANOR | FAXED | 9/12/2014 | 13 | 13 | 21 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 363 | JAIL | CLARK | MISDEMEANOR | FAXED | 11/18/2014 | 0 | 0 | 17 | |
| WSH | 363 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 10/10/2014 | 0 | 3 | 10 | |
| WSH | 364 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 10/27/2014 | 0 | 4 | 8 | |
| WSH | 365 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 10/29/2014 | 0 | 0 | | 233 |
| WSH | 367 | JAIL | PIERCE | MISDEMEANOR | FAXED | 12/10/2014 | 0 | 0 | 7 | |
| WSH | 368 | JAIL | CLARK | FELONY | FAXED | 12/23/2014 | 0 | 0 | 28 | |
| WSH | 369 | JAIL | CLARK | FELONY | FAXED | 12/31/2014 | 0 | 0 | 28 | |
| WSH | 370 | JAIL | CLARK | FELONY | FAXED | 1/12/2015 | 0 | 0 | 2 | |
| WSH | 371 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 1/16/2015 | 0 | 0 | 6 | |
| WSH | 378 | JAIL | KING | FELONY | FAXED | 3/3/2015 | 0 | 0 | 70 | |
| WSH | 379 | JAIL | CLARK | MISDEMEANOR | WITHDRAWN | 3/6/2015 | 4 | 4 | 67 | |
| WSH | 379 | JAIL | CLARK | MISDEMEANOR | WITHDRAWN | 3/6/2015 | 4 | 4 | 67 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 382 | JAIL | GRAYS HARBOR | FELONY | INCOMPLETE | 3/9/2015 | 1 | 66 | | 102 |
| WSH | 558 | JAIL | KING | FELONY | INCOMPLETE | 5/12/2015 | 1 | 1 | | 38 |
| WSH | 559 | JAIL | KING | MISDEMEANOR | FAXED | 5/20/2015 | 0 | 0 | 9 | |
| WSH | 560 | JAIL | PIERCE | MISDEMEANOR | WITHDRAWN | 8/7/2012 | 1 | 1 | 31 | |
| WSH | 561 | INPATIENT | LEWIS | FELONY CLASS A | BED OFFERED | 5/5/2015 | 2 | 2 | 17 | |
| WSH | 562 | JAIL | KITSAP | MISDEMEANOR | FAXED | 4/28/2015 | 1 | 1 | 8 | |
| WSH | 563 | JAIL | KING | MISDEMEANOR | FAXED | 5/13/2015 | 0 | 0 | 6 | |
| WSH | 564 | JAIL | KING | MISDEMEANOR | FAXED | 5/14/2015 | 0 | 0 | 8 | |
| WSH | 565 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 10/21/2014 | 1 | 1 | 10 | |
| WSH | 566 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/30/2015 | 0 | 0 | 18 | |
| WSH | 567 | JAIL | CLARK | MISDEMEANOR | FAXED | 5/7/2015 | 4 | 4 | 13 | |
| WSH | 568 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 5/7/2015 | 1 | 1 | 5 | |
| WSH | 569 | JAIL | KING | MISDEMEANOR | FAXED | 4/30/2015 | 0 | 0 | 8 | |
| WSH | 570 | JAIL | PIERCE | MISDEMEANOR | FAXED | 5/12/2015 | 0 | 0 | 8 | |
| WSH | 571 | JAIL | KING | MISDEMEANOR | FAXED | 5/13/2015 | 1 | 1 | 9 | |
| WSH | 572 | JAIL | KING | FELONY | INCOMPLETE | 5/14/2015 | 1 | 1 | | 36 |
| WSH | 573 | JAIL | THURSTON | FELONY | FAXED | 5/13/2015 | 0 | 0 | 9 | |
| WSH | 574 | JAIL | KING | FELONY | INCOMPLETE | 5/12/2015 | 1 | 1 | | 38 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 575 | INPATIENT | KING | FELONY CLASS A | ERROR - ADMITTED | 5/11/2015 | 2 | 2 | 21 | |
| WSH | 576 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 5/17/2015 | 3 | 3 | | 33 |
| WSH | 577 | JAIL | KING | FELONY | FAXED | 5/11/2015 | 0 | 0 | 4 | |
| WSH | 578 | JAIL | PIERCE | MISDEMEANOR | FAXED | 5/7/2015 | 0 | 0 | 13 | |
| WSH | 579 | JAIL | PIERCE | MISDEMEANOR | FAXED | 5/6/2015 | 0 | 0 | 8 | |
| WSH | 580 | JAIL | KING | MISDEMEANOR | FAXED | 5/22/2015 | 0 | 0 | 6 | |
| WSH | 581 | JAIL | PIERCE | MISDEMEANOR | FAXED | 5/14/2015 | 0 | 0 | 6 | |
| WSH | 582 | INPATIENT | KING | FELONY CLASS C | BED OFFERED | 4/24/2015 | 3 | 3 | 18 | |
| WSH | 583 | JAIL | KITSAP | FELONY | FAXED | 4/30/2015 | 0 | 4 | 7 | |
| WSH | 584 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/27/2015 | 0 | 3 | 14 | |
| WSH | 585 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 5/11/2015 | 9 | 9 | | 39 |
| WSH | 586 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 5/11/2015 | 1 | 1 | 11 | |
| WSH | 587 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/19/2015 | 7 | 7 | | 31 |
| WSH | 588 | JAIL | THURSTON | MISDEMEANOR | FAXED | 5/11/2015 | 0 | 1 | 2 | |
| WSH | 589 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 4/24/2015 | 0 | 0 | 11 | |
| WSH | 590 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 4/28/2015 | 0 | 0 | 7 | |
| WSH | 591 | JAIL | SNOHOMISH | FELONY | FAXED | 5/13/2015 | 0 | 0 | 8 | |
| WSH | 592 | JAIL | PIERCE | MISDEMEANOR | FAXED | 5/21/2015 | 0 | 0 | 7 | |
| WSH | 593 | JAIL | SKAGIT | FELONY | WITHDRAWN | 5/7/2015 | 0 | 0 | 6 | |
| WSH | 594 | INPATIENT | SKAGIT | FELONY CLASS B | ERROR - ADMITTED | 5/13/2015 | 0 | 0 | 27 | |
| WSH | 595 | JAIL | KING | MISDEMEANOR | FAXED | 4/29/2015 | 1 | 1 | 9 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 596 | JAIL | KING | FELONY | FAXED | 4/28/2015 | 1 | 1 | 10 | |
| WSH | 597 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 4/28/2015 | 0 | 0 | 7 | |
| WSH | 598 | JAIL | KING | MISDEMEANOR | FAXED | 5/1/2015 | 0 | 0 | 11 | |
| WSH | 599 | JAIL | CLALLAM | MISDEMEANOR | FAXED | 5/5/2015 | 0 | 0 | 17 | |
| WSH | 600 | INPATIENT | CLALLAM | FELONY CLASS C | BED OFFERED | 5/5/2015 | 1 | 1 | 22 | |
| WSH | 601 | JAIL | KING | FELONY | INCOMPLETE | 5/20/2015 | 0 | 0 | | 30 |
| WSH | 602 | JAIL | KING | FELONY | FAXED | 4/27/2015 | 0 | 0 | 15 | |
| WSH | 603 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 5/16/2015 | 2 | 2 | 5 | |
| WSH | 604 | JAIL | KING | MISDEMEANOR | FAXED | 5/14/2015 | 0 | 0 | 8 | |
| WSH | 605 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/18/2015 | 0 | 0 | | 32 |
| WSH | 606 | JAIL | KING | FELONY | INCOMPLETE | 5/20/2015 | 0 | 0 | | 30 |
| WSH | 607 | JAIL | THURSTON | FELONY | INCOMPLETE | 5/14/2015 | 5 | 5 | | 36 |
| WSH | 608 | JAIL | THURSTON | FELONY | FAXED | 4/30/2015 | 1 | 1 | 15 | |
| WSH | 609 | JAIL | THURSTON | FELONY | INCOMPLETE | 5/18/2015 | 1 | 1 | | 32 |
| WSH | 610 | JAIL | KING | MISDEMEANOR | FAXED | 4/29/2015 | 1 | 1 | 8 | |
| WSH | 611 | JAIL | SNOHOMISH | FELONY | FAXED | 5/13/2015 | 0 | 0 | 8 | |
| WSH | 612 | INPATIENT | PIERCE | FELONY CLASS C | INCOMPLETE | 5/13/2015 | 1 | 1 | | 37 |
| WSH | 613 | JAIL | SKAGIT | FELONY | FAXED | 5/7/2015 | 0 | 0 | 20 | |
| WSH | 614 | JAIL | GRAYS HARBOR | MISDEMEANOR | FAXED | 5/7/2015 | 1 | 1 | 12 | |
| WSH | 615 | JAIL | KITSAP | MISDEMEANOR | FAXED | 5/19/2015 | 0 | 0 | 10 | |
| WSH | 616 | JAIL | KING | MISDEMEANOR | FAXED | 5/13/2015 | 1 | 1 | 14 | |
| WSH | 617 | INPATIENT | WHATCOM | FELONY CLASS C | BED OFFERED | 5/14/2015 | 1 | 1 | 7 | |
| WSH | 618 | JAIL | KING | MISDEMEANOR | FAXED | 5/7/2015 | 0 | 0 | 8 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 619 | JAIL | KING | MISDEMEANOR | FAXED | 4/27/2015 | 0 | 0 | 10 | |
| WSH | 620 | JAIL | KING | FELONY | FAXED | 5/4/2015 | 0 | 0 | 11 | |
| WSH | 621 | JAIL | KING | MISDEMEANOR | FAXED | 5/7/2015 | 1 | 1 | 13 | |
| WSH | 622 | JAIL | KING | MISDEMEANOR | FAXED | 5/5/2015 | 0 | 0 | 14 | |
| WSH | 623 | JAIL | KITSAP | MISDEMEANOR | INCOMPLETE | 5/22/2015 | 0 | 0 | | 28 |
| WSH | 624 | JAIL | THURSTON | MISDEMEANOR | FAXED | 5/8/2015 | 3 | 3 | 13 | |
| WSH | 625 | JAIL | KING | MISDEMEANOR | FAXED | 5/9/2015 | 2 | 2 | 12 | |
| WSH | 626 | JAIL | KING | FELONY | INCOMPLETE | 5/19/2015 | 0 | 0 | | 31 |
| WSH | 627 | JAIL | KING | MISDEMEANOR | FAXED | 5/14/2015 | 0 | 0 | 13 | |
| WSH | 628 | JAIL | KING | MISDEMEANOR | FAXED | 5/5/2015 | 0 | 0 | 16 | |
| WSH | 629 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/23/2015 | 3 | 3 | | 27 |
| WSH | 630 | JAIL | CLARK | MISDEMEANOR | INCOMPLETE | 5/19/2015 | 3 | 3 | | 31 |
| WSH | 631 | JAIL | KING | MISDEMEANOR | FAXED | 5/7/2015 | 0 | 0 | 11 | |
| WSH | 632 | JAIL | CLARK | MISDEMEANOR | FAXED | 5/18/2015 | 1 | 1 | 9 | |
| WSH | 633 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 5/12/2015 | 0 | 1 | 8 | |
| WSH | 633 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 5/12/2015 | 0 | 0 | 8 | |
| WSH | 635 | JAIL | SNOHOMISH | FELONY | FAXED | 5/7/2015 | 1 | 1 | 7 | |
| WSH | 636 | JAIL | KING | MISDEMEANOR | FAXED | 5/12/2015 | 0 | 0 | 7 | |
| WSH | 637 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 5/12/2015 | 0 | 0 | 8 | |
| WSH | 638 | JAIL | KING | MISDEMEANOR | FAXED | 5/5/2015 | 0 | 0 | 15 | |
| WSH | 639 | JAIL | KING | MISDEMEANOR | FAXED | 5/7/2015 | 0 | 0 | 15 | |
| WSH | 640 | JAIL | KING | MISDEMEANOR | FAXED | 5/13/2015 | 0 | 0 | 13 | |
| WSH | 641 | JAIL | KING | MISDEMEANOR | FAXED | 4/29/2015 | 1 | 1 | 8 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 642 | JAIL | KING | MISDEMEANOR | FAXED | 4/27/2015 | 0 | 0 | 10 | |
| WSH | 643 | JAIL | PIERCE | MISDEMEANOR | FAXED | 4/29/2015 | 0 | 0 | 9 | |
| WSH | 644 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 4/24/2015 | 0 | 6 | 13 | |
| WSH | 645 | JAIL | GRAYS HARBOR | FELONY | INCOMPLETE | 5/4/2015 | 14 | 4 | | 46 |
| WSH | 646 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 5/5/2015 | 0 | 1 | 7 | |
| WSH | 647 | JAIL | KING | MISDEMEANOR | FAXED | 4/23/2015 | 0 | 6 | 8 | |
| WSH | 648 | JAIL | CLARK | FELONY | FAXED | 5/8/2015 | 4 | 6 | 19 | |
| WSH | 649 | JAIL | KITSAP | MISDEMEANOR | FAXED | 5/1/2015 | 0 | 0 | 10 | |
| WSH | 650 | JAIL | KITSAP | MISDEMEANOR | FAXED | 5/18/2015 | 1 | 1 | 10 | |
| WSH | 651 | JAIL | KING | MISDEMEANOR | FAXED | 4/27/2015 | 0 | 0 | 16 | |
| WSH | 652 | JAIL | KING | MISDEMEANOR | FAXED | 5/11/2015 | 0 | 0 | 10 | |
| WSH | 653 | JAIL | KITSAP | MISDEMEANOR | INCOMPLETE | 5/21/2015 | 5 | 0 | | 29 |
| WSH | 654 | JAIL | KING | MISDEMEANOR | FAXED | 5/14/2015 | 0 | 0 | 8 | |
| WSH | 655 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/15/2015 | 0 | 0 | | 35 |
| WSH | 656 | JAIL | KING | MISDEMEANOR | FAXED | 4/30/2015 | 1 | 1 | 14 | |
| WSH | 657 | INPATIENT | KING | FELONY CLASS C | BED OFFERED | 5/13/2015 | 1 | 1 | 8 | |
| WSH | 658 | JAIL | KING | MISDEMEANOR | FAXED | 4/28/2015 | 2 | 2 | 16 | |
| WSH | 659 | JAIL | KING | FELONY | FAXED | 5/5/2015 | 0 | 0 | 15 | |
| WSH | 660 | JAIL | THURSTON | MISDEMEANOR | FAXED | 5/4/2015 | 0 | 0 | 8 | |
| WSH | 661 | JAIL | KING | MISDEMEANOR | FAXED | 5/4/2015 | 0 | 0 | 11 | |
| WSH | 662 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 5/15/2015 | 3 | 3 | | 35 |
| WSH | 663 | JAIL | CLARK | MISDEMEANOR | FAXED | 5/13/2015 | 1 | 1 | 16 | |
| WSH | 664 | JAIL | KING | MISDEMEANOR | FAXED | 5/1/2015 | 0 | 0 | 14 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 665 | JAIL | KING | MISDEMEANOR | TIC | 4/28/2015 | 0 | 0 | 9 | |
| WSH | 666 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 4/28/2015 | 1 | 1 | 7 | |
| WSH | 667 | JAIL | CLARK | FELONY | FAXED | 4/24/2015 | 0 | 0 | 12 | |
| WSH | 668 | JAIL | KING | MISDEMEANOR | FAXED | 4/27/2015 | 0 | 0 | 10 | |
| WSH | 669 | JAIL | WHATCOM | FELONY | TIC | 4/23/2015 | 1 | 1 | 12 | |
| WSH | 670 | JAIL | WHATCOM | MISDEMEANOR | TIC | 5/1/2015 | 4 | 4 | 4 | |
| WSH | 671 | INPATIENT | WHATCOM | FELONY CLASS C | BED OFFERED | 4/23/2015 | 13 | 13 | 28 | |
| WSH | 672 | JAIL | CLARK | MISDEMEANOR | WITHDRAWN | 4/22/2015 | 7 | 2 | 13 | |
| WSH | 673 | JAIL | KING | MISDEMEANOR | FAXED | 4/29/2015 | 1 | 1 | 12 | |
| WSH | 674 | JAIL | THURSTON | MISDEMEANOR | FAXED | 4/30/2015 | 0 | 0 | 13 | |
| WSH | 675 | INPATIENT | WHATCOM | FELONY CLASS C | BED OFFERED | 4/10/2015 | 4 | 4 | 25 | |
| WSH | 676 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 4/30/2015 | 1 | 1 | 7 | |
| WSH | 677 | JAIL | KING | FELONY | CRIC | 4/30/2015 | 1 | 1 | 20 | |
| WSH | 678 | JAIL | KING | FELONY | INCOMPLETE | 4/29/2015 | 1 | 1 | | 51 |
| WSH | 679 | JAIL | JEFFERSON | FELONY | FAXED | 4/29/2015 | 1 | 1 | 12 | |
| WSH | 680 | JAIL | KING | FELONY | FAXED | 4/30/2015 | 0 | 0 | 19 | |
| WSH | 681 | JAIL | KING | FELONY | FAXED | 5/5/2015 | 0 | 0 | 10 | |
| WSH | 682 | JAIL | GRAYS HARBOR | FELONY | FAXED | 5/4/2015 | 1 | 1 | 9 | |
| WSH | 683 | JAIL | GRAYS HARBOR | FELONY | FAXED | 5/4/2015 | 1 | 1 | 10 | |
| WSH | 684 | INPATIENT | THURSTON | FELONY CLASS C | BED OFFERED | 4/16/2015 | 7 | 7 | 21 | |
| WSH | 685 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 5/5/2015 | 0 | 0 | 10 | |
| WSH | 686 | JAIL | KING | MISDEMEANOR | FAXED | 5/6/2015 | 0 | 0 | 7 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 687 | JAIL | KING | MISDEMEANOR | FAXED | 5/8/2015 | 0 | 0 | 13 | |
| WSH | 688 | JAIL | LEWIS | FELONY | FAXED | 5/7/2015 | 1 | 1 | 13 | |
| WSH | 689 | INPATIENT | KING | FELONY CLASS A | BED OFFERED | 4/28/2015 | 1 | 1 | 14 | |
| WSH | 690 | JAIL | KING | MISDEMEANOR | FAXED | 5/7/2015 | 1 | 1 | 14 | |
| WSH | 700 | JAIL | CLARK | FELONY | FAXED | 5/11/2015 | 1 | 1 | 9 | |
| WSH | 701 | JAIL | KING | MISDEMEANOR | FAXED | 5/13/2015 | 0 | 0 | 15 | |
| WSH | 702 | JAIL | KING | MISDEMEANOR | FAXED | 5/12/2015 | 0 | 0 | 8 | |
| WSH | 703 | JAIL | PIERCE | MISDEMEANOR | FAXED | 5/14/2015 | 1 | 1 | 13 | |
| WSH | 704 | JAIL | WAHKIAKUM | FELONY | WITHDRAWN | 5/14/2015 | 0 | 0 | 1 | |
| WSH | 705 | JAIL | CLARK | MISDEMEANOR | FAXED | 5/14/2015 | 0 | 0 | 13 | |
| WSH | 706 | JAIL | KING | MISDEMEANOR | FAXED | 5/18/2015 | 0 | 0 | 10 | |
| WSH | 707 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 5/18/2015 | 0 | 0 | 4 | |
| WSH | 708 | JAIL | LEWIS | FELONY | FAXED | 5/14/2015 | 4 | 4 | 12 | |
| WSH | 709 | JAIL | SNOHOMISH | FELONY | FAXED | 5/6/2015 | 1 | 5 | 14 | |
| WSH | 710 | JAIL | KITSAP | FELONY | FAXED | 5/18/2015 | 0 | 0 | 9 | |
| WSH | 711 | JAIL | CLALLAM | MISDEMEANOR | FAXED | 5/19/2015 | 0 | 0 | 10 | |
| WSH | 712 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/19/2015 | 0 | 0 | | 31 |
| WSH | 713 | JAIL | KING | MISDEMEANOR | FAXED | 5/18/2015 | 1 | 1 | 11 | |
| WSH | 714 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 5/15/2015 | 0 | 0 | 14 | |
| WSH | 715 | JAIL | KING | MISDEMEANOR | FAXED | 5/14/2015 | 0 | 0 | 12 | |
| WSH | 716 | JAIL | KING | FELONY | INCOMPLETE | 5/20/2015 | 0 | 0 | | 30 |
| WSH | 717 | JAIL | GRAYS HARBOR | FELONY | INCOMPLETE | 5/18/2015 | 0 | 2 | | 32 |
| WSH | 718 | JAIL | THURSTON | FELONY | INCOMPLETE | 5/20/2015 | 0 | 0 | | 30 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 719 | JAIL | THURSTON | MISDEMEANOR | INCOMPLETE | 5/22/2015 | 0 | 0 | | 28 |
| WSH | 720 | JAIL | KING | MISDEMEANOR | FAXED | 5/21/2015 | 0 | 0 | 8 | |
| WSH | 721 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 5/21/2015 | 0 | 0 | 5 | |
| WSH | 722 | JAIL | CLARK | FELONY | FAXED | 5/12/2015 | 0 | 0 | 8 | |
| WSH | 723 | JAIL | PIERCE | MISDEMEANOR | FAXED | 5/7/2015 | 0 | 0 | 11 | |
| WSH | 724 | JAIL | KING | MISDEMEANOR | FAXED | 4/28/2015 | 1 | 1 | 8 | |
| WSH | 725 | JAIL | KING | MISDEMEANOR | FAXED | 5/15/2015 | 0 | 0 | 14 | |
| WSH | 726 | JAIL | KING | FELONY | INCOMPLETE | 5/4/2015 | 1 | 1 | | 46 |
| WSH | 727 | JAIL | KING | MISDEMEANOR | FAXED | 5/4/2015 | 1 | 1 | 9 | |
| WSH | 728 | JAIL | SKAGIT | FELONY | FAXED | 5/8/2015 | 0 | 0 | 20 | |
| WSH | 729 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 5/13/2015 | 0 | 0 | 7 | |
| WSH | 730 | JAIL | KING | FELONY | INCOMPLETE | 5/13/2015 | 1 | 1 | | 37 |
| WSH | 731 | JAIL | KING | MISDEMEANOR | FAXED | 5/12/2015 | 0 | 0 | 6 | |
| WSH | 732 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/23/2015 | 3 | 3 | | 27 |
| WSH | 733 | JAIL | KING | FELONY | FAXED | 4/29/2015 | 1 | 1 | 12 | |
| WSH | 734 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/20/2015 | 1 | 1 | | 30 |
| WSH | 735 | JAIL | KING | MISDEMEANOR | FAXED | 4/29/2015 | 1 | 1 | 7 | |
| WSH | 736 | JAIL | THURSTON | MISDEMEANOR | FAXED | 5/15/2015 | 0 | 0 | 6 | |
| WSH | 737 | JAIL | KING | MISDEMEANOR | FAXED | 5/4/2015 | 0 | 2 | 11 | |
| WSH | 738 | JAIL | KING | MISDEMEANOR | FAXED | 4/27/2015 | 1 | 1 | 11 | |
| WSH | 739 | JAIL | COWLITZ | FELONY | FAXED | 4/30/2015 | 0 | 0 | 13 | |
| WSH | 740 | JAIL | KING | MISDEMEANOR | FAXED | 5/18/2015 | 1 | 1 | 10 | |
| WSH | 741 | JAIL | KITSAP | FELONY | FAXED | 4/30/2015 | 1 | 1 | 14 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 919 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/27/2015 | 0 | 0 | | 23 |
| WSH | 920 | JAIL | LEWIS | MISDEMEANOR | INCOMPLETE | 5/28/2015 | 1 | 1 | | 22 |
| WSH | 921 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/28/2015 | 0 | 1 | | 22 |
| WSH | 922 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/27/2015 | 0 | 0 | | 23 |
| WSH | 923 | JAIL | SNOHOMISH | MISDEMEANOR | INCOMPLETE | 5/29/2015 | 0 | 0 | | 21 |
| WSH | 924 | JAIL | KING | FELONY | INCOMPLETE | 5/27/2015 | 0 | 0 | | 23 |
| WSH | 925 | JAIL | KING | FELONY | INCOMPLETE | 5/27/2015 | 1 | 1 | | 23 |
| WSH | 926 | INPATIENT | PIERCE | FELONY CLASS A | INCOMPLETE | 5/29/2015 | 3 | 3 | | 21 |
| WSH | 927 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/27/2015 | 1 | 1 | | 23 |
| WSH | 928 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/27/2015 | 0 | 0 | | 23 |
| WSH | 929 | JAIL | CLARK | FELONY | INCOMPLETE | 5/28/2015 | 12 | 12 | | 22 |
| WSH | 930 | JAIL | PIERCE | FELONY | INCOMPLETE | 5/18/2015 | 0 | 0 | | 32 |
| WSH | 931 | JAIL | SNOHOMISH | MISDEMEANOR | INCOMPLETE | 4/6/2015 | 0 | 0 | | 74 |
| WSH | 932 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/28/2015 | 0 | 0 | | 22 |
| WSH | 933 | JAIL | THURSTON | FELONY | INCOMPLETE | 5/20/2015 | 0 | 0 | | 30 |
| WSH | 934 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/29/2015 | 0 | 0 | | 21 |
| WSH | 935 | JAIL | LEWIS | MISDEMEANOR | INCOMPLETE | 5/21/2015 | 1 | 1 | | 29 |
| WSH | 936 | JAIL | THURSTON | FELONY | INCOMPLETE | 5/26/2015 | 1 | 1 | | 24 |
| WSH | 937 | JAIL | KING | FELONY | FAXED | 5/11/2015 | 0 | 0 | 18 | |
| WSH | 938 | JAIL | THURSTON | FELONY | INCOMPLETE | 5/29/2015 | 0 | 0 | | 21 |
| WSH | 939 | INPATIENT | THURSTON | MISDEMEANOR | INCOMPLETE | 5/27/2015 | 5 | 5 | | 23 |
| WSH | 940 | JAIL | KING | FELONY | FAXED | 5/26/2015 | 1 | 1 | 2 | |
| WSH | 941 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/27/2015 | 0 | 0 | | 23 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 942 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/22/2015 | 4 | 4 | | 28 |
| WSH | 943 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/29/2015 | 0 | 0 | | 21 |
| WSH | 944 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 5/11/2015 | 21 | 22 | | 39 |
| WSH | 945 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/29/2015 | 0 | 0 | | 21 |
| WSH | 946 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/29/2015 | 10 | 10 | | 21 |
| WSH | 947 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 5/28/2015 | 1 | 1 | | 22 |
| WSH | 948 | JAIL | KING | FELONY | INCOMPLETE | 5/21/2015 | 0 | 0 | | 29 |
| WSH | 949 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/29/2015 | 0 | 0 | | 21 |
| WSH | 950 | JAIL | WHATCOM | MISDEMEANOR | INCOMPLETE | 5/22/2015 | 0 | 0 | | 28 |
| WSH | 951 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/27/2015 | 1 | 1 | | 23 |
| WSH | 952 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/27/2015 | 0 | 0 | | 23 |
| WSH | 953 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/29/2015 | 0 | 0 | | 21 |
| WSH | 954 | JAIL | KING | FELONY | INCOMPLETE | 5/28/2015 | 0 | 1 | | 22 |
| WSH | 955 | JAIL | KING | FELONY | INCOMPLETE | 5/21/2015 | 8 | 8 | | 29 |
| WSH | 956 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/26/2015 | 0 | 0 | | 24 |
| WSH | 957 | JAIL | SNOHOMISH | MISDEMEANOR | INCOMPLETE | 5/28/2015 | 0 | 0 | | 22 |
| WSH | 958 | JAIL | WHATCOM | FELONY | INCOMPLETE | 5/29/2015 | 4 | 4 | | 21 |
| WSH | 959 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/14/2015 | 18 | 18 | | 36 |
| WSH | 960 | JAIL | KITSAP | MISDEMEANOR | INCOMPLETE | 5/22/2015 | 4 | 0 | | 28 |
| WSH | 961 | JAIL | KING | MISDEMEANOR | FAXED | 5/21/2015 | 0 | 0 | 8 | |
| WSH | 962 | JAIL | SNOHOMISH | MISDEMEANOR | INCOMPLETE | 5/21/2015 | 0 | 0 | | 29 |
| WSH | 963 | JAIL | SNOHOMISH | MISDEMEANOR | INCOMPLETE | 5/22/2015 | 0 | 0 | | 28 |
| WSH | 963 | JAIL | ISLAND | MISDEMEANOR | FAXED | 5/21/2015 | 1 | 1 | 10 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 965 | JAIL | WHATCOM | MISDEMEANOR | INCOMPLETE | 5/14/2015 | 5 | 8 | | 36 |
| WSH | 966 | JAIL | SKAGIT | FELONY | INCOMPLETE | 5/21/2015 | 0 | 0 | | 29 |
| WSH | 967 | JAIL | KING | FELONY | INCOMPLETE | 5/27/2015 | 0 | 0 | | 23 |
| WSH | 968 | JAIL | LEWIS | MISDEMEANOR | INCOMPLETE | 5/26/2015 | 3 | 3 | | 24 |
| WSH | 969 | JAIL | KING | FELONY | INCOMPLETE | 5/20/2015 | 0 | 0 | | 30 |
| WSH | 970 | JAIL | KING | FELONY | INCOMPLETE | 5/28/2015 | 0 | 0 | | 22 |
| WSH | 971 | JAIL | SKAGIT | FELONY | INCOMPLETE | 5/28/2015 | 0 | 0 | | 22 |
| WSH | 972 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 5/20/2015 | 0 | 0 | | 30 |
| WSH | 973 | JAIL | ISLAND | MISDEMEANOR | INCOMPLETE | 5/28/2015 | 0 | 0 | | 22 |
| WSH | 974 | JAIL | COWLITZ | FELONY | INCOMPLETE | 5/19/2015 | 1 | 1 | | 31 |
| WSH | 975 | INPATIENT | KITSAP | FELONY CLASS A | INCOMPLETE | 5/18/2015 | 0 | 0 | | 32 |
| WSH | 976 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/29/2015 | 0 | 4 | | 21 |
| WSH | 977 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/28/2015 | 0 | 0 | | 22 |
| WSH | 978 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/26/2015 | 1 | 1 | | 24 |
| WSH | 979 | JAIL | KING | FELONY | INCOMPLETE | 5/26/2015 | 0 | 0 | | 24 |
| WSH | 980 | INPATIENT | KING | FELONY CLASS A | INCOMPLETE | 5/11/2015 | 2 | 2 | | 39 |
| WSH | 981 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/28/2015 | 0 | 0 | | 22 |
| WSH | 982 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/27/2015 | 0 | 0 | | 23 |
| WSH | 983 | INPATIENT | KITSAP | FELONY | INCOMPLETE | 5/27/2015 | 1 | 1 | | 23 |
| ESH | 210 | JAIL | SPOKANE | FELONY | FAX | 3/25/2015 | 1 | 7 | 55 | |
| ESH | 213 | JAIL | GRANT | MISDEMEANOR | FAX | 3/25/2015 | 1 | 7 | 58 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 214 | JAIL | BENTON | MISDEMEANOR | FAX | 3/25/2015 | 0 | 1 | 71 | |
| ESH | 216 | JAIL | GRANT | FELONY | FAX | 3/26/2015 | 0 | 6 | 82 | |
| ESH | 217 | JAIL | SPOKANE | FELONY | FAX | 3/26/2015 | 0 | 6 | 56 | |
| ESH | 219 | JAIL | OKANOGAN | FELONY | FAX | 3/27/2015 | 3 | 5 | 41 | |
| ESH | 223 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 3/31/2015 | 1 | 2 | 57 | |
| ESH | 224 | JAIL | CHELAN | MISDEMEANOR | FAX | 3/31/2015 | 6 | 8 | 56 | |
| ESH | 226 | JAIL | SPOKANE | FELONY | FAX | 4/2/2015 | 4 | 6 | 63 | |
| ESH | 230 | JAIL | SPOKANE | FELONY | FAX | 4/3/2015 | 4 | 7 | 62 | |
| ESH | 232 | JAIL | SPOKANE | FELONY | FAX | 5/6/2015 | 1 | 1 | 34 | |
| ESH | 234 | JAIL | YAKIMA | FELONY | FAX | 4/7/2015 | 0 | 22 | | 73 |
| ESH | 235 | JAIL | SPOKANE | FELONY | FAX | 4/7/2015 | 2 | 6 | 69 | |
| ESH | 238 | JAIL | FERRY | MISDEMEANOR | ADMISSION | 4/8/2015 | 1 | 2 | 65 | |
| ESH | 241 | JAIL | YAKIMA | FELONY | FAX | 4/9/2015 | 1 | 4 | | 71 |
| ESH | 242 | JAIL | YAKIMA | FELONY | FAX | 4/9/2015 | 1 | 4 | | 71 |
| ESH | 245 | JAIL | KITTITAS | FELONY | FAX | 4/13/2015 | 2 | 3 | | 67 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 246 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 4/13/2015 | 0 | 2 |  | 67 |
| ESH | 247 | JAIL | YAKIMA | MISDEMEANOR | FAX | 4/20/2015 | 1 | 0 | 30 |  |
| ESH | 248 | JAIL | SPOKANE | FELONY | FAX | 4/20/2015 | 1 | 3 | 35 |  |
| ESH | 249 | JAIL | FRANKLIN | FELONY | ADMISSION | 4/14/2015 | 1 | 2 |  | 66 |
| ESH | 251 | JAIL | SPOKANE | FELONY | ADMISSION | 4/16/2015 | 0 | 11 |  | 64 |
| ESH | 252 | JAIL | SPOKANE | FELONY | FAX | 4/16/2015 | 1 | 7 | 60 |  |
| ESH | 253 | JAIL | YAKIMA | FELONY | FAX | 4/16/2015 | 0 | 7 |  | 64 |
| ESH | 255 | JAIL | SPOKANE | FELONY | FAX | 4/17/2015 | 0 | 6 | 47 |  |
| ESH | 256 | JAIL | GRANT | MISDEMEANOR |  | 3/12/2015 | 0 | 7 |  | 99 |
| ESH | 257 | JAIL | CHELAN | FELONY | FAX | 4/20/2015 | 1 | 3 |  | 60 |
| ESH | 260 | JAIL | YAKIMA | MISDEMEANOR | FAX | 4/21/2015 | 0 | 2 | 52 |  |
| ESH | 261 | JAIL | GRANT | FELONY | ADMISSION | 4/21/2015 | 1 | 3 |  | 59 |
| ESH | 263 | JAIL | KITTITAS | MISDEMEANOR | ADMISSION | 4/23/2015 | 0 | 1 | 21 |  |
| ESH | 266 | JAIL | YAKIMA | FELONY | ADMISSION | 4/23/2015 | 0 | 1 |  | 57 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 465 | JAIL | SPOKANE | FELONY | FAX | 4/30/2015 | 1 | 5 | 53 | |
| ESH | 466 | JAIL | SPOKANE | FELONY | FAX | 2/24/2015 | 1 | 7 | 45 | |
| ESH | 471 | JAIL | SPOKANE | MISDEMEANOR | FAX | 3/18/2015 | 0 | 2 | 51 | |
| ESH | 476 | JAIL | SPOKANE | FELONY | ADMISSION | 1/9/2015 | 60 | 61 | | 161 |
| ESH | 477 | JAIL | YAKIMA | MISDEMEANOR | FAX | 5/5/2015 | 0 | 0 | 17 | |
| ESH | 479 | JAIL | GRANT | MISDEMEANOR | FAX | 1/21/2015 | 16 | 76 | 121 | |
| ESH | 498 | JAIL | SPOKANE | FELONY | FAX | 2/12/2015 | 0 | 5 | 126 | |
| ESH | 498 | JAIL | SPOKANE | FELONY | ADMISSION | 2/12/2015 | 0 | 5 | | 127 |
| ESH | 500 | JAIL | SPOKANE | FELONY | ADMISSION | 2/12/2015 | 5 | 12 | 123 | |
| ESH | 508 | JAIL | SPOKANE | FELONY | ADMISSION | 2/19/2015 | 0 | 5 | 116 | |
| ESH | 510 | JAIL | WALLA WALLA | FELONY | FAX | 2/20/2015 | 19 | 20 | 75 | |
| ESH | 512 | INPATIENT | YAKIMA | MISDEMEANOR | FAX | 2/25/2015 | 7 | 9 | 77 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 514 | JAIL | SPOKANE | FELONY | WL | 2/25/2015 | 1 | 5 | 51 | |
| ESH | 515 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 2/25/2015 | 1 | 6 | 65 | |
| ESH | 516 | JAIL | BENTON | FELONY | ADMISSION | 2/25/2015 | 5 | 12 | 112 | |
| ESH | 522 | JAIL | CHELAN | FELONY | FAX | 3/2/2015 | 2 | 4 | 66 | |
| ESH | 523 | JAIL | CHELAN | FELONY | FAX | 3/2/2015 | 2 | 4 | 70 | |
| ESH | 524 | JAIL | BENTON | MISDEMEANOR | FAX | 3/4/2015 | 0 | 5 | 58 | |
| ESH | 528 | JAIL | SPOKANE | FELONY | FAX | 3/11/2015 | 0 | 2 | 68 | |
| ESH | 529 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 3/11/2015 | 0 | 2 | 93 | |
| ESH | 530 | JAIL | SPOKANE | FELONY | FAX | 3/12/2015 | 0 | 5 | 76 | |
| ESH | 532 | JAIL | SPOKANE | FELONY | FAX | 3/12/2015 | 1 | 5 | 61 | |
| ESH | 534 | JAIL | CHELAN | FELONY | FAX | 3/16/2015 | 16 | 17 | | 95 |
| ESH | 535 | JAIL | SPOKANE | MISDEMEANOR | FAX | 3/16/2015 | 0 | 4 | 74 | |
| ESH | 536 | JAIL | BENTON | FELONY | FAX | 3/18/2015 | 1 | 2 | 78 | |
| ESH | 537 | JAIL | CHELAN | FELONY | | 3/18/2015 | 6 | 8 | | 93 |
| ESH | 538 | JAIL | SPOKANE | FELONY | FAX | 3/19/2015 | 0 | 1 | 60 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 539 | JAIL | FRANKLIN | FELONY | FAX | 3/28/2015 | 34 | 38 | | 83 |
| ESH | 540 | JAIL | SPOKANE | FELONY | ADMISSION | 3/31/2015 | 0 | 0 | 76 | |
| ESH | 541 | JAIL | CHELAN | MISDEMEANOR | FAX | 5/18/2015 | 4 | 4 | 32 | |
| ESH | 542 | JAIL | BENTON | FELONY | FAX | 4/22/2015 | 29 | 34 | | 58 |
| ESH | 544 | JAIL | GRANT | MISDEMEANOR | FAX | 5/13/2015 | 0 | 0 | 34 | |
| ESH | 545 | JAIL | SPOKANE | FELONY | FAX | 4/27/2015 | 0 | 1 | | 53 |
| ESH | 546 | JAIL | SPOKANE | FELONY | FAX | 4/27/2015 | 18 | 23 | | 53 |
| ESH | 547 | JAIL | YAKIMA | MISDEMEANOR | | 4/28/2015 | 3 | 7 | | 52 |
| ESH | 548 | JAIL | STEVENS | FELONY | FAX | 4/28/2015 | 0 | 2 | | 52 |
| ESH | 549 | JAIL | FRANKLIN | FELONY | FAX | 4/28/2015 | 1 | 1 | 38 | |
| ESH | 550 | JAIL | STEVENS | MISDEMEANOR | FAX | 4/28/2015 | 1 | 7 | | 52 |
| ESH | 551 | JAIL | SPOKANE | FELONY | FAX | 4/28/2015 | 0 | 1 | 52 | |
| ESH | 552 | JAIL | YAKIMA | MISDEMEANOR | CLOSED | 4/29/2015 | 0 | 1 | 41 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 553 | JAIL | BENTON | MISDEMEANOR | FAX | 4/29/2015 | 0 | 6 | | 51 |
| ESH | 554 | JAIL | SPOKANE | FELONY | FAX | 4/29/2015 | 1 | 6 | | 51 |
| ESH | 555 | JAIL | ASOTIN | FELONY | FAX | 4/29/2015 | 6 | 12 | | 51 |
| ESH | 557 | JAIL | SPOKANE | FELONY | WITHDRAWN | 4/14/2015 | 0 | 1 | 62 | |
| ESH | 566 | JAIL | SPOKANE | MISDEMEANOR | WITHDRAWN | 4/13/2015 | 0 | 2 | 63 | |
| ESH | 744 | JAIL | YAKIMA | FELONY | FAX | 3/19/2015 | 0 | 13 | 92 | |
| ESH | 746 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 3/13/2015 | 0 | 4 | 91 | |
| ESH | 749 | JAIL | SPOKANE | MISDEMEANOR | ADMISSION | 3/3/2015 | 0 | 0 | | 108 |
| ESH | 749 | JAIL | SPOKANE | FELONY | FAX | 5/5/2015 | 1 | 6 | | 45 |
| ESH | 750 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 5/12/2015 | 0 | 2 | 9 | |
| ESH | 751 | INPATIENT | WALLA WALLA | FELONY | ADMISSION | 5/21/2015 | 1 | 6 | | 29 |
| ESH | 752 | JAIL | SPOKANE | FELONY | FAX | 4/2/2015 | 0 | 1 | 55 | |
| ESH | 753 | JAIL | PEND OREILLE | FELONY | FAX | 5/7/2015 | 6 | 8 | | 43 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 755 | JAIL | BENTON | FELONY | ADMISSION | 4/22/2015 | 0 | 0 | | 58 |
| ESH | 757 | JAIL | SPOKANE | FELONY | FAX | 3/24/2015 | 0 | 2 | 57 | |
| ESH | 758 | JAIL | BENTON | FELONY | | 5/7/2015 | 5 | 7 | | 43 |
| ESH | 759 | JAIL | SPOKANE | FELONY | FAX | 5/1/2015 | 4 | 10 | | 49 |
| ESH | 760 | JAIL | FRANKLIN | FELONY | | 3/24/2015 | 0 | 6 | | 87 |
| ESH | 761 | JAIL | SPOKANE | FELONY | CLOSED | 1/5/2015 | 1 | 2 | 161 | |
| ESH | 762 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 5/18/2015 | 2 | 8 | | 32 |
| ESH | 763 | JAIL | CHELAN | MISDEMEANOR | | 4/7/2015 | 2 | 6 | | 73 |
| ESH | 764 | JAIL | SPOKANE | MISDEMEANOR | FAX | 5/13/2015 | 8 | 13 | | 37 |
| ESH | 765 | JAIL | SPOKANE | FELONY | | 5/19/2015 | 3 | 7 | | 31 |
| ESH | 766 | JAIL | SPOKANE | FELONY | FAX | 2/26/2015 | 28 | 34 | 91 | |
| ESH | 768 | JAIL | YAKIMA | FELONY | FAX | 5/5/2015 | 1 | 6 | | 45 |
| ESH | 769 | JAIL | KLICKITAT | FELONY | FAX | 5/5/2015 | 0 | 10 | | 45 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 770 | JAIL | KITTITAS | MISDEMEANOR | FAX | 5/6/2015 | 2 | 5 | | 44 |
| ESH | 771 | JAIL | SPOKANE | FELONY | FAX | 5/7/2015 | 1 | 4 | | 43 |
| ESH | 772 | JAIL | SPOKANE | FELONY | FAX | 5/19/2015 | 2 | 7 | | 31 |
| ESH | 773 | JAIL | CHELAN | FELONY | FAX | 5/20/2015 | 2 | 6 | | 30 |
| ESH | 774 | JAIL | BENTON | FELONY | FAX | 5/14/2015 | 1 | 6 | | 36 |
| ESH | 775 | JAIL | CHELAN | FELONY | FAX | 5/20/2015 | 2 | 6 | | 30 |
| ESH | 776 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 5/20/2015 | 2 | 6 | | 30 |
| ESH | 777 | JAIL | SPOKANE | MISDEMEANOR | ADMISSION | 2/17/2015 | 51 | 69 | 77 | |
| ESH | 778 | JAIL | BENTON | MISDEMEANOR | FAX | 5/20/2015 | 1 | 6 | | 30 |
| ESH | 779 | JAIL | CHELAN | FELONY | FAX | 5/18/2015 | 3 | 8 | | 32 |
| ESH | 780 | INPATIENT | SPOKANE | MISDEMEANOR | ADMISSION | 5/20/2015 | 1 | 7 | | 30 |
| ESH | 781 | JAIL | BENTON | MISDEMEANOR | FAX | 5/20/2015 | 1 | 13 | | 30 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 782 | JAIL | BENTON | MISDEMEANOR | FAX | 5/14/2015 | 15 | 15 | | 36 |
| ESH | 783 | INPATIENT | BENTON | MISDEMEANOR | ADMISSION | 5/15/2015 | 0 | | | 35 |
| ESH | 784 | JAIL | WALLA WALLA | FELONY | FAX | 5/13/2015 | 0 | 2 | | 37 |
| ESH | 785 | JAIL | SPOKANE | FELONY | FAX | 5/15/2015 | 5 | 11 | | 35 |
| ESH | 984 | JAIL | YAKIMA | FELONY | FAX | 5/21/2015 | 8 | 12 | | 29 |
| ESH | 985 | JAIL | FRANKLIN | FELONY | FAX | 5/19/2015 | 7 | 14 | | 31 |
| ESH | 986 | JAIL | SPOKANE | FELONY | FAX | 5/29/2015 | 6 | 7 | | 21 |
| ESH | 987 | JAIL | YAKIMA | FELONY | FAX | 5/28/2015 | 1 | 5 | | 22 |
| ESH | 988 | JAIL | BENTON | MISDEMEANOR | FAX | 4/8/2015 | 51 | 55 | | 72 |
| ESH | 989 | JAIL | SPOKANE | MISDEMEANOR | FAX | 5/1/2015 | 0 | 4 | 4 | |
| ESH | 990 | JAIL | BENTON | FELONY | FAX | 5/6/2015 | 29 | 30 | | 44 |
| ESH | 991 | JAIL | SPOKANE | FELONY | ADMISSION | 1/2/2015 | 3 | 5 | 146 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 992 | JAIL | SPOKANE | MISDEMEANOR | FAX | 5/7/2015 | 0 | 0 | 18 | |
| ESH | 993 | JAIL | YAKIMA | MISDEMEANOR | FAX | 5/22/2015 | 7 | 11 | | 28 |
| ESH | 994 | JAIL | BENTON | FELONY | | 4/2/2015 | 4 | 6 | | 78 |
| ESH | 995 | JAIL | CHELAN | MISDEMEANOR | FAX | 5/21/2015 | 5 | 12 | | 29 |
| ESH | 996 | JAIL | YAKIMA | FELONY | ADMISSION | 2/11/2015 | 0 | 1 | 106 | |
| ESH | 997 | JAIL | BENTON | MISDEMEANOR | FAX | 5/14/2015 | 1 | 5 | | 36 |
| ESH | 998 | JAIL | SPOKANE | FELONY | FAX | 3/31/2015 | 0 | 1 | 44 | |
| ESH | 999 | JAIL | SPOKANE | MISDEMEANOR | FAX | 4/2/2015 | 0 | 0 | 42 | |
| ESH | 1125 | JAIL | YAKIMA | MISDEMEANOR | ADMISSION | 5/20/2015 | 28 | 28 | | 30 |
| ESH | 1126 | JAIL | SPOKANE | MISDEMEANOR | CLOSED | 3/10/2015 | 1 | 1 | 36 | |
| ESH | 1127 | JAIL | BENTON | FELONY | FAX | 3/18/2015 | 6 | 8 | 37 | |

