THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION OF COMPLIANCE DEADLINE |

This matter comes before the Court upon the Parties' Stipulated Motion for Extension of Compliance Deadline. Having reviewed the motion, declaration, and exhibits, this Court finds good cause to extend the compliance deadlines. Therefore, the Parties' Stipulated Motion is hereby GRANTED and it is ORDERED that:

1) The deadlines set in this Court's Order at Docket 303 are extended to correspond with the dates in the Parties Stipulated Motion for Extension of Deadline (Dkt. 321).

IT IS SO ORDERED.

DATED this 6th day of ~~September~~ October, 2016.

_____
HON. MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING EXTENSION OF
COMPLIANCE DEADLINE - 1
No. 14-cv-01178-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729

Presented by:

| | |
|---|---|
| **ACLU OF WASHINGTON FOUNDATION** | **ROBERT W. FERGUSON**<br>Attorney General |
| /s/ La Rond Baker<br>La Rond Baker, WSBA No. 43610<br>Margaret Chen, WSBA No. 46156<br>900 Fifth Avenue, Suite 630<br>Seattle, Washington 98164<br>(206) 624-2184<br>dunne@aclu-wa.org<br>lbaker@aclu-wa.org<br>mchen@aclu-wa.org | /s/ Sarah J. Coats<br>Sarah J. Coats, WSBA No. 20333<br>Amber L. Leaders, WSBA No. 44421<br>Nicholas A. Williamson, WSBA No. 44470<br>Office of the Attorney General<br>7141 Cleanwater Drive SW<br>P.O. Box 40124<br>Olympia, WA 98504-0124<br>(360) 586-6565<br>Sarahc@atg.wa.gov<br>Amberl1@atg.wa.gov<br>NicholasW1@atg.wa.gov |

**CARNEY GILLESPIE ISITT PLLP**

/s/ Christopher Carney
Christopher Carney, WSBA No. 30325
Sean Gillespie, WSBA No. 35365
Kenan Isitt, WSBA No. 35317
315 Fifth Ave South, Suite 860
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@CGILaw.com
Sean.Gillespie@CGILaw.com
Kenan.Isitt@CGILaw.com

*Attorneys for Defendants*

**DISABILITY RIGHTS WASHINGTON**

/s/ David Carlson
David R. Carlson, WSBA No. 35767
Emily Cooper, WSBA No. 34406
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
davidc@dr-wa.org
emilyc@dr-wa.org

*Attorneys for Plaintiffs*

[PROPOSED] ORDER GRANTING EXTENSION OF
COMPLIANCE DEADLINE - 2
No. 14-cv-01178-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 · Fax: (206) 957-0729