UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | CASE NO. C14-1178 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court, having received and reviewed Defendants' Motion for Clarification or Reconsideration (Dkt. No. 379), calls for a response from Plaintiffs. The responsive brief is due by **March 13, 2017** and is not to exceed 10 pages in length.

MINUTE ORDER - 1

1    The clerk is ordered to provide copies of this order to all counsel.

2    Filed March 7, 2017.

                                            William M. McCool
                                            Clerk of Court

                                            s/Paula McNabb
                                            Deputy Clerk