THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend Cassie Cordell Trueblood, *et al.*<br><br>    Plaintiffs,<br><br>              v.<br><br>Washington State Department of Social and Health Services, *et al.*,<br><br>    Defendants. | No. 14-cv-01178-MJP<br><br>ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS |

This matter comes before the Court upon the Parties Stipulated Motion to Distribute Contempt Funds.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse $50,000.00 to the Seattle Foundation for payment of their March 22, 2017 invoice.

IT IS FURTHER ORDERED that the Clerk is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of $50,000.00 minus any

Order Granting Stipulated Motion to Distribute
Contempt Funds for Diversion Programming - 1
No. 14-cv-01178-MJP

1  statutory users fees, payable to the Seattle Foundation, by check which will be mailed or

2  delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA  98010.

3

4  DATED this 7th day of __April__, 2017.

5

6

7  _____
   Marsha J. Pechman
8  United States District Judge

9

10  Presented by:

11  ROBERT W. FERGUSON
    Attorney General

12
    /s/ Amber L. Leaders
13  _____          /s/ La Rond Baker
    Nicholas A. Williamson, WSBA No. 44470     _____
14  Sarah J. Coats, WSBA No. 20333             La Rond Baker, WSBA No. 43610
    Amber L. Leaders, WSBA No. 44421           Emily Chiang, WSBA No. 50517
15  Office of the Attorney General             ACLU of Washington Foundation
    7141 Cleanwater Drive SW                   900 Fifth Avenue, Suite 630
16  P.O. Box 40124                             Seattle, Washington 98164
    Olympia, WA 98504-0124                     (206) 624-2184
17  (360) 586-6565                             echiang@aclu-wa.org
    NicholasW1@atg.wa.gov                      lbaker@aclu-wa.org
18  SarahC@atg.wa.gov
    AmberL1@atg.wa.gov                         /s/ Emily Cooper
19                                             _____
                                               David R. Carlson, WSBA No. 35767
    ***Attorneys for Defendants***            Emily Cooper, WSBA No. 34406
20                                             Anna Guy, WSBA No. 48154
                                               Disability Rights Washington
21                                             315 Fifth Avenue South, Suite 850
                                               Seattle, WA 98104
22                                             (206) 324-1521
                                               davidc@dr-wa.org
23                                             emilyc@dr-wa.org
                                               annag@dr-wa.org

    Order Granting Stipulated Motion to Distribute
    Contempt Funds for Diversion Programming - 2
    No. 14-cv-01178-MJP

1

2          /S/Christopher Carney
           Christopher Carney, WSBA No. 30325
3          Sean Gillespie, WSBA No. 35365
           Kenan Isitt, WSBA No. 35317
4          Carney Gillespie Isitt PLLP
           315 5th Avenue South, Suite 860
5          Seattle, Washington 98104
           (206) 445-0212
6          Christopher.Carney@cgilaw.com

7          *Attorneys for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Order Granting Stipulated Motion to Distribute
Contempt Funds for Diversion Programming - 3
No. 14-cv-01178-MJP

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- Nicholas A Williamson (NicholasW1@atg.wa.gov)

- Sarah Jane Coats (sarahc@atg.wa.gov)

- Amber Lea Leaders (amberl1@atg.wa.gov)


DATED: April 4, 2017, at Seattle, Washington

*/s/La Rond Baker*
La Rond Baker, WSBA No. 43610

CERTIFICATE OF SERVICE
No. 14-cv-01178-MJP