# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br>  Defendants. | CASE NO. C14-1178 MJP <br><br> ORDER ON REQUEST FOR ADDITIONAL CLARIFICATION AND GUIDANCE |

In response to Defendants' Request for Additional Clarification and Guidance from the Court (Dkt. No. 397), and having considered Plaintiffs' Response (Dkt. No. 402) and consulted with the parties at the April 18, 2017 status hearing, the Court issues the following additional clarification and guidance:

Defendants are ordered to prepare (1) a "step-down plan" outlining their proposal to create, either in the state hospitals or other suitably therapeutic environment, bed space for class members outside of the Yakima and Maple Lane facilities; and (2) a time table for the transfer of

the class members staged to begin upon the notification of the outcome of the federal site evaluation (e.g., "Notification + 10 days: Transfer of class members begins"). If the outcome of the federal site evaluation is a continuation of the review process, Defendants will produce documentation that moving class members into the hospitals would violate the requirements of the continued review process. Defendants' proposal is to be submitted to the Plaintiffs and the Court Monitor by no later than **May 12, 2017**, and should cover the Defendants' proposed response to all three eventualities presented by the pending CMS review of Western State Hospital (i.e., the facility is certified, the facility is not certified, or the certification process is extended for a period of time).

Plaintiffs and the Court Monitor are ordered to submit their comments to Defendants by no later than **May 19, 2017.**

By **June 2, 2017**, the parties are ordered to file with the Court their agreed-upon plans (as outlined above) or a unified document representing their areas of agreement and their areas of disagreement. (The Court Monitor may submit additional comments separately, as she sees fit.)

The plans will be discussed at the next status hearing, scheduled for **June 5, 2017, 9:00 a.m..**

The clerk is ordered to provide copies of this order to all counsel.

Dated: April 19, 2017.

Marsha J. Pechman
United States District Judge