UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DIVERSION PROVIDERS' GRANT** |

This matter comes before the Court upon the Parties' Stipulated Motion for Extension of Diversion Providers' Grant.

IT IS HEREBY ORDERED that the diversion grants for the following four providers be extended to eighteen months: Comprehensive Mental Health Services, Great Rivers Behavioral Health Organization, Sunrise Services, and Kitsap Mental Health Services.

IT IS FURTHER ORDERED that the Clerk of this Court shall disburse $1,126,257 to the Seattle Foundation to fund the extension of these diversion programs consistent with the previous order. *See* Dkt. 390; *see also* Exhibit A.

//
//
//

Dated this _9th_ day of June, 2017.

Marsha J. Pechman
United States District Judge

Presented by:

/s/ Amber Leaders
Nicholas A. Williamson, WSBA No. 44470
Sarah J. Coats, WSBA No. 20333
Amber L. Leaders, WSBA No. 44421
Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
NicholasW1@atg.wa.gov
SarahC@atg.wa.gov
AmberL1@atg.wa.gov

*Attorneys for Defendants*

/s/ Emily Cooper
David R. Carlson, WSBA No. 35767
Emily Cooper, WSBA No. 34406
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
davidc@dr-wa.org
emilyc@dr-wa.org

/s/ La Rond Baker
La Rond Baker, WSBA No. 43610
Jessica Wolfe, WSBA No. 52068
ACLU of Washington Foundation
900 Fifth Avenue, Suite 630
Seattle, Washington 98164
(206) 624-2184
lbaker@aclu-wa.org
jwolfe@aclu-wa.org

/S/Christopher Carney
Christopher Carney, WSBA No. 30325
Sean Gillespie, WSBA No. 35365
Kenan Isitt, WSBA No. 35317
Carney Gillespie Isitt PLLP
315 5th Avenue South, Suite 860
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com

*Attorneys for Plaintiffs*