# Declaration of Emily Cooper
# Exhibit A

# A.B. v. DSHS
Civ. Cause No. No. 14-cv-01178-MJP

# Cost Table

**GRAND TOTAL BY CATEGORY**

| Category | Cost |
|---|---:|
| **COMMUNICATIONS** | $334.90 |
| **COPYING** | $40.23 |
| **COURIER/PROCESS SERVER FEES** | $68.00 |
| **COURT FEES** | $5,249.05 |
| **MEALS (FOR STAFF, NOT EXPERTS)** | $339.94 |
| **ATTTORNEYS FEES** | $646,096.50 |
| **STAFF TRAVEL** | $828.89 |
| **GRAND TOTAL:** | $652,957.51 |

**COMMUNICATIONS**

| Code | Date | Description | COST |
|---|---|---|---:|
| COMM | 8/16/2016 | conference call | $12.80 |
| COMM | 8/18/2016 | conference call | $40.50 |
| COMM | 9/6/2016 | conference call | $5.70 |
| COMM | 9/13/2016 | conference call | $8.10 |
| COMM | 12/12/2016 | conference call | $68.00 |
| COMM | 6/1/2017 | conference call | $7.10 |
| COMM | 6/13/2017 | conference call | $13.10 |
| COMM | 6/21/2017 | conference call | $159.50 |
| COMM | 6/21/2017 | conference call | $20.10 |
| **COMMUNICATIONS SUBTOTAL:** | | | **$334.90** |

**COPYING**

| Code | Date | Description | COST |
|---|---|---|---:|
| COPY | 3/24/2015 | Emily - copy charges | $40.23 |
| **COPY SUBTOTAL:** | | | **$40.23** |

**COURIER FEES/PROCESS SERVER**

| Code | Date | Description | COST |
|---|---|---|---:|
| COUR | 2/26/2015 | ABC delivery for judge's copies | $19.00 |
| COUR | 3/28/2016 | ABC delivery for judge's copies | $19.00 |
| COUR | 8/24/2016 | ABC delivery for judge's copies | $15.00 |
| COUR | 9/12/2016 | ABC delivery for judge's copies | $15.00 |
| **COURIER FEES/PROCESS SERVER SUBTOTAL:** | | | **$68.00** |

**COURT FEES**

| Code | Date | Description | COST |
|---|---|---|---|
| COURT | 9/5/2014 | Transcript fee | $169.75 |
| COURT | 10/8/2014 | Transcript fee | $194.00 |
| COURT | 10/22/2014 | Transcript fee | $36.00 |
| COURT | 1/19/2015 | Transcript fee | $176.00 |
| COURT | 3/27/2015 | Bench trial transcript | $1,836.00 |
| COURT | 4/28/2016 | Hearing transcript fee | $111.60 |
| COURT | 1/24/2017 | Hearing transcript fee | $2,691.75 |
| COURT | 2/1/2017 | Hearing transcript fee | $33.95 |
| **COURT FEES SUBTOTAL:** | | | **$5,249.05** |

**MEALS**

| Code | Date | Description | COST |
|---|---|---|---|
| MEALS | 3/1/2016 | Emily - lunch | $28.71 |
| MEALS | 3/1/2016 | Emily - dinner | $8.57 |
| MEALS | 3/2/2016 | Emily - breakfast | $5.29 |
| MEALS | 3/2/2016 | Emily - lunch | $22.17 |
| MEALS | 3/9/2016 | Emily - breakfast | $13.75 |
| MEALS | 3/9/2016 | Emily - lunch | $15.07 |
| MEALS | 3/18/2016 | Emily - lunch | $6.42 |
| MEALS | 5/6/2016 | Emily - breakfast | $16.68 |
| MEALS | 5/6/2016 | Emily - lunch | $4.78 |
| MEALS | 5/10/2016 | Emily - breakfast | $16.68 |
| MEALS | 5/10/2016 | Emily - lunch | $3.44 |
| MEALS | 5/10/2016 | Emily - dinner | $4.53 |
| MEALS | 5/11/2016 | Emily - lunch with co-counsel | $47.46 |
| MEALS | 6/22/2016 | Emily - lunch | $8.66 |
| MEALS | 1/19/2017 | Emily - lunch with co-counsel | $50.98 |
| MEALS | 1/23/2017 | Emily - lunch with co-counsel | $65.90 |
| MEALS | 3/28/2017 | Emily - lunch with client | $20.85 |
| **MEALS (FOR STAFF, NOT EXPERTS) SUBTOTAL:** | | | **$339.94** |

**TRAVEL**

| Code | Date | Description | COST |
|---|---|---|---|
| TRAV | 3/1/2016 | Emily - car rental | $123.05 |
| TRAV | 3/1/2016 | Emily - hotel | $167.68 |
| TRAV | 3/1/2016 | Emily - hotel parking | $5.00 |
| TRAV | 3/9/2016 | Emily - car rental | $61.51 |
| TRAV | 3/9/2016 | Emily - gas for rental car | $37.76 |
| TRAV | 3/18/2016 | Emily - mileage (Maple Lane) | $86.40 |
| TRAV | 4/1/2016 | Emily - mileage (YCRC) | $155.52 |
| TRAV | 5/6/2016 | Emily - mileage (YCRC) | $86.40 |
| TRAV | 5/10/2016 | Emily - car rental | $70.38 |
| TRAV | 10/28/2016 | Emily - 1/2 car rental | $35.19 |
| **TRAVEL BY STAFF SUBTOTAL:** | | | **$828.89** |