

**Declaration of Christopher Carney
Exhibit A**

**Carney Gillespie Isitt PLLP**
600 1st Avenue
Suite LL08
WA US
(206) 890-6403
http://www.cgilaw.com



**BILL TO**
Trueblood litigation: 14-cv-01178 MJP

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/06/2015 | Review court's order on reconsideration. - Christopher Carney | 0:12 | 395.00 | 79.00 |
| 05/11/2015 | Review email re: DSHS efforts to coordinate scheduling with defense attorneys for evaluations. - Christopher Carney | 0:06 | 395.00 | 39.50 |
| 05/12/2015 | Emails with co-counsel relating to plan for ongoing monitoring of injunction. - Christopher Carney | 0:18 | 395.00 | 118.50 |
| 06/05/2015 | Review monthly report from defendants. Meeting with co-counsel to discuss strategy for ongoing monitoring of injunction. - Christopher Carney | 2:54 | 395.00 | 1,145.50 |
| 06/06/2015 | Work on review of Defendants' waitlist report. - Christopher Carney | 0:30 | 395.00 | 197.50 |
| 06/09/2015 | Review email from opposing counsel re: timing of compliance reports. - Christopher Carney | 0:06 | 395.00 | 39.50 |
| 06/18/2015 | Legal research, telephone call with co-counsel re: monitoring plan. - Christopher Carney | 0:36 | 395.00 | 237.00 |
| 06/18/2015 | Review Defendants' waitlist data, analyze progress toward compliance. - Christopher Carney | 0:36 | 395.00 | 237.00 |
| 06/23/2015 | Review letter forwarded by court. - Christopher Carney | 0:06 | 395.00 | 39.50 |
| 06/24/2015 | Review defendants' weekly waitlists, compare to previous week to analyze progress. - Christopher Carney | 0:18 | 395.00 | 118.50 |
| 07/02/2015 | Review and analyze defendants' long term plan submission to the court, begin work on response. - Christopher Carney | 2:06 | 395.00 | 829.50 |
| 07/14/2015 | Review and analyze Defendants' 94-page July monthly report and data. - Christopher Carney | 3:06 | 395.00 | 1,224.50 |
| 07/21/2015 | Work on draft response to monitor of Plaintiff concerns relating to Defendants' long term plan. - Christopher Carney | 0:54 | 395.00 | 355.50 |
| 07/28/2015 | Work on draft of letter to court monitor re: concerns with Defendants' compliance and long-term plan. - Christopher Carney | 0:36 | 395.00 | 237.00 |
| 07/29/2015 | Work on draft of letter to court monitor re: Plaintiff concerns with Defendants' compliance and long-term plan. - Christopher Carney | 0:18 | 395.00 | 118.50 |
| 08/18/2015 | Review photographs and report of tour of Maple Lane facility. - Christopher Carney | 0:12 | 395.00 | 79.00 |
| 08/18/2015 | Receive and analyze Defendants' August monthly compliance report. - Christopher Carney | 1:24 | 395.00 | 553.00 |
| 08/19/2015 | Receive and analyze monitor's quarterly report. - Christopher Carney | 3:06 | 395.00 | 1,224.50 |
| 08/24/2015 | Review Defendants' and Monitor's reports, prepare for and participate in conference call with co-counsel relating to all parties meeting with monitor. - Christopher Carney | 2:12 | 395.00 | 869.00 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 09/01/2015 | Receive and review Defendants' proposed order amending reporting date for monitor reports. - Christopher Carney | 0:12 | 395.00 | 79.00 |
| 09/10/2015 | Review order granting motion to amend reporting date. - Christopher Carney | 0:06 | 395.00 | 39.50 |
| 10/27/2015 | Review and analyze Defendants' monthly report. - Christopher Carney | 1:06 | 395.00 | 434.50 |
| 10/29/2015 | Review and analyze Monitor's experts' reports on Defendants' alternate site programs. - Christopher Carney | 2:06 | 0.00 | 0.00 |
| 11/02/2015 | Review and edit draft proposed all parties meeting agenda. - Christopher Carney | 0:18 | 395.00 | 118.50 |
| 11/03/2015 | Review Quigley letter to DSHS staff, discuss response with co-counsel. - Christopher Carney | 0:24 | 395.00 | 158.00 |
| 11/04/2015 | Teleconference with co-counsel, discuss Quigley letter and proposed responses, discuss Defendants' progress toward compliance with injunction. - Christopher Carney | 0:42 | 395.00 | 276.50 |
| 11/08/2015 | Review monitor's proposed party meeting agenda, emails to co-counsel regarding proposed edits. - Christopher Carney | 0:18 | 395.00 | 118.50 |
| 11/09/2015 | Prepare for and attend all parties meeting with monitor. - Christopher Carney | 3:18 | 395.00 | 1,303.50 |
| 11/09/2015 | Legal research relating to Defendants' claims of difficulties negotiating with unions to fill positions at state hospital. - Christopher Carney | 2:18 | 395.00 | 908.50 |
| 11/10/2015 | Review draft correspondence to Defendants relating to issues discussed at all parties meeting with monitor. - Christopher Carney | 0:12 | 395.00 | 79.00 |
| 11/16/2015 | Work on analysis of Defendants' current compliance and efforts toward same, teleconference with co-counsel re: same. - Christopher Carney | 2:24 | 395.00 | 948.00 |
| 11/20/2015 | Emails with opposing counsel. - Christopher Carney | 0:18 | 395.00 | 118.50 |
| 11/25/2015 | Work on review of Defendants' monthly report to monitor. - Christopher Carney | 1:42 | 395.00 | 671.50 |
| 11/27/2015 | Review and analyze documents from Defendants including documents relating to proposed alternate sites. - Christopher Carney | 5:18 | 395.00 | 2,093.50 |
