

**Declaration of Christopher Carney
Exhibit B**

| | AO44 | |
|---|---|---|
| | (Rev. 11/07) | |

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

INVOICE NO: 00000957

**MAKE CHECKS PAYABLE TO:**

Christopher Carney
Carney Gillespie Isitt PLLP
100 W Harrison St, #N440
Seattle, WA

Phone:

Nancy Bauer, CCR, RPR
Official Court Reporter
700 Stewart Street, Suite 17205
Seattle, WA 98101

Phone: (206) 370-8506

Tax ID: 27-0257601
nancy_bauer@wawd.uscourts.gov

☐ CRIMINAL  ☒ CIVIL   DATE ORDERED: 04-19-2017   DATE DELIVERED: 04-26-2017

**Case Style:** C14-1178MJP, Trueblood v DSHS
April 18, 2017 status conference

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 88 | 0.90 | 79.20 | | 0.60 | | 79.20 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 79.20

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

**Date Paid:**   **Amt:**   TOTAL DUE: $79.20

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *Nancy L. Bauer*   DATE: 04-26-2017

*(All previous editions of this form are cancelled and should be destroyed)*