# Declaration of Christopher Carney
# Exhibit C



**PROFESSIONAL HONORS**

Named "Champion of Justice" in 2015 by the Washington Association of Criminal Defense Lawyers.

**PROFESSIONAL EXPERIENCE**

Experienced attorney focusing on plaintiff's civil rights litigation and criminal defense.  Proven ability in managing all aspects of a busy legal practice, including discovery, deposition and examinations, lead trial counsel and settlement negotiations.  Successful federal trial experience.

Appointed to the Federal Public Defender CJA conflict panel, 2014.

**Carney Gillespie Isitt PLLP, Seattle, Washington**
**Principal, January 2010-Present**

**Key Accomplishments**

Trial counsel, A.B., et al. v. DSHS, Western District of Washington 14-cv-01178-MJP.
In cooperation with the ACLU of Washington, the Public Defender Association, and Disabilty Rights Washington, represented Plaintiffs in a state-wide class action against the Washington State Department of Social and Health Services, challenging the State's failure to provide timely services for competency evaluation and restoration services to incarcerated mentally ill inmates.  Secured permanent injunction mandating that the State provide services within seven days for class members.

Co-counsel, R.R. et al v. Washington State Department of Social and Health Services et al 17-cv-05080-BHS.
In cooperation with Disability Rights Washington, represented Plaintiffs in a class-action relating to inadequate treatment for disabled residents of the Special Commitment Center.  Negotiated settlement to improve treatment and create independent oversight for treatment progress evaluations and release recommendations.  Settlement approved.

Lead trial counsel, Pope v. Holtgeerts,et al. Western District of Washington C07-1191.  Represented Plaintiff in a federal civil rights and state law medical malpractice claim against the King County Jail and staff.  The mentally ill Plaintiff was neglected in custody and gave birth alone in a jail cell.  January 2012



trial resulted in jury verdict in Plaintiff's favor on eight state and federal claims, with $975,000.00 award including punitive damages.

Named to Steering Committee for nationwide consumer-protection class action lawsuit In re: Living Social Marketing and Sales Practices, MDL-2254 (District of Columbia).

Lead counsel, White v. City of Tacoma, et al., 12-cv-05987-RBL (Western District of Washington); Plaintiff sued the Tacoma Police Department, jury verdict finding wrongful arrest.

Lead counsel, Baijot-Clary v. City of Seattle, et al., 12-cv-01096-JCC (Western District of Washington); Plaintiff was the victim of police excessive force, received settlement.

Lead counsel, Hoston v. Lee, et al. Western District of Washington C11-00724. Plaintiff was victim of police excessive force resulting successful settlement of high-profile litigation.

**Law Office of Christopher Carney, Seattle, Washington**
**Owner, September 2006-January 2010**

**Key Accomplishments**

Co-counsel with Innocence Project NW, In re: Detention of Anderson, Washington Court of Appeals No. 37073-5. Successfully argued Personal Restraint Petition to free wrongly convicted client.

Lead counsel State v. Morrison, King County Superior Court 07-1-03616-1. Secured dismissal of marijuana grow operation prosecution; all evidence was suppressed on constitutional grounds.

**Carney Badley Spellman, P.S., Seattle, Washington**
**Associate, 2005–2006**

Managed all aspects of a broad-based civil litigation practice, including complex consolidated toxic tort cases and plaintiffs' civil rights litigation. Working independently and as part of a team, drafted motions including numerous winning dispositive motions, took and defended numerous depositions. Assisted with case analysis and strategy and with client management. Active in plaintiffs' civil rights litigation, Western District of Washington. Researched and wrote successful appellate briefs.



**The Defender Association, Seattle, Washington**
**Staff Attorney, October 2000 – January 2005**

Comprehensive criminal and civil defense trial practice. Represented hundreds of clients, aggressive in achieving positive results, including dismissals, acquittals and favorable negotiated resolutions. Caseload ranged from misdemeanors to serious violent felonies including homicide. Tried approximately 50 cases to verdict, both criminal and civil.

**Society Of Counsel, Seattle, Washington**
**Rule 9 Intern, Misdemeanor Trial Practice, 2000**

Conducted misdemeanor trial practice in Bellevue and Seattle District courts while completing law school. Researched and wrote RALJ appeal brief leading State to concede error.

