# Exhibit A

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/2/2015 | L. Baker | Review Defendants' Long Term Plan; | 0.8 | $350 | $280 |
| 7/27/2015 | L. Baker | Draft letter to Mauch regarding compliance issues; Confer with legal team regarding same; Review | 1.4 | $350 | $490 |
| 8/1/2015 | L. Baker | Confer with ACLU staffers regarding monthly report; Review same; | 1 | $350 | $350 |
| 8/18/2015 | M. Chen | Meeting w/ L. Baker re court monitor report | 0.2 | $310 | $62 |
| 8/18/2015 | M. Chen | Review court monitor report | 0.2 | $310 | $62 |
| 8/19/2015 | M. Chen | Review court monitor report | 0.7 | $310 | $217 |
| 8/20/2015 | M. Chen | Review court monitor report | 0.83 | $310 | $257 |
| 8/21/2015 | M. Chen | Review court monitor report | 1.05 | $310 | $326 |
| 8/21/2015 | M. Chen | Review Defendants' August 2015 report to the court monitor | 0.5 | $310 | $155 |
| 8/24/2015 | L. Baker | Confer with legal team regarding case strategy; | 2 | $350 | $700 |
| 8/24/2015 | M. Chen | Meeting w/ case team to prep. for 8/25 mtg. w/ court monitor and Defendants | 1.6 | $310 | $496 |
| 8/25/2015 | L. Baker | Prepare for and attend all-Parties meeting; Confer with legal team regarding same; | 3.5 | $350 | $1,225 |
| 8/25/2015 | M. Chen | Meeting w/ parties and court monitor re progress on implementing court order | 2 | $310 | $620 |
| 8/25/2015 | M. Chen | Meeting w/ co-counsel to debrief re meeting w/ parties and court monitor re implementation of court order | 0.2 | $310 | $62 |
| 8/27/2015 | M. Chen | Review district court orders | 0.62 | $310 | $192 |
| 9/1/2015 | L. Baker | Review and edit Joint Motion regarding Reporting Date; Confer with legal team regarding same; | 0.5 | $350 | $175 |
| 9/2/2015 | L. Baker | Confer with legal team and opposing counsel regarding Joint Motion to Amend Reporting Date; | 0.4 | $350 | $140 |
| 9/22/2015 | L. Baker | Telephone call with outside counsel regarding Valley Cities; Confer with legal team regarding same; | 0.6 | $350 | $210 |
| 9/24/2015 | L. Baker | Draft substantive due process section of responsive briefing; Research assault at WSH | 3.2 | $350 | $1,120 |
| 10/5/2015 | E. Chiang | Case mgmt | 0.7 | $420 | $294 |
| 10/7/2015 | E. Chiang | Case mgmt | 0.3 | $420 | $126 |
| 10/19/2015 | L. Baker | Confer with V. Walczak regarding litigation strategy in A.B. and in Pennsylvania; Confer with ACLU | 1.2 | $350 | $420 |
| 10/26/2015 | L. Baker | Telephone call with D. Mauch; Confer with M. Cooke regarding jail based restoration; | 0.5 | $350 | $175 |
| 10/27/2015 | L. Baker | Review October report; Confer with D. Mauch regarding all Parties' meeting; | 1.6 | $350 | $560 |
| 10/28/2015 | L. Baker | Review Dr. Pinals' report; | 0.6 | $350 | $210 |
| 10/29/2015 | L. Baker | Review and revise ACLU comment on proposed legislation; | 0.7 | $350 | $245 |
| 10/30/2015 | E. Chiang | Case Management | 0.3 | $420 | $126 |
| 10/30/2015 | L. Baker | Confer with B. Gerson regarding Yakima facility and research project regarding same; Collect documents regarding same; | 1.3 | $350 | $455 |
| 11/2/2015 | L. Baker | Review summary of issues for discussion at all Parties meeting; | 0.4 | $350 | $140 |
| 11/3/2015 | L. Baker | Telephone call with A. Khandelwal regarding moots and parties' meeting; Telephone call with E. | 2.6 | $350 | $910 |
| 11/4/2015 | L. Baker | Confer with legal team regarding compliance issues; | 0.5 | $350 | $175 |
| 11/8/2015 | L. Baker | Confer with legal team regarding all Parties' meeting agenda; | 0.4 | $350 | $140 |
| 11/9/2015 | L. Baker | Travel to Tacoma for Parties' meeting with court monitor; Attend same; Confer with legal team | 4 | $350 | $1,400 |
| 11/10/2015 | E. Chiang | Edits all parties letter, case mgmt | 0.5 | $420 | $210 |
| 11/10/2015 | L. Baker | Draft letter to opposing counsel regarding compliance; Confer with E. Chiang regarding same; | 1.5 | $350 | $525 |
| 11/11/2015 | E. Chiang | Edits to all parties letter, case mgmt | 0.5 | $420 | $210 |

