# Exhibit B

| Date | Timekeeper | Notes | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/16/2016 | L. Baker | Revise joint motion regarding contempt fines; Calculate contempt fines; Confer with E. Wixler regarding same; | 1 | $350 | $350 |
| 12/19/2016 | L. Baker | Review and revise Seattle Foundation contract; Review joint motion regarding contempt fines; | 3.2 | $350 | $1,120 |
| 12/20/2016 | L. Baker | Confer with A. Khandelwal regarding DSHS practices in King County; | 1 | $350 | $350 |
| 12/29/2016 | L. Baker | Telephone call with D. Mauch regarding contempt funded sanctions; | 3.08 | $350 | $1,078 |
| 1/4/2017 | L. Baker | Telephone calls with E. Cooper and D. Mauch; Review and revise letter to Court regarding | 3 | $375 | $1,125 |
| 1/5/2017 | L. Baker | Revise letter to the court regarding status conference; Confer with legal team regarding same; | 0.8 | $375 | $300 |
| 1/11/2017 | L. Baker | Confer with co-counsel regarding Seattle Foundation contract; Confer with legal team regarding strategy for January hearing; | 2 | $375 | $750 |
| 1/17/2017 | L. Baker | Prepare for status conference; Review documents regarding same; Confer with legal team regarding same; | 2.4 | $375 | $900 |
| 1/18/2017 | L. Baker | Prepare for status hearing; Review documents for same; Prepare Agreement with Seattle Foundation re contempt funds; | 4.5 | $375 | $1,688 |
| 1/19/2017 | L. Baker | Prepare for, travel and from, and attend status conference; Confer with legal team regarding same; | 9 | $375 | $3,375 |
| 1/20/2017 | E. Chiang | Case mgmt | 0.2 | $450 | $90 |
| 1/22/2017 | L. Baker | Prepare for status conference; Review documents and confer with legal team regarding same; | 3.2 | $375 | $1,200 |
| 1/23/2017 | E. Chiang | Case mgmt | 0.2 | $450 | $90 |
| 1/23/2017 | L. Baker | Prepare for, travel to and from, and attend status conference; Confer with legal team regarding same; | 10 | $375 | $3,750 |
| 1/24/2017 | L. Baker | Prepare for, travel to and from, and attend status conference; Review documents regarding same; Confer with legal team regarding same; | 9.5 | $375 | $3,563 |
| 1/27/2017 | L. Baker | Confer with legal team regarding compliance filing; Revise draft compliance filing; | 0.8 | $375 | $300 |

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/30/2017 | L. Baker | Revise, prepare, and file Plaintiffs' Requests re Defendants' Continued Contempt; Confer with legal team regarding same; | 2 | $375 | $750 |
| 2/1/2017 | L. Baker | Confer with legal team regarding case strategy; Review transcripts of hearing; Review Defendants' compliance plan; | 1.4 | $375 | $525 |
| 2/4/2017 | L. Baker | Confer with legal team regarding case strategy; | 1.5 | $375 | $563 |
| 2/5/2017 | L. Baker | Prepare for status conference; | 0.8 | $375 | $300 |
| 2/6/2017 | L. Baker | Telephone call with Seattle Foundation and Court Monitor; Prepare for same; | 1.4 | $375 | $525 |
| 2/8/2017 | L. Baker | Prepare for status conference; Review documents regarding same; Confer with legal team regarding same; | 2.1 | $375 | $788 |
| 2/9/2017 | L. Baker | Prepare for and attend telephonic status conference; Confer with legal team regarding same; | 3.5 | $375 | $1,313 |
| 2/13/2017 | L. Baker | Confer with legal team regarding disbursement of funds; | 0.4 | $375 | $150 |
| 2/15/2017 | L. Baker | Confer with legal team and Seattle Foundation regarding disbursements; | 1.1 | $375 | $413 |
| 2/16/2017 | L. Baker | Review Order re Status Hearing; Confer with legal team regarding same; Confer with legal team regarding media; | 2.3 | $375 | $863 |
| 2/21/2017 | L. Baker | Revise motions to disburse funds and modify Court Monitor's authority; Confer with legal team regarding same; | 0.6 | $375 | $225 |
| 2/22/2017 | L. Baker | Consult W.D. Wash. Clerk re disbursement procedure; Confer with legal team regarding same; | 0.8 | $375 | $300 |
| 2/23/2017 | L. Baker | Telephone call with the Clerk's Office re disbursements; Revise draft disbursement pleadings; Email with opposing counsel regarding same; Confer with J. Strait regarding DRW conflict; | 2.1 | $375 | $788 |
| 2/24/2017 | L. Baker | Revise, finalize, and file motion for disbursement of funds; Confer with W.D. Wash. Clerk regarding same; Confer with legal team regarding same; | 1.7 | $375 | $638 |
| 2/28/2017 | L. Baker | Confer with legal team regarding DRW conflict; | 0.5 | $375 | $188 |
| 3/8/2017 | J. Wolfe | Drafting response | 5.5 | $250 | $1,375 |
| 3/9/2017 | J. Wolfe | Drafting response | 3.5 | $250 | $875 |

