# Exhibit C

| Date | Description | Amount |
|---|---|---:|
| 11/23/2015 | L. Baker Zipcar to 11/9/2015 parties' meeting | 69.35 |
| 12/30/2015 | L. Baker Zipcar to 12/10/2015 parties' meeting | 92.67 |
| 3/14/2016 | Transcript from Court Reporter of 3/10/2016 hearing | 320.65 |
| 3/16/2016 | Transcript from Court Reporter of 1/25/2016 hearing | 1,264.45 |
| 3/23/2016 | L. Baker taxi home after 3/17/2017 TRO filing | 10.46 |
| 7/7/2016 | Transcripts from court reporter for 6/20-6/22/16 hearing | 1,357.00 |
| 7/27/2016 | L. Baker reimbursement for photocopies & food during 7/25/2016 hearing | 47.21 |
| 10/13/2016 | L. Baker reimbursement for lunch during 10/6/2016 status hearing | 13.80 |
| 1/31/2017 | L. Baker reimbursement for photocopies during 1/24/2017 hearing | 10.26 |
| 1/31/2017 | L. Baker reimbursement for coffee during 1/17/2017 interview of RFP applicants | 17.48 |
| 2/16/2017 | Lunch for Plaintiffs' counsel during 2/9/2017 telephonic hearing | 63.09 |
| 2/24/2017 | Lunch for 1/17/2017 parties' interview of diversion | 114.00 |
| 2/24/2017 | Lunch for 1/20/2017 parties' meeting re. contempt funded diversion | 107.96 |
| 4/11/2017 | L. Baker Reimb. For Lunch during 3/21/17 hearing | 10.30 |
| 4/21/2017 | Invoice for Transcript of 3/21/2017 status hearing | 75.60 |
| 5/4/2017 | L. Baker reimbursement for taxi to 4/18/2017 hearing | 17.69 |
| 4/19/2017 | L. Baker reimbursement for food during 4/19/2017 meeting in Olympia | 25.39 |
| 6/29/2017 | Cost for transcript of 6/5/2017 hearing | 523.80 |
| | **TOTAL:** | **4141.16** |