# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, | CASE NO. C14-1178 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

On October 17, 2017, a telephone conference was held with representatives of all parties and the Court Monitor present. At the conclusion of the conference, the Court ordered the following:

- The hearing scheduled for October 19, 2017 will be STRICKEN.

- The Court will issue an order on the Motion for Contempt re: In-Jail Evaluations (Dkt. No. 427); the remaining and currently undecided motions for contempt (Dkt. Nos. 452 and 458) will be stayed pending the outcome of the parties' negotiations.
- The parties will continue to negotiate a potential settlement of certain issues involved in the remaining motions for contempt and file a status report with the Court by **November 2, 2017.**
- The Court Monitor is not to take part in the ongoing negotiations between the parties, but can and should be used as a resource; additionally, the Court Monitor is to be apprised of the topics of the negotiation and to be informed if the parties are contemplating the use of the contempt payments fund as part of their proposed resolution.

The clerk is ordered to provide copies of this order to all counsel.

Filed October 17, 2017.

        William M. McCool
        Clerk of Court

        s/Paula McNabb
        Deputy Clerk