UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | CASE NO. C14-1178 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court, having received and reviewed the Declaration of Emily Cooper regarding the Stipulated Phase III Diversion Request for Production (Dkt. No. 499), indicates its approval of that document and directs the parties to proceed.

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed October 26, 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk

MINUTE ORDER - 2