**THE HON. MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*, <br><br> Defendants. | No. 14-cv-01178-MJP <br><br> **ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS** |

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse $50,000.00 to the Seattle Foundation for payment of their September 20, 2017 invoice number 15257.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of $50,000.00 minus any statutory users fees, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98010.

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION
PROGRAMMING - 1

Dated this __30th__ day of __October__, 2017.

*(signature)*
Marsha J. Pechman
United States District Judge

Presented by:

| | |
|---|---|
| **/s/ Amber Leaders** | **/s/ Kimberly Mosolf** |
| **Nicholas A. Williamson, WSBA No. 44470** | **David R. Carlson, WSBA No. 35767** |
| **Sarah J. Coats, WSBA No. 20333** | **Kimberly Mosolf, WSBA No. 49548** |
| **Amber L. Leaders, WSBA No. 44421** | **Disability Rights Washington** |
| **Office of the Attorney General** | **315 Fifth Avenue South, Suite 850** |
| **7141 Cleanwater Drive SW** | **Seattle, WA 98104** |
| **P.O. Box 40124** | **(206) 324-1521** |
| **Olympia, WA 98504-0124** | **davidc@dr-wa.org** |
| **(360) 586-6565** | **emilyc@dr-wa.org** |
| **NicholasW1@atg.wa.gov** | |
| **SarahC@atg.wa.gov** | **/s/Christopher Carney** |
| **AmberL1@atg.wa.gov** | |
| | **Christopher Carney, WSBA No. 30325** |
| *Attorneys for Defendants* | **Sean Gillespie, WSBA No. 35365** |
| | **Kenan Isitt, WSBA No. 35317** |
| | **Carney Gillespie Isitt PLLP** |
| | **315 5th Avenue South, Suite 860** |
| | **Seattle, Washington 98104** |
| | **(206) 445-0212** |
| | **Christopher.Carney@cgilaw.com** |
| | |
| | **/s/Emily Cooper** |
| | **Emily Cooper, WSBA No. 34406** |
| | **Disability Rights Oregon** |
| | **610 SW Broadway #200** |
| | **Portland, OR 97205** |
| | **(503) 243-2081** |
| | **ecooper@droregon.org** |
| | |
| | *Attorneys for Plaintiffs* |

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION
PROGRAMMING - 2

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION
PROGRAMMING - 3