1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

7

A.B., by and through her next friend CASSIE
CORDELL TRUEBLOOD, *et al*.,

Plaintiffs,

v.

WASHINGTON STATE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *et al*.,

Defendants.

No. 14-cv-01178-MJP

**ORDER GRANTING STIPULATED
MOTION TO DISTRIBUTE
CONTEMPT FUNDS FOR
DIVERSION PROGRAMMING**

8

9

10

11

12

13

14    This matter comes before the Court upon the Parties' Stipulated Motion to Distribute

15  Contempt Funds For Diversion Programming.

16    The parties' have proposed three (3) organizations to utilize contempt funds to provide

17  diversion services to class members pursuant to Phase II of the Trueblood Diversion Plan. *See*

18  Dkt. 510 and Dkt. 510, Ex. A.  The recipients and their awards are as follows:

19    • Pierce County - $1,994,828;

20    • Catholic Charities - $1,079,648; and,

21    • Thurston Mason BHO - $1,482,064.50.

22    IT IS HEREBY ORDERED that the Clerk of this Court shall disburse $4,556,540.50 to

23  the Seattle Foundation to fund these diversion programs.  The Seattle Foundation shall, pursuant

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION
PROGRAMMING - 1

1   to a contract entered into with Plaintiffs, distribute and monitor these funds, in conjunction with

2   the Court Monitor and Plaintiffs, to ensure that the monies are appropriately utilized. *See* Dkt.

3   378, Ex. A.

4        IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to

5   draw a check on the funds deposited in the registry of the Court in the principal amount of

6   $4,556,540.50 minus any statutory users fees, payable to the Seattle Foundation, by check which

7   will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98010.

8        Dated this __27th__ day of November, 2017.

9

10

11

12

Marsha J. Pechman
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION
PROGRAMMING - 2

Presented by:

/s/ Amber Leaders
Nicholas A. Williamson, WSBA No. 44470
Sarah J. Coats, WSBA No. 20333
Amber L. Leaders, WSBA No. 44421
Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
NicholasW1@atg.wa.gov
SarahC@atg.wa.gov
AmberL1@atg.wa.gov

*Attorneys for Defendants*

/s/ Kimberly Mosolf
David R. Carlson, WSBA No. 35767
Kimberly Mosolf, WSBA No. 49548
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
davidc@dr-wa.org
kimberlym@dr-wa.org

/s/Christopher Carney
Christopher Carney, WSBA No. 30325
Sean Gillespie, WSBA No. 35365
Kenan Isitt, WSBA No. 35317
Carney Gillespie Isitt PLLP
315 5th Avenue South, Suite 860
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com

/s/Emily Cooper
Emily Cooper, WSBA No. 34406
Disability Rights Oregon
610 SW Broadway #200
Portland, OR 97205
(503) 243-2081
ecooper@droregon.org

*Attorneys for Plaintiffs*

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION
PROGRAMMING - 3