# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | CASE NO. C14-1178 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

By agreement of the parties, the following motions are STRICKEN (subject to being re-noted at a later date should the movant deem it necessary):

1. Plaintiffs' Third Motion for Civil Contempt (Dkt. No. 452), and
2. Plaintiffs' Motion for Civil Contempt Regarding YCRC (Dkt. No. 458).

1  The clerk is ordered to provide copies of this order to all counsel.

2  Filed: February 6, 2018.

3
                                      William M. McCool
4                                        Clerk of Court

5                                        s/Paula McNabb
                                      Deputy Clerk

MINUTE ORDER - 2