THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al*.,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION PROGRAMMING** |

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds for Diversion Programming.

The Parties have proposed five (5) organizations to utilize contempt funds to provide diversion services to class members pursuant to Phase III of the *Trueblood* Diversion Plan. The recipients and their awards are as follows:

- Comprehensive Health Care - $861,085;
- Frontier Behavioral Health - $642,319;
- King County Behavioral Health and Recovery Division in partnership with Law Enforcement Assisted Diversion, Community House Mental Health Agency, and the Downtown Emergency Service Center - $3,127,366;

- Lourdes - $1,155,575; and,
- Pierce County - $1,136,036.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse $6,922,381 to the Seattle Foundation to fund these diversion programs. The Seattle Foundation shall, pursuant to a contract entered into with Plaintiffs, distribute and monitor these funds, in conjunction with the Court Monitor and Plaintiffs, to ensure that the monies are appropriately utilized. Ex. A.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of $6,922,381 minus any statutory users fees, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98010.

Dated this _8th_ day of March, 2018.

Marsha J. Pechman
United States District Judge

Presented by:

| | |
|---|---|
| /s/ Amber Leaders | /s/ Kimberly Mosolf |
| Nicholas A. Williamson, WSBA No. 44470 | David R. Carlson, WSBA No. 35767 |
| Sarah J. Coats, WSBA No. 20333 | Kimberly Mosolf, WSBA No. 49548 |
| Amber L. Leaders, WSBA No. 44421 | Alexa Polaski, WSBA No. 52683 |
| Randy Head, WSBA No. 48039 | Disability Rights Washington |
| Office of the Attorney General | 315 Fifth Avenue South, Suite 850 |
| 7141 Cleanwater Drive SW | Seattle, WA 98104 |
| P.O. Box 40124 | (206) 324-1521 |
| Olympia, WA 98504-0124 | davidc@dr-wa.org |
| (360) 586-6565 | kimberlym@dr-wa.org |
| NicholasW1@atg.wa.gov | alexap@dr-wa.org |
| SarahC@atg.wa.gov | |
| AmberL1@atg.wa.gov | /s/Christopher Carney |
| RandyH@atg.wa.gov | Christopher Carney, WSBA No. 30325 |
| | Sean Gillespie, WSBA No. 35365 |
| ***Attorneys for Defendants*** | Kenan Isitt, WSBA No. 35317 |
| | Carney Gillespie Isitt PLLP |
| | 315 5th Avenue South, Suite 860 |
| | Seattle, Washington 98104 |
| | (206) 445-0212 |
| | Christopher.Carney@cgilaw.com |
| | |
| | ***Attorneys for Plaintiffs*** |

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION
PROGRAMMING - 3