**THE HON. MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*, <br><br> Defendants. | No. 14-cv-01178-MJP <br><br> **ORDER GRANTING STIPULATED MOTION TO APPROVE FACILITATOR** |

This matter comes before the Court upon the Parties' Stipulated Motion to Approve Technical Assistance Collaborative (TAC) as Facilitator during the settlement negotiation process. Having considered the pleadings in the court file and otherwise being fully informed, the court hereby finds and orders as follows:

THE COURT FINDS that Technical Assistance Collaborative is an appropriate candidate to serve in the role of Facilitator, as outlined in §5(f) of the Second Revised Agreement Resolving Plaintiff's Pending Motions and Establishing a Settlement Negotiation Process.

THE COURT FURTHER FINDS that the cost estimates provided by TAC are reasonable given the proposed scope of work.

THE COURT HEREBY APPROVES TAC to serve in the role of facilitator.

ORDER GRANTING STIPULATED MOTION TO
APPROVE FACILITATOR - 1

Dated this _16th_ day of __March__, 2018.

<br>
_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge

Presented by:

/s/ Amber Leaders
Nicholas A. Williamson, WSBA No. 44470
Sarah J. Coats, WSBA No. 20333
Amber L. Leaders, WSBA No. 44421
Randy Head, WSBA No. 48039
Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
NicholasW1@atg.wa.gov
SarahC@atg.wa.gov
AmberL1@atg.wa.gov
RandyH@atg.wa.gov

*Attorneys for Defendants*

/s/ Kimberly Mosolf
David R. Carlson, WSBA No. 35767
Kimberly Mosolf, WSBA No. 49548
Alexa Polaski, WSBA No. 52683
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
davidc@dr-wa.org
kimberlym@dr-wa.org
alexap@dr-wa.org

/s/Christopher Carney
Christopher Carney, WSBA No. 30325
Sean Gillespie, WSBA No. 35365
Kenan Isitt, WSBA No. 35317
Carney Gillespie Isitt PLLP
315 5th Avenue South, Suite 860
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com

*Attorneys for Plaintiffs*

ORDER GRANTING STIPULATED MOTION TO
APPROVE FACILITATOR - 2