The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend Cassie Cordell Trueblood, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Washington State Department of Social and Health Services, et al., <br><br> Defendants. | NO. 14-cv-01178-MJP <br><br> [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER |

This matter comes before the Court upon the Parties' Stipulated Motion for a Protective Order. The Parties have requested that this Court enter an Order allowing Defendants to share specific and limited class member confidential information and materials with designated professional persons of the diversion service providers selected and funded by this Court.

IT IS HEREBY ORDERED

1. Confidential information that may be shared with designated professional persons of the diversion service providers is limited to the name, date of birth, and date when the individual was most recently a class member, in which court, and for which service (in-jail evaluation, inpatient evaluation, or restoration).

[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR
PROTECTIVE ORDER
-- No. 14-cv-01178-MJP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

2. "Diversion service provider" is defined as only those service providers selected and funded by this Court through court order to provide diversion services pursuant to the Trueblood Diversion Plan. *See* ECF Nos. 390, 520, and 544.

3. "Designated professional person" is defined as a specific individual or individuals within a diversion service provider workforce who need access to the information to be disclosed pursuant to this order in order to carry out their duties. Prior to receiving any disclosures as contemplated in this order, the diversion service provider will identify the individual(s) that will receive these disclosures.

IT IS FURTHER ORDERED:

4. Defendants Washington State Department of Social and Health Services (DSHS) may share the limited confidential information described above with the designated professional person(s) of a diversion service provider. Disclosure of this information shall be at the discretion and direction of the Court Monitor.

5. In order for a diversion service provider to receive the limited disclosures contemplated within this order, the provider must agree to:

    a. Keep that information as confidential as DSHS would otherwise have to keep it.

    b. May use the disclosed confidential information only for the purpose of identifying, locating, and targeting diversion services to class members as specified in the agreement that disperses Trueblood Diversion Funds from the federal court;

    c. The diversion service provider will not knowingly disclose confidential information to any person unless in accordance with governing federal, state, and local laws, and only after giving notice to DSHS so that it may intervene prior to disclosure if it believes disclosure is not legally authorized;

//
//

PROPOSED ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER -- No. 14-cv-01178-MJP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

d. Nothing in the agreement alters or nullifies the existing grant agreement between the diversion service provider and the Seattle Foundation.

Dated this 22nd day of March 2018.

_____
THE HONORABLE MARSHA J. PECHMAN

Presented by:

ROBERT W. FERGUSON
Attorney General

s/ Amber L. Leaders
NICHOLAS A. WILLIAMSON, WSBA No. 44470
AMBER L. LEADERS, WSBA No. 44421
SARAH J. COATS, WSBA No. 20333
Assistant Attorneys General

**Attorneys for Defendants**

s/ Christopher Carney
Christopher Carney, WSBA No. 30325
Sean Gillespie, WSBA No. 35365
Kenan Isitt, WSBA No. 35317
Carney Gillespie Isitt PLLP
315 5th Avenue South, Suite 860
Seattle, Washington 98104

/s/ Kim Mosolf
David R. Carlson, WSBA No. 35767
Kimberly Mosolf, WSBA No. 49548
Alexa Polaski, WSBA No. 52683
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104

**Attorneys for Plaintiffs**

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER -- No. 14-cv-01178-MJP

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565