# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, | CASE NO. C14-1178 MJP <br><br> ORDER RE: PAYMENT OF KING COUNTRY SUPERIOR COURT INVOICE |

By agreement of the parties and this Court, the Honorable Beth Andrus (Washington State Court of Appeals) is serving as a "neutral" to facilitate settlement negotiations in the above-entitled matter. The Court has received and reviewed an "Invoice for Judge Coverage" from King County Superior Court (Invoice # 2018318; attached as "Exhibit A") for expenses incurred in providing coverage for Judge Andrus (during her previous tenure as a Superior Court judge) while she was working with the Trueblood parties.

1  IT IS ORDERED that payment of the invoice is APPROVED; the clerk is authorized and
2  directed to draw a check on the funds deposited in the registry of this court in the principal
3  amount of **$3,047.98**, payable to "King County Superior Court."

5  The clerk is ordered to provide copies of this order to all counsel and the Finance
6  Department for the Western District of Washington.

7  Dated June 15, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

  King County Superior Court

Date: May 22, 2018

**Invoice #**    **2018318**

---

To: US District Court
700 Steward Avenue
Seattle, WA 98101

RE: Invoice for Judge Coverage

US District Court to reimburse King County Superior Court for pro tem judicial costs to provide coverage for King County Superior Court Judge Beth Andrus while she participated in the Trueblood case. The hourly rate paid for retired judges is $58.00 and the hourly rate paid for an attorney is $88.32.

| Coverage provided on | Coverage provided by | Hours | Cost |
|---|---|---|---|
| 3/8/2018 | Judge Ronald Kessler (Ret) | 3.75 | $217.50 |
| 3/14/2018 | Judge Ronald Kessler (Ret) | 3.50 | $203.00 |
| 3/29/2018 | Keith Scully | 4.25 | $375.32 |
| 4/2/2018 | Susan Llorens | 4.50 | $397.44 |
| 4/12/2018 | Ann Danieli | 9.00 | $794.88 |
| 4/18/2018 | Shawn Crowley | 4.50 | $397.44 |
| 4/30/2018 | Ann Danieli | 4.00 | $353.28 |
| 5/2/2018 | Susan Llorens | 3.50 | $309.12 |
| | **Total Invoice Amount:** | **37.00** | **$3,047.98** |

Please remit to: King County Superior Court
Attn: Steve Davis
516 Third Avenue
Room C-203
Seattle, WA 98104-2312

If you have any questions, please contact Steve Davis at 206-477-1639 or steve.davis@kingcounty.gov