THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS** |

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds for a position with Disability Rights Washington (DRW), a position with the Department of Social and Health Services (DSHS), and renovations to Building 27, as contemplated in the Parties' Second Revised Negotiation Agreement.

The recipients and the associated disbursements are as follows:

- Community outreach position with DRW - $222,000;
- Project Manager position with DSHS - $283,600;
- Renovations to Building 27 by AustinCina Architects, P.C. - $3,977,137.86.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse $4,482,737.86 to the Seattle Foundation. The Seattle Foundation shall, pursuant to a contract entered into with

Plaintiffs, distribute and monitor these funds, in conjunction with the Court Monitor, to ensure that the monies are appropriately utilized.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of **$4,482,737.86** minus any statutory users fees, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98010.

Dated this __19th___ day of June, 2018.

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge

Presented by:

| | |
|---|---|
| /s/ Nicholas Williamson | /s/ Kimberly Mosolf |
| Nicholas A. Williamson, WSBA No. 44470 | David R. Carlson, WSBA No. 35767 |
| Sarah J. Coats, WSBA No. 20333 | Kimberly Mosolf, WSBA No. 49548 |
| Amber L. Leaders, WSBA No. 44421 | Alexa Polaski, WSBA No. 52683 |
| Randy Head, WSBA No. 48039 | Disability Rights Washington |
| Office of the Attorney General | 315 Fifth Avenue South, Suite 850 |
| 7141 Cleanwater Drive SW | Seattle, WA 98104 |
| P.O. Box 40124 | (206) 324-1521 |
| Olympia, WA 98504-0124 | davidc@dr-wa.org |
| (360) 586-6565 | kimberlym@dr-wa.org |
| NicholasW1@atg.wa.gov | alexap@dr-wa.org |
| SarahC@atg.wa.gov | |
| AmberL1@atg.wa.gov | /s/Christopher Carney |
| RandyH@atg.wa.gov | Christopher Carney, WSBA No. 30325 |
| | Sean Gillespie, WSBA No. 35365 |
| ***Attorneys for Defendants*** | Kenan Isitt, WSBA No. 35317 |
| | Carney Gillespie Isitt PLLP |
| | 315 5th Avenue South, Suite 860 |
| | Seattle, Washington 98104 |
| | (206) 445-0212 |
| | Christopher.Carney@cgilaw.com |
| | |
| | ***Attorneys for Plaintiffs*** |

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS - 3