THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| A.B., by and through her next friend Cassie Cordell Trueblood, *et al.* Plaintiffs, v. Washington State Department of Social and Health Services, *et al.*, Defendants. | No. 14-cv-01178-MJP STIPULATED MOTION FOR ATTORNEYS' FEES AND COSTS |
|---|---|

1. In accordance with a mediated settlement agreement governing attorney's fees, reached under the guidance of the Ninth Circuit Mediator Program, the Parties submit this joint motion to the Court to enter an order awarding attorney's fees and costs to Plaintiffs' counsel for the period between January 1, 2018 and June 30, 2018.  The detailed invoices for the work performed by Plaintiffs' counsel during this period are attached to the Declaration of Christopher Carney in Support of Stipulated Motion for Attorneys' Fees and Costs, Exhibits A-D. The Parties stipulate that all of the hourly billings and costs reflected in Exhibits A-D were performed and incurred in good faith, were reasonably necessary to serve the interests of the prevailing party Class, and should be compensated pursuant to 42 U.S.C. § 1988. However, pursuant to the

Stipulated Motion for Attorney's Fees and Costs
C14-1178 MJP
Page 1 of 2



CARNEY GILLESPIE ISITT
600 1st Ave, Suite LL08
SEATTLE, WA 98104
MAIN / FAX 206•445•0220
WEB WWW.CGILAW.COM

Parties' agreement, Plaintiffs are seeking compensation for only $263,006.60 in attorney's fees and $3,571.80 in costs.

The Parties respectfully request that the Court enter the order submitted herewith, directing Defendants to pay Plaintiffs' attorneys' fees.

Dated this 18th day of September, 2018.

Respectfully submitted,

/s/ Kimberly Mosolf
David R. Carlson, WSBA No. 35767
Kimberly Mosolf, WSBA No. 49548
Alexa Polaski, WSBA No. 52683
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
davidc@dr-wa.org
kimberlym@dr-wa.org

/S/Christopher Carney
Christopher Carney, WSBA No. 30325
Carney Gillespie Isitt PLLP
600 1st Avenue, Suite LL08
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com
**Attorneys for Plaintiffs**

/s/
Nicholas A. Williamson, WSBA No. 44470
Sarah J. Coats, WSBA No. 20333
Amber L. Leaders, WSBA No. 44421
Randy Head, WSBA No. 48039
Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
NicholasW1@atg.wa.gov
SarahC@atg.wa.gov
AmberL1@atg.wa.gov

**Attorneys for Defendants**

