# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C14-1178-MJP |

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered against Defendants in the following amounts:

- $4,164,000 representing restoration contempt fines imposed in this action for the period from September 1, 2018 to September 30, 2018;

- A decrease of $1,811,000 in in-patient contempt fines imposed in this action for the period from August 1, 2018 to August 31, 2018 (resulting from updated calculations due to the resolution of a number of data migration issues following migration to a new Forensic Data System);

- A decrease of $7,000 in in-patient contempt fines imposed in this action for the period from July 1, 2018 to July 31, 2018 (resulting from net changes due to removal of a case awaiting admission on personal recognizance, not from jail);

- $384,000 representing in-jail evaluation contempt fines imposed in this action for the period from September 1, 2018 to September 30, 2018;

- An increase of $317,250 in in-jail evaluation contempt fines for the period of August 1, 2018 through August 31, 2018 (resulting from one case being added and three cases being removed due to an order completion and an order dismissal)

for a total of **$3,047,250.** This total is due and payable into the Registry of the Court, to be kept in the Registry until further order of the Court. This judgment shall bear interest at the federal statutory rate until satisfied.

Dated: October 16, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
