THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend Cassie Cordell Trueblood, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>Washington State Department of Social and Health Services, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>ORDER FOR PRELIMINARY APPROVAL OF AMENDED SETTLEMENT AGREEMENT |

Upon consideration of the Parties' amended joint motion pursuant to Federal Rule of Civil Procedure 23(e) for an order preliminarily approving the settlement of this Action (Amended Motion for Preliminary Approval), and in accordance with the Parties' Amended Settlement Agreement, which sets forth the terms and conditions for a proposed settlement of the claims in this action, the Court, having read and considered the Amended Settlement Agreement, orders as follows:

1. Based on the record before it, the Court tentatively finds that the Amended Settlement Agreement attached as Attachment A to the Amended Joint Motion for Preliminary Approval, is fair, reasonable, and adequate. The Court finds that: (a) the Amended Settlement

Agreement resulted from extensive arm's length negotiations; (b) there is no evidence at this stage of the proceedings of fraud, collusion, or overreaching, or that the rights of absent class members were disregarded; and (c) counsel has sufficient experience in similar litigation to propose the Amended Settlement Agreement. The Court's preliminary approval is subject to change pending the outcome of the final settlement approval hearing (Fairness Hearing) established herein.

2. The Court finds that the proposed Class Notice meets the requirements of Federal Rule of Civil Procedure 23, due process, and the applicable law, in that it fairly and adequately describes the terms of the Amended Settlement Agreement; gives notice of the time and place of the Fairness Hearing; and describes how a class member may comment on, object to, or support the Amended Settlement Agreement.

3. The Court authorizes and directs the Parties or their designated agent to, within fifteen days of the date of this order, enact the Notice Plan submitted in connection with the Parties' Amended Motion for Preliminary Approval. Defendants and Class Counsel will submit declarations to the Court confirming their compliance with the class notice procedures contained in the Notice Plan at least 5 days prior to the Fairness Hearing.

4. The Court concludes that the notice to class members mandated in the Notice Plan is the best notice practicable under the circumstances and in light of the disabilities of class members, and complies with the requirements of Federal Rule of Civil Procedure 23, due process, and any other applicable law.

5. A Fairness Hearing to consider whether the proposed Amended Settlement Agreement is fair, reasonable, and adequate and should be finally approved is scheduled for **December 11, 2018, at 10:30 a.m.**, in the courtroom of the Honorable Marsha J. Pechman.

6. A class member who wishes to comment on or object to the Settlement Agreement must submit written comments and/or objections to the Class Counsel. If a class member is unable to submit written comments due to disability, Class Counsel will assist the class member in drafting the comments or, in the event of a conflict, will assist the class member in identifying another attorney that may assist them in drafting such comments. The Parties will jointly file all written comments and objections with the Court. Written comments or objections must be submitted to the Court no later than **November 30, 2018**, at least ten days before the Fairness Hearing.

7. A class member who wishes to appear at the Fairness Hearing may do so if written notice is submitted to the Court, with copies to counsel, stating that the class member intends to appear in person or through counsel. In that written notice to appear, the class member must describe the nature of his or her comment or objection. If the class member is unable to draft a written statement due to disability, Class Counsel will assist the class member in drafting the statement or, in the event of a conflict, will assist the class member in identifying another attorney that may assist them in drafting the statement. Written notice of intent to appear must be filed with the Court and mailed to counsel by **November 30, 2018**, at least ten days before the Fairness Hearing.

8. A Motion for Final Approval of the Amended Agreement, together with any supporting declarations or other documentation, must be filed no later than **December 6, 2018**, at least five days before the Fairness Hearing. Class Counsel shall also mail the Motion for Final Approval to all class members who object to the Settlement Agreement or file written notice with the Court that they intend to appear at the Fairness Hearing.

9. The Court reserves the right to adjourn the date of the Fairness Hearing without further notice to class members, and it retains jurisdiction to consider all further applications arising out of or connected with the Amended Settlement Agreement. The Court may approve the Amended Settlement Agreement, with such modifications as may be agreed to by the Parties, if appropriate, without further notice to class members.

It is so ORDERED this __1st___ day of __November__, 2018.

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge

Presented by:

| | |
|---|---|
| /s/ David Carlson | /s/Amber L. Leaders |
| /s/ Kimberly Mosolf | /s/Nicholas A. Williamson |
| /s/ Alexa Polaski | /s/Randy Head |
| David R. Carlson, WSBA No. 35767 | Amber L. Leaders, WSBA No. 44421 |
| Kimberly Mosolf, WSBA No. 49548 | Nicholas A. Williamson, WSBA No. 44470 |
| Alexa Polaski, WSBA No. 52683 | Randy Head, WSBA No. 48039 |
| Disability Rights Washington | Office of the Attorney General |
| 315 Fifth Avenue South, Suite 850 | 7141 Cleanwater Drive SW |
| Seattle, WA 98104 | P.O. Box 40124 |
| (206) 324-1521 | Olympia, WA 98504-0124 |
| davidc@dr-wa.org | (360) 586-6565 |
| kimberlym@dr-wa.org | AmberL1@atg.wa.gov |
| | NicholasW1@atg.wa.gov |
| | RandyH@atg.wa.gov |
| | *Attorneys for Defendants* |
| /S/Christopher Carney | |
| Christopher Carney, WSBA No. 30325 | |
| Carney Gillespie Isitt PLLP | |
| 600 1st Avenue, Suite LL08 | |
| Seattle, Washington 98104 | |
| (206) 445-0212 | |
| Christopher.Carney@cgilaw.com | |
| *Attorneys for Plaintiffs* | |