THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS** |

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse $150,000.00 to the Seattle Foundation for payment of their October 2, 2018 invoice number 15366.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of $150,000.00 minus any statutory users fees, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98010.

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS - 1

1     Dated this __8th___ day of _November _, 2018.

_[signature]_

    The Honorable Marsha J. Pechman
    United States Senior District Court Judge

Presented by:

| /s/ Amber Leaders | /s/ Kimberly Mosolf |
|---|---|
| Nicholas A. Williamson, WSBA No. 44470 | David R. Carlson, WSBA No. 35767 |
| Sarah J. Coats, WSBA No. 20333 | Kimberly Mosolf, WSBA No. 49548 |
| Amber L. Leaders, WSBA No. 44421 | Alexa Polaski, WSBA No. 52683 |
| Randy Head, WSBA No. 48039 | Disability Rights Washington |
| Office of the Attorney General | 315 Fifth Avenue South, Suite 850 |
| 7141 Cleanwater Drive SW | Seattle, WA 98104 |
| P.O. Box 40124 | (206) 324-1521 |
| Olympia, WA 98504-0124 | davidc@dr-wa.org |
| (360) 586-6565 | kimberlym@dr-wa.org |
| NicholasW1@atg.wa.gov | alexap@dr-wa.org |
| SarahC@atg.wa.gov | |
| AmberL1@atg.wa.gov | /s/Christopher Carney |
| RandyH@atg.wa.gov | Christopher Carney, WSBA No. 30325 |
| | Sean Gillespie, WSBA No. 35365 |
| | Kenan Isitt, WSBA No. 35317 |
| *Attorneys for Defendants* | Carney Gillespie Isitt PLLP |
| | 315 5th Avenue South, Suite 860 |
| | Seattle, Washington 98104 |
| | (206) 445-0212 |
| | Christopher.Carney@cgilaw.com |
| | |
| | *Attorneys for Plaintiffs* |

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS - 2