THE HON. MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>**ORDER ALLOWING DOCUMENTS TO BE FILED UNDER SEAL** |

Based on the foregoing stipulation made by the parties herein, and good cause shown, it is hereby ordered that the names of class members who submitted comments on the preliminary settlement agreement but lacked the capacity to consent to public disclosure of their names shall be sealed.

IT IS SO ORDERED.

Dated this __4th___ day of December, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

Presented by:

**DISABLITY RIGHTS WASHINGTON**

/s/ Kimberly Mosolf
David R. Carlson, WSBA No. 35767
Kimberly Mosolf, WSBA No. 49548
Alexa Polaski, WSBA No. 52683
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
davidc@dr-wa.org
kimberlym@dr-wa.org
alexap@dr-wa.org

**CARNEY GILLESPIE ISITT PLLP**

/s/Christopher Carney
Christopher Carney, WSBA No. 30325
Sean Gillespie, WSBA No. 35365
Kenan Isitt, WSBA No. 35317
Carney Gillespie Isitt PLLP
315 5th Avenue South, Suite 860
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com

*Attorneys for Plaintiffs*

**ROBERT W. FERGUSON**
Attorney General

/s/ Amber Leaders
Nicholas A. Williamson, WSBA No. 44470
Sarah J. Coats, WSBA No. 20333
Randy Head, WSBA No. 48039
Amber L. Leaders, WSBA No. 44421
Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
NicholasW1@atg.wa.gov
SarahC@atg.wa.gov
RandyH@atg.wa.gov
AmberL1@atg.wa.gov

*Attorneys for Defendants*