**THE HON. MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS** |

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse $380,765.00 to the Seattle Foundation for payment to Public Research Associates, Inc. to develop and operate a *Trueblood* Diversion Services Learning Community.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of

$380,765.00 minus any statutory users fees, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98010.

Dated this _4th_ day of _December_, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

Presented by:

/s/ Amber Leaders
Nicholas A. Williamson, WSBA No. 44470
Sarah J. Coats, WSBA No. 20333
Amber L. Leaders, WSBA No. 44421
Randy Head, WSBA No. 48039
Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
NicholasW1@atg.wa.gov
SarahC@atg.wa.gov
AmberL1@atg.wa.gov
RandyH@atg.wa.gov

*Attorneys for Defendants*

/s/ Kimberly Mosolf
David R. Carlson, WSBA No. 35767
Kimberly Mosolf, WSBA No. 49548
Alexa Polaski, WSBA No. 52683
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
davidc@dr-wa.org
kimberlym@dr-wa.org
alexap@dr-wa.org

/s/Christopher Carney
Christopher Carney, WSBA No. 30325
Sean Gillespie, WSBA No. 35365
Kenan Isitt, WSBA No. 35317
Carney Gillespie Isitt PLLP
315 5th Avenue South, Suite 860
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com

*Attorneys for Plaintiffs*