THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>(PROPOSED) ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION PROGRAMMING |

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds for Diversion Programming.

The Parties have proposed three (3) of the Phase I *Trueblood* diversion grant recipients to receive additional contempt funds to continue their diversion services to class members pursuant to the *Trueblood* Diversion Plan. The recipients and their awards are as follows:

- Comprehensive Health Care - $1,528,027;
- Great Rivers Behavioral Health Organization - $1,681,476;
- King County Behavioral Health and Recovery Division - $1,080,214.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse $4,289,717 to the Seattle Foundation to fund these diversion programs. The Seattle Foundation shall, pursuant to a

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO DISTRIBUTE CONTEMPT FUNDS FOR
DIVERSION PROGRAMMING - 1

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729

contract entered into with Plaintiffs, distribute and monitor these funds, in conjunction with the Court Monitor and Plaintiffs, to ensure that the monies are appropriately utilized.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of $4,289,717 minus any statutory users fees, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98010.

Dated this __18__ day of December, 2018.

Hon. Marsha J. Pechman
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO DISTRIBUTE CONTEMPT FUNDS FOR
DIVERSION PROGRAMMING - 2

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729

Presented by:

| | |
|---|---|
| /s/ Amber Leaders | /s/ Kimberly Mosolf |
| Nicholas A. Williamson, WSBA No. 44470 | David R. Carlson, WSBA No. 35767 |
| Sarah J. Coats, WSBA No. 20333 | Kimberly Mosolf, WSBA No. 49548 |
| Amber L. Leaders, WSBA No. 44421 | Alexa Polaski, WSBA No. 52683 |
| Randy Head, WSBA No. 48039 | Disability Rights Washington |
| Office of the Attorney General | 315 Fifth Avenue South, Suite 850 |
| 7141 Cleanwater Drive SW | Seattle, WA 98104 |
| P.O. Box 40124 | (206) 324-1521 |
| Olympia, WA 98504-0124 | davidc@dr-wa.org |
| (360) 586-6565 | kimberlym@dr-wa.org |
| NicholasW1@atg.wa.gov | alexap@dr-wa.org |
| SarahC@atg.wa.gov | |
| AmberL1@atg.wa.gov | /s/Christopher Carney |
| RandyH@atg.wa.gov | Christopher Carney, WSBA No. 30325 |
| | Sean Gillespie, WSBA No. 35365 |
| **Attorneys for Defendants** | Kenan Isitt, WSBA No. 35317 |
| | Carney Gillespie Isitt PLLP |
| | 315 5th Avenue South, Suite 860 |
| | Seattle, Washington 98104 |
| | (206) 445-0212 |
| | Christopher.Carney@cgilaw.com |
| | |
| | **Attorneys for Plaintiffs** |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION PROGRAMMING - 3

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729