THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>(PROPOSED) ORDER GRANTING JOINT SUBMISSION OF SECOND REQUEST FOR ADDITIONAL BUILDING 27 COSTS |

This matter comes before the Court upon the Parties' Joint Stipulated Motion to Distribute Contempt Funds for increased costs in the renovations to Building 27. Specifically, the motion seeks to disburse to the Seattle Foundation Five Hundred and Nine Thousand Six Hundred and Thirty Eight Dollars ($509,638) from the remaining accrued contempt funds paid to this Court by the Department of Social and Health Services (DSHS).

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse Five Hundred and Nine Thousand Six Hundred and Thirty Eight Dollars ($509,638) to the Seattle Foundation for increased costs in the renovations to Building 27, as described the Parties Joint Stipulated Motion to Distribute Contempt Funds. The Seattle Foundation shall, pursuant to a contract entered into

[PROPOSED] ORDER GRANTING JOINT STIPULATED
MOTION TO DISTRIBUTE CONTEMPT FUNDS - 1

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729

with Plaintiffs, distribute and monitor these funds, in conjunction with the Court Monitor, to ensure that the monies are appropriately utilized.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of Five Hundred and Nine Thousand Six Hundred and Thirty Eight Dollars ($509,638) minus any statutory users fees, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98010.

Dated this 18th day of December, 2018.

HON. MARSHA J. PECHMAN
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATED
MOTION TO DISTRIBUTE CONTEMPT FUNDS - 2

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729

Presented by:

s/ *Nicholas Williamson*
Nicholas A. Williamson, WSBA No. 44470
Sarah J. Coats, WSBA No. 20333
Amber L. Leaders, WSBA No. 44421
Randy Head, WSBA No. 48039
Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
NicholasW1@atg.wa.gov
SarahC@atg.wa.gov
AmberL1@atg.wa.gov
RandyH@atg.wa.gov

**Attorneys for Defendants**

s/ *Alexa Polaski*
David R. Carlson, WSBA No. 35767
Kimberly Mosolf, WSBA No. 49548
Alexa Polaski, WSBA No. 52683
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
davidc@dr-wa.org
kimberlym@dr-wa.org
alexap@dr-wa.org

s/*Christopher Carney*
Christopher Carney, WSBA No. 30325
Sean Gillespie, WSBA No. 35365
Kenan Isitt, WSBA No. 35317
Carney Gillespie Isitt PLLP
315 5th Avenue South, Suite 860
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com

**Attorneys for Plaintiffs**

[PROPOSED] ORDER GRANTING JOINT STIPULATED
MOTION TO DISTRIBUTE CONTEMPT FUNDS - 3

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521  ·  Fax: (206) 957-0729