The Honorable MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend Cassie Cordell Trueblood, et al. <br><br> Plaintiffs, <br><br> v. <br><br> Washington State Department of Social and Health Services, et al.; <br><br> Defendants. | NO. 14-cv-01178-MJP <br><br> **ORDER TO FILE DOCUMENTS UNDER SEAL** |

## I. ORDER

Based on the foregoing stipulation made by the Parties herein, and good cause shown, it is hereby ordered that the report filed by the Defendants containing the name and personally identifiable protected health information of a specific class member shall be sealed.

IT IS SO ORDERED.

Dated this _3rd_ day of _January_, 2019.

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge

| | |
|---|---|
| DISABILITY RIGHTS WASHINGTON | Presented by:<br><br>ROBERT W. FERGUSON<br>Attorney General |
| */s/Alexa Polaski*<br>Alexa Polaski, WSBA No. 52683<br>Kim Mosolf, WSBA No. 49548<br>David R. Carlson, WSBA No. 35767<br>315 Fifth Avenue South, Suite 850<br>Seattle, WA 98104<br>(206) 324-1521<br>alexap@sr-wa.org<br>kimm@dr-wa.org<br>davidc@dr-wa.org | */s/ Amber L. Leaders*<br>Amber L. Leaders, WSBA No. 44421<br>Nicholas A. Williamson, WSBA No. 44470<br>Randy Head, WSBA No. 48039<br>Office of the Attorney General<br>7141 Cleanwater Drive SW<br>P.O. Box 40124<br>Olympia, WA 98504-0124<br>(360) 586-6565<br>amberl1@atg.wa.gov<br>nicholasW1@atg.wa.gov<br>randyh@atg.wa.gov |
| CARNEY GILLESPIE ISITT PLLP<br>Christopher Carney, WSBA No. 30325<br>Sean Gillespie, WSBA No. 35365<br>315 Fifth Ave South, Suite 860<br>Seattle, Washington 98104<br>(206) 445-0212<br>Christopher.Carney@CGILaw.com<br>Sean.Gillespie@CGILaw.com | ***Attorneys for Defendants*** |

***Attorneys for Plaintiffs***

# CERTIFICATE OF SERVICE

I, *Beverly Cox*, state and declare as follows:

I am a citizen of the United States of America and over the age of 18 years and I am competent to testify to the matters set forth herein. I hereby certify that on this 20th day of December 2018, I electronically filed with foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David Carlson:  davidc@dr-wa.org

Kimberly Mosolf:  kimberlym@dr-wa.org

Alexa Polaski:  alexap@dr-wa.org

Christopher Carney:  Christopher.Carney@CGILaw.com

Sean Gillespie:  Sean.Gillespie@CGILaw.com

Kenan Lee Isitt:  Kenan.isitt@CGILaw.com

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 20th day of December 2018, at Olympia, Washington.

BEVERLY COX
Legal Assistant