The Honorable MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>Defendants. | NO. 14-CV-01178-MJP<br><br>ORDER AMENDING DECEMBER CONTEMPT JUDGMENT |

This matter comes before the Court upon the Parties' Joint Motion to Amend December Contempt Judgment. The motion seeks to amend the December contempt fine judgment to make that judgment consistent with the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. No. 623) and the Amended Settlement Agreement (Dkt. 599-1).

IT IS HEREBY ORDERED that the judgment entered on December 18, 2018, shall be amended to exclude those fines calculated under the Court's prior contempt Order relating to the inpatient portion of the class (Dkt. 289). The Department shall instead be ordered to pay $378,750, the total fines calculated for that period for the in-jail portion of the class.

ORDER AMENDING DECEMBER
CONTEMPT JUDGMENT
NO. 14-cv-01178-MJP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

Dated this 24 day of January 2019.

*signature*
HONORABLE MARSHA J. PECHMAN
United States District Judge

Presented by:

s/ *Amber L. Leaders*
Sarah J. Coats, WSBA No. 20333
Amber L. Leaders, WSBA No. 44421
Randy Head, WSBA No. 48039
Nicholas A. Williamson, WSBA No. 44470

Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
NicholasW1@atg.wa.gov
SarahC@atg.wa.gov
AmberL1@atg.wa.gov
RandyH@atg.wa.gov

***Attorneys for Defendants***

s/ *Alexa Polaski*
David R. Carlson, WSBA No. 35767
Kimberly Mosolf, WSBA No. 49548
Alexa Polaski, WSBA No. 52683

Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
davidc@dr-wa.org
kimberlym@dr-wa.org
alexap@dr-wa.org

s/*Christopher Carney*
Christopher Carney, WSBA No. 30325
Sean Gillespie, WSBA No. 35365
Kenan Isitt, WSBA No. 35317

Carney Gillespie Isitt PLLP
315 5th Avenue South, Suite 860
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com

***Attorneys for Plaintiffs***

ORDER AMENDING DECEMBER
CONTEMPT JUDGMENT
NO. 14-cv-01178-MJP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565