**THE HON. MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS FOR SETTLEMENT ACTIVITIES** |

This matter comes before the Court upon the Parties' Joint Stipulated Motion to Distribute Contempt Funds for Settlement Activities. Specifically, the motion seeks to disburse to the Seattle Foundation One Million Sixty-Four Thousand Seven Hundred and Thirty-Eight Dollars ($1,064,738) from the remaining accrued contempt funds paid to this Court by the Department of Social and Health Services (DSHS). The funds are to pay for positions with DSHS as contemplated in the Amended Settlement Agreement. Dkt. No. 599-1. The Parties' request totals $1,064,738 for all of the agreed positions, which are divided between project managers and program staff.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse One Million Sixty-Four Thousand Seven Hundred and Thirty-Eight Dollars ($1,064,738) to the Seattle Foundation to pay for positions with DSHS as contemplated in the Amended Settlement Agreement.

ORDER GRANTING JOINT STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS - 1

Dkt. No. 599-1. The Seattle Foundation shall, pursuant to a contract entered into with Plaintiffs, distribute and monitor these funds, in conjunction with the Court Monitor, to ensure that the monies are appropriately utilized.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of One Million Sixty-Four Thousand Seven Hundred and Thirty-Eight Dollars ($1,064,738) minus any statutory users fees, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98010.

Dated this __21st__ day of February, 2019.

_____
Marsha J. Pechman
United States Senior District Judge

Presented by:

| | |
|---|---|
| s/ *Nicholas Williamson* | s/ *Alexa Polaski* |
| Nicholas A. Williamson, WSBA No. 44470 | David R. Carlson, WSBA No. 35767 |
| Sarah J. Coats, WSBA No. 20333 | Kimberly Mosolf, WSBA No. 49548 |
| Amber L. Leaders, WSBA No. 44421 | Alexa Polaski, WSBA No. 52683 |
| Randy Head, WSBA No. 48039 | Disability Rights Washington |
| Office of the Attorney General | 315 Fifth Avenue South, Suite 850 |
| 7141 Cleanwater Drive SW | Seattle, WA 98104 |
| P.O. Box 40124 | (206) 324-1521 |
| Olympia, WA 98504-0124 | davidc@dr-wa.org |
| (360) 586-6565 | kimberlym@dr-wa.org |
| NicholasW1@atg.wa.gov | alexap@dr-wa.org |
| SarahC@atg.wa.gov | |
| AmberL1@atg.wa.gov | s/*Christopher Carney* |
| RandyH@atg.wa.gov | Christopher Carney, WSBA No. 30325 |
| | Sean Gillespie, WSBA No. 35365 |
| ***Attorneys for Defendants*** | Kenan Isitt, WSBA No. 35317 |
| | Carney Gillespie Isitt PLLP |
| | 315 5th Avenue South, Suite 860 |
| | Seattle, Washington 98104 |
| | (206) 445-0212 |
| | Christopher.Carney@cgilaw.com |

***Attorneys for Plaintiffs***

ORDER GRANTING JOINT STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS - 3