The Honorable MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, next friend of A.B., an incapacitated person, et al.,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br>　　　　　　　Defendants. | NO. 2:14-cv-1178 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS FOR SETTLEMENT ACTIVITIES – CRISIS INTERVENTION TRAINING |

This matter comes before the Court upon the Parties' Joint Stipulated Motion to Distribute Contempt Funds for Settlement Activities – Crisis Intervention Training. Specifically, the motion seeks to disburse to the Seattle Foundation $82,425 from the remaining accrued contempt funds paid to this Court by the Department of Social and Health Services (DSHS). The funds will be used to pay for Crisis Intervention Training (CIT) for police officers, as provided by the Criminal Justice Training Commission. This training is in support of Section III.D.1.a of the approved agreement. Dkt. No. 599-1 at 29-30.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse $82,425 to the Seattle Foundation to pay for CIT training provided by the Criminal Justice Training Commission. The Seattle Foundation shall, pursuant to a contract agreeable to the involved

ORDER GRANTING STIPULATED
MOTION TO DISTRIBUTE CONTEMPT
FUNDS FOR SETTLEMENT
ACTIVITIES – CRISIS INTERVENTION
TRAINING
NO. 2:14-CV-1178 MJP

1

entities, distribute these funds. The State shall report on the use of these funds for the intended purpose.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of $82,425 minus any statutory users fees, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98010.

Dated this __17th__ day of April 2019.

Marsha J. Pechman
United States Senior District Judge

Presented by:

s/ *Nicholas A. Williamson*
Nicholas A. Williamson, WSBA No. 44470
Randy Head, WSBA No. 48039
Jessica M. Erickson, WSBA No. 43024
Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
NicholasW1@atg.wa.gov
RandyH@atg.wa.gov
JessicaE@atg.wa.gov
**Attorneys for Defendants**

s/ *Alexa Polaski*
David R. Carlson, WSBA No. 35767
Kimberly Mosolf, WSBA No. 49548
Alexa Polaski, WSBA No. 52683
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
DavidC@dr-wa.org
KimberlyM@dr-wa.org
AlexaP@dr-wa.org

s/ *Christopher Carney*
Christopher Carney, WSBA No. 30325
Sean Gillespie, WSBA No. 35365
Kenan Isitt, WSBA No. 35317
Carney Gillespie Isitt PLLP
315 5th Avenue South, Suite 860
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com
Sean.Gillespie@CGILaw.com
Kenan.Isitt@CGILaw.com
**Attorneys for Plaintiffs**

ORDER GRANTING STIPULATED
MOTION TO DISTRIBUTE CONTEMPT
FUNDS FOR SETTLEMENT
ACTIVITIES – CRISIS INTERVENTION
TRAINING
NO. 2:14-CV-1178 MJP

2