**THE HON. MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*, <br><br> Defendants. | No. 14-cv-01178-MJP <br><br> **ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS FOR BED FLOW ANALYSIS** |

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds for the Bed Flow Analysis.

The Parties have requested that the Court order the Clerk of the Western District of Washington to disburse contempt funds in support of the TriWest Group LLC Bed Flow Analysis.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse $214,993.02 to the TriWest Group LLC to fund the Bed Flow Analysis.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS FOR BED FLOW
ANALYSIS - 1

1 | $214,993.02 minus any statutory users fees, payable to the TriWest Group LLC, by check which

2 | will be mailed or delivered to same at 4450 Arapahoe Ave., Suite 100, Boulder, CO 80303-9102.

3 | Dated this __30th__ day of April, 2019.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

| | |
|---|---|
| /s/ Amber Leaders | /s/ Kimberly Mosolf |
| Nicholas A. Williamson, WSBA No. 44470 | David R. Carlson, WSBA No. 35767 |
| Randy Head, WSBA No. 48039 | Kimberly Mosolf, WSBA No. 49548 |
| Jessica M. Erickson, WSBA No. 43024 | Alexa Polaski, WSBA No. 52683 |
| Office of the Attorney General | Disability Rights Washington |
| 7141 Cleanwater Drive SW | 315 Fifth Avenue South, Suite 850 |
| P.O. Box 40124 | Seattle, WA 98104 |
| Olympia, WA 98504-0124 | (206) 324-1521 |
| (360) 586-6565 | davidc@dr-wa.org |
| NicholasW1@atg.wa.gov | kimberlym@dr-wa.org |
| RandyH@atg.wa.gov | alexap@dr-wa.org |
| JessicaE@atg.wa.gov | |

***Attorneys for Defendants***

/s/Christopher Carney
Christopher Carney, WSBA No. 30325
Sean Gillespie, WSBA No. 35365
Kenan Isitt, WSBA No. 35317
Carney Gillespie Isitt PLLP
315 5th Avenue South, Suite 860
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com

***Attorneys for Plaintiffs***