The Honorable MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

CASSIE CORDELL TRUEBLOOD, next friend
of A.B., an incapacitated person, et al.,

Plaintiffs,

v.

THE WASHINGTON STATE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, et al.,

Defendants.

NO.  2:14-cv-1178 MJP

DECLARATION OF
NICHOLAS WILLIAMSON--
SUBMISSION OF FINAL
IMPLEMENTATION PLAN

I, Nicholas Williamson, am over the age of 18 years of age, competent to testify to the matters below, and declare based upon personal knowledge:

1.  I am counsel for Defendants in the above captioned matter. On December 11, 2018, the Court approved the Amended Comprehensive Settlement Agreement. Dkt. No. 623. Section IV.D of the Amended Comprehensive Settlement Agreement required that a preliminary and final implementation plan be submitted for the Court's consideration. *See* Dkt. No. 599-1 at 44-45. The preliminary plan was filed on March 11, 2019. Dkt. No. 654. Attached as Attachment A, for consideration of the Court, is a true and correct copy of the final implementation plan, which has been adjusted based on additional input as well as the funding

DECL. OF NICHOLAS WILLIAMSON--
SUBMISSION OF FINAL
IMPLEMENTATION PLAN
NO.  2:14-cv-1178 MJP

1

and legislative changes accomplished by the Legislature in the 2019 session.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge.

Signed on this 27th day of June 2019, at Olympia, Washington.

NICHOLAS WILLIAMSON, WSBA No. 44470
Assistant Attorney General

DECL. OF NICHOLAS WILLIAMSON--
SUBMISSION OF FINAL
IMPLEMENTATION PLAN
NO. 2:14-cv-1178 MJP

2

## CERTIFICATE OF SERVICE

I, *Christine Townsend*, state and declare as follows:

I am a citizen of the United States of America and over the age of 18 years and I am competent to testify to the matters set forth herein. I hereby certify that on this 27th day of June 2019, I electronically filed with foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David Carlson:  davidc@dr-wa.org

Kimberly Mosolf:  kimberlym@dr-wa.org

Alexa Polaski:  alexap@dr-wa.org

Christopher Carney:  Christopher.Carney@CGILaw.com

Sean Gillespie:  Sean.Gillespie@CGILaw.com

Kenan Lee Isitt:  Kenan.isitt@CGILaw.com

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 27th day of June 2019, at Olympia, Washington.

CHRISTINE TOWNSEND
Legal Assistant

DECL. OF NICHOLAS WILLIAMSON--
SUBMISSION OF FINAL
IMPLEMENTATION PLAN
NO. 2:14-cv-1178 MJP

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565