The Honorable MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*, <br><br> Defendants. | No. 14-cv-01178-MJP <br><br> **ORDER APPROVING FINAL IMPLEMENTATION PLAN** |

Having considered the Final Implementation Plan jointly submitted by the parties on June 27, 2019 (Dkt. No. 679-1), and having considered the discussion with counsel and the Court Monitor at the status hearing held on September 13, 2019:

IT IS HEREBY ORDERED that the Final Implementation Plan (Dkt. No. 679-1) is approved by the Court, consistent with §(IV)(D)(3-4) of the Amended Comprehensive Settlement Agreement (Dkt. No. 599-1).

Dated this __1st__ day of October 2019.

_____
Marsha J. Pechman
United States Senior District Judge

Presented by:

| | |
|---|---|
| /s/ Randy Head | /s/ Kimberly Mosolf |
| Nicholas A. Williamson, WSBA No. 44470 | David R. Carlson, WSBA No. 35767 |
| Randy Head, WSBA No. 48039 | Kimberly Mosolf, WSBA No. 49548 |
| Jessica Erickson, WSBA No. 43024 | |
| Office of the Attorney General | Disability Rights Washington |
| 7141 Cleanwater Drive SW | 315 Fifth Avenue South, Suite 850 |
| P.O. Box 40124 | Seattle, WA 98104 |
| Olympia, WA 98504-0124 | (206) 324-1521 |
| (360) 586-6565 | davidc@dr-wa.org |
| nicholas.williamson@atg.wa.gov | kimberlym@dr-wa.org |
| randy.head@atg.wa.gov | |
| jessica.erickson@atg.wa.gov | /s/Christopher Carney |
| | Christopher Carney, WSBA No. 30325 |
| ***Attorneys for Defendants*** | Sean Gillespie, WSBA No. 35365 |
| | Kenan Isitt, WSBA No. 35317 |
| | |
| | Carney Gillespie Isitt PLLP |
| | 315 5th Avenue South, Suite 860 |
| | Seattle, Washington 98104 |
| | (206) 445-0212 |
| | Christopher.Carney@cgilaw.com |
| | |
| | ***Attorneys for Plaintiffs*** |