1

2

3

4

5

6

7                                          The Honorable MARSHA J. PECHMAN

8              **UNITED STATES DISTRICT COURT**
             **WESTERN DISTRICT OF WASHINGTON**
9                        **AT SEATTLE**

10   A.B., by and through her next friend        No. 14-cv-01178-MJP
     CASSIE CORDELL TRUEBLOOD, *et al*.,
11

12              Plaintiffs,                       **ORDER GRANTING STIPULATED**
                                                 **MOTION TO DISTRIBUTE**
13   v.                                          **CONTEMPT FUNDS**

14
     WASHINGTON STATE DEPARTMENT
15   OF SOCIAL AND HEALTH SERVICES,
     *et al*.,
16

17              Defendants.

18
            This matter comes before the Court upon the Parties' Stipulated Motion to Distribute
19
     Contempt Funds in order to extend the term of employment for the DSHS Senior Project
20
     Manager and DRW Community and Legislative Liaison. Having considered the pleadings in the
21
     court file and otherwise being fully informed:
22
            IT IS HEREBY ORDERED that the Clerk of this Court shall disburse $625,475.00 to
23
     the Seattle Foundation. The Seattle Foundation shall disburse the funds pursuant to a contracts
24
     entered into with Plaintiffs and Defendants.
25

26

1      IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to

2   draw a check on the funds deposited in the registry of the Court in the principal amount of

3   $625,475.00 minus any statutory users fees, payable to the Seattle Foundation, by check which

4   will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98010.

5

6      Dated this _22nd_ day of October, 2019.

7

8   _[signature]_

9   _____
    Marsha J. Pechman

10  United States Senior District Judge

11

    Presented by:

12

13  /s/ Randy Head                                    /s/ Kimberly Mosolf
    _____                  _____
    Nicholas A. Williamson, WSBA No. 44470            David R. Carlson, WSBA No. 35767

14  Randy Head, WSBA No. 48039                        Kimberly Mosolf, WSBA No. 49548
    Jessica Erickson, WSBA No. 43024

15  Office of the Attorney General                    Disability Rights Washington

16  7141 Cleanwater Drive SW                          315 Fifth Avenue South, Suite 850
    P.O. Box 40124                                    Seattle, WA 98104

17  Olympia, WA 98504-0124                            (206) 324-1521
    (360) 586-6565                                    davidc@dr-wa.org

18  nicholas.williamson@atg.wa.gov                    kimberlym@dr-wa.org
    randy.head@atg.wa.gov

19  jessica.erickson@atg.wa.gov                       /s/Christopher Carney
                                                      _____
                                                      Christopher Carney, WSBA No. 30325

20  *Attorneys for Defendants*                        Sean Gillespie, WSBA No. 35365
                                                      Kenan Isitt, WSBA No. 35317

21

22                                                    Carney Gillespie Isitt PLLP
                                                      315 5th Avenue South, Suite 860

23                                                    Seattle, Washington 98104
                                                      (206) 445-0212

24                                                    Christopher.Carney@cgilaw.com

25                                                    *Attorneys for Plaintiffs*

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26