The Honorable MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al*.,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>**ORDER GRANTING REQUEST FOR THIRD AND FINAL BUILDING 27 COSTS** |

This matter comes before the Court upon the Parties' Joint Stipulated Motion to Distribute Contempt Funds for the final costs associated with the renovation of Building 27. Specifically, the motion seeks to disburse to the Seattle Foundation Five Hundred and Ninety Seven Thousand Five Hundred and Eleven Dollars and Sixty One Cents ($597,511.61) from the remaining accrued contempt funds paid to this Court by the Department of Social and Health Services (DSHS).

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse Five Hundred and Ninety Seven Thousand Five Hundred and Eleven Dollars and Sixty One Cents ($597,511.61) to the Seattle Foundation for the final costs associated with the renovation of Building 27, as

described the Parties Joint Stipulated Motion to Distribute Contempt Funds. The Seattle Foundation shall, pursuant to a contract entered into with Plaintiffs, distribute and monitor these funds, in conjunction with the Court Monitor, to ensure that the monies are appropriately utilized.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of Five Hundred and Ninety Seven Thousand Five Hundred and Eleven Dollars and Sixty One Cents ($597,511.61) minus any statutory users fees, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98010.

Dated this __31st__ day of October, 2019.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

| | |
|---|---|
| s/ *Nicholas Williamson* | s/ *Kimberly Mosolf* |
| Nicholas A. Williamson, WSBA No. 44470 | David R. Carlson, WSBA No. 35767 |
| Randy Head, WSBA No. 48039 | Kimberly Mosolf, WSBA No. 49548 |
| Jessica M. Erickson, WSBA No. 43024 | Disability Rights Washington |
| Office of the Attorney General | 315 Fifth Avenue South, Suite 850 |
| 7141 Cleanwater Drive SW | Seattle, WA 98104 |
| P.O. Box 40124 | (206) 324-1521 |
| Olympia, WA 98504-0124 | davidc@dr-wa.org |
| (360) 586-6565 | kimberlym@dr-wa.org |
| nicholas.wiliamson@atg.wa.gov | |
| randy.head@atg.wa.gov | s/*Christopher Carney* |
| jessica.erickson@atg.wa.gov | Christopher Carney, WSBA No. 30325 |
| ***Attorneys for Defendants*** | Sean Gillespie, WSBA No. 35365 |
| | Kenan Isitt, WSBA No. 35317 |
| | Carney Gillespie Isitt PLLP |
| | 315 5th Avenue South, Suite 860 |
| | Seattle, Washington 98104 |
| | (206) 445-0212 |
| | Christopher.Carney@cgilaw.com |
| | ***Attorneys for Plaintiffs*** |