THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al*., <br><br> Defendants. | No. 14-cv-01178-MJP <br><br><br><br><br> **ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE FUNDS FOR ATTORNEYS FEES AND COSTS** |

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Funds for Attorney Fees and Costs.

The Parties have requested that the Court order the Clerk of the Western District of Washington to disburse funds to Disability Rights Washington that were deposited by Defendants into the Court's Registry on November 19, 2019.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse $150,480.88 to Disability Rights Washington to satisfy Defendants' obligations under this court's November 14, 2019 Order on Attorney Fees and Costs. This disbursement shall be via check, made payable to the Disability Rights Washington and mailed or delivered to same at 315 5th Ave S. Suite 850, Seattle, WA 98104.

Dated this ___22nd_____ day of November, 2019.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE ATTORNEYS FEES AND COSTS - 2

Presented by:

/s/ Nicholas A. Williamson  
Nicholas A. Williamson, WSBA No. 44470  
Randy Head, WSBA No. 48039  
Jessica M. Erickson, WSBA No. 43024  
Office of the Attorney General  
7141 Cleanwater Drive SW  
P.O. Box 40124  
Olympia, WA 98504-0124  
(360) 586-6565  
NicholasW1@atg.wa.gov  
RandyH@atg.wa.gov  
JessicaE@atg.wa.gov  

***Attorneys for Defendants***

/s/ Kimberly Mosolf  
David R. Carlson, WSBA No. 35767  
Kimberly Mosolf, WSBA No. 49548  
Disability Rights Washington  
315 Fifth Avenue South, Suite 850  
Seattle, WA 98104  
(206) 324-1521  
davidc@dr-wa.org  
kimberlym@dr-wa.org  

/s/Christopher Carney  
Christopher Carney, WSBA No. 30325  
Carney Gillespie Isitt PLLP  
315 5th Avenue South, Suite 860  
Seattle, Washington 98104  
(206) 445-0212  
Christopher.Carney@cgilaw.com  

***Attorneys for Plaintiffs***

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE ATTORNEYS FEES AND COSTS - 3