# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER: C14-1178-MJP |

\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court notes the following fine amounts were incurred (and adjustments made to previous fine assessments) during the time periods noted below:

- $3,093,000 representing restoration contempt fines imposed in this action for the period from October 1 through October 31, 2019;

- An increase of $10,000 in in-patient contempt fines imposed in this action for the period from September 1 through September 30, 2019;

- An increase of $7,000 in in-patient contempt fines imposed in this action for the period from August 1 through August 31, 2019 (resulting from an updated calculation);

- An increase of $7,000 in in-patient contempt fines imposed in this action for the period from July 1, 2019 to July 31, 2019 (resulting from an updated calculation);

- A decrease of $5,000 in in-patient contempt fines imposed in this action for the period from June 1, 2019 to June 30, 2019 (resulting from an updated calculation);

- A decrease of $62,000 in in-patient contempt fines imposed in this action for the period from May 1, 2019 to May 31, 2019 (resulting from an updated calculation);

resulting in a total for the current reporting period of **$3,050,000**.

Under the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. No. 623), contempt fines generated by failures to adhere to inpatient evaluation timelines shall not be reduced to judgment. However, judgment is entered against Defendants in the following amounts:

- $144,000 representing in-jail evaluation contempt fines imposed in this action for the period from October 1, 2019 to October 31, 2019

- A decrease of $30,750 in in-jail evaluation contempt fines imposed in this action for the period from September 1, 2019 to September 30, 2019 (resulting from updated calculations);

- A decrease of $21,000 in in-jail evaluation contempt fines imposed in this action for the period from August 1, 2019 to August 31, 2019 (resulting from updated calculations);

- A decrease of $9,000 in in-jail evaluation contempt fines imposed in this action for the period from July 1, 2019 to July 31, 2019 (resulting from updated calculations);

- An increase of $36,750 in in-jail evaluation contempt fines imposed in this action for the period from June 1, 2019 to June 30, 2019 (resulting from updated calculations);

- An increase of $750 in in-jail evaluation contempt fines imposed in this action for the period from May 1, 2019 to May 31, 2019 (resulting from updated calculations);

resulting in a total for the current reporting period of **$120,750.** This total is due and payable into the Registry of the Court, to be kept in the Registry until further order of the Court. This judgment shall bear interest at the federal statutory rate until satisfied.

Dated: November 22, 2019.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

Marsha J. Pechman
United States Senior District Judge