THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*, <br><br> Defendants. | No. 14-cv-01178-MJP <br><br> **ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION PROGRAMMING** |

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds for Diversion Programming.

The Parties have proposed all five (5) of the Phase III *Trueblood* diversion grant recipients to receive additional contempt funds to continue their diversion services to class members pursuant to the *Trueblood* Diversion Plan. The recipients and their awards are as follows:

| | |
|---|---|
| Comprehensive Health Services | $803,878 |
| Frontier Behavioral Health | $877,365 |
| King County | $3,710,583 |
| Lourdes | $1,173,058 |

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION
PROGRAMMING - 1

| | | |
|---|---|---|
| 1 | Pierce County | $1,163,187 |

2  IT IS HEREBY ORDERED that the Clerk of this Court shall disburse $7,728,071 to the

3  Seattle Foundation to fund these diversion programs.  The Seattle Foundation shall, pursuant to a

4  contract entered into with Plaintiffs, distribute and monitor these funds, in conjunction with the

5  Court Monitor and Plaintiffs, to ensure that the monies are appropriately utilized.

6  IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to

7  draw a check on the funds deposited in the registry of the Court in the principal amount of

8  $7,728,071 minus any statutory users fees, payable to the Seattle Foundation, by check which

9  will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98010.

10  Dated this _17th_ day of December, 2019.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

| | |
|---|---|
| /s/ Randy Head | /s/ Kimberly Mosolf |
| Nicholas A. Williamson, WSBA No. 44470 | David R. Carlson, WSBA No. 35767 |
| Randy Head, WSBA No. 48039 | Kimberly Mosolf, WSBA No. 49548 |
| Jessica M. Erickson, WSBA No. 43024 | Alexa Polaski, WSBA No. 52683 |
| Office of the Attorney General | Disability Rights Washington |
| 7141 Cleanwater Drive SW | 315 Fifth Avenue South, Suite 850 |
| P.O. Box 40124 | Seattle, WA 98104 |
| Olympia, WA 98504-0124 | (206) 324-1521 |
| (360) 586-6565 | davidc@dr-wa.org |
| NicholasW1@atg.wa.gov | kimberlym@dr-wa.org |
| RandyH@atg.wa.gov | alexap@dr-wa.org |
| JessicaE@atg.wa.gov | |

*Attorneys for Defendants*

/s/Christopher Carney
Christopher Carney, WSBA No. 30325
Sean Gillespie, WSBA No. 35365
Kenan Isitt, WSBA No. 35317
Carney Gillespie Isitt PLLP
315 5th Avenue South, Suite 860
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com

*Attorneys for Plaintiffs*

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION
PROGRAMMING - 3