The Honorable MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*, | No. 14-cv-01178-MJP |
| Plaintiffs, | **ORDER GRANTING STIPULATED MOTION TO EXPEND REMAINING JUMPSTART FUNDS** |
| v. | |
| WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*, | |
| Defendants. | |

This matter comes before the Court upon the Parties' Stipulated Motion to Expend Remaining Jumpstart Funds. Having considered the pleadings in the court file and otherwise being fully informed:

IT IS HEREBY ORDERED the Parties are authorized to expend two hundred thirty-six thousand, seven hundred and fifty dollars ($236,750) of the funds currently held by The Seattle Foundation for the purpose of hiring a fourth Department of Social and Health Services project manager and conducting a Sequential Intercept Mapping project in the Southwest implementation region. These expenditures have been recommended by the Executive Committee setup by the Court's Order Granting Final Approval of Amended Settlement

Agreement (Dkt. No. 623) and will benefit class members through supporting implementation of the programs outlined in that Agreement. Because these funds are to be expended from funding already disbursed to the Seattle Foundation by previous Order of this Court, Dkt. No. 652, no further action is necessary by the Clerk's Office, and no additional distribution is necessary.

Dated this _12th_ day of February 2020.

Marsha J. Pechman
United States Senior District Judge

Presented by:

s/ *Nicholas A. Williamson*
Nicholas A. Williamson, WSBA No. 44470
Jessica Erickson, WSBA No. 43024
Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
nicholas.williamson@atg.wa.gov
jessica.erickson@atg.wa.gov

***Attorneys for Defendants***

s/ *Kimberly Mosolf*
David R. Carlson, WSBA No. 35767
Kimberly Mosolf, WSBA No. 49548
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
davidc@dr-wa.org
kimberlym@dr-wa.org

s/ *Christopher Carney*
Christopher Carney, WSBA No. 30325
Sean Gillespie, WSBA No. 35365
Kenan Isitt, WSBA No. 35317
Carney Gillespie Isitt PLLP
315 5th Avenue South, Suite 860
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com

***Attorneys for Plaintiffs***