1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend Cassie Cordell Trueblood, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> Washington State Department of Social and Health Services, *et al.*, <br><br> Defendants. | No.  14-cv-01178-MJP <br><br> STIPULATED MOTION FOR ATTORNEYS' FEES AND COSTS |

1.      In accordance with a mediated settlement agreement governing attorney's fees,

reached under the guidance of the Ninth Circuit Mediator Program, the Parties submit this joint

motion to the Court to enter an order awarding attorney's fees and costs to Plaintiffs' counsel for

the period between July 1, 2019 and February 29, 2020.  The detailed invoices for the work

performed by Plaintiffs' counsel during this period are attached to the Declaration of Christopher

Carney in Support of Stipulated Motion for Attorneys' Fees and Costs, Exhibits A-C. The Parties

stipulate that all of the hourly billings and costs reflected in Exhibits A-C were performed and

incurred in good faith, were reasonably necessary to serve the interests of the prevailing party

Class, and should be compensated pursuant to 42 U.S.C. § 1988. Pursuant to the Parties'

agreement, Plaintiffs are seeking compensation for $302,822.70 in fees, and $2,087.46 in costs.

CARNEY
GILLESPIE

600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com

The Parties respectfully request that the Court enter the order submitted herewith, directing

Defendants to pay Plaintiffs' attorneys' fees and costs.

Dated this April 20, 2020.


Respectfully submitted,


/s/ Kimberly Mosolf
David R. Carlson, WSBA No. 35767
Kimberly Mosolf, WSBA No. 49548
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
davidc@dr-wa.org
kimberlym@dr-wa.org


/S/Christopher Carney
Christopher Carney, WSBA No. 30325
Carney Gillespie PLLP
600 1st Avenue, Suite LL08
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@carneygillespie.com
*Attorneys for Plaintiffs*

/s/ Nicholas A. Williamson
Nicholas A. Williamson, WSBA No. 44470
Jessica Erickson, WSBA No. 43024
Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
NicholasW1@atg.wa.gov
JessicaE@atg.wa.gov
*Attorneys for Defendants*

CARNEY
GILLESPIE

600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com