THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| A.B., by and through her next friend Cassie Cordell Trueblood, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> Washington State Department of Social and Health Services, *et al.*, <br><br> Defendants. | No. 14-cv-01178-MJP <br><br> DECLARATION OF CHRISTOPHER CARNEY IN SUPPORT OF STIPULATED MOTION FOR ATTORNEYS' FEES AND COSTS |
|---|---|

I, Christopher Carney, declare as follows:

1. I am counsel representing Plaintiffs and members of the plaintiff class in the above-captioned action. I am over the age of eighteen, have personal knowledge of the matters contained herein, and am competent to testify thereto.

2. Attached as Exhibit A is a true and correct copy of my invoice for work performed in this matter for the period of July 1, 2019 through February 29, 2020. My total billing for this period was $89,117.60.

3. Attached as Exhibit B is a true and correct copy of the detailed hourly billing by Disability Rights Washington ("DRW") for the period of July 1, 2019 through February 29, 2020. The total billings for DRW for this period was $213,705.10.

Declaration of Christopher Carney in Support of
Stipulated Motion for Attorney's Fees and Costs
C14-1178 MJP
Page 1 of 2



CARNEY GILLESPIE
600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com

4. Attached as Exhibit C is a true and correct copy of the costs incurred by Disability Rights Washington for the period of July 1, 2019 through February 29, 2020, for a total of $2,087.46.

5. All of the work reflected in the attached documents was performed in good faith and was reasonably necessary to serve the interests of the Class Members.

6. The grand total for the period July 1, 2019 through February 29, 2020 is $302,822.70 in fees, and $2,087.46 in costs.

7. I declare under penalty of perjury under 28 U.S.C. § 1746, that the forgoing is true and accurate.

Dated this April 20, 2020, at Seattle, Washington.

/s/ Christopher Carney
Christopher Carney, WSBA #30325

Declaration of Christopher Carney in Support of
Stipulated Motion for Attorney's Fees and Costs
C14-1178 MJP
Page 2 of 2

CARNEY GILLESPIE
600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com