**Carney Gillespie PLLP**
600 1st Avenue
Suite LL08
Seattle, WA  98104 US
+1 2064450220
sean.gillespie@carneygillespie.com



**BILL TO**
CGI

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/03/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on review of HCA budget presentation. | 0:18 | 451.00 | 135.30 |
| 07/03/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on proposal for data project. | 1:18 | 451.00 | 586.30 |
| 07/05/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on research on ACH for possible executive or GAC membership. | 0:36 | 451.00 | 270.60 |
| 07/11/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review data project proposal. | 0:54 | 451.00 | 405.90 |
| 07/15/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review report on supportive housing to interrupt cycling through jail/71.05 for class members. | 0:30 | 451.00 | 225.50 |
| 07/15/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on review of data project proposal. | 0:24 | 451.00 | 180.40 |
| 07/16/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review Kinlen declaration/waitlist data, cross-reference with prior reports. | 2:36 | 451.00 | 1,172.60 |
| 07/16/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review Williamson email re:MHCSF. | 0:06 | 451.00 | 45.10 |
| 07/17/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>King County phase two outreach meeting (farestart), travel. | 1:36 | 451.00 | 721.60 |
| 07/19/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on data project proposal. | 1:06 | 451.00 | 496.10 |
| 07/21/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Research on arrest diversion for RCW 10.31.110 implementation. | 2:48 | 451.00 | 1,262.80 |
| 07/22/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review diversion conference materials from Dr. Waiblinger, research on diversion literature. | 3:30 | 451.00 | 1,578.50 |
| 07/25/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Email correspondence with team re: GAC membership. | 0:18 | 451.00 | 135.30 |
| 08/07/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on RCW 10.31.110 outreach planning, team meeting re: same. | 2:48 | 451.00 | 1,262.80 |
| 08/09/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on outreach for RCW 10.31.110. | 0:12 | 451.00 | 90.20 |
| 08/12/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on 10.31.110 outreach. | 0:36 | 451.00 | 270.60 |
| 08/13/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Research arrest diversion eligibility criteria nationwide, work on drafting outreach materials. | 3:36 | 451.00 | 1,623.60 |
| 08/13/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on outreach re:10.31.110. | 0:48 | 451.00 | 360.80 |
| 08/13/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Research on comparable arrest diversion criteria and outcomes. | 2:06 | 451.00 | 947.10 |
| 08/14/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>RCW 10.31.110 outreach work. | 0:30 | 451.00 | 225.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/15/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on outreach for implementation of RCW 10.31.110. | 1:18 | 451.00 | 586.30 |
| 08/15/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review Kinlen declaration and attached data; cross-reference with past reports. | 2:42 | 451.00 | 1,217.70 |
| 08/16/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review building 27 policies. | 1:24 | 451.00 | 631.40 |
| 08/16/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Email correspondence for 10.31.110 outreach. | 0:36 | 451.00 | 270.60 |
| 08/18/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Email correspondence for 10.31.110 outreach. | 0:24 | 451.00 | 180.40 |
| 08/19/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Emails and calls; 10.31.110 outreach. | 0:36 | 451.00 | 270.60 |
| 08/21/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Emails for arrest diversion outreach. | 0:36 | 451.00 | 270.60 |
| 08/21/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on stipulated motion to release contempt funds. | 1:24 | 451.00 | 631.40 |
| 08/22/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on declaration for stipulated motion to release contempt funds. | 1:12 | 451.00 | 541.20 |
| 08/23/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on stipulated motion. | 0:30 | 451.00 | 225.50 |
| 08/27/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on stipulated motion. | 0:30 | 451.00 | 225.50 |
| 08/28/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on Executive Committee agenda. | 0:18 | 451.00 | 135.30 |
| 08/28/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Email correspondence re: data project. | 0:12 | 451.00 | 90.20 |
| 08/29/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Outreach for 10.31.110. | 0:12 | 451.00 | 90.20 |
| 08/29/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Emails re: monthly report timing. | 0:12 | 451.00 | 90.20 |
| 08/30/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Email correspondence for outreach on 10.31.110. | 0:18 | 451.00 | 135.30 |
| 09/03/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Email correspondence with co-counsel re: outreach to Pierce County; 10.31.110 outreach. | 0:36 | 451.00 | 270.60 |
| 09/04/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Email correspondence and phone calls re: arrest diversion implementation. | 1:18 | 451.00 | 586.30 |
