| Employee | Date | Time | Rate | Total | Time Action | Time Entry Note |
|---|---|---|---|---|---|---|
| Carlson, David | 9/3/19 | 1.50 | $541 | $811.50 | L470 Enforcement | trueblood planning staffing and next steps |
| Carlson, David | 9/10/19 | 4.50 | $541 | $2,434.50 | L470 Enforcement | travel for trueblood diversion conference |
| Carlson, David | 9/10/19 | 1.00 | $541 | $541.00 | L470 Enforcement | call w def and ct mntr re data |
| Carlson, David | 9/10/19 | 1.00 | $541 | $541.00 | L470 Enforcement | meet w co-counsel re status hearing/trueblood activity |
| Carlson, David | 9/11/19 | 10.50 | $541 | $5,680.50 | L470 Enforcement | trueblood diversion conference |
| Carlson, David | 9/12/19 | 8.00 | $541 | $4,328.00 | L470 Enforcement | trueblood diversion conference |
| Carlson, David | 9/13/19 | 2.00 | $541 | $1,082.00 | L470 Enforcement | status conference |
| Carlson, David | 9/13/19 | 1.80 | $541 | $973.80 | L470 Enforcement | travel to hearing |
| Carlson, David | 9/13/19 | 4.00 | $541 | $2,164.00 | L470 Enforcement | travel back form hearing/conference |
| Carlson, David | 9/23/19 | 3.00 | $541 | $1,623.00 | L470 Enforcement | executive committee meeting |
| Carlson, David | 9/26/19 | 0.70 | $541 | $378.70 | L470 Enforcement | promote training to class members |
| Carlson, David | 9/26/19 | 0.40 | $541 | $216.40 | L470 Enforcement | review fees and proposal and respond |
| Carlson, David | 10/7/19 | 2.50 | $541 | $1,352.50 | L470 Enforcement | research legality of design of new units |
| Carlson, David | 10/18/19 | 1.50 | $541 | $811.50 | L470 Enforcement | respond to yak and ml closure |
| Carlson, David | 11/21/19 | 0.80 | $541 | $432.80 | L470 Enforcement | draft fee motion documents |
| Carlson, David | 11/25/19 | 1.00 | $541 | $541.00 | L470 Enforcement | travel to and from gac meeting |
| Carlson, David | 11/25/19 | 3.00 | $541 | $1,623.00 | L470 Enforcement | gac meeting |
| Carlson, David | 11/25/19 | 1.50 | $541 | $811.50 | L470 Enforcement | research outpatient competency - specifically racial equity lens |
| Carlson, David | 12/11/19 | 3.00 | $541 | $1,623.00 | L470 Enforcement | prepare and deliver presentation on trueblood to Regional Law and Justice Council - 23 elected positions - county commissioners, city council members, sherrif, spo and spo valley police, prosecutor, city attorneys,…, as well as 4 appointed community representatives and an additional couple dozen community member attendees. |
| Carlson, David | 12/18/19 | 2.00 | $541 | $1,082.00 | L470 Enforcement | executive committee meeting |
| Carlson, David | 1/17/20 | 1.50 | $541 | $811.50 | L470 Enforcement | Judge Z and others emails about out of custody waitlist etc |
| Carlson, David | 1/21/20 | 0.50 | $541 | $270.50 | L470 Enforcement | review and share SeaFn updated agreement; respond to SeaFn |
| Carlson, David | 2/3/20 | 4.00 | $541 | $2,164.00 | L470 Enforcement | emails on the PRA data funding motion |
| Carlson, David | 2/21/20 | 1.00 | $541 | $541.00 | L470 Enforcement | travel to/from Olympia to address Thurston Co crim justice group about 10.31.110 and other implementation questions |
| Carlson, David | 2/25/20 | 1.00 | $541 | $541.00 | L470 Enforcement | Thurston Co crim justice group meeting regarding 10.31.110 and implementation |
| **CARLSON TOTAL** | | **61.70** | | **$33,379.70** | | |
| | | | | | | |
| Frenchman, Ethan | 7/11/19 | 3.90 | $382 | $1,489.80 | 02 Editing | DSHS Jail TA "standards" first draft edits |
| Frenchman, Ethan | 7/12/19 | 4.00 | $382 | $1,528.00 | 02 Editing | DSHS "jail standards" TA guide version 1 edits |
| Frenchman, Ethan | 7/25/19 | 1.30 | $382 | $496.60 | 02 Meeting | Call w/ DSHS and others re: jail best practices guide and DSHS Jail TA |
| Frenchman, Ethan | 7/29/19 | 0.90 | $382 | $343.80 | L470 Enforcement | edits to DSHS jail practices section "release planning" |
| Frenchman, Ethan | 7/30/19 | 5.20 | $382 | $1,986.40 | L470 Enforcement | edits to DSHS jail practices section "release planning" |
| Frenchman, Ethan | 8/1/19 | 0.50 | $382 | $191.00 | L470 Enforcement | Drafting and circulating DSHS jail guide for release planning |
| Frenchman, Ethan | 8/12/19 | 4.30 | $382 | $1,642.60 | 02 Editing | editing DSHS jail guide chapter on suicide risk management |
| Frenchman, Ethan | 8/13/19 | 1.60 | $382 | $611.20 | 02 Editing | editing DSHS jail guide chapter on suicide risk management |
| Frenchman, Ethan | 8/30/19 | 0.60 | $382 | $229.20 | 02 Communicating | Call w/ DSHS Jail best practices and TA group, notes prepared for KM |
| Frenchman, Ethan | 10/28/19 | 1.50 | $382 | $573.00 | L470 Enforcement | DSHS jail guide review/edits |
| Frenchman, Ethan | 10/28/19 | 1.90 | $382 | $725.80 | L470 Enforcement | DSHS jail guidelines review and edits |
| Frenchman, Ethan | 10/30/19 | 3.00 | $382 | $1,146.00 | L470 Enforcement | DSHS jail standards guide review and edits |
| Frenchman, Ethan | 11/21/19 | 0.40 | $382 | $152.80 | 02 Editing | review DSHS jail ta guide |
| Frenchman, Ethan | 11/25/19 | 3.00 | $382 | $1,146.00 | 02 Editing | editing DSHS jail TA guide |
| Frenchman, Ethan | 12/4/19 | 0.70 | $382 | $267.40 | L470 Enforcement | Jail TA guide review and edits |
| Frenchman, Ethan | 12/23/19 | 1.50 | $382 | $573.00 | L470 Enforcement | call re Jail TA guide DRW edits |
| Frenchman, Ethan | 1/9/20 | 3.00 | $382 | $1,146.00 | 02 Editing | Jail TA Guide edits re: Restrictive housing |
| Frenchman, Ethan | 2/7/20 | 1.20 | $382 | $458.40 | L110 Fact Investigation/Development | call w/ DW reL NK participant, medical care issues development |
| Frenchman, Ethan | 2/7/20 | 1.00 | $382 | $382.00 | L160 Settlement/Non0Binding ADR | review settlement agreement samples |
