Disability Rights Washington
Expanded General Ledger
From 7/1/2019 Through 2/29/2020

| Code | Date | Name | Transaction Description |
|---|---|---|---|
| Mileage | 2/27/2020 | KIM MOSOLF | to/from Forensic PATH training |
| Ground | 2/21/2020 | STCU Mona | Kim Mosolf car rental 1/6 Thurston County presentation on AB implementation |
| Mileage | 10/8/2019 | DAVID CARLSON | drive to conference center |
| Mileage | 10/8/2019 | DAVID CARLSON | drive to court |
| Mileage | 10/8/2019 | DAVID CARLSON | drive to seattle for conference/co-counsel meeti |
| Mileage | 10/8/2019 | DAVID CARLSON | return from court/conference |
| Parking | 10/8/2019 | DAVID CARLSON | parking for meeting w co-counsel and call w AGO |
| Ground | 10/7/2019 | KIM MOSOLF | lyft to airport--Lourdes site visit |
| Hotel | 10/7/2019 | KIM MOSOLF | hotel for Lourdes and Yakima diversion visits |
| Mileage | 10/7/2019 | DAVID LORD | SEnior Lobby Trueblood presentattion |
| Mileage | 10/7/19 | KIM MOSOLF | to/from Trueblood diversion summit |
| Parking | 10/7/2019 | KIM MOSOLF | parking for Pierce diversion site visit |
| Hotel | 9/30/2019 | STCU MonaR | David Carlson hotel for diversion summit |
| Mileage | 8/26/2019 | Alexa Polaski | Travel for B27 |
| Mileage | 8/16/19 | KIM MOSOLF | to/from Bldg 27 opening |
| Ground | 7/31/2019 | STCU MonaR | Kim Mosolf car rental, diversion site visit |
| Mileage | 7/22/19 | KIM MOSOLF | Flight to TriCities for Lourdes visit |
| Mileage | 7/16/2019 | KIM MOSOLF | to/from Pierce Co mtg re diversion |
| Parking | 7/16/2019 | KIM MOSOLF | parking for Pierce diversion mtg |
| Ground | 7/3/2019 | Alexa Polaski | Trueblood Status Hearing |
| | | | |
| | | | **TOTAL** |

Disability Rights Washington
Expanded General Ledger
From 7/1/2019 Through 2/29/2020

| Amount |
|---:|
| 65.55 |
| 52.73 |
| 8.70 |
| 8.12 |
| 161.24 |
| 161.24 |
| 10.00 |
| 35.87 |
| 179.00 |
| 68.44 |
| 94.01 |
| 15.00 |
| 874.64 |
| 145.53 |
| 24.36 |
| 70.68 |
| 78.30 |
| 19.14 |
| 6.00 |
| 8.91 |
| |
| **2,087.46** |