THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al*., <br><br> Defendants. | No. 14-cv-01178-MJP <br><br> **ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION PROGRAMMING** |

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds for Diversion Programming.

The Parties have proposed that the seven Phase I and Phase II *Trueblood* diversion grant programs receive additional contempt funds to continue their diversion services to class members pursuant to the *Trueblood* Diversion Plan through June 30, 2021. The recipients and their proposed awards are as follows:

<u>PHASE I</u>

| | |
|---|---|
| Comprehensive Health Services | $1,005,615 |
| Great Rivers Behavioral Health Organization | $1,123,904 |
| King County | $730,946 |

| | | |
|---|---|---|
| 1 | Kitsap Mental Health Services | $330,853 |
| 2 | **PHASE II** | |
| 3 | Catholic Charities | $277,482 |
| 4 | Pierce County | $550,277 |
| 5 | Thurston Mason Behavioral Health Organization | $330,000 |
| 6 | **TOTAL** | **$4,349,077** |

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse **$4,349,077** to the Seattle Foundation to fund these diversion programs. The Seattle Foundation shall, pursuant to a contract entered into with Plaintiffs, distribute and monitor these funds, in conjunction with the Court Monitor and Plaintiffs, to ensure that the monies are appropriately utilized.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of **$4,349,077** minus any statutory users fees, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98010.

Dated this ___8th_____ day of May, 2020.

_____
Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION
PROGRAMMING - 2

Presented by:

| | |
|---|---|
| /s/ Nicholas A. Williamson | /s/ Kimberly Mosolf |
| Nicholas A. Williamson, WSBA No. 44470 | David R. Carlson, WSBA No. 35767 |
| Jessica M. Erickson, WSBA No. 43024 | Kimberly A. Mosolf, WSBA No. 49548 |
| Office of the Attorney General | Elizabeth A. Leonard, WSBA No. 46797 |
| 7141 Cleanwater Drive SW | Disability Rights Washington |
| P.O. Box 40124 | 315 Fifth Avenue South, Suite 850 |
| Olympia, WA 98504-0124 | Seattle, WA 98104 |
| (360) 586-6565 | (206) 324-1521 |
| NicholasW1@atg.wa.gov | davidc@dr-wa.org |
| JessicaE@atg.wa.gov | kimberlym@dr-wa.org |
| | bethl@dr-wa.org |

*Attorneys for Defendants*

/s/Christopher Carney
Christopher Carney, WSBA No. 30325
Sean Gillespie, WSBA No. 35365
Kenan Isitt, WSBA No. 35317
Carney Gillespie Isitt PLLP
600 1st Avenue, Ste LL08
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com

*Attorneys for Plaintiffs*

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION
PROGRAMMING - 3