**THE HON. MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al*., <br><br> Defendants. | No. 14-cv-01178-MJP <br><br> **ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS** |

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds to pay Seattle Foundation's 2019 Administrative Fee for Trueblood Diversion Fund Management.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse **$150,000.00** to the Seattle Foundation for payment of their December 31, 2019 invoice number 15473.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of **$150,000.00** minus any statutory users fees, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98010.

1     Dated this __10th_____ day of July, 2020.

2

3

4     _____

5     Marsha J. Pechman
    United States Senior District Judge

6

7

8

9 Presented by:

10
*/s/ Kimberly Mosolf*                                      */s/ Nicholas A. Williamson*

11 David R. Carlson, WSBA No. 35767         Nicholas A. Williamson, WSBA No. 44470
Kimberly Mosolf, WSBA No. 49548          Jessica M. Erickson, WSBA No. 43024

12 Elizabeth Leonard, WSBA No. 46797        Sarah Jane Coats, WSBA No. 20333
Disability Rights Washington                      Michael Bradley, WSBA No. 48481

13 315 Fifth Avenue South, Suite 850           Marko L. Pavela, WSBA No. 49160
Seattle, WA 98104                                Office of the Attorney General

14 (206) 324-1521                                      7141 Cleanwater Drive SW
davidc@dr-wa.org                             P.O. Box 40124

15 kimberlym@dr-wa.org                      Olympia, WA 98504-0124
bethl@dr-wa.org                              (360) 586-6565

16                                                 NicholasW1@atg.wa.gov
*/s/Christopher Carney*                     JessicaE@atg.wa.gov

17 Christopher Carney, WSBA No. 30325       Sarahc@atg.wa.gov
Carney Gillespie Isitt PLLP                   Michael.Bradley@atg.wa.gov

18 315 5th Avenue South, Suite 860            Marko.Pavela@atg.wa.gov
Seattle, Washington 98104

19 (206) 445-0212                                     *Attorneys for Defendants*
Christopher.Carney@cgilaw.com

20
*Attorneys for Plaintiffs*

21

22

23

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS - 2