The Honorable MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al.

Plaintiffs,

v.

WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.;

Defendants.

NO. 14-cv-01178-MJP

**ORDER TO FILE DOCUMENTS UNDER SEAL**

## I. ORDER

Bring fully informed as to the Parties' JOINT MOTION TO FILE DOCUMENTS UNDER SEAL, and good cause shown, it is hereby ordered that the names, health information, and other identifying information of class members filed by the Defendants as Dkt. No. 775 pursuant to the Court's request for details of class member cases that are resulting in the entry of orders for inpatient evaluation shall be filed under seal.

IT IS SO ORDERED.
Dated this 20th day of August 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

| | |
|---|---|
| s/ Kimberly Mosolf<br>David R. Carlson, WSBA No. 35767<br>Kimberly Mosolf, WSBA No. 49548<br>Elizabeth Leonard, WSBA No. 46797<br>Disability Rights Washington<br>315 Fifth Avenue South, Suite 850<br>Seattle, WA 98104<br>(206) 324-1521<br>davidc@dr-wa.org<br>kimberlym@dr-wa.org<br>bethl@dr-wa.org | ROBERT W. FERGUSON<br>Attorney General<br><br>s/ Nicholas A. Williamson<br>Nicholas A. Williamson, WSBA No. 44470<br>Jessica M. Erickson, WSBA No. 43024<br>Sarah Jane Coats, WSBA No. 20333<br>Michael Bradley, WSBA No. 48481<br>Marko L. Pavela, WSBA No. 49160<br>Office of the Attorney General<br>7141 Cleanwater Drive SW<br>P.O. Box 40124<br>Olympia, WA 98504-0124<br>(360) 586-6565<br>Nicholas.Williamson@atg.wa.gov<br>Jessica.Erickson@atg.wa.gov<br>Sarah.Coats@atg.wa.gov<br>Michael.Bradley@atg.wa.gov<br>Marko.Pavela@atg.wa.gov<br><br>*Attorneys for Defendants* |

s/Christopher Carney
Christopher Carney, WSBA No. 30325
Carney Gillespie Isitt PLLP
315 5th Avenue South, Suite 860
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, *Christine Townsend*, state and declare as follows:

I am a citizen of the United States of America and over the age of 18 years and I am competent to testify to the matters set forth herein. I hereby certify that on this 18th day of August 2020, I electronically filed with foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David Carlson: davidc@dr-wa.org

Kimberly Mosolf: kimberlym@dr-wa.org

Elizabeth Leonard: bethl@dr-wa.org

Christopher Carney: Christopher.Carney@CGILaw.com

Sean Gillespie: Sean.Gillespie@CGILaw.com

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 18th day of August 2020, at McCleary, Washington.

CHRISTINE TOWNSEND
Legal Assistant