THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend Cassie Cordell Trueblood, *et al.*<br><br>      Plaintiffs,<br><br>      v.<br><br>Washington State Department of Social and Health Services, *et al.*,<br><br>      Defendants. | No. 14-cv-01178-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR ATTORNEYS' FEES |

    This matter comes before the Court upon the Parties' Stipulated Motion for Attorneys' Fees and Costs.

    THE COURTS FINDS that the attorneys' fees and costs reflected in the Parties' Stipulated Motion for Attorney's Fees and Costs are reasonable and compensable under 42 U.S.C. § 1988.

    IT IS HEREBY ORDERED that Defendants shall, within fourteen (14) days of the date of this order, pay to Plaintiffs' counsel the sum of $85,232.80 in fees and $178.26 in costs.

//
//
//
//
//
//

Order Granting Stipulated Motion
for Attorney's Fees
C14-1178 MJP
Page 1 of 2



CARNEY GILLESPIE
600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com

Dated this 14th day of December, 2020.

_____
Marsha J. Pechman
United States District Judge

Presented by:

/s/ Nicholas Williamson
Nicholas A. Williamson, WSBA No. 44470
Jessica Erickson, WSBA No. 43024
Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
NicholasW1@atg.wa.gov
jessica.erickson@atg.wa.gov
*Attorneys for Defendants*

/s/ Kimberly Mosolf
David R. Carlson, WSBA No. 35767
Kimberly Mosolf, WSBA No. 49548
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
davidc@dr-wa.org
Kimberlym@dr-wa.org

/S/Christopher Carney
Christopher Carney, WSBA No. 30325
Carney Gillespie Isitt PLLP
600 1st Avenue, Suite LL08
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@carneygillespie.com

*Attorneys for Plaintiffs*

Order Granting Stipulated Motion
for Attorney's Fees
C14-1178 MJP
Page 2 of 2

