**THE HON. MARSHA J. PECHMAN**

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

7   A.B., by and through her next friend CASSIE         No. 14-cv-01178-MJP
    CORDELL TRUEBLOOD, *et al*.,
8
                    Plaintiffs,
9
    v.                                                  **ORDER GRANTING STIPULATED**
10                                                      **MOTION TO DISTRIBUTE**
    WASHINGTON STATE DEPARTMENT OF                      **CONTEMPT FUNDS**
11  SOCIAL AND HEALTH SERVICES, *et al*.,
12
                    Defendants.

13        This matter comes before the Court upon the Parties' Stipulated Motion to Distribute

14  Contempt Funds to pay Seattle Foundation's 2020 Administrative Fee for Trueblood Diversion

15  Fund Management.

16        IT IS HEREBY ORDERED that the Clerk of this Court shall disburse **$200,000.00** to the

17  Seattle Foundation for payment of their December 31, 2020 invoice number 15551.

18        IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to

19  draw a check on the funds deposited in the registry of the Court in the principal amount of

20  **$200,000.00** minus any statutory users fees, payable to the Seattle Foundation, by check which

21  will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98010.

22
23

1    Dated this 8th day of February, 2021.

2

3

4                                    Marsha J. Pechman
                                     United States District Judge
5

6

7   Presented by:

8   /s/ Kimberly Mosolf                      /s/ Nicholas A. Williamson
    David R. Carlson, WSBA No. 35767         Nicholas A. Williamson, WSBA No. 44470
9   Kimberly Mosolf, WSBA No. 49548          Jessica M. Erickson, WSBA No. 43024
    Elizabeth Leonard, WSBA No. 46797        Sarah Jane Coats, WSBA No. 20333
10  Disability Rights Washington             Michael Bradley, WSBA No. 48481
    315 Fifth Avenue South, Suite 850        Marko L. Pavela, WSBA No. 49160
11  Seattle, WA 98104                        Office of the Attorney General
    (206) 324-1521                           7141 Cleanwater Drive SW
12  davidc@dr-wa.org                         P.O. Box 40124
    kimberlym@dr-wa.org                      Olympia, WA 98504-0124
13  bethl@dr-wa.org                          (360) 586-6565
                                             NicholasW1@atg.wa.gov
14                                           JessicaE@atg.wa.gov
    /s/Christopher Carney                    Sarahc@atg.wa.gov
15  Christopher Carney, WSBA No. 30325       Michael.Bradley@atg.wa.gov
    Carney Gillespie PLLP                    Marko.Pavela@atg.wa.gov
16  315 5th Avenue South, Suite 860
    Seattle, Washington 98104                *Attorneys for Defendants*
17  (206) 445-0212
    Christopher.Carney@cgilaw.com
18
    *Attorneys for Plaintiffs*
19

20

21

22

23

ORDER GRANTING STIPULATED MOTION TO                    Disability Rights Washington
DISTRIBUTE CONTEMPT FUNDS - 2                          315 5th Avenue South, Suite 850
Case: 2:14-cv-01178-MJP                                Seattle, Washington   98104
                                                       (206) 324-1521 · Fax: (206) 957-0729