THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend Cassie Cordell Trueblood, *et al.* <br><br>       Plaintiffs, <br><br>       v. <br><br> Washington State Department of Social and Health Services, *et al.*, <br><br>       Defendants. | No.  14-cv-01178-MJP <br><br><br> ORDER GRANTING STIPULATED MOTION FOR ATTORNEYS' FEES |

This matter comes before the Court upon the Parties' Stipulated Motion for Attorneys' Fees and Costs.

THE COURTS FINDS that the attorneys' fees and costs reflected in the Parties' Stipulated Motion for Attorney's Fees and Costs are reasonable and compensable under 42 U.S.C. § 1988.

IT IS HEREBY ORDERED that Defendants shall, within fourteen (14) days of the date of this order, pay to Plaintiffs' counsel the sum of $133,512.30 in fees.

//
//
//
//
//
//



CARNEY GILLESPIE

600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com

1    Dated this 5th day of April, 2021.

2

3

4                                              Marsha J. Pechman
                                               United States Senior District Judge
5

6

7    Presented by:

8    /s/ Nicholas Williamson                   /s/ Kimberly Mosolf
     Nicholas A. Williamson, WSBA No. 44470    David R. Carlson, WSBA No. 35767
9    Jessica Erickson, WSBA No. 43024          Kimberly Mosolf, WSBA No. 49548
     Office of the Attorney General            Disability Rights Washington
10   7141 Cleanwater Drive SW                  315 Fifth Avenue South, Suite 850
     P.O. Box 40124                            Seattle, WA 98104
11   Olympia, WA 98504-0124                    (206) 324-1521
     (360) 586-6565                            davidc@dr-wa.org
12   NicholasW1@atg.wa.gov                     Kimberlym@dr-wa.org
     jessica.erickson@atg.wa.gov
13   **Attorneys for Defendants**              /S/Christopher Carney
                                               Christopher Carney, WSBA No. 30325
14                                             Carney Gillespie Isitt PLLP
                                               600 1st Avenue, Suite LL08
15                                             Seattle, Washington 98104
                                               (206) 445-0212
16                                             Christopher.Carney@carneygillespie.com

17                                             **Attorneys for Plaintiffs**

18

19

20

21

22

23

24

Order Granting Stipulated Motion
for Attorney's Fees
C14-1178 MJP
Page 2 of 2



CARNEY GILLESPIE    600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com