The Honorable MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | NO. 14-cv-01178-MJP<br><br>**ORDER GRANTING ADDITIONAL TIME TO COMPLETE CRISIS INTERVENTION TRAINING** |

This matter comes before the Court upon the Parties' Motion Seeking Additional Time to Complete Crisis Intervention Training. Having considered the pleadings in the court file and otherwise being fully informed:

THE COURT FINDS that the COVID-19 pandemic is an unprecedented public health crisis that has resulted in a state of emergency being declared in the state of Washington. Before the pandemic, the Department was on track to produce and deliver 40-hour Crisis Intervention Trainings timely and as contemplated by the Contempt Settlement Agreement and Final Phase One Implementation Plan in this matter. The COVID-19 pandemic, however, made delivering these trainings in person impossible, and the unique nature of the trainings is such that they are better done in person rather than online.

ORDER GRANTING ADDITIONAL
TIME TO COMPLETE CRISIS
INTERVENTION TRAINING
NO.  14-CV-01178-MJP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

IT IS THEREFORE ORDERED that the Department shall be allowed one additional year to complete the 40-hour Crisis Intervention Trainings contemplated by the Contempt Settlement Agreement and Final Phase One Implementation Plan in this matter.

Dated this 6th day of April 2021.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

ORDER GRANTING ADDITIONAL
TIME TO COMPLETE CRISIS
INTERVENTION TRAINING
NO. 14-CV-01178-MJP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565