THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*, <br><br> Defendants. | No. 14-cv-01178-MJP <br><br> **ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUND FOR DIVERSION PROGRAMMING** |

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds for Diversion Programming.

The Parties propose five grant recipients to receive contempt funds as Phase IV of the *Trueblood* Diversion Plan. The proposed recipients and their awards are as follows:

| | |
|---|---|
| Columbia River Mental Health Services | $3,863,427 |
| Frontier Behavioral Health | $6,877,823 |
| King County | $9,000,000 |
| Lifeline Connections | $1,265,122 |
| Olympic Health and Recovery Services | $1,259,800 |
| **TOTAL** | **$22,266,172** |

ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION PROGRAMMING - 1
C14-01178-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 • Fax: (206) 957-0729

1    IT IS HEREBY ORDERED that the Clerk of this Court shall disburse $22,266,172 to the Seattle Foundation to fund these diversion programs. The Seattle Foundation shall, pursuant to a contract entered into with Plaintiffs, distribute and monitor these funds, in conjunction with the Court Monitor and Plaintiffs, to ensure that the monies are appropriately utilized.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of $22,266,172 minus any statutory users fees, payable to the Seattle Foundation, by a check which will be mailed or delivered to the same at 1601 5th Avenue, Suite 1900, Seattle WA 98010.

Dated this 26th day of July 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

| | |
|---|---|
| /s/ Kimberly Mosolf | /s/ Jessica M. Erickson |
| David R. Carlson, WSBA No. 35767 | Nicholas A. Williamson, WSBA No. 44470 |
| Kimberly Mosolf, WSBA No. 49548 | Jessica M. Erickson, WSBA No. 43024 |
| Elizabeth Leonard, WSBA No. 46797 | Sarah Jane Coats, WSBA No. 20333 |
| Disability Rights Washington | Michael Bradley, WSBA No. 48481 |
| 315 Fifth Avenue South, Suite 850 | Marko L. Pavela, WSBA No. 49160 |
| Seattle, WA 98104 | Office of the Attorney General |
| (206) 324-1521 | 7141 Cleanwater Drive SW |
| davidc@dr-wa.org | P.O. Box 40124 |
| kimberlym@dr-wa.org | Olympia, WA 98504-0124 |
| bethl@dr-wa.org | (360) 586-6565 |
| | NicholasW1@atg.wa.gov |
| /s/Christopher Carney | JessicaE@atg.wa.gov |
| Christopher Carney, WSBA No. 30325 | Sarahc@atg.wa.gov |
| Sean Gillespie, WSBA No. 35365 | Michael.Bradley@atg.wa.gov |
| Carney Gillespie PLLP | Marko.Pavela@atg.wa.gov |
| 315 5th Avenue South, Suite 860 | |
| Seattle, Washington 98104 | **Attorneys for Defendants** |
| (206) 445-0212 | |
| Christopher.Carney@cgilaw.com | |

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION
PROGRAMMING - 2
C14-01178-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington   98104
(206) 324-1521 · Fax: (206) 957-0729

1  *Attorneys for Plaintiffs*

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION
PROGRAMMING - 3
C14-01178-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 • Fax: (206) 957-0729