The Honorable MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>**ORDER INCREASING THE COURT MONITOR'S HOURLY FEE** |

This matter comes before the Court on the Parties' Joint Stipulated Motion Seeking to Increase the Court Monitor's Hourly Fee. Having considered the pleadings in the court file and otherwise being fully informed:

THE COURT FINDS that an increase in the Court Monitor's hourly rate is warranted.

IT IS THEREFORE ORDERED that the Department shall pay the Monitor at the new hourly rate of $350, for services rendered on or after July 1, 2021, and shall continue to reimburse

her for reasonable and necessary expenses incurred in the discharge of her duties and responsibilities under this Court's Findings of Fact and Conclusions of Law at Dkt. No. 144.

Dated this 7th day of September 2021.

MARSHA J. PECHMAN
United States Senior District Judge