THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS** |

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds to pay Seattle Foundation's January 2021 through June 2021 Administrative Fee for Trueblood Diversion Fund Management.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse **$100,000.00** to the Seattle Foundation for payment of their October 13, 2021 invoice number 15602.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of **$100,000.00** minus any statutory users fees, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98101.

//
//

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS - 1

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 · Fax: (206) 957-0729

1  Dated this 2nd day of November, 2021.

*[signature]*

Hon. Marsha J. Pechman
United States Senior District Judge

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO DISTRIBUTE CONTEMPT FUNDS - 2

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 · Fax: (206) 957-0729

Presented by:

| | |
|---|---|
| /s/ Kimberly Mosolf | /s/ Nicholas A. Williamson |
| David R. Carlson, WSBA No. 35767 | Nicholas A. Williamson, WSBA No. 44470 |
| Kimberly Mosolf, WSBA No. 49548 | Jessica M. Erickson, WSBA No. 43024 |
| Elizabeth Leonard, WSBA No. 46797 | Sarah Jane Coats, WSBA No. 20333 |
| Disability Rights Washington | Michael Bradley, WSBA No. 48481 |
| 315 Fifth Avenue South, Suite 850 | Marko L. Pavela, WSBA No. 49160 |
| Seattle, WA 98104 | Office of the Attorney General |
| (206) 324-1521 | 7141 Cleanwater Drive SW |
| davidc@dr-wa.org | P.O. Box 40124 |
| kimberlym@dr-wa.org | Olympia, WA 98504-0124 |
| bethl@dr-wa.org | (360) 586-6565 |
| | NicholasW1@atg.wa.gov |
| | JessicaE@atg.wa.gov |
| /s/Christopher Carney | Sarahc@atg.wa.gov |
| Christopher Carney, WSBA No. 30325 | Michael.Bradley@atg.wa.gov |
| Carney Gillespie PLLP | Marko.Pavela@atg.wa.gov |
| 315 5th Avenue South, Suite 860 | |
| Seattle, Washington 98104 | ***Attorneys for Defendants*** |
| (206) 445-0212 | |
| Christopher.Carney@cgilaw.com | |

***Attorneys for Plaintiffs***

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS - 3

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington   98104
(206) 324-1521 • Fax: (206) 957-0729