The Honorable MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | NO. 14-cv-01178-MJP<br><br>**ORDER GRANTING JOINT MOTION FOR RELIEF FROM SPOKANE FACILITY REPORTING OBLIGATIONS** |

The matter comes before the Court through the Parties' Joint Motion for Relief from Reporting Obligations. Having considered the pleadings in the court file and otherwise being fully informed:

THE COURT FINDS that the State and its contractors have completed the 16-Bed Crisis Stabilization in Spokane, and that this work was completed prior to this Court's October 15 deadline for the same *See* Dkt. No. 850. The Court further finds that the State met the reporting obligations required by the Court's Order granting the State and its contractors additional time. Additional reporting on construction activities, which are now complete, is unnecessary.

\\

\\

(PROPOSED) ORDER GRANTING JOINT MOTION FOR RELIEF FROM REPORTING OBLIGATIONS
NO. 14-CV-01178-MJP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

IT IS THEREFORE ORDERED that the State shall be relieved from any further reporting obligations under the Court's August 16 Order at Dkt. No. 850.

Dated this 10th day of November 2021.

MARSHA J. PECHMAN
United States Senior District Judge

(PROPOSED) ORDER GRANTING
JOINT MOTION FOR RELIEF FROM
REPORTING OBLIGATIONS
NO. 14-CV-01178-MJP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565