UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | CASE NO. C14-1178 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed Plaintiffs' Stipulated Motion for Attorneys' Fees. (Dkt. No. 872.) Having reviewed the Motion and supporting materials, the Court ORDERS Plaintiffs to provide clarification as to whether the following time entries in Mr. Carney's records are duplicative and should be removed: (1) August 16, 2021—two entries of 1:12 for "Review misdemeanor restoration data, team emails"; and (2) August 19, 2021—two entries of :24 for "Arrest diversion

stakeholder emails." If counsel believes this time should be included, counsel shall provide further explanation as to why the time entries are not duplicative. Plaintiffs must file their response to this Minute Order within 7 days of its entry.

The clerk is ordered to provide copies of this order to all counsel.

Filed December 13, 2021.

                                    Ravi Subramanian  
                                    Clerk of Court

                                  s/Serge Bodnarchuk  
                                  Deputy Clerk