THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend Cassie Cordell Trueblood, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>Washington State Department of Social and Health Services, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR ATTORNEYS' FEES |

    This matter comes before the Court upon the Parties' Stipulated Motion for Attorneys' Fees and Costs. (Dkt. No. 889.) Having reviewed the Motion and all supporting materials, the Court GRANTS the Motion.

    THE COURTS FINDS that the attorneys' fees and costs reflected in the Parties' Stipulated Motion for Attorney's Fees and Costs are reasonable and compensable under 42 U.S.C. § 1988.

    IT IS HEREBY ORDERED that Defendants shall, within fourteen (14) days of the date of this order, pay to Plaintiffs' counsel the sum of $88,019.50 in fees.

//
//
//
//
//
//

Order Granting Stipulated Motion
for Attorney's Fees
C14-1178 MJP
Page 1 of 2



Dated this 17th day of March, 2022.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge

Presented by:

| | |
|---|---|
| /s/ Nicholas A. Williamson | /s/ Kimberly Mosolf |
| Nicholas A. Williamson, WSBA No. 44470 | David R. Carlson, WSBA No. 35767 |
| Jessica Erickson, WSBA No. 43024 | Kimberly Mosolf, WSBA No. 49548 |
| Office of the Attorney General | Disability Rights Washington |
| 7141 Cleanwater Drive SW | 315 Fifth Avenue South, Suite 850 |
| P.O. Box 40124 | Seattle, WA 98104 |
| Olympia, WA 98504-0124 | (206) 324-1521 |
| (360) 586-6565 | davidc@dr-wa.org |
| NicholasW1@atg.wa.gov | Kimberlym@dr-wa.org |
| jessica.erickson@atg.wa.gov | |
| **Attorneys for Defendants** | /S/Christopher Carney |
| | Christopher Carney, WSBA No. 30325 |
| | Carney Gillespie Isitt PLLP |
| | 600 1st Avenue, Suite LL08 |
| | Seattle, Washington 98104 |
| | (206) 445-0212 |
| | Christopher.Carney@carneygillespie.com |
| | |
| | **Attorneys for Plaintiffs** |

