UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al., <br><br>Plaintiffs, <br><br>v. <br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br>Defendants. | CASE NO. C14-1178 MJP <br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

This matter comes before the Court on the Joint Request to Defer Ruling on Defendants' pending Motion for Additional Time. (Dkt. No. 896.) Having reviewed the Joint Request, the Court hereby informs the parties that it will set a hearing on Defendants' Motion for Additional Time. (Dkt. No. 892.) The Court GRANTS the Parties' request that the Defendants' reply be

MINUTE ORDER - 1

1 | deferred until after the hearing. (Dkt. No. 896 n.1.) No reply shall be filed unless the Court so
2 | orders.
3 |      The clerk is ordered to provide copies of this order to all counsel.
4 |      Filed March 25, 2022.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2