THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS** |

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds to pay Seattle Foundation's July 2021 through June 2022 Administrative Fee for Trueblood Diversion Fund Management.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse **$200,000.00** to the Seattle Foundation for payment of their June 29, 2022 invoice number 15647.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of **$200,000.00** minus any statutory users fees, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98101.

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS - 1

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 ᛫ Fax: (206) 957-0729

Dated this 12th day of August, 2022.

*[signature]*

Hon. Marsha J. Pechman
United States Senior District Judge

Presented by:

/s/ Kimberly Mosolf
David R. Carlson, WSBA No. 35767
Kimberly Mosolf, WSBA No. 49548
Elizabeth Leonard, WSBA No. 46797
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
davidc@dr-wa.org
kimberlym@dr-wa.org
bethl@dr-wa.org


/s/Christopher Carney
Christopher Carney, WSBA No. 30325
Carney Gillespie PLLP
315 5th Avenue South, Suite 860
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com


**Attorneys for Plaintiffs**

/s/ Marko L. Pavela
Nicholas A. Williamson, WSBA No. 44470
Sarah Jane Coats, WSBA No. 20333
Marko L. Pavela, WSBA No. 49160
Anthony Vaupel, WSBA No. 47848
Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
NicholasW1@atg.wa.gov
Sarahc@atg.wa.gov
Marko.Pavela@atg.wa.gov
Anthony.Vaupel@atg.wa.gov

**Attorneys for Defendants**

ORDER GRANTING STIPULATED MOTION TO
DISTRIBUTE CONTEMPT FUNDS - 2

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 ・ Fax: (206) 957-0729