UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al., <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | CASE NO. C14-1178 MJP <br><br> ORDER RE: OVERPAYMENT OF FUNDS IN COURT'S REGISTRY |

The Court issues this Order <u>sua sponte</u> after reviewing the most recent payment Defendants made into the Court's Registry. Pursuant to the Judgment dated September 14, 2022, Defendants were required to make a payment of $1,101,000.00 into the Court's Registry. Defendants instead remitted a check for $1,117,500.00. This resulted in an overpayment of $16,500.00. Accordingly, the Court directs the Clerk of the Court to disburse $16,500.00 in the

ORDER RE: OVERPAYMENT OF FUNDS IN COURT'S REGISTRY - 1

1  form a check to the Department of Social and Health Services for the State of Washington to
2  remedy this overpayment.
3      The clerk is ordered to provide copies of this order to all counsel.
4      Dated September 22, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge