# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C14-1178 MJP |

\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court notes the following fine amounts were incurred (and adjustments made to previous fine assessments) during the time periods noted below:

- $14,889,000 representing restoration contempt fines imposed in this action for the period from October 1 to October 31, 2022;

- A net decrease of $253,000 in in-patient contempt fines imposed in this action for the period from September 1 to September 30, 2022, resulting from an updated calculation;

- A net decrease of $127,000 in in-patient contempt fines imposed in this action for the period from August 1 to August 31, 2022, resulting from an updated calculation;

- A net decrease of $7,000 in in-patient contempt fines imposed in this action for the period from July 1 to July 31, 2022, resulting from an updated calculation;

- A net increase of $1,000 in in-patient contempt fines imposed in this action for the period from June 1 to June 30, 2022, resulting from an updated calculation;

resulting in a total for the current reporting period of **$14,503,000**.

Under the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. No. 623), contempt fines generated by failures to adhere to inpatient evaluation timelines shall not be reduced to judgment. However, judgment is entered against Defendants in the following amounts:

- $1,362,000 representing in-jail evaluation contempt fines imposed in this action for the period from October 1 to October 31, 2022;

- A net increase of $15,000 in in-jail evaluation contempt fines imposed in this action for the period from September 1 to September 30, 2022, resulting from an updated calculation;

resulting in a total for the current reporting period of **$1,377,000**. This total is due and payable into the Registry of the Court, to be kept in the Registry until further order of the Court. This judgment shall bear interest at the federal statutory rate until satisfied.

\\

\\

\\

\\

\\

Dated: November 14, 2022.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

Marsha J. Pechman
United States Senior District Judge
