UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | CASE NO. C14-1178 MJP <br><br> ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |

This matter comes before the Court on Plaintiffs' Motion to File an Overlength Brief. (Dkt. No. 936.) The Court finds that the Motion complies with Local Rule 7(f) and that there is good cause to allow additional pages. Accordingly, the Court GRANTS the Motion and permits Plaintiffs to file a brief of no more than 27 pages. Defendants may file a response to Plaintiffs' substantive motion of no more than 27 pages, and Plaintiffs may file a reply of no more than 12 pages.

1. The clerk is ordered to provide copies of this order to all counsel.

2. Dated December 20, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge