The Honorable MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>                      Defendants. | No. 14-cv-01178-MJP<br><br>ORDER GRANTING UNOPPOSED MOTION SEEKING ADDITIONAL TWO DAYS TO RESPOND TO PLAINTIFFS' MOTION FOR MATERIAL BREACH AND CIVIL CONTEMPT (DKT. NO. 938) |

This matter comes before the Court upon the Defendants' Unopposed Motion for Additional Time to Respondent to Plaintiffs' Motion for Material Breach of Contempt Settlement Agreement and Motion for Civil Contempt (Dkt. No. 938). Having considered the request, and considering that Plaintiffs do not oppose this request, and otherwise being fully informe,d the Court **ORDERS**: (1) The Department is granted leave to file its response on January 11, 2023; and (2) Plaintiffs reply brief shall be filed no later than January 16, 2023.

Dated this 6th day of January 2023.

MARSHA J. PECHMAN
United States Senior District Judge

ORDER GRANTING UNOPPOSED
MOTION SEEKING ADDITIONAL TWO
DAYS TO RESPOND TO PLAINTIFFS'
MOTION FOR MATERIAL BREACH
AND CIVIL CONTEMPT
NO. 14-cv-01178-MJP

1

ERROR! AUTOTEXT ENTRY NOT DEFINED.