UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | CASE NO. C14-1178 MJP<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF |

This matter comes before the Court on King, Pierce, and Snohomish Counties' Motion for Leave to File an Amicus Brief. (Dkt. No. 950.) Having reviewed the Motion and supporting materials, and having obtained, at the January 18, 2023 hearing, the Parties' consent to allow the amicus brief to be filed, the Court GRANTS the Motion. The Court will accept the amicus brief as filed (Dkt. No. 950-1). As indicated at the January 18, 2023 hearing, the Parties may file

ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF - 1

responses to the amicus brief by no later than January 27, 2023. And the Amici Counties may file a reply by no later than February 3, 2023.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 25, 2023.

Marsha J. Pechman
United States Senior District Judge