Declaration of Kevin Bovenkamp

Attachment A

# Forensic Bed Need Analysis Results

## Tumwater, Washington
## December 10, 2018

**Timothy Dittmer, PhD**

TriWest Health + Human Service Evaluation + Consulting

1



# Trends in Referrals

**2**

From 2015 to 2017, the State experienced significant increases in the numbers of referrals for inpatient competency evaluation (CE) and competency restoration (CR).

This upturn has complicated the State's ongoing struggle to address Court concerns about significant delays placing individuals into approved forensic beds.



### Inpatient Evaluations and Restorations 2012-2017

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|
| Inpatient Evaluations | 308 | 234 | 192 | 232 | 326 | 348 |
| Inpatient Restorations | 612 | 783 | 880 | 844 | 1119 | 1372 |
| Total | 920 | 1017 | 1072 | 1076 | 1445 | 1720 |





**TriWest**

Declaration of Kevin Bovenkamp
Attachment A - Page 2 of 15

# Recent Trends

Total referrals for inpatient evaluation and restoration increased by around 6% on average per year from 2012 to 2015, and by nearly 30% from 2015 to 2017.

| Average Yearly % Change | | | |
|---|---|---|---|
| Years | Inpatient Evaluations | Inpatient Restorations | Total Inpatient Referrals |
| 2012–2015 | -8.2% | 12.6% | 5.7% |
| 2015–2017 | 25.0% | 31.3% | 29.9% |



TriWest

3

# Population

- We find a fairly constant 1.3% to 1.4% growth rate in the population between 2012 and 2016, suggesting population growth is **unlikely** to account for upturn in evaluations and restorations.



**Population of Males and Females in Thousands (greater than or equal to 12 years old) 2012-2016**

$y = 28667e^{0.0132x}$
$R^2 = 0.9891$

$y = 28149e^{0.04x}$
$R^2 = 0.9868$

| | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| Male >=12 years | 28,629 | 28,903 | 29,280 | 29,740 | 30,274 |
| Female >=12 years | 29,114 | 29,390 | 29,767 | 30,168 | 30,690 |

— Male >=12 years  — Female >=12 years
······ Expon. (Male >=12 years)  ······ Expon. (Female >=12 years)





TriWest

**Declaration of Kevin Bovenkamp
Attachment A - Page 4 of 15**

# Mental Health and Substance Abuse Prevalence

- Total referrals appear to be increasing without significant increases in the prevalence of serious mental illness (SMI) or any mental illness (MI).

- Substance abuse, measured by alcohol dependence and opioid deaths, **does not appear to be linked** to the increase in referrals between 2015 and 2016.



### Referrals, SMI, MI, Alcohol Dependence, and Opioid Deaths, Adults, 18 Years+

Legend:
- Total Referrals
- SMI (Past Year, in thousands)
- Any MI (Past Year, in thousands)
- Alcohol Dependence (Past Year, in thousands)
- Opioid Deaths (Age-Adjusted)





5

# Mental Health and Substance Abuse Service Utilization



- Increase in referrals **is not likely** being driven by a decline in the availability of mental health services.



**Referrals and Utilization of Services for Substance Use Disorders and Mental Health (in hundreds)**



6

◇ TriWest

# Homeless Population

- Homeless individuals with SMI or substance issues are likely associated with the long-term growth in the demand for competency services but **do not appear** to explain the sudden increase in competency services.



## Washington State Trends in Homelessness

Data from Washington State's Department of Commerce Annual Reports on the Homeless Grant Programs

| | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|
| Chronically Homeless Individuals | 1,925 | 2,451 | 2,250 | 2,397 |
| Adults with SMI | 2,185 | 2,418 | 2,749 | 3,261 |
| Adults with Chronic Substance Abuse | 1,583 | 1,721 | 1,795 | 2,072 |

7



**Declaration of Kevin Bovenkamp**
**Attachment A - Page 7 of 15**

# Statewide Adult Arrests

**Statewide adult arrests have remained fairly constant and even fell slightly from 2015–2016.**

- Since statewide adult arrests did not increase, and even fell slightly from 2015–2016, they **cannot** explain the recent increase in total referrals.



**Adults Arrests (in hundreds) and Total Referrals 2013–2016**

| | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|
| Adult Arrests | 1274 | 1266 | 1285 | 1263 |
| Total Referrals | 1017 | 1072 | 1076 | 1450 |





△ TriWest

# Forensic Daily Bed Count Data for ESH and WSH (2012–Sep 2017)



- Individuals determined to be Not Guilty by Reason of Insanity (NGRI) are the largest component of bed use, followed by individuals undergoing competency restoration (Inpt Resto).

- The numbers of inpatient evaluations are relatively small (Inpt Evals) and about the same size as a group consisting of individuals in civil commitments, flips, and other non-competency evaluations (summed in Other).

- Bed use is compared with bed capacity, which has increased over the period with new beds added to WSH (early 2015) and ESH (late 2015).



# Bed Model Overview

- Referenced historical order, admission, and discharge dates to reconstruct historical wait statuses for each day.

- Simulated the addition of beds and adjusted individual wait statuses while keeping lengths of stay.

- Admitted by order of historical admit dates.*



# Additional Beds to Reduce Historic Wait Times







# Bed Capacity and Model Results

Forensic bed capacities grouped by facility and method and predicted additional forensic bed use and capacities necessary to clear the over-seven-day waitlists

| Year | Forensic Bed Capacity | | | Total Forensic Bed Capacity | Bed Use by Class Members based on Orders | | Bed Use by Class Members based on Census | | Additional Forensic Beds Needed by Class Members | |
|---|---|---|---|---|---|---|---|---|---|---|
| | ESH | WSH | Yakima/Maple Lane | | ESH | WSH | ESH | WSH | ESH | WSH |
| 2015 | 95-125 | 270-285 | n/a | 365-410 | 28-39 | 130-167 | 17-30 | 92-115 | 13 | 54 |
| 2016 | 125 | 285 | 22-54 | 432-464 | 36-67 | 138-192 | 29-55 | 86-125 | 13 | 54 |
| 2017 | 125 | 285 | 54 | 464 | 28-64 | 141-192 | 40-54 | 93-119 | 13 | 54 |
| 2018-2020 | 125 | 285 | 54 | 464 | 45-86 | 147-210 | n/a | n/a | 23 | 93 |



⟁TriWest

12

# Additional Beds to Reduce Projected Wait Times

| Reference Period for Projection of Demand | Facility | Number of Beds to Clear the > 7 Day Waitlist[1] |
|---|---|---|
| **2017** | ESH | 19[2] |
| | WSH | 96 |
| **2012–2017** | ESH | 23 |
| | WSH | 93 |
| **2015–2017** | ESH | 41 |
| | WSH | 88 |

[1] The projected number of beds to clear the seven-day waitlist assumes a 19% cancellation rate for ESH and an 11% cancellation rate for WSH.

[2] The projection for evaluations in the future was zero because there were no reported evaluations for ESH for 2017 because of an error.



**TriWest**

13



# Online Application

https://tcamtriwest.shinyapps.io/Trueblood/

**15**


**TriWest**