THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend Cassie Cordell Trueblood, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>Washington State Department of Social and Health Services, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR ATTORNEYS' FEES |

This matter comes before the Court upon the Parties' Stipulated Motion for Attorneys' Fees and Costs.

THE COURTS FINDS that the attorneys' fees and costs reflected in the Parties' Stipulated Motion for Attorney's Fees and Costs are reasonable and compensable under 42 U.S.C. § 1988.

IT IS HEREBY ORDERED that Defendants shall, within fourteen (14) days of the date of this order, pay to Plaintiffs' counsel the sum of $126,816.40 in fees and $463.73 in costs, for a grand total of $127,280.13.

//
//
//
//
//
//

CARNEY GILLESPIE PLLP

600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com

Dated this 24th day of March, 2023.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge

Presented by:

| | |
|---|---|
| /s/Anthony Vaupel | /s/ Kimberly Mosolf |
| Nicholas A. Williamson, WSBA No. 44470 | David R. Carlson, WSBA No. 35767 |
| Marko Pavela, WSBA No. 49160 | Kimberly Mosolf, WSBA No. 49548 |
| Anthony Vaupel, WSBA No. 47848 | Disability Rights Washington |
| Office of the Attorney General | 315 Fifth Avenue South, Suite 850 |
| 7141 Cleanwater Drive SW | Seattle, WA 98104 |
| P.O. Box 40124 | (206) 324-1521 |
| Olympia, WA 98504-0124 | davidc@dr-wa.org |
| (360) 586-6565 | Kimberlym@dr-wa.org |
| NicholasW1@atg.wa.gov | |
| marko.pavela@atg.wa.gov | /S/Christopher Carney |
| **Attorneys for Defendants** | Christopher Carney, WSBA No. 30325 |
| | Carney Gillespie PLLP |
| | 600 1st Avenue, Suite LL08 |
| | Seattle, Washington 98104 |
| | (206) 445-0212 |
| | Christopher.Carney@carneygillespie.com |
| | |
| | ***Attorneys for Plaintiffs*** |

Order Granting Stipulated Motion
for Attorney's Fees
C14-1178 MJP
Page 2 of 2

