UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | CASE NO. C14-1178 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court is aware that the Parties intended to update the Court on the implementation progress of the Settlement Agreement by presenting evidence at the evidentiary hearing set for last week. (See Dkt. No. 974 at 5.) Unfortunately, that hearing was canceled and will be rescheduled for a later date. To ensure the Court remains informed of implementation progress,

MINUTE ORDER - 1

1  the Court ORDERS the Parties to file a Quarterly Status Report concerning the Settlement
2  Agrement by no later than April 28, 2023.
3        The clerk is ordered to provide copies of this order to all counsel.
4        Filed April 3, 2023.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Serge Bodnarchuk<br>
Deputy Clerk