1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10  A.B., by and through her next friend
CASSIE CORDELL TRUEBLOOD, et
11  al.,

12                              Plaintiffs,

13            v.

14  WASHINGTON STATE
DEPARTMENT OF SOCIAL AND
15  HEALTH SERVICES, et al.,

16                              Defendants.

CASE NO. 14-cv-1178

ORDER GRANTING JOINT
MOTION FOR EXTENSION OF
QUARTERLY STATUS REPORT
DEADLINE

17

18      This matter comes before the Court upon the Joint Motion for Extension of Quarterly

19  Status Report Deadline. (Dkt. No. 984.) Having considered the request, and considering that both

20  Plaintiffs and Defendants are in agreement with this request, and otherwise being fully informed

21  the Court **ORDERS**: The deadline to file the Quarterly Status Report shall be extended to May

22  15, 2023.

23  //

24

The clerk is ordered to provide copies of this order to all counsel.

Dated April 13, 2023.

Marsha J. Pechman
United States Senior District Judge