The Honorable MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al., <br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | NO. 2:14-cv-1178 MJP<br><br>SUPPLEMENTAL JOINT STATUS REPORT RE: FORTHCOMING EVIDENTIARY HEARING |

With this hearing rescheduled, the Parties offer updates to their shared vision for the forthcoming evidentiary hearing on Plaintiffs' motion alleging breach of a settlement agreement in this matter.[1] The Parties welcome feedback from the Court to the extent the Court has a different vision for the forthcoming hearing. The Parties also jointly request that the Court set a deadline for submission of the amicus declaration.

## I.   DATES

The Parties are prepared to present additional information at the request of the Court through the presentation of evidence and witnesses in-person at the United States District Court

---

[1] This Status Report is intended to supersede the one filed on March 20, 2023 and at Dkt. No. 974.

JOINT STATUS REPORT RE: FORTHCOMING EVIDENTIARY HEARING
NO. 2:14-cv-1178 MJP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

for the Western District of Washington, in Seattle, beginning on June 12 and continuing to June 15, 2023.[2]

## II.    ROLE OF THE AMICUS

The Parties understand that the amicus counties (Amici) will be allowed ten minutes for an opening statement on the morning of June 12, 2023, and 30 minutes to argue their brief at the conclusion of evidence and prior to arguments of the Parties. The Parties understand that the Amici may propose solutions to the problems raised in the Motion for Material Breach by filing a declaration, but request that the Court also order that the declaration be filed prior to the first day of hearing, or before June 12. Filing of this declaration by the beginning of the hearing will facilitate meaningful consideration of the additional facts provided by Amici through this declaration, which will benefit the Court and the Parties.

## III.    OPENING AND CLOSING STATEMENTS

The Parties propose a brief opening statement after any opening statement provided by the Amici.

The Parties believe they should be permitted argument on their motions, or a closing statement, after the close of evidence and after any argument provided by Amici on the final day of the evidentiary hearing.

## IV.    WITNESSES

The Parties estimate 3-4 hours for each witness. The Parties have convened to discuss the witnesses to be called and the order in which they should be called, including to account for periods of unavailability.[3] The Parties reserve the right to recall witnesses and agree to waive objection as to scope of cross-examination. The Parties agree that the State should take witnesses first, and then the Plaintiffs should be permitted an expansive cross examination of each witness,

---

[2] Should this hearing need to continue past June 15, for any reason, Counsel for the State ask the Court to consider certain periods of unavailability already provided to the Court's staff by email sent at 1:27 PM on May 16, 2023.

[3] This is the same unavailability already provided to the Court's staff by email sent at 1:27 PM on May 16, 2023.

JOINT STATUS REPORT RE:
FORTHCOMING EVIDENTIARY
HEARING
NO. 2:14-cv-1178 MJP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

followed by re-direct and re-cross, if necessary. The Parties also agree that witnesses need not be excluded from the courtroom during testimony from other witnesses during this evidentiary hearing.

The witnesses the Parties believe to be necessary, in the order proposed by the Parties, are:

    **1.**    **Dr. Danna Mauch, Court-Appointed Monitor**

Dr. Mauch is to be called regarding her observations of the State's efforts towards compliance, joint efforts by herself and the parties to engage county judges and prosecutors regarding diversion options, and the like.

    **2.**    **Dr. Keri Waterland, Division Director, Division of Behavioral Health and Recovery at the Health Care Authority (HCA)**

Dr. Waterland is the primary witness to be called related to the HCA's efforts to help the State with compliance under Trueblood, and the State's efforts to transform the State's behavioral health system including the creation of additional treatment options in the community.

    **3.**    **Dr. Thomas Kinlen, Director of the Office of Forensic Mental Health Services**

Dr. Kinlen is the primary witness to be examined regarding the Department's competency restoration treatment admission algorithm, competency evaluation process and outcomes, evaluator staffing, and efforts to communicate to criminal courts when an individual has previously been found not competent to stand trial. Dr. Kinlen can also speak to contempt orders from state courts, but the statistical information requested by the Court will be generated by the Attorney General's Office and the Parties expect to stipulate to that information.

