# Forecasts of Forensic and Civil Bed Need for Eastern and Western State Hospitals



**David Mancuso, PhD**

Director, DSHS Research and Data Analysis Division

**JUNE 2023**

**DSHS** Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023



Washington State
Department of Social
& Health Services

*Transforming lives*

**Stipulation**
**Exhibit B - Page 1 of 31**

# Background

**Budget proviso language directs DSHS to maintain a model to forecast demand for forensic and civil state hospital beds, incorporating factors such as:**

– The capacity in state hospitals as well as contracted facilities which provide similar levels of care,

– Referral patterns,

– Lengths of stay,

– Wait lists, and

– Other factors (e.g., capacity utilization rates) identified as appropriate for predicting the number of beds needed to meet the demand for civil and forensic state hospital services.

**Factors should include identification of need for the services and analysis of the effect of community investments in behavioral health services and other types of beds that may reduce the need for long-term civil commitment needs.**



Stipulation
Exhibit B - Page 2 of 31

## PART 1

# Forensic Bed Need Forecast



DSHS  Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023



## Forensic Model Context

- The state hospitals provide forensic inpatient competency evaluation services when a court believes a mental disability may prevent a criminal defendant from assisting in their defense. Most competency evaluation services are provided in jail or community settings.

- Inpatient treatment for competency restoration is provided when the evaluation finds the defendant is not competent and outpatient competency restoration is either not available or not sufficient to meet the need.

- In April 2015, a federal court found in the case of Trueblood v. DSHS (Trueblood) that the Department was taking too long to provide competency evaluation and restoration services, in part due to a shortage of beds for the provision of inpatient restoration services.

- As a result of the Trueblood case, the State was directed to provide court-ordered competency evaluations within 14 days and competency restoration services within 7 days.



DSHS | Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023

**Stipulation**
**Exhibit B – Page 4 of 31**

# Forensic Model Context

- Relative to other program areas for which the Caseload Forecast Council (CFC) provides official budget forecasts, forensic bed need forecasts:

  - Are based on small numbers with more variable monthly counts of new episodes and will be inherently less stable across forecast cycles

  - Are subject to a rapidly evolving policy and service environment

  - Are significantly impacted by factors outside the control of the agency responsible for providing the service (e.g., the roles of law enforcement and prosecutorial and judicial discretion have no close analog in the forecasting of medical, food, or cash assistance caseloads)

  - Are needed to inform a longer-term facility planning horizon than is generally required of entitlement program caseload forecasts

- These factors result in the need for long-term forecasts of forensic bed need with greater intrinsic uncertainty relative to CFC forecasted programs

- The COVID-19 pandemic had a significant impact on forensic referral trends, particularly in the 6-month period beginning March 2020. Looking forward, distinguishing between the unwinding of COVID-era referral backlogs and secular referral growth remains a challenge.



DSHS | Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023

## Episode-Based Forensic Forecast: non-NGRI New Episode Trends

- Link forensic orders into "episodes" based on court order and cause numbers

- Identify episodes where there is at least one inpatient (IP) order, including inpatient orders associated with persons in a community setting (e.g., PR)

- Attribute an episode to a legal authority group (LAG) based on the first IP order in the episode

- For monthly "new episode" trending purposes, attribute an episode "begin date" to the date of the first IP order in the episode

- Use exponential smoothing to forecast monthly new episode counts

- Current forecast is based on monthly new episodes spanning August 2018 to March 2023

DSHS | Facilities, Finance, and Analytics Administration | Research and Data Analysis Division • JUNE 2023



# Episode-Based Forensic Forecast: non-NGRI Length of Stay

- Measure length of stay (LOS) among episodes resulting in an IP admission, counting all IP days within the episode (i.e., including non-contiguous IP stays that might occur within a single episode)

- Calculate mean LOS by hospital and LAG based on admission cohorts spanning 8/2018 – 12/2020

