| State Fiscal Year | STATE HOSPITAL FUNDED BED CAPACITY | | | | | RESIDENTIAL TREATMENT FACILITIES (RTFs) | | | | | TOTALS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | WESTERN STATE HOSPITAL | | EASTERN STATE HOSPITAL | | CSTC | MAPLE LANE | | YAKIMA | FORT STEILACOOM | | | |
| | CIVIL | FORENSIC | CIVIL | FORENSIC | | CIVIL | FORENSIC | FORENSIC | CIVIL | FORENSIC | Total w/ RTF | Total w/o RTF |
| 2015 | 557 | 285 | 192 | 95 | 47 | | 10 | 12 | | | 1,198 | 1,176 |
| 2016 | 557 | 285 | 192 | 125 | 47 | | 30 | 24 | | | 1,260 | 1,206 |
| 2017 | 557 | 285 | 192 | 125 | 47 | | 30 | 24 | | | 1,260 | 1,206 |
| 2018 | 557 | 285 | 192 | 125 | 47 | | 30 | 24 | | | 1,260 | 1,206 |
| 2019 | 527 | 330 | 192 | 125 | 47 | | 30 | 24 | | | 1,275 | 1,221 |
| 2020 | 527 | 330 | 192 | 125 | 47 | | 30 | 24 | | | 1,275 | 1,221 |
| 2021 | 467 | 370 | 162 | 175 | 65 | | 30 | | | 30 | 1,305 | 1,239 |
| 2022 | 377 | 399 | 192 | 175 | 65 | | 30 | | | 30 | 1,323 | 1,268 |
| 2023 | 287 | 428 | 192 | 175 | 65 | 16 | 30 | | | 30 | 1,223 | 1,147 |

* The funded bed capacity represents enacted budget step assumptions over several biennia.
* The funded bed capacity represents bed capacity as of June 30th of each SFY.

**Note:**

Per TriWest 'Trueblood Forensic Bed Needs 100218 Final' report

WSH forensic bed capacity increased from 270 to 285 as of 6/9/2015 (FY15)

ESH forensic bed capacity increased from 95 to 125 as of 12/1/2015 (FY16); assumed 95 in FY15

*Assumed WSH, ESH, and CSTC civil beds in FY15 were the same as FY16 (557, 192, and 47 respectively)

Yakima forensic bed capacity was increased from 12 to 24 as of 6/18/2016 (FY16); assumed 12 in FY15

Maple Lane forensic bed capacity was increased from 10 to 30 as of 5/11/2016 (FY16); assumed 10 in FY15

2017-19 Biennial Budget: Funding received to convert one 30 bed civil ward to forensic at WSH in FY19. 30-bed civil to forensic conversion complete in **FY19** (Aug 2018).

2018 Supplemental: Funding received to open an additional 15 forensic beds at WSH in **FY19** (July 2018).

2018 Supplemental: Funding received to open 30 competency restoration beds. Fort Steilacoom Comp Restoration Program began to accept patients in **FY20** (Aug 2019).

2019-21 Biennial Budget: ESH opened 25 forensic beds towards the end of June 2020 and another 25 forensic beds in August 2020.  Increased capacity all shown in **FY21**.

2019-21 Biennial Budget: WSH is scheduled to convert two 30-bed civil wards (E3/E4) to two 20-bed forensic wards. Project timeline shows occupancy by **FY21** (Jan 2021).

2019-21 Biennial Budget: CSTC scheduled to open 18 beds in FY21 (March 2021), however, new opening date is September 2021 (**FY22**) due to construction delays. Funding received in FY21.

2021 Supplemental: ESH closes 30 civil beds as a savings option (EPOD) in **FY21**.

2021-23 Biennial Budget: Yakima RTF scheduled to close in December 2021 (**FY22**), however, contractor gave 30 day notice and patients were transferred out of the program in July 2021.

2021-23 Biennial Budget: Assumes ESH reopens 30 civil beds in **FY22** that were closed in FY21 (EPOD).

2021-23 Biennial Budget: Assumes WSH closes three (3) 30-bed civil wards in July, Nov, and March of **FY22** and **FY23**.

2021-23 Biennial Budget: REVISED Assumes WSH opens two 29-bed forensic wards on December 1, 2022 (**FY23**). F9 and F10; funding for F9 received in FY22 and counted in FY22.

2021-23 Biennial Budget: Assumes 16-bed Civil RTF opens in November 2022 (**FY23**) and 16-bed Civil RTF opens in April 2023 (**FY23**).

Source: BHA Budget
Updated: May 10, 2023

**Stipulation**
**Exhibit C - Page 1 of 1**