**Competency Evaluation Information—Partial Month First Look for June 1- June 23, 2015**

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 125 | JAIL | SNOHOMISH | FELONY | FAXED | 4/9/2015 | 0 | 0 | 60 | |
| WSH | 149 | JAIL | THURSTON | FELONY | FAXED | 4/14/2015 | 1 | 1 | 57 | |
| WSH | 341 | JAIL | CLARK | MISDEMEANOR | INCOMPLETE | 1/25/2011 | 0 | 0 | 1611 | 1611 |
| WSH | 348 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/14/2013 | 0 | 3 | 740 | 740 |
| WSH | 360 | JAIL | LEWIS | MISDEMEANOR | INCOMPLETE | 8/27/2014 | 2 | 2 | 301 | 301 |
| WSH | 365 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 10/29/2014 | 0 | 0 | 238 | 238 |
| WSH | 382 | JAIL | GRAYS HARBOR | FELONY | INCOMPLETE | 3/9/2015 | 1 | 66 | 107 | 107 |
| WSH | 558 | JAIL | KING | FELONY | INCOMPLETE | 5/12/2015 | 1 | 1 | 43 | 43 |
| WSH | 572 | JAIL | KING | FELONY | FAXED | 5/14/2015 | 1 | 1 | 26 | |
| WSH | 574 | JAIL | KING | FELONY | INCOMPLETE | 5/12/2015 | 1 | 1 | 43 | 43 |
| WSH | 576 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 5/17/2015 | 3 | 3 | 38 | 38 |
| WSH | 585 | JAIL | PIERCE | MISDEMEANOR | FAXED | 5/11/2015 | 9 | 9 | 37 | |
| WSH | 587 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/19/2015 | 7 | 7 | 36 | 36 |
| WSH | 601 | JAIL | KING | FELONY | FAXED | 5/20/2015 | 0 | 0 | 23 | |
| WSH | 605 | JAIL | KING | MISDEMEANOR | FAXED | 5/18/2015 | 0 | 0 | 18 | |
| WSH | 606 | JAIL | KING | FELONY | FAXED | 5/20/2015 | 0 | 0 | 16 | |
| WSH | 607 | JAIL | THURSTON | FELONY | FAXED | 5/14/2015 | 5 | 5 | 29 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 609 | JAIL | THURSTON | FELONY | FAXED | 5/18/2015 | 1 | 1 | 14 | |
| WSH | 612 | INPATIENT | PIERCE | FELONY CLASS C | BED OFFERED | 5/13/2015 | 1 | 1 | 21 | |
| WSH | 623 | JAIL | KITSAP | MISDEMEANOR | FAXED | 5/22/2015 | 0 | 0 | 18 | |
| WSH | 626 | JAIL | KING | FELONY | TIC | 5/19/2015 | 0 | 0 | 20 | |
| WSH | 629 | JAIL | KING | MISDEMEANOR | FAXED | 5/23/2015 | 3 | 3 | 11 | |
| WSH | 630 | JAIL | CLARK | MISDEMEANOR | FAXED | 5/19/2015 | 3 | 3 | 34 | |
| WSH | 645 | JAIL | GRAYS HARBOR | FELONY | FAXED | 5/4/2015 | 14 | 4 | 44 | |
| WSH | 653 | JAIL | KITSAP | MISDEMEANOR | FAXED | 5/21/2015 | 5 | 0 | 19 | |
| WSH | 655 | JAIL | KING | MISDEMEANOR | FAXED | 5/15/2015 | 0 | 0 | 31 | |
| WSH | 662 | JAIL | PIERCE | MISDEMEANOR | FAXED | 5/15/2015 | 3 | 3 | 17 | |
| WSH | 678 | JAIL | KING | FELONY | FAXED | 4/29/2015 | 1 | 1 | 49 | |
| WSH | 712 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/19/2015 | 0 | 0 | 36 | 36 |
| WSH | 716 | JAIL | KING | FELONY | FAXED | 5/20/2015 | 0 | 0 | 23 | |
| WSH | 717 | JAIL | GRAYS HARBOR | FELONY | FAXED | 5/18/2015 | 0 | 2 | 24 | |
| WSH | 718 | JAIL | THURSTON | FELONY | FAXED | 5/20/2015 | 0 | 0 | 21 | |
| WSH | 719 | JAIL | THURSTON | MISDEMEANOR | FAXED | 5/22/2015 | 0 | 0 | 19 | |
| WSH | 726 | JAIL | KING | FELONY | FAXED | 5/4/2015 | 1 | 1 | 45 | |
| WSH | 730 | JAIL | KING | FELONY | FAXED | 5/13/2015 | 1 | 1 | 21 | |
| WSH | 732 | JAIL | KING | MISDEMEANOR | FAXED | 5/23/2015 | 3 | 3 | 11 | |
| WSH | 734 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/20/2015 | 1 | 1 | 35 | 35 |
| WSH | 919 | JAIL | KING | MISDEMEANOR | FAXED | 5/27/2015 | 0 | 0 | 12 | |
| WSH | 920 | JAIL | LEWIS | MISDEMEANOR | FAXED | 5/28/2015 | 1 | 1 | 25 | |
| WSH | 921 | JAIL | KING | MISDEMEANOR | FAXED | 5/28/2015 | 0 | 1 | 8 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 922 | JAIL | KING | MISDEMEANOR | FAXED | 5/27/2015 | 0 | 0 | 15 | |
| WSH | 923 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 5/29/2015 | 0 | 0 | 12 | |
| WSH | 924 | JAIL | KING | FELONY | FAXED | 5/27/2015 | 0 | 0 | 13 | |
| WSH | 925 | JAIL | KING | FELONY | FAXED | 5/27/2015 | 1 | 1 | 22 | |
| WSH | 926 | INPATIENT | PIERCE | FELONY CLASS A | BED OFFERED | 5/29/2015 | 3 | 3 | 13 | |
| WSH | 927 | JAIL | KING | MISDEMEANOR | FAXED | 5/27/2015 | 1 | 1 | 20 | |
| WSH | 928 | JAIL | KING | MISDEMEANOR | FAXED | 5/27/2015 | 0 | 0 | 13 | |
| WSH | 929 | JAIL | CLARK | FELONY | INCOMPLETE | 5/28/2015 | 12 | 12 | 27 | 27 |
| WSH | 930 | JAIL | PIERCE | FELONY | WITHDRAWN | 5/18/2015 | 0 | 0 | 38 | |
| WSH | 931 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 4/6/2015 | 0 | 0 | 59 | |
| WSH | 932 | JAIL | KING | MISDEMEANOR | FAXED | 5/28/2015 | 0 | 0 | 19 | |
| WSH | 933 | JAIL | THURSTON | FELONY | FAXED | 5/20/2015 | 0 | 0 | 23 | |
| WSH | 934 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/29/2015 | 0 | 0 | 26 | 26 |
| WSH | 935 | JAIL | LEWIS | MISDEMEANOR | FAXED | 5/21/2015 | 1 | 1 | 27 | |
| WSH | 936 | JAIL | THURSTON | FELONY | FAXED | 5/26/2015 | 1 | 1 | 17 | |
| WSH | 938 | JAIL | THURSTON | FELONY | FAXED | 5/29/2015 | 0 | 0 | 14 | |
| WSH | 939 | INPATIENT | THURSTON | MISDEMEANOR | INCOMPLETE | 5/27/2015 | 5 | 5 | 28 | 28 |
| WSH | 941 | JAIL | KING | MISDEMEANOR | FAXED | 5/27/2015 | 0 | 0 | 6 | |
| WSH | 942 | JAIL | KING | MISDEMEANOR | FAXED | 5/22/2015 | 4 | 4 | 19 | |
| WSH | 943 | JAIL | KING | MISDEMEANOR | FAXED | 5/29/2015 | 0 | 0 | 21 | |
| WSH | 944 | JAIL | PIERCE | MISDEMEANOR | FAXED | 5/11/2015 | 21 | 22 | 39 | |
| WSH | 945 | JAIL | KING | MISDEMEANOR | FAXED | 5/29/2015 | 0 | 0 | 12 | |
| WSH | 946 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/29/2015 | 10 | 10 | 26 | 26 |
| WSH | 947 | JAIL | PIERCE | MISDEMEANOR | FAXED | 5/28/2015 | 1 | 1 | 20 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 948 | JAIL | KING | FELONY | FAXED | 5/21/2015 | 0 | 0 | 15 | |
| WSH | 949 | JAIL | KING | MISDEMEANOR | FAXED | 5/29/2015 | 0 | 0 | 19 | |
| WSH | 950 | JAIL | WHATCOM | MISDEMEANOR | FAXED | 5/22/2015 | 0 | 0 | 12 | |
| WSH | 951 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 5/27/2015 | 1 | 1 | 20 | |
| WSH | 952 | JAIL | KING | MISDEMEANOR | FAXED | 5/27/2015 | 0 | 0 | 14 | |
| WSH | 953 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 5/29/2015 | 0 | 0 | 21 | |
| WSH | 954 | JAIL | KING | FELONY | FAXED | 5/28/2015 | 0 | 1 | 18 | |
| WSH | 955 | JAIL | KING | FELONY | INCOMPLETE | 5/21/2015 | 8 | 8 | 34 | 34 |
| WSH | 956 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 5/26/2015 | 0 | 0 | 8 | |
| WSH | 957 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 5/28/2015 | 0 | 0 | 6 | |
| WSH | 958 | JAIL | WHATCOM | FELONY | FAXED | 5/29/2015 | 4 | 4 | 21 | |
| WSH | 959 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/14/2015 | 18 | 18 | 41 | 41 |
| WSH | 960 | JAIL | KITSAP | MISDEMEANOR | FAXED | 5/22/2015 | 4 | 0 | 18 | |
| WSH | 962 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 5/21/2015 | 0 | 0 | 14 | |
| WSH | 963 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 5/22/2015 | 0 | 0 | 12 | |
| WSH | 965 | JAIL | WHATCOM | MISDEMEANOR | TIC | 5/14/2015 | 5 | 8 | 22 | |
| WSH | 966 | JAIL | SKAGIT | FELONY | FAXED | 5/21/2015 | 0 | 0 | 12 | |
| WSH | 967 | JAIL | KING | FELONY | FAXED | 5/27/2015 | 0 | 0 | 9 | |
| WSH | 968 | JAIL | LEWIS | MISDEMEANOR | FAXED | 5/26/2015 | 3 | 3 | 22 | |
| WSH | 969 | JAIL | KING | FELONY | FAXED | 5/20/2015 | 0 | 0 | 30 | |
| WSH | 970 | JAIL | KING | FELONY | FAXED | 5/28/2015 | 0 | 0 | 12 | |
| WSH | 971 | JAIL | SKAGIT | FELONY | FAXED | 5/28/2015 | 0 | 0 | 15 | |
| WSH | 972 | JAIL | PIERCE | MISDEMEANOR | FAXED | 5/20/2015 | 0 | 0 | 22 | |
| WSH | 973 | JAIL | ISLAND | MISDEMEANOR | INCOMPLETE | 5/28/2015 | 0 | 0 | 27 | 27 |
| WSH | 974 | JAIL | COWLITZ | FELONY | FAXED | 5/19/2015 | 1 | 1 | 31 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 975 | INPATIENT | KITSAP | FELONY CLASS A | BED OFFERED | 5/18/2015 | 0 | 0 | 18 | |
| WSH | 976 | JAIL | KING | MISDEMEANOR | FAXED | 5/29/2015 | 0 | 4 | 12 | |
| WSH | 977 | JAIL | KING | MISDEMEANOR | FAXED | 5/28/2015 | 0 | 0 | 21 | |
| WSH | 978 | JAIL | KING | MISDEMEANOR | FAXED | 5/26/2015 | 1 | 1 | 16 | |
| WSH | 979 | JAIL | KING | FELONY | FAXED | 5/26/2015 | 0 | 0 | 9 | |
| WSH | 980 | INPATIENT | KING | FELONY CLASS A | BED OFFERED | 5/11/2015 | 2 | 2 | 21 | |
| WSH | 981 | JAIL | KING | MISDEMEANOR | FAXED | 5/28/2015 | 0 | 0 | 15 | |
| WSH | 982 | JAIL | KING | MISDEMEANOR | FAXED | 5/27/2015 | 0 | 0 | 14 | |
| WSH | 983 | JAIL | KITSAP | FELONY | FAXED | 5/27/2015 | 1 | 1 | 16 | |
| WSH | 1128 | JAIL | THURSTON | FELONY | INCOMPLETE | 5/20/2015 | 19 | 19 | 35 | 35 |
| WSH | 1129 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 5/28/2015 | 27 | 27 | 27 | 27 |
| WSH | 1130 | JAIL | KING | MISDEMEANOR | FAXED | 6/1/2015 | 1 | 1 | 18 | |
| WSH | 1131 | JAIL | KING | MISDEMEANOR | FAXED | 6/1/2015 | 0 | 1 | 10 | |
| WSH | 1132 | JAIL | SNOHOMISH | MISDEMEANOR | WITHDRAWN | 6/1/2015 | 1 | 1 | 2 | |
| WSH | 1133 | JAIL | THURSTON | FELONY | INCOMPLETE | 6/2/2015 | 1 | 1 | 22 | 22 |
| WSH | 1134 | JAIL | KING | MISDEMEANOR | FAXED | 6/2/2015 | 0 | 0 | 21 | |
| WSH | 1135 | JAIL | CLARK | MISDEMEANOR | FAXED | 6/2/2015 | 1 | 1 | 20 | |
| WSH | 1136 | JAIL | WHATCOM | FELONY | FAXED | 6/2/2015 | 0 | 0 | 17 | |
| WSH | 1137 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 6/2/2015 | 0 | 0 | 17 | |
| WSH | 1138 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 6/2/2015 | 0 | 0 | 16 | |
| WSH | 1139 | JAIL | LEWIS | MISDEMEANOR | FAXED | 6/2/2015 | 0 | 0 | 15 | |
| WSH | 1140 | JAIL | KING | MISDEMEANOR | FAXED | 6/2/2015 | 0 | 0 | 14 | |
| WSH | 1141 | JAIL | THURSTON | FELONY | FAXED | 6/2/2015 | 0 | 0 | 14 | |
| WSH | 1142 | JAIL | SNOHOMISH | MISDEMEANOR | WITHDRAWN | 6/2/2015 | 0 | 0 | 13 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 1143 | JAIL | KING | MISDEMEANOR | FAXED | 6/2/2015 | 0 | 0 | 10 | |
| WSH | 1144 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 6/2/2015 | 0 | 1 | 7 | |
| WSH | 1145 | JAIL | KITSAP | FELONY | FAXED | 6/2/2015 | 0 | 0 | 7 | |
| WSH | 1146 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/3/2015 | 0 | 0 | 21 | 21 |
| WSH | 1147 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/3/2015 | 0 | 0 | 21 | 21 |
| WSH | 1148 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 6/3/2015 | 0 | 0 | 21 | 21 |
| WSH | 1149 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 6/3/2015 | 0 | 0 | 21 | 21 |
| WSH | 1150 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 6/3/2015 | 0 | 0 | 21 | 21 |
| WSH | 1151 | JAIL | KING | FELONY | INCOMPLETE | 6/3/2015 | 1 | 1 | 21 | 21 |
| WSH | 1152 | JAIL | KING | MISDEMEANOR | FAXED | 6/3/2015 | 1 | 1 | 9 | |
| WSH | 1153 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 6/3/2015 | 0 | 1 | 7 | |
| WSH | 1154 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/4/2015 | 0 | 0 | 20 | 20 |
| WSH | 1155 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 6/4/2015 | 13 | 13 | 20 | 20 |
| WSH | 1156 | JAIL | KING | MISDEMEANOR | FAXED | 6/4/2015 | 1 | 1 | 14 | |
| WSH | 1157 | JAIL | KING | MISDEMEANOR | FAXED | 6/4/2015 | 1 | 6 | 14 | |
| WSH | 1158 | JAIL | KING | MISDEMEANOR | FAXED | 6/4/2015 | 1 | 1 | 11 | |
| WSH | 1159 | JAIL | KING | MISDEMEANOR | FAXED | 6/4/2015 | 0 | 1 | 8 | |
| WSH | 1160 | JAIL | KING | MISDEMEANOR | FAXED | 6/4/2015 | 1 | 1 | 8 | |
| WSH | 1161 | JAIL | SKAGIT | FELONY | FAXED | 6/4/2015 | 0 | 0 | 8 | |
| WSH | 1162 | JAIL | KING | MISDEMEANOR | FAXED | 6/4/2015 | 1 | 1 | 8 | |
| WSH | 1163 | JAIL | KING | MISDEMEANOR | FAXED | 6/4/2015 | 0 | 0 | 1 | |
| WSH | 1164 | JAIL | CLARK | FELONY | INCOMPLETE | 6/5/2015 | 3 | 3 | 19 | 19 |
| WSH | 1165 | JAIL | LEWIS | FELONY | INCOMPLETE | 6/5/2015 | 4 | 4 | 19 | 19 |
| WSH | 1166 | JAIL | THURSTON | MISDEMEANOR | INCOMPLETE | 6/5/2015 | 3 | 3 | 19 | 19 |
| WSH | 1167 | JAIL | THURSTON | MISDEMEANOR | INCOMPLETE | 6/5/2015 | 3 | 3 | 19 | 19 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 1168 | JAIL | CLARK | FELONY | INCOMPLETE | 6/5/2015 | 3 | 3 | 19 | 19 |
| WSH | 1169 | JAIL | THURSTON | MISDEMEANOR | INCOMPLETE | 6/5/2015 | 3 | 3 | 19 | 19 |
| WSH | 1170 | JAIL | KITSAP | MISDEMEANOR | INCOMPLETE | 6/5/2015 | 5 | 5 | 19 | 19 |
| WSH | 1171 | JAIL | SNOHOMISH | MISDEMEANOR | INCOMPLETE | 6/5/2015 | 0 | 0 | 19 | 19 |
| WSH | 1172 | JAIL | KING | FELONY | FAXED | 6/5/2015 | 0 | | 18 | |
| WSH | 1173 | JAIL | KING | MISDEMEANOR | FAXED | 6/5/2015 | 0 | 3 | 18 | |
| WSH | 1174 | JAIL | PIERCE | FELONY | INCOMPLETE | 6/8/2015 | 1 | 1 | 16 | 16 |
| WSH | 1175 | JAIL | KING | FELONY | INCOMPLETE | 6/8/2015 | 2 | 2 | 16 | 16 |
| WSH | 1176 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/8/2015 | 0 | 7 | 16 | 16 |
| WSH | 1177 | JAIL | KITSAP | MISDEMEANOR | INCOMPLETE | 6/8/2015 | 1 | 1 | 16 | 16 |
| WSH | 1178 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/8/2015 | 1 | 1 | 16 | 16 |
| WSH | 1179 | JAIL | KING | 0 | INCOMPLETE | 6/8/2015 | 1 | 1 | 16 | 16 |
| WSH | 1180 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/8/2015 | 1 | 1 | 16 | 16 |
| WSH | 1181 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/8/2015 | 1 | 1 | 16 | 16 |
| WSH | 1182 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 6/8/2015 | 3 | 3 | 15 | |
| WSH | 1183 | JAIL | PIERCE | MISDEMEANOR | WITHDRAWN | 6/8/2015 | 2 | 2 | 14 | |
| WSH | 1184 | JAIL | PIERCE | MISDEMEANOR | FAXED | 6/8/2015 | 1 | 1 | 9 | |
| WSH | 1185 | JAIL | WHATCOM | FELONY | FAXED | 6/8/2015 | 0 | 0 | 7 | |
| WSH | 1186 | JAIL | KING | FELONY | INCOMPLETE | 6/9/2015 | 1 | 1 | 15 | 15 |
| WSH | 1187 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/9/2015 | 0 | 1 | 15 | 15 |
| WSH | 1188 | JAIL | LEWIS | MISDEMEANOR | INCOMPLETE | 6/9/2015 | 1 | 1 | 15 | 15 |
| WSH | 1189 | JAIL | CLARK | FELONY | INCOMPLETE | 6/9/2015 | 0 | 0 | 15 | 15 |
| WSH | 1190 | JAIL | CLARK | FELONY | INCOMPLETE | 6/9/2015 | 0 | 0 | 15 | 15 |
| WSH | 1191 | JAIL | CLARK | FELONY | INCOMPLETE | 6/9/2015 | 1 | 2 | 15 | 15 |
| WSH | 1192 | JAIL | CLARK | MISDEMEANOR | INCOMPLETE | 6/9/2015 | 1 | 1 | 15 | 15 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 1193 | INPATIENT | PIERCE | FELONY CLASS C | BED OFFERED | 6/9/2015 | 1 | 1 | 17 | |
| WSH | 1194 | JAIL | KING | FELONY | FAXED | 6/9/2015 | 0 | 0 | 10 | |
| WSH | 1195 | JAIL | KING | MISDEMEANOR | FAXED | 6/9/2015 | 0 | 1 | 9 | |
| WSH | 1196 | JAIL | CLALLAM | MISDEMEANOR | EVALUATOR CLOSED | 6/9/2015 | 0 | 0 | 8 | |
| WSH | 1197 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 6/9/2015 | 1 | 1 | 7 | |
| WSH | 1198 | INPATIENT | PIERCE | FELONY CLASS C | INCOMPLETE | 6/10/2015 | 0 | 0 | 14 | 14 |
| WSH | 1199 | JAIL | KING | FELONY | INCOMPLETE | 6/10/2015 | 1 | 1 | 14 | 14 |
| WSH | 1200 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/10/2015 | 0 | 1 | 14 | 14 |
| WSH | 1201 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/10/2015 | 0 | 0 | 14 | 14 |
| WSH | 1202 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/10/2015 | 0 | 0 | 14 | 14 |
| WSH | 1203 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/10/2015 | 5 | 5 | 14 | 14 |
| WSH | 1204 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 6/10/2015 | 0 | 0 | 14 | |
| WSH | 1205 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 6/10/2015 | 0 | 0 | 13 | |
| WSH | 1206 | JAIL | KING | MISDEMEANOR | FAXED | 6/10/2015 | 1 | 1 | 13 | |
| WSH | 1207 | JAIL | KING | MISDEMEANOR | FAXED | 6/10/2015 | 0 | 1 | 12 | |
| WSH | 1208 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/11/2015 | 0 | 1 | 13 | 13 |
| WSH | 1209 | JAIL | 0 | MISDEMEANOR | INCOMPLETE | 6/11/2015 | 0 | 0 | 13 | 13 |
| WSH | 1210 | JAIL | GRAYS HARBOR | MISDEMEANOR | INCOMPLETE | 6/11/2015 | 1 | 1 | 13 | 13 |
| WSH | 1211 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 6/11/2015 | 4 | 4 | 13 | 13 |
| WSH | 1212 | JAIL | CLALLAM | MISDEMEANOR | INCOMPLETE | 6/11/2015 | 1 | 5 | 13 | 13 |
| WSH | 1213 | JAIL | KITSAP | MISDEMEANOR | INCOMPLETE | 6/11/2015 | 4 | 4 | 13 | 13 |
| WSH | 1214 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 6/11/2015 | 0 | 0 | 13 | 13 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 1215 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 6/11/2015 | 0 | 0 | 13 | 13 |
| WSH | 1216 | JAIL | SNOHOMISH | MISDEMEANOR | FAXED | 6/11/2015 | 1 | 1 | 12 | |
| WSH | 1217 | INPATIENT | KING | FELONY CLASS C | BED OFFERED | 6/11/2015 | 0 | 0 | 8 | |
| WSH | 1218 | JAIL | KING | MISDEMEANOR | FAXED | 6/11/2015 | 1 | 1 | 8 | |
| WSH | 1219 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 6/11/2015 | 0 | 1 | 7 | |
| WSH | 1220 | INPATIENT | PIERCE | FELONY CLASS C | BED OFFERED | 6/11/2015 | 0 | 0 | 0 | |
| WSH | 1221 | INPATIENT | PIERCE | FELONY CLASS C | BED OFFERED | 6/11/2015 | 0 | 0 | 0 | |
| WSH | 1222 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/12/2015 | 0 | 0 | 12 | 12 |
| WSH | 1223 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/12/2015 | 0 | 0 | 12 | 12 |
| WSH | 1224 | JAIL | KING | MISDEMEANOR | FAXED | 6/12/2015 | 0 | 0 | 12 | |
| WSH | 1225 | JAIL | KING | MISDEMEANOR | FAXED | 6/12/2015 | 0 | 0 | 12 | |
| WSH | 1226 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 6/13/2015 | 2 | 2 | 4 | |
| WSH | 1227 | JAIL | KING | MISDEMEANOR | WITHDRAWN | 6/13/2015 | 2 | 2 | 3 | |
| WSH | 1228 | JAIL | SNOHOMISH | FELONY | INCOMPLETE | 6/15/2015 | 0 | 1 | 9 | 9 |
| WSH | 1229 | JAIL | GRAYS HARBOR | FELONY | INCOMPLETE | 6/15/2015 | 2 | 2 | 9 | 9 |
| WSH | 1230 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/15/2015 | 0 | 0 | 9 | 9 |
| WSH | 1231 | JAIL | CLARK | MISDEMEANOR | INCOMPLETE | 6/15/2015 | 0 | 0 | 9 | 9 |
| WSH | 1232 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/15/2015 | 0 | 0 | 9 | 9 |
| WSH | 1233 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/15/2015 | 0 | 1 | 9 | 9 |
| WSH | 1234 | JAIL | KING | FELONY | INCOMPLETE | 6/15/2015 | 0 | 2 | 9 | 9 |
| WSH | 1235 | JAIL | KING | MISDEMEANOR | FAXED | 6/15/2015 | 0 | 0 | 9 | |
| WSH | 1236 | JAIL | KING | MISDEMEANOR | FAXED | 6/15/2015 | 0 | 1 | 8 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 1237 | JAIL | SKAGIT | MISDEMEANOR | INCOMPLETE | 6/16/2015 | 1 | 1 | 8 | 8 |
| WSH | 1238 | JAIL | WHATCOM | FELONY | INCOMPLETE | 6/16/2015 | 0 | 0 | 8 | 8 |
| WSH | 1239 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 6/16/2015 | 0 | 0 | 8 | 8 |
| WSH | 1240 | JAIL | CLARK | MISDEMEANOR | INCOMPLETE | 6/16/2015 | 1 | 1 | 8 | 8 |
| WSH | 1241 | JAIL | THURSTON | MISDEMEANOR | INCOMPLETE | 6/16/2015 | 1 | 1 | 8 | 8 |
| WSH | 1242 | JAIL | KING | FELONY | INCOMPLETE | 6/16/2015 | 1 | 1 | 8 | 8 |
| WSH | 1243 | JAIL | CLARK | MISDEMEANOR | INCOMPLETE | 6/16/2015 | 1 | 1 | 8 | 8 |
| WSH | 1244 | JAIL | CLARK | MISDEMEANOR | INCOMPLETE | 6/16/2015 | 1 | 1 | 8 | 8 |
| WSH | 1245 | JAIL | MASON | FELONY | INCOMPLETE | 6/16/2015 | 0 | 2 | 8 | 8 |
| WSH | 1246 | JAIL | KING | MISDEMEANOR | FAXED | 6/16/2015 | 0 | 1 | 9 | |
| WSH | 1247 | JAIL | KING | MISDEMEANOR | FAXED | 6/16/2015 | 0 | 1 | 8 | |
| WSH | 1248 | INPATIENT | KING | FELONY CLASS A | INCOMPLETE | 6/17/2015 | 1 | 1 | 7 | 7 |
| WSH | 1249 | JAIL | THURSTON | MISDEMEANOR | INCOMPLETE | 6/17/2015 | 2 | 2 | 7 | 7 |
| WSH | 1250 | JAIL | CLARK | MISDEMEANOR | INCOMPLETE | 6/17/2015 | 0 | 0 | 7 | 7 |
| WSH | 1251 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/17/2015 | 0 | 1 | 7 | 7 |
| WSH | 1252 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 6/17/2015 | 1 | 1 | 7 | 7 |
| WSH | 1253 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/17/2015 | 0 | 0 | 7 | 7 |
| WSH | 1254 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/17/2015 | 1 | 1 | 7 | 7 |
| WSH | 1255 | JAIL | THURSTON | MISDEMEANOR | INCOMPLETE | 6/17/2015 | 1 | 5 | 7 | 7 |
| WSH | 1256 | JAIL | JEFFERSON | MISDEMEANOR | INCOMPLETE | 6/17/2015 | 0 | 0 | 7 | 7 |
| WSH | 1257 | JAIL | CLARK | MISDEMEANOR | INCOMPLETE | 6/17/2015 | 0 | 0 | 7 | 7 |
| WSH | 1258 | JAIL | KITSAP | FELONY | INCOMPLETE | 6/17/2015 | 0 | 0 | 7 | 7 |
| WSH | 1259 | JAIL | 0 | 0 | INCOMPLETE | 6/17/2015 | 0 | 0 | 7 | 7 |
| WSH | 1260 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/17/2015 | 0 | 0 | 7 | 7 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 1261 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 6/18/2015 | 0 | 0 | 6 | 6 |
| WSH | 1262 | JAIL | WHATCOM | FELONY | INCOMPLETE | 6/18/2015 | 0 | 0 | 6 | 6 |
| WSH | 1263 | JAIL | KING | MISDEMEANOR | FAXED | 6/18/2015 | 0 | 1 | 6 | |
| WSH | 1264 | INPATIENT | COWLITZ | FELONY CLASS B | INCOMPLETE | 6/19/2015 | 3 | 3 | 5 | 5 |
| WSH | 1265 | JAIL | CLARK | FELONY | INCOMPLETE | 6/19/2015 | 3 | 3 | 5 | 5 |
| WSH | 1266 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 6/19/2015 | 0 | 0 | 5 | 5 |
| WSH | 1267 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/19/2015 | 0 | 3 | 5 | 5 |
| WSH | 1268 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/19/2015 | 0 | 0 | 5 | 5 |
| WSH | 1269 | JAIL | KING | FELONY | INCOMPLETE | 6/19/2015 | 0 | 0 | 5 | 5 |