| 12/01/2015 | Review documents relating to prior malpractice concerns about Defendants' proposed vendor for contract medical services at alternate site, legal research and review pleadings on litigation involving same. - Christopher Carney | 1:48 | 395.00 | 711.00 |
| 12/04/2015 | Email correspondence with court monitor relating to Plaintiffs' concerns relating to Correct Care Solutions. - Christopher Carney | 0:12 | 395.00 | 79.00 |
| 12/10/2015 | Analyze ongoing compliance issues; review documents pertaining to class-member harms, Pinals report, conference call with co-counsel. - Christopher Carney | 4:12 | 395.00 | 1,659.00 |
| 12/11/2015 | Review documents received from Defendants relating to Pinals report, Defendants' efforts to coordinate with counties. - Christopher Carney | 3:06 | 395.00 | 1,224.50 |
| 12/18/2015 | Receive and analyze Defendants' monthly report to court monitor, compare to prior monthly reports. - Christopher Carney | 2:06 | 395.00 | 829.50 |
| 12/22/2015 | Work on letter to court requesting hearing on status of Defendants' compliance, review possible attachments to same. - Christopher Carney | 2:18 | 395.00 | 908.50 |
| 12/29/2015 | Work on stipulation and order to set status conference hearing. - Christopher Carney | 0:12 | 395.00 | 79.00 |
| 12/31/2015 | Receive and review Defendants' motion to modify injunction, review supporting documents, legal research for response. - Christopher Carney | 6:18 | 395.00 | 2,488.50 |
| 01/06/2016 | Receive and review copy of correspondence between Defendants and CMS, review new pattern form orders in competency cases created with Defendants' input. - Christopher Carney | 0:54 | 395.00 | 355.50 |
| 01/09/2016 | Work on review of court Monitor's 583 page report to court, review and analyze past monthly reports. - Christopher Carney | 6:18 | 395.00 | 2,488.50 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 01/15/2016 | Receive and review Defendants' reply on motion to modify injunction; legal research. - Christopher Carney | 2:06 | 395.00 | 829.50 |
| 01/20/2016 | Receive and review list of topics for status conference hearing from court, work on preparation for hearing. - Christopher Carney | 2:06 | 395.00 | 829.50 |
| 01/21/2016 | Work on preparation for status conference hearing. - Christopher Carney | 2:06 | 395.00 | 829.50 |
| 01/22/2016 | Work on hearing preparation. - Christopher Carney | 2:18 | 395.00 | 908.50 |
| 01/24/2016 | Work on preparation for status conference hearing. - Christopher Carney | 3:12 | 395.00 | 1,264.00 |
| 01/25/2016 | Work on preparation for and attend status conference hearing. - Christopher Carney | 7:06 | 395.00 | 2,804.50 |
| 01/26/2016 | Work on timelines for compliance by Defendants, review data from monthly reports. - Christopher Carney | 2:18 | 395.00 | 908.50 |
| 01/30/2016 | Work on review of new state court forms relating to alternate sites. - Christopher Carney | 0:24 | 395.00 | 158.00 |
| 02/02/2016 | Prepare for and participate in conference call with Defendants regarding possible agreed benchmarks for compliance during extension. - Christopher Carney | 2:06 | 395.00 | 829.50 |
| 02/02/2016 | Receive and analyze Defendants' response to Pinals report, review data from prior monthly reports. - Christopher Carney | 1:48 | 395.00 | 711.00 |
| 02/08/2016 | Receive and analyze Court's order modifying injunction, legal research. - Christopher Carney | 3:18 | 395.00 | 1,303.50 |
| 02/11/2016 | Receive and review letter from court. - Christopher Carney | 0:12 | 395.00 | 79.00 |
| 02/17/2016 | Review correspondence between court monitor and Defendants relating to ongoing efforts toward compliance. - Christopher Carney | 0:18 | 395.00 | 118.50 |
| 02/19/2016 | Review Defendants' uniform orders submission, sealed order of the Court. - Christopher Carney | 0:54 | 395.00 | 355.50 |
| 02/22/2016 | Review documents and correspondence between monitor and defendants concerning efforts toward interim benchmarks for compliance. - Christopher Carney | 1:18 | 395.00 | 513.50 |
| 02/25/2016 | Review and analyze Pinals report on alternate site. - Christopher Carney | 1:06 | 395.00 | 434.50 |
| 02/25/2016 | Review and analyze defendants' monthly report to monitor. - Christopher Carney | 2:18 | 395.00 | 908.50 |
| 02/29/2016 | Work on correspondence to court monitor relating to Plaintiffs' concerns with alternate site. - Christopher Carney | 1:06 | 395.00 | 434.50 |
| 03/02/2016 | Work on review and analysis of memorandum from defendants to court monitor, detailing actions taken toward compliance; review monthly reports for cross-reference. - Christopher Carney | 1:18 | 395.00 | 513.50 |
| 03/02/2016 | Work on review of defendants' current waitlist numbers. - Christopher Carney | 0:36 | 395.00 | 237.00 |
| 03/06/2016 | Review and analyze Pinals' replies to defendants' comments on report relating to alternate site. - Christopher Carney | 0:24 | 395.00 | 158.00 |
| 03/07/2016 | Review correspondence from court, court monitor. - Christopher Carney | 0:12 | 395.00 | 79.00 |