**Snohomish County Public Defender, Everett, Washington**
**Rule 9 Intern, Misdemeanor Trial Practice, 1999**

Served as sole counsel and full-time misdemeanor counsel in South District Court, Lynnwood. Favorable results included several acquittals.

**MEDIA HIGHLIGHTS**

A.B., et al. v. DSHS, Western District of Washington 14-cv-01178-MJP:

http://www.wsj.com/article_email/mental-health-treatment-for-defendants-dogged-by-delays-1429487659-lMyQjAxMTE1NDEwOTUxMTk4Wj

http://www.huffingtonpost.com/2015/04/03/long-jail-stays-mentally-ill_n_6997970.html

http://www.disabilityrightswa.org/ab-and-through-trueblood-v-dshs

Pope v. Holtgeerts, et al. Western District of Washington C07-1191:

http://seattletimes.nwsource.com/html/localnews/2017419232_inmatebaby04m.html

Hoston v. Lee, et al. Western District of Washington C11-00724:



http://www.q13fox.com/news/kcpq-police-brutality-caught-on-tape-teen-talks-20110302,0,6253502.story

In re: Detention of Anderson, Washington Court of Appeals No. 37073-5:

http://www.seattlepi.com/local/article/Proven-innocent-but-still-behind-bars-1295654.php#page-1

**VOLUNTEER EXPERIENCE**

Pro Bono Personal Restraint Petition
	October 2003
Filed and argued Personal Restraint Petition on behalf of indigent inmate who was convicted of felony murder under a theory relying on assault as the predicate felony; conviction overturned pursuant to In re Personal Restraint of Andress, 147 Wn.2d 602 (2002).

University of Washington Criminal Law Clinic
Seattle, Washington
Rule 9 Intern, Criminal Trial Practice Clinic		January 2000-April 2000
Represented clients charged with misdemeanors in Seattle Municipal Court.  Favorable results secured included dismissal, negotiated resolutions and a jury acquittal.

Innocence Project Northwest					Seattle, Washington
Legal Intern						September 1999-May 2000
Assisted with successful effort to free individual wrongly convicted of child sex offenses during Wenatchee sex cases scandal.  Assist case attorneys in conducting investigation and depositions and provided support in witness examination and legal briefing.  Client was freed after serving years in prison for a crime he did not commit.

**LECTURES AND CLE PRESENTATIONS**

Guest Lecture, University of Washington School of Law, Spring Quarter 2017; Mental Health and Law.



21st Century Policing: Big Job, Big Questions; panel discussion sponsored by Sno-Isles Public Library. Appearing on behalf of the ACLU of Washington, presented on police accountability and needed reforms, along with Island County Prosecutor Greg Banks and Island County Sheriff Mark Brown.

"Can Ferguson Happen in Tacoma?" February 4, 2015
Panel discussion along with Tacoma Police Chief Donald Ramsdell and Pierce County Prosecutor Mark Lindquist. Discussion of modern policing, need for police reform in use of force practices and oversight, community relations. Appeared on behalf of the ACLU of Washington.

CLE Presentation, "Police Liability," February 8, 2013. Presentation on federal law relating to municipal liability for police misconduct.

CLE Presentation, "Psychopathy, Aging and Recidivism." April 1, 2004. Researched and presented lecture regarding the likelihood of sexual and violent recidivism among sex offenders with psychopathic personalities across lifespan. Lecture included detailed suggestions for cross-examination of psychologist expert witnesses.

Guest Lecturer, University of Washington School of Law, Spring Quarter 2003. In cooperation with Professor Jackie McMurtrie, developed lecture materials and taught course section regarding Felony Murder rule in Washington State in light of In re Personal Restraint of Andress, 147 Wn.2d 602 (2002).

CLE Presentation, "Physical Findings in Child Sex Cases." January 9, 2003. Researched and delivered lecture concerning interpretation of medical examinations in cases involving allegations of child sexual abuse. Lecture included recommended approaches to cross-examination of medical expert witnesses.

**EDUCATION**

University of Washington School of Law, Seattle, Washington
Juris Doctor, June 2000.
Bar Admissions: Washington State, October 2000, WSBA # 30325; Western District of Washington 2005; Ninth Circuit Court of Appeals 2005.

University of Washington, Seattle, Washington
Bachelor of Arts, June 1997.