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 11/11/2015 | L. Baker | Draft letter to opposing counsel regarding concerns with compliance and request for documents; Email legal team regarding same; Confer with E. Chiang regarding case strategy; | 1.2 | $350 | $420 |
| 11/16/2015 | E. Chiang | Team call | 0.7 | $420 | $294 |
| 11/16/2015 | E. Chiang | Case mgmt | 0.2 | $420 | $84 |
| 11/16/2015 | L. Baker | Confer with intern regarding contempt research; Review memo and case law regarding same; Confer with legal team regarding case strategy; | 1.4 | $350 | $490 |
| 11/19/2015 | E. Chiang | Team call | 0.5 | $420 | $210 |
| 11/19/2015 | E. Chiang | Case mgmt | 0.3 | $420 | $126 |
| 11/19/2015 | L. Baker | Confer with legal team regarding compliance and case strategy; Draft email to Defendants regarding compliance; | 0.9 | $350 | $315 |
| 11/20/2015 | L. Baker | Review C. Reyes presentation and documents to the House Judiciary Committee; Confer with legal | 1.5 | $350 | $525 |
| 11/29/2015 | L. Baker | Prepare for team meeting; Review documents regarding admission criteria; Confer with legal team | 1.2 | $350 | $420 |
| 11/30/2015 | E. Chiang | Case management | 0.2 | $420 | $84 |
| 11/30/2015 | L. Baker | Confer with legal team regarding case strategy; Email D. Mauch regarding Spokane contempt; | 1.8 | $350 | $630 |
| 12/1/2015 | L. Baker | Review documents from Pierce County Jail regarding Correct Care Solutions; Discuss potential cocnerns re in-jail restoration; | 2 | $350 | $700 |
| 12/14/2015 | E. Chiang | Case mgmt | 0.2 | $420 | $84 |
| 12/14/2015 | E. Chiang | Team call | 0.4 | $420 | $168 |
| 12/14/2015 | L. Baker | Review Snoho Farris court order; Confer with E. Chiang regarding same; Review Quigley op-ed; | 0.6 | $350 | $210 |
| 12/22/2015 | E. Chiang | Case management | 1 | $420 | $420 |
| 12/23/2015 | E. Chiang | Letter to J. Pechman | 0.3 | $420 | $126 |
| 12/23/2015 | L. Baker | Draft letter to court regarding compliance concerns; Confer with legal team regarding same; | 1.1 | $350 | $385 |
| 12/29/2015 | E. Chiang | Motion for status conference | 0.2 | $420 | $84 |
| 12/29/2015 | L. Baker | Email regarding proposed status conference; Draft proposed joint motion regarding same; Review | 1.8 | $350 | $630 |
| 12/30/2015 | E. Chiang | Stipulation and Motion for Status Conference | 0.3 | $420 | $126 |
| 12/30/2015 | L. Baker | Review Defendants' Motion to Modify Injunction; | 0.9 | $350 | $315 |
| 12/31/2015 | E. Chiang | Reviewing Defendants' Mot. to Modify Injunction | 0.3 | $420 | $126 |
| 1/4/2016 | E. Chiang | Response to Defs' Mot to Modify | 0.3 | $420 | $126 |
| 1/5/2016 | L. Baker | Review Quigley letter; Confer with legal team regarding same; | 0.2 | $350 | $70 |
| 1/6/2016 | L. Baker | Review and revise draft response re motion to modify; Outline major arguments; Confer with team | 1.5 | $350 | $525 |
| 1/8/2016 | L. Baker | Review and revise response; Confer with A. Khandelwal and E. Cooper regarding same; | 2.8 | $350 | $980 |
| 1/9/2016 | E. Chiang | Response to Mot. to Modify | 0.5 | $420 | $210 |
| 1/9/2016 | L. Baker | Review and revise draft response; Confer with legal team regarding same; | 1.6 | $350 | $560 |
| 1/10/2016 | E. Chiang | Team call re Response to Mot to Modify | 0.6 | $420 | $252 |
| 1/10/2016 | L. Baker | Confer with legal team regarding draft response; Review and revise same; | 3.5 | $350 | $1,225 |
| 1/11/2016 | E. Chiang | Response to D's Motion to Modify Injunction | 1.8 | $420 | $756 |
| 1/13/2016 | L. Baker | Confer with D. Mauch regarding Motion to Amend Injunction; Send documents regarding same; | 0.4 | $350 | $140 |
| 1/14/2016 | E. Chiang | Response to Def's Mot to Modify | 0.3 | $420 | $126 |
| 1/20/2016 | E. Chiang | Prep for status conference | 0.7 | $420 | $294 |
| 1/21/2016 | E. Chiang | Team call re status conference | 0.7 | $420 | $294 |
| 1/21/2016 | E. Chiang | Status conference prep | 0.5 | $420 | $210 |

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/21/2016 | L. Baker | Confer with legal team regarding upcoming hearing; Research regarding same; Prepare for same; | 2.2 | $350 | $770 |