| Date | Person | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/10/2017 | J. Wolfe | Drafting response | 5.5 | $250 | $1,375 |
| 3/13/2017 | J. Wolfe | Final edits on response | 2 | $250 | $500 |
| 3/21/2017 | J. Wolfe | Status hearing and debrief | 2.5 | $250 | $625 |
| 3/21/2017 | L. Baker | Prepare for, travel to and from, and attend status conference; Confer with legal team regarding same; Confer with Seattle Foundation regarding disbursement order and media; | 4.6 | $375 | $1,725 |
| 3/22/2017 | L. Baker | Confer with Seattle Foundation and legal team regarding media; Draft press release; Confer with legal team regarding same; Review proposed legislation for impact re Defendants' compliance; | 3.5 | $375 | $1,313 |
| 3/24/2017 | L. Baker | Telephone call with C. Center at ACLU Nat'l Disability Rights Program regarding status of Defendants' compliance and case strategy; | 1.2 | $375 | $450 |
| 3/28/2017 | L. Baker | Confer with D. Mauch and Seattle Foundation regarding contempt funded diversion; Confer with Defendants regarding disbursement of funds for Seattle Foundation; Draft motion regarding same; | 1.7 | $375 | $638 |
| 3/29/2017 | L. Baker | Telephonic conference regarding triage protocols; Prep and confer legal team team regarding same; | 2.4 | $375 | $900 |
| 4/4/2017 | L. Baker | Confer with legal team regarding contempt funded diversion; Revise, finalize, and file Motion to Disbursement Monies for Seattle Foundation; | 1.6 | $375 | $600 |
| 4/12/2017 | L. Baker | Review triage communication from Defendants; Confer with legal team and draft response regarding same; | 1.1 | $375 | $413 |
| 4/14/2017 | L. Baker | Revise triage response letter; Confer with legal team regarding case strategy; Confer with D. Mauch regarding triage workgroup meeting; | 2.6 | $375 | $975 |
| 4/16/2017 | L. Baker | Revise and edit Response to Motion for Clarification; | 0.6 | $375 | $225 |
| 4/17/2017 | L. Baker | Telephone call with D. Mauch regarding contempt funded diversion; Confer with Seattle Foundation re same; Confer with legal team regarding status conference; | 2.7 | $375 | $1,013 |
| 4/18/2017 | J. Wolfe | Status hearing and debrief | 3 | $250 | $750 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/18/2017 | L. Baker | Prepare for, travel to and from, and attend status conference; Confer with legal team regarding same and case management; | 4.1 | $375 | $1,538 |
| 4/18/2017 | L. Baker | Review Defendants' Opening Brief; Draft Answering Brief; Research case law regarding same; | 6 | $375 | $2,250 |
| 4/19/2017 | L. Baker | Travel to and from and attend Triage Workgroup meeting in Olympia; Confer with E. Chiang regarding case strategy; | 6.5 | $375 | $2,438 |
| 4/25/2017 | L. Baker | Confer with legal team regarding case strategy; | 0.8 | $375 | $300 |
| 5/1/2017 | J. Wolfe | Draft of fees motion | 0.5 | $250 | $125 |
| 5/2/2017 | J. Wolfe | Drafting of third motion for fees. | 5.5 | $250 | $1,375 |
| 5/9/2017 | J. Wolfe | Case strategy meeting with co-counsel and legislative advocacy staff | 2 | $250 | $500 |
| 5/9/2017 | L. Baker | Case strategy meeting; | 2 | $375 | $750 |
| 5/12/2017 | J. Wolfe | Research and drafting of fee motion. | 3.75 | $250 | $938 |
| 5/12/2017 | L. Baker | Draft letter regarding triage protocols; Confer with legal team regarding case strategy; | 1.8 | $375 | $675 |
| 5/16/2017 | J. Wolfe | Phone call with co-counsel regarding step-down plan, mediation questionnaire, etc. | 1.5 | $250 | $375 |
| 5/24/2017 | J. Wolfe | All parties phone call re: step-down plan | 2.5 | $250 | $625 |
| 5/24/2017 | J. Wolfe | All parties phone call re: diversion and related emails | 1 | $250 | $250 |
| 5/24/2017 | L. Baker | Parties meeting; Confer with legal team regarding same; | 3.2 | $375 | $1,200 |
| 5/26/2017 | J. Wolfe | All parties phone call re: compliance | 2 | $250 | $500 |
| 5/26/2017 | L. Baker | Parties conference call regarding compliance; Confer with legal team regarding same; | 2.5 | $375 | $938 |
| 5/31/2017 | J. Wolfe | All parties conference call | 1.5 | $250 | $375 |
| 5/31/2017 | L. Baker | Parties conference call; Confer with legal team re same; | 2 | $375 | $750 |
| 6/5/2017 | J. Wolfe | Status conference | 2 | $250 | $500 |
| 6/5/2017 | J. Wolfe | All parties phone call re: diversion | 0.5 | $250 | $125 |
| 6/5/2017 | L. Baker | Prepare for, travel to, and attend status conference; Confer with legal team regarding same; Confer with D. Mauch regarding scheduling; | 2.5 | $375 | $938 |
| 6/14/2017 | L. Baker | Confer with legal team regarding staffing; | 0.5 | $375 | $188 |
| 6/27/2017 | L. Baker | Legal team discussion regarding appeals and next steps; | 1 | $375 | $375 |

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/5/2017 | L. Baker | Draft declaration for fee petition; Confer with E. Wixler regarding costs and supporting spreadsheets; | 2.2 | $375 | $825 |
| 7/6/2017 | L. Baker | Draft fee declaration and prepare supporting documents; Confer with legal team regarding next steps; | 3.2 | $375 | $1,200 |
| | | **TOTAL:** | 181.13 | | $62,153 |