| 09/06/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Telephone conference with Frontier Behavioral Health re: arrest diversion implementation. | 0:24 | 451.00 | 180.40 |
| 09/06/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review notice re: WSH beds construction; review settlement language and prior representations by defense. | 1:06 | 451.00 | 496.10 |
| 09/08/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on preparation for Thurston outreach meeting. | 2:24 | 451.00 | 1,082.40 |
| 09/09/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review agenda, pre-reads for executive committee meeting, preparation for same. | 1:36 | 451.00 | 721.60 |
| 09/09/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review agenda and prep for status hearing. | 2:12 | 451.00 | 992.20 |
| 09/09/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on review and edits of draft quarterly report. | 2:06 | 451.00 | 947.10 |
| 09/10/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Prepare and participate in arrest diversion implementation call with Pierce County. | 1:24 | 451.00 | 631.40 |
| 09/10/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on preparation for status hearing. | 1:00 | 451.00 | 451.00 |
| 09/10/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Preparation plus call re: data project. | 2:24 | 451.00 | 1,082.40 |
| 09/10/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Arrest diversion outreach work. | 0:30 | 451.00 | 225.50 |
| 09/11/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on reviewing Court Monitor's report, cross-reference with prior reports. | 2:54 | 451.00 | 1,307.90 |
| 09/12/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on preparation for status hearing. | 4:06 | 451.00 | 1,849.10 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/12/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review waitlist compliance data, cross-reference with prior data, prep for status hearing. | 1:48 | 451.00 | 811.80 |
| 09/13/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Preparation, travel, attend status hearing. | 3:24 | 451.00 | 1,533.40 |
| 09/15/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on outreach materials for arrest diversion. | 1:24 | 451.00 | 631.40 |
| 09/16/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review Kinlen declaration and compliance data, cross-reference with prior data. | 2:18 | 451.00 | 1,037.30 |
| 09/23/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Preparation and attend executive committee meeting. | 4:30 | 451.00 | 2,029.50 |
| 09/25/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review and research suggested data analysis contractors. | 1:42 | 451.00 | 766.70 |
| 09/26/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review draft GAC correspondence. | 0:12 | 451.00 | 90.20 |
| 10/01/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on drafting and edits to proposed stipulated order. | 0:42 | 451.00 | 315.70 |
| 10/01/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Emails for arrest diversion outreach. | 0:18 | 451.00 | 135.30 |
| 10/02/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Telephone call; arrest diversion outreach/Spokane. | 0:30 | 451.00 | 225.50 |
| 10/03/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Research; review diversion protocols nationwide; email correspondence re: local protocols. | 1:06 | 451.00 | 496.10 |
| 10/07/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Team discussion and review photos/diagrams of room designs for new hospital wards. | 0:42 | 451.00 | 315.70 |
| 10/11/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Prep and telephone call, arrest diversion outreach Spokane City Attorney. | 0:54 | 451.00 | 405.90 |
| 10/11/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review Kinlen declaration and attachments. | 0:30 | 451.00 | 225.50 |
| 10/12/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Legal research on arrest diversion, bench warrants issue. | 1:12 | 451.00 | 541.20 |
| 10/15/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Travel; meeting with WDA, discuss outreach to defense bar. | 1:30 | 451.00 | 676.50 |
| 10/15/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review Kinlen declaration/exhibits and data, cross-reference with prior reports. | 2:30 | 451.00 | 1,127.50 |
| 10/16/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Email correspondence with WDA. | 0:24 | 451.00 | 180.40 |
| 10/18/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Email correspondence with Spokane stakeholders re: arrest diversion implementation. | 0:18 | 451.00 | 135.30 |
| 10/21/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review MacArthur email and attachments re: SIM mapping, jumpstart funds. | 0:36 | 451.00 | 270.60 |
| 10/21/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Email correspondence with GAC re: 10.77.088. | 0:36 | 451.00 | 270.60 |
| 10/22/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on stakeholder messaging re: wind-down of alternate sites. | 0:36 | 451.00 | 270.60 |
| 10/22/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Stakeholder correspondence re: arrest diversion outreach. | 0:24 | 451.00 | 180.40 |
| 10/23/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Prepare, travel, stakeholder meeting for arrest diversion outreach. | 1:54 | 451.00 | 856.90 |
| 10/27/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review MacArthur email re: GAC membership. | 0:12 | 451.00 | 90.20 |