| **FRENCHMAN TOTAL** | | **39.50** | | **$15,089.00** | | |
| | | | | | | |
| Leonard, Beth | 9/23/19 | 3.10 | $382 | $1,184.20 | 02 Meeting | TB Exec committee Meeting |
| Leonard, Beth | 10/7/19 | 1.50 | $382 | $573.00 | L470 Enforcement | KC comp res workgroup meeting |
| Leonard, Beth | 10/7/19 | 0.20 | $382 | $76.40 | 02 Meeting | PC with KM, CC, and DC re E ward design. |
| Leonard, Beth | 11/18/19 | 2.00 | $382 | $764.00 | L470 Enforcement | Strategy meeting pre-GAC |
| Leonard, Beth | 11/25/19 | 3.10 | $382 | $1,184.20 | L470 Enforcement | GAC |

| Name | Date | Hours | Rate | Amount | Category | Description |
|---|---|---|---|---|---|---|
| Leonard, Beth | 11/26/19 | 0.30 | $382 | $114.60 | L470 Enforcement | PC re Judge P visit to FSCRP |
| Leonard, Beth | 12/11/19 | 1.20 | $382 | $458.40 | 02 Learning/Reading | Review TB exec committee agenda and materials |
| Leonard, Beth | 12/12/19 | 2.30 | $382 | $878.60 | 02 Learning/Reading | Background info for exec committee meeting. State v. hand; Weger case |
| Leonard, Beth | 12/16/19 | 0.40 | $382 | $152.80 | L470 Enforcement | prep call for status hearing |
| Leonard, Beth | 12/16/19 | 1.60 | $382 | $611.20 | L470 Enforcement | Read court monitor report, discuss with KM, Weger case research |
| Leonard, Beth | 12/17/19 | 2.30 | $382 | $878.60 | L470 Enforcement | Attend status conference, time pre/post conference |
| Leonard, Beth | 12/18/19 | 3.10 | $382 | $1,184.20 | L470 Enforcement | Exec committee meeting; time pre/post meeting |
| Leonard, Beth | 1/16/20 | 0.50 | $382 | $191.00 | L470 Enforcement | TB emails related to GAC agenda |
| Leonard, Beth | 1/16/20 | 0.30 | $382 | $114.60 | L470 Enforcement | review old agendas for GAC |
| Leonard, Beth | 1/17/20 | 0.40 | $382 | $152.80 | L470 Enforcement | Emails with Aura re GAC |
| Leonard, Beth | 1/17/20 | 1.30 | $382 | $496.60 | L470 Enforcement | Data presenation webex |
| Leonard, Beth | 1/22/20 | 1.50 | $382 | $573.00 | L470 Enforcement | Review rulemaking email sent by TC; contact BHA rulemaking manager to get on list; subscribe to BHA and DDA general notification lists; search for other TB rules |
| Leonard, Beth | 1/23/20 | 0.40 | $382 | $152.80 | L470 Enforcement | email communication re rule process |
| Leonard, Beth | 1/28/20 | 0.30 | $382 | $114.60 | L470 Enforcement | Emails re GAC |
| Leonard, Beth | 2/3/20 | 4.10 | $382 | $1,566.20 | L470 Enforcement | GAC meeting; time prepping for and debriefing GAC meeting |
| Leonard, Beth | 2/3/20 | 0.50 | $382 | $191.00 | L470 Enforcement | GAC prep meeting with KM |
| Leonard, Beth | 2/14/20 | 0.40 | $382 | $152.80 | 02 Communicating | emails; brief review of new data |
| Leonard, Beth | 2/19/20 | 0.40 | $382 | $152.80 | L250 Other Written Motions & Submissions | File NOA with MR support |
| **LEONARD TOTAL** | | **31.20** | | **$11,918.40** | | |
| Lord, David | 8/19/19 | 6.00 | $541 | $3,246.00 | L160 Settlement/Non0Binding ADR | travel to Lacey, attend Senior Lobby 30 minute presentation to 60 members on Trueblood settlement implementation, 5444, and discussions with members regarding impact and next steps |
| Lord, David | 10/5/19 | 5.00 | $541 | $2,705.00 | 02 Educating and Information Development | NAMI training on Trueblood; travel to NAMI conference (50% - Trueblooed, 50% PAVA) Training-2 - LEgislative update for NAMI (20);Trueblood update (13) |
| Lord, David | 10/31/19 | 2.50 | $541 | $1,352.50 | L120 Analysis/Strategy | Preparation for discussion of Maple Lane and Yakima with advocates, discussion meeting with advocates |
| **LORD TOTAL** | | **13.50** | | **$7,303.50** | | |
| Mosolf, Kim | 7/1/19 | 0.80 | $509 | $407.20 | L470 Enforcement | Pierce diversion call and discuss with DF |
| Mosolf, Kim | 7/2/19 | 0.70 | $509 | $356.30 | L470 Enforcement | finishing and sharing notes from Pierce diversion call with Rvw Committee |
| Mosolf, Kim | 7/3/19 | 1.20 | $509 | $610.80 | L470 Enforcement | responding to Dr. Evans's questions, edits from Chris |
| Mosolf, Kim | 7/8/19 | 1.20 | $509 | $610.80 | L470 Enforcement | travel to/from PRA site visit King County housing sites |
| Mosolf, Kim | 7/8/19 | 2.50 | $509 | $1,272.50 | L470 Enforcement | PRA site visit |
| Mosolf, Kim | 7/8/19 | 0.50 | $509 | $254.50 | L470 Enforcement | follow up emails re Phase II refunding |
| Mosolf, Kim | 7/8/19 | 0.40 | $509 | $203.60 | L470 Enforcement | organizing for tomorrow's PRA Pierce site visit |
| Mosolf, Kim | 7/8/19 | 0.70 | $509 | $356.30 | L470 Enforcement | edits to Jail TA guide from OFMHS |
| Mosolf, Kim | 7/9/19 | 8.00 | $509 | $4,072.00 | L470 Enforcement | PRA site visit Pierce County |
| Mosolf, Kim | 7/9/19 | 3.00 | $509 | $1,527.00 | L470 Enforcement | travel to/from Pierce PRA site visit |
| Mosolf, Kim | 7/10/19 | 5.50 | $509 | $2,799.50 | L470 Enforcement | edits to Jail TA guide from DSHS |
| Mosolf, Kim | 7/10/19 | 0.30 | $509 | $152.70 | L470 Enforcement | t.c. DF re diversion site visits |
| Mosolf, Kim | 7/11/19 | 3.00 | $509 | $1,527.00 | L470 Enforcement | edits to Jail Guide/meeting and sharing with EF for input |
| Mosolf, Kim | 7/11/19 | 0.30 | $509 | $152.70 | L470 Enforcement | mtg DF |
| Mosolf, Kim | 7/12/19 | 1.10 | $509 | $559.90 | L470 Enforcement | confer with EF on edits to Jail TA guide, combine, share |
| Mosolf, Kim | 7/15/19 | 0.70 | $509 | $356.30 | L470 Enforcement | editing Jail TA Guide |
| Mosolf, Kim | 7/18/19 | 0.70 | $509 | $356.30 | L470 Enforcement | receiving and sharing Quarterly reports |
| Mosolf, Kim | 7/18/19 | 1.00 | $509 | $509.00 | L470 Enforcement | Pierce Phase II refunding call |