\\

\\

\\

JOINT STATUS REPORT RE:
FORTHCOMING EVIDENTIARY
HEARING
NO. 2:14-cv-1178 MJP

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

### 4. Dr. George Petzinger, Medical Director of the Gage Center for Forensic Excellence at Western State Hospital

Dr. Petzinger is the primary witness to be examined regarding admission and treatment at Western State Hospital, the criteria and process for "triage" decisions regarding admissions to the hospital, and the flow of patients through the Gage Center for Forensic Services to the Civil Center.

### 5. Kevin Bovenkamp, DSHS Assistant Secretary for the Behavioral Health Administration

Mr. Bovenkamp is the primary witness to be examined regarding the Department's larger vision for treatment bed space, progress toward construction and renovation of new bed space, staffing, workforce development, and the like. Mr. Bovenkamp also participates in admission and bed allocation decisions, but from a high-level perspective.

## V. EVIDENTIARY FOLDERS

The Parties are preparing their evidence for the Court, in accords with their best understanding of this Court's chambers procedures. The Parties expect to be able to stipulate to the authenticity of the vast majority of documents contained therein. To the extent any disputes exist as to authenticity, disputed documents will be clearly marked as such.

## VI. STIPULATED FACTS

The Parties are working to update the stipulated evidence previously filed with the Court. The updates are mainly to ensure that the various metrics included in those exhibits, originally prepared in March, are refreshed to include the most up to date information. The Parties believe that by stipulating to undisputed facts, the necessary scope of witness testimony can be reduced during the course of the hearing.

\\
\\
\\

JOINT STATUS REPORT RE: FORTHCOMING EVIDENTIARY HEARING
NO. 2:14-cv-1178 MJP

4

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

### VII.   QUARTERLY STATUS REPORT

The Parties filed their joint Quarterly Implementation Status Report on May 15, as was ordered by this Court. Dkt. No. 990.

RESPECTFULLY SUBMITTED this 30th day of May 2023.

ROBERT W. FERGUSON
Attorney General

| *s/ Marko L. Pavela* | *s/ Kimberly Mosolf* |
|---|---|
| Nicholas A. Williamson, WSBA No. 44470 | David R. Carlson, WSBA No. 35767 |
| Marko L. Pavela, WSBA No. 49160 | Kimberly Mosolf, WSBA No. 49548 |
| Anthony W. Vaupel, WSBA No. 47848 | Elizabeth Leonard, WSBA No. 46797 |
| Assistant Attorneys General | Disability Rights Washington |
| Office of the Attorney General | 315 Fifth Avenue South, Suite 850 |
| 7141 Cleanwater Drive SW | Seattle, WA 98104 |
| P.O. Box 40124 | (206) 324-1521 |
| Olympia, WA 98504-0124 | davidc@dr-wa.org |
| (360) 586-6565 | kimberlym@dr-wa.org |
| Nicholas.Williamson@atg.wa.gov | bethl@dr-wa.org |
| Marko.Pavela@atg.wa.gov | |
| Anthony.Vaupel@atg.wa.gov | Christopher Carney, WSBA No. 30325 |
| | Sean Gillespie, WSBA No. 35365 |
| **Attorneys for Defendants** | Carney Gillespie PLLP |
| | 600 First Avenue, Suite 108 |
| | Seattle, Washington 98104 |
| | (206) 445-0212 |
| | christopher.carney@cgilaw.com |
| | sean.gillespie@carneygillespie.com |
| | |
| | **Attorneys for Plaintiffs** |

JOINT STATUS REPORT RE: FORTHCOMING EVIDENTIARY HEARING
NO. 2:14-cv-1178 MJP

5

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

## CERTIFICATE OF SERVICE

I, *Christine Townsend*, state and declare as follows:

I am a citizen of the United States of America and over the age of 18 years and I am competent to testify to the matters set forth herein. I hereby certify that on this 30th day of May 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David Carlson: davidc@dr-wa.org

Kimberly Mosolf: kimberlym@dr-wa.org

Elizabeth Leonard: bethl@dr-wa.org

Christopher Carney: Christopher.Carney@CGILaw.com

Sean Gillespie: Sean.Gillespie@CGILaw.com

David JW Hackett: david.hackett@kingcounty.gov

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 30th day of May 2023, at Olympia, Washington.

_____
CHRISTINE TOWNSEND
Legal Assistant

JOINT STATUS REPORT RE: FORTHCOMING EVIDENTIARY HEARING
NO. 2:14-cv-1178 MJP

6

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565