- Assume that episodes with an IP order that **do not** result in an IP admission require the average LOS associated with episodes that **do** result in an IP admission

- Calculate weighted average LOS using the case mix of new episodes in the most recent 12 months of data (4/2022 – 3/2023 for the current forecast)



DSHS | Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023

Transforming lives

# Episode-Based Forensic Forecast: Additional Methods and Assumptions

- "Core" forensic forecast excludes beds needed to clear current wait list
- Non-NGRI capacity utilization: 85%
- NGRI Forecast
  - Project NGRI census to remain constant at last observed actual value
  - Assume 90% capacity utilization
- WSH/ESH Bed Need Detail
  - Decompose statewide non-NGRI bed need based on the relative WSH/ESH share of new episodes over most recent 12 months of actuals, adjusted by relative LOS
  - Decompose NGRI bed need based on the relative WSH/ESH share of NGRI patients as of the last observed actual values



# Time-Limited Beds Needed to Clear Wait List: Methods and Assumptions

- Wait list includes person in jail or in the community (e.g., on personal recognizance or under house arrest)

- New episode-based LOS averages (by LAG by hospital) are applied to the wait list composition as of most recent snapshot point in time. Wait-list estimates prior to February 2023 forecast applied order-based LOS averages.



DSHS  Facilities, Finance, and Analytics Administration | Research and Data Analysis Division • JUNE 2023

*Transforming lives*

Washington State
Department of Social
& Health Services



# Statewide New Forensic Episode Forecast

FEB 2023 Forecast

JUN 2023 Forecast

New Forensic Episode "Actuals"

2020   2021   2022   2023   2024   2025   2026   2027

SOURCE: DSHS Research and Data Analysis.

**DSHS** | Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023

# Episode Length of Stay by Attributed Legal Authority Group

## 8/2018 – 12/2020 Admission Cohorts

### Mean LOS (Days) by Legal Authority Group

| Region | Dismissal Evaluation | Felony Restoration 90/180 Days | Felony Restoration 45 Days | Misdemeanor Evaluation | Misdemeanor Restoration | Felony Evaluation | Weighted Average |
|---|---|---|---|---|---|---|---|
| WSH | 48.1 | 144.8 | 95.8 | 29.8 | 33.3 | 97.9 | *100.8* |
| ESH | 21.6 | 107.7 | 70.3 | 47.2 | 36.2 | 59.5 | *66.3* |
| Statewide | | | | | | | *90.8* |

Note: Forensic episodes are attributed to a legal authority group based on the initial inpatient order associated with the episode.

SOURCE: DSHS Research and Data Analysis.

**DSHS** | Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023





# Statewide NGRI Patient Census Forecast

## Combined Eastern and Western State Hospitals
FEB 2023 Forecast Maintained at Last Actual

192

JUN 2023 Forecast

NGRI Census Actuals

300
250
200
150
100
50
0

J M M J S N J M M J S N J M M J S N J M M J S N J M M J S N J M M J S N J M M J S N J M M J S N J M M J S N
2017    2018    2019    2020    2021    2022    2023    2024    2025

SOURCE: DSHS Research and Data Analysis.

**DSHS** | Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023



# Forensic Bed Need Forecast Summary

February 2023 Forensic Bed Need Forecast by State Fiscal Year (SFY)

| | Western State | | |
|---|---|---|---|
| | Forecast Need Year End | Forecast Need SFY Average | Funded Beds Year End |
| 2023 | 729 | | 488* |
| 2024 | 748 | 739 | 518* |
| 2025 | 768 | 759 | |
| 2026 | 788 | 779 | |
| 2027 | 808 | 799 | |

| | Eastern State | | |
|---|---|---|---|
| | Forecast Need Year End | Forecast Need SFY Average | Funded Beds Year End |
| 2023 | 190 | | 175 |
| 2024 | 194 | 192 | |
| 2025 | 198 | 196 | |
| 2026 | 201 | 200 | |
| 2027 | 205 | 203 | |

*WSH funded bed count includes 60 RTF beds through SFY 2023, expanding to 90 RTF beds in SFY 2024.
**Funded bed count does not reflect capacity associated with the new forensic hospital scheduled to open in SFY 2028 on the grounds of WSH.**
Forecast excludes time-limited bed capacity needed to clear existing wait lists for inpatient forensic services.