| WSH | 1270 | JAIL | KING | 0 | INCOMPLETE | 6/19/2015 | 3 | 3 | 5 | 5 |
| WSH | 1271 | JAIL | CLARK | MISDEMEANOR | INCOMPLETE | 6/19/2015 | 3 | 3 | 5 | 5 |
| WSH | 1272 | JAIL | KING | FELONY | INCOMPLETE | 6/22/2015 | 1 | 0 | 2 | 2 |
| WSH | 1273 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/22/2015 | 0 | 1 | 2 | 2 |
| WSH | 1274 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/22/2015 | 0 | 0 | 2 | 2 |
| WSH | 1275 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/22/2015 | 0 | 1 | 2 | 2 |
| WSH | 1276 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/22/2015 | 1 | 1 | 2 | 2 |
| WSH | 1277 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/22/2015 | 0 | 0 | 2 | 2 |
| WSH | 1278 | JAIL | KING | FELONY | INCOMPLETE | 6/22/2015 | 0 | 0 | 2 | 2 |
| WSH | 1279 | JAIL | KING | FELONY | INCOMPLETE | 6/22/2015 | 0 | 1 | 2 | 2 |
| WSH | 1280 | JAIL | THURSTON | MISDEMEANOR | INCOMPLETE | 6/22/2015 | 0 | 0 | 2 | 2 |
| WSH | 1281 | JAIL | KING | FELONY | INCOMPLETE | 6/22/2015 | 0 | 0 | 2 | 2 |
| WSH | 1282 | JAIL | 0 | 0 | INCOMPLETE | 6/23/2015 | 0 | 0 | 1 | 1 |
| WSH | 1283 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/23/2015 | 1 | 1 | 1 | 1 |
| WSH | 1284 | JAIL | THURSTON | MISDEMEANOR | INCOMPLETE | 6/23/2015 | 0 | 1 | 1 | 1 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 1285 | JAIL | PIERCE | MISDEMEANOR | INCOMPLETE | 6/23/2015 | 0 | 0 | 1 | 1 |
| WSH | 1286 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/23/2015 | 0 | 0 | 1 | 1 |
| WSH | 1287 | JAIL | THURSTON | FELONY | INCOMPLETE | 6/23/2015 | 1 | 1 | 1 | 1 |
| WSH | 1288 | JAIL | KING | MISDEMEANOR | INCOMPLETE | 6/24/2015 | 1 | 1 | 0 | 0 |
| ESH | 210 | JAIL | SPOKANE | FELONY | FAX | 3/25/2015 | 1 | 7 | 55 | |
| ESH | 213 | JAIL | GRANT | MISDEMEANOR | FAX | 3/25/2015 | 1 | 7 | 58 | |
| ESH | 217 | JAIL | SPOKANE | FELONY | FAX | 3/26/2015 | 0 | 6 | 56 | |
| ESH | 219 | JAIL | OKANOGAN | FELONY | FAX | 3/27/2015 | 3 | 5 | 41 | |
| ESH | 223 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 3/31/2015 | 1 | 2 | 57 | |
| ESH | 224 | JAIL | CHELAN | MISDEMEANOR | FAX | 3/31/2015 | 6 | 8 | 56 | |
| ESH | 234 | JAIL | YAKIMA | FELONY | FAX | 4/7/2015 | 0 | 22 | | 78 |
| ESH | 241 | JAIL | YAKIMA | FELONY | FAX | 4/9/2015 | 1 | 4 | | 76 |
| ESH | 242 | JAIL | YAKIMA | FELONY | FAX | 4/9/2015 | 1 | 4 | | 76 |
| ESH | 245 | JAIL | KITTITAS | FELONY | FAX | 4/13/2015 | 2 | 3 | | 72 |
| ESH | 246 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 4/13/2015 | 0 | 2 | 72 | |
| ESH | 247 | JAIL | YAKIMA | MISDEMEANOR | FAX | 4/20/2015 | 1 | 1 | 30 | |
| ESH | 248 | JAIL | SPOKANE | FELONY | FAX | 4/20/2015 | 1 | 3 | 35 | |
| ESH | 249 | JAIL | FRANKLIN | FELONY | ADMISSION | 4/14/2015 | 1 | 2 | 71 | |
| ESH | 251 | JAIL | SPOKANE | FELONY | ADMISSION | 4/16/2015 | 0 | 11 | | 69 |
| ESH | 253 | JAIL | YAKIMA | FELONY | FAX | 4/16/2015 | 0 | 7 | | 69 |
| ESH | 256 | JAIL | GRANT | MISDEMEANOR | FAX | 4/17/2015 | 0 | 0 | | 68 |
| ESH | 257 | JAIL | CHELAN | FELONY | FAX | 4/20/2015 | 1 | 3 | | 65 |
| ESH | 261 | JAIL | GRANT | FELONY | ADMISSION | 4/21/2015 | 1 | 3 | | 64 |
| ESH | 263 | JAIL | KITTITAS | MISDEMEANOR | ADMISSION | 4/23/2015 | 0 | 1 | 21 | |
| ESH | 266 | JAIL | YAKIMA | FELONY | ADMISSION | 4/23/2015 | 0 | 1 | 62 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 466 | JAIL | SPOKANE | FELONY | FAX | 2/24/2015 | 1 | 7 | 45 | |
| ESH | 471 | JAIL | SPOKANE | MISDEMEANOR | FAX | 3/18/2015 | 0 | 2 | 51 | |
| ESH | 476 | JAIL | SPOKANE | FELONY | ADMISSION | 1/9/2015 | 60 | 61 | | 166 |
| ESH | 477 | JAIL | YAKIMA | MISDEMEANOR | FAX | 5/5/2015 | 0 | 0 | 17 | |
| ESH | 479 | JAIL | GRANT | MISDEMEANOR | FAX | 1/21/2015 | 16 | 76 | 121 | |
| ESH | 498 | JAIL | SPOKANE | FELONY | FAX | 2/12/2015 | 0 | 5 | 126 | |
| ESH | 498 | JAIL | SPOKANE | FELONY | ADMISSION | 2/12/2015 | 0 | 5 | | 132 |
| ESH | 510 | JAIL | WALLA WALLA | FELONY | FAX | 2/20/2015 | 19 | 20 | 75 | |
| ESH | 512 | JAIL | YAKIMA | MISDEMEANOR | FAX | 2/25/2015 | 7 | 9 | 77 | |
| ESH | 514 | JAIL | SPOKANE | FELONY | FAX | 2/25/2015 | 1 | 6 | 51 | |
| ESH | 515 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 2/25/2015 | 1 | 6 | 65 | |
| ESH | 516 | JAIL | BENTON | FELONY | FAX | 6/18/2015 | 4 | 5 | | 6 |
| ESH | 522 | JAIL | CHELAN | FELONY | FAX | 3/2/2015 | 2 | 4 | 66 | |
| ESH | 523 | JAIL | CHELAN | FELONY | FAX | 3/2/2015 | 2 | 4 | 70 | |
| ESH | 524 | JAIL | BENTON | MISDEMEANOR | FAX | 3/4/2015 | 0 | 5 | 58 | |
| ESH | 528 | JAIL | SPOKANE | FELONY | FAX | 3/11/2015 | 0 | 2 | 68 | |
| ESH | 530 | JAIL | SPOKANE | FELONY | FAX | 3/12/2015 | 0 | 5 | 76 | |
| ESH | 532 | JAIL | SPOKANE | FELONY | FAX | 3/12/2015 | 1 | 5 | 61 | |
| ESH | 534 | JAIL | CHELAN | FELONY | FAX | 3/16/2015 | 16 | 17 | 99 | |
| ESH | 535 | JAIL | SPOKANE | MISDEMEANOR | FAX | 3/16/2015 | 0 | 4 | 74 | |
| ESH | 537 | JAIL | CHELAN | FELONY | FAX | 3/18/2015 | 6 | 8 | 97 | |
| ESH | 538 | JAIL | SPOKANE | FELONY | FAX | 3/19/2015 | 0 | 1 | 60 | |
| ESH | 539 | JAIL | FRANKLIN | FELONY | FAX | 3/28/2015 | 34 | 38 | | 88 |
| ESH | 539 | JAIL | FRANKLIN | FELONY | FAX | 3/28/2015 | 34 | 38 | 104 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 542 | JAIL | BENTON | FELONY | FAX | 4/22/2015 | 29 | 34 | | 63 |
| ESH | 545 | JAIL | SPOKANE | FELONY | FAX | 4/27/2015 | 0 | 1 | | 58 |
| ESH | 546 | JAIL | SPOKANE | FELONY | FAX | 4/27/2015 | 18 | 23 | | 58 |
| ESH | 547 | JAIL | YAKIMA | MISDEMEANOR | FAX | 4/28/2015 | 3 | 15 | | 57 |
| ESH | 548 | JAIL | STEVENS | FELONY | FAX | 4/28/2015 | 0 | 2 | | 57 |
| ESH | 550 | JAIL | STEVENS | MISDEMEANOR | FAX | 4/28/2015 | 1 | 7 | | 57 |
| ESH | 553 | JAIL | BENTON | MISDEMEANOR | FAX | 4/29/2015 | 0 | 6 | | 56 |
| ESH | 554 | JAIL | SPOKANE | FELONY | FAX | 4/29/2015 | 1 | 6 | 55 | |
| ESH | 555 | JAIL | ASOTIN | FELONY | FAX | 4/29/2015 | 6 | 12 | | 56 |
| ESH | 749 | JAIL | SPOKANE | MISDEMEANOR | FAX | 3/3/2015 | 0 | 0 | 16 | |
| ESH | 749 | JAIL | SPOKANE | FELONY | FAX | 5/5/2015 | 1 | 6 | 44 | |
| ESH | 750 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 5/12/2015 | 0 | 2 | 9 | |
| ESH | 751 | JAIL | WALLA WALLA | FELONY | ADMISSION | 5/21/2015 | 1 | 6 | | 34 |
| ESH | 752 | JAIL | SPOKANE | FELONY | FAX | 4/2/2015 | 0 | 1 | 55 | |
| ESH | 753 | JAIL | PEND OREILLE | FELONY | FAX | 5/7/2015 | 6 | 8 | | 48 |
| ESH | 755 | JAIL | BENTON | FELONY | ADMISSION | 4/22/2015 | 0 | 0 | | 63 |
| ESH | 757 | JAIL | SPOKANE | FELONY | FAX | 3/24/2015 | 0 | 2 | 57 | |
| ESH | 758 | JAIL | BENTON | FELONY | FAX | 5/7/2015 | 5 | 7 | | 48 |
| ESH | 759 | JAIL | SPOKANE | FELONY | FAX | 5/1/2015 | 4 | 10 | | 54 |
| ESH | 760 | JAIL | FRANKLIN | FELONY | FAX | 3/24/2015 | 0 | 6 | 85 | |
| ESH | 762 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 5/18/2015 | 2 | 8 | | 37 |
| ESH | 763 | JAIL | CHELAN | MISDEMEANOR | FAX | 4/7/2015 | 2 | 6 | 77 | |
| ESH | 764 | JAIL | SPOKANE | MISDEMEANOR | FAX | 5/13/2015 | 8 | 13 | | 42 |
| ESH | 765 | JAIL | SPOKANE | FELONY | FAX | 5/19/2015 | 3 | 7 | | 36 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 766 | JAIL | SPOKANE | FELONY | FAX | 2/26/2015 | 28 | 34 | 91 | |
| ESH | 768 | JAIL | YAKIMA | FELONY | FAX | 5/5/2015 | 1 | 6 | | 50 |
| ESH | 768 | JAIL | YAKIMA | FELONY | FAX | 5/5/2015 | 1 | 6 | 62 | |
| ESH | 769 | JAIL | KLICKITAT | FELONY | FAX | 5/5/2015 | 0 | 10 | | 50 |
| ESH | 769 | JAIL | KLICKITAT | FELONY | FAX | 5/5/2015 | 0 | 10 | 70 | |
| ESH | 770 | JAIL | KITTITAS | MISDEMEANOR | FAX | 5/6/2015 | 2 | 5 | | 49 |
| ESH | 770 | JAIL | KITTITAS | MISDEMEANOR | FAX | 5/6/2015 | 2 | 5 | 55 | |
| ESH | 771 | JAIL | SPOKANE | FELONY | FAX | 5/7/2015 | 1 | 4 | 47 | |
| ESH | 772 | JAIL | SPOKANE | FELONY | FAX | 5/19/2015 | 2 | 7 | | 36 |
| ESH | 773 | JAIL | CHELAN | FELONY | FAX | 5/20/2015 | 2 | 6 | | 35 |
| ESH | 774 | JAIL | BENTON | FELONY | FAX | 5/14/2015 | 1 | 6 | | 41 |
| ESH | 775 | JAIL | CHELAN | FELONY | FAX | 5/20/2015 | 2 | 6 | | 35 |
| ESH | 776 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 5/20/2015 | 2 | 6 | | 35 |
| ESH | 777 | JAIL | SPOKANE | MISDEMEANOR | ADMISSION | 2/17/2015 | 51 | 69 | 77 | |
| ESH | 778 | JAIL | BENTON | MISDEMEANOR | FAX | 5/20/2015 | 1 | 6 | | 35 |
| ESH | 779 | JAIL | CHELAN | FELONY | FAX | 5/18/2015 | 3 | 8 | | 37 |
| ESH | 780 | JAIL | SPOKANE | MISDEMEANOR | ADMISSION | 5/20/2015 | 1 | 7 | | 35 |
| ESH | 781 | JAIL | BENTON | MISDEMEANOR | FAX | 5/20/2015 | 1 | 13 | | 35 |
| ESH | 782 | JAIL | BENTON | MISDEMEANOR | FAX | 5/14/2015 | 1 | 5 | | 41 |
| ESH | 784 | JAIL | WALLA WALLA | FELONY | FAX | 5/13/2015 | 0 | 2 | | 42 |
| ESH | 785 | JAIL | SPOKANE | FELONY | FAX | 5/15/2015 | 5 | 11 | | 40 |
| ESH | 984 | JAIL | YAKIMA | FELONY | FAX | 5/21/2015 | 8 | 12 | | 34 |
| ESH | 985 | JAIL | FRANKLIN | FELONY | FAX | 5/19/2015 | 7 | 14 | | 36 |
| ESH | 986 | JAIL | SPOKANE | FELONY | FAX | 5/29/2015 | 6 | 7 | | 26 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 987 | JAIL | YAKIMA | FELONY | FAX | 5/28/2015 | 1 | 5 | | 27 |
| ESH | 988 | JAIL | BENTON | MISDEMEANOR | FAX | 4/8/2015 | 51 | 55 | | 77 |
| ESH | 989 | JAIL | SPOKANE | MISDEMEANOR | FAX | 5/1/2015 | 0 | 4 | 4 | |
| ESH | 990 | JAIL | BENTON | FELONY | FAX | 5/6/2015 | 29 | 30 | | 49 |
| ESH | 991 | JAIL | SPOKANE | FELONY | ADMISSION | 1/2/2015 | 3 | 5 | 146 | |
| ESH | 992 | JAIL | SPOKANE | MISDEMEANOR | FAX | 5/7/2015 | 0 | 0 | 18 | |
| ESH | 993 | JAIL | YAKIMA | MISDEMEANOR | FAX | 5/22/2015 | 7 | 11 | | 33 |
| ESH | 994 | JAIL | BENTON | FELONY | FAX | 4/2/2015 | 4 | 6 | 76 | |
| ESH | 995 | JAIL | CHELAN | MISDEMEANOR | FAX | 5/21/2015 | 5 | 12 | | 34 |
| ESH | 996 | JAIL | YAKIMA | FELONY | ADMISSION | 2/11/2015 | 0 | 1 | 106 | |
| ESH | 997 | JAIL | BENTON | MISDEMEANOR | FAX | 5/14/2015 | 15 | 15 | | 41 |
| ESH | 998 | JAIL | SPOKANE | FELONY | FAX | 3/31/2015 | 0 | 1 | 44 | |
| ESH | 999 | JAIL | SPOKANE | MISDEMEANOR | FAX | 4/2/2015 | 0 | 0 | 42 | |
| ESH | 1125 | JAIL | YAKIMA | MISDEMEANOR | ADMISSION | 5/20/2015 | 28 | 28 | | 35 |
| ESH | 1126 | JAIL | SPOKANE | FELONY | ADMISSION | 2/25/2015 | 1 | 5 | | 119 |
| ESH | 1127 | JAIL | BENTON | FELONY | FAX | 3/18/2015 | 6 | 8 | 37 | |
| ESH | 1289 | JAIL | YAKIMA | MISDEMEANOR | FAX | 4/17/2015 | 0 | 6 | | 68 |
| ESH | 1290 | JAIL | BENTON | MISDEMEANOR | FAX | 4/23/2015 | 0 | 5 | | 62 |
| ESH | 1291 | JAIL | YAKIMA | FELONY | FAX | 6/9/2015 | 0 | 3 | | 15 |
| ESH | 1292 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 4/6/2015 | 1 | 4 | | 79 |
| ESH | 1293 | JAIL | KITTITAS | MISDEMEANOR | FAX | 5/10/2015 | 3 | 5 | | 45 |
| ESH | 1294 | JAIL | CHELAN | FELONY | FAX | 2/25/2015 | 1 | 6 | 85 | |
| ESH | 1295 | JAIL | BENTON | MISDEMEANOR | FAX | 5/7/2015 | 4 | 5 | | 48 |
| ESH | 1296 | JAIL | SPOKANE | MISDEMEANOR | FAX | 2/27/2015 | 3 | 21 | 73 | |
| ESH | 1297 | JAIL | YAKIMA | MISDEMEANOR | FAX | 4/14/2015 | 1 | 2 | | 71 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 1298 | JAIL | YAKIMA | MISDEMEANOR | FAX | 6/9/2015 | 0 | 7 | | 15 |
| ESH | 1299 | JAIL | SPOKANE | MISDEMEANOR | FAX | 6/11/2015 | 0 | 1 | | 13 |
| ESH | 1300 | JAIL | SPOKANE | FELONY | FAX | 4/9/2015 | 1 | 4 | | 76 |
| ESH | 1301 | JAIL | SPOKANE | MISDEMEANOR | FAX | 6/11/2015 | 6 | 7 | | 13 |
| ESH | 1302 | JAIL | YAKIMA | MISDEMEANOR | FAX | 4/6/2015 | 1 | 8 | | 79 |
| ESH | 1303 | JAIL | COLUMBIA | MISDEMEANOR | FAX | 4/29/2015 | 1 | 6 | | 56 |
| ESH | 1304 | JAIL | CHELAN | MISDEMEANOR | FAX | 5/12/2015 | 1 | 3 | | 43 |
| ESH | 1305 | JAIL | BENTON | MISDEMEANOR | FAX | 4/8/2015 | 1 | 5 | | 77 |
| ESH | 1306 | JAIL | SPOKANE | FELONY | FAX | 6/2/2015 | 1 | 3 | | 22 |
| ESH | 1307 | JAIL | BENTON | FELONY | FAX | 6/11/2015 | 4 | 4 | | 13 |
| ESH | 1308 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 6/5/2015 | 0 | 3 | | 19 |
| ESH | 1309 | JAIL | GRANT | MISDEMEANOR | FAX | 1/29/2015 | 5 | 11 | 112 | |
| ESH | 1310 | JAIL | FRANKLIN | FELONY | FAX | 2/3/2015 | 1 | 6 | 87 | |
| ESH | 1311 | JAIL | YAKIMA | MISDEMEANOR | FAX | 4/7/2015 | 0 | 6 | | 78 |
| ESH | 1312 | JAIL | SPOKANE | FELONY | FAX | 6/10/2015 | 8 | 8 | | 14 |
| ESH | 1313 | JAIL | SPOKANE | FELONY | FAX | 1/23/2015 | 19 | 20 | 95 | |
| ESH | 1314 | JAIL | SPOKANE | MISDEMEANOR | FAX | 6/3/2015 | 1 | 2 | | 21 |
| ESH | 1315 | JAIL | YAKIMA | FELONY | FAX | 2/13/2015 | 4 | 11 | 78 | |
| ESH | 1316 | JAIL | YAKIMA | MISDEMEANOR | FAX | 2/19/2015 | 0 | 7 | 97 | |
| ESH | 1317 | JAIL | SPOKANE | MISDEMEANOR | FAX | 2/17/2015 | 1 | 7 | 76 | |
| ESH | 1318 | JAIL | BENTON | FELONY | FAX | 2/11/2015 | 6 | 13 | 89 | |
| ESH | 1319 | JAIL | SPOKANE | MISDEMEANOR | FAX | 6/16/2015 | 1 | 2 | | 8 |
| ESH | 1320 | JAIL | SPOKANE | MISDEMEANOR | ADMISSION | 3/3/2015 | 0 | 0 | | 113 |
| ESH | 1321 | JAIL | SPOKANE | MISDEMEANOR | FAX | 2/27/2015 | 3 | 7 | 91 | |
| ESH | 1322 | JAIL | BENTON | FELONY | FAX | 2/18/2015 | 12 | 13 | 98 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 1323 | JAIL | SPOKANE | MISDEMEANOR | FAX | 3/2/2015 | 0 | 4 | 60 | |
| ESH | 1324 | JAIL | SPOKANE | FELONY | FAX | 5/26/2015 | 0 | 7 | | 29 |
| ESH | 1325 | JAIL | SPOKANE | MISDEMEANOR | FAX | 3/4/2015 | 0 | 2 | | 112 |
| ESH | 1326 | JAIL | OKANOGAN | FELONY | FAX | 5/20/2015 | 6 | 13 | | 35 |
| ESH | 1327 | JAIL | BENTON | MISDEMEANOR | FAX | 4/8/2015 | 1 | 1 | 51 | |
| ESH | 1328 | JAIL | SPOKANE | MISDEMEANOR | FAX | 2/18/2015 | 21 | 23 | 93 | |
| ESH | 1329 | JAIL | GRANT | MISDEMEANOR | FAX | 3/12/2015 | 0 | 5 | 78 | |
| ESH | 1330 | JAIL | YAKIMA | MISDEMEANOR | FAX | 3/4/2015 | 22 | 28 | 62 | |
| ESH | 1331 | JAIL | YAKIMA | MISDEMEANOR | FAX | 5/27/2015 | 6 | 9 | | 28 |
| ESH | 1332 | JAIL | SPOKANE | MISDEMEANOR | FAX | 2/6/2015 | 62 | 62 | 112 | |
| ESH | 1333 | JAIL | SPOKANE | MISDEMEANOR | FAX | 3/31/2015 | 0 | 1 | | 85 |
| ESH | 1334 | JAIL | SPOKANE | MISDEMEANOR | FAX | 6/2/2015 | 2 | 3 | | 22 |
| ESH | 1335 | JAIL | BENTON | MISDEMEANOR | FAX | 4/1/2015 | 0 | 1 | | 84 |
| ESH | 1336 | JAIL | BENTON | MISDEMEANOR | FAX | 4/8/2015 | 1 | 5 | | 77 |
| ESH | 1337 | JAIL | FRANKLIN | FELONY | FAX | 4/7/2015 | 2 | 6 | | 78 |
| ESH | 1338 | JAIL | YAKIMA | FELONY | FAX | 4/9/2015 | 1 | 4 | | 76 |
| ESH | 1339 | JAIL | BENTON | MISDEMEANOR | FAX | 4/9/2015 | 1 | 4 | | 76 |
| ESH | 1340 | JAIL | YAKIMA | FELONY | ADMISSION | 3/26/2015 | 6 | 27 | | 90 |
| ESH | 1341 | JAIL | BENTON | MISDEMEANOR | FAX | 4/21/2015 | 0 | 2 | | 64 |
| ESH | 1342 | JAIL | SPOKANE | MISDEMEANOR | FAX | 4/21/2015 | 0 | 2 | | 64 |
| ESH | 1343 | JAIL | BENTON | MISDEMEANOR | FAX | 4/22/2015 | 0 | 2 | | 63 |
| ESH | 1344 | JAIL | BENTON | MISDEMEANOR | FAX | 4/22/2015 | 0 | 2 | | 63 |
| ESH | 1345 | JAIL | SPOKANE | FELONY | FAX | 3/10/2015 | 44 | 45 | | 106 |
| ESH | 1346 | JAIL | CHELAN | MISDEMEANOR | FAX | 4/14/2015 | 3 | 10 | | 71 |
| ESH | 1347 | JAIL | GRANT | MISDEMEANOR | FAX | 6/17/2015 | 0 | 1 | 5 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 1348 | INPATIENT | GRANT | MISDEMEANOR | ADMISSION | 6/17/2015 | 0 | 1 | | 7 |
| ESH | 1349 | JAIL | BENTON | FELONY | FAX | 4/23/2015 | 4 | 5 | | 62 |
| ESH | 1350 | JAIL | SPOKANE | FELONY | FAX | 4/24/2015 | 4 | 5 | | 61 |
| ESH | 1351 | JAIL | YAKIMA | MISDEMEANOR | FAX | 4/14/2015 | 8 | 15 | | 71 |
| ESH | 1352 | JAIL | SPOKANE | FELONY | FAX | 2/26/2015 | 63 | 68 | | 118 |
| ESH | 1353 | JAIL | WALLA WALLA | FELONY | FAX | 5/4/2015 | 7 | 50 | | 51 |
| ESH | 1354 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 6/24/2015 | 0 | 0 | | 0 |
| ESH | 1355 | JAIL | CHELAN | MISDEMEANOR | FAX | 5/1/2015 | 4 | 10 | | 54 |
| ESH | 1356 | JAIL | YAKIMA | MISDEMEANOR | FAX | 5/5/2015 | 2 | 6 | | 50 |
| ESH | 1357 | JAIL | CHELAN | MISDEMEANOR | FAX | 5/6/2015 | 1 | 5 | | 49 |
| ESH | 1358 | JAIL | SPOKANE | MISDEMEANOR | FAX | 4/21/2015 | 16 | 20 | | 64 |
| ESH | 1359 | JAIL | BENTON | MISDEMEANOR | FAX | 5/8/2015 | 3 | 4 | | 47 |
| ESH | 1360 | JAIL | YAKIMA | MISDEMEANOR | FAX | 5/6/2015 | 5 | 6 | | 49 |
| ESH | 1361 | JAIL | YAKIMA | FELONY | FAX | 5/12/2015 | 0 | 2 | | 43 |
| ESH | 1362 | JAIL | CHELAN | MISDEMEANOR | FAX | 5/11/2015 | 2 | 4 | | 44 |
| ESH | 1363 | JAIL | BENTON | MISDEMEANOR | FAX | 5/13/2015 | 0 | 2 | | 42 |
| ESH | 1364 | JAIL | SPOKANE | MISDEMEANOR | FAX | 5/21/2015 | 6 | 12 | | 34 |
| ESH | 1365 | JAIL | YAKIMA | MISDEMEANOR | FAX | 5/18/2015 | 3 | 10 | | 37 |
| ESH | 1366 | JAIL | CHELAN | FELONY | FAX | 5/18/2015 | 4 | 8 | | 37 |
| ESH | 1367 | JAIL | BENTON | MISDEMEANOR | FAX | 5/28/2015 | 1 | 5 | | 27 |
| ESH | 1368 | JAIL | BENTON | MISDEMEANOR | FAX | 5/28/2015 | 1 | 5 | | 27 |
| ESH | 1369 | JAIL | SPOKANE | MISDEMEANOR | FAX | 6/1/2015 | 3 | 4 | | 23 |
| ESH | 1370 | JAIL | SPOKANE | MISDEMEANOR | FAX | 6/12/2015 | 3 | 3 | | 12 |
| ESH | 1371 | JAIL | KITTITAS | MISDEMEANOR | FAX | 6/3/2015 | 1 | 2 | | 21 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 1372 | JAIL | SPOKANE | MISDEMEANOR | FAX | 6/4/2015 | 0 | 1 | | 20 |
| ESH | 1373 | JAIL | BENTON | MISDEMEANOR | FAX | 5/27/2015 | 2 | 12 | | 28 |
| ESH | 1374 | JAIL | GRANT | FELONY | FAX | 6/1/2015 | 4 | 7 | | 23 |
| ESH | 1375 | JAIL | SPOKANE | FELONY | FAX | 5/12/2015 | 27 | 28 | | 43 |
| ESH | 1376 | JAIL | BENTON | FELONY | FAX | 6/3/2015 | 5 | 6 | | 21 |
| ESH | 1377 | JAIL | SPOKANE | MISDEMEANOR | FAX | 6/9/2015 | 0 | 2 | | 15 |
| ESH | 1378 | JAIL | SPOKANE | MISDEMEANOR | FAX | 6/11/2015 | 0 | 0 | | 13 |
| ESH | 1379 | JAIL | BENTON | FELONY | FAX | 6/10/2015 | 5 | 5 | | 14 |
| ESH | 1380 | JAIL | SPOKANE | MISDEMEANOR | FAX | 6/15/2015 | 1 | 2 | | 9 |
| ESH | 1381 | JAIL | YAKIMA | MISDEMEANOR | FAX | 6/15/2015 | 1 | 2 | | 9 |
| ESH | 1382 | JAIL | YAKIMA | MISDEMEANOR | FAX | 6/10/2015 | 6 | 7 | | 14 |
| ESH | 1383 | JAIL | CHELAN | MISDEMEANOR | FAX | 6/16/2015 | 0 | 1 | | 8 |
| ESH | 1384 | JAIL | CHELAN | MISDEMEANOR | FAX | 6/18/2015 | 1 | 1 | | 6 |
| ESH | 1385 | JAIL | GRANT | FELONY | FAX | 6/15/2015 | 2 | 3 | | 9 |
| ESH | 1386 | JAIL | FRANKLIN | FELONY | FAX | 6/8/2015 | 9 | 10 | | 16 |
| ESH | 1387 | JAIL | CHELAN | FELONY | FAX | 6/17/2015 | 1 | 1 | | 7 |
| ESH | 1388 | JAIL | SPOKANE | FELONY | FAX | 6/16/2015 | 2 | 3 | | 8 |
| ESH | 1389 | JAIL | GRANT | MISDEMEANOR | FAX | 6/18/2015 | 0 | 1 | | 6 |
| ESH | 1390 | JAIL | SPOKANE | FELONY | FAX | 6/17/2015 | 1 | 2 | | 7 |
| ESH | 1391 | JAIL | SPOKANE | FELONY | FAX | 6/23/2015 | 0 | 0 | | 1 |
| ESH | 1392 | JAIL | YAKIMA | MISDEMEANOR | FAX | 4/13/2015 | 2 | 10 | 37 | |
| ESH | 1393 | INPATIENT | SPOKANE | FELONY | ADMISSION | 6/19/2015 | 4 | 4 | | 5 |
| ESH | 1394 | JAIL | BENTON | MISDEMEANOR | FAX | 6/17/2015 | 0 | 5 | | 7 |
| ESH | 1395 | JAIL | SPOKANE | MISDEMEANOR | FAX | 3/12/2015 | 1 | 29 | 60 | |
| ESH | 1396 | JAIL | SPOKANE | MISDEMEANOR | ADMISSION | 4/16/2015 | 6 | 6 | 34 | |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 1397 | JAIL | CHELAN | MISDEMEANOR | FAX | 3/17/2015 | 8 | 9 | | 99 |
| ESH | 1398 | JAIL | BENTON | MISDEMEANOR | FAX | 4/29/2015 | 0 | 6 | | 56 |
| ESH | 1399 | JAIL | SPOKANE | MISDEMEANOR | FAX | 5/15/2015 | 0 | 6 | | 40 |
| ESH | 1400 | JAIL | YAKIMA | FELONY | FAX | 4/3/2015 | 0 | 0 | | 82 |
| ESH | 1401 | JAIL | SPOKANE | FELONY | FAX | 2/23/2015 | 1 | 1 | 46 | |
| ESH | 1402 | INPATIENT | SPOKANE | MISDEMEANOR | ADMISSION | 6/2/2015 | 2 | 3 | | 22 |
| ESH | 1403 | JAIL | FRANKLIN | FELONY | FAX | 6/9/2015 | 8 | 9 | | 15 |
| ESH | 1404 | JAIL | SPOKANE | MISDEMEANOR | FAX | 6/3/2015 | 1 | 2 | | 21 |
| ESH | 1405 | JAIL | YAKIMA | MISDEMEANOR | FAX | 6/4/2015 | 1 | 4 | | 20 |
| ESH | 1406 | JAIL | ADAMS | FELONY | FAX | 3/23/2015 | 1 | 1 | | 93 |
| ESH | 1407 | JAIL | SPOKANE | MISDEMEANOR | FAX | 6/9/2015 | 0 | 1 | | 15 |
| ESH | 1408 | JAIL | SPOKANE | FELONY | FAX | 2/13/2015 | 4 | 10 | 59 | |
| ESH | 1409 | JAIL | SPOKANE | MISDEMEANOR | FAX | 1/14/2015 | 0 | 90 | 112 | |
| ESH | 1410 | JAIL | SPOKANE | FELONY | FAX | 3/16/2015 | 0 | 7 | 53 | |
| ESH | 1411 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 4/6/2015 | 1 | 4 | | 79 |
| ESH | 1412 | JAIL | SPOKANE | MISDEMEANOR | FAX | 6/2/2015 | 0 | 3 | | 22 |
| ESH | 1413 | JAIL | SPOKANE | FELONY | FAX | 2/24/2015 | 30 | 36 | 76 | |
| ESH | 1414 | JAIL | BENTON | MISDEMEANOR | FAX | 4/15/2015 | 0 | 1 | | 70 |
| ESH | 1415 | JAIL | SPOKANE | FELONY | FAX | 6/16/2015 | 2 | 3 | | 8 |
| ESH | 1416 | JAIL | FRANKLIN | MISDEMEANOR | FAX | 6/16/2015 | 0 | 1 | | 8 |
| ESH | 1417 | JAIL | SPOKANE | MISDEMEANOR | FAX | 6/16/2015 | 1 | 1 | | 8 |
| ESH | 1418 | JAIL | CHELAN | FELONY | FAX | 2/9/2015 | 2 | 3 | 64 | |
| ESH | 1419 | JAIL | CHELAN | MISDEMEANOR | FAX | 6/19/2015 | 3 | 3 | | 5 |
| ESH | 1420 | JAIL | SPOKANE | FELONY | FAX | 6/16/2015 | 2 | 2 | | 8 |
| ESH | 1421 | JAIL | CHELAN | MISDEMEANOR | FAX | 4/8/2015 | 5 | 7 | | 77 |