| 03/08/2016 | Work on preparation for upcoming status hearing. - Christopher Carney | 1:24 | 395.00 | 553.00 |
| 03/09/2016 | Teleconference with co-counsel concerning site visit with court and monitor, work on preparation for upcoming status hearing. - Christopher Carney | 2:18 | 395.00 | 908.50 |
| 03/10/2016 | Review and analyze reports of experts retained by monitor relating to tour of alternate facility and management of same. - Christopher Carney | 1:06 | 395.00 | 434.50 |
| 03/10/2016 | Review and analyze defendants' submission for hearing, work on preparation for hearing, attend hearing. - Christopher Carney | 3:54 | 395.00 | 1,540.50 |
| 03/11/2016 | Work on Plaintiff's response to defendants' draft triage protocol. - Christopher Carney | 0:24 | 395.00 | 158.00 |
| 03/11/2016 | Work on preparation for planned motion for contempt, legal research. - Christopher Carney | 4:06 | 395.00 | 1,619.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/16/2016 | Work on draft of motion for TRO relating to alternate site. - Christopher Carney | 3:48 | 395.00 | 1,501.00 |
| 03/17/2016 | Work on drafting brief for motion for TRO relating to alternate site. - Christopher Carney | 2:54 | 395.00 | 1,145.50 |
| 03/18/2016 | Review legislation authorizing and funding alternate sites in preparation for reply brief in support of motion for TRO; receive and review transcripts of prior status hearing for same. - Christopher Carney | 2:42 | 395.00 | 1,066.50 |
| 03/19/2016 | Review and analyze defendants' briefing and supporting documents relating to motion for TRO, work on reply brief. - Christopher Carney | 3:54 | 395.00 | 1,540.50 |
| 03/21/2016 | Review and analyze report of monitor's experts relating to alternate site. - Christopher Carney | 0:36 | 395.00 | 237.00 |
| 03/22/2016 | Work on reply brief in support of motion for TRO. - Christopher Carney | 3:42 | 395.00 | 1,461.50 |
| 03/23/2016 | Work on reply brief in support of motion for TRO. - Christopher Carney | 5:12 | 395.00 | 2,054.00 |
| 03/24/2016 | Work on reply brief for TRO. - Christopher Carney | 2:12 | 395.00 | 869.00 |
| 03/24/2016 | Work on review of defendants' monthly report. - Christopher Carney | 1:54 | 395.00 | 750.50 |
| 03/26/2016 | Review defendants' responses to monitor-retained expert report relating to alternate site. - Christopher Carney | 1:06 | 395.00 | 434.50 |
| 03/29/2016 | Work on preparation for oral argument on TRO motion, teleconference with co-counsel relating to same. - Christopher Carney | 2:36 | 395.00 | 1,027.00 |
| 04/01/2016 | Review correspondence from C. Reyes relating to interference with inspection of alternate site. - Christopher Carney | 0:12 | 395.00 | 79.00 |
| 04/05/2016 | Receive and review documents pertaining to staffing and scheduling of alternate site. - Christopher Carney | 0:18 | 395.00 | 118.50 |
| 04/06/2016 | Work on preparation for hearing on motion for TRO relating to Yakima facility. - Christopher Carney | 3:48 | 395.00 | 1,501.00 |
| 04/07/2016 | Review licensing documents pertaining to Yakima facility. - Christopher Carney | 0:12 | 395.00 | 79.00 |
| 04/07/2016 | Receive and review Defendants' documents submitted in connection with TRO hearing, work on preparation for hearing. - Christopher Carney | 2:54 | 395.00 | 1,145.50 |
| 04/12/2016 | Review court's order granting TRO. - Christopher Carney | 0:12 | 395.00 | 79.00 |
| 04/12/2016 | Review triage memorandum sent to system partners by Defendants. - Christopher Carney | 0:18 | 395.00 | 118.50 |
| 04/15/2016 | Receive and analyze new training/policy for seclusion at alternate facility, update from Defendants on progress in meeting TRO requirements. - Christopher Carney | 1:06 | 395.00 | 434.50 |
| 04/19/2016 | Work on preparation for possible motion for contempt, legal research for same; analyze Defendants' waitlist data. - Christopher Carney | 4:24 | 395.00 | 1,738.00 |
| 04/21/2016 | Work on motion to extend TRO. - Christopher Carney | 1:48 | 395.00 | 711.00 |
| 04/22/2016 | Review Pinals supplemental report on alternate site and seclusion/restraint policy. Work on motion to extend TRO, file same. - Christopher Carney | 2:54 | 395.00 | 1,145.50 |
| 04/23/2016 | Review and analyze Defendants' submission to court monitor relating to revisions to long-term plan. - Christopher Carney | 1:48 | 395.00 | 711.00 |
| 04/25/2016 | Review Defendants' response to motion to extend TRO, legal research. - Christopher Carney | 1:54 | 395.00 | 750.50 |
| 04/26/2016 | Review court's order granting motion to extend TRO. - Christopher Carney | 0:06 | 395.00 | 39.50 |
| 04/27/2016 | Work on motion for contempt. - Christopher Carney | 3:42 | 395.00 | 1,461.50 |
| 05/02/2016 | Work on planned contempt motion, legal research for same. - Christopher Carney | 2:54 | 395.00 | 1,145.50 |
| 05/03/2016 | Work on drafting brief on motion for contempt, review supporting documents, legal research. - Christopher Carney | 6:12 | 395.00 | 2,449.00 |
| 05/05/2016 | Work on preparation of documents for filing in connection with status hearing and contempt motion. - Christopher Carney | 4:06 | 395.00 | 1,619.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/05/2016 | Receive and review documents pertaining to architectural plan for stairwell safety retrofit at alternate site. - Christopher Carney | 0:24 | 395.00 | 158.00 |