| 1/22/2016 | E. Chiang | Status conference prep | 1.5 | $420 | $630 |
| 1/24/2016 | E. Chiang | Status conference prep | 0.2 | $420 | $84 |
| 1/25/2016 | L. Baker | Travel to and attend hearing re Motion to Modify Injunction; Confer with legal team regarding | 7.5 | $350 | $2,625 |
| 1/26/2016 | E. Chiang | Case update from LRB | 0.2 | $420 | $84 |
| 1/26/2016 | L. Baker | Review January report; Confer with legal team regarding proposed benhcmarks and contempt sanctions; Confer with E. Chiang regarding same; | 1.6 | $350 | $560 |
| 1/27/2016 | E. Chiang | Mtg with cooperating attorney re in jail restoration | 0.7 | $420 | $294 |
| 2/2/2016 | L. Baker | Confer with legal team regarding case strategy; Review and revise proposed timeline; Consult with | 2 | $350 | $700 |
| 2/9/2016 | E. Chiang | Reviewing court order | 0.2 | $420 | $84 |
| 3/2/2016 | L. Baker | Draft letter for D. Mauch regarding Yakima facility; Confer with legal team regarding same; | 2.3 | $350 | $805 |
| 3/9/2016 | L. Baker | Confer with legal team regarding case strategy and hearing; Compile notes regarding same; | 1.4 | $350 | $490 |
| 3/10/2016 | E. Chiang | Case management | 0.1 | $420 | $42 |
| 3/10/2016 | L. Baker | Attend hearing; Confer with legal team regarding same; | 3.4 | $350 | $1,190 |
| 3/15/2016 | L. Baker | Review J. Snow declaration and letter regarding triage; Review proposed legislation; Confer with legal team regarding TRO; | 1.8 | $350 | $630 |
| 3/16/2016 | E. Chiang | TRO | 0.3 | $420 | $126 |
| 3/17/2016 | E. Chiang | TRO | 0.5 | $420 | $210 |
| 3/17/2016 | L. Baker | Draft TRO and review exhibits regarding same; Confer with legal team regarding same; | 5 | $350 | $1,750 |
| 3/18/2016 | L. Baker | Review C. Reyes Declaration; Confer with legal team regarding Maple Lane; | 0.8 | $350 | $280 |
| 3/22/2016 | E. Chiang | Team call re TRO | 0.5 | $420 | $210 |
| 3/22/2016 | E. Chiang | Call w/ LRB re TRO | 0.2 | $420 | $84 |
| 3/22/2016 | L. Baker | Confer with legal team regarding TRO; Draft reply; Research standard for TRO and contempt; | 3.5 | $350 | $1,225 |
| 3/23/2016 | E. Chiang | TRO | 0.4 | $420 | $168 |
| 3/23/2016 | L. Baker | Confer with A. Khandelwal regarding TRO research; Review intake from Yakima facility; Draft reply; | 2.2 | $350 | $770 |
| 3/24/2016 | E. Chiang | TRO Reply | 1.2 | $420 | $504 |
| 3/24/2016 | L. Baker | Draft, revise, and research TRO; Confer with legal team regarding same; | 2 | $350 | $700 |
| 3/29/2016 | E. Chiang | Conversation with LRB re TRO | 0.2 | $420 | $84 |
| 3/30/2016 | E. Chiang | Team call re TRO | 0.6 | $420 | $252 |
| 3/31/2016 | E. Chiang | Case mgmt | 0.2 | $420 | $84 |
| 4/1/2016 | E. Chiang | Case mgmt | 0.3 | $420 | $126 |
| 4/1/2016 | L. Baker | Confer with outside counsel regarding TRO hearing; Confer with legal team regarding case strategy | 1.6 | $350 | $560 |
| 4/4/2016 | E. Chiang | Team call | 1 | $420 | $420 |
| 4/4/2016 | E. Chiang | Mtg w/ LRB re case strategy | 0.5 | $420 | $210 |
| 4/6/2016 | E. Chiang | Moot | 1.3 | $420 | $546 |
| 4/6/2016 | L. Baker | Review Reyes documents submitted to D. Mauch; Revise Table of Risks regarding TRO; | 1 | $350 | $350 |
| 4/8/2016 | E. Chiang | Status conference and hearing | 3 | $420 | $1,260 |
| 4/11/2016 | E. Chiang | Team call | 1 | $420 | $420 |
| 4/18/2016 | E. Chiang | Reviewing Def's submissions | 0.2 | $420 | $84 |
| 4/18/2016 | E. Chiang | Strategy re status hearing | 0.2 | $420 | $84 |
| 4/18/2016 | E. Chiang | Team call | 0.6 | $420 | $252 |
| 4/18/2016 | E. Chiang | Call with E. Cooper re contempt | 0.5 | $420 | $210 |
| 4/19/2016 | E. Chiang | Team call | 1 | $420 | $420 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/19/2016 | L. Baker | Confer with legal team regarding case strategy; Review documents regarding same; | 1 | $350 | $350 |
| 4/28/2016 | L. Baker | Confer with legal team regarding contempt; Confer with A. Khandelwal regarding Maple Lane; | 0.5 | $350 | $175 |
| 4/29/2016 | L. Baker | Confer with legal team regarding case staffing; | 0.6 | $350 | $210 |
| 5/2/2016 | E. Chiang | Team call re contempt | 0.7 | $420 | $294 |