| 10/31/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review proposed GAC onboarding presentation. | 0:18 | 451.00 | 135.30 |
| 11/04/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Preparation; arrest diversion implementation outreach call to Spokane County system partners; review documents on arrest diversion policies provided by same. | 2:18 | 451.00 | 1,037.30 |
| 11/06/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review GAC email. | 0:06 | 451.00 | 45.10 |
| 11/07/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Emails for arrest diversion outreach to Thurston County. | 0:18 | 451.00 | 135.30 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/08/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Review GAC meeting pre-reads, cross-reference with settlement and planning documents. | 1:12 | 451.00 | 541.20 |
| 11/08/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Work on outreach materials for arrest diversion. | 1:36 | 451.00 | 721.60 |
| 11/11/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Review jump start funds proposal email. | 0:12 | 451.00 | 90.20 |
| 11/13/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Review information and pleadings relating to erroneous implementation of misdemeanor restoration statute. | 0:30 | 451.00 | 225.50 |
| 11/14/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Work on arrest diversion implementation outreach materials. | 0:48 | 451.00 | 360.80 |
| 11/18/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Review GAC planning emails and agenda. | 0:24 | 451.00 | 180.40 |
| 11/19/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Review GAC email, PCG report. | 0:54 | 451.00 | 405.90 |
| 11/21/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Work on motion and order to disburse funds. | 0:30 | 451.00 | 225.50 |
| 11/22/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Review outreach documents for planning work with King County, cross-reference with settlement agreement and implementation plan. | 1:54 | 451.00 | 856.90 |
| 11/25/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Travel; GAC meeting. | 3:42 | 451.00 | 1,668.70 |
| 11/25/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Work on Jail Technical Assistance manual. | 2:12 | 451.00 | 992.20 |
| 11/26/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Review GAC minutes and follow-up documents. | 1:42 | 451.00 | 766.70 |
| 11/26/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Work on JTA manual. | 1:06 | 451.00 | 496.10 |
| 11/27/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Email correspondence with State re: E3/E4 design. | 0:36 | 451.00 | 270.60 |
| 12/03/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Work on JTA manual. | 2:18 | 451.00 | 1,037.30 |
| 12/04/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Arrest diversion outreach correspondence. | 0:18 | 451.00 | 135.30 |
| 12/06/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Work on draft quarterly status report, cross-reference with implementation plan. | 2:30 | 451.00 | 1,127.50 |
| 12/06/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Email correspondence re: data project. | 0:12 | 451.00 | 90.20 |
| 12/09/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Work on draft quarterly status report. | 0:54 | 451.00 | 405.90 |
| 12/10/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Work on draft quarterly report. | 0:24 | 451.00 | 180.40 |
| 12/11/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Review agenda and pre-reads for executive committee meeting. | 0:24 | 451.00 | 180.40 |
| 12/11/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Work on prep for status hearing, review data, Court's questions, prior reports. | 3:36 | 451.00 | 1,623.60 |
| 12/12/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Work on status hearing prep. | 1:18 | 451.00 | 586.30 |
| 12/13/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Review monitor's report/exhibits; cross-reference with prior reports. | 3:12 | 451.00 | 1,443.20 |
| 12/15/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Review monitor's narrative report, cross-reference with past reports. | 1:54 | 451.00 | 856.90 |
| 12/16/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Conference call with team for status hearing prep. | 0:18 | 451.00 | 135.30 |
| 12/16/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Work on preparation for status hearing, review pleadings and data. | 3:36 | 451.00 | 1,623.60 |
| 12/17/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Travel; team meeting, status conference. | 3:06 | 451.00 | 1,398.10 |
| 12/17/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Email correspondence re: training for defenders re: TCEA policies. | 0:06 | 451.00 | 45.10 |
| 12/18/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Travel; executive committee meeting and team meeting. | 3:12 | 451.00 | 1,443.20 |
| 12/18/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr** Review governor's supplemental budget explainer. | 0:24 | 451.00 | 180.40 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/19/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review executive committee minutes. | 0:18 | 451.00 | 135.30 |
| 12/20/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on outreach to system partners re: misdemeanor restoration. | 0:12 | 451.00 | 90.20 |
| 12/22/2019 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Email correspondence with defense re: TCEA training for defenders. | 0:06 | 451.00 | 45.10 |