| Mosolf, Kim | 7/19/19 | 0.30 | $509 | $152.70 | L470 Enforcement | call with CC re data project |
| Mosolf, Kim | 7/22/19 | 0.30 | $509 | $152.70 | L470 Enforcement | dates for discussion with PRA re filming at diversion summit |
| Mosolf, Kim | 7/22/19 | 2.50 | $509 | $1,272.50 | L470 Enforcement | drafting declaration, motion, exh for Phase II diversion refunding |
| Mosolf, Kim | 7/22/19 | 0.30 | $509 | $152.70 | L470 Enforcement | saving diversion Q reports |
| Mosolf, Kim | 7/22/19 | 3.00 | $509 | $1,527.00 | L470 Enforcement | travel to TriCities for Lourdes site visit |
| Mosolf, Kim | 7/23/19 | 1.00 | $509 | $509.00 | L470 Enforcement | PRA diversion technical assistance call |
| Mosolf, Kim | 7/24/19 | 4.00 | $509 | $2,036.00 | L470 Enforcement | travel to Lourdes and Yakima site visits |
| Mosolf, Kim | 7/24/19 | 5.00 | $509 | $2,545.00 | L470 Enforcement | Lourdes and Yakima site visits |
| Mosolf, Kim | 7/24/19 | 0.30 | $509 | $152.70 | L470 Enforcement | call and discussions re Pierce Phase II |

| Name | Date | Hours | Rate | Amount | Category | Description |
|---|---|---|---|---|---|---|
| Mosolf, Kim | 7/25/19 | 1.00 | $509 | $509.00 | L470 Enforcement | jail guide call with DSHS, debrief |
| Mosolf, Kim | 7/25/19 | 3.00 | $509 | $1,527.00 | L470 Enforcement | Review Pierce Phase II provider info PHS vs GL, share info with Rvw Comm |
| Mosolf, Kim | 7/25/19 | 2.00 | $509 | $1,018.00 | L470 Enforcement | diversion program emails, drafting motion, etc |
| Mosolf, Kim | 7/25/19 | 0.30 | $509 | $152.70 | L470 Enforcement | mtg DF re diversion pgm follow up |
| Mosolf, Kim | 7/25/19 | 0.30 | $509 | $152.70 | L470 Enforcement | Building 27 questions to AP |
| Mosolf, Kim | 7/29/19 | 0.30 | $509 | $152.70 | L470 Enforcement | mtg DF |
| Mosolf, Kim | 7/29/19 | 1.10 | $509 | $559.90 | L470 Enforcement | call re Pierce county Phase II with follow up research and sharing budget increase info |
| Mosolf, Kim | 7/31/19 | 0.30 | $509 | $152.70 | L470 Enforcement | call with AGs re potential data project |
| Mosolf, Kim | 7/31/19 | 0.40 | $509 | $203.60 | L470 Enforcement | emails re Pierce Phase II refunding |
| Mosolf, Kim | 7/31/19 | 0.40 | $509 | $203.60 | L470 Enforcement | DF diversion meeting/email |
| Mosolf, Kim | 8/1/19 | 0.50 | $509 | $254.50 | L470 Enforcement | Call with PRA re summit video |
| Mosolf, Kim | 8/1/19 | 0.40 | $509 | $203.60 | L470 Enforcement | reviewing diversion summit agenda etc |
| Mosolf, Kim | 8/1/19 | 1.00 | $509 | $509.00 | L470 Enforcement | edits to jail guide |
| Mosolf, Kim | 8/1/19 | 0.20 | $509 | $101.80 | L470 Enforcement | reply to TM BHO Pros email |
| Mosolf, Kim | 8/1/19 | 0.40 | $509 | $203.60 | L470 Enforcement | review Lourdes site visit report |
| Mosolf, Kim | 8/2/19 | 0.80 | $509 | $407.20 | L470 Enforcement | drafting diversion funding email, sharing |
| Mosolf, Kim | 8/2/19 | 0.80 | $509 | $407.20 | L470 Enforcement | call with DM re implementation; follow up email |
| Mosolf, Kim | 8/5/19 | 0.90 | $509 | $458.10 | L470 Enforcement | Plumb Research call re Phase III |
| Mosolf, Kim | 8/5/19 | 0.40 | $509 | $203.60 | L470 Enforcement | Emails re court notification on class mbr communication, follow up research |
| Mosolf, Kim | 8/5/19 | 0.40 | $509 | $203.60 | L470 Enforcement | attorney fee review |
| Mosolf, Kim | 8/5/19 | 0.30 | $509 | $152.70 | L470 Enforcement | Scheduling call re 10.31.110 implementation |
| Mosolf, Kim | 8/6/19 | 0.70 | $509 | $356.30 | L430 Written Motions and Submissions | editing Darya's declaration in support of additional funding |
| Mosolf, Kim | 8/7/19 | 0.80 | $509 | $407.20 | L470 Enforcement | edits to Phase II refunding motion, filing |
| Mosolf, Kim | 8/7/19 | 0.60 | $509 | $305.40 | L470 Enforcement | call with team about 10.31.110 enforcement |
| Mosolf, Kim | 8/7/19 | 0.30 | $509 | $152.70 | L470 Enforcement | reading and sharing article on LEAD expansion with diversion $ |
| Mosolf, Kim | 8/8/19 | 0.40 | $509 | $203.60 | L430 Written Motions and Submissions | editing motion for refunding DF position |
| Mosolf, Kim | 8/9/19 | 0.50 | $509 | $254.50 | L470 Enforcement | draft email RCW 10.31.110 implementation |
| Mosolf, Kim | 8/9/19 | 1.80 | $509 | $916.20 | L470 Enforcement | grant agreement drafting Phase II programs, sharing with SeaFn |
| Mosolf, Kim | 8/9/19 | 0.30 | $509 | $152.70 | L470 Enforcement | emails re Phase II refunding order |
| Mosolf, Kim | 8/12/19 | 1.80 | $509 | $916.20 | L470 Enforcement | RCW 10.31.110 implementation emails to providers and defense attorneys |
| Mosolf, Kim | 8/14/19 | 0.80 | $509 | $407.20 | L470 Enforcement | edit TMBHO report, answer the Hand case questions |
| Mosolf, Kim | 8/15/19 | 0.50 | $509 | $254.50 | L470 Enforcement | call with CC and WDA re RCW 10.31.110 |
| Mosolf, Kim | 8/15/19 | 0.40 | $509 | $203.60 | L470 Enforcement | mtg EF re jail guide |
| Mosolf, Kim | 8/15/19 | 0.30 | $509 | $152.70 | L470 Enforcement | sharing 10.31.110 emails with CC |
| Mosolf, Kim | 8/15/19 | 0.40 | $509 | $203.60 | L470 Enforcement | GAC membership mtg with AP; general AP mtg re implementation |
| Mosolf, Kim | 8/15/19 | 0.30 | $509 | $152.70 | L470 Enforcement | t.c. DM re Austin Cina |
| Mosolf, Kim | 8/16/19 | 1.20 | $509 | $610.80 | L470 Enforcement | travel to FSCRP opening |
| Mosolf, Kim | 8/16/19 | 2.00 | $509 | $1,018.00 | L470 Enforcement | FSCRP opening |
| Mosolf, Kim | 8/16/19 | 0.30 | $509 | $152.70 | L470 Enforcement | call with DF re diversion issues while I'm gone |
| Mosolf, Kim | 8/18/19 | 1.50 | $509 | $763.50 | L470 Enforcement | pre for vacation--emails on 10.31.110, diversion, Bldg 27 and DF position motion |