SOURCE: DSHS Research and Data Analysis.

**DSHS** | Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023



# Statewide Forensic Forecast: Comparison with Prior Forecast

| | FORENSIC | | |
|---|---|---|---|
| | JUN 2023 Forecast SFY Year End | FEB 2023 Forecast SFY Year End | Change* |
| 2023 | 919 | 891 | 28 |
| 2024 | 942 | 930 | 13 |
| 2025 | 966 | 968 | -2 |
| 2026 | 990 | 1,007 | -18 |
| 2027 | 1,013 | 1,046 | -33 |

*Change might differ by +/- 1 from the raw difference between current and prior forecast values due to rounding.
Forensic forecast excludes time-limited bed capacity needed to clear existing wait lists for inpatient forensic services.

DSHS | Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023





# Statewide Forensic Wait List

SOURCE: DSHS Research and Data Analysis.

**DSHS** | Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023

## Additional Forensic Bed Capacity Needed to Clear Western State Hospital and RTF Wait Lists

| | Western State Hospital and RTF | | | | | |
|---|---|---|---|---|---|---|
| | Legal Authority Group | | | | | |
| | A | B | C | D | E | TOTAL |
| Wait List | 267 | 282 | 5 | 98 | 9 | 661 |
| Average Length of Stay (Days) | 130.4* | 95.8 | 29.8 | 33.3 | 97.9 | |
| Utilization Rate | 85% | 85% | 85% | 85% | 85% | 85% |
| Bed Days | 40,976 | 31,785 | 178 | 3,844 | 1,037 | 77,816 |

*Additional beds needed to clear wait list in **12 months**:* **213**

*Weighted average of LOS for Dismissal Evaluation and 90/180 Felony Restoration legal authority groups
Includes persons waiting in jail or in the community
Wait Lists as of May 10, 2023

**DSHS**  Facilities, Finance, and Analytics Administration  |  Research and Data Analysis Division ● JUNE 2023

Washington State
Department of Social
& Health Services

*Transforming lives*

# Additional Forensic Bed Capacity Needed to Clear Eastern State Hospital Wait Lists

| Eastern State Hospital | | | | | | |
|---|---|---|---|---|---|---|
| | Legal Authority Group | | | | | |
| | A | B | C | D | E | TOTAL |
| Wait List | 36 | 52 | 6 | 14 | 11 | 119 |
| Average Length of Stay (Days) | 69.9* | 70.3 | 47.2 | 36.2 | 59.5 | |
| Utilization Rate | 85% | 85% | 85% | 85% | 85% | 85% |
| Bed Days | 2,961 | 4,303 | 333 | 596 | 770 | 8,963 |

*Additional beds needed to clear wait list in **12 months**:* **25**

*Weighted average of LOS for Dismissal Evaluation and 90/180 Felony Restoration legal authority groups
Includes persons waiting in jail or in the community
Wait Lists as of May 10, 2023

**DSHS** Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023



**PART 2**

# Civil Bed Need Forecast



**DSHS** | Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023

18

# In-Scope Patients and Settings for Defining Civil Bed Need

- **In Scope**
  - **Civil Conversion Patients**
    - ✓ Primarily served in State Hospital settings
    - ✓ Patients beginning to be served in community settings, with numbers expected to increase over time in both HCA-contracted and DSHS facility settings
  - **Non-Civil-Conversion Civil Patients**
    - ✓ State Hospital settings
    - ✓ HCA-contracted long-term civil commitment (HCA LTCC) settings
    - ✓ Persons on 90/180-day civil orders in "Other Acute Hospital" settings
- **Out of scope:**
  - Persons on 90/180-day civil orders in an E&T outside of an HCA-contracted LTCC setting
  - Persons on 90/180-day civil orders in a Community Psychiatric Hospital (CH) outside of an HCA-contracted LTCC setting