| Hospital | Class Member | Location | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 1422 | JAIL | BENTON | MISDEMEANOR | FAX | 5/13/2015 | 0 | 2 | | 42 |
| ESH | 1423 | JAIL | GRANT | MISDEMEANOR | FAX | 6/24/2015 | 0 | 0 | | 0 |
| ESH | 1424 | JAIL | CHELAN | FELONY | FAX | 6/15/2015 | 1 | 2 | | 9 |
| ESH | 1425 | JAIL | SPOKANE | FELONY | FAX | 6/15/2015 | 1 | 2 | | 9 |
| ESH | 1426 | JAIL | SPOKANE | MISDEMEANOR | FAX | 4/28/2015 | 0 | 1 | | 57 |
| ESH | 1427 | JAIL | SPOKANE | FELONY | FAX | 4/29/2015 | 2 | 6 | | 56 |
| ESH | 1428 | JAIL | SPOKANE | MISDEMEANOR | FAX | 5/1/2015 | 0 | 4 | | 54 |
| ESH | 1429 | JAIL | WALLA WALLA | FELONY | ADMISSION | 4/23/2015 | 4 | 7 | | 62 |
| ESH | 1430 | JAIL | YAKIMA | MISDEMEANOR | FAX | 6/15/2015 | 4 | 7 | | 9 |
| ESH | 1431 | JAIL | KITTITAS | MISDEMEANOR | FAX | 5/12/2015 | 0 | 2 | | 43 |

**Analysis of Competency Restoration Data:  April 1, 2015 to April 30, 2015 and May 1, 2015 to May 31, 2015**

| Location | Date | Median Days from Signature of Order to: | | | Admitted for Restoration in 7 Days | Incomplete Restoration Admission--Wait Time | Number of Court Orders Signed |
|---|---|---|---|---|---|---|---|
| | | Hospital Receipt of Order | Hospital Receipt of Discovery | Admission for Restoration | Percent restoration admissions completed within 7 days of order signature | Median days from order signature to end of reporting period | Inpatient competency restoration |
| Western State Hospital (WSH) | 4/1/2015-4/30/2015 | 1.0 | 1.0 | 44.0 | 24.3 | 20.0 | 59 |
| | 5/1/2015-5/31/2015 | 1.0 | 1.0 | 15.0 | 25.0 | 20.0 | 63 |
| Eastern State Hospital (ESH) | 4/1/2015-4/30/2015 | 1.0 | 2.0 | 23.0 | 16.7 | 42.0 | 12 |
| | 5/1/2015-5/31/2015 | 1.0 | 2.0 | 28.0 | 7.1 | 53.0 | 3 |
| Statewide Totals | 4/1/2015-4/30/2015 | 1.0 | 1.0 | 43.0 | 18.6 | 22.0 | 71 |
| | 5/1/2015-5/31/2015 | 1.0 | 1.0 | 25.0 | 21.2 | 24.0 | 66 |

- The percentage of Competency Restoration Admissions completed within seven days rose slightly from 18.6% in April 2015 to 21.2% in May 2015.  Completion within seven days remains significantly higher at ESH.
- The median days from signature of the Court Order to Admission for Restoration decreased significantly from 43 days in April 2015 to 25 days in May 2015.
- The median days from Court Order signing to the end of the reporting period (the wait time) increased slightly in May 2015. The wait time remains significantly higher at ESH.

Status information for cases waiting for an evaluation greater than 100 days is included in Appendix C of this report.

**Competency Restoration Information—May 1- May 31, 2015**

| Hospital | Class Member | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed: # Days from Order Signed to Admission for Restoration Treatment | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 1000 | KING | MISDEMEANOR | INCOMPLETE | 4/28/2014 | 1 | 1 | | 398 |
| WSH | 1001 | CLARK | MISDEMEANOR | INCOMPLETE | 6/20/2014 | 21 | 21 | | 345 |
| WSH | 1002 | SKAGIT | FELONY CLASS B | INCOMPLETE | 11/13/2014 | 5 | 5 | | 199 |
| WSH | 1003 | CLARK | MISDEMEANOR | INCOMPLETE | 1/6/2015 | 22 | 22 | | 145 |
| WSH | 1006 | THURSTON | FELONY CLASS C | | 1/26/2015 | 2 | 2 | 63 | |
| WSH | 1007 | SNOHOMISH | FELONY CLASS C | BED OFFERED | 2/13/2015 | 4 | 4 | 77 | |
| WSH | 1008 | SKAGIT | FELONY CLASS B | BED OFFERED | 2/19/2015 | 0 | 0 | 89 | |
| WSH | 1009 | CLARK | FELONY CLASS B | CANCELLED | 2/27/2015 | 3 | 3 | 68 | |
| WSH | 1010 | CLARK | FELONY CLASS B | BED OFFERED | 3/6/2015 | 3 | 3 | 68 | |
| WSH | 1011 | KING | FELONY CLASS B | | 3/10/2015 | 1 | 1 | 80 | |
| WSH | 1012 | GRAYS HARBOR | FELONY CLASS A | BED OFFERED | 3/16/2015 | 0 | 0 | 60 | |
| WSH | 1013 | KING | FELONY CLASS A | BED OFFERED | 3/18/2015 | 1 | 1 | 57 | |
| WSH | 1014 | KING | FELONY CLASS B | BED OFFERED | 3/25/2015 | 0 | 0 | 40 | |
| WSH | 1015 | CLARK | FELONY CLASS C | BED OFFERED | 3/26/2015 | 1 | 1 | 48 | |
| WSH | 1016 | CLARK | FELONY CLASS B | BED OFFERED | 3/27/2015 | 0 | 0 | 49 | |
| WSH | 1017 | PIERCE | FELONY | BED OFFERED | 4/1/2015 | 0 | 0 | 36 | |
| WSH | 1018 | KING | FELONY CLASS C | BED OFFERED | 4/1/2015 | 0 | 0 | 36 | |
| WSH | 1019 | LEWIS | FELONY | BED OFFERED | 4/2/2015 | 4 | 4 | 42 | |
| WSH | 1020 | KING | FELONY | INCOMPLETE | 4/2/2015 | 1 | 1 | | 59 |
| WSH | 1021 | KING | FELONY | INCOMPLETE | 4/7/2015 | 0 | 0 | | 54 |

| Hospital | Class Member | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed: # Days from Order Signed to Admission for Restoration Treatment | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 1022 | KING | FELONY CLASS C | BED OFFERED | 4/9/2015 | 0 | 0 | 22 | |
| WSH | 1023 | PIERCE | FELONY | BED OFFERED | 4/10/2015 | 0 | 3 | 41 | |
| WSH | 1024 | KITSAP | FELONY CLASS C | BED OFFERED | 4/10/2015 | 0 | 0 | 38 | |
| WSH | 1025 | THURSTON | FELONY CLASS B | BED OFFERED | 4/13/2015 | 1 | 1 | 32 | |
| WSH | 1026 | KING | FELONY CLASS B | INCOMPLETE | 4/14/2015 | 0 | 0 | | 47 |
| WSH | 1027 | KING | FELONY CLASS B | BED OFFERED | 4/14/2015 | 0 | 0 | 37 | |
| WSH | 1028 | CLARK | FELONY CLASS C | BED OFFERED | 4/15/2015 | 1 | 1 | 37 | |
| WSH | 1029 | CLARK | FELONY CLASS C | BED OFFERED | 4/15/2015 | 2 | 2 | 37 | |
| WSH | 1030 | PIERCE | FELONY CLASS C | BED OFFERED | 4/17/2015 | 3 | 3 | 39 | |
| WSH | 1031 | PIERCE | FELONY CLASS C | BED OFFERED | 4/20/2015 | 0 | 0 | 32 | |
| WSH | 1032 | KING | MISDEMEANOR | INCOMPLETE | 4/21/2015 | 42 | 42 | | 40 |
| WSH | 1033 | KING | FELONY CLASS A | INCOMPLETE | 4/21/2015 | 0 | 0 | | 40 |
| WSH | 1034 | KITSAP | FELONY CLASS C | BED OFFERED | 4/21/2015 | 0 | 0 | 38 | |
| WSH | 1035 | CLARK | MISDEMEANOR | BED OFFERED | 4/22/2015 | 1 | 1 | 14 | |
| WSH | 1036 | KING | FELONY CLASS B | INCOMPLETE | 4/22/2015 | 0 | 0 | | 39 |
| WSH | 1037 | CLARK | MISDEMEANOR | BED OFFERED | 4/22/2015 | 1 | 1 | 14 | |
| WSH | 1038 | COWLITZ | FELONY CLASS C | INCOMPLETE | 4/23/2015 | 0 | 0 | | 38 |
| WSH | 1039 | SNOHOMISH | MISDEMEANOR | BED OFFERED | 4/23/2015 | 11 | 11 | 18 | |
| WSH | 1040 | GRAYS HARBOR | FELONY CLASS C | BED OFFERED | 4/23/2015 | 1 | 1 | 29 | |
| WSH | 1041 | THURSTON | MISDEMEANOR | BED OFFERED | 4/27/2015 | 1 | 1 | 14 | |
| WSH | 1042 | CLARK | FELONY CLASS B | BED OFFERED | 4/27/2015 | 1 | 1 | 4 | |
| WSH | 1043 | KITSAP | MISDEMEANOR | BED OFFERED | 4/28/2015 | 0 | 0 | 13 | |
| WSH | 1044 | KING | FELONY CLASS C | INCOMPLETE | 4/28/2015 | 1 | 1 | | 33 |
| WSH | 1045 | CLARK | MISDEMEANOR | BED OFFERED | 4/28/2015 | 0 | 0 | 15 | |