| 05/06/2016 | Review and analyze Ninth Circuit opinion, legal research, teleconference with co-counsel, discuss ramifications for contempt and other planned motions. - Christopher Carney | 3:18 | 395.00 | 1,303.50 |
| 05/07/2016 | Analysis of Ninth Circuit opinion, legal research, work on drafting of possible expansions to clinical and non-clinical exceptions. - Christopher Carney | 6:18 | 395.00 | 2,488.50 |
| 05/08/2016 | Work on review and analysis of defendants' response to Pinals concerns. - Christopher Carney | 1:06 | 395.00 | 434.50 |
| 05/09/2016 | Work on preparation for status hearing; work on documents for same. - Christopher Carney | 2:18 | 395.00 | 908.50 |
| 05/10/2016 | Work on briefing for motion for contempt, legal research. - Christopher Carney | 5:54 | 395.00 | 2,330.50 |
| 05/10/2016 | Review and analyze defendants' submission for status hearing, work on preparation for status hearing. - Christopher Carney | 1:54 | 395.00 | 750.50 |
| 05/12/2016 | Work on motion for temporary restraining order, legal research. - Christopher Carney | 3:06 | 395.00 | 1,224.50 |
| 05/13/2016 | Work on motion for temporary restraining order, legal research for same. - Christopher Carney | 5:06 | 395.00 | 2,014.50 |
| 05/14/2016 | Work on motion for temporary restraining order. - Christopher Carney | 3:24 | 395.00 | 1,343.00 |
| 05/16/2016 | Review and analyze defendants' responsive documents re: concerns with alternate site. - Christopher Carney | 1:54 | 395.00 | 750.50 |
| 05/18/2016 | Work on analysis of issues for termination or continuation of TRO. - Christopher Carney | 2:06 | 395.00 | 829.50 |
| 05/19/2016 | Work on motion for TRO. - Christopher Carney | 1:42 | 395.00 | 671.50 |
| 05/20/2016 | Review court's order on TRO. - Christopher Carney | 0:12 | 395.00 | 79.00 |
| 05/21/2016 | Review and analyze defendants' TRO response and supporting documents; legal research. - Christopher Carney | 3:06 | 395.00 | 1,224.50 |
| 05/23/2016 | Review monthly waitlist data, cross-reference with prior monthly data. - Christopher Carney | 1:06 | 395.00 | 434.50 |
| 05/23/2016 | Work on briefing for motion following Ninth Circuit remand; legal research for same. - Christopher Carney | 3:54 | 395.00 | 1,540.50 |
| 05/24/2016 | Work on briefing for motion following Ninth Circuit remand, review trial transcripts and legal research. - Christopher Carney | 8:54 | 395.00 | 3,515.50 |
| 05/26/2016 | Work on contempt briefing. - Christopher Carney | 2:54 | 395.00 | 1,145.50 |
| 05/30/2016 | Work on TRO reply brief. - Christopher Carney | 2:24 | 395.00 | 948.00 |
| 05/31/2016 | Work on briefing for motion following remand; legal research, prepare supporting documents and trial transcript citations. - Christopher Carney | 5:54 | 395.00 | 2,330.50 |
| 06/01/2016 | Work on briefing for motion to reimpose injunction following remand from Ninth Circuit. - Christopher Carney | 9:48 | 395.00 | 3,871.00 |
| 06/02/2016 | Work on briefing for remand motion. - Christopher Carney | 6:12 | 395.00 | 2,449.00 |
| 06/03/2016 | Work on TRO reply brief. - Christopher Carney | 1:36 | 395.00 | 632.00 |
| 06/06/2016 | Review court's order granting TRO. - Christopher Carney | 0:12 | 395.00 | 79.00 |
| 06/06/2016 | Work on review and analysis of new proposed policy on strip searches at alternate sites. - Christopher Carney | 0:18 | 395.00 | 118.50 |
| 06/07/2016 | Review and analyze defendants' motion to terminate TRO. - Christopher Carney | 0:48 | 395.00 | 316.00 |
| 06/07/2016 | Review and analyze defendants' response to contempt motion, legal research, begin work on reply brief. - Christopher Carney | 3:18 | 395.00 | 1,303.50 |
| 06/08/2016 | Work on reply brief for contempt motion; legal research. - Christopher Carney | 3:42 | 395.00 | 1,461.50 |
| 06/09/2016 | Work on reply brief for contempt motion, legal research and gather supporting documents. - Christopher Carney | 5:12 | 395.00 | 2,054.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/09/2016 | Work on contempt motion reply brief; legal research, review discovery and work on preparing exhibits and trial testimony excerpts. - Christopher Carney | 4:18 | 395.00 | 1,698.50 |
| 06/10/2016 | Work on contempt reply brief. - Christopher Carney | 5:54 | 395.00 | 2,330.50 |
| 06/15/2016 | Work on preparation for assigned witness examinations for contempt hearing, prepare exhibits for same. - Christopher Carney | 6:42 | 395.00 | 2,646.50 |
| 06/17/2016 | Work on preparation for witness examinations for contempt hearing, work on preparation of exhibits for same. - Christopher Carney | 5:30 | 395.00 | 2,172.50 |
| 06/18/2016 | Work on drafting witness examinations for contempt hearing, review discovery and prepare exhibits for same. - Christopher Carney | 8:18 | 395.00 | 3,278.50 |
| 06/19/2016 | Work on preparation for contempt hearing. - Christopher Carney | 7:24 | 395.00 | 2,923.00 |
| 06/20/2016 | Prepare for and attend contempt hearing. - Christopher Carney | 10:42 | 395.00 | 4,226.50 |