| 5/2/2016 | E. Chiang | Call w/ LRB re contempt | 0.2 | $420 | $84 |
| 5/2/2016 | E. Chiang | Contempt motion | 0.2 | $420 | $84 |
| 5/2/2016 | L. Baker | Review and revise draft contempt motion; Confer with legal team regarding same; Confer with E. | 2.5 | $350 | $875 |
| 5/3/2016 | L. Baker | Confer with legal team regarding Yakima facility; Revise contempt motion; | 3.1 | $350 | $1,085 |
| 5/4/2016 | E. Chiang | Contempt motion | 1.5 | $420 | $630 |
| 5/4/2016 | L. Baker | Draft contempt motion; Confer with legal team regarding same; | 2.6 | $350 | $910 |
| 5/5/2016 | E. Chiang | Contempt motion | 1.2 | $420 | $504 |
| 5/5/2016 | L. Baker | Revise, research, and prepare contempt motion or filing; Confer with legal team regarding same; | 4 | $350 | $1,400 |
| 5/5/2016 | M. Chen | Review and edit motion for contempt | 1.4 | $310 | $434 |
| 5/6/2016 | E. Chiang | Team call | 0.5 | $420 | $210 |
| 5/6/2016 | L. Baker | Review Ninth Circuit opinion; Research procedure for striking and refiling motion; | 1.5 | $350 | $525 |
| 5/9/2016 | E. Chiang | Contempt motion | 0.2 | $420 | $84 |
| 5/10/2016 | E. Chiang | Contempt motion | 1.5 | $420 | $630 |
| 5/10/2016 | L. Baker | Revise contempt motion and prepare for filing; | 8 | $350 | $2,800 |
| 5/10/2016 | M. Chen | Review and edit motion for contempt | 1 | $310 | $310 |
| 5/11/2016 | L. Baker | Status hearing; Prepare for hearing; Confer with legal team regarding same; | 4.2 | $350 | $1,470 |
| 5/13/2016 | E. Chiang | Case mgmt | 0.2 | $420 | $84 |
| 5/13/2016 | L. Baker | TC with opposing counsel re Maple Lane TRO issues; Prep for same; | 1 | $350 | $350 |
| 5/16/2016 | E. Chiang | Case mgmt | 0.2 | $420 | $84 |
| 5/16/2016 | L. Baker | TC with E. Cooper; Review Ninth Circuit Rules re mandate; Review court orders re contempt; | 1.5 | $350 | $525 |
| 5/17/2016 | E. Chiang | Case management | 0.3 | $420 | $126 |
| 5/17/2016 | E. Chiang | Strategy conversation with LRB | 0.5 | $420 | $210 |
| 5/17/2016 | L. Baker | Review documents from Defendants re Maple Lane; Draft TRO re Maple Lane; Confer with E. Chiang | 3.5 | $350 | $1,225 |
| 5/18/2016 | E. Chiang | Team call | 0.8 | $420 | $336 |
| 5/18/2016 | E. Chiang | Letter to Rubinsky | 0.1 | $420 | $42 |
| 5/18/2016 | L. Baker | Review Ninth Circuit opinion; Review submissions from Defendants regarding TRO; Telephone call | 3.9 | $350 | $1,365 |
| 5/19/2016 | E. Chiang | Maple Lane TRO | 0.3 | $420 | $126 |
| 5/19/2016 | L. Baker | Draft TRO regarding Maple Lane; Confer with E. Cooper and E. Chiang regarding same; Email legal | 5 | $350 | $1,750 |
| 5/22/2016 | L. Baker | Revise, research, and finalize fee reply | 5 | $350 | $1,750 |
| 5/23/2016 | E. Chiang | Motion on remand | 0.4 | $420 | $168 |
| 5/24/2016 | E. Chiang | Case mgmt | 0.3 | $420 | $126 |
| 5/24/2016 | E. Chiang | Motion on remand | 0.2 | $420 | $84 |
| 5/25/2016 | E. Chiang | Motion for Contempt | 0.5 | $420 | $210 |
| 5/25/2016 | E. Chiang | Case mgmt | 0.2 | $420 | $84 |
| 5/26/2016 | L. Baker | Confer with defense attorney regarding Sell hearings and evaluations; Review, edits, finalize and file | 4 | $350 | $1,400 |
| 5/27/2016 | E. Chiang | Team call | 1 | $420 | $420 |
| 5/27/2016 | L. Baker | Confer with legal team regarding TRO reply; | 0.4 | $350 | $140 |
| 5/28/2016 | L. Baker | Draft, research, and revise remand brief; | 1 | $350 | $350 |
| 5/31/2016 | E. Chiang | Maple Lane TRO | 0.2 | $420 | $84 |
| 5/31/2016 | L. Baker | Revise remand briefs; | 0.8 | $350 | $280 |
| 6/1/2016 | E. Chiang | Motion on Remand | 0.2 | $420 | $84 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/1/2016 | L. Baker | Confer with legal team regarding remand brief;Confer with E. Wixler regarding citations and edits of | 3.5 | $350 | $1,225 |
| 6/2/2016 | E. Chiang | Motion on Remand | 0.9 | $420 | $378 |
| 6/2/2016 | L. Baker | Draft, revise, and file Motion to Reconsider Scope of Injunction; Confer with legal team regarding same; | 9.5 | $350 | $3,325 |
| 6/7/2016 | E. Chiang | Team call | 0.6 | $420 | $252 |