| 01/02/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Email correspondence for arrest diversion outreach. | 0:18 | 451.00 | 135.30 |
| 01/06/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Preparation, travel, attend Thurston County Opiate Task Force meeting, outreach for arrest diversion with defenders, treatment, and law enforcement/prosecution. | 5:18 | 451.00 | 2,390.30 |
| 01/06/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Email correspondence re: TCEA training. | 0:12 | 451.00 | 90.20 |
| 01/08/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Emails re: TCEA training. | 0:18 | 451.00 | 135.30 |
| 01/13/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Travel; outreach for king county/phase two, competency continuum meeting. | 2:06 | 451.00 | 947.10 |
| 01/13/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review OCM materials from Kinlen; research on OCM. | 0:54 | 451.00 | 405.90 |
| 01/13/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Arrest diversion outreach emails. | 0:18 | 451.00 | 135.30 |
| 01/14/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on review of evaluation design document from RDA. | 1:30 | 451.00 | 676.50 |
| 01/14/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on review of Kinlen contempt declaration, cross-reference prior reports. | 2:06 | 451.00 | 947.10 |
| 01/15/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Emails re: TCEA training. | 0:12 | 451.00 | 90.20 |
| 01/16/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Emails re: TCEA training, misdemeanor restoration presentations, GAC planning. | 0:30 | 451.00 | 225.50 |
| 01/17/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Emails re: TCEA training. | 0:18 | 451.00 | 135.30 |
| 01/20/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Emails re: arrest diversion outreach. | 0:12 | 451.00 | 90.20 |
| 01/27/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Emails re: TCEA training. | 0:18 | 451.00 | 135.30 |
| 01/27/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review GAC agenda and pre-reads. | 0:48 | 451.00 | 360.80 |
| 01/28/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review draft stipulated motion/decl/exhibits for SIM funds. | 0:54 | 451.00 | 405.90 |
| 01/31/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Prep, teleconference with DMCJA re: misdemeanor restoration. | 1:24 | 451.00 | 631.40 |
| 02/03/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Preparation, travel; GAC meeting, debrief. | 4:18 | 451.00 | 1,939.30 |
| 02/03/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Emails re: arrest diversion outreach. | 0:12 | 451.00 | 90.20 |
| 02/03/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review GAC minutes. | 0:18 | 451.00 | 135.30 |
| 02/05/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Travel; prep and meeting with King County BHRD, phase two planning outreach. | 1:42 | 451.00 | 766.70 |
| 02/06/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Emails re: arrest diversion outreach. | 0:18 | 451.00 | 135.30 |
| 02/10/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Travel; phase two planning outreach/competency continuum meeting. | 1:54 | 451.00 | 856.90 |
| 02/10/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on outreach for King County/phase two planning - collaboration with KC-BHRD/competency continuum group to analyze gaps between Trueblood programs and King County programs. | 2:06 | 451.00 | 947.10 |
| 02/11/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Travel; attend forensic PATH training in Lacey. | 9:18 | 451.00 | 4,194.30 |
| 02/12/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on presentations for misdemeanor restoration with defenders and DMCJA. | 3:54 | 451.00 | 1,758.90 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 02/14/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Planning call with Spokane re: arrest diversion. | 0:18 | 451.00 | 135.30 |
| 02/18/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review data on "high utilizers" from HCA. | 0:06 | 451.00 | 45.10 |
| 02/21/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Emails re: Spokane crisis beds. | 0:12 | 451.00 | 90.20 |
| 02/24/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on review of misdemeanor restoration data, analyze trend, cross-reference with prior reporting. | 1:54 | 451.00 | 856.90 |
| 02/25/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Attend webex meeting re: Spokane crisis triage. | 0:42 | 451.00 | 315.70 |
| 02/25/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on presentation and documents for DMCJA misdemeanor restoration outreach. | 3:06 | 451.00 | 1,398.10 |
| 02/25/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Planning call for DMCJA outreach. | 0:30 | 451.00 | 225.50 |
| 02/25/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on presentation and materials for misdemeanor restoration outreach to DMCJA. | 3:36 | 451.00 | 1,623.60 |
| 02/27/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Work on powerpoint and materials for misdemeanor restoration outreach presentations to defenders and DMJCA. | 2:24 | 451.00 | 1,082.40 |
| 02/27/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Emails re: outreach work to King County for Phase Two planning. | 0:18 | 451.00 | 135.30 |
| 02/27/2020 | **Attorney's Fees:Trueblood 2019-2020 rate $451/hr**<br>Review documents sent by KC_BHRD for phase two planning. | 1:06 | 451.00 | 496.10 |
|  |  |  | Subtotal: | 89,117.60 |