| Mosolf, Kim | 8/19/19 | 1.00 | $509 | $509.00 | L470 Enforcement | draft kitsap refunding grant agreement and share with SeaFn; respond re Pierce amendment request |
| Mosolf, Kim | 8/19/19 | 0.50 | $509 | $254.50 | L470 Enforcement | emails re diversion summit |
| Mosolf, Kim | 8/19/19 | 1.00 | $509 | $509.00 | L470 Enforcement | t.c. Carney re GAC response and 10.31.110 plans; follow up emails to state; call with Danna re Bldg 27 |
| Mosolf, Kim | 9/2/19 | 0.40 | $509 | $203.60 | L470 Enforcement | review AGO email re diversion vs settlement agreement |
| Mosolf, Kim | 9/2/19 | 0.50 | $509 | $254.50 | L470 Enforcement | respond to email inquiry re WASPC co responder program and $ |
| Mosolf, Kim | 9/2/19 | 0.40 | $509 | $203.60 | L470 Enforcement | email from AGO re Judge Z etc inquiries |
| Mosolf, Kim | 9/3/19 | 0.80 | $509 | $407.20 | L470 Enforcement | diversion summit and refunding mtg DF |
| Mosolf, Kim | 9/3/19 | 0.60 | $509 | $305.40 | L470 Enforcement | call with CC re 10.31 implementation status update; planning regarding WASPC |
| Mosolf, Kim | 9/3/19 | 0.30 | $509 | $152.70 | L470 Enforcement | emails with DC re diversion summit |
| Mosolf, Kim | 9/4/19 | 0.50 | $509 | $254.50 | L470 Enforcement | emails to providers and defense counsel re 10.31.110 implementation |
| Mosolf, Kim | 9/4/19 | 0.40 | $509 | $203.60 | L470 Enforcement | call with Lourdes re diversion and 10.31.110 |
| Mosolf, Kim | 9/5/19 | 0.80 | $509 | $407.20 | L470 Enforcement | diversion Pierce budget review |
| Mosolf, Kim | 9/5/19 | 0.20 | $509 | $101.80 | L470 Enforcement | King county diversion emails |
| Mosolf, Kim | 9/5/19 | 0.40 | $509 | $203.60 | L470 Enforcement | Great Rivers BHO call |
| Mosolf, Kim | 9/6/19 | 0.40 | $509 | $203.60 | L470 Enforcement | call with WASPC about co responder grants and 10.31.110 |
| Mosolf, Kim | 9/6/19 | 0.30 | $509 | $152.70 | L470 Enforcement | call with Spokane for 10.31.110 implementation |
| Mosolf, Kim | 9/6/19 | 0.60 | $509 | $305.40 | L470 Enforcement | edits to Plumb Phase III report; share with Dr. M |

| Name | Date | Hours | Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| Mosolf, Kim | 9/8/19 | 1.00 | $509 | $509.00 | L470 Enforcement | drafting diversion section of status hearing report |
| Mosolf, Kim | 9/8/19 | 0.40 | $509 | $203.60 | L470 Enforcement | planning for summit |
| Mosolf, Kim | 9/9/19 | 1.00 | $509 | $509.00 | L460 Post-Trial Motions and Submissions | reviewing and editing draft of status hearing report; sharing with team |
| Mosolf, Kim | 9/9/19 | 1.50 | $509 | $763.50 | L470 Enforcement | reviewing status report vs implementation plan, and reviewing Forensic HARPS |
| Mosolf, Kim | 9/10/19 | 1.20 | $509 | $610.80 | L470 Enforcement | mtg to prep for status hearing CC, DC |
| Mosolf, Kim | 9/10/19 | 0.40 | $509 | $203.60 | L470 Enforcement | call with Pierce County people re 10.31.110 implementation |
| Mosolf, Kim | 9/10/19 | 1.20 | $509 | $610.80 | L470 Enforcement | prep for diversion summit opening remarks; call with DF |
| Mosolf, Kim | 9/11/19 | 10.00 | $509 | $5,090.00 | L470 Enforcement | Diversion summit |
| Mosolf, Kim | 9/12/19 | 1.00 | $509 | $509.00 | L190 Other Case Assessment, Development & Administration | preparing for status hearing; reading Dr. Mauch's report |
| Mosolf, Kim | 9/12/19 | 8.00 | $509 | $4,072.00 | L470 Enforcement | Diversion summit |
| Mosolf, Kim | 9/13/19 | 2.00 | $509 | $1,018.00 | L450 Trial and Hearing Attendance | status hearing, including to/from |
| Mosolf, Kim | 9/13/19 | 0.30 | $509 | $152.70 | L450 Trial and Hearing Attendance | post hearing meeting DF |
| Mosolf, Kim | 9/13/19 | 0.20 | $509 | $101.80 | L470 Enforcement | email PRA re summit |
| Mosolf, Kim | 9/16/19 | 0.30 | $509 | $152.70 | L470 Enforcement | mtg DF re diversion |
| Mosolf, Kim | 9/17/19 | 1.00 | $509 | $509.00 | L470 Enforcement | summit follow up call |
| Mosolf, Kim | 9/17/19 | 0.30 | $509 | $152.70 | L470 Enforcement | diversion to-do to DF |
| Mosolf, Kim | 9/18/19 | 0.40 | $509 | $203.60 | L470 Enforcement | RCW 10.31.110 work on talking points to Chris C |
| Mosolf, Kim | 9/18/19 | 2.00 | $509 | $1,018.00 | L470 Enforcement | doing implementation visual timeline and sharing with team |
| Mosolf, Kim | 9/19/19 | 0.80 | $509 | $407.20 | L470 Enforcement | reviewing new fiscal sponsor agreement with SeaFn |
| Mosolf, Kim | 9/19/19 | 1.20 | $509 | $610.80 | L470 Enforcement | mtg with BL to review Trueblood and discuss imp plan and Exec Comm |
| Mosolf, Kim | 9/23/19 | 0.30 | $509 | $152.70 | L470 Enforcement | call with CC |
| Mosolf, Kim | 9/23/19 | 0.60 | $509 | $305.40 | L470 Enforcement | set up and prep for EC mtg |
| Mosolf, Kim | 9/23/19 | 3.30 | $509 | $1,679.70 | L470 Enforcement | Exec Comm mtg |
| Mosolf, Kim | 9/24/19 | 0.50 | $509 | $254.50 | L470 Enforcement | call with Lakewood PAO and LE re 10.31.110 |
| Mosolf, Kim | 9/24/19 | 0.80 | $509 | $407.20 | L470 Enforcement | 10.31.110 one-pager drafting |
| Mosolf, Kim | 9/25/19 | 0.50 | $509 | $254.50 | L470 Enforcement | editing jail guide workgroup charter |
| Mosolf, Kim | 9/25/19 | 0.50 | $509 | $254.50 | L470 Enforcement | call Dr. Mauch; sharing DC/CC |
| Mosolf, Kim | 9/25/19 | 0.60 | $509 | $305.40 | L470 Enforcement | sharing 10.31.110 one-pager with WASPC and WAPA |
| Mosolf, Kim | 9/26/19 | 0.30 | $509 | $152.70 | L470 Enforcement | call Dr. Mauch |
| Mosolf, Kim | 9/26/19 | 0.60 | $509 | $305.40 | L470 Enforcement | prep for jail guide workgroup call; call; debrief EF |
| Mosolf, Kim | 9/28/19 | 0.30 | $509 | $152.70 | L470 Enforcement | sharing edited Plumb Research with Review Committee |