*Transforming lives*

# Important Note Regarding Change in Accounting Methods for Patients in HCA Community Settings Outside of HCA-Contracted LTCC Beds

- **Prior Method:** The February 2023 Forecast counted all persons on 90/180-day civil orders in HCA community settings outside of HCA-Contracted LTCC Beds towards bed need, and counted beds associated with persons in E&T and Community Psychiatric Hospital settings towards bed capacity

- **Current Method:** The June 2023 Forecast counts only persons in acute hospital settings towards bed need and does not count beds associated with persons in E&T and Community Psychiatric Hospital settings towards bed capacity.

- The two approaches provide identical forecasts of the net balance between civil bed need and bed capacity.



DSHS | Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023

## Operating Budget Civil Bed Assumptions
## Using Option 1 to Account for E&T/CH Non-Contracted Bed Use

| SFY | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|
| WSH | 467 | 437 | 347 | 287 | 287 | 287 | 287 | 287 |
| ESH | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 |
| HCA-Contracted Long-Term Civil Commitment (LTCC) | 119 | 167 | 180 | 267 | 300 | 316 | 316 | 316 |
| University of Washington | 0 | 0 | 0 | 0 | 0 | 75 | 75 | 75 |
| Maple Lane Campus Civil Expansion | 0 | 0 | 0 | 16 | 16 | 80 | 80 | 80 |
| Tulalip Tribal E&T | 0 | 0 | 0 | 0 | 0 | 16 | 16 | 16 |
| Vancouver – Brockman Campus (48 Beds Prioritized for Civil Conversions) | 0 | 0 | 0 | 0 | 0 | 48 | 48 | 48 |
| **TOTAL PLANNED BEDS AT END OF SFY** | | | | 762 | 795 | 1,014 | 1,014 | 1,014 |
| **CIVIL BED NEED FORECAST AT END OF SFY** | | | | 808 | 845 | 881 | 918 | 955 |

NOTES: 1. Overall planned/needed bed balance may mask imbalances across patient types (e.g., civil conversion relative to non civil conversion)
2. 224 HCA-contracted LTCC beds were online as of 5/15/2023, of which 65 are flex beds.

DSHS | Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023





# State Hospital Civil Census Trends
First-of-month snapshot from 1/1/2017 through 5/1/2023

TOTAL CIVIL CENSUS

WSH Civil Conversions

WSH Other Civil

ESH Other Civil

ESH Civil Conversions

SOURCE: DSHS Research and Data Analysis.
NOTES: Civil Census counts include in-residence patients. Excludes patients released on Authorized Leave or Medical Discharge. Civil Conversions are the number of in-residence civil patients who were converted from a forensic to a civil legal authority.

**DSHS** Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023



# Civil Conversion Patients on Forensic Wards

SOURCE: DSHS Research and Data Analysis.

**DSHS** | Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023



# HCA-Contracted LTCC Daily Census
## First Day of Month Snapshot

Estimated Mean LOS for 2/1/2022 – 1/31/2023 Admissions is **70.8 Days**

TOTAL All Settings

E&T

Community Psychiatric Hospital

Acute Hospital

SOURCE: DSHS Research and Data Analysis.
NOTES: Based on admit and discharge dates for completed episodes and imputation from authorization data for admissions that have not yet discharged.