| Hospital | Class Member | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed: # Days from Order Signed to Admission for Restoration Treatment | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 1046 | KING | MISDEMEANOR | BED OFFERED | 4/29/2015 | 0 | 0 | 8 | |
| WSH | 1047 | PIERCE | FELONY CLASS C | BED OFFERED | 4/29/2015 | 1 | 1 | 6 | |
| WSH | 1049 | PIERCE | FELONY CLASS B | BED OFFERED | 4/30/2015 | 1 | 1 | 4 | |
| WSH | 1050 | PIERCE | FELONY CLASS B | INCOMPLETE | 4/30/2015 | 4 | 4 | | 31 |
| WSH | 1051 | SKAGIT | FELONY CLASS B | INCOMPLETE | 4/30/2015 | 4 | 4 | | 31 |
| WSH | 1052 | CLARK | FELONY CLASS A | BED OFFERED | 5/1/2015 | 3 | 3 | 7 | |
| WSH | 1053 | PIERCE | FELONY CLASS A | INCOMPLETE | 5/1/2015 | 5 | 5 | | 30 |
| WSH | 1054 | KING | MISDEMEANOR | BED OFFERED | 5/1/2015 | 3 | 3 | 11 | |
| WSH | 1055 | KING | FELONY CLASS B | INCOMPLETE | 5/4/2015 | 0 | 0 | | 27 |
| WSH | 1056 | SNOHOMISH | FELONY CLASS C | INCOMPLETE | 5/4/2015 | 0 | 0 | | 27 |
| WSH | 1057 | KING | FELONY CLASS C | INCOMPLETE | 5/5/2015 | 1 | 1 | | 26 |
| WSH | 1058 | SNOHOMISH | FELONY CLASS C | BED OFFERED | 5/5/2015 | 0 | 0 | 3 | |
| WSH | 1059 | KING | FELONY CLASS B | INCOMPLETE | 5/5/2015 | 1 | 1 | | 26 |
| WSH | 1060 | PIERCE | FELONY CLASS C | INCOMPLETE | 5/5/2015 | 6 | 6 | | 26 |
| WSH | 1062 | PIERCE | FELONY CLASS C | INCOMPLETE | 5/6/2015 | 2 | 2 | | 25 |
| WSH | 1063 | THURSTON | FELONY CLASS B | INCOMPLETE | 5/6/2015 | 0 | 0 | | 25 |
| WSH | 1064 | THURSTON | FELONY CLASS C | INCOMPLETE | 5/6/2015 | 0 | 0 | | 25 |
| WSH | 1065 | PIERCE | FELONY CLASS C | INCOMPLETE | 5/6/2015 | 1 | 1 | | 25 |
| WSH | 1066 | THURSTON | FELONY CLASS C | BED OFFERED | 5/6/2015 | 0 | 0 | 0 | |
| WSH | 1068 | KING | FELONY CLASS C | BED OFFERED | 5/7/2015 | 1 | 1 | 13 | |
| WSH | 1069 | KING | FELONY CLASS A | BED OFFERED | 5/7/2015 | 1 | 1 | 12 | |
| WSH | 1070 | SNOHOMISH | FELONY CLASS C | BED OFFERED | 5/7/2015 | 0 | 0 | 0 | |
| WSH | 1071 | KING | FELONY CLASS B | INCOMPLETE | 5/7/2015 | 1 | 1 | | 24 |
| WSH | 1072 | KITSAP | FELONY CLASS C | INCOMPLETE | 5/8/2015 | 0 | 0 | | 23 |
| WSH | 1074 | SKAGIT | FELONY CLASS C | INCOMPLETE | 5/8/2015 | 0 | 0 | | 23 |

| Hospital | Class Member | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed: # Days from Order Signed to Admission for Restoration Treatment | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 1075 | GRAYS HARBOR | FELONY CLASS C | INCOMPLETE | 5/11/2015 | 0 | 0 | | 20 |
| WSH | 1076 | KING | FELONY CLASS C | INCOMPLETE | 5/11/2015 | 2 | 2 | | 20 |
| WSH | 1077 | KING | FELONY CLASS B | INCOMPLETE | 5/12/2015 | 1 | 1 | | 19 |
| WSH | 1078 | THURSTON | FELONY CLASS B | INCOMPLETE | 5/12/2015 | 0 | 0 | | 19 |
| WSH | 1079 | PIERCE | MISDEMEANOR | INCOMPLETE | 5/12/2015 | 3 | 3 | | 19 |
| WSH | 1080 | KING | MISDEMEANOR | INCOMPLETE | 5/13/2015 | 14 | 14 | | 18 |
| WSH | 1081 | SNOHOMISH | MISDEMEANOR | BED OFFERED | 5/13/2015 | 2 | 2 | 13 | |
| WSH | 1083 | PIERCE | FELONY CLASS A | INCOMPLETE | 5/13/2015 | 1 | 1 | | 18 |
| WSH | 1084 | KING | FELONY CLASS B | BED OFFERED | 5/14/2015 | 1 | 1 | 6 | |
| WSH | 1085 | KING | FELONY CLASS C | BED OFFERED | 5/18/2015 | 1 | 1 | 11 | |
| WSH | 1086 | THURSTON | MISDEMEANOR | BED OFFERED | 5/18/2015 | 1 | 1 | 11 | |
| WSH | 1087 | KING | FELONY CLASS B | INCOMPLETE | 5/18/2015 | 0 | 0 | | 13 |
| WSH | 1088 | KING | FELONY CLASS C | BED OFFERED | 5/18/2015 | 0 | 0 | 0 | |
| WSH | 1089 | GRAYS HARBOR | FELONY CLASS B | INCOMPLETE | 5/18/2015 | 1 | 1 | | 13 |
| WSH | 1090 | KING | FELONY CLASS C | INCOMPLETE | 5/18/2015 | 0 | 0 | | 13 |
| WSH | 1091 | COWLITZ | FELONY CLASS C | INCOMPLETE | 5/19/2015 | 0 | 0 | | 12 |
| WSH | 1092 | KING | FELONY CLASS A | BED OFFERED | 5/20/2015 | 0 | 0 | 9 | |
| WSH | 1093 | KING | FELONY CLASS B | INCOMPLETE | 5/20/2015 | 1 | 1 | | 11 |
| WSH | 1094 | PIERCE | FELONY CLASS C | INCOMPLETE | 5/20/2015 | 1 | 1 | | 11 |
| WSH | 1095 | KITSAP | 0 | INCOMPLETE | 5/20/2015 | 0 | 0 | | 11 |
| WSH | 1096 | PIERCE | FELONY CLASS C | INCOMPLETE | 5/20/2015 | 7 | 7 | | 11 |
| WSH | 1097 | KING | FELONY CLASS C | INCOMPLETE | 5/21/2015 | 0 | 0 | | 10 |
| WSH | 1098 | PIERCE | FELONY CLASS A | INCOMPLETE | 5/21/2015 | 1 | 1 | | 10 |

| Hospital | Class Member | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed: # Days from Order Signed to Admission for Restoration Treatment | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 1099 | LEWIS | FELONY CLASS A | BED OFFERED | 5/21/2015 | 0 | 0 | 0 | |
| WSH | 1100 | THURSTON | FELONY CLASS C | INCOMPLETE | 5/21/2015 | 28 | 28 | | 10 |
| WSH | 1101 | KING | FELONY CLASS B | INCOMPLETE | 5/21/2015 | 0 | 0 | | 10 |
| WSH | 1102 | PIERCE | FELONY CLASS B | BED OFFERED | 5/22/2015 | 0 | 0 | 0 | |
| WSH | 1103 | CLARK | FELONY CLASS C | INCOMPLETE | 5/22/2015 | 0 | 0 | | 9 |
| WSH | 1104 | THURSTON | FELONY CLASS B | INCOMPLETE | 5/27/2015 | 1 | 1 | | 4 |
| WSH | 1105 | KING | FELONY CLASS C | INCOMPLETE | 5/27/2015 | 0 | 0 | | 4 |
| WSH | 1106 | SNOHOMISH | FELONY CLASS B | INCOMPLETE | 5/28/2015 | 0 | 0 | | 3 |
| WSH | 1107 | SKAGIT | FELONY CLASS C | INCOMPLETE | 5/28/2015 | 0 | 0 | | 3 |
| WSH | 1108 | LEWIS | FELONY CLASS B | BED OFFERED | 5/28/2015 | 0 | 0 | 0 | |
| WSH | 1109 | LEWIS | FELONY CLASS C | INCOMPLETE | 5/28/2015 | 0 | 0 | | 3 |
| WSH | 1110 | KITSAP | FELONY CLASS B | INCOMPLETE | 5/28/2015 | 0 | 0 | | 3 |
| WSH | 1111 | PIERCE | FELONY CLASS C | BED OFFERED | 5/28/2015 | 0 | 0 | 0 | |
| WSH | 1112 | KING | FELONY CLASS B | INCOMPLETE | 5/28/2015 | 0 | 0 | | 3 |
| WSH | 1113 | SKAGIT | FELONY CLASS B | INCOMPLETE | 5/29/2015 | 3 | 3 | | 2 |
| WSH | 1114 | PIERCE | MISDEMEANOR | INCOMPLETE | 5/29/2015 | 4 | 4 | | 2 |
| ESH | 1115 | FRANKLIN | FELONY | ADMISSION | 12/23/2014 | 59 | 0 | 64 | |
| ESH | 333 | CHELAN | MISDEMEANOR | INCOMPLETE | 1/20/2015 | 0 | 2 | | 150 |
| ESH | 482 | BENTON | FELONY | ADMISSION | 2/5/2015 | 19 | 22 | 41 | |
| ESH | 1116 | SPOKANE | FELONY | ADMISSION | 2/12/2015 | 7 | 15 | 32 | |
| ESH | 1117 | SPOKANE | FELONY | ADMISSION | 2/18/2015 | 1 | 9 | 26 | |
| ESH | 1118 | WALLA WALLA | FELONY | ADMISSION | 2/25/2015 | 5 | 6 | 28 | |
| ESH | 1119 | ASOTIN | FELONY | ADMISSION | 3/3/2015 | 9 | 9 | 21 | |
| ESH | 1120 | KITTITAS | FELONY | ADMISSION | 3/6/2015 | 21 | 21 | 25 | |

| Hospital | Class Member | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed: # Days from Order Signed to Admission for Restoration Treatment | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|
| ESH | 1121 | GRANT | FELONY | ADMISSION | 3/10/2015 | 0 | 1 | 20 | |
| ESH | 1122 | SPOKANE | FELONY | ADMISSION | 3/12/2015 | 0 | 4 | 11 | |
| ESH | 327 | SPOKANE | FELONY | INCOMPLETE | 4/8/2015 | 1 | 1 | 56 | |
| ESH | 328 | BENTON | FELONY | ADMISSION | 4/8/2015 | 1 | 1 | 56 | |
| ESH | 329 | SPOKANE | FELONY | ADMISSION | 4/10/2015 | 0 | 3 | 54 | |
| ESH | 331 | YAKIMA | FELONY | ADMISSION | 4/14/2015 | 1 | 1 | 64 | |
| ESH | 332 | SPOKANE | FELONY | ADMISSION | 4/17/2015 | 0 | | 0 | |
| ESH | 333 | CHELAN | MISDEMEANOR | INCOMPLETE | 4/20/2015 | 1 | 2 | | 60 |
| ESH | 334 | SPOKANE | FELONY | INCOMPLETE | 4/20/2015 | 1 | 2 | | 60 |
| ESH | 335 | SPOKANE | FELONY | INCOMPLETE | 4/20/2015 | 1 | 2 | | 60 |
| ESH | 336 | CHELAN | FELONY | INCOMPLETE | 4/20/2015 | 0 | 1 | | 60 |
| ESH | 251 | SPOKANE | FELONY | INCOMPLETE | 4/27/2015 | 0 | 0 | | 53 |
| ESH | 1123 | SPOKANE | FELONY | INCOMPLETE | 4/30/2015 | 0 | 0 | | 50 |
| ESH | 1124 | SPOKANE | FELONY | INCOMPLETE | 5/14/2015 | 1 | | | 36 |
| ESH | 258 | SPOKANE | FELONY | INCOMPLETE | 5/22/2015 | 4 | 5 | | 28 |
| ESH | 752 | SPOKANE | FELONY | INCOMPLETE | 5/28/2015 | 0 | 5 | | 22 |

**Competency Restoration Information—Partial Month First Look for June 1- June 23, 2015**

| Hospital | Class Member | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed: # Days from Order Signed to Admission for Restoration Treatment | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 1000 | KING | MISDEMEANOR | CANCELLED | 4/28/2014 | 1 | 1 | 403 | |
| WSH | 1001 | CLARK | MISDEMEANOR | CANCELLED | 6/20/2014 | 21 | 21 | 350 | |
| WSH | 1002 | SKAGIT | FELONY CLASS B | INCOMPLETE | 11/13/2014 | 5 | 5 | 223 | 223 |
| WSH | 1003 | CLARK | MISDEMEANOR | INCOMPLETE | 1/6/2015 | 22 | 22 | 169 | 169 |
| WSH | 1020 | KING | FELONY | BED OFFERED | 4/2/2015 | 1 | 1 | 60 | |
| WSH | 1021 | KING | FELONY | INCOMPLETE | 4/7/2015 | 0 | 0 | 78 | 78 |
| WSH | 1026 | KING | FELONY CLASS B | BED OFFERED | 4/14/2015 | 0 | 0 | 49 | |
| WSH | 1032 | KING | MISDEMEANOR | INCOMPLETE | 4/21/2015 | 42 | 42 | 64 | 64 |
| WSH | 1033 | KING | FELONY CLASS A | BED OFFERED | 4/21/2015 | 0 | 0 | 56 | |
| WSH | 1036 | KING | FELONY CLASS B | BED OFFERED | 4/22/2015 | 0 | 0 | 43 | |
| WSH | 1038 | COWLITZ | FELONY CLASS C | CANCELLED | 4/23/2015 | 0 | 0 | 41 | |
| WSH | 1044 | KING | FELONY CLASS C | BED OFFERED | 4/28/2015 | 1 | 1 | 36 | |
| WSH | 1050 | PIERCE | FELONY CLASS B | BED OFFERED | 4/30/2015 | 4 | 4 | 35 | |
| WSH | 1051 | SKAGIT | FELONY CLASS B | BED OFFERED | 4/30/2015 | 4 | 4 | 35 | |
| WSH | 1053 | PIERCE | FELONY CLASS A | BED OFFERED | 5/1/2015 | 5 | 5 | 33 | |

| Hospital | Class Member | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed: # Days from Order Signed to Admission for Restoration Treatment | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 1055 | KING | FELONY CLASS B | BED OFFERED | 5/4/2015 | 0 | 0 | 32 | |
| WSH | 1056 | SNOHOMISH | FELONY CLASS C | BED OFFERED | 5/4/2015 | 0 | 0 | 43 | |
| WSH | 1057 | KING | FELONY CLASS C | INCOMPLETE | 5/5/2015 | 1 | 1 | 50 | 50 |
| WSH | 1059 | KING | FELONY CLASS B | BED OFFERED | 5/5/2015 | 1 | 1 | 37 | |
| WSH | 1060 | PIERCE | FELONY CLASS C | BED OFFERED | 5/5/2015 | 6 | 6 | 34 | |
| WSH | 1062 | PIERCE | FELONY CLASS C | BED OFFERED | 5/6/2015 | 2 | 2 | 33 | |
| WSH | 1063 | THURSTON | FELONY CLASS B | BED OFFERED | 5/6/2015 | 0 | 0 | 30 | |
| WSH | 1064 | THURSTON | FELONY CLASS C | BED OFFERED | 5/6/2015 | 0 | 0 | 30 | |
| WSH | 1065 | PIERCE | FELONY CLASS C | BED OFFERED | 5/6/2015 | 1 | 1 | 30 | |
| WSH | 1071 | KING | FELONY CLASS B | BED OFFERED | 5/7/2015 | 1 | 1 | 33 | |
| WSH | 1072 | KITSAP | FELONY CLASS C | BED OFFERED | 5/8/2015 | 0 | 0 | 31 | |
| WSH | 1074 | SKAGIT | FELONY CLASS C | INCOMPLETE | 5/8/2015 | 0 | 0 | 47 | 47 |
| WSH | 1075 | GRAYS HARBOR | FELONY CLASS C | BED OFFERED | 5/11/2015 | 0 | 0 | 30 | |
| WSH | 1076 | KING | FELONY CLASS C | BED OFFERED | 5/11/2015 | 2 | 2 | 30 | |
| WSH | 1077 | KING | FELONY CLASS B | BED OFFERED | 5/12/2015 | 1 | 1 | 31 | |

| Hospital | Class Member | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed: # Days from Order Signed to Admission for Restoration Treatment | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 1078 | THURSTON | FELONY CLASS B | BED OFFERED | 5/12/2015 | 0 | 0 | 30 | |
| WSH | 1079 | PIERCE | MISDEMEANOR | BED OFFERED | 5/12/2015 | 3 | 3 | 20 | |
| WSH | 1080 | KING | MISDEMEANOR | BED OFFERED | 5/13/2015 | 14 | 14 | 20 | |
| WSH | 1087 | KING | FELONY CLASS B | BED OFFERED | 5/18/2015 | 0 | 0 | 25 | |
| WSH | 1089 | GRAYS HARBOR | FELONY CLASS B | BED OFFERED | 5/18/2015 | 1 | 1 | 25 | |
| WSH | 1090 | KING | FELONY CLASS C | BED OFFERED | 5/18/2015 | 0 | 0 | 25 | |
| WSH | 1091 | COWLITZ | FELONY CLASS C | BED OFFERED | 5/19/2015 | 0 | 0 | 27 | |
| WSH | 1093 | KING | FELONY CLASS B | BED OFFERED | 5/20/2015 | 1 | 1 | 13 | |
| WSH | 1094 | PIERCE | FELONY CLASS C | BED OFFERED | 5/20/2015 | 1 | 1 | 26 | |
| WSH | 1095 | KITSAP | 0 | BED OFFERED | 5/20/2015 | 0 | 0 | 26 | |
| WSH | 1096 | PIERCE | FELONY CLASS C | BED OFFERED | 5/20/2015 | 7 | 7 | 26 | |
| WSH | 1097 | KING | FELONY CLASS C | BED OFFERED | 5/21/2015 | 0 | 0 | 25 | |
| WSH | 1098 | PIERCE | FELONY CLASS A | BED OFFERED | 5/21/2015 | 1 | 1 | 11 | |
| WSH | 1100 | THURSTON | FELONY CLASS C | BED OFFERED | 5/21/2015 | 28 | 28 | 35 | |
| WSH | 1101 | KING | FELONY CLASS B | BED OFFERED | 5/21/2015 | 0 | 0 | 26 | |
| WSH | 1103 | CLARK | FELONY CLASS C | BED OFFERED | 5/22/2015 | 0 | 0 | 26 | |

| Hospital | Class Member | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed: # Days from Order Signed to Admission for Restoration Treatment | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 1104 | THURSTON | FELONY CLASS B | BED OFFERED | 5/27/2015 | 1 | 1 | 22 | |
| WSH | 1105 | KING | FELONY CLASS C | BED OFFERED | 5/27/2015 | 0 | 0 | 21 | |
| WSH | 1106 | SNOHOMISH | FELONY CLASS B | BED OFFERED | 5/28/2015 | 0 | 0 | 20 | |
| WSH | 1107 | SKAGIT | FELONY CLASS C | BED OFFERED | 5/28/2015 | 0 | 0 | 19 | |
| WSH | 1109 | LEWIS | FELONY CLASS C | BED OFFERED | 5/28/2015 | 0 | 0 | 21 | |
| WSH | 1110 | KITSAP | FELONY CLASS B | BED OFFERED | 5/28/2015 | 0 | 0 | 25 | |
| WSH | 1112 | KING | FELONY CLASS B | BED OFFERED | 5/28/2015 | 0 | 0 | 5 | |
| WSH | 1113 | SKAGIT | FELONY CLASS B | BED OFFERED | 5/29/2015 | 3 | 3 | 20 | |
| WSH | 1114 | PIERCE | MISDEMEANOR | BED OFFERED | 5/29/2015 | 4 | 4 | 10 | |
| WSH | 1432 | PIERCE | FELONY CLASS A | INCOMPLETE | 5/13/2015 | 1 | 1 | 42 | 42 |
| WSH | 1433 | THURSTON | FELONY CLASS B | INCOMPLETE | 6/1/2015 | 0 | 0 | 23 | 23 |
| WSH | 1434 | CLARK | FELONY CLASS B | BED OFFERED | 6/1/2015 | 0 | 0 | 2 | |
| WSH | 1435 | KING | FELONY CLASS B | BED OFFERED | 6/2/2015 | 1 | 1 | 23 | |
| WSH | 1436 | WHATCOM | MISDEMEANOR | BED OFFERED | 6/2/2015 | 0 | 0 | 7 | |
| WSH | 1437 | PIERCE | FELONY CLASS B | BED OFFERED | 6/3/2015 | 1 | 1 | 15 | |
| WSH | 1438 | CLARK | MISDEMEANOR | BED OFFERED | 6/3/2015 | 1 | 1 | 5 | |

| Hospital | Class Member | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed: # Days from Order Signed to Admission for Restoration Treatment | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 1439 | PIERCE | FELONY CLASS A | BED OFFERED | 6/3/2015 | 0 | 0 | 0 | |
| WSH | 1440 | SKAGIT | FELONY CLASS A | INCOMPLETE | 6/4/2015 | 0 | 0 | 20 | 20 |
| WSH | 1441 | WHATCOM | FELONY CLASS C | BED OFFERED | 6/4/2015 | 0 | 0 | 14 | |
| WSH | 1442 | PIERCE | MISDEMEANOR | BED OFFERED | 6/4/2015 | 0 | 0 | 7 | |
| WSH | 1443 | PIERCE | FELONY CLASS A | INCOMPLETE | 6/5/2015 | 3 | 3 | 19 | 19 |
| WSH | 1444 | CLARK | FELONY CLASS B | BED OFFERED | 6/5/2015 | 3 | 3 | 7 | |
| WSH | 1445 | SKAGIT | FELONY CLASS A | BED OFFERED | 6/5/2015 | 3 | 3 | 3 | |
| WSH | 1446 | THURSTON | FELONY CLASS B | BED OFFERED | 6/8/2015 | 2 | 2 | 18 | |
| WSH | 1447 | KING | FELONY CLASS B | INCOMPLETE | 6/10/2015 | 5 | 5 | 14 | 14 |
| WSH | 1448 | PIERCE | FELONY CLASS C | INCOMPLETE | 6/10/2015 | 1 | 1 | 14 | 14 |
| WSH | 1449 | KING | FELONY CLASS B | INCOMPLETE | 6/10/2015 | 0 | 0 | 14 | 14 |
| WSH | 1450 | KING | FELONY CLASS B | INCOMPLETE | 6/10/2015 | 1 | 1 | 14 | 14 |
| WSH | 1451 | PIERCE | FELONY CLASS C | INCOMPLETE | 6/10/2015 | 1 | 1 | 14 | 14 |
| WSH | 1452 | PIERCE | FELONY CLASS A | INCOMPLETE | 6/10/2015 | 1 | 1 | 14 | 14 |
| WSH | 1453 | THURSTON | FELONY CLASS C | BED OFFERED | 6/10/2015 | 6 | 6 | 16 | |

| Hospital | Class Member | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed: # Days from Order Signed to Admission for Restoration Treatment | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 1454 | PIERCE | FELONY CLASS C | BED OFFERED | 6/10/2015 | 1 | 1 | 12 | |
| WSH | 1455 | KING | FELONY CLASS A | BED OFFERED | 6/10/2015 | 0 | 0 | 0 | |
| WSH | 1456 | KING | FELONY CLASS C | INCOMPLETE | 6/11/2015 | 4 | 4 | 13 | 13 |
| WSH | 1457 | KING | FELONY CLASS B | INCOMPLETE | 6/11/2015 | 1 | 1 | 13 | 13 |
| WSH | 1458 | PIERCE | MISDEMEANOR | BED OFFERED | 6/11/2015 | 1 | 1 | 8 | |
| WSH | 1459 | KITSAP | MISDEMEANOR | BED OFFERED | 6/11/2015 | 0 | 0 | 6 | |
| WSH | 1460 | KING | FELONY CLASS B | INCOMPLETE | 6/15/2015 | 2 | 2 | 9 | 9 |
| WSH | 1461 | PIERCE | FELONY CLASS A | INCOMPLETE | 6/16/2015 | 1 | 1 | 8 | 8 |
| WSH | 1462 | KING | FELONY CLASS C | INCOMPLETE | 6/17/2015 | 1 | 1 | 7 | 7 |
| WSH | 1463 | PIERCE | FELONY CLASS C | INCOMPLETE | 6/17/2015 | 1 | 1 | 7 | 7 |
| WSH | 1464 | PIERCE | FELONY CLASS B | INCOMPLETE | 6/17/2015 | 1 | 1 | 7 | 7 |
| WSH | 1465 | PIERCE | FELONY CLASS B | BED OFFERED | 6/17/2015 | 1 | 1 | 8 | |
| WSH | 1466 | KING | MISDEMEANOR | BED OFFERED | 6/17/2015 | 0 | 0 | 7 | |
| WSH | 1467 | KING | FELONY CLASS B | BED OFFERED | 6/17/2015 | 0 | 0 | 0 | |
| WSH | 1468 | SKAGIT | FELONY CLASS B | INCOMPLETE | 6/18/2015 | 1 | 1 | 6 | 6 |
| WSH | 1469 | CLARK | FELONY CLASS C | BED OFFERED | 6/18/2015 | 0 | 0 | 6 | |

| Hospital | Class Member | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed: # Days from Order Signed to Admission for Restoration Treatment | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|
| WSH | 1470 | SKAGIT | FELONY CLASS B | BED OFFERED | 6/19/2015 | 0 | 0 | 0 | |
| WSH | 1481 | KING | FELONY CLASS B | BED OFFERED | 6/23/2015 | 0 | 0 | 0 | |
| ESH | 251 | SPOKANE | FELONY | ADMISSION | 4/27/2015 | 0 | 0 | | 58 |
| ESH | 258 | SPOKANE | FELONY | ADMISSION | 5/22/2015 | 4 | 5 | | 33 |
| ESH | 327 | SPOKANE | FELONY | ADMISSION | 4/8/2015 | 1 | 1 | 56 | |
| ESH | 332 | SPOKANE | FELONY | ADMISSION | 4/17/2015 | 0 | | 0 | |
| ESH | 333 | CHELAN | MISDEMEANOR | ADMISSION | 4/20/2015 | 1 | 2 | | 65 |
| ESH | 334 | SPOKANE | FELONY | ADMISSION | 4/20/2015 | 1 | 2 | | 65 |
| ESH | 335 | SPOKANE | FELONY | ADMISSION | 4/20/2015 | 1 | 2 | | 65 |
| ESH | 336 | CHELAN | FELONY | ADMISSION | 4/20/2015 | 0 | 1 | | 65 |
| ESH | 482 | BENTON | FELONY | ADMISSION | 2/5/2015 | 19 | 22 | 41 | |
| ESH | 752 | SPOKANE | FELONY | ADMISSION | 5/28/2015 | 0 | 5 | | 27 |
| ESH | 1116 | SPOKANE | FELONY | ADMISSION | 2/12/2015 | 7 | 15 | 32 | |
| ESH | 1117 | SPOKANE | FELONY | ADMISSION | 2/18/2015 | 1 | 9 | 26 | |
| ESH | 1118 | WALLA WALLA | FELONY | ADMISSION | 2/25/2015 | 5 | 6 | 28 | |
| ESH | 1119 | ASOTIN | FELONY | ADMISSION | 3/3/2015 | 9 | 9 | 21 | |
| ESH | 1120 | KITTITAS | FELONY | ADMISSION | 3/6/2015 | 21 | 21 | 25 | |
| ESH | 1121 | GRANT | FELONY | ADMISSION | 3/10/2015 | 0 | 1 | 20 | |
| ESH | 1122 | SPOKANE | FELONY | ADMISSION | 3/12/2015 | 0 | 4 | 11 | |
| ESH | 1123 | SPOKANE | FELONY | ADMISSION | 4/30/2015 | 0 | 0 | | 55 |
| ESH | 1124 | SPOKANE | FELONY | ADMISSION | 5/14/2015 | 1 | 1 | | 41 |
| ESH | 1482 | SPOKANE | FELONY | ADMISSION | 5/8/2015 | 3 | 3 | | 47 |

| Hospital | Class Member | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed: # Days from Order Signed to Admission for Restoration Treatment | Incomplete: # Days from Order Signed to End of Reporting Period |
|---|---|---|---|---|---|---|---|---|---|
| ESH | 1483 | SPOKANE | FELONY | ADMISSION | 6/1/2015 | 0 | 4 | | 23 |
| ESH | 1484 | YAKIMA | FELONY | ADMISSION | 6/1/2015 | 1 | | 0 | |
| ESH | 1485 | SPOKANE | FELONY | ADMISSION | 6/3/2015 | 1 | 2 | | 21 |
| ESH | 1486 | YAKIMA | MISDEMEANOR | ADMISSION | 6/16/2015 | 0 | 1 | | 8 |

## Resources Required to Provide Timely Competency Services

Fiscal and program staff from DSHS and the Washington State Office of Financial Management modeled additional bed capacity needed to meet a seven-day standard for admission with assumptions of increases in demand at ten percent and twenty percent annually. The following graph illustrates the model as applied to WSH and ESH.



For mentally ill defendants ordered to receive competency restoration treatment, additional inpatient forensic hospital bed capacity must be developed or made available. Based on projections in the chart above, it is estimated that compliance with a seven-day standard will require 90 beds during the 15-17 biennium. The 15-17 biennial budget funded those competency restoration beds.

The two-year operating budget for the period of July 1, 2015 to June 30, 2017 (hereafter referred to as the 15-17 biennial budget) was enacted by the Legislature on June 29, 2015 and signed by Governor Jay Inslee on June 30, 2015. It includes an investment of $40.5 million in new funding to improve competency services. Table One details the funding provided in the 15-17 biennial budget.

**Table One:  Forensic Mental Health System Funding in the 15-17 Biennial Budget**

| Budget Item | FTE's | Dollars (Millions) |
|---|---|---|
| Competency Evaluation Staff | 18.0 | $ 4.67 |
| Competency Restoration Beds | 129.2 | $26.86 |
| Non-Felony Diversion | 0.0 | $ 4.81 |
| Office of Forensic Mental Health | 11.0 | $ 4.18 |
| Total | 158.2 | $40.52 |

This significant investment in Washington's forensic mental health system includes, among other things:

o   13 additional forensic evaluators--**a 53 percent increase.**
DSHS has commenced recruitment and hiring for these positions. The vacancies were advertised in May 2015. Interviews with qualified applicants began in June 2015, and multiple job offers will occur in July 2015 and thereafter.

o   90 additional beds for competency restoration treatment--**a 65 percent increase.**
DSHS opened up 10 of these beds at Western State Hospital in June 2015.

o   $4.8 million dollars to finance community-based treatment for people who are diverted from prosecution when their competence to stand trial has been raised but diversion to treatment is more appropriate.

o   11 FTE's to establish the Office of Forensic Mental Health for increased accountability, quality, and efficiency.

Table Two shows the increases for forensic evaluator and competency restoration bed capacity and Table Three details the specific staff positions funded in the 15-17 biennial budget.