| 06/21/2016 | Review and analyze defendants' remand response brief, work on reply. - Christopher Carney | 3:06 | 395.00 | 1,224.50 |
| 06/21/2016 | Preparation for hearing; attend hearing. - Christopher Carney | 8:18 | 395.00 | 3,278.50 |
| 06/22/2016 | Work on remand reply brief, legal research. - Christopher Carney | 4:54 | 395.00 | 1,935.50 |
| 06/23/2016 | Work on remand reply. - Christopher Carney | 3:06 | 395.00 | 1,224.50 |
| 06/24/2016 | Work on drafting remand reply brief, drafting declarations and gathering supporting documents, file same. - Christopher Carney | 5:36 | 395.00 | 2,212.00 |
| 06/29/2016 | Receive and analyze monthly waitlist data. - Christopher Carney | 0:42 | 395.00 | 276.50 |
| 06/30/2016 | Review and analyze defendants' motion to reconsider scope of injunction. - Christopher Carney | 2:12 | 395.00 | 869.00 |
| 07/02/2016 | Review and analyze defendants' monthly compliance report. - Christopher Carney | 1:24 | 395.00 | 553.00 |
| 07/06/2016 | Work on response to defendants' motion to reconsider scope of injunction. - Christopher Carney | 2:18 | 395.00 | 908.50 |
| 07/09/2016 | Work on drafting brief in response to defendants' motion to reconsider scope of injunction. - Christopher Carney | 4:18 | 395.00 | 1,698.50 |
| 07/09/2016 | Review court's order on contempt. - Christopher Carney | 0:24 | 395.00 | 158.00 |
| 07/10/2016 | Work on drafting response to defendants' motion to reconsider scope of injunction, legal research. - Christopher Carney | 8:12 | 395.00 | 3,239.00 |
| 07/11/2016 | Work on response to defendants' motion to reconsider. - Christopher Carney | 3:42 | 395.00 | 1,461.50 |
| 07/13/2016 | Work on preparation for hearing on motion pertaining to Ninth Circuit remand. - Christopher Carney | 3:18 | 395.00 | 1,303.50 |
| 07/13/2016 | Review monthly waitlist data from defendants. - Christopher Carney | 0:36 | 395.00 | 237.00 |
| 07/15/2016 | Review and analyze defendants' reply on motion to reconsider scope of injunction, Kinlen declaration and attachments. - Christopher Carney | 1:24 | 395.00 | 553.00 |
| 07/19/2016 | Work on preparation for remand hearing, review transcripts of contempt hearing. - Christopher Carney | 5:06 | 395.00 | 2,014.50 |
| 07/20/2016 | Work on preparation for remand hearing, review monthly waitlist data. - Christopher Carney | 2:06 | 395.00 | 829.50 |
| 07/21/2016 | Work on preparation for remand hearing. - Christopher Carney | 2:06 | 395.00 | 829.50 |
| 07/21/2016 | Review and analyze defendants' motion for reconsideration of contempt. - Christopher Carney | 0:54 | 395.00 | 355.50 |
| 07/22/2016 | Work on preparation for remand hearing; edit opening and closing argument drafts. - Christopher Carney | 2:18 | 395.00 | 908.50 |
| 07/24/2016 | Work on preparation for remand hearing, work on witness examinations. - Christopher Carney | 4:18 | 395.00 | 1,698.50 |
| 07/25/2016 | Preparation for remand hearing, attend remand hearing. - Christopher Carney | 4:54 | 395.00 | 1,935.50 |
| 07/25/2016 | Travel; prepare for and attend hearing on remand issues from Ninth Circuit. - Christopher Carney | 4:42 | 395.00 | 1,856.50 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 07/26/2016 | Work on drafting of proposed findings and conclusions for order following remand. Legal research. - Christopher Carney | 2:42 | 395.00 | 1,066.50 |
| 07/28/2016 | Work on response to defendants' motion to reconsider contempt. - Christopher Carney | 2:06 | 395.00 | 829.50 |
| 07/29/2016 | Work on response to defendants' motion to reconsider, work on proposed findings and conclusions. - Christopher Carney | 4:36 | 395.00 | 1,817.00 |
| 07/30/2016 | Review and analyze defendants' proposed findings and conclusions pertaining to motion following remand; legal research. - Christopher Carney | 1:48 | 395.00 | 711.00 |
| 08/02/2016 | Review and analyze correspondence from defendants relating to triage plan. - Christopher Carney | 0:36 | 395.00 | 237.00 |
| 08/04/2016 | Work on correspondence to defendants relating to triage plan, stakeholders to notify. - Christopher Carney | 0:18 | 395.00 | 118.50 |
| 08/11/2016 | Review correspondence from court. - Christopher Carney | 0:12 | 395.00 | 79.00 |
| 08/15/2016 | Review and analyze court order modifying injunction, legal research. - Christopher Carney | 1:24 | 395.00 | 553.00 |
| 08/15/2016 | Review and analyze defendants' monthly wait list data. - Christopher Carney | 0:30 | 395.00 | 197.50 |
| 08/17/2016 | Receive and review additional waitlist data. - Christopher Carney | 0:42 | 395.00 | 276.50 |
| 08/17/2016 | Receive and analyze court's order on reconsideration. - Christopher Carney | 0:12 | 395.00 | 79.00 |
| 08/18/2016 | Review and analyze draft diversion plan. - Christopher Carney | 1:06 | 395.00 | 434.50 |
| 08/19/2016 | Review court's order denying reconsideration. - Christopher Carney | 0:12 | 395.00 | 79.00 |
| 08/23/2016 | Review waitlist data. - Christopher Carney | 0:18 | 395.00 | 118.50 |
| 08/23/2016 | Work on correspondence to defendants relating to triage and medication concerns. - Christopher Carney | 0:24 | 395.00 | 158.00 |