| 6/7/2016 | L. Baker | Confer with legal team regarding briefing strategy; Review Defendants' Response briefing; | 1.6 | $350 | $560 |
| 6/8/2016 | E. Chiang | Reviewing Def's Request to Terminate TRO | 0.1 | $420 | $42 |
| 6/9/2016 | E. Chiang | Contempt reply | 0.3 | $420 | $126 |
| 6/9/2016 | E. Chiang | Team call | 0.8 | $420 | $336 |
| 6/9/2016 | E. Chiang | Case mgmt | 0.1 | $420 | $42 |
| 6/9/2016 | L. Baker | Research, draft, revise, and review documents for brief; Confer with legal team; | 2.3 | $350 | $805 |
| 6/10/2016 | E. Chiang | Contempt reply | 0.5 | $420 | $210 |
| 6/10/2016 | L. Baker | Research, draft, and file reply brief; Review TRO order; Confer with legal team regarding same; | 7.4 | $350 | $2,590 |
| 6/13/2016 | L. Baker | Telephone call with E. Cooper; Confer with legal team regarding contempt hearing; Prepare for | 2.6 | $350 | $910 |
| 6/14/2016 | L. Baker | Prepare for contempt hearing; Confer with E. Chiang regarding strategy for contempt hearing; | 4.7 | $350 | $1,645 |
| 6/15/2016 | E. Chiang | Mtg w/ LRB re contempt hearing | 0.6 | $420 | $252 |
| 6/15/2016 | E. Chiang | Prep for contempt hearing | 0.5 | $420 | $210 |
| 6/16/2016 | E. Chiang | Team call re contempt hearing | 0.5 | $420 | $210 |
| 6/17/2016 | E. Chiang | Contempt hearing prep | 0.3 | $420 | $126 |
| 6/17/2016 | L. Baker | Confer with E. Wixler regarding demonstratives; Prepare Reyes cross-examination; Prepare for | 6.1 | $350 | $2,135 |
| 6/18/2016 | E. Chiang | Contempt hearing prep | 0.2 | $420 | $84 |
| 6/18/2016 | L. Baker | Prepare for contempt hearing; Confer with E. Chiang regarding same; Confer with legal team | 6.7 | $350 | $2,345 |
| 6/19/2016 | E. Chiang | Contempt hearing prep | 0.3 | $420 | $126 |
| 6/19/2016 | L. Baker | Prepare for contempt hearing; Review documents regarding same; | 4.5 | $350 | $1,575 |
| 6/20/2016 | E. Chiang | Hearing debrief with LRB | 0.1 | $420 | $42 |
| 6/20/2016 | L. Baker | Prepare for and attend contempt hearing; Confer with legal team regarding same; | 9.1 | $350 | $3,185 |
| 6/21/2016 | E. Chiang | Def's Response to Mot to Remand | 0.2 | $420 | $84 |
| 6/21/2016 | L. Baker | Prepare for and attend contempt hearing; Confer with legal team regarding same; | 8.5 | $350 | $2,975 |
| 6/22/2016 | E. Chiang | Case mgmt | 0.3 | $420 | $126 |
| 6/22/2016 | L. Baker | Prepare for and attend contempt hearing; Confer with legal team regarding same; | 6.5 | $350 | $2,275 |
| 6/23/2016 | E. Chiang | Reply on remand | 0.2 | $420 | $84 |
| 6/23/2016 | E. Chiang | Team call | 0.5 | $420 | $210 |
| 6/23/2016 | E. Chiang | Case mgmt | 0.2 | $420 | $84 |
| 6/23/2016 | L. Baker | Telephone call with opposing counsel regarding remand briefing/hearing; Telephone call with legal team regarding remand briefing and upcoming remand hearing; Confer with intern regarding remand briefing; Review time between issuance of court order and receipt; Confer with legal team | 2.5 | $350 | $875 |
| 6/24/2016 | E. Chiang | Reply on remand | 1.5 | $420 | $630 |
| 6/24/2016 | L. Baker | Review and edit Reply brief; Research same; Confer with legal team regarding same and case strategy; Telephone call with T. Kupers; | 5.6 | $350 | $1,960 |
| 6/25/2016 | E. Chiang | Case mgmt | 0.1 | $420 | $42 |
| 6/27/2016 | E. Chiang | Case mgmt | 0.1 | $420 | $42 |
| 6/28/2016 | E. Chiang | Case mgmt | 0.3 | $420 | $126 |
| 6/28/2016 | L. Baker | Confer with legal team regarding remand hearing and stipulations regarding Yakima facility; Confer with E. Chiang regarding same; Prepare press strategy re remand and contempt; | 0.8 | $350 | $280 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/29/2016 | L. Baker | Confer with legal team regarding remand; Confer with E. Wixler regarding case administration; | 0.8 | $350 | $280 |
| 7/1/2016 | E. Chiang | Motion on remand | 0.3 | $420 | $126 |
| 7/1/2016 | E. Chiang | Case mgmt | 0.2 | $420 | $84 |
| 7/5/2016 | L. Baker | Telephone call with T. Kupers; | 0.6 | $350 | $210 |
| 7/6/2016 | E. Chiang | Motion to reconsider | 0.3 | $420 | $126 |