| Mosolf, Kim | 10/2/19 | 0.40 | $509 | $203.60 | L470 Enforcement | emails with WASPC re 10.31.110 |
| Mosolf, Kim | 10/2/19 | 0.30 | $509 | $152.70 | L470 Enforcement | emails to King Co re 10.31.110 |
| Mosolf, Kim | 10/7/19 | 2.00 | $509 | $1,018.00 | L470 Enforcement | mtg with team re E3/E4 wards; follow up email to AGs |
| Mosolf, Kim | 10/7/19 | 0.30 | $509 | $152.70 | L470 Enforcement | t.c. Dr. Mauch |
| Mosolf, Kim | 10/7/19 | 2.00 | $509 | $1,018.00 | L470 Enforcement | attending King Co Competency Workgroup including travel and debrief |
| Mosolf, Kim | 10/8/19 | 0.30 | $509 | $152.70 | L470 Enforcement | call with CC regarding 10.31.110 plans, LEAD inquiries |
| Mosolf, Kim | 10/9/19 | 0.40 | $509 | $203.60 | L470 Enforcement | edits to diversion email refudning PHase III |
| Mosolf, Kim | 10/11/19 | 0.50 | $509 | $254.50 | L470 Enforcement | call with Spokane PAO re 10.31.110 implementation |
| Mosolf, Kim | 10/15/19 | 1.00 | $509 | $509.00 | L470 Enforcement | mtg with WDA to update for their Trueblood trainings |
| Mosolf, Kim | 10/15/19 | 0.60 | $509 | $305.40 | L470 Enforcement | call to plan GAC onboarding |
| Mosolf, Kim | 10/16/19 | 0.50 | $509 | $254.50 | L470 Enforcement | prep/debrief diversion review committee call |
| Mosolf, Kim | 10/16/19 | 1.50 | $509 | $763.50 | L470 Enforcement | Review Committee call--next RFP, etc |
| Mosolf, Kim | 10/16/19 | 0.50 | $509 | $254.50 | L470 Enforcement | follow up with WDA on settlement questions |
| Mosolf, Kim | 10/17/19 | 0.50 | $509 | $254.50 | L470 Enforcement | call with AGs, follow up research on Clark County treatment facility closure |
| Mosolf, Kim | 10/17/19 | 0.30 | $509 | $152.70 | L470 Enforcement | follow emails with WDA on implementation questions |
| Mosolf, Kim | 10/17/19 | 1.20 | $509 | $610.80 | L470 Enforcement | review PPT, call with Josh Stuller |
| Mosolf, Kim | 10/18/19 | 0.70 | $509 | $356.30 | L470 Enforcement | providing GAC PPT feedback |
| Mosolf, Kim | 10/18/19 | 0.30 | $509 | $152.70 | L470 Enforcement | t.c. Dr. Mauch |
| Mosolf, Kim | 10/21/19 | 0.50 | $509 | $254.50 | L470 Enforcement | saving and brief review of the Phase III refunding provider proposals |
| Mosolf, Kim | 10/21/19 | 0.60 | $509 | $305.40 | L470 Enforcement | emails with Judge Z and others on alt sites and 10.77.088 |
| Mosolf, Kim | 10/21/19 | 0.70 | $509 | $356.30 | L470 Enforcement | call with MR re son's arrest; emails with Thurston County diversion program |
| Mosolf, Kim | 10/21/19 | 0.40 | $509 | $203.60 | L470 Enforcement | implementation--review of Aura's PPT and exchnaging VMs |
| Mosolf, Kim | 10/22/19 | 1.00 | $509 | $509.00 | L470 Enforcement | Judge Z emails |
| Mosolf, Kim | 10/22/19 | 2.20 | $509 | $1,119.80 | L470 Enforcement | edits to Jail Guide |
| Mosolf, Kim | 10/22/19 | 2.50 | $509 | $1,272.50 | L470 Enforcement | Review Phase III refunding proposal review and distribute |

| Name | Date | Hours | Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| Mosolf, Kim | 10/23/19 | 1.20 | $509 | $610.80 | L470 Enforcement | Meeting with LEAD/King County re 10.31.110 implementation |
| Mosolf, Kim | 10/23/19 | 0.70 | $509 | $356.30 | L470 Enforcement | SeaFn email re fiscal sponsorship and diversion program services |
| Mosolf, Kim | 10/23/19 | 0.80 | $509 | $407.20 | L470 Enforcement | Diversion program--Phases III refunding program quesitons |
| Mosolf, Kim | 10/23/19 | 0.40 | $509 | $203.60 | L470 Enforcement | DMCJA emails re misd restoration changes |
| Mosolf, Kim | 10/23/19 | 0.50 | $509 | $254.50 | L470 Enforcement | team mtg re ML/YCRC, mtg DL talking points |
| Mosolf, Kim | 10/27/19 | 2.00 | $509 | $1,018.00 | L470 Enforcement | jail guide edits |
| Mosolf, Kim | 10/28/19 | 0.50 | $509 | $254.50 | L470 Enforcement | email with SeaFn re diversion services and fees |
| Mosolf, Kim | 10/29/19 | 0.80 | $509 | $407.20 | L470 Enforcement | mtg DF re diversion planning |
| Mosolf, Kim | 10/29/19 | 1.00 | $509 | $509.00 | L470 Enforcement | edits to GAC onboarding training, return to Aura |
| Mosolf, Kim | 10/29/19 | 0.90 | $509 | $458.10 | L470 Enforcement | sending sustainability info to RC for Phase I and Phase II programs |
| Mosolf, Kim | 10/29/19 | 0.30 | $509 | $152.70 | L470 Enforcement | review and edits to DF email |
| Mosolf, Kim | 10/29/19 | 0.30 | $509 | $152.70 | L470 Enforcement | emails re Yakima COunty passing MH tax |
| Mosolf, Kim | 10/30/19 | 0.80 | $509 | $407.20 | L470 Enforcement | finish edits to jail guide, send to DSHS |
| Mosolf, Kim | 10/31/19 | 0.30 | $509 | $152.70 | L470 Enforcement | email to DSHS re jail guide edit plans |
| Mosolf, Kim | 11/4/19 | 1.00 | $509 | $509.00 | L470 Enforcement | emailing Phase III programs with follow up questions |
| Mosolf, Kim | 11/4/19 | 0.40 | $509 | $203.60 | L470 Enforcement | emails with SeaFn about LEAD questions |
| Mosolf, Kim | 11/4/19 | 0.30 | $509 | $152.70 | L470 Enforcement | planning Tacoma site visit |
| Mosolf, Kim | 11/4/19 | 0.40 | $509 | $203.60 | L470 Enforcement | Spokane call for 10.31.110 |
| Mosolf, Kim | 11/4/19 | 0.60 | $509 | $305.40 | L470 Enforcement | mtg BL |
| Mosolf, Kim | 11/5/19 | 1.50 | $509 | $763.50 | L470 Enforcement | to/from Pierce site visit |
| Mosolf, Kim | 11/5/19 | 1.60 | $509 | $814.40 | L470 Enforcement | Pierce site visit |
| Mosolf, Kim | 11/6/19 | 0.30 | $509 | $152.70 | L470 Enforcement | diversion mtg with DF |
| Mosolf, Kim | 11/7/19 | 0.50 | $509 | $254.50 | L470 Enforcement | drafting/edits guide for 10.31.110 changes |
| Mosolf, Kim | 11/8/19 | 0.80 | $509 | $407.20 | L470 Enforcement | review Phase III responses |
| Mosolf, Kim | 11/8/19 | 0.50 | $509 | $254.50 | L470 Enforcement | prep for Phase III refunding call |