**DSHS** | Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023



# Persons in the community on a 90-/180-day civil commitment as of 6/1/2023 and not in an HCA-contracted LTCC bed



DSHS  Facilities, Finance, and Analytics Administration  |  Research and Data Analysis Division  ● JUNE 2023



25

# Civil Bed Need Forecast Model

- **Civil Conversion Bed Need**
  - Exponential smoothing model applied to most recent **60** months of first-of-month daily census counts though the "last actual" data point (January 1, 2023)
  - 85 percent occupancy assumption
- **Non-Civil-Conversion Bed Need**
  - Developing time series of daily census counts across 3 setting types:
    - ESH/WSH "other civil"
    - HCA-contracted LTCC
    - Patients on 90/180-day civil orders in an acute hospital setting and not in an HCA-contracted LTCC bed
  - Until enough history is available to consider time series models, apply an annual growth factors based on the OFM State Population Forecast for adults aged 18-64
  - 85 percent occupancy assumption is used to translate patient census into bed need



DSHS  Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023




# State Hospital Civil Conversion Statewide Daily Census Forecast

JUN 2023 Forecast

Actuals

SOURCE: DSHS Research and Data Analysis.

DSHS Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023

# Non-Civil-Conversion Daily Census (OPTION 1)

| Date | WSH/ESH Other Civil | HCA Other LTCC | HCA Other LTCC Acute Hosp | HCA Contracted LTCC Bed |
|---|---|---|---|---|
| | | **Available Measurement Points for Calculating Non-Civil-Conversion Bed Need** | | |
| 11/1/2022 | 131 | | | 147 |
| 12/1/2022 | 131 | 92 | 24 | 133 |
| 1/1/2023 | 129 | 91 | 12 | 146 |
| 2/1/2023 | 135 | 96 | 14 | |
| 3/1/2023 | 133 | 97 | 20 | |
| 4/1/2023 | 134 | 101 | 21 | |
| 5/1/2023 | 138 | 81 | 20 | |
| 6/1/2023 | | 82 | 15 | |

SOURCE: DSHS Research and Data Analysis.

DSHS  Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023

28

# Statewide Civil Bed Need Forecast Summary (Option 1)

June 2023 Civil Bed Need Forecast by State Fiscal Year (SFY)

| | Statewide Forecast Civil Bed Need | | |
| --- | --- | --- | --- |
| | Civil Conversion Bed Need SFY Year End | Other Civil* Bed Need SFY Year End | Total Civil Bed Need SFY Year End |
| 2023 | 470 | 338 | 808 |
| 2024 | 505 | 340 | 845 |
| 2025 | 539 | 342 | 881 |
| 2026 | 574 | 344 | 918 |
| 2027 | 609 | 346 | 955 |

*Includes persons on 90/180-day civil commitments in State Hospital settings, in HCA-contracted facilities providing community-based long-term civil commitment services, and persons on 90/180-day orders in other acute hospital settings (excluding E&T and community psychiatric hospital settings).

**DSHS** Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023



**PART 3**

# Comparisons with Prior Forecast



DSHS | Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023



# Forensic and Civil Bed Need Forecasts: Comparison with Prior Forecasts

## FORENSIC

| | JUN 2023 Forecast SFY Year End | FEB 2023 Forecast SFY Year End | Change* |
|---|---|---|---|
| 2023 | 919 | 891 | 28 |
| 2024 | 942 | 930 | 13 |
| 2025 | 966 | 968 | -2 |
| 2026 | 990 | 1,007 | -18 |
| 2027 | 1,013 | 1,046 | -33 |

## CIVIL (OPTION 1)

| | JUN 2023 Forecast SFY Year End | FEB 2023 Forecast SFY Year End | Change* |
|---|---|---|---|
| | 808 | 848 | -40 |
| | 845 | 886 | -41 |
| | 881 | 924 | -43 |
| | 918 | 963 | -45 |
| | 955 | 1,001 | -46 |

*Change might differ by +/- 1 from the raw difference between current and prior forecast values due to rounding.
Forensic forecast excludes time-limited bed capacity needed to clear existing wait lists for inpatient forensic services.

**DSHS** Facilities, Finance, and Analytics Administration | Research and Data Analysis Division ● JUNE 2023