**Table Two: Increases in Forensic Evaluators & Competency Restoration Beds in 15-17 Biennial Budget**

| Site | April 2015 Forensic Evaluator Positions (FTE) | 15-17 Biennial Budget Increase (FTE) | Total Forensic Evaluator Capacity (FTE) | % Increase (FTE) | $ Increase (Millions) | April 2015 Capacity (Beds) | 15-17 Biennial Budget Increase (Beds) | Total Capacity (Beds) | % Increase (Beds) | $ Increase (Millions) |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 6 | 5 | 11 | **83%** | $1.41 | 22 | 15 | 37 | **68%** | $13.41 |
| WSH | 26.5 | 8 | 34.5 | **30%** | $2.25 | 116 | 45 | 161 | **39%** | $4.47 |
| TBD | N/A | N/A | N/A | **N/A** | N/A | N/A | 0 | 30 | 30 | **N/A** | $8.97 |
| Total | 32.5 | 13[1] | 45.5 | **40%** | $3.66 | 138 | 90 | 228 | **65%** | $26.86 |

---

[1] This figure does not include five Full Time Equivalents (FTE) for supervisory and administrative support that also are funded in the 15-17 biennial budget

**Table Three:  Specific Staff Funded in the 15-17 Biennial Budget**

| Position | Funded FTE | Description |
|---|---|---|
| Full Time Equivalents (FTE) to operate 90 additional competency restoration beds | 129.2 | Direct care staff to operate additional Forensic beds-- detailed staffing plan is in development. |
| Forensic Evaluators | 13 | Forensic Psychologists to conduct forensic evaluations |
| Forensic Supervisor | 2 | Supervisory and leadership support for Forensic Evaluators |
| Forensic Evaluator Support Staff | 3 | Perform administrative and clerical tasks |
| Deputy Assist. Secretary/ Forensic Director | 1 | Lead Forensic Mental Health Services operations, as recommended in the forensic services consultant report |
| Data Manager | 1 | Develop standardized data reports to inform fiscal and program operations and improve data integrity as recommended by JLARC and Groundswell |
| Data Analysts | 2 | • Standardize systems to track and report program outcome data for competency and NGRI services<br>• Build and maintain a statewide model for bed utilization and staffing needs<br>• Create and maintain a centralized system for managing wait lists and admission decisions<br>• Recommended by JLARC and Groundswell |
| Technology Solutions Support | 2 | • Build a technology solution to establish a common platform to transmit data between the State Hospitals and over 240 different jurisdictions to improve timeliness<br>• Provide hands-on partner training across the system<br>• 1 position funded only for the 15-17 biennium |
| Competency Restoration Specialist | 1 | • Develop alternative community-based competency restoration program options to address the growing demand for forensic service<br>• Coordinate development of criteria and a screening process to identify individuals appropriate to receive services in this setting<br>• Quality assurance oversight of services provided in alternative settings<br>• Recommended in Groundswell |

| Position | Funded FTE | Description |
|---|---|---|
| Workforce Development | 2 | • Standardize and improve quality of competency services and NGRI treatment<br>• Develop curriculum and provide training to the forensic psychology workforce across the state<br>• Provide ongoing consultation and QA<br>• Recommended in Groundswell |
| Implementation Liaison | 1 | • Liaison with courts, jails, community mental health programs, RSNs, state hospitals and others to coordinate efforts to comply with *Trueblood* order<br>• Create systems to ensure effective and efficient delivery of statewide forensic services<br>• Coordinate stakeholder efforts to divert individuals with mental illness from criminal justice involvement<br>• Coordinate community based treatment<br>• Recommended by JLARC and the Groundswell |
| Implementation Project Manager | 1 | • Manage implementation to ensure requirements of the *Trueblood* decision are met in a timely manner<br>• Project position for 15-17 biennium. |
| Trueblood Report Manager | | • Report analysis, preparation and submittal<br>• Position not funded in the biennial budget, but will be established within existing funding to support *Trueblood* implementation |

Preparation is underway to open 60 beds at WSH and ESH as follows:

| | | |
|---|---|---|
| WSH Ward S4 | 10 Beds | Became operational in June 2015 |
| WSH Ward S4 | 5 Beds | Planned to be operational in September 2015 |
| WSH Ward E2 | 30 Beds | Planned operational by December 2015 |
| ESH Ward 3S1 | 15 Beds | Planned operational by November 2015 |

An additional 30 beds are anticipated to be transitioned to the state hospitals from shorter-term contracted or alternate facility operations. Current estimates are that these beds would be opened as follows:

| | | |
|---|---|---|
| WSH Ward S4 | 15 Beds | No sooner than July 2016 |
| ESH Ward 3S1 | 15 Beds | No sooner than July 2016 |

DSHS intends to maximize the use of state hospital beds to meet the seven-day competency services standard. However, given insufficient existing physical bed capacity and challenges of recruiting sufficient state hospital staff, a Request for Information (RFI) process was initiated in June 2015. The RFI was posted in June 2015, asking interested parties to submit information

indicating how they could contribute to development of options for restoration treatment services outside of state hospitals. Up to 30 beds may be brought online using contracted resources. Contracted beds would be required to be brought online by early December 2015. Responses are due to DSHS by July 17, 2015.

The investment made by the Legislature in the 15-17 biennial budget and the short and long-term strategies that are being undertaken will enable Washington to provide competency services within the time frames established by the Court.  Washington is making every effort to provide competency services within the seven-day standard and intends to comply with this requirement by January 2, 2016.

## *Trueblood* Key Accomplishments--June 2015

**Key Accomplishments in June 2015**

- The Washington State Legislature made an investment of over $40 million in Washington's forensic mental health system in in the 15-17 biennial budget.  This investment will yield a 40 percent increase in Forensic Evaluators and a 65 percent increase in the number of beds available to provide competency restoration treatment.

- Enacted supporting legislation to, among other things, allow DSHS to provide restoration treatment services in the community, and to compel prosecutors, defense counsel, court administrators and jails to expedite exchange of information, access to defendants, and timely transport to state hospitals.  As outlined in the Court's decision, DSHS is responsible to provide competency services but cannot, by itself, assure compliance with the seven-day standard required in the *Trueblood* order. DSHS is part of a larger system. As the Court's order stated, "Even with more funding and changes to the practices and policies of the Department, Washington's forensic mental health system cannot function efficiently without the help of all of its participants."  In response to this need, the Washington State Legislature passed Senate Bill 5177[2] on May 28, 2015 and Governor Jay Inslee signed the bill into law on June 10, 2015.  A table summarizing the key components contained within 5177 is included in Appendix A of this report**.**

- Increased capacity for Competency Restoration (CR) from 116 beds to 126 beds at Western State Hospital (WSH) and began serving 10 additional CR patients.

- To improve recruitment efforts, DSHS negotiated a 15 percent pay increase for forensic evaluators. DSHS began recruiting for 13 new positions in May 2015, conducted the hiring processes in June 2015, and will begin filling these positions in July 2015. Newly hired forensic evaluators will begin providing competency evaluations as promptly as practical thereafter based on training and orientation requirements.

---

[2] The new public law can be found at: (http://lawfilesext.leg.wa.gov/biennium/2015-16/Pdf/Bills/Session%20Laws/Senate/5177-S2.SL.pdf)

- Initiated a Request for Information Process
  DSHS posted a Request for Information (RFI) to obtain information about potential contractual options that would allow Washington to provide an additional 30 competency restoration treatment beds, supplementing beds in the State Hospitals. The RFI requested information related to one of three models described below, but invited submission of information about other models that may be available.  The three models identified in the RFI include:

  *Model 1:  Contractor provides only CR services in a state owned and operated facility*
  Contractor would provide CR Services in a secure facility that is owned and operated by the state of Washington and is made available for this purpose. Under this model, the state of Washington will provide all equipment, supplies and services required to operate the facility; for example, custodial, maintenance and food services.  A contractor would provide CR Services.

  *Model 2:  Contractor provides CR and operation services in a state owned facility*
  Contractor would provide CR Services in a secure facility owned by the state of Washington. The contractor would be responsible for operating the facility and for providing CR Services.

  *Model 3:  Contractor provides CR services and a secure facility*
  Contractor would provide CR Services and would also provide the secure facility in which they would be provided. The facility could be a secure health care facility or a jail facility, and the contractor would be responsible for all arrangements required to operate the facility and to provide the CR Services.

  The RFI and amendments can be accessed at: https://www.dshs.wa.gov/fsa/procurements/competency-restoration-services

  As part of the RFI process, DSHS also convened an Information Session to communicate information about the Department's efforts to increase capacity to provide CR services to pretrial detainees within the state, and to respond to questions from representatives of organizations that provide these services.  The information session included brief presentations from representatives of the Behavioral Health and Service Integration Administration (BHSIA) as well as a panel of DSHS representatives who answered questions.  A summary of the information provided and questions and answers discussed will be posted in an Amendment to the RFI.

**Key Implementation Steps Taken and Planned—June 2015**

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Project Administration** | | | | | |
| Execute consulting contract with Groundswell Services, Inc. | ➢ Execute Contract<br>➢ Finalize Task Order A—consultation on preparation of long-term plan<br>➢ Begin work on Task Order B—training and workforce development | Complete<br>Complete<br><br><br>On Target | Provide consultation, training, workforce development, and implementation services to: improve the State's forensic mental health system; comply with competency service timeliness and other requirements in the *Trueblood* decision; comply with legislative requirements and recommendations of the Joint Legislative Audit and Review Committee (JLARC) | Contract executed<br><br>Work began on first Task Order | |
| Long-term Plan | ➢ Consult with Groundswell Services<br>➢ Obtain their analysis and recommendations<br>➢ Draft the report<br>➢ Move report through review and edit cycles<br>➢ Finalize the report<br>➢ Submit the report | Complete<br><br>Complete<br><br>Complete<br>On Target<br><br>7/01/15<br>7/02/15 | Submit the court-ordered long-term plan to continue to provide services with seven days, even as demand for such services continues to grow and the state hospitals' existing campuses reach their full capacities. | Consultation with Groundswell in preparation for drafting the report was completed<br><br>Report has been drafted and is moving through the review and edit cycle | |
| Inventory Groundswell, JLARC, and *Trueblood* tasks | ➢ Inventory recommendations requiring DSHS compliance | Complete | Identify what has been done, what is currently reflected in pending legislation, and what items require further consideration | Reviewed JLARC and Groundswell recommendations as well as *Trueblood* requirements | |
| **Court Appointed Monitor Coordination** | | | | | |
| Monitor support | ➢ Complete required contract paperwork | Complete | Ensure efficient processing of Monitor billing and prompt remittance of Monitor payments | | |
| Monthly Reports | ➢ Released June report<br>➢ Submit July Report<br>➢ Post-Submission Review | Complete<br>7/02/15<br>7/10/15 | Submit monthly report in accordance with the Court Order | Released June Report to Stakeholders following review with Monitor | |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Legislative Coordination** | | | | | |
| Implement Second Engrossed Second Substitute Senate Bill (2E2SSB) 5177 | ➢ Outline key impacts<br>➢ Convene forensic system partner meetings to establish implementation process<br>➢ Communicate with Tribes<br>➢ Develop implementation plan | Complete 7/10/15<br><br><br>On Track TBD | • Provide information about 2E2SSB 5177 to partners across the forensic mental health services system<br>• Implement and operationalize the changes brought about by the bill through engagement of partners<br>• Establish subgroups and an oversight committee as needed<br>• Communicate with Tribes to address impacts | • Completed summary of key components of<br>• 2E2SSB 5177<br>• Completed tasks related to hosting the<br>• 2E2SSB 5177 information and planning meeting<br>• Drafted letter to Tribes | |
| Provide regular implementation and progress updates | ➢ Schedule twice monthly update conference call or in-person meeting | Ongoing | • Keep Legislators and staff up-to-date on status of Trueblood and SB5177 implementation<br>• Provide an opportunity to address any questions related to monthly reports or the long-term plan | • Provided copies of May and June monthly reports<br>• Reviewed June monthly Report<br>• Established twice-monthly meeting schedule | |
| **Labor Coordination** | | | | | |
| Engage Labor Leaders and Members | ➢ Conduct ongoing weekly meetings with Labor leaders<br>➢ Notice to affected state hospital employees on the potential to contract for restoration services<br>➢ Demands to Bargain sessions<br>➢ Deadline for Labor to submit alternatives to contracting<br>➢ Deadline for Labor to submit notification of intent to form Employee Business Unit (EBU) | Ongoing<br><br><br>5/13/15<br><br><br><br><br>Complete<br><br>7/12/15<br><br><br>8/11/15 | • Discuss policy, budget and operational changes likely required to comply with the *Trueblood* requirements<br>• Discussions will continue at all levels as decisions are made and steps taken to comply with *Trueblood* | • Notice sent to affected state hospital employees in accordance with RCW 41.06.142 regarding potential to contract for restoration services<br>• Demands to Bargain sessions related to potential contracting for CR services were held 6/12/15 and 6/26/15 | |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Data Collection and Fiscal Modeling** | | | | | |
| Determine increased resources needed to meet *Trueblood* requirements | ➢Identify and obtain needed data<br>➢Complete analysis<br>➢Review models with Office of Financial Management (OFM) and Legislative Fiscal and Policy Staff<br>➢Evaluate funding to support implementation in 15-17 biennial budget passed by the Legislature | Ongoing<br><br>Complete<br>Complete<br><br><br><br>Complete | • Determine staff, bed, facility & other resource needs<br>• Agree upon models with Office of Financial Management (OFM) and Legislative Fiscal & Policy Staff<br>• Obtain necessary resources to support compliance with *Trueblood* | In coordination with the Office of Financial Management, DSHS developed an initial funding model based on historical trends of competency evaluation and restoration services.<br><br>Funding provided in 15-17 biennial budget. | |
| Monthly report data collection | ➢Identify and obtain needed data | Ongoing | Obtain data to complete monthly reports<br>Develop standardized reports to inform policy development and implementation | Refined data and format for Class Member section | |
| Develop Data Dictionary/ Crosswalk | ➢Review systems at each hospital<br>➢Identify and define key data elements<br>➢Develop a crosswalk | Complete<br><br>Complete<br><br>Complete | • Ensure consistency in data definitions and sources across the hospitals<br><br>• Improve data accuracy | | |
| Establish process flow for monthly reporting data collection | ➢Document process flows<br>➢Add supplemental Quality Assurance steps | Complete<br>Complete | • Improve data collection processes<br>• Understand anomalies<br>• Improve timely and efficient collection and submission of the data<br>• Improve data accuracy | | |
| Institute data audit process | ➢Review data and files of cases with anomalies<br>➢Note trends<br>➢Adjust process as appropriate | Ongoing | Ensure completeness and accuracy of wait list data | | |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Data Collection and Fiscal Modeling--Continued** | | | | | |
| Integrate new Data Consultant into reporting and data management processes | ➢Hire position<br>➢Onboard position<br>➢Learn current systems and processes<br>➢Participate in the implementation of data system improvements | Complete<br>Complete<br>Complete<br><br>Ongoing | • Provide back-up data collection and QA capacity<br>• Improve quality of reports<br>• Improve data accuracy | | |
| Hire Statistician | ➢Develop PDF<br>➢Establish position<br>➢Recruit<br>➢Hire<br>➢Onboard | On Track<br>TBD<br>TBD<br>TBD<br>TBD | Provide expertise to develop models to predict need for competency services and develop an algorithm for admissions to State Hospitals to meet the 7 day standard, reduce waitlists and make optimal use of available beds | | |
| Track Evaluator hiring | ➢Designed log for hospitals to track and report forensic evaluator recruitment and hiring | Complete | Monitor status of forensic evaluator recruitment efforts | | |
| Consult Research and Data Analysis | ➢Identify recommendations about improving data collection, reporting and analysis | On Track | Improve system for gathering, analyzing and reporting on competency system data | Conducted two consultation meetings | |
| Consult with Electronic Health Record (EHR) Vendor | ➢Identify potential for leveraging EHR services to improve competency services | On Track | Leverage EHR services to improve competency services | | |

| | | | Human Resources | | |
|---|---|---|---|---|---|
| Hire Forensic Services Director | ➢ Develop Position Description | Complete | Provide leadership and oversight for Forensic Mental Health Services operations, as recommended in the forensic services consultant report | | |
| | ➢ Establish position | On Target | | | |
| | ➢ Post position for recruitment | On Target | | | |
| | ➢ Conduct Interviews | TBD | | | |
| | ➢ Hire | TBD | | | |
| | ➢ Onboard | TBD | | | |
| Hire Office of Forensic Services HQ positions | ➢ Develop Position Descriptions | On Target | Provide infrastructure for forensic services system | | |
| | ➢ Establish positions | TBD | | | |
| | ➢ Post positions for recruitment | TBD | Improve effective and timely provision of competency services | | |
| | ➢ Conduct Interviews | TBD | | | |
| | ➢ Hire and Onboard | TBD | | | |
| | | | Competency Evaluation | | |
| Hire additional evaluators | ➢ Hiring | On target | • Increase evaluation capacity | • Instituted a hiring process that uses job postings that remain open until all positions are filled—to streamline hiring process | |
| | ➢ Began using log to track recruitment progress | Complete | • Reduce wait time for evaluation | | |
| | ➢ Contacted applicants | Complete | • 7/1/15 is our target date for having additional Forensic Evaluators; however it is not likely we will have hired all needed additional positions in time to be operational by this date and aggressive recruitment will continue until all needed positions are filled | • Recruitment continues for 13 new Psychologist 4 Forensic Evaluator positions (WSH – 8 positions, ESH-5 positions) | |
| | ➢ Conduct Interviews | On Target and ongoing | | | |
| | ➢ Onboarding | TBD | | • Obtained updated status on availability of office space to house Out-station Evaluators in Everett, Vancouver, East Wenatchee and Yakima | |
| | ➢ Evaluators operational | 7/1/15 | | | |
| | Out-Station locations | | • Assumes compensation increases for Forensic Evaluators are funded through adoption of the 2015-2017 state employee Collective Bargaining Agreement by the legislature | | |
| | ➢ Identifying Out-station sites | In progress | | | |
| | ➢ Site agreement/contract processes | TBD | | • Created and began using recruitment tracking tool | |
| | ➢ Out-station sites operational | 7/1/15 | | | |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Competency Evaluation--Continued** | | | | | |
| Continue current County-conducted evaluation system until 2018 | ➢ Define data elements needed from counties that are conducting their own evaluations | 9/1/15 | Obtain data needed from counties in order to meet court ordered reporting requirements | 2E2SSB 5177 passed by the Legislature on passed by the Legislature on 5/28/15 and signed into law by Governor Jay Inslee on | |
| County/district/ municipal court practice changes | ➢ Define accountability for transfer of court orders & other documents to state hospitals<br>➢ Set timeframe for transfer/receipt of information above<br>➢ Transport to state hospitals for inpatient evaluation<br>➢ Catalog specific changes included in the Legislation and develop implementation plan | Legislation passed 5/28/15<br><br><br><br><br><br>Complete | • Establish consistent protocols and identify key parties responsible for transport of information and patients to support timely competency evaluation<br>• Court Clerks to provide court orders and court files<br>• Prosecutors to provide Discovery documents<br>• Jail Administrators to provide medical clearance documents | 2E2SSB 5177 passed by the Legislature on passed by the Legislature on 5/28/15 and signed into law by Governor Jay Inslee on | |
| Conduct Value Stream Map (VSM) of Competency Service Process | ➢ Conduct VSM<br>➢ Action items to be incorporated into Tiger Team plans to implement recommendations | Complete Ongoing | Develop current state map of the current system and suggestions that can be implemented to improve delivery of competency services | Recommendations focused on outpatient evaluation and restoration services. Action items shared with Tiger Teams for implementation<br><br>Several recommendations are consistent with provisions of 2E2SSB 5177 and will be incorporated into implementation of the legislation. | Key recommendation requires a technology-related solution that is not likely to be implemented in the short-term |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Competency Evaluation--Continued** | | | | | |
| Conduct a Rapid Improvement Workshop focused on inpatient evaluation and restoration services | ➤ Conduct Rapid Improvement Workshop <br> ➤ Implementation rolled into follow up from VSM and SB5177 | Complete | Develop current state map of inpatient evaluation/restoration services and identify recommendations to improve service delivery | • Completed Lean Rapid Improvement workshop for Inpatient Evaluation for Competency to Stand Trial and post restoration evaluations for Competency to Stand Trial on 6/1/15. <br> • Identified multiple action items for procedural reform to expedite the process of admission once inpatient is determined necessary and expedite a return to jail once the evaluation is complete. | |
| Conduct a Lean event at WSH to reform Administrative Assistant workflow | ➤ Planning for Lean event <br> ➤ Conduct Lean event <br> ➤ Incorporate action items into project plan | On Target July 8, 2015 TBD | Multiple reforms to workflow patterns, assignments and procedures to maximize the ability to meet both outpatient and inpatient evaluation timelines. | Charter complete <br> Facilitator retained | |
| Evaluate potential for distributing mobile equipment | ➤ Identify hardware necessary <br> ➤ Identify cost estimates <br> ➤ Determine if funding capacity exists to implement | Complete <br><br> Complete <br> Pending biennial budget analysis | Provide out-stationed evaluators with the capacity to access DSHS systems and electronic health records remotely <br><br> Support more rapid entry of evaluation information and reduce duplicate data entry | • Equipment needs identified <br> • One time and ongoing costs estimated | |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Competency Evaluation--Continued** | | | | | |
| Explore triage system possibilities | ➢ Obtain additional information and recommendations from Groundswell | TBD | In order to best serve patients referred for evaluation in the most efficient manner possible while minimizing unneccesary impact to the competency services system; establish an efficient evaluation to identify individuals who:<br><br>• Need inpatient services due to serious mental health condition<br>• Clearly do not require inpatient evaluation services; or<br>• Are clearly competent due to changes in their condition since the issuance of an order for evaluation (such as no longer drug affected) | | |
| **Competency Restoration** | | | | | |
| Add Competency Restoration Bed Capacity<br><br>90 beds | | | • Increase competency services capacity<br>• Reduce wait time for competency services<br>• Funding provided in 15-17 biennial budget for 90 beds | | |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Competency Restoration--Continued** | | | | | |
| Western State Hospital (WSH); S4 Ward<br><br>15 beds | ➢ Design and Permitting<br>➢ Construction<br>➢ Labor Discussions<br>➢ Staff Onboarding<br>➢ Ward preparation and patient movement<br>➢ **Bed Occupancy—Phase I (10 Beds)**<br>➢ Complete Fence Project<br>➢ **Bed Occupancy—Phase II (5 beds)** | Complete<br>Complete<br>Complete<br>Complete<br>Complete<br><br>6/18/15<br><br><br>09/2015<br>**09/2015** | Expand State Hospital bed capacity to meet Court Ordered compliance date | • Increased Competency Restoration bed capacity by 10 beds<br>• Serving 10 more Competency Restoration patients at WSH | • Inability to identify enough appropriate patients to fill these beds to free up other Forensic beds |
| WSH; E2 Ward<br><br><br><br><br><br><br><br><br><br>30 beds | ➢ Design and Permitting<br>➢ Patient movement from E2 to E4<br>➢ Construction<br>➢ Labor Discussions<br>➢ Develop staffing and hiring plan<br>➢ Staff Onboarding<br>➢ Ward Preparation and patient movement<br>➢ **Bed Occupancy** | Complete<br>08/2015<br><br><br>9/25/15<br>10/31/15<br>6/26/15<br><br>12/14/15<br>12/15/15<br><br>**12/17/15** | Expand State Hospital bed capacity to meet Court Ordered compliance date | | |
| Western State Hospital (WSH); S4 Ward Phase II Expansion to support additional capacity<br>15 beds | ➢ Labor Discussions<br>➢ Confirm design and construction needs with the Fire Marshall<br>➢ Build Fence<br>➢ Staff Onboarding<br>➢ Ward Preparation and patient movement<br>➢ **Bed Occupancy** | TBD<br>10/1/15<br><br><br><br>TBD<br>TBD<br>TBD<br><br>**7/01/16** | • Phase out Community Alternative beds as additional State Hospital beds are funded<br>• Completion dates for the facilities work (including the fence) are dependent on Labor discussions | | |

| Task | Key Milestones | Status/ End Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| | | | **Competency Restoration--Continued** | | |
| ESH | ➢ Review current ward occupancy and make relocation plan | Complete | • Phase I expands State Hospital bed capacity to meet Court Ordered compliance date; Phase II phases out Community Alternative beds as additional State Hospital beds are funded | • Negotiated with L&I and determined that no additional emergency circuits are required—this resulted in the ability to move up occupancy from January 2016 to November 2015. | • Funding not allocated to support facilities work in the new biennial budget |
| | ➢ Develop staffing and hiring plan | 6/30/15 | | | • Ability to recruit enough staff to support the additional Competency Restoration ward |
| | ➢ Install cabling needed for office relocation | 7/31/15 | • Assumes emergency declaration that the work is urgently required to preserve health & safety--which allows an abbreviated public work competitive bid process to expedite these critical facility changes.  Without emergency declaration, add 2 months | • Received emergency declaration and secured contractor. | |
| | ➢ Relocate staff offices on 2N3 to 1N3 and 3N3 | 7/15/15 | | • Identified adequate number of patients to transfer to 2N3 ward. | |
| | ➢ Design and Permitting | 7/31/15 | | | |
| | ➢ Negotiations with L & I | Complete | | | |
| | ➢ Construction | 10/1/15 | | | |
| |    o Ward renovation | | | | |
| |    o Patient safety--anti-ligature work) | | • Assumes initial plan to relocate patients from the south to the north end. Will need to vacate a ward to create space for beds to ensure competency restoration patients are not comingled with NGRI patients – as they require different levels of monitoring/security and have different active treatment needs. | | |
| |    o Update nurse call system/intercom | | | | |
| |    o Install cameras | | | | |
| | ➢ CMS Survey for new 2N3 ward | TBD | | | |
| | ➢ Staff Ward Preparation and moving NGRI patients from 3S to 2N3 | 9/19/15 | | | |
| 15 beds | ➢ **Comp Restoration Bed Occupancy in Forensic Services Unit Phase I** | 11/1/15 | | | |
| 15 beds | ➢ **Comp Restoration Bed Occupancy Phase II** | 07/01/16 | | | |

| Task | Key Milestones | Status/ Due Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Competency Restoration--Continued** | | | | | |
| Evaluate possibilities for establishing State-run facility at Maple Lane | ➢ Determine permitting requirements and timeline<br>➢ Determine licensing requirements<br>➢ Assess The Joint Commission (TJC) and Centers for Medicare and Medicaid Services (CMS) certification requirements<br>➢ Test HVAC, lights, etc.<br>➢ Complete Special Use Permit (SUP) Process<br>➢ Post Essential Public Facilities notice in local newspapers to begin 90 day public comment period<br>➢ Attend local school board meeting<br>➢ Schedule a required public meeting<br>➢ Participate in SUP Pre-Submission Conference<br>➢ Establish an MOU with DOC | Complete<br><br>Complete<br><br>Complete<br><br><br><br><br>Complete 11/2015<br><br>06/17/15 & 06/18/15 (Complete)<br><br><br>7/22/15<br><br>7/29/15<br><br>TBD<br><br>TBD | Identify alternate facility capacity to support timely competency services that will meet the *Trueblood* compliance deadline of 01/02/16 | Convened meeting with Department of Corrections to begin planning for MOU should Maple Lane be determined viable<br><br>Met with Thurston County planning staff and counsel to determine timeline to obtain a special use permit<br><br>Posted Essential Public Facility notice in local newspapers to begin the 90 day public comment period<br><br>Met with Superintendent of Rochester School District<br><br>Scheduled time for presentation at local school board meeting | Zoning timelines will result in Maple Lane not being available until 10/27/15 at the soonest. This may eliminate Maple Lane as a viable option in time to meet 1/2/16 *Trueblood* deadline |

| Task | Key Milestones | Status/ Due Dates | Anticipated Outcome & Assumptions | Results Achieved | Barriers to Completion |
|---|---|---|---|---|---|
| **Competency Restoration--Continued** | | | | | |
| Establish Community alternative sites for competency restoration (inpatient) | ➢ Statutory direction<br>➢ Meet 41.06.142 obligations<br>➢ Post RFI<br>➢ Host information day<br>➢ RFI responses due<br>➢ Vendor presentations<br>➢ Post RFP (if decision made to pursue RFP)<br>➢ Develop contract<br>➢ Execute contract<br>➢ Desired service begin date (should decision be made to contract)<br>➢ Develop protocol for recommendations to court re: appropriate restoration services placement | Complete<br>See Labor Section<br><br>Complete<br>Complete<br>07/17/15<br>07/31/15<br>08/15/15<br><br><br>TBD<br>TBD<br>11/15/15<br><br><br><br>TBD | • Planning for 30 beds that can be operational to comply with a 7 day standard by 01/02/16<br>• Anticipated duration yet to be determined, but services could be anticipated to last at least one year but not longer than through the 15-17 biennium and would be planned to be transitioned from contracted services to services provided by state staff in a state facility as funding is appropriated<br>• Evaluate possibilities for restoration services provided by contract | • 2E2SSB 5177 passed by the Legislature on 5/28/15 and signed into law by Governor Jay Inslee on 6/10/15<br>• Posted RFI<br>• Hosted Information Day | |
| County transport to restoration services | ➢ Statutory direction<br>➢ Coordinate with counties to develop transport protocols | Complete<br>TBD | Increase timely transport of patients to support delivery of competency services as directed in the court order | 2E2SSB 5177 passed by the Legislature on 5/28/15 & signed into law by Governor Jay Inslee on 6/10/15 | Obtaining necessary cooperation from city and county jails |
| **Diversion Alternatives** | | | | | |
| Obtain legislative language to support dismissal of charges & referral to treatment | ➢ Passage of legislation during special session<br>➢ Issuance of RFA for distribution of appropriated funding<br>➢ Diversion Programs operational | Complete<br><br>TBD<br><br><br>TBD | Prosecutor can dismiss criminal charges without prejudice & refer to community-based mental health services | 2E2SSB 5177 passed by the Legislature on 5/28/15 and signed into law by Governor Jay Inslee on 6/10/15 | Additional funding required if diverted cases increases to 25-50% |
| Stakeholder process | ➢ Convene stakeholder group | TBD | Develop policy recommendations | Kickoff planning meeting scheduled for 7/10/15 | |

| Staff and Patient Safety | | | | | |
|---|---|---|---|---|---|
| State Hospital Psychiatric Intensive Care Unit (PICU) | ➢ Construction<br>➢ Staff Ward Preparation<br>➢ **1-3 Bed Occupancy**<br>➢ **Occupancy beyond 3 beds** | 1/07/16<br>1/25/16<br>**1/25/16**<br>**TBD** | Recommendation of Labor/Management Ad Hoc Safety Committee to enhance staff and patient safety | Supplemental budget allocated $339k for development of a PICU—construction will take place to establish an 8 bed space | • Proposed budget has funding for 23 FTE to implement a 1-3 bed PICU<br>• Bed occupancy in excess of 3 patients dependent on additional funding |
| Psychiatric Emergency Response Teams (PERT) teams (1 additional WSH and 1 at ESH) | ➢ Labor discussions<br>➢ Staff training<br>➢ Equipment purchase<br>➢ Staff onboarding<br>➢ PERT teams operational | 8/01/15<br>TBD<br>6/30/15<br>TBD<br>TBD | • Recommendation of Labor/Management Ad Hoc Safety Committee<br>• Likely need PERT team at ESH forensic wards for higher acuity patients who have been in jail for less time | | |
| Staff safety training in de-escalation and other skills to reduce workplace violence designed and delivered by State Hospital staff experts | ➢ Approval of proposed budget<br><br>➢ Develop curriculum<br>➢ Broaden training of Best Practices for Interaction with Patients<br>➢ Develop system to monitor annual training implementation | Legislative Special Session End Date<br>10/01/15<br>07/01/15<br><br>10/01/15 | Recommendation of Labor/Management Ad Hoc Safety Committee to enhance patient and staff safety | Proposed House budget includes funding for 22.4 FTEs to include:<br>○ PSA/MHT Training—16 hours<br>○ LPN Training—18 hours<br>○ RN Training—24 hours | |
| Conduct comprehensive assault incident reviews | ➢ Hire 2 patient-to-staff assault incident reviewers<br>➢ Establish assault review workgroup | 06/30/15<br><br>10/31/15 | Post-incident de-briefing and root cause analysis of assault incidents will identify necessary systems changes to increase staff safety | | These FTEs are not included in BHSIAs budget and would need funding in the 15-17 biennial budget. |