| 08/24/2016 | Review WSH waitlist data. - Christopher Carney | 0:36 | 395.00 | 237.00 |
| 09/02/2016 | Review current waitlist data for ESH and WSH. - Christopher Carney | 0:48 | 395.00 | 316.00 |
| 09/02/2016 | Work on correspondence to defendants relating to plan for steps toward compliance with modified injunction. - Christopher Carney | 0:36 | 395.00 | 237.00 |
| 09/13/2016 | Work on plan for proposed stipulation for steps toward compliance with modified injunction. - Christopher Carney | 0:42 | 395.00 | 276.50 |
| 09/14/2016 | Work on draft stipulation to extend deadline for compliance on agreed conditions. - Christopher Carney | 0:48 | 395.00 | 316.00 |
| 09/15/2016 | Review and analyze defendants' proposed edits to draft stipulation for extension of deadlines; work on correspondence to defendants regarding same. - Christopher Carney | 2:48 | 395.00 | 1,106.00 |
| 09/16/2016 | Work on review of weekly waitlist data. - Christopher Carney | 0:30 | 395.00 | 197.50 |
| 09/23/2016 | Review weekly waitlist data. - Christopher Carney | 0:24 | 395.00 | 158.00 |
| 10/12/2016 | Review and analyze reports from monitor's experts relating to alternate sites. - Christopher Carney | 1:06 | 395.00 | 434.50 |
| 10/17/2016 | Receive, review and analyze "root cause" analysis report re: WSH. - Christopher Carney | 2:42 | 395.00 | 1,066.50 |
| 10/27/2016 | Review new waitlist data. - Christopher Carney | 0:30 | 395.00 | 197.50 |
| 10/31/2016 | Work on review of monthly report. - Christopher Carney | 1:06 | 395.00 | 434.50 |
| 11/03/2016 | Prepare for and participate in pre-mediation call. - Christopher Carney | 1:18 | 395.00 | 513.50 |
| 11/09/2016 | Work on editing draft mediation status report. - Christopher Carney | 0:42 | 395.00 | 276.50 |
| 11/14/2016 | Telephone call to opposing counsel, work on draft status report to mediator. - Christopher Carney | 1:42 | 395.00 | 671.50 |
| 11/14/2016 | Receive and review letter from defendants re: mediation. - Christopher Carney | 0:06 | 395.00 | 39.50 |
| 11/22/2016 | Email correspondence with Defendants, mediator. - Christopher Carney | 0:24 | 395.00 | 158.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/22/2016 | Work on review of documents pertaining to triage protocol. - Christopher Carney | 0:48 | 395.00 | 316.00 |
| 11/22/2016 | Review waitlist report from Defendants. - Christopher Carney | 0:24 | 395.00 | 158.00 |
| 11/30/2016 | Review weekly waitlist report from Defendants. - Christopher Carney | 0:18 | 395.00 | 118.50 |
| 12/12/2016 | Work on mediation statement. - Christopher Carney | 1:18 | 395.00 | 513.50 |
| 12/14/2016 | Work on review of Defendants' mediation package. - Christopher Carney | 0:48 | 395.00 | 316.00 |
| 12/14/2016 | Work on review of Corrective Action Plan for Western State Hospital. - Christopher Carney | 1:06 | 395.00 | 434.50 |
| 12/15/2016 | Work on motion to correct contempt fine errors. - Christopher Carney | 0:36 | 395.00 | 237.00 |
| 12/20/2016 | Preparation for mediation. - Christopher Carney | 1:06 | 395.00 | 434.50 |
| 12/20/2016 | Work on review and editing Seattle Foundation agreement. - Christopher Carney | 0:24 | 395.00 | 158.00 |
| 12/21/2016 | Travel; attend mediation, work on drafting agreement. - Christopher Carney | 8:42 | 395.00 | 3,436.50 |
| 12/22/2016 | Review monthly waitlist data, cross reference with prior months. - Christopher Carney | 0:48 | 395.00 | 316.00 |
| 01/04/2017 | Work on preparation for status hearing; work on written questions requested by court, review pleadings and discovery. - Christopher Carney | 4:18 | 425.00 | 1,827.50 |
| 01/10/2017 | Work on agreement to modify injunction following mediation/settlement. - Christopher Carney | 0:30 | 425.00 | 212.50 |
| 01/10/2017 | Work on preparation for witness examinations for upcoming status/evidentiary hearing, work on identifying and preparing exhibits. - Christopher Carney | 5:42 | 425.00 | 2,422.50 |
| 01/11/2017 | Hearing preparation; work on witness examinations and exhibits. - Christopher Carney | 6:54 | 425.00 | 2,932.50 |
| 01/12/2017 | Telephone calls and emails with defense counsel; work on agreement to modify injunction. - Christopher Carney | 1:18 | 425.00 | 552.50 |
| 01/13/2017 | Receive and review declaration of Kinlen with attachments. Review documents and prepare for status hearing witness examinations. - Christopher Carney | 4:42 | 425.00 | 1,997.50 |
| 01/18/2017 | Work on preparation for witness examinations at status hearing; review documents and prepare exhibits. - Christopher Carney | 6:06 | 425.00 | 2,592.50 |
| 01/19/2017 | Prepare for status hearing; travel to court, represent clients at status hearing. - Christopher Carney | 10:06 | 425.00 | 4,292.50 |
| 01/20/2017 | Work on preparation for continuation of status/evidentiary hearing; prepare for witness examinations. - Christopher Carney | 5:06 | 425.00 | 2,167.50 |
| 01/22/2017 | Work on preparation for status hearing, prepare exhibits, legal research, work on witness examinations. - Christopher Carney | 5:06 | 425.00 | 2,167.50 |
| 01/23/2017 | Prepare for status hearing; travel to court, represent clients at status hearing. - Christopher Carney | 10:48 | 425.00 | 4,590.00 |