| 7/6/2016 | L. Baker | Confer with ACLU staffers regarding WSH contempt fines; Discuss press strategy for upcoming | 1.1 | $350 | $385 |
| 7/7/2016 | E. Chiang | Reviewing contempt order | 0.2 | $420 | $84 |
| 7/7/2016 | E. Chiang | Motion to reconsider | 0.1 | $420 | $42 |
| 7/7/2016 | E. Chiang | Case mgmt | 0.1 | $420 | $42 |
| 7/7/2016 | L. Baker | Research and draft response brief; Confer with leagl team regarding same; Review contempt order; | 4 | $350 | $1,400 |
| 7/8/2016 | E. Chiang | Motion to reconsider | 0.2 | $420 | $84 |
| 7/8/2016 | L. Baker | Research procedural bars and draft response brief; Confer with intern regarding same; | 2.6 | $350 | $910 |
| 7/9/2016 | L. Baker | Review draft response brief; | 0.6 | $350 | $210 |
| 7/11/2016 | E. Chiang | Team call | 0.6 | $420 | $252 |
| 7/11/2016 | E. Chiang | Case mgmt | 0.2 | $420 | $84 |
| 7/11/2016 | E. Chiang | Motion for reconsideration | 0.5 | $420 | $210 |
| 7/11/2016 | L. Baker | Telephone conference with legal team regarding remand and contempt; Research, draft, and file Response brief; Confer with legal team regarding same; | 7.5 | $350 | $2,625 |
| 7/12/2016 | L. Baker | Confer with legal team regarding case strategy for remand hearing; Review documents regarding | 2.4 | $350 | $840 |
| 7/13/2016 | L. Baker | Confer with ACLU staffers regarding meeting with Department of Justice; Review and revise memo regarding nationwide diversion practices; Confer with potential remand witness; | 1 | $350 | $350 |
| 7/14/2016 | L. Baker | Review pleadings from Island County jail death; Confer with attorneys representing Farris family in | 2 | $350 | $700 |
| 7/15/2016 | L. Baker | Telephone call with E. Cooper regarding diversion program meeting; Confer with M. Cooke regarding telephone conference with Department of Justice; | 1.2 | $350 | $420 |
| 7/18/2016 | E. Chiang | Team call | 0.9 | $420 | $378 |
| 7/18/2016 | L. Baker | Confer with E. Wixler regarding trial exhibits; Confer with Department of Justice regarding | 2.9 | $350 | $1,015 |
| 7/20/2016 | E. Chiang | Remand hearing prep | 0.3 | $420 | $126 |
| 7/20/2016 | L. Baker | Confer with E. Chiang regarding remand argument; Confer with family of class members regarding potential testimony; Confer with ACLU staffers regarding press inquiry; | 0.6 | $350 | $210 |
| 7/21/2016 | L. Baker | Confer with legal team regarding diversion plan and remand hearing; Refer class member to Second | 0.8 | $350 | $280 |
| 7/22/2016 | E. Chiang | Moot for remand hearing | 1.2 | $420 | $504 |
| 7/22/2016 | L. Baker | Telephone call with M. Roberts; Telephone call with D. Mauch; Confer with legal team regarding remand hearing, diversion programs; Confer with E. Wixler regarding scheduling; | 2.2 | $350 | $770 |
| 7/23/2016 | L. Baker | Prepare for remand hearing; Review documents regarding same; Confer with legal team regarding | 3.6 | $350 | $1,260 |
| 7/24/2016 | E. Chiang | Remand hearing prep | 0.2 | $420 | $84 |
| 7/24/2016 | L. Baker | Prepare for remand hearing; Prepare Mauch direct examination; Review documents regarding | 5.5 | $350 | $1,925 |

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/25/2016 | L. Baker | Hearing on Motion for Reconsideration In-Jail Evaluations; Travel to and from same; Confer with | 4.2 | $350 | $1,470 |
| 7/26/2016 | L. Baker | Confer with E. Wixler to determine Plaintiffs' perspective on data issue identified by the Court; Draft | 1.6 | $350 | $560 |
| 7/28/2016 | E. Chiang | Response to motion to reconsider | 0.1 | $420 | $42 |
| 7/28/2016 | L. Baker | Confer with legal team regarding strategy for response to motion for reconsideration; Review and edit Proposed FOFs and COLs; | 0.8 | $350 | $280 |
| 8/2/2016 | L. Baker | Confer with legal team regarding A. Khandelwal participation in diversion meeting; | 0.2 | $350 | $70 |
| 8/8/2016 | L. Baker | Review communications from E. Cooper regarding diversion; | 0.4 | $350 | $140 |
| 8/11/2016 | L. Baker | Confer with A. Khandelwal regarding issues involving coordinating evaluation; Review diversion plan; | 0.4 | $350 | $140 |