| Mosolf, Kim | 11/8/19 | 1.50 | $509 | $763.50 | L470 Enforcement | Phase III refunding call |
| Mosolf, Kim | 11/8/19 | 0.80 | $509 | $407.20 | L470 Enforcement | t.c. Chris, drafting and edits to 10.31.110 guide materials |
| Mosolf, Kim | 11/12/19 | 0.80 | $509 | $407.20 | L470 Enforcement | drafting email to diversion programs re longer term sustainability |
| Mosolf, Kim | 11/13/19 | 0.60 | $509 | $305.40 | L470 Enforcement | t.c. Marilyn R. re KR's incarceration, diversion, etc |
| Mosolf, Kim | 11/13/19 | 1.00 | $509 | $509.00 | L470 Enforcement | mtg with BL re implementation issues for tracking |
| Mosolf, Kim | 11/14/19 | 0.40 | $509 | $203.60 | L470 Enforcement | reviewing DF draft emails to Phase III programs |
| Mosolf, Kim | 11/14/19 | 0.50 | $509 | $254.50 | L470 Enforcement | final edits/emails with Chris re 10.31.110 guidance to stakeholders |
| Mosolf, Kim | 11/15/19 | 0.40 | $509 | $203.60 | L470 Enforcement | t.c. King County re Phase III refunding questions |
| Mosolf, Kim | 11/15/19 | 0.50 | $509 | $254.50 | L470 Enforcement | t.c. DF re legislative testimony prep for next week |
| Mosolf, Kim | 11/15/19 | 0.50 | $509 | $254.50 | L470 Enforcement | responding to Aura's emails about GAC agenda, etc; coordinating team meeting to prep |
| Mosolf, Kim | 11/15/19 | 0.40 | $509 | $203.60 | L470 Enforcement | email with Yakima Phase III program re data questions |
| Mosolf, Kim | 11/15/19 | 0.70 | $509 | $356.30 | L470 Enforcement | t.c./emails with Darya re Catholic Charities news |
| Mosolf, Kim | 11/18/19 | 2.00 | $509 | $1,018.00 | L120 Analysis/Strategy | team planning mtg for GAC, etc with CC, DF, and BL |
| Mosolf, Kim | 11/18/19 | 0.60 | $509 | $305.40 | L470 Enforcement | sending feedback on GAC agenda to Aura |
| Mosolf, Kim | 11/21/19 | 0.30 | $509 | $152.70 | L470 Enforcement | call with Dr. Mauch re Eric S. death, next steps |
| Mosolf, Kim | 11/21/19 | 0.30 | $509 | $152.70 | L470 Enforcement | sharing news with review committee about ERic S death |
| Mosolf, Kim | 11/22/19 | 3.00 | $509 | $1,527.00 | L470 Enforcement | reviewing updated draft of jail best practice guide; sharing with EF |
| Mosolf, Kim | 11/25/19 | 1.00 | $509 | $509.00 | L470 Enforcement | preparing for GAC mtg |
| Mosolf, Kim | 11/25/19 | 3.50 | $509 | $1,781.50 | L470 Enforcement | GAC mtg and debrief |
| Mosolf, Kim | 11/25/19 | 0.20 | $509 | $101.80 | L470 Enforcement | mtg with Jason Schwartz of SnoCo after GAC |
| Mosolf, Kim | 11/25/19 | 2.00 | $509 | $1,018.00 | L470 Enforcement | drafting Phase III refunding motion |
| Mosolf, Kim | 11/26/19 | 0.30 | $509 | $152.70 | L470 Enforcement | review of FBH updated budget; email questions |
| Mosolf, Kim | 11/26/19 | 0.40 | $509 | $203.60 | L470 Enforcement | call with DSHS and Dr. Mauch re Judge's FSCRP visit and data mtg |
| Mosolf, Kim | 11/27/19 | 0.80 | $509 | $407.20 | L470 Enforcement | review of E3/E4 response; confer with BL; email to team |
| Mosolf, Kim | 11/27/19 | 0.50 | $509 | $254.50 | L470 Enforcement | emails re housing navigator position with King Co Phase III |
| Mosolf, Kim | 12/2/19 | 1.50 | $509 | $763.50 | L470 Enforcement | attending King County Competency workgroup to share settlement agreement implementation overview |
| Mosolf, Kim | 12/2/19 | 0.20 | $509 | $101.80 | L470 Enforcement | mtg DF re diversion Phase III |
| Mosolf, Kim | 12/2/19 | 0.30 | $509 | $152.70 | L470 Enforcement | mtg King County re Phase III refunding |
| Mosolf, Kim | 12/2/19 | 0.30 | $509 | $152.70 | L470 Enforcement | mtg BL re December court hearing prep |
| Mosolf, Kim | 12/3/19 | 1.50 | $509 | $763.50 | L470 Enforcement | reviewing CC edits to Jail Best PRactices guide, emails regarding Sell orders, final edits to guide and share with DSHS |
| Mosolf, Kim | 12/4/19 | 0.20 | $509 | $101.80 | L470 Enforcement | t.c. Pierce County re Phase II and III diversion program budgets |

| Name | Date | Hours | Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| Mosolf, Kim | 12/4/19 | 0.50 | $509 | $254.50 | L470 Enforcement | working on diversion refunding motion draft |
| Mosolf, Kim | 12/4/19 | 0.30 | $509 | $152.70 | L470 Enforcement | mtg DF re Pierce County diversion program budget questions |
| Mosolf, Kim | 12/5/19 | 0.80 | $509 | $407.20 | L470 Enforcement | reviewing new Phase III budgets; working on draft motion |
| Mosolf, Kim | 12/6/19 | 1.30 | $509 | $661.70 | L470 Enforcement | reviewing updated budgets; meeting with DF to discuss; call with Pierce County to understand re-allocated funds |
| Mosolf, Kim | 12/9/19 | 0.70 | $509 | $356.30 | L470 Enforcement | finished and sharing joint motion for Phase III refunding |
| Mosolf, Kim | 12/9/19 | 0.70 | $509 | $356.30 | L470 Enforcement | saving updated Phase III budgets, sharing with SeaFn along with plan for grant agreements |
| Mosolf, Kim | 12/9/19 | 0.70 | $509 | $356.30 | L470 Enforcement | review AG's draft court report for upcoming status hearing, sharing feedback with team |
| Mosolf, Kim | 12/9/19 | 0.30 | $509 | $152.70 | L470 Enforcement | mtg DF |
| Mosolf, Kim | 12/10/19 | 0.70 | $509 | $356.30 | L470 Enforcement | reviewing state's report to court, drafting response |
| Mosolf, Kim | 12/11/19 | 0.50 | $509 | $254.50 | L470 Enforcement | drafting diversion section of court report |
| Mosolf, Kim | 12/11/19 | 0.60 | $509 | $305.40 | L470 Enforcement | discussing with DF and BL upcoming status conf and Weger case |
| Mosolf, Kim | 12/11/19 | 0.30 | $509 | $152.70 | L470 Enforcement | mtg with BL on misdemeanor restoration demand |
| Mosolf, Kim | 12/12/19 | 0.50 | $509 | $254.50 | L470 Enforcement | edits to Phase III refunding motion; sending for filing |