Appendix A:  Second Engrossed Second Substitute Senate Bill 5177 Key Elements

| 5177 as passed House Judiciary | What problem is it intended to solve? | What is the proposed solution? | What is the intended outcome? |
|---|---|---|---|
| Sec. 1.  Legislative findings. | • Lack of bed space at the state hospitals for competency restoration, resulting in longer in-jail wait times.<br>• Lack of capacity for community competency restoration. | • Encourage DSHS to phase in alternative locations and increased access to comp restoration services.<br>• Work with counties and courts to develop a screening process. | • Greater availability of competency restoration locations in the community.<br>• Determination of who is safe for comp restoration outside of a state hospital. |
| Sec. 2. New section in RCW 10.77 – charging documents, discovery packet, and medical clearance. | DSHS has not been able to meet the statutory timelines consistently. The JLARC report noted the average time for evaluations in jails was 19 days for Western State Hospital and 33 days for Eastern.  To enable the hospitals to meet the statutory timelines and the Trueblood time limit, necessary documents to complete an evaluation – the charging documents, discovery docs, and medical clearance – must be received as soon as possible. | Require that within 24 hours of signing a court order requesting the secretary to provide comp evaluation or restoration:<br>• The court clerk shall provide the order and charging documents. If the order is for comp restoration and the comp evaluation was provided by an expert not designated by the Secretary, the clerk must also provide the state hospital with all previous court orders related to competency or criminal insanity and any evaluation reports;<br>• The prosecutor shall provide the discovery packet.<br>• If transportation is needed, the jail administrator shall provide medical clearance. | Enable DSHS to meet statutory targets and court-ordered time limits by providing prompt provision of records to evaluators. |

| 5177 as passed House Judiciary | What problem is it intended to solve? | What is the proposed solution? | What is the intended outcome? |
|---|---|---|---|
| **Sec. 3.  New section in RCW 10.77 – transportation of defendants from jails** | Some jails transport defendants to the hospitals as little as twice per week. Hospitals will not meet the 7-day time limit without more frequent transportation. | Require city or county jails to transport a defendant to a state hospital or other secure facility within one day of receipt of an offer of admission for comp evaluation or restoration services. Require city and county jails to cooperate with evaluators and DSHS to arrange for evaluators to have reasonable, timely, and appropriate access to defendants. | Enable DSHS to meet the statutory and court-ordered time limits by transporting defendants to hospitals more frequently. |
| **Sec. 4.  RCW 10.77.084 – Comp restoration.** | Unclear language. | Rewrite for increased clarity. | Facilitate implementation of 10.77 comp restoration process. |
| **Sec. 5.  RCW 10.77.086 – Commitment – Procedure in felony charge.** | • Lack of bed space at the state hospitals for competency restoration, resulting in longer in-jail wait times.<br>• Lack of capacity for community competency restoration.<br>• Judges have commented that their hands are often tied with regard to sending those who are initially determined to be non-restorable to restoration treatment. | • Encourage DSHS to develop alternative locations for comp restoration services.<br>• Allow restoration in a city or county jail during the 2015-17 biennium if emergent conditions exist.<br>• Provide that comp restoration time periods does not include transport.<br>• Give courts the discretion to dismiss charges without prejudice and send that person over for a felony conversion to civil commitment. | • Reserve limited hospital resources and beds for patients deemed most appropriate for inpatient restoration.<br>• Ease pressure on hospitals by allowing more competency restoration in jails and the community.<br>• Allow DSHS to comply with Trueblood order.<br>• Free up hospital bed space by giving courts greater discretion, rather than unnecessarily using restoration beds. |

| 5177 as passed House Judiciary | What problem is it intended to solve? | What is the proposed solution? | What is the intended outcome? |
|---|---|---|---|
| **Sec. 6. RCW 10.77.088 - Placement — Procedure in nonfelony charge.** | Same as sec. 3, but for nonfelony cases. | Same as sec. 3, but for nonfelony cases. | Same as sec. 3, but for nonfelony cases. |
| **Sec. 7.  RCW 10.77.073 – County forensic evaluations.**<br><br>**Similar to SB 5403 & HB 1426 (2015)** | • DSHS has lacked the resources to meet statutory performance targets for in-jail comp evaluations, resulting in longer in-jail wait times.<br>• The federal district court in Trueblood has ordered DSHS to reduce in-jail wait times to 7 days from the signing of the court order. | • Extend the expiration date of 5551 (2013) that provided for state reimbursement to counties for costs of appointing comp evaluators for in-custody defendants.<br>• Expand the grounds under which a county may seek reimbursement.<br>• In consultation with DSHS, require the counties to develop and maintain critical data elements and share this data with the DSHS upon the department's request. | • Ease burden on state hospitals by allowing more competency evaluations in jails and the community.<br>• Save limited hospital resources and beds for the most acute patients.<br>• Allow DSHS to comply with statutory and Trueblood time limits for in-jail comp evaluations. |
| **Sec. 8.  RCW 10.77.220 - Incarceration in correctional institution or facility prohibited; exceptions.** | The current law limiting the correctional confinement of persons under the forensic laws to 7 days is too broad, and was not intended to apply to in-jail comp evaluations and restoration. | Amend the law to apply only to persons who are criminally insane. | Clarify statute, consistent with intent when enacted. |

| 5177 as passed House Judiciary | What problem is it intended to solve? | What is the proposed solution? | What is the intended outcome? |
|---|---|---|---|
| **Sec. 9. New section in RCW 10.77 – Diversion alternative by prosecutors.**<br><br>**Similar to SSB 5925 (2015).** | According to the Groundswell report, some counties overuse the forensic system for misdemeanant defendants: "Often, this is symptomatic of a resource-strapped system using competence evaluations as a mechanism to secure treatment for indigent patients (which thereby creates other resource problems in the forensic system)." | • If the issue of competency to stand trial is raised by the court or a party, the prosecutor may dismiss the charges without prejudice and refer the defendant for MH, CD, or DD assessment as appropriate.<br>• Exclude defendants who have a current charge or prior conviction for a violent or sex offense, or a violation of certain types of assault in the 3rd degree. | Reduce unnecessary competency referrals by allowing prosecutors to dismiss charges without prejudice in certain cases and refer individuals for appropriate services. |
| **Sec. 10. New section in RCW 10.77 – Office of Forensic MH Services**<br><br>**Same as SB 5792 (2015).** | This was one of the priority recommendations of the Groundswell report: "Current forensic services are often disconnected and embedded in other systems, particularly the state hospitals. Further, there is little meaningful data to shed light on the forensic population or inform decisions." | Establish an Office of Forensic Mental Health within DSHS. | Promote quality assurance, transparency and accountability; improve data management capacity; oversee all forensic services; implement best practices in forensic treatment; and ensure a strategic, integrated approach to the forensic population. |
| **Sec. 11. New section in RCW 10.77 – Rulemaking.** | DSHS may not have authority to adopt rules to implement 5177. | Require the secretary to adopt rules as may be necessary to implement this act. | Ensure that DSHS has statutory authority to adopt rules as needed to implement 5177. |

| 5177 as passed House Judiciary | What problem is it intended to solve? | What is the proposed solution? | What is the intended outcome? |
|---|---|---|---|
| Sec. 12.  New section – standardized court orders. | Need standardized court order forms to ensure uniformity across the counties, enable the hospitals to quickly process forensic and civil admissions, and address attachment of necessary documentation, defense counsel availability, and expedited judicial process for extensions for clinical good cause. | By 12/31/15, require the Administrative Office of the Courts (AOC) to work with stakeholders to develop and prepare standard forms for court orders for: (a) forensic evaluation and competency restoration services under chapter 10.77 RCW; and (b) involuntary civil commitment under chapter 71.05 RCW. | Develop standard court order templates for forensic and civil commitment. |
| Sec. 13.  New section – court video testimony work group. | Remote locations and the limited number of forensic evaluators make will make it difficult to conduct evaluations with 7 days. | Establish a court video testimony work group to facilitate the use of video testimony by state competency evaluators under 10.77.  The AOC is to convene and provide staffing.  Complete work by 6/30/16. | Court video testimony may help to facilitate conducting timely evaluations and hearings. |
| Sec. 14.  RCW 71.05.235 - Examination, evaluation of criminal defendant | Correct an obsolete cross-reference. | Technical fix. | Greater clarity. |
| Sec. 15.  RCW 10.77.065 - Mental condition evaluations (eff. until 4/1/16) | Same as sec. 14. | Same as sec. 14. | Same as sec. 14. |
| Sec. 16.  RCW 10.77.065 - Mental condition evaluations (eff. 4/1/16) | Same as sec. 14. | Same as sec. 14. | Same as sec. 14. |
| Sec. 17.  Severability clause. | Boilerplate severability language | Boilerplate severability language | Boilerplate severability language |

| 5177 as passed House Judiciary | What problem is it intended to solve? | What is the proposed solution? | What is the intended outcome? |
|---|---|---|---|
| **Sec. 18.  Sec. 15 expires 4/1/16.** | Technical nonsubstantive language | Technical nonsubstantive language | Technical nonsubstantive language |
| **Sec. 19.  Effective date section:** | | | |
| **(1) Emergency clause - sec. 7 takes effect immediately.** | Sec. 7 (county forensic evaluations) needs to become effective ASAP to allow the counties to continue their work. | Add an emergency clause to allow section 7 to take effect immediately. | Allow counties to continue forensic evaluations. Additional funding will be provided in the budget. |
| **(2) Emergency clause – other sections take effect on 7/1/15.** | The other sections of the bill need to become effective earlier in order to implement the Trueblood time limits. | Add an emergency clause to allow sections 1 to 6 and 8 to 15 to take effect on 7/1/15. | Allow DSHS and others to implement the Trueblood court order in a timely manner. |
| **(3) Sec. 17 takes effect 4/1/16.** | Technical nonsubstantive language | Technical nonsubstantive language | Technical nonsubstantive language |
| **Sec. 20.  Effective date – emergency clause for chapter 253, Laws of 2015 (HB 1599 fix).** | The law that allows DSHS to place a criminally insane person in a DOC facility if the person presents an unreasonable safety risk expires on 6/30/15. | Provide that HB 1599 will take effect on 6/30/15. | Retain DSHS's authority under the current law. |

**Appendix B: Outlier Evaluation Case Status Explanations**

| Hospital | Class Member | County | Offense | Completion Method or Incomplete | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Completed Evaluations: # Days from Order Signed to Evaluation Completion | Incomplete Evaluations: # Days from Order Signed to End of Reporting Period | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| WSH | 341 | CLARK | MISDEMEANOR | INCOMPLETE | 1/25/2011 | 0 | 0 | | 1606 | Most likely WITHDRAWN; investigation is in progress. |
| WSH | 348 | KING | MISDEMEANOR | INCOMPLETE | 6/14/2013 | 0 | 3 | | 735 | Most likely WITHDRAWN; investigation is in progress. |
| WSH | 360 | LEWIS | MISDEMEANOR | INCOMPLETE | 8/27/2014 | 2 | 2 | | 296 | Most likely WITHDRAWN; investigation is in progress. |
| WSH | 365 | PIERCE | MISDEMEANOR | INCOMPLETE | 10/29/2014 | 0 | 0 | | 233 | Most likely WITHDRAWN; investigation is in progress. |
| WSH | 382 | GRAYS HARBOR | FELONY | INCOMPLETE | 03/09/2015 | 1 | 66 | 107 | 107 | Evaluation for Sanity, not for Competency to stand trial. Required a letter of the Defense Expert's Report; provided 5/14/2015. Report is to be faxed by 6/29/15. |
| ESH | 476 | SPOKANE | FELONY | ADMISSION | 1/9/2015 | 60 | 61 | | 161 | Investigation is in progress |
| ESH | 498 | SPOKANE | FELONY | ADMISSION | 2/12/2015 | 0 | 5 | | 127 | Investigation is in progress |
| ESH | 749 | SPOKANE | MISDEMEANOR | ADMISSION | 3/3/2015 | 0 | 0 | | 108 | Investigation is in progress |
| ESH | 761 | SPOKANE | FELONY | CLOSED | 1/5/2015 | 1 | 2 | 161 | | Investigation is in progress |
| ESH | 991 | SPOKANE | FELONY | ADMISSION | 1/2/2015 | 3 | 5 | 146 | | Investigation is in progress |
| ESH | 996 | YAKIMA | FELONY | ADMISSION | 2/11/2015 | 0 | 1 | 106 | | Investigation is in progress |

**Appendix C:  Outlier Restoration Treatment Case Status Explanations**

| Hospital | Class Member | County | Offense | Order Signed Date | # Days from Signed Order to Order Received Date | # Days from Signed Order to Discovery Received Date | Incomplete:  # Days from Order Signed to End of Reporting Period | Comments |
|---|---|---|---|---|---|---|---|---|
| WSH | 1000 | KING | MISDEMEANOR | 4/28/2014 | 1 | 1 | 398 | 6/5/15 received a Kent (M) court docket indicating this case has been closed and would not be admitting to WSH. |
| WSH | 1001 | CLARK | MISDEMEANOR | 6/20/2014 | 21 | 21 | 345 | Defendant was released from jail on PR on 7/28/2014, but the court still wanted the MISD 29 day restoration to take place. 6/5/2015 CFS received judgement and sentencing order from the court and the case was closed and removed from the waitlist. |
| WSH | 1002 | SKAGIT | FELONY CLASS B | 11/13/2014 | 5 | 5 | 199 | Defendant was released from jail 12/02/2014, but the court wanted the Second 90 restoration to take place. We have not been able to admit this person because he is a PR now there has not been a way to locate/communicate. |
| WSH | 1003 | CLARK | MISDEMEANOR | 1/6/2015 | 22 | 22 | 145 | Defendant is not medically cleared for admission. |
| ESH | 333 | Chelan | MISDEMEANOR | 1/20/2015 | 0 | 2 | 150 | Investigation in progress |

# Attachment D: Long-term Plan - July 2015

The Honorable MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| TRUEBLOOD *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES *et al.*,<br><br>Defendants. | NO. C14-1178 MJP<br><br><br>DEFENDANTS' LONG-TERM PLAN |

As ordered in the Court's April 2nd, 2015, Findings of Fact and Conclusions of Law (Dkt. # 131), the Department of Social and Health Services respectfully submits their long-term plan.

RESPECTFULLY SUBMITTED this 2nd day of July 2015.

ROBERT W. FERGUSON
Attorney General

JOHN K. MCILHENNY, JR., WSBA No. 32195
SARAH J. COATS, WSBA No. 20333
AMBER L. LEADERS, WSBA No. 44421
NICHOLAS A. WILLIAMSON, WSBA No. 44470
Assistant Attorneys General
Attorneys for Defendants
Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

DEFENDANTS' LONG TERM-PLAN i
NO. C14-1178 MJP

***Trueblood, et al., v. Washington State Department of Social and Health Services, et al.***
***Cause No. C14-1178 MJP***
***LONG-TERM PLAN***

**July 2, 2015**

Behavioral Health and Service Integration Administration
PO Box 45050
Olympia, WA 98504-5050
(360) 725-2260
Fax: (360) 407-0304



Washington State Department of Social & Health Services

## TABLE OF CONTENTS

**Executive Summary** Page 4

- Table 1: Funding in the 15-2017 Biennial Budget Page 4

**Introduction** Page 5

- Table 2: Current Forensic System Resources in Washington State Page 5

- Recent Progress Page 5

- Table 3: Increases in Forensic Evaluators and Competency
  Restoration Beds in 15-17 Biennial Budget Page 5

- Guiding Principles Page 8

- Elements of the Long-Term Plan Page 9

**Element 1: Increase Competency Evaluation Capacity and Quality** Page 10

- Current Competency Evaluation Capacity--Background Page 10

- Increase the Number of Forensic Evaluators Page 10

- Table 4: Forensic Evaluator Funding in the 15-17 Biennial Budget Page 11

- Out Station Evaluators Page 11

- Improve Training and Quality Assurance Page 11

- Improve System Collaboration Page 12

- Develop Triage Models Page 12

- Streamline In-Custody Evaluation Processes Page 13

**Element 2: Expand Bed Capacity for Competency Restoration Treatment** Page 13

- Current Competency Restoration Treatment Capacity--Background Page 13

- Projections for the Future Page 14

- Increase State Hospital Capacity to Provide Inpatient
  Competency Restoration Treatment Page 14

- Create Short-Term Strategies to Accommodate Needed Capacity Page 15

- Implement Internal Process Improvements Page 15

- Increase Alternatives to Inpatient Restoration for
  Defendants not Requiring Hospitalization Page 16

**Element 3: Create a Robust and Reliable Data System to Better**
    **Forecast Demand for Services and Assess Program Performance** ........................ Page 16

- Acquire Necessary Expertise ........................................................................... Page 17

- Improve the Use of Existing DSHS Data ........................................................... Page 17

- Explore the Creation of Cross-System Automation ......................................... Page 17

**Element 4: Create Opportunities to Safely Divert People with**
    **Mental Illness from Arrest, Prosecution or Incarceration** ............................... Page 17

- Background ....................................................................................................... Page 18

- Pursue Misdemeanor Diversion Options ......................................................... Page 18

- Table 5: Number of Referrals for Misdemeanor
    Competency Evaluation and Restoration ...................................................... Page 18

- Apply Early Intervention and Diversion Opportunities ................................... Page 19

- Expand the Use of Civil Geropsychiatric Diversion ......................................... Page 19

**Conclusion** ................................................................................................................ Page 21

**Appendices** .............................................................................................................. Page 22

- Appendix A: Triage Models Under Consideration in Washington State ........... Page 22

- Appendix B: Background of Forensic Services in Washington State ................ Page 24

- Appendix C: Restoration Process ..................................................................... Page 25

## EXECUTIVE SUMMARY

This report is submitted to the United States District Court for the Western District of Washington at Seattle (the Court) in compliance with an order by the Court in the class action lawsuit *Trueblood et al. v. DSHS et al.*, Case No. C14-1178 MJP ("*Trueblood*"). On April 2, 2015, the Court issued Findings of Fact and Conclusions of Law that required the Department of Social and Health Services (DSHS) to, among other things, deliver this "long-term plan" by July 2, 2015. The plan must describe not only how DSHS will provide competency evaluation and restoration treatment services (hereafter referred to as "competency services") within seven days of signing of a court order; but how DSHS will also provide competency services within the seven-day standard as demand for services grow.

DSHS, with the support of Governor Jay Inslee and the Legislature, has taken substantial steps to improve competency services in Washington, including:

- Increasing funds dedicated solely to forensic mental health services;
  An investment of over $40 million in Washington's forensic mental health system by the Legislature in the two-year operating budget for the period of July 1, 2015 to June 30, 2017 (hereafter referred to as the 15-17 biennial budget) will yield a 40 percent increase in Forensic Evaluators and a 65 percent increase in the number of beds available to provide competency restoration treatment. Table 1 details funding provided in the 15-17 biennial budget:

Table 1: Funding in the 2015-2017 Biennial Budget

| Budget Item | FTEs | Dollars (Millions) |
|---|---|---|
| Competency Evaluation Staff | 18.0 | $ 4.67 |
| Competency Restoration Beds | 129.2 | $26.86 |
| Non-Felony Diversion | 0.0 | $ 4.81 |
| Office of Forensic Mental Health | 11.0 | $ 4.18 |
| Total | 158.2 | $40.52 |

- Enacting supporting legislation to, among other things, allow DSHS to provide restoration treatment services in the community, and to compel prosecutors, defense counsel, court administrators and jails to expedite exchange of information, access to defendants, and timely transport to state hospitals; and
- Improving the integrity of data collection and analysis by adding new data management expertise.

To sustain this progress over time, Washington has committed to four cohesive strategies:

1. Increase the capacity and quality of competency evaluation services;
2. Increase the bed capacity for competency restoration treatment services;
3. Create robust and reliable data systems, forecast future demand for services, and monitor program performance; and
4. Create opportunities to safely divert people with mental illness from arrest, prosecution or incarceration.

These strategies combine to create a long-term plan that will enable Washington to provide competency services within the time frames established by the Court.

# COMPETENCY SERVICES SYSTEM LONG-TERM PLAN

## INTRODUCTION

Historically, Washington has operated a competency services program that has fallen short of constitutional requirements. The system in Washington has been characterized by too few Forensic Evaluators, too few state hospital beds for timely restoration treatment, cumbersome communication across the criminal justice and forensic mental health systems, and inadequate data systems. Wait times for competency services have been too long. Table 2 shows the baseline bed capacity and number of forensic evaluators in Washington's competency services system as of April 2015.

**Table 2:  Current Forensic System Resources in Washington State**

| Site | April 2015 Capacity (Beds) | April 2015 Forensic Evaluator Positions (FTE) |
|---|---|---|
| **Eastern State Hospital** | 22 | 6 |
| **Western State Hospital** | 116 | 26.5 |
| **Total** | 138 | 32.5 |

**Recent Progress**

In the last year substantial and dramatic steps have been taken to begin to correct the major deficiencies in Washington's forensic mental health system and comply with the seven-day standard established in the *Trueblood* Order. These steps include:

1.  Increasing Funding to Improve the Forensic Mental Health System
    The 15-17 biennial budget was enacted by the Legislature on June 29, 2015 and signed by Governor Jay Inslee on June 30, 2015. It includes $40.5 million in new funding to improve competency services. Table 3 shows only the increases in the 15-17 biennial budget for forensic evaluator and competency restoration bed capacity.

**Table 3:  Increases in Forensic Evaluators and Competency Restoration Beds in 15-17 Biennial Budget**

| Site | April 2015 Forensic Evaluator Positions (FTE) | 15-17 Biennial Budget Increase (FTE) | Total Forensic Evaluator Capacity (FTE) | % Increase (FTE) | $ Increase (Millions) | April 2015 Capacity (Beds) | 15-17 Biennial Budget Increase (Beds) | Total Capacity (Beds) | % Increase (Beds) | $ Increase (Millions) |
|---|---|---|---|---|---|---|---|---|---|---|
| ESH | 6 | 5 | 11 | **83%** | $1.41 | 22 | 15 | 37 | **68%** | $13.41 |
| WSH | 26.5 | 8 | 34.5 | **30%** | $2.25 | 116 | 45 | 161 | **39%** | $4.47 |
| TBD | N/A | N/A | N/A | **N/A** | N/A | 0 | 30 | 30 | **N/A** | $8.97 |
| **Total** | **32.5** | **13**[1] | **45.5** | **40%** | **$3.66** | **138** | **90** | **228** | **65%** | **$26.86** |

---

[1] This figure does not include five Full Time Equivalents (FTE) for supervisory and administrative support that also are funded in the 15-17 biennial budget

This significant investment in the forensic mental health system in Washington state includes, among other things:

- 13 additional forensic evaluators--**a 53 percent increase.**
  DSHS has commenced recruitment and hiring for these positions. The vacancies were advertised in May 2015. Interviews with qualified applicants began in June 2015, and multiple job offers will occur in July 2015 and thereafter.
- 90 additional beds for competency restoration treatment--**a 65 percent increase.**
  DSHS opened up 10 of these beds at Western State Hospital in June 2015.
- $4.8 million dollars to finance community-based treatment for people who are diverted from prosecution when their competence to stand trial has been raised but diversion to treatment is more appropriate.

2. Enacting Supporting Legislation (Senate Bill 5177)
   As outlined in the Court's decision, DSHS is responsible to provide competency services but cannot, by itself, assure compliance with the seven-day standard required in the *Trueblood* order. DSHS is part of a larger system. As the Court's order stated, "Even with more funding and changes to the practices and policies of the Department, Washington's forensic mental health system cannot function efficiently without the help of all of its participants."

   In response to this need, the Washington State Legislature passed Senate Bill 5177[2] on May 28, 2015 and Governor Jay Inslee signed the bill into law on June 10, 2015. This legislation supports critical efforts needed to improve the competency service system in general and, more specifically, to successfully meet the seven-day standard for the delivery of competency services.

   Key provisions of SB 5177 include:
   a. *Timely Access to Competency Services*--Every day is critical in meeting a seven-day standard for timely access to competency services. This legislation defines responsibilities for key system partners whose commitment is vital to achieving this goal. The responsibilities include:

      i. Transmission of Required Documentation
         Within 24-hours of the signing of the court order the following system partners must provide to the state hospital:
         - The court clerk must provide the court order and charging documents, including the request for bail and certification of probable cause;
         - The prosecuting attorney must provide the discovery packet, including a statement of the defendant's criminal history; and
         - The jail administrator must provide the defendant's medical clearance information if the court order requires transportation of the defendant to a state hospital.

---

[2] The new public law can be found at: (http://lawfilesext.leg.wa.gov/biennium/2015-16/Pdf/Bills/Session%20Laws/Senate/5177-S2.SL.pdf)

    *ii.* Timely Transport of Defendants
Jails must transport a defendant to a state hospital or other secure facility within one day of receiving an offer of admission by DSHS for competency services.

    *iii.* Timely Access to Defendants
Jails must cooperate with DSHS to arrange for evaluators to have timely access to defendants and appropriate space to perform evaluations.

b. *Standardized Court Orders*--By December 31, 2015, the Administrative Office of the Courts must work with DSHS, the Office of the Attorney General, prosecuting and defense attorneys, counties, Disability Rights Washington, and tribal and community mental health groups to standardize court orders used for competency services. Standardizing court orders will increase system consistency and streamline admissions processes to help ensure the seven-day standard is met.

c. *Video Testimony*--The Administrative Office of the Courts must convene a work group composed of representatives of the courts, DSHS, the Office of the Attorney General, prosecuting and defense attorneys, counties, and Disability Rights Washington to consider and facilitate the use of video testimony by state forensic evaluators in court matters involving the forensic mental health system, and present their findings by June 30, 2016. The availability of video testimony will reduce delays caused by unavailability of witnesses and reduce public safety concerns regarding transporting witnesses.

d. *Alternative Sites for Competency Restoration Treatment*--There are currently no alternatives to competency restoration treatment provided in the state hospitals. DSHS is authorized to develop alternative locations and increase access to competency restoration treatment services for individuals who do not require inpatient psychiatric hospital services. DSHS also is directed to work with counties and the court to develop a screening process to determine which individuals can safely receive competency restoration treatment outside the state hospitals. Opening new locations for competency restoration treatment can ease the current burden on the state hospitals and free space for in-custody individuals awaiting competency services.

3. <u>Establishing the Office of Forensic Mental Health Services</u>
In 2014, DSHS contracted with Groundswell Services, a consortium of national experts in forensic mental health services, to recommend ways to improve Washington's forensic mental health system. One of the recommendations was to establish a centralized Office of Forensic Mental Health Services to "oversee all forensic evaluation services, assist hospitals and community agencies in implementing best-practice forensic treatment, and liaise across systems to ensure a strategic, integrated approach to the forensic population."[3] Senate Bill 5177 establishes the Office of Forensic Mental Health Services within DSHS.

---

[3] Groundswell Services, Inc. (W. Neil Gowensmith, Daniel C. Murrie, and Ira K. Packer), "Forensic Mental Health Consultant Review – Final Report", Prepared for the State of Washington's Department of Social and Health Services in response to contract #1334-91698 (June 30, 2014) at p. 1 (hereinafter, "Groundswell Report"); Trial Exhibit No. 35.

DSHS is moving forward to establish this new office as the cornerstone for increased accountability, quality, and efficiency in the state's forensic mental health system. With the passage of the 15-17 biennial budget, new positions--including a director for forensic services; a competency restoration specialist; two workforce development specialists; an implementation liaison; and a project manager--are being established and DSHS has commenced aggressive recruitment efforts for these positions. Progress updates regarding the establishment of this new office will be included in monthly reports to the Court Monitor.

**Guiding Principles for Long-Term Plan Development and Implementation**
Four key principles guide development of this long-term plan and implementation of future improvements.

1. *Competency services will be provided promptly and efficiently*
    Washington will meet the timelines and other requirements set forth in the Trueblood order.

2. *Changes implemented will maintain or improve the quality of competency treatment services*
    Washington will create a system to improve the quality of competency services so timeliness is not gained at the expense of quality.

3. *Cross-system collaboration is required to ensure the system achieves desired outcomes*
    The ability to improve Washington's forensic mental health system and to meet the seven-day standard for providing competency services is dependent on the commitment and active collaboration of all system partners including judges, court clerks, prosecutors, defense attorneys, law enforcement, jail managers and others.

4. *Long-term planning to meet Trueblood requirements must be innovative and dynamic*
    This report provides a broad long-term plan for improving competency services and meeting the requirements of *Trueblood*. Although the plan is based on careful analysis of available recent history and projections of future trends, DSHS acknowledges that data integrity and analysis must improve to better inform policy and practice. The system must remain flexible enough to benefit from new or emerging data and experience.

**Elements of the Long-Term Plan**

Guided by the principles above and building upon the funding and policy changes already enacted by the Washington State Legislature, DSHS' long-term plan includes four key elements. Each element will be discussed in detail in subsequent sections of this report.

1. Increase evaluation capacity and improve quality, both in terms of additional evaluators and improved and more timely access to defendants to conduct evaluations;

2. Expand bed capacity for competency restoration treatment, inside and outside the state hospitals;

3. Develop more robust and reliable data systems to better forecast demand for services and monitor program performance; and

4. Create opportunities to safely divert people with mental illness from arrest, prosecution or incarceration.

**ELEMENT 1: INCREASE COMPETENCY EVALUATION CAPACITY AND QUALITY**

Washington's primary strategy for expediting access to competency evaluations is focused on adding qualified evaluation personnel based on forecasted demand. DSHS also is making several process improvements to increase system efficiency, including:

- More timely access to evaluations by out stationing staff;
- Increase quality through improved training;
- Improve collaboration among system partners;
- Improve clinical placements by developing a triage system; and
- Increase evaluator productivity via internal process improvements.