| 01/24/2017 | Review additional exhibits from defendants, prepare for status hearing, travel to court, represent clients at status hearing. - Christopher Carney | 8:54 | 425.00 | 3,782.50 |
| 01/26/2017 | Work on plaintiffs' request for relief for status hearing, legal research. - Christopher Carney | 1:06 | 425.00 | 467.50 |
| 01/30/2017 | Work on review and editing of Plaintiffs' compliance plan. - Christopher Carney | 0:54 | 425.00 | 382.50 |
| 02/01/2017 | Work on preparation for continuation of status/evidentiary hearing; review transcripts of prior hearing, work on closing statement. - Christopher Carney | 4:18 | 425.00 | 1,827.50 |
| 02/02/2017 | Review draft of materials for award of diversion funds. - Christopher Carney | 0:36 | 425.00 | 255.00 |
| 02/03/2017 | Work on preparation for status hearing; review compliance plans, transcripts and exhibits. - Christopher Carney | 4:18 | 425.00 | 1,827.50 |
| 02/08/2017 | Review DSHS January report to monitor and appendices. Cross reference with past repots. - Christopher Carney | 2:42 | 425.00 | 1,147.50 |
| 02/09/2017 | Prepare for and attend telephonic status hearing. - Christopher Carney | 4:06 | 425.00 | 1,742.50 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 02/10/2017 | Review Defendants' draft triage memo to system partners, draft response re: Plaintiffs' concerns with same. - Christopher Carney | 0:48 | 425.00 | 340.00 |
| 02/14/2017 | Correspondence with defense counsel regarding settlement of appeal. - Christopher Carney | 0:24 | 425.00 | 170.00 |
| 02/15/2017 | Review and analyze declaration of Kinlen and appendices re: compliance. - Christopher Carney | 1:24 | 425.00 | 595.00 |
| 02/16/2017 | Review court's order on status hearing. - Christopher Carney | 0:24 | 425.00 | 170.00 |
| 02/17/2017 | Review court's order expanding monitor's authority. - Christopher Carney | 0:12 | 425.00 | 85.00 |
| 02/21/2017 | Receive and review court monitor's consultant reports on alternate sites. - Christopher Carney | 1:06 | 425.00 | 467.50 |
| 02/24/2017 | Review weekly waitlist data from Defendants. - Christopher Carney | 0:18 | 425.00 | 127.50 |
| 02/27/2017 | Review Defendants' motion for reconsideration and supporting materials. - Christopher Carney | 1:42 | 425.00 | 722.50 |
| 03/02/2017 | Telephone conference with monitor re: Plaintiffs' input on new draft of triage protocol. Review prior drafts of triage protocol. - Christopher Carney | 0:24 | 425.00 | 170.00 |
| 03/07/2017 | Review court order for response to Defendants' motion for "clarification." Begin work on response. - Christopher Carney | 1:18 | 425.00 | 552.50 |
| 03/09/2017 | Preparation for upcoming status hearing; review Kinlen and Reyes declarations and appendices. - Christopher Carney | 2:06 | 425.00 | 892.50 |
| 03/11/2017 | Work on drafting and editing response to Defendants' motion for clarification/reconsideration. - Christopher Carney | 1:42 | 425.00 | 722.50 |
| 03/13/2017 | Work on motion to approve settlement; work on response to motion for reconsideration. - Christopher Carney | 1:48 | 425.00 | 765.00 |
| 03/15/2017 | Work on motion to approve settlement, review/edit Defendants' changes. - Christopher Carney | 0:36 | 425.00 | 255.00 |
| 03/15/2017 | Receive and review Kinlen contempt data declaration and appendices. - Christopher Carney | 1:18 | 425.00 | 552.50 |
| 03/16/2017 | Work on motion to approve settlement. - Christopher Carney | 0:36 | 425.00 | 255.00 |
| 03/17/2017 | Receive and review monitor's report, preparation for status hearing. - Christopher Carney | 3:18 | 425.00 | 1,402.50 |
| 03/17/2017 | Work on motion to approve settlement. - Christopher Carney | 0:24 | 425.00 | 170.00 |
| 03/20/2017 | Work on preparation for status hearing, review pleadings and exhibits. - Christopher Carney | 2:54 | 425.00 | 1,232.50 |
| 03/21/2017 | Preparation for status hearing; travel, represent clients at status hearing. - Christopher Carney | 4:18 | 425.00 | 1,827.50 |
| 03/21/2017 | Prepare for status hearing, travel and attend status hearing. - Christopher Carney | 4:06 | 425.00 | 1,742.50 |
| 03/29/2017 | Work on review of jail admission screening tools provided by monitor, for possible relevance to triage protocol. - Christopher Carney | 1:06 | 425.00 | 467.50 |
| 04/03/2017 | Review February monthly report from Defendants. - Christopher Carney | 0:42 | 425.00 | 297.50 |
| 04/07/2017 | Review declaration of C. Reyes and appendices filed for status hearing. - Christopher Carney | 0:54 | 425.00 | 382.50 |
| 04/08/2017 | Review Defendants' "request for additional guidance." - Christopher Carney | 0:12 | 425.00 | 85.00 |
| 04/08/2017 | Receive and review March final monthly report from Defendants. - Christopher Carney | 1:42 | 425.00 | 722.50 |
| 04/10/2017 | Work on response to Defendants' new draft triage protocol, review prior drafts and monitor's literature on screening. - Christopher Carney | 0:42 | 425.00 | 297.50 |
| 04/13/2017 | Work on correspondence to Defendants' re: triage protocol. - Christopher Carney | 0:18 | 425.00 | 127.50 |