| 8/12/2016 | L. Baker | Draft response to class member who wrote to the court; Confer with legal team regarding same; Confer with legal team regarding diversion planning; | 0.8 | $350 | $280 |
| 8/15/2016 | L. Baker | Review remand order; Confer with legal team regarding same; Review E. Cooper's diversion meeting | 1.6 | $350 | $560 |
| 8/16/2016 | E. Chiang | Case management | 0.1 | $420 | $42 |
| 8/16/2016 | L. Baker | Confer with legal team regarding remand ruling and impact of same; Confer with E. Cooper regarding diversion planning; Develop press strategy regarding remand ruling; | 1.5 | $350 | $525 |
| 8/17/2016 | L. Baker | Email legal team regarding diversion and case staffing; Confer with E. Chiang regarding case staffing; | 0.2 | $350 | $70 |
| 8/18/2016 | E. Chiang | Case management | 0.1 | $420 | $42 |
| 8/18/2016 | L. Baker | Confer with legal team regarding diversion; Confer with M. Cooke regarding diversion plan; Review | 2.4 | $350 | $840 |
| 8/19/2016 | L. Baker | Confer with potential cooperating attorneys regarding participation at the trial court level; Review diversion plan documents; | 0.8 | $350 | $280 |
| 8/23/2016 | L. Baker | Meet with potential cooperating attorneys regarding participation in trial level proceedings; Travel to and from same; Confer with legal team regarding case strategy regarding fee briefing and | 3.2 | $350 | $1,120 |
| 8/24/2016 | L. Baker | Confer with legal team regarding collaboration and work flow; Confer with E. Chiang regarding | 2.5 | $350 | $875 |
| 8/25/2016 | L. Baker | Review communications with Snohomish County Public Defenders; | 0.2 | $350 | $70 |
| 8/26/2016 | L. Baker | Confer with legal team regarding team meeting and briefing strategy; Review draft fee briefing; Meeting to discuss work flow and collaborative process; ACLU discussion regarding same; Review | 3.5 | $350 | $1,225 |
| 8/29/2016 | E. Chiang | Team call | 1 | $420 | $420 |
| 8/29/2016 | L. Baker | Legal team meeting regarding case strategy; Review articles and information regarding WSH loss of | 2.2 | $350 | $770 |
| 8/31/2016 | E. Chiang | Fees petition | 0.1 | $420 | $42 |
| 8/31/2016 | L. Baker | Confer with legal team regarding fee petition; Review case law regarding same; Consult with E. | 1.8 | $350 | $630 |
| 9/1/2016 | L. Baker | Review draft motion for fees and supporting declarations; Confer with legal team regarding same; | 1.4 | $350 | $490 |
| 9/2/2016 | L. Baker | Review Motion for Fees; | 0.5 | $350 | $175 |
| 9/6/2016 | L. Baker | Confer with legal team regarding briefing extension; Review E. Cooper summary regarding compliance plan; | 0.5 | $350 | $175 |
| 9/13/2016 | L. Baker | Telephone call with E. Cooper and C. Carney regarding compliance; Review compliance proposal; | 1.6 | $350 | $560 |
| 9/14/2016 | L. Baker | Confer with legal team regarding Defendants' appeal; Confer with E. Chiang regarding same; | 0.5 | $350 | $175 |
| 9/15/2016 | L. Baker | Review stipulated motion; | 0.2 | $350 | $70 |
| 9/19/2016 | L. Baker | Review appeal documents; Draft Mediation Questionnaire; Confer with legal team regarding same; | 1 | $350 | $350 |

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/20/2016 | L. Baker | Confer with legal team regarding case and settlement strategy; Prepare for same; Review fee briefing and mediation statement; Confer with team regarding fee briefing; | 2.6 | $350 | $910 |
| 9/22/2016 | L. Baker | Review draft Reply brief; Confer with legal team regarding same; | 1 | $350 | $350 |
| 9/23/2016 | L. Baker | Edit and revise Reply brief regarding fees; Perform research regarding same; Confer with legal team regarding same; Review correspondence from Defendants; | 5.2 | $350 | $1,820 |
| 9/26/2016 | L. Baker | Confer with legal team regarding case strategy; Telephone call with E. Cooper regarding same; | 0.6 | $350 | $210 |
| 10/3/2016 | L. Baker | Confer with legal team regarding case strategy; | 1.3 | $350 | $455 |
| 10/4/2016 | L. Baker | Review stipulation regarding in-jail evaluations; Confer with legal team regarding same; | 1.6 | $350 | $560 |