| Mosolf, Kim | 12/12/19 | 1.00 | $509 | $509.00 | L470 Enforcement | reviewing Weger decision, sharing thoughts with team, sending BL older decision |
| Mosolf, Kim | 12/12/19 | 0.30 | $509 | $152.70 | L470 Enforcement | t.c. DC re Spokane crisis triage beds question |
| Mosolf, Kim | 12/12/19 | 0.60 | $509 | $305.40 | L470 Enforcement | t.c Dr. Mauch; sharing diversion reports requested, etc |
| Mosolf, Kim | 12/16/19 | 1.00 | $509 | $509.00 | L190 Other Case Assessment, Development & Administration | reading Dr. M's court report |
| Mosolf, Kim | 12/16/19 | 0.40 | $509 | $203.60 | L120 Analysis/Strategy | call to prep for hearing |
| Mosolf, Kim | 12/16/19 | 1.50 | $509 | $763.50 | L470 Enforcement | grant agreement narratives to SeaFn for Phase III refunding |
| Mosolf, Kim | 12/16/19 | 0.70 | $509 | $356.30 | L470 Enforcement | emails with SeaFn and DRW regarding fiscal sponsor updates |
| Mosolf, Kim | 12/16/19 | 0.30 | $509 | $152.70 | L470 Enforcement | mtg DF |
| Mosolf, Kim | 12/16/19 | 0.20 | $509 | $101.80 | L470 Enforcement | call with Dr. Mauch |
| Mosolf, Kim | 12/17/19 | 2.50 | $509 | $1,272.50 | L230 Court Mandated Conferences | conference including to/from and prep/debrief |
| Mosolf, Kim | 12/18/19 | 3.00 | $509 | $1,527.00 | L470 Enforcement | Exec Comm mtg including prep and debrief with BL/CC |
| Mosolf, Kim | 12/18/19 | 0.70 | $509 | $356.30 | L470 Enforcement | email to diversion providers re Judge P's concerns on targeting class members, etc |
| Mosolf, Kim | 12/18/19 | 0.30 | $509 | $152.70 | L470 Enforcement | email to Dr Mauch regarding PRA data work funding |
| Mosolf, Kim | 12/19/19 | 1.00 | $509 | $509.00 | L470 Enforcement | drafting motion for PRA data funding |
| Mosolf, Kim | 12/23/19 | 0.40 | $509 | $203.60 | L470 Enforcement | prep for call with DSHS on jail guide |
| Mosolf, Kim | 12/23/19 | 1.50 | $509 | $763.50 | L470 Enforcement | jail guide call with DSHS |
| Mosolf, Kim | 12/24/19 | 0.20 | $509 | $101.80 | L470 Enforcement | emails with Dr. M re PRA motion |
| Mosolf, Kim | 12/24/19 | 0.20 | $509 | $101.80 | L470 Enforcement | follow up email to WDA re misd restoration updates |
| Mosolf, Kim | 1/2/20 | 0.40 | $509 | $203.60 | L470 Enforcement | Judge Z and others emails about out of custody waitlist etc |
| Mosolf, Kim | 1/3/20 | 1.00 | $509 | $509.00 | L470 Enforcement | review and share SeaFn updated agreement; respond to SeaFn |
| Mosolf, Kim | 1/6/20 | 0.30 | $509 | $152.70 | L470 Enforcement | emails on the PRA data funding motion |
| Mosolf, Kim | 1/6/20 | 3.00 | $509 | $1,527.00 | L470 Enforcement | travel to/from Olympia to address Thurston Co crim justice group about 10.31.110 and other implementation questions |
| Mosolf, Kim | 1/6/20 | 1.50 | $509 | $763.50 | L470 Enforcement | Thurston Co crim justice group meeting regarding 10.31.110 and implementation |
| Mosolf, Kim | 1/7/20 | 2.00 | $509 | $1,018.00 | L470 Enforcement | reviewing and calculating fees and costs under new fee agreement |
| Mosolf, Kim | 1/9/20 | 0.30 | $509 | $152.70 | L470 Enforcement | emails re PRA data motion |
| Mosolf, Kim | 1/9/20 | 0.20 | $509 | $101.80 | L470 Enforcement | fee email to DC |
| Mosolf, Kim | 1/9/20 | 1.10 | $509 | $559.90 | L470 Enforcement | proposed final drafts to EF on jail guide |
| Mosolf, Kim | 1/10/20 | 2.00 | $509 | $1,018.00 | L470 Enforcement | final edits to jail guide |
| Mosolf, Kim | 1/13/20 | 1.50 | $509 | $763.50 | L470 Enforcement | attending King County Competency Continuum Workgroup |
| Mosolf, Kim | 1/13/20 | 0.30 | $509 | $152.70 | L470 Enforcement | travel to/from King Co comp continuum group |
| Mosolf, Kim | 1/13/20 | 0.40 | $509 | $203.60 | L470 Enforcement | answering inquiry on misd restoration from local defender firm |
| Mosolf, Kim | 1/16/20 | 0.50 | $509 | $254.50 | L470 Enforcement | reviewing misd restoration data; coordinating for RDA presentation |
| Mosolf, Kim | 1/17/20 | 1.50 | $509 | $763.50 | L470 Enforcement | data call with RDA about high utilizers |
| Mosolf, Kim | 1/20/20 | 0.70 | $509 | $356.30 | L470 Enforcement | call with Dr. Mauch |
| Mosolf, Kim | 1/21/20 | 0.80 | $509 | $407.20 | L470 Enforcement | Reviewing DSHS RDA data eval document; emailing Carney |
| Mosolf, Kim | 1/22/20 | 0.40 | $509 | $203.60 | L470 Enforcement | mtg BL re rulemaking for Forensic Nav |
| Mosolf, Kim | 1/23/20 | 0.30 | $509 | $152.70 | L470 Enforcement | sharing the RDA data doc with Dr. M |
| Mosolf, Kim | 1/26/20 | 0.30 | $509 | $152.70 | L470 Enforcement | email from Amnon about Catholic Charities new program leader; emails with King County about south county clients |
| Mosolf, Kim | 1/27/20 | 0.30 | $509 | $152.70 | L470 Enforcement | emails following up on south king county clients and Trueblood diversion program |
| Mosolf, Kim | 1/27/20 | 0.20 | $509 | $101.80 | L470 Enforcement | emails to schedule Thurston Mason BHO site visit; follow up on Catholic Charities |

| Name | Date | Hours | Rate | Amount | Category | Description |
|---|---|---|---|---|---|---|
| Mosolf, Kim | 1/28/20 | 0.50 | $509 | $254.50 | L470 Enforcement | reviewing updates for GAC; scheduling team prep meeting |
| Mosolf, Kim | 1/30/20 | 0.30 | $509 | $152.70 | L470 Enforcement | review of jumpstart funds motion |
| Mosolf, Kim | 1/30/20 | 0.30 | $509 | $152.70 | L470 Enforcement | emails with DCMJA about training on misd comp |
| Mosolf, Kim | 2/3/20 | 0.30 | $509 | $152.70 | L470 Enforcement | email Pierce county diversion program |
| Mosolf, Kim | 2/3/20 | 0.30 | $509 | $152.70 | L470 Enforcement | email Judge Finkle re diversion suggestions |