_Current Competency Evaluation Capacity – Background_

DSHS currently operates competency evaluation services out of its two state psychiatric hospitals, Western State Hospital (WSH) and Eastern State Hospital (ESH), and the North Regional Office (a satellite office of WSH in downtown Seattle). The satellite office is primarily dedicated to serving the greater Seattle metro area and Snohomish, Whatcom and Skagit counties.

WSH currently has 26.5 forensic evaluator positions, including 7.5 at the North Regional Office. The evaluators are responsible for all competency to stand trial evaluations in Western Washington.  Each WSH evaluator is expected to conduct 10 evaluations per month. ESH currently has six forensic evaluator positions that are responsible for all evaluations in the 20 counties on the east side of the Cascades. Each ESH evaluator is expected to conduct nine evaluations per month.

Nearly 70 percent of evaluations are conducted in jails; however, a small percentage of defendants are ordered to either WSH or ESH for evaluations. In 2013, WSH completed approximately 170 inpatient evaluations, while ESH completed 36.

Additionally, Washington state counties can contract with private evaluators in certain circumstances[4] and be reimbursed for those costs by DSHS. Pierce County contracts with local evaluators to conduct evaluations outside the state hospital system. In 2014, Pierce County evaluators completed 243 evaluations in the Pierce County Jail. No other counties have pursued this option.

Demand for competency evaluation services has grown steadily over the past several years, roughly 8 percent per year since 2001. To keep pace with future demand for competency evaluation DSHS will:

a. _Increase the Number of Forensic Evaluators_
   Additional funding provided in the 15-17 biennial budget enacted in June 2015 will increase the number of forensic evaluators by 40 percent from 32.5 to 45.5 and the ability to provide more timely evaluations.

---

[4] This may apply if the department did not meet the performance target for timely completion of competency evaluations under RCW 10.77.068 during the most recent quarter in 50% of cases submitted by the referring county.

**Table 4: Forensic Evaluator Funding in the 15-17 Biennial Budget**

| Site | April 2015 Forensic Evaluator Positions (FTE) | 15-17 Biennial Budget Increase (FTE) | Total Forensic Evaluator Capacity (FTE) | % Increase (FTE) | $ Increase (Millions) |
|------|------|------|------|------|------|
| ESH | 6 | 5 | 11 | 83% | $1,407,786 |
| WSH | 26.5 | 8 | 34.5 | 30% | $2,252,457 |
| **Total** | **32.5** | **13** | **45.5** | **40%** | **$3,660,243** |

To improve recruitment efforts, DSHS negotiated a 15 percent pay increase for forensic evaluators. DSHS began recruiting for 13 new positions in May 2015 and began filling these positions in July 2015. Newly hired forensic evaluators will begin providing competency evaluations as promptly as practical thereafter based on training and orientation requirements.

b. *Out Station Evaluators*

DSHS intends to out station forensic evaluators in locations with enough demand to support an out station site. Based on data from April 2014 to March 2015, there appears to be enough demand to support out station sites in Everett, Vancouver and the Tri-Cities. This places forensic evaluators closer to the service area, reducing travel time and delays in evaluation services.

c. *Improve Training and Quality Assurance*

Judges rely heavily on the opinions of forensic evaluators to determine a defendant's competency to stand trial. It is incumbent on DSHS to maintain high quality standards for evaluations as capacity to conduct evaluations increases. Performing evaluations is not a standard focus in doctoral training for psychologists and psychiatrists. DSHS has a training system in place for forensic evaluators that involves pairing new evaluators with experienced evaluators for several months of mentorship.

DSHS is developing an improved training model to ensure evaluators are provided the tools and knowledge to provide consistent and high quality competency evaluations. The training will cover broad conceptual issues related to competency and the "nuts and bolts" of conducting evaluations, such as how to obtain critical documents and access to correctional facilities. It will include presentations from forensic system partners, such as the judiciary. DSHS will consult national experts in competency assessment to assist in designing and delivering the training so it is consistent with national best practices. Until the Department's new training program is available, an interim training model will provide a compressed version of the didactics currently used in WSH's year-long forensic fellowship training program.

d. *Improve System Collaboration*

Compliance with a seven-day standard for competency services requires cross-system commitments and collaboration. Competency services are provided in a larger context that includes courts, prosecutors, defense counsel, jails, law enforcement, and mental health providers. DSHS will take an active role in strengthening collaboration among these system partners.

Successfully implementing SB 5177 is required to meet the seven-day standard for provision of competency services. DSHS and the Office of the Governor will convene a meeting of representatives from each system partner--prosecutors, defenders, jails, administrator of the courts, and the tribes on July 10, 2015 to begin discussions and implement these collaborative efforts. Follow up activity is expected to include the organization of subgroups and an oversight committee.  Progress reports on implementation will be included in the monthly reports to the Court Monitor.

DSHS will lead trainings for forensic system partners involved with evaluation-related issues to foster required collaboration. One indirect impact of the *Trueblood* decision is that attorneys may be more likely to request an evaluation in order to explore mental health or mitigating issues generally, rather than competency specifically, given the promise of a quick conclusion. Many other states provide such education to the judiciary about the nature and circumstances of effective referrals for evaluations. Such training tends to reduce unnecessary demand on system resources, increase reasonable referrals, and help jurisdictions best allocate resources to the defendants who need them most.

DSHS will work closely with courts, jails, interpreters and attorneys to develop a system to decrease scheduling delays in those cases requiring an interpreter or in which a defense attorney has requested to be present during the evaluation interview. To meet a seven-day standard, scheduling of all parties needs to occur within 48 to 72 hours of the court order being signed.

e. *Develop Triage Models*

It is important to develop a system to place the right people in the right settings for competency services. Indeed, the Court noted this as part of its Order. See ECF No. 131, pg. 13 (noting triage as a possibility to meet current and future demands). Competency evaluations can be used to identify mentally ill inmates who require treatment and, in more severe cases, defendants who require inpatient psychiatric hospitalization. A triage protocol can prescreen individuals in jail who have been referred for competency evaluation, identify those who are acutely mentally ill and would benefit from hospitalization, and then ensure admission to a hospital for treatment as quickly as possible. Effective triage, therefore, benefits not only the defendants but also maximizes the availability of scarce inpatient restoration treatment services.

Appendix A includes detailed information about the various models being evaluated. Based on this work, the most appropriate model for Washington will be determined and an implementation plan will be developed. Progress updates regarding the implementation of a triage model will be included in the monthly reports to the Court Monitor.

*f.* *Streamline In-Custody Evaluation Processes*
DSHS conducted a Lean process to develop recommendations for streamlining the in-custody forensic evaluation process. Several of these recommendations can be managed internally within DSHS given the recently approved budgetary resources, including:

- Removing administrative duties from forensic evaluators by adding support staff;
- Increasing capacity for transcription services; and
- Modifying the assignment process, so that patients can be assigned to the same evaluator on subsequent admissions.

## ELEMENT 2: EXPAND BED CAPACITY FOR COMPETENCY RESTORATION TREATMENT

Washington's strategy for expanding restoration capacity is based on review of historical data to estimate the number of beds needed in the future. Three different scenarios of potential bed need were forecasted through January 2019 based on varying estimates of increased demand for competency services. DSHS' primary strategy to improve the timeliness of competency restoration treatment is to expand the number of available competency restoration beds at Western and Eastern state hospitals.

However, given the short timeframe for compliance with the *Trueblood* Order to meet a seven-day standard and the significant expansion of capacity required for compliance, DSHS also is formally seeking information from private contractors regarding their capacity to provide up to 30 additional beds for competency restoration treatment outside the state hospitals. This is a "stop gap" strategy to assure that the state has enough restoration capacity in the shorter-term while the state develops additional resources at state facilities to address longer-term needs.

*Current Competency Restoration Treatment Capacity--Background*
DSHS provides nearly all of its competency restoration treatment services at either WSH or ESH. WSH operates about 120 competency restoration treatment beds[5]. In 2013 WSH admitted approximately 650 persons for restoration treatment, nearly double the number of admissions in 2011. ESH operates about 20 competency restoration treatment beds. ESH admitted 92 persons for restoration in 2013. Most of the defendants admitted to WSH and ESH for competency restoration treatment are restored to competency and discharged within about 60 days.

---

[5] Actual numbers of restoration patients on any given day may vary in accordance with real-time bed use needs. For example, some patients may be transferred from civil commitment beds into the forensic ward, or there may be an influx of defendants needing in-patient evaluations.

*Projections for the Future*

Fiscal and program staff from DSHS and the Washington State Office of Financial Management modeled additional bed capacity needed to meet a seven-day standard for admission with assumptions of increases in demand at ten percent and twenty percent annually. The following graph illustrates the model as applied to WSH and ESH.



Orders for competency restoration treatment are expected to increase as more evaluations are completed. To meet current and future capacity for competency restoration treatment services DSHS will:

a. *Increase state hospital capacity to provide inpatient competency restoration treatment*
   For mentally ill defendants ordered to receive competency restoration treatment, additional inpatient forensic hospital bed capacity must be developed or made available. Based on projections in the chart above, it is estimated that compliance with a seven-day standard will require 90 beds during the 15-17 biennium. The 15-17 biennial budget funded those competency restoration beds.

Preparation is underway to open 60 beds at WSH and ESH as follows:

WSH Ward S4        10 Beds        Became operational in June 2015
WSH Ward S4        05 Beds        Planned to be operational in September 2015
WSH Ward E2        30 Beds        Planned operational by December 2015
ESH Ward 3S1       15 Beds        Planned operational by November 2015

An additional 30 beds are anticipated to be transitioned to the state hospitals from shorter-term contracted or alternate facility operations. Current estimates are that these beds would be opened as follows:

WSH Ward S4        15 Beds        No sooner than July 2016
ESH Ward 3S1       15 Beds        No sooner than July 2016

b. _Create short-term strategies to accommodate needed capacity_
DSHS intends to maximize the use of state hospital beds to meet the seven-day competency services standard. However, given insufficient existing physical bed capacity and challenges of recruiting sufficient state hospital staff, a Request for Information (RFI) process was initiated in June 2015. The RFI was posted in June 2015, asking interested parties to submit information indicating how they could contribute to development of options for restoration treatment services outside of state hospitals. Up to 30 beds may be brought online using contracted resources. Contracted beds would be required to be brought online by early December 2015. Responses are due to DSHS by July 17, 2015. The RFI identifies three options for contracting this work:
- Use of a state facility with state staff providing the daily room and board functions and contracted staff providing competency restoration treatment services;
- Use of a state facility with all services provided by contracted staff; and
- Contractors provide both the facility and all staff services.

c. _Implement internal process improvements_
DSHS and its consultants identified several improvements to the current competency restoration treatment model that would ensure follow-up competency evaluations occur as soon as a patient appears to have been restored to competency. Once adopted, these strategies should lead to more timely discharge of restoration patients and contribute to increased bed capacity. DSHS is developing a workgroup involving DSHS administrators, WSH and ESH staff, and consultants to standardize competency restoration treatment models, programs, modules, and resources in ESH and WSH.

By December 31, 2016, DSHS will adopt standard restoration program curricula that include:
- Uniform procedures for reviewing progress in restoration treatment. Frequent review by treatment staff will be targeted to monitor individual patient progress toward restoration. Patients may be restored as competent to stand trial before the court ordered 45 or 90 day restoration period. Regular brief assessments by treatment staff will monitor patient progress so patients are re-evaluated as soon as clinically appropriate;
- Uniform processes for requesting re-evaluation of competency. When treatment staff determines that a patient is ready for re-evaluation of competence, an evaluator will be promptly assigned to conduct a new evaluation. When patients are determined to have been restored to competence they will be expeditiously returned to court; and
- Consistent, specialized restoration approaches and resources for populations with special needs, primarily defendants with developmental or intellectual disabilities.

d. *Increase alternatives to inpatient restoration for defendants not requiring hospitalization*
Not all defendants adjudicated as incompetent to stand trial meet the clinical or security need for hospitalization. As a longer term strategy, DSHS will explore development of outpatient restoration programs for the subset of defendants who have been adjudicated incompetent to stand trial, but do not require inpatient treatment. Community-based outpatient restoration is common in several other states, and has the benefit of providing services in the least restrictive environment. Given the need to balance public safety with individual treatment needs, outpatient programs tend to serve relatively small numbers of competency restoration treatment clients.

**ELEMENT 3: CREATE A ROBUST AND RELIABLE DATA SYSTEM TO BETTER FORECAST DEMAND FOR SERVICES AND ASSESS PROGRAM PERFORMANCE**

Historically, DSHS has not effectively used data to monitor program performance or adequately forecast demand for competency services. The state hospitals used different tools and protocols for data collection and reporting and DSHS did not have the staff expertise to analyze data to assess and improve program performance. The *Trueblood* decision, the Joint Legislative Audit and Review Committee (JLARC) 2014 (*Trueblood* trial Exhibit 25) report, and the Groundswell report all make clear that DSHS has to develop and use its data for a more focused look at services provided and their effectiveness for people who use them. DSHS was allocated resources in the 15-17 biennial budget necessary to create the infrastructure to gather and analyze data with which to forecast service demands and assess program performance. As part of this effort, DSHS will:
- Acquire necessary staff expertise;
- Improve the use of existing DSHS data; and
- Explore the creation of cross-system automation.

*a.* <u>*Acquire necessary expertise*</u>
DSHS is adding experts to the Behavioral Health and Services Integration Administration (BHSIA) Team needed to build a data management and analysis infrastructure. DSHS recently hired a data manager and data consultant. Additional positions, including a statistician and two technology solution support positions, are being established. DSHS will begin aggressive recruitment efforts in July 2015.

*b.* <u>*Improve the use of existing DSHS data*</u>
In the short-term, DSHS will develop and institute standard protocols for data collection and reporting using existing systems. In the long-term, a new information system will be needed to replace disparate applications currently in use that are not integrated and require redundant effort.  DSHS is developing a set of requirements for a single, state-wide integrated information system. The requirements should be complete by October 31, 2015.

*c.* <u>*Explore the creation of cross-system automation*</u>
The very nature of providing competency services requires communication across the hospitals and with the multiple jurisdictions in the state. There are no standardized platforms or methods of communication to share information across the system in a timely manner. The current system does not make use of 21st Century technology but instead relies on faxes and the U.S. Postal Service. Significant effort and resources are needed to design, build and support a cross-system communication environment. DSHS will collaborate with forensic system partners to explore systemic solutions to these communication challenges.

**ELEMENT 4: CREATE OPPORTUNITIES TO SAFELY DIVERT PEOPLE WITH MENTAL ILLNESS FROM ARREST, PROSECUTION OR INCARCERATION**

The fourth element of DSHS' long-term plan is to reverse or at least stem the trend of increased demand for competency services. In order to accomplish this, DSHS will work with system partners to agree upon diversion strategies. These include, but are not limited to:

- Pursue misdemeanor diversion options--explore the option of eliminating or reducing unnecessary evaluation and restoration of misdemeanant defendants;
- Apply early intervention diversion opportunities—pre-arrest, pre-charging and post-booking diversion; and
- Expand use of civil Geropsychiatric diversion—WSH provides services for many individuals with personal care and complicated cognitive or behavioral support needs. Active inpatient psychiatric treatment will not meet their needs even though they have a mental health diagnosis, and their behavioral baseline or histories have historically been beyond the capacity of community providers. However, with proper supports, these individuals can be diverted from inpatient psychiatric care. Services could be provided in less restrictive community settings, improving liberty and quality of life.

*Background*

Washington, like all other states, struggles with the problem of persons with mental illness entering the criminal justice system, creating challenges for courts and jails that go well beyond competency services. This problem is often labeled "criminalization of people with mental illness." While the focus of this long-term plan is on reducing time frames for competency services to meet the *Trueblood* seven-day standard, the problem is broader than this narrow focus and requires a variety of broader systemic interventions.

a. *Pursue misdemeanor diversion options*

Under current state law, competency evaluations are provided for people charged with any misdemeanor. However, competency restoration treatment services are only provided to people charged with a non-felony crime that is a serious offense.[6] Part of DSHS' long-term plan is to explore the option of eliminating or greatly reducing unnecessary evaluation and restoration of misdemeanant defendants. This is similar to approaches in other states, such as Florida.

Data from JLARC indicates that 60 percent of misdemeanants had their charges dismissed following a competency evaluation. The data suggest that for *most* misdemeanants, there is no real value in expending forensic evaluator resources to assess competency, because the cases seldom go to trial. Rather, these individuals could better be served by diversion from the criminal justice system and treated within the civil system (which is necessary for about 26 percent of misdemeanor defendants according to the JLARC report). Table 5 below shows the number of referrals for misdemeanor competency evaluation and misdemeanor competency restoration treatment.

**Table 5: Number of Referrals for Misdemeanor Competency Evaluation and Restoration**

| Calendar Year | Eastern State Hospital | | Western State Hospital | | Total | |
|---|---|---|---|---|---|---|
| | Evaluations | Restorations | Evaluations | Restorations | Evaluations | Restorations |
| 2012 | 240 | 12 | 1503 | 111 | 1743 | 123 |
| 2013 | 305 | 17 | 1509 | 102 | 1814 | 119 |
| 2014 | 350 | 12 | 1761 | 149 | 2111 | 161 |

Legislation passed in June 2015 (SB 5177) allows prosecutors to dismiss charges without prejudice for certain nonviolent offenders, and refer them instead for an assessment by a mental health professional, chemical dependency professional, or developmental disabilities professional. DSHS will use the $4.8 million appropriated in the 15-17 biennial budget to work with prosecutors, regional support networks and community mental health and chemical dependency treatment providers to match people who are diverted from prosecution to

---

[6] RCW 10.77.088. A non-felony crime which is a "serious offense" is defined in RCW 10.77.092. For defendants charged with a non-felony crime that is *not* a serious offense as defined in RCW 10.77.092, the court may stay or dismiss proceedings and detain the defendant for sufficient time to allow the designated mental health professional to evaluate the defendant and consider initial detention proceedings under chapter 71.05 RCW (the Involuntary Treatment Act, which applies to cases involving civil commitment). See RCW 10.77.088(2).

appropriate treatment in the community. Implementing misdemeanor diversion options has significant potential to free up evaluator resources and improve timeliness in the provision of competency services.

b. *Apply early intervention and diversion opportunities*
**Governor Jay Inslee's Diversion Initiative**--Responding to the *Trueblood* seven-day standard is not only about building capacity in the system to respond to demand for services. The Governor feels strongly that it is also about detaining only those people for whom arrest and trial are appropriate, balancing public safety with providing opportunities for community-based treatment as an alternative to arrest or prosecution. His office will convene a cross-system team to develop and implement strategies that safely and appropriately divert persons with mental illness from the criminal justice system into treatment. The Governor's diversion initiative will engage law enforcement, courts, DSHS, community mental health providers and consumers of mental health services. He looks forward to a wide-ranging discussion of options. DSHS will actively support the task force.

Washington has adopted some best practice diversion strategies. They begin with interactions between law enforcement officers and citizens. More and more, jurisdictions provide Crisis Intervention Training and because of their success, the 2015 legislature enacted Senate Bill 5311.[7] It will incorporate Crisis Intervention Training into the basic training provided to police officers by the Criminal Justice training Commission starting in 2017. Other diversion strategies occurring in Washington state include establishment of additional mental health courts, increased access to crisis triage/stabilization facilities through funding provided by the 2013 and 2014 legislatures, jail diversion programs, innovative partnerships between community mental health providers and jails to support successful community re-entry (e.g. Clark County) and specialized housing. Mental Health & Addictions Services at Harborview, King County's Forensic Intensive Supported Housing (FISH) program, and King County's Forensic Assertive Community Treatment (FACT) teams also represent good examples of creative, efficient and sensible interventions for individuals with mental illness in the criminal justice system.

However, these innovative approaches currently occur primarily at the local, rather than state-level, and they remain piecemeal across the state. With cooperation from law enforcement, the counties, and other partners, there is significant room to expand and standardize similar types of programs across the state. DSHS is committed to exploring these opportunities.

c. *Expand the use of civil Geropsychiatric diversion*
WSH provides services for many individuals with personal care and complicated cognitive or behavioral support needs. Active inpatient psychiatric treatment will not meet their needs even though they have a mental health diagnosis, and their behavioral baseline or histories have historically been beyond the capacity of community providers. However, with proper supports, these individuals can be diverted from inpatient psychiatric care. Services could be provided in less restrictive community settings, improving liberty and quality of life.

---

[7] Second Substitute Senate Bill 2SSB 5311 (Chapter 87, Laws of 2015).

DSHS is engaged in a broad effort across our long-term care and community mental health systems to develop stable and sustainable long term care placements for state hospital patients who are deemed by their mental health treatment team to be ready for discharge, or who could be diverted from a long-term commitment to a state hospital.

With the support of the Legislature, the Aging and Long Term Support Administration (ALTSA) has been developing new service models for individuals with these especially complicated behaviors. The 2013 Legislature funded a new service, the Enhanced Services Facility (ESF), to support people with complex needs who are not benefitting from active treatment in the state psychiatric hospitals. The first 12 ESF beds will be available in September 2015 and ALTSA anticipates an additional 10-16 beds will be available over the next six to twelve months. There are also more than 350 ALTSA residential or nursing facility providers statewide who hold contracts that offer additional residential or nursing support for people with behavioral challenges. These break out as follows:

- 52 adult family home (AFH) providers with a Specialized Behavior Support contract that provides enhanced staffing specific to the client;
- 261 AFH providers with an Expanded Community Services contract that provides support for enhanced coordination of services;
- 39 assisted living providers with an Expanded Community Services contracts; and
- Almost 20 skilled nursing providers with an Expanded Community Services contracts.

Key to the success of these programs is a strong collaboration among DSHS' administrations, including Behavioral Health and Integrated Service Administration (BHSIA) and ALTSA, as well as Regional Support Networks (RSN) to develop strong care planning and support for transitions. The services required to support sustained community placements include behavior support intervention when needed, 24/7 in-person response to clients and providers at times of behavior escalation, cross-system transition and crisis planning, and training of the partners across the systems of care. DSHS will collaborate on a local level with Regional Support Networks and community mental health providers to help develop these enhanced supports. Over the course of the next two years, our goal is to reduce the need for a civil ward and, through patient movement at the state hospitals, create additional forensic bed capacity.

**CONCLUSION**

DSHS is committed to meeting the requirements of the *Trueblood* decision. That commitment is now financially supported through a state budget that has injected over $40 million into the State's forensic mental health system. These financial resources have been strategically allocated to align with recommendations provided by JLARC and Groundswell, including:

- Significantly increasing the number of forensic evaluators;
- Adding 90 new forensic beds, and the staff to support them;
- Establishing the centralized Office of Forensic Mental Health Services to provide coordination and management of the improvement efforts described in this Long-Term Plan; and
- Investing in diverting people with mental illness from the criminal justice system and into community-based treatment

The passage of Senate Bill 5177 made important contributions to improving forensic mental health services as detailed in this plan.

In addition to the strong support provided by the Legislature, this Long-Term Plan is strongly supported by Governor Inslee. Not only is the Governor supporting DSHS's proposed actions to expedite competency services, but he is convening a cross-system group to find proactive solutions that safety and appropriately divert persons with mental illness from involvement in the criminal justice system.

Finally, as better data becomes available and is analyzed, and we have actual experience operating under the new seven-day standard, this plan will be modified to make sure it is yielding the intended positive results.

**APPENDIX A: TRIAGE MODELS UNDER CONSIDERATION IN WASHINGTON STATE**

National Models

DSHS is studying systems from other states (Massachusetts and Washington DC, in particular) that use screening procedures for evaluations. For example, Massachusetts' statutes explicitly provide an initial screening evaluation for competency to stand trial, prior to referral for a more complete evaluation. Washington D.C. requires evaluators to complete a screening evaluation of competency within the first three to five days after the order has been initiated. This screening timeframe appears to apply to all defendants, regardless of location. This screening goes back to the judge, who orders further evaluation if necessary.

Both of these systems are able to accurately achieve the following results:
- Identification of "clearly true positives" (those persons referred for evaluation who are very clearly incompetent to stand trial due to acute mental illness, and who are should be immediately transferred to the hospital for competency restoration treatment services);
- Identification of "clearly false positives" (those persons referred for evaluation who very clearly are competent and do not need competency restoration treatment services); and
- Identification of those remaining persons who do not fall into either of the above categories, and who will proceed towards a full competency evaluation.

Information about how resources are allocated in these systems will be useful in determining how similar procedures could be funded and implemented in Washington to add long-term stability to the system.

Local Models

DSHS is investigating local approaches to screening defendants referred for evaluation. Washington state has at least two counties--King and Snohomish--that use these kinds of early assessment/screening procedures.

*Snohomish County Model*

The Snohomish County Superior Court implemented a screening process on March 5, 2015 that provides a screening assessment of competency to stand trial by Snohomish County Competency Assessment Management Program at Snohomish County Corrections within three business days of judicial referral. (This is feasible if the product is a very short summative report, much like the model used in Massachusetts) Based on the report, individuals deemed not in need of further evaluation are screened out, thus avoiding the costly and scarce resources of a full evaluation (again, this is a feasible model based on the Massachusetts experience). Those who are deemed in need of further evaluation can either be referred for a more thorough jail-based evaluation, or ordered to have the evaluation completed on an inpatient basis if this is judged clinically necessary (typically based on a finding of circumstances involving the health of the defendant). This triage model serves several functions:
- Eliminates the need for full competency evaluations in cases in which the court agrees with the screening assessment that there are no concerns about competency;
- Moves individuals who are in acute need of hospitalization to inpatient services more quickly (potentially three days required for the screening assessment versus seven days); and

- Identifies those individuals for whom a full evaluation is appropriate and moves them more quickly through that process.

*King County Model*

There is also a long-standing triage model in the Seattle Municipal Mental Health Court and the King County District Regional Mental Health Court where social workers at the public defense agencies or community mental health agencies (called "mental health court monitors" or "mental health court liaisons") screen out defendants prior to an order being signed (e.g., defendants who are intoxicated or withdrawing from drugs or alcohol, and who will likely stabilize quickly). These social workers continue to meet with the defendants after the competency order is entered but before the evaluation takes to determine if the order for evaluation needs to be withdrawn once the defendant stabilizes. These two courts also allow the evaluators at DSHS' North Regional Office to request approval for a "truncated report" for the defense and prosecution for those defendants who are acutely psychotic and clearly incompetent. These truncated reports meet the requirements of Washington law but are substantially shorter. This model may be useful in other counties if courts are amenable to this approach.

<u>Other Models</u>

Another potential interim model could rely on community-based mental health clinicians, rather than jail staff, to conduct the triage. This is more likely to be necessary in smaller counties that do not have comprehensive jail mental health services. This could be an interim model, until there is a larger cadre of well-trained evaluators who would be available to adapt the Snohomish or King County model to these jurisdictions. This model will also be explored by DSHS as part of long-term options.

**APPENDIX B: EVALUATION PROCESS**

**Arrest**

- Person is charged and becomes criminal defendant.

**Competency Raised**

- "Whenever ...there is reason to doubt [the defendant's] competency, the court on its own motion or on the motion of any party shall either appoint or request the secretary to designate a qualified expert or professional person, who shall be approved by the prosecuting attorney, to evaluate and report upon the mental condition of the defendant."  10.77.060(1)(a).

**Evaluation 10.77.060**

- **In Jail:** "The evaluator shall assess the defendant in a jail, detention facility, in the community, or in court to determine whether a period of inpatient commitment will be necessary to complete an accurate evaluation ... Otherwise, the evaluator shall complete the evaluation." 10.77.060(1)(c)          **--OR--**
- **In-patient:** Without an assessment, up to 15 days of in-patient evaluation can be ordered at the state hospital or "secure mental health facility" if: (i) The defendant is charged with murder 1 or 2; (ii) an in-jail evaluation will be inadequate for an accurate evaluation;  or (iii) the court finds that an evaluation outside the jail setting is necessary for the health, safety, or welfare of the defendant. RCW 10.77.060(1)(d).

**Determination of Competency**

- "The expert conducting the evaluation shall provide his or her report and recommendation to the court in which the criminal proceeding is pending." 10.77.065(1)(a)(i).
- **If found competent:** the criminal prosecution resumes.
- **If Incompetent:** The court may enter a competency restoration order as allowed by 10.77.086 or 10.77.088.

**APPENDIX C:  RESTORATION PROCESS**

**Finding of Incompetence**
- "If at any time during the pendency of an action and prior to judgment the court finds, following a report as provided in RCW 10.77.060, a defendant is incompetent, the court shall order the proceedings against the defendant be stayed..."  10.77.084(1)(a).

**Felony Restoration 10.77.086**
- **Felony Restoration**: "Shall commit the defendant to the custody of the secretary who shall place such defendant in an appropriate facility of the department." 10.77.086(1)(a)(i).
  - 45 initial commitment days for class B and C felonies, 90 days for all others. 10.77.086(1)(b).
  - After a hearing, a second period of 90 day restoration may be ordered. 10.77.086(3).
  - If certain conditions are met, a court may order additional restoration for up to six months. 10.77.086(4).

**Non -Felony Restoration 10.77.088**
- Restoration for **"serious" nonfelony crimes only** . 10.77.088(1)(a).
  - 14 days in addition to any unused time of in-patient evaluation  (15 days). This can equal a total restoration period of 29 days.
  - Defendant may be placed in "a secure mental health facility in the custody of the department or an agency designated by the department." 10.77.088(1)(a)(i).
- For **non-serious nonfelony crimes**, the proceedings are stayed or dismissed, and the defendant may be referred for civil commitment under RCW 71.05. No restoration treatment is permitted. 10.77.088(2).

**Competency Determination**
- If defendant is not restored after treatment, charges are dismissed without prejudice and defendant referred for civil commitment under 10.77.084(1)(c).
- If restored to competency, criminal trial resumes.

# CERTIFICATE OF SERVICE

*Amber L. Leaders*, states and declares as follows:

I am a citizen of the United States of America and over the age of 18 years and I am competent to testify to the matters set forth herein. I hereby certify that on this 18th day of May, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David Carlson: davidc@dr-wa.org

Emily Cooper: emilyc@dr-wa.org

Anna C. Guy: annag@dr-wa.org

Sarah A. Dunne: dunne@aclu-wa.org

Margaret Chen: mchen@aclu-wa.org

LaRond Baker: lbaker@aclu-wa.org

Anita Khandelwal: anitak@defender.org

Christopher Carney: Christopher.Carney@cgilaw.com

Sean Gillespie: Sean.Gillespie@cgilaw.com

Kenan Isitt: Kenan.isitt@cgilaw.com

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 2nd day of July 2015 at Olympia, Washington.

Amber L. Leaders
Assistant Attorney General

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

DEFENDANTS' LONG TERM-PLAN
NO. C14-1178 MJP

i