| 04/13/2017 | Work on response to Defendants' request for additional guidance, as per court's order. - Christopher Carney | 1:06 | 425.00 | 467.50 |
| 04/14/2017 | Receive and review Kinlen declaration and appendices re: compliance/contempt data. - Christopher Carney | 1:18 | 425.00 | 552.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/17/2017 | Work on preparation for status hearing, review pleadings and exhibits, monitor report and appendices. - Christopher Carney | 3:54 | 425.00 | 1,657.50 |
| 04/17/2017 | Work on response to Defendants' request for additional clarification, file same. - Christopher Carney | 0:30 | 425.00 | 212.50 |
| 04/18/2017 | Preparation for status hearing; travel, represent clients at status hearing. - Christopher Carney | 4:36 | 425.00 | 1,955.00 |
| 04/19/2017 | Review current waitlists, cross-reference with prior lists. Defendants falling further out of compliance. - Christopher Carney | 1:06 | 425.00 | 467.50 |
| 04/20/2017 | Work on proposed order adopting parties' settlement agreement. - Christopher Carney | 1:18 | 425.00 | 552.50 |
| 05/09/2017 | Work on case strategy preparation; legal research, review pleadings and exhibits. Correspondence with public defenders re: triage implementation. - Christopher Carney | 3:54 | 425.00 | 1,657.50 |
| 05/11/2017 | Receive and review April monthly report from Defendants, cross-reference with past reports. - Christopher Carney | 1:54 | 425.00 | 807.50 |
| 05/12/2017 | Work on letter to Defendants re: triage. - Christopher Carney | 0:18 | 425.00 | 127.50 |
| 05/13/2017 | Receive and review Defendants' plan to wind down alternate sites with appendices; compare to prior reports. - Christopher Carney | 2:54 | 425.00 | 1,232.50 |
| 05/15/2017 | Review contempt data declaration of Kinlen, cross-reference with prior reports. - Christopher Carney | 1:18 | 425.00 | 552.50 |
| 05/17/2017 | Work on response to Defendants' alternate sites wind-down plan. - Christopher Carney | 0:54 | 425.00 | 382.50 |
| 05/19/2017 | Review Monitor's comments on Defendants' wind-down plan. - Christopher Carney | 0:30 | 425.00 | 212.50 |
| 05/20/2017 | Work on preparation for conference call re: wind-down plan; review trial testimony, declarations and exhibits for prior statements of defense witnesses relevant to timelines for wind-down. - Christopher Carney | 2:54 | 425.00 | 1,232.50 |
| 05/21/2017 | Work on preparation for conference call re: wind-down plan. - Christopher Carney | 1:18 | 425.00 | 552.50 |
| 05/23/2017 | Review ward status exhibit produced by Defendants. - Christopher Carney | 0:12 | 425.00 | 85.00 |
| 05/24/2017 | Participate in conference call with Monitor and Defendants re: wind-down plan. - Christopher Carney | 2:06 | 425.00 | 892.50 |
| 05/25/2017 | Review Defendants' follow up documents re: wind-down plan. - Christopher Carney | 0:48 | 425.00 | 340.00 |
| 05/25/2017 | Work on letter to Defendants, following up on conference call re: wind-down plan. - Christopher Carney | 0:54 | 425.00 | 382.50 |
| 05/26/2017 | Review Kinlen declaration for upcoming status hearing, cross-reference with past declarations and exhibits. - Christopher Carney | 1:54 | 425.00 | 807.50 |
| 05/30/2017 | Work on agree/disagree matrix for report to court on wind-down plan. Legal research. - Christopher Carney | 1:42 | 425.00 | 722.50 |
| 05/31/2017 | Work on draft of report to court on wind-down plan. - Christopher Carney | 1:24 | 425.00 | 595.00 |
| 06/01/2017 | Work on preparation for status hearing; review pleadings, declarations and transcripts. - Christopher Carney | 4:18 | 425.00 | 1,827.50 |
| 06/02/2017 | Work on report to court relating to wind-down plan. - Christopher Carney | 2:18 | 425.00 | 977.50 |
| 06/05/2017 | Prepare for status hearing, travel, represent clients at status hearing. - Christopher Carney | 4:54 | 425.00 | 2,082.50 |
| 06/06/2017 | Receive and review Defendants' monthly report to Monitor, cross-reference data with past reports. - Christopher Carney | 1:54 | 425.00 | 807.50 |
| 06/08/2017 | Prepare for and conduct telephone conference with public defense administrator concerning availability of contract evaluators. - Christopher Carney | 0:54 | 425.00 | 382.50 |
| 06/15/2017 | Review letter from Defendants re: triage protocol. - Christopher Carney | 0:12 | 425.00 | 85.00 |
| 06/15/2017 | Review Kinlen contempt data declaration and exhibits. - Christopher Carney | 0:54 | 425.00 | 382.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/16/2017 | Review statement of capabilities for proposed Building 27 architects. - Christopher Carney | 0:12 | 425.00 | 85.00 |
| 06/21/2017 | Work on review of documents relating to RFI for panel evaluators, draft information request to Defendants re: same. Work on possible future motions. - Christopher Carney | 1:42 | 425.00 | 722.50 |
| 06/29/2017 | Receive Defendants' responses to panel evaluator RFI, cross-reference with other documents. - Christopher Carney | 0:36 | 425.00 | 255.00 |
| 06/30/2017 | Review documents and summaries of Washington State legislature's budget for DSHS in upcoming biennium, compare with case documents. - Christopher Carney | 0:42 | 425.00 | 297.50 |
| | | | Subtotal: | 260,259.50 |