| 10/5/2016 | L. Baker | Prepare for status hearing; Confer with legal team regarding in-jail evaluations; | 1.8 | $350 | $630 |
| 10/6/2016 | E. Chiang | Status conference debrief | 0.2 | $420 | $84 |
| 10/6/2016 | L. Baker | Status conference; Confer with E. Cooper regarding case strategy; | 3.2 | $350 | $1,120 |
| 10/7/2016 | E. Chiang | Case management | 0.1 | $420 | $42 |
| 10/11/2016 | L. Baker | Review procedure to withdraw A. Khandelwal and for J. Wolfe to participate; File documents regarding same; Confer with legal team regarding status conference; | 1.8 | $350 | $630 |
| 10/12/2016 | E. Chiang | Identifying contempt funds administrator | 0.2 | $420 | $84 |
| 10/24/2016 | L. Baker | Confer with E. Chiang regarding Legal Foundation of Washington re contempt fines; Confer withe ACLU staffers regarding Seattle Foundation; | 1.1 | $350 | $385 |
| 10/25/2016 | L. Baker | Confer with legal team regarding settlement negotiation strategy; Confer with E. Chiang regarding same; Telephone conference with Defendants regarding mediation; | 2.1 | $350 | $735 |
| 10/26/2016 | E. Chiang | Identifying contempt funds administrator | 0.2 | $420 | $84 |
| 10/26/2016 | L. Baker | Confer with legal team regarding restoration delays; Review communicating regarding same; Confer | 0.5 | $350 | $175 |
| 10/27/2016 | L. Baker | Consult with Ninth Circuit mediation administrator regarding mediation process; Confer with E. Wixler and C. Carney regarding mediation call logistics; | 1.2 | $350 | $420 |
| 10/28/2016 | L. Baker | Confer with legal team regarding Defendants' payment of judgments; Confer with E. Wixler regarding same; | 0.6 | $350 | $210 |
| 10/31/2016 | L. Baker | Confer with legal team regarding mediation progress; Confer with legal team regarding Seattle Foundation; Draft summary and request for Seattle Foundation; Confer with ACLU staff regarding use of Seattle Foundation as a pass through; | 2.5 | $350 | $875 |
| 11/2/2016 | E. Chiang | Case management | 0.2 | $420 | $84 |
| 11/2/2016 | L. Baker | Confer with Seattle Foundation regarding potential administration of contempt fund; Confer with | 0.8 | $350 | $280 |
| 11/3/2016 | L. Baker | Telephone mediation call with Ninth Circuit Mediator; Confer with E. Cooper, D. Carlson, and C. Carney regarding same and legal strategy; | 1.4 | $350 | $490 |
| 11/4/2016 | L. Baker | Confer with legal team regarding mediation position; | 0.8 | $350 | $280 |
| 11/10/2016 | L. Baker | Confer with legal team regarding mediation; | 0.8 | $350 | $280 |
| 11/14/2016 | L. Baker | Confer with E. Wixler regarding Ninth Circuit mediation protocols; Review draft letter to Defendants regarding alternative restoration sites; Confer with legal team regarding mediation; | 1.5 | $350 | $525 |
| 11/22/2016 | L. Baker | Confer with legal team regarding mediation planning; | 0.6 | $350 | $210 |
| 11/23/2016 | L. Baker | Legal team strategy call regarding triage and mediation strategy; Email regarding same; Review drafts regarding same; Telephone call with Seattle Foundation regarding administration of contempt fines; | 1.6 | $350 | $560 |
| 11/28/2016 | L. Baker | Meeting with legal team regarding mediation strategy; Telephone call with E. Cooper regarding fiduciary for contempt fees; Telephone call with Seattle Foundation regarding same; Review Seattle Foundation proposals; | 3.2 | $350 | $1,120 |
| 12/5/2016 | L. Baker | Telephone call with D. Mauch, F. McGinn of Seattle Foundation, and E. Cooper; Prep for same; Telephone call with E. Cooper; | 2.28 | $350 | $798 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/6/2016 | L. Baker | Confer with E. Cooper regarding upcoming RFP meeting; Review proposed pleading regarding contempt funds; | 1.05 | $350 | $368 |
| 12/11/2016 | L. Baker | Review draft letter regarding triage; Review Seattle Foundation documents; | 0.6 | $350 | $210 |
| 12/12/2016 | L. Baker | Confer with E. Cooper regarding mediation statement and contempt; RFP Meeting regarding contempt funded diversion; | 3.2 | $350 | $1,120 |
| | | | **TOTAL:** 413.13 | **TOTAL:** | $148,181 |