| Mosolf, Kim | 2/3/20 | 0.30 | $509 | $152.70 | L470 Enforcement | responding re Judge Z's ooc comp eval emails |
| Mosolf, Kim | 2/3/20 | 4.00 | $509 | $2,036.00 | L470 Enforcement | GAC meeting including prep and debrief |
| Mosolf, Kim | 2/6/20 | 0.30 | $509 | $152.70 | L470 Enforcement | t.c. DM |
| Mosolf, Kim | 2/10/20 | 10.70 | $509 | $5,446.30 | L470 Enforcement | F-PATH training in Olympia, including 2.7 travel to/from |
| Mosolf, Kim | 2/12/20 | 0.30 | $509 | $152.70 | L470 Enforcement | email Aura re exec comm agenda |
| Mosolf, Kim | 2/12/20 | 0.40 | $509 | $203.60 | L470 Enforcement | emails regarding fee negotiation |
| Mosolf, Kim | 2/14/20 | 0.40 | $509 | $203.60 | L470 Enforcement | call with MY in Spokane for 10.31.110 |
| Mosolf, Kim | 2/25/20 | 0.80 | $509 | $407.20 | L470 Enforcement | call on Spokane crisis bed developments |
| Mosolf, Kim | 2/27/20 | 0.30 | $509 | $152.70 | L470 Enforcement | reviewing misd restoration flowchart from CC |
| Mosolf, Kim | 2/28/20 | 2.50 | $509 | $1,272.50 | L470 Enforcement | to/from TM BHO site visit |
| Mosolf, Kim | 2/28/20 | 1.50 | $509 | $763.50 | L470 Enforcement | TM BHO site visit |
| **MOSOLF TOTAL** | | **262.50** | | **$133,612.50** | | |
| Polaski, Alexa | 7/2/19 | 1.00 | $318 | $318.00 | L470 Enforcement | fees discussion, ACH discussion, implementetion emails |
| Polaski, Alexa | 7/8/19 | 0.20 | $318 | $63.60 | L470 Enforcement | beginning fees for Jan-July |
| Polaski, Alexa | 7/8/19 | 0.70 | $318 | $222.60 | L470 Enforcement | reviewing ACH and sending response to team |
| Polaski, Alexa | 7/10/19 | 1.00 | $318 | $318.00 | L470 Enforcement | b27 call |
| Polaski, Alexa | 7/10/19 | 1.50 | $318 | $477.00 | L470 Enforcement | communicating for interviews, editing interview questions, setting up transportation |
| Polaski, Alexa | 7/11/19 | 3.50 | $318 | $1,113.00 | L470 Enforcement | drive to/from olmypia for hiring |
| Polaski, Alexa | 7/11/19 | 4.50 | $318 | $1,431.00 | L470 Enforcement | interviews with B27 candidates |
| Polaski, Alexa | 7/12/19 | 0.70 | $318 | $222.60 | L470 Enforcement | reviewing write up on hiring and sending out |
| Polaski, Alexa | 7/12/19 | 0.30 | $318 | $95.40 | L470 Enforcement | coordinating RN3 interview |
| Polaski, Alexa | 7/12/19 | 1.00 | $318 | $318.00 | L470 Enforcement | reviewing search olicy fr b27, emails with monitor |
| Polaski, Alexa | 7/15/19 | 1.00 | $318 | $318.00 | L470 Enforcement | b27 RN3 interview |
| Polaski, Alexa | 7/15/19 | 1.00 | $318 | $318.00 | L470 Enforcement | follow-up call on RN3 interview and email to OFMHS |
| Polaski, Alexa | 7/18/19 | 0.50 | $318 | $159.00 | L470 Enforcement | edits to exec committee doc for DF |
| Polaski, Alexa | 7/18/19 | 0.30 | $318 | $95.40 | L470 Enforcement | emails re: bed allocation |
| Polaski, Alexa | 7/22/19 | 3.00 | $318 | $954.00 | L470 Enforcement | revieing and compiling fees, sending out to team for review |
| Polaski, Alexa | 7/22/19 | 1.50 | $318 | $477.00 | L470 Enforcement | king county competency mtg |
| Polaski, Alexa | 7/22/19 | 0.50 | $318 | $159.00 | L470 Enforcement | travel to/from comp meeting |
| Polaski, Alexa | 7/22/19 | 0.20 | $318 | $63.60 | L470 Enforcement | emails re: bed alloaction |
| Polaski, Alexa | 7/22/19 | 0.20 | $318 | $63.60 | L470 Enforcement | emaisl re: king county comp mtg |
| Polaski, Alexa | 7/24/19 | 0.20 | $318 | $63.60 | L470 Enforcement | emails with DC MS TH and KM re: daryas position |
| Polaski, Alexa | 7/25/19 | 0.40 | $318 | $127.20 | L470 Enforcement | emails to EF and DC re: fees |
| Polaski, Alexa | 7/25/19 | 0.60 | $318 | $190.80 | L470 Enforcement | edits to fees |
| Polaski, Alexa | 7/29/19 | 0.50 | $318 | $159.00 | L470 Enforcement | working on docs related to DF position motion |
| Polaski, Alexa | 7/31/19 | 0.80 | $318 | $254.40 | L470 Enforcement | B27 call |
| Polaski, Alexa | 8/2/19 | 0.50 | $318 | $159.00 | L470 Enforcement | Call with Dr. Phillips |
| Polaski, Alexa | 8/5/19 | 0.70 | $318 | $222.60 | L470 Enforcement | working on fees |
| Polaski, Alexa | 8/5/19 | 0.50 | $318 | $159.00 | L470 Enforcement | CAll with DM |
| Polaski, Alexa | 8/6/19 | 0.60 | $318 | $190.80 | L470 Enforcement | edits to DF declaration |
| Polaski, Alexa | 8/6/19 | 0.80 | $318 | $254.40 | L470 Enforcement | finalizing fees and sending to CC |
| Polaski, Alexa | 8/7/19 | 0.50 | $318 | $159.00 | L470 Enforcement | B27 mtg |
| Polaski, Alexa | 8/7/19 | 0.70 | $318 | $222.60 | L470 Enforcement | 10.31.110 mtg |
| Polaski, Alexa | 8/8/19 | 0.60 | $318 | $190.80 | L470 Enforcement | drafting joint motion |
| Polaski, Alexa | 8/13/19 | 0.40 | $318 | $127.20 | L470 Enforcement | mtg with MS re: Darya funded motion |
| Polaski, Alexa | 8/13/19 | 0.20 | $318 | $63.60 | L470 Enforcement | call with DC re: darya funded motion |
| Polaski, Alexa | 8/13/19 | 0.30 | $318 | $95.40 | L470 Enforcement | mtg with KM re: darya funded motion |
| Polaski, Alexa | 8/14/19 | 0.60 | $318 | $190.80 | L470 Enforcement | B27 call |
| Polaski, Alexa | 8/14/19 | 0.30 | $318 | $95.40 | L470 Enforcement | emails to Aura and Exec. Committee |
| Polaski, Alexa | 8/15/19 | 1.00 | $318 | $318.00 | L470 Enforcement | finals edits to motion, sending docs over to AAGs |
| Polaski, Alexa | 8/16/19 | 1.20 | $318 | $381.60 | 02 Travel | travel to WSH |

| | | | | | | |
|---|---|---|---|---|---|---|
| Polaski, Alexa | 8/16/19 | 2.00 | $318 | $636.00 | 02 Travel | travel back from WSH |
| Polaski, Alexa | 8/16/19 | 3.00 | $318 | $954.00 | 02 Travel | grand opening |
| **POLASKI TOTAL** | | **39.00** | | **$12,402.00** | | |

| | | | |
|---|---|---|---|
| **TOTAL TIME** | | **447.40** | **$213,705.10** |