## Competency Evaluation Clients - Baseline Characteristics, SFY 2019

*Individuals with a Competency Evaluation Order Signed July 1, 2018 to June 30, 2019*

|  | TB Class Members (n=3475) | | Non-TB Class Members (n=1066) | | Total (n=4,541) | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Number | Percent | Number | Percent | Number | Percent |
| **Demographics,** *Index Month* | | | | | | |
| **Age** | | | | | | |
| 18-24 | 440 | 12.7% | 141 | 13.2% | 581 | 12.8% |
| 25-34 | 1,153 | 33.2% | 273 | 25.6% | 1,426 | 31.4% |
| 35-44 | 964 | 27.7% | 240 | 22.5% | 1,204 | 26.5% |
| 45-54 | 527 | 15.2% | 181 | 17.0% | 708 | 15.6% |
| 55-64 | 296 | 8.5% | 137 | 12.9% | 433 | 9.5% |
| 65+ | 92 | 2.6% | 94 | 8.8% | 186 | 4.1% |
| age missing | 3 | 0.1% | 0 | 0.0% | 3 | 0.1% |
| **Gender** | | | | | | |
| Male | 2,644 | 76.1% | 761 | 71.4% | 3,405 | 75.0% |
| Female | 802 | 23.1% | 301 | 28.2% | 1,103 | 24.3% |
| Unknown | 29 | 0.8% | 4 | 0.4% | 33 | 0.7% |
| **Race/Ethnicity** | | | | | | |
| African American | 781 | 22.5% | 170 | 15.9% | 951 | 20.9% |
| Asian or Pacific Islander | 360 | 10.4% | 105 | 9.8% | 465 | 10.2% |
| American Indian/Alaska Native | 504 | 14.5% | 123 | 11.5% | 627 | 13.8% |
| Hispanic/Latino(a) | 490 | 14.1% | 163 | 15.3% | 653 | 14.4% |
| White Only | 1,648 | 47.4% | 567 | 53.2% | 2,215 | 48.8% |
| Race missing | 70 | 2.0% | 38 | 3.6% | 108 | 2.4% |
| **Most Serious Current Charge** | | | | | | |
| Misdemeanor | 1,905 | 54.8% | 777 | 72.9% | 2,682 | 59.1% |
| Felony | 1,554 | 44.7% | 289 | 27.1% | 1,843 | 40.6% |
| Charge missing | 16 | 0.5% | 0 | 0.0% | 16 | 0.4% |
| **Competency Services past 5 years** | | | | | | |
| Avg. Number of prior competency evaluation orders | 1,577 | 3.0 | 285 | 2.0 | 1,862 | 2.6 |
| Not Competent - Any | 961 | 27.7% | 162 | 15.2% | 1,123 | 24.7% |
| Avg. Number of restoration orders | 660 | 2.1 | 84 | 1.5 | 744 | 1.7 |
| **Economic Characteristics,** *12 months pre-index* | | | | | | |
| Basic Food | 2,456 | 70.7% | 677 | 63.5% | 3,133 | 69.0% |
| Avg. Months of Basic Food | 2,456 | 9.2 | 677 | 9.7 | 3,133 | 9.3 |
| Homeless or unstably housed | 2,108 | 60.7% | 410 | 38.5% | 2,518 | 55.5% |
| Homeless | 1,983 | 57.1% | 371 | 34.8% | 2,354 | 51.8% |
| **Employment** | | | | | | |
| Any employment (part-time or full-time) | 654 | 18.8% | 229 | 21.5% | 883 | 19.4% |
| Average wages among those with employment | 654 | $8,967 | 229 | $10,777 | 883 | $9,437 |
| Average hours (in prior 12 months) among those with employment | 652 | 479.4 | 228 | 621.1 | 880 | 516.1 |
| **Health Care** | | | | | | |
| Medicaid - Any | 2,457 | 70.7% | 710 | 66.6% | 3,167 | 69.7% |
| Avg. Months Medicaid | 2,457 | 9.8 | 710 | 10.6 | 3,167 | 10.0 |
| **Criminal Justice History,** *12 months pre-index* | | | | | | |
| Arrests - any | 3,131 | 90.1% | 799 | 75.0% | 3,930 | 86.5% |
| Avg. number of arrests | 3,131 | 3.1 | 799 | 1.8 | 3,930 | 2.9 |
| Charges - any | 2,981 | 85.8% | 805 | 75.5% | 3,786 | 83.4% |
| Charges - Misdemeanor | 2,620 | 75.4% | 720 | 67.5% | 3,340 | 73.6% |
| Charges - felony | 1,694 | 48.7% | 241 | 22.6% | 1,935 | 42.6% |
| Department of Corrections - any | 439 | 12.6% | 26 | 2.4% | 465 | 10.2% |
| Jail - any | 2,026 | 58.3% | 593 | 55.6% | 2,619 | 57.7% |

|  | TB Class Members (n=3475) | | Non-TB Class Members (n=1066) | | Total (n=4,541) | |
|---|---|---|---|---|---|---|
|  | Number | Percent | Number | Percent | Number | Percent |
| **Behavioral Health Characteristics,** *12 months pre-index* | | | | | | |
| **For population with baseline Medicaid coverage only:** | 2,457 | 100% | 710 | 100% | 3,167 | 100% |
| **Mental health service, any** | 1,962 | 79.9% | 519 | 73.1% | 2,481 | 78.3% |
| Inpatient Mental Health Services - Any | 802 | 32.6% | 161 | 22.7% | 963 | 30.4% |
| Community psychiatric and E&T hospitalization days per MM | 568 | 3.8 | 145 | 3.2 | 713 | 3.7 |
| State hospital days per MM | 220 | 27.4 | 30 | 18.4 | 250 | 26.3 |
| Outpatient mental health services - Any | 1,913 | 77.9% | 508 | 71.5% | 2,421 | 76.4% |
| Outpatient mental health treatment days per MM | 1,913 | 2.4 | 508 | 2.5 | 2,421 | 2.4 |
| Outpatient Crisis Services - Any | 1,299 | 52.9% | 308 | 43.4% | 1,607 | 50.7% |
| **Mental Health Diagnosis - any** | 1,919 | 78.1% | 540 | 76.1% | 2,459 | 77.6% |
| Psychotic Diagnosis | 1,464 | 59.6% | 337 | 47.5% | 1,801 | 56.9% |
| Mania/Bipolar | 675 | 27.5% | 159 | 22.4% | 834 | 26.3% |
| Depression | 978 | 39.8% | 301 | 42.4% | 1,279 | 40.4% |
| Anxiety | 1,085 | 44.2% | 338 | 47.6% | 1,423 | 44.9% |
| ADHD/conduct/impulse | 517 | 21.0% | 145 | 20.4% | 662 | 20.9% |
| Adjustment disorder | 104 | 4.2% | 34 | 4.8% | 138 | 4.4% |
| **Prescription medications - any** | 1,224 | 49.8% | 351 | 49.4% | 1,575 | 49.7% |
| Antipsychotic | 651 | 26.5% | 186 | 26.2% | 837 | 26.4% |
| Antimania | 992 | 40.4% | 249 | 35.1% | 1,241 | 39.2% |
| Antidepressant | 562 | 22.9% | 188 | 26.5% | 750 | 23.7% |
| Antianxiety | 106 | 4.3% | 24 | 3.4% | 130 | 4.1% |
| ADHD | 56 | 2.3% | 31 | 4.4% | 87 | 2.7% |
| **Substance Use Disorder Treatment** | | | | | | |
| Substance Use Disorder Treatment Need | 1,629 | 66.3% | 374 | 52.7% | 2,003 | 63.2% |
| Substance Use Disorder Treatment services - any | 419 | 17.1% | 110 | 15.5% | 529 | 16.7% |
| Substance Use Disorder Inpatient Treatment - any | 126 | 5.1% | 28 | 3.9% | 154 | 4.9% |
| Substance Use Disorder Outpatient Treatment - any | 300 | 12.2% | 86 | 12.1% | 386 | 12.2% |
| Substance Use Disorder Opiate Substitue treatment- any | 32 | 1.3% | 14 | 2.0% | 46 | 1.5% |
| Substance Use Disorder Detox - any | 128 | 5.2% | 25 | 3.5% | 153 | 4.8% |
| **Developmental Disability,** *lifetime* | | | | | | |
| Developmental Disability - any | 142 | 5.8% | 87 | 12.3% | 229 | 7.2% |
| Developmental Disability Diagnosis | 123 | 5.0% | 75 | 10.6% | 198 | 6.3% |
| Developmental Disability Services | 63 | 2.6% | 52 | 7.3% | 115 | 3.6% |
| **Other Health Indicators,** *12 months pre-index* | | | | | | |
| Outpatient ED Visits Per 1,000 Member Months | 1,752 | 402.8 | 453 | 285.3 | 2,205 | 354.0 |
| Hospitalization Per 1,000 Member Months | 821 | 73.0 | 189 | 43.0 | 1,010 | 54.6 |
| Chronic Disease Indicator | 844 | 34.4% | 256 | 36.1% | 1,100 | 34.7% |

## Data Sources and Methodology

**Population.** Includes all individuals with a court order for a competency evaluation signed July 1, 2018 to June 30, 2019. For individuals with multiple court orders, we selected the first order in the state fiscal year. Excludes individuals where the order was withdrawn or cancelled.

**Index Date.** The date the evaluation order was signed by the court.

**Trueblood Class Members.** Individuals waiting for a competency evaluation in jail at any point in FY 2019.

**Demographics** - Age, gender, and race/ethnicity were identified from the RDA Integrated Client Databases using data from DSHS and health service systems.

**Most serious current criminal charge**. The most serious criminal charge (misdemeanor/felony) associated with the FY 2019 court order(s) as recorded in the Forensic Data System.

**Competency Services**. Based on competency orders recorded in the Forensic Data System. "Found not Competent" means the evaluator returned an opinion of not competent to stand trial. The final determination made by the court is not captured in the Forensic Data System.

**Basic Food** – Individuals receiving Basic Food were identified using data from the Automated Client Eligibility System (ACES).

**Homeless or Unstably Housed.** An indicator of homelessness or housing instability during the measurement period based on living situation recorded in the Automated Client Eligibility System (ACES). **Homeless or unstably housed** includes individuals who were unstably housed (i.e. homeless with housing) and individuals who were homeless (i.e. homeless without housing, residing in an emergency housing shelter or battered spouse shelter). **Homeless** is restricted to individuals designated as homeless without housing or residing in a shelter.

**Employment and Earnings.** Based on employer-reported data on quarterly employment status, earning, and hours worked from the Washington State Employment Security Department. Individuals were identified as employed if they had at least one quarter of non-zero earnings. Average earnings were calculated by summing quarterly earnings within the previous year for those with reported wages.

**Medicaid.** Individuals identified as Medicaid recipients from Provider One, which is maintained by the Health Care Authority.

**Arrests** – Based on arrest data reported to the Washington State Patrol (WSP). Arrests reported in the WSP database are primarily felonies and gross misdemeanors, but include some misdemeanors.

**Charges** - Includes criminal charges filed in court, based on data from the Administrative Office of the Courts and provided by the Washington State Institute for Public Policy.

**Department of Corrections** - Individuals incarcerated in a Department of Corrections (DOC) facility identified from Washington State Department of Corrections data.

**Jail** - Individuals incarcerated in a local/county jail as identified from the Jail Booking and Release System (JBRS).

**Behavioral Health and Other Health Metrics.** These measures are derived from administrative data in ProviderOne and the Behavioral Health Data System and are restricted to individuals with at least one month of medical eligibility during the 12-months prior to the index month.

**Mental Health Treatment Need** - Includes individual who were diagnosed
with a psychotic, mania/bipolar, depressive, anxiety, attention deficit and/or hyperactive, disruptive/impulse
control/conduct, or adjustment disorder; 2) had an antipsychotic, antimania, antidepressant, antianxiety, or
ADHD prescription filled; or 3) received mental health services.

**Substance Use Disorder (SUD) Treatment Need** - Includes individuals who were diagnosed with an SUD or had
a prescription filled for medication for opioid or alcohol use disorder treatment or received outpatient or
inpatient SUD treatment services or were arrested for an SUD-related charge.

**Emergency Department Use** – Based on information from Provider One medical claims and encounters. Utilization measures represent ED visits per 1,000 Medicaid member months to standardize for differences in the number of months of enrollment among Medicaid recipients.

**Developmental Disability.** Any indication of a developmental disability as identified by a DD diagnosis or DD services based on Developmental Disabilities Administration (DDA) service data.

**Chronic Illness Indicator.** An indicator of chronic illness developed to identify individuals with significant health problems. The indicator is based on a risk score and includes individuals with scores equal to or greater than 1, which represents the score for the average Medicaid clients in Washington State meeting Social Security Insurance (SSI) disability criteria. Chronic illness risk scores were calculated from health service diagnoses and pharmacy claim information, with scoring weights based on a predictive model associating health conditions with future medical costs.

## Competency Evaluation Clients - Baseline Characteristics, SFY 2020

*Individuals with a Competency Evaluation Order Signed July 1, 2019 to June 30, 2020*

|  | TB Class Members (n=3,160) | | Non-TB Class Members (n=994) | | Total (n=4,154) | |
|---|---:|---:|---:|---:|---:|---:|
|  | Number | Percent | Number | Percent | Number | Percent |
| **Demographics,** *Index Month* | | | | | | |
| **Age** | | | | | | |
| 18-24 | 399 | 12.6% | 112 | 11.3% | 511 | 12.3% |
| 25-34 | 1,101 | 34.8% | 271 | 27.3% | 1,372 | 33.0% |
| 35-44 | 828 | 26.2% | 237 | 23.8% | 1,065 | 25.6% |
| 45-54 | 494 | 15.6% | 178 | 17.9% | 672 | 16.2% |
| 55-64 | 253 | 8.0% | 130 | 13.1% | 383 | 9.2% |
| 65+ | 85 | 2.7% | 66 | 6.6% | 151 | 3.6% |
| **Gender** | | | | | | |
| Male | 2,438 | 77.2% | 708 | 71.2% | 3,146 | 75.7% |
| Female | 695 | 22.0% | 280 | 28.2% | 975 | 23.5% |
| Unknown | 27 | 0.9% | 6 | 0.6% | 33 | 0.8% |
| **Race/Ethnicity** | | | | | | |
| African American | 706 | 22.3% | 185 | 18.6% | 891 | 21.4% |
| Asian or Pacific Islander | 310 | 9.8% | 85 | 8.6% | 395 | 9.5% |
| American Indian/Alaska Native | 491 | 15.5% | 114 | 11.5% | 605 | 14.6% |
| Hispanic/Latino(a) | 413 | 13.1% | 137 | 13.8% | 550 | 13.2% |
| White Only | 1,477 | 46.7% | 510 | 51.3% | 1,987 | 47.8% |
| Race missing | 82 | 2.6% | 36 | 3.6% | 118 | 2.8% |
| **Most Serious Current Charge** | | | | | | |
| Misdemeanor | 1,687 | 53.4% | 726 | 73.0% | 2,413 | 58.1% |
| Felony | 1,473 | 46.6% | 268 | 27.0% | 1,741 | 41.9% |
| **Competency Services past 5 years** | | | | | | |
| Avg. Number of prior competency evaluation orders | 1,582 | 3.0 | 279 | 2.0 | 1,861 | 2.7 |
| Not Competent - Any | 1,054 | 33.4% | 165 | 16.6% | 1,219 | 29.3% |
| Avg. Number of restoration orders | 683 | 2.1 | 105 | 1.5 | 788 | 1.8 |
| **Economic Characteristics,** *12 months pre-index* | | | | | | |
| Basic Food | 2,221 | 70.3% | 627 | 63.1% | 2,848 | 68.6% |
| Avg. Months of Basic Food | 2,221 | 9.2 | 627 | 9.8 | 2,848 | 9.3 |
| Homeless or unstably housed | 1,907 | 60.3% | 433 | 43.6% | 2,340 | 56.3% |
| Homeless | 1,803 | 57.1% | 394 | 39.6% | 2,197 | 52.9% |
| **Employment** | | | | | | |
| Any employment (part-time or full-time) | 608 | 19.2% | 225 | 22.6% | 833 | 20.1% |
| Average wages among those with employment | 608 | $9,336 | 225 | $10,536 | 833 | $9,660 |
| Average hours (in prior 12 months) among those with employment | 599 | 457.4 | 225 | 594.5 | 824 | 494.8 |
| **Health Care** | | | | | | |
| Medicaid - Any | 2,254 | 71.3% | 663 | 66.7% | 2,917 | 70.2% |
| Avg. Months Medicaid | 2,254 | 9.6 | 663 | 10.5 | 2,917 | 9.8 |
| **Criminal Justice History,** *12 months pre-index* | | | | | | |
| Arrests - any | 2,822 | 89.3% | 753 | 75.8% | 3,575 | 86.1% |
| Avg. number of arrests | 2,822 | 3.3 | 753 | 2.1 | 3,575 | 3.0 |
| Charges - any | 2,699 | 85.4% | 758 | 76.3% | 3,457 | 83.2% |
| Charges - Misdemeanor | 2,412 | 76.3% | 685 | 68.9% | 3,097 | 74.6% |
| Charges - felony | 1,560 | 49.4% | 250 | 25.2% | 1,810 | 43.6% |
| Department of Corrections - any | 415 | 13.1% | 37 | 3.7% | 452 | 10.9% |
| Jail - any | 2,068 | 65.4% | 664 | 66.8% | 2,732 | 65.8% |

|  | TB Class Members (n=3,160) | | Non-TB Class Members (n=994) | | Total (n=4,154) | |
|---|---|---|---|---|---|---|
|  | Number | Percent | Number | Percent | Number | Percent |
| **Behavioral Health Characteristics,** *12 months pre-index* | | | | | | |
| **For population with baseline Medicaid coverage only:** | **2,254** | **100%** | **663** | **100%** | **2,917** | **100%** |
| **Mental health service, any** | 1,693 | 75.1% | 471 | 71.0% | 2,164 | 74.2% |
| Inpatient Mental Health Services - Any | 721 | 32.0% | 160 | 24.1% | 881 | 30.2% |
| Community psychiatric and E&T hospitalization days per MM | 513 | 3.5 | 129 | 2.8 | 642 | 3.3 |
| State hospital days per MM | 200 | 26.4 | 33 | 18.8 | 233 | 25.3 |
| Outpatient mental health services - Any | 1,636 | 72.6% | 461 | 69.5% | 2,097 | 71.9% |
| Outpatient mental health treatment days per MM | 1,636 | 2.3 | 461 | 2.2 | 2,097 | 2.3 |
| Outpatient Crisis Services - Any | 1,002 | 44.5% | 259 | 39.1% | 1,261 | 43.2% |
| **Mental Health Diagnosis - any** | 1,751 | 77.7% | 507 | 76.5% | 2,258 | 77.4% |
| Psychotic Diagnosis | 1,370 | 60.8% | 354 | 53.4% | 1,724 | 59.1% |
| Mania/Bipolar | 635 | 28.2% | 157 | 23.7% | 792 | 27.2% |
| Depression | 856 | 38.0% | 281 | 42.4% | 1,137 | 39.0% |
| Anxiety | 901 | 40.0% | 295 | 44.5% | 1,196 | 41.0% |
| ADHD/conduct/impulse | 500 | 22.2% | 137 | 20.7% | 637 | 21.8% |
| Adjustment disorder | 96 | 4.3% | 32 | 4.8% | 128 | 4.4% |
| **Prescription medications - any** | 1,143 | 50.7% | 310 | 46.8% | 1,453 | 49.8% |
| Antipsychotic | 605 | 26.8% | 155 | 23.4% | 760 | 26.1% |
| Antimania | 913 | 40.5% | 234 | 35.3% | 1,147 | 39.3% |
| Antidepressant | 528 | 23.4% | 166 | 25.0% | 694 | 23.8% |
| Antianxiety | 92 | 4.1% | 27 | 4.1% | 119 | 4.1% |
| ADHD | 54 | 2.4% | 22 | 3.3% | 76 | 2.6% |
| **Substance Use Disorder Treatment** | | | | | | |
| Substance Use Disorder Treatment Need | 1,482 | 65.7% | 368 | 55.5% | 1,850 | 63.4% |
| Substance Use Disorder Treatment services - any | 448 | 19.9% | 116 | 17.5% | 564 | 19.3% |
| Substance Use Disorder Inpatient Treatment - any | 162 | 7.2% | 36 | 5.4% | 198 | 6.8% |
| Substance Use Disorder Outpatient Treatment - any | 312 | 13.8% | 79 | 11.9% | 391 | 13.4% |
| Substance Use Disorder Opiate Substitue treatment- any | 23 | 1.0% | 10 | 1.5% | 33 | 1.1% |
| Substance Use Disorder Detox - any | 100 | 4.4% | 19 | 2.9% | 119 | 4.1% |
| **Developmental Disability,** *lifetime* | | | | | | |
| Developmental Disability - any | 119 | 5.3% | 81 | 12.2% | 200 | 6.9% |
| Developmental Disability Diagnosis | 106 | 4.7% | 73 | 11.0% | 179 | 6.1% |
| Developmental Disability Services | 43 | 1.9% | 49 | 7.4% | 92 | 3.2% |
| **Other Health Indicators,** *12 months pre-index* | | | | | | |
| Outpatient ED Visits Per 1,000 Member Months | 1,621 | 379.0 | 429 | 327.7 | 2,050 | 354.0 |
| Hospitalization Per 1,000 Member Months | 721 | 57.8 | 184 | 51.3 | 905 | 54.6 |
| Chronic Disease Indicator | 746 | 33.1% | 232 | 35.0% | 978 | 33.5% |

## Data Sources and Methodology

**Population.** Includes all individuals with a court order for a competency evaluation signed July 1, 2019 to June 30, 2020. For individuals with multiple court orders, we selected the first order in the state fiscal year. Excludes individuals where the order was withdrawn or cancelled.

**Index Date.** The date the evaluation order was signed by the court.

**Trueblood Class Members.** Individuals waiting for a competency evaluation in jail at any point in FY 2020.

**Demographics** - Age, gender, and race/ethnicity were identified from the RDA Integrated Client Databases using data from DSHS and health service systems.

**Most serious current criminal charge**. The most serious criminal charge (misdemeanor/felony) associated with the FY 2020 court order(s) as recorded in the Forensic Data System.

**Competency Services**. Based on competency orders recorded in the Forensic Data System. "Found not Competent" means the evaluator returned an opinion of not competent to stand trial. The final determination made by the court is not captured in the Forensic Data System.

**Basic Food** – Individuals receiving Basic Food were identified using data from the Automated Client Eligibility System (ACES).

**Homeless or Unstably Housed.** An indicator of homelessness or housing instability during the measurement period based on living situation recorded in the Automated Client Eligibility System (ACES). **Homeless or unstably housed** includes individuals who were unstably housed (i.e. homeless with housing) and individuals who were homeless (i.e. homeless without housing, residing in an emergency housing shelter or battered spouse shelter). **Homeless** is restricted to individuals designated as homeless without housing or residing in a shelter.

**Employment and Earnings.** Based on employer-reported data on quarterly employment status, earning, and hours worked from the Washington State Employment Security Department. Individuals were identified as employed if they had at least one quarter of non-zero earnings. Average earnings were calculated by summing quarterly earnings within the previous year for those with reported wages.

**Medicaid.** Individuals identified as Medicaid recipients from Provider One, which is maintained by the Health Care Authority.

**Arrests** – Based on arrest data reported to the Washington State Patrol (WSP). Arrests reported in the WSP database are primarily felonies and gross misdemeanors, but include some misdemeanors.

**Charges** - Includes criminal charges filed in court, based on data from the Administrative Office of the Courts and provided by the Washington State Institute for Public Policy.

**Department of Corrections** - Individuals incarcerated in a Department of Corrections (DOC) facility identified from Washington State Department of Corrections data.

**Jail** - Individuals incarcerated in a local/county jail as identified from the Jail Booking and Release System (JBRS).

**Behavioral Health and Other Health Metrics.** These measures are derived from administrative data in ProviderOne and the Behavioral Health Data System and are restricted to individuals with at least one month of medical eligibility during the 12-months prior to the index month.

**Mental Health Treatment Need** - Includes individual who were diagnosed
with a psychotic, mania/bipolar, depressive, anxiety, attention deficit and/or hyperactive, disruptive/impulse
control/conduct, or adjustment disorder; 2) had an antipsychotic, antimania, antidepressant, antianxiety, or
ADHD prescription filled; or 3) received mental health services.

**Substance Use Disorder (SUD) Treatment Need** - Includes individuals who were diagnosed with an SUD or had
a prescription filled for medication for opioid or alcohol use disorder treatment or received outpatient or
inpatient SUD treatment services or were arrested for an SUD-related charge.

**Emergency Department Use** – Based on information from Provider One medical claims and encounters. Utilization measures represent ED visits per 1,000 Medicaid member months to standardize for differences in the number of months of enrollment among Medicaid recipients.

**Developmental Disability.** Any indication of a developmental disability as identified by a DD diagnosis or DD services based on Developmental Disabilities Administration (DDA) service data.

**Chronic Illness Indicator.** An indicator of chronic illness developed to identify individuals with significant health problems. The indicator is based on a risk score and includes individuals with scores equal to or greater than 1, which represents the score for the average Medicaid clients in Washington State meeting Social Security Insurance (SSI) disability criteria. Chronic illness risk scores were calculated from health service diagnoses and pharmacy claim information, with scoring weights based on a predictive model associating health conditions with future medical costs.

## Competency Evaluation Clients - Baseline Characteristics, SFY 2021

*Individuals with a Competency Evaluation Order Signed July 1, 2020 to June 30, 2021*

|  | TB Class Members (n=2,836) | | Non-TB Class Members (n=1,069) | | Total (n=3,905) | |
|---|---:|---:|---:|---:|---:|---:|
|  | Number | Percent | Number | Percent | Number | Percent |
| **Demographics,** *Index Month* | | | | | | |
| **Age** | | | | | | |
| 18-24 | 335 | 11.8% | 135 | 12.6% | 470 | 12.0% |
| 25-34 | 1,014 | 35.8% | 264 | 24.7% | 1,278 | 32.7% |
| 35-44 | 820 | 28.9% | 245 | 22.9% | 1,065 | 27.3% |
| 45-54 | 400 | 14.1% | 176 | 16.5% | 576 | 14.8% |
| 55-64 | 210 | 7.4% | 157 | 14.7% | 367 | 9.4% |
| 65+ | 56 | 2.0% | 91 | 8.5% | 147 | 3.8% |
| age missing | 1 | 0.0% | 1 | 0.1% | 2 | 0.1% |
| **Gender** | | | | | | |
| Male | 2,235 | 78.8% | 747 | 69.9% | 2,982 | 76.4% |
| Female | 587 | 20.7% | 316 | 29.6% | 903 | 23.1% |
| Unknown | 14 | 0.5% | 6 | 0.6% | 20 | 0.5% |
| **Race/Ethnicity** | | | | | | |
| African American | 611 | 21.5% | 192 | 18.0% | 803 | 20.6% |
| Asian or Pacific Islander | 285 | 10.0% | 92 | 8.6% | 377 | 9.7% |
| American Indian/Alaska Native | 430 | 15.2% | 132 | 12.3% | 562 | 14.4% |
| Hispanic/Latino(a) | 408 | 14.4% | 126 | 11.8% | 534 | 13.7% |
| White Only | 1,344 | 47.4% | 569 | 53.2% | 1,913 | 49.0% |
| Race missing | 73 | 2.6% | 40 | 3.7% | 113 | 2.9% |
| **Most Serious Current Charge** | | | | | | 0.0% |
| Misdemeanor | 1,345 | 47.4% | 787 | 73.6% | 2,132 | 54.6% |
| Felony | 1,491 | 52.6% | 282 | 26.4% | 1,773 | 45.4% |
| **Competency Services past 5 years** | | | | | | |
| Avg. Number of prior competency evaluation orders | 1,378 | 3.0 | 342 | 2.1 | 1,720 | 2.8 |
| Not Competent - Any | 934 | 32.9% | 197 | 18.4% | 1,131 | 29.0% |
| Avg. Number of restoration orders | 627 | 1.9 | 105 | 1.6 | 732 | 1.8 |
| **Economic Characteristics,** *12 months pre-index* | | | | | | |
| Basic Food | 1,876 | 66.1% | 694 | 64.9% | 2,570 | 65.8% |
| Avg. Months of Basic Food | 1,876 | 9.3 | 694 | 10.0 | 2,570 | 9.5 |
| Homeless or unstably housed | 1,689 | 59.6% | 428 | 40.0% | 2,117 | 54.2% |
| Homeless | 1,601 | 56.5% | 379 | 35.5% | 1,980 | 50.7% |
| **Employment** | | | | | | |
| Any employment (part-time or full-time) | 490 | 17.3% | 251 | 23.5% | 741 | 19.0% |
| Average wages among those with employment | 490 | $9,742 | 251 | $12,013 | 741 | $10,511 |
| Average hours (in prior 12 months) among those with employment | 481 | 473.5 | 249 | 553.7 | 730 | 500.8 |
| **Health Care** | | | | | | |
| Medicaid - Any | 1,968 | 69.4% | 720 | 67.4% | 2,688 | 68.8% |
| Avg. Months Medicaid | 1,968 | 9.8 | 720 | 10.8 | 2,688 | 10.0 |
| **Criminal Justice History,** *12 months pre-index* | | | | | | |
| Arrests - any | 2,507 | 88.4% | 680 | 63.6% | 3,187 | 81.6% |
| Avg. number of arrests | 2,507 | 3.3 | 680 | 1.8 | 3,187 | 2.6 |
| Charges - any | 2,425 | 85.5% | 737 | 68.9% | 3,162 | 81.0% |
| Charges - Misdemeanor | 2,104 | 74.2% | 657 | 61.5% | 2,761 | 70.7% |
| Charges - felony | 1,542 | 54.4% | 257 | 24.0% | 1,799 | 46.1% |
| Department of Corrections - any | 368 | 13.0% | 35 | 3.3% | 403 | 10.3% |
| Jail - any | 1,851 | 65.3% | 636 | 59.5% | 2,487 | 63.7% |

|  | TB Class Members (n=2.836) | | Non-TB Class Members (n=1.069) | | Total (n=3,905) | |
|---|---|---|---|---|---|---|
|  | Number | Percent | Number | Percent | Number | Percent |
| **Behavioral Health Characteristics,** *12 months pre-index* | | | | | | |
| **For population with baseline Medicaid coverage only:** | 1,968 | 100% | 720 | 100% | 2,688 | 100% |
| **Mental health service, any** | 1,457 | 74.0% | 524 | 72.8% | 1,981 | 73.7% |
| Inpatient Mental Health Services - Any | 660 | 33.5% | 189 | 26.3% | 849 | 31.6% |
| Community psychiatric and E&T hospitalization days per MM | 540 | 3.5 | 162 | 2.8 | 702 | 3.3 |
| State hospital days per MM | 128 | 23.3 | 22 | 18.8 | 150 | 22.5 |
| Outpatient mental health services - Any | 1,432 | 72.8% | 520 | 72.2% | 1,952 | 72.6% |
| Outpatient mental health treatment days per MM | 1,432 | 2.6 | 520 | 2.3 | 1,952 | 2.6 |
| Outpatient Crisis Services - Any | 916 | 46.5% | 291 | 40.4% | 1,207 | 44.9% |
| **Mental Health Diagnosis - any** | 1,519 | 77.2% | 541 | 75.1% | 2,060 | 76.6% |
| Psychotic Diagnosis | 1,230 | 62.5% | 349 | 48.5% | 1,579 | 58.7% |
| Mania/Bipolar | 512 | 26.0% | 170 | 23.6% | 682 | 25.4% |
| Depression | 794 | 40.3% | 317 | 44.0% | 1,111 | 41.3% |
| Anxiety | 804 | 40.9% | 320 | 44.4% | 1,124 | 41.8% |
| ADHD/conduct/impulse | 435 | 22.1% | 140 | 19.4% | 575 | 21.4% |
| Adjustment disorder | 71 | 3.6% | 49 | 6.8% | 120 | 4.5% |
| **Prescription medications - any** | 1,039 | 52.8% | 362 | 50.3% | 1,401 | 52.1% |
| Antipsychotic | 609 | 30.9% | 214 | 29.7% | 823 | 30.6% |
| Antimania | 873 | 44.4% | 275 | 38.2% | 1,148 | 42.7% |
| Antidepressant | 520 | 26.4% | 207 | 28.8% | 727 | 27.0% |
| Antianxiety | 99 | 5.0% | 25 | 3.5% | 124 | 4.6% |
| ADHD | 54 | 2.7% | 26 | 3.6% | 80 | 3.0% |
| **Substance Use Disorder Treatment** | | | | | | |
| Substance Use Disorder Treatment Need | 1,384 | 70.3% | 410 | 56.9% | 1,794 | 66.7% |
| Substance Use Disorder Treatment services - any | 511 | 26.0% | 164 | 22.8% | 675 | 25.1% |
| Substance Use Disorder Inpatient Treatment - any | 247 | 12.6% | 65 | 9.0% | 312 | 11.6% |
| Substance Use Disorder Outpatient Treatment - any | 326 | 16.6% | 119 | 16.5% | 445 | 16.6% |
| Substance Use Disorder Opiate Substitue treatment - any | 34 | 1.7% | 17 | 2.4% | 51 | 1.9% |
| Substance Use Disorder Detox - any | 110 | 5.6% | 29 | 4.0% | 139 | 5.2% |
| **Developmental Disability,** *lifetime* | | | | | | |
| Developmental Disability - any | 79 | 4.0% | 80 | 11.1% | 159 | 5.9% |
| Developmental Disability Diagnosis | 69 | 3.5% | 70 | 9.7% | 139 | 5.2% |
| Developmental Disability Services | 30 | 1.5% | 40 | 5.6% | 70 | 2.6% |
| **Other Health Indicators,** *12 months pre-index* | | | | | | |
| Outpatient ED Visits Per 1,000 Member Months | 1,410 | 401.5 | 476 | 307.1 | 1,886 | 376.2 |
| Hospitalization Per 1,000 Member Months | 729 | 70.2 | 229 | 56.2 | 958 | 66.4 |
| Chronic Disease Indicator | 712 | 36.2% | 260 | 36.1% | 972 | 36.2% |

## Data Sources and Methodology

**Population.** Includes all individuals with a court order for a competency evaluation signed July 1, 2020 to June 30, 2021. For individuals with multiple court orders, we selected the first order in the state fiscal year. Excludes individuals where the order was withdrawn or cancelled.

**Index Date.** The date the evaluation order was signed by the court.

**Trueblood Class Members.** Individuals waiting for a competency evaluation in jail at any point in FY 2021.

**Demographics** - Age, gender, and race/ethnicity were identified from the RDA Integrated Client Databases using data from DSHS and health service systems.

**Most serious current criminal charge**. The most serious criminal charge (misdemeanor/felony) associated with the FY 2021 court order(s) as recorded in the Forensic Data System.

**Competency Services**. Based on competency orders recorded in the Forensic Data System. "Found not Competent" means the evaluator returned an opinion of not competent to stand trial. The final determination made by the court is not captured in the Forensic Data System.

**Basic Food** – Individuals receiving Basic Food were identified using data from the Automated Client Eligibility System (ACES).

**Homeless or Unstably Housed.** An indicator of homelessness or housing instability during the measurement period based on living situation recorded in the Automated Client Eligibility System (ACES). **Homeless or unstably housed** includes individuals who were unstably housed (i.e. homeless with housing) and individuals who were homeless (i.e. homeless without housing, residing in an emergency housing shelter or battered spouse shelter). **Homeless** is restricted to individuals designated as homeless without housing or residing in a shelter.

**Employment and Earnings.** Based on employer-reported data on quarterly employment status, earning, and hours worked from the Washington State Employment Security Department. Individuals were identified as employed if they had at least one quarter of non-zero earnings. Average earnings were calculated by summing quarterly earnings within the previous year for those with reported wages.

**Medicaid.** Individuals identified as Medicaid recipients from Provider One, which is maintained by the Health Care Authority.

**Arrests** – Based on arrest data reported to the Washington State Patrol (WSP). Arrests reported in the WSP database are primarily felonies and gross misdemeanors, but include some misdemeanors.

**Charges** - Includes criminal charges filed in court, based on data from the Administrative Office of the Courts and provided by the Washington State Institute for Public Policy.

**Department of Corrections** - Individuals incarcerated in a Department of Corrections (DOC) facility identified from Washington State Department of Corrections data.

**Jail** - Individuals incarcerated in a local/county jail as identified from the Jail Booking and Release System (JBRS).

**Behavioral Health and Other Health Metrics.** These measures are derived from administrative data in ProviderOne and the Behavioral Health Data System and are restricted to individuals with at least one month of medical eligibility during the 12-months prior to the index month.

**Mental Health Treatment Need** - Includes individual who were diagnosed with a psychotic, mania/bipolar, depressive, anxiety, attention deficit and/or hyperactive, disruptive/impulse control/conduct, or adjustment disorder; 2) had an antipsychotic, antimania, antidepressant, antianxiety, or ADHD prescription filled; or 3) received mental health services.

**Substance Use Disorder (SUD) Treatment Need** - Includes individuals who were diagnosed with an SUD or had a prescription filled for medication for opioid or alcohol use disorder treatment or received outpatient or inpatient SUD treatment services or were arrested for an SUD-related charge.

**Emergency Department Use** – Based on information from Provider One medical claims and encounters. Utilization measures represent ED visits per 1,000 Medicaid member months to standardize for differences in the number of months of enrollment among Medicaid recipients.

**Developmental Disability.** Any indication of a developmental disability as identified by a DD diagnosis or DD services based on Developmental Disabilities Administration (DDA) service data.

**Chronic Illness Indicator.** An indicator of chronic illness developed to identify individuals with significant health problems. The indicator is based on a risk score and includes individuals with scores equal to or greater than 1, which represents the score for the average Medicaid clients in Washington State meeting Social Security Insurance (SSI) disability criteria. Chronic illness risk scores were calculated from health service diagnoses and pharmacy claim information, with scoring weights based on a predictive model associating health conditions with future medical costs.

## Competency Evaluation Clients - Baseline Characteristics, SFY 2022

*Individuals with a Competency Evaluation Order Signed July 1, 2021 to June 30, 2022*

|  | TB Class Members (n=3,751) | | Non-TB Class Members (n=1,255) | | Total (n=5,006) | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Number | Percent | Number | Percent | Number | Percent |
| **Demographics,** *Index Month* | | | | | | |
| **Age** | | | | | | |
| 18-24 | 377 | 10.1% | 136 | 10.8% | 513 | 10.2% |
| 25-34 | 1,335 | 35.6% | 311 | 24.8% | 1,646 | 32.9% |
| 35-44 | 1,158 | 30.9% | 315 | 25.1% | 1,473 | 29.4% |
| 45-54 | 574 | 15.3% | 224 | 17.8% | 798 | 15.9% |
| 55-64 | 242 | 6.5% | 175 | 13.9% | 417 | 8.3% |
| 65+ | 65 | 1.7% | 94 | 7.5% | 159 | 3.2% |
| **Gender** | | | | | | |
| Male | 2,853 | 76.1% | 873 | 69.6% | 3,726 | 74.4% |
| Female | 869 | 23.2% | 370 | 29.5% | 1,239 | 24.8% |
| Unknown | 29 | 0.8% | 12 | 1.0% | 41 | 0.8% |
| **Race/Ethnicity** | | | | | | |
| African American | 837 | 22.3% | 221 | 17.6% | 1,058 | 21.1% |
| Asian or Pacific Islander | 361 | 9.6% | 113 | 9.0% | 474 | 9.5% |
| American Indian/Alaska Native | 551 | 14.7% | 147 | 11.7% | 698 | 13.9% |
| Hispanic/Latino(a) | 583 | 15.5% | 179 | 14.3% | 762 | 15.2% |
| White Only | 1,706 | 45.5% | 637 | 50.8% | 2,343 | 46.8% |
| Race missing | 111 | 3.0% | 58 | 4.6% | 169 | 3.4% |
| **Most Serious Current Charge** | | | | | | |
| Misdemeanor | 1,865 | 49.7% | 924 | 73.6% | 2,789 | 55.7% |
| Felony | 1,886 | 50.3% | 331 | 26.4% | 2,217 | 44.3% |
| **Competency Services past 5 years** | | | | | | |
| Avg. Number of prior competency evaluation orders | 1,846 | 3.0 | 388 | 2.3 | 2,234 | 2.9 |
| Not Competent - Any | 1,195 | 31.9% | 197 | 15.7% | 1,392 | 27.8% |
| Avg. Number of restoration orders | 778 | 2.1 | 98 | 1.7 | 876 | 2.0 |
| **Economic Characteristics,** *12 months pre-index* | | | | | | |
| Basic Food | 2,368 | 63.1% | 764 | 60.9% | 3,132 | 62.6% |
| Avg. Months of Basic Food | 2,368 | 9.1 | 764 | 9.7 | 3,132 | 9.2 |
| Homeless or unstably housed | 2,071 | 55.2% | 462 | 36.8% | 2,533 | 50.6% |
| Homeless | 1,938 | 51.7% | 411 | 32.7% | 2,349 | 46.9% |
| **Employment** | | | | | | |
| Any employment (part-time or full-time) | 674 | 18.0% | 265 | 21.1% | 939 | 18.8% |
| Average wages among those with employment | 674 | $9,185 | 265 | $12,060 | 939 | $9,996 |
| Average hours (in prior 12 months) among those with employment | 658 | 479.8 | 261 | 573.7 | 919 | 506.5 |
| **Health Care** | | | | | | |
| Medicaid - Any | 2,679 | 71.4% | 829 | 66.1% | 3,508 | 70.1% |
| Avg. Months Medicaid | 2,679 | 10.4 | 829 | 11.0 | 3,508 | 10.5 |
| **Criminal Justice History,** *12 months pre-index* | | | | | | |
| Arrests - any | 3,245 | 86.5% | 800 | 63.7% | 4,045 | 80.8% |
| Avg. number of arrests | 3,245 | 2.7 | 800 | 1.6 | 4,045 | 2.5 |
| Charges - any | 3,108 | 82.9% | 806 | 64.2% | 3,914 | 78.2% |
| Charges - Misdemeanor | 2,705 | 72.1% | 725 | 57.8% | 3,430 | 68.5% |
| Charges - felony | 1,844 | 49.2% | 226 | 18.0% | 2,070 | 41.4% |
| Department of Corrections - any | 411 | 11.0% | 26 | 2.1% | 437 | 8.7% |
| Jail - any | 2,371 | 63.2% | 711 | 56.7% | 3,082 | 61.6% |

|  | TB Class Members (n=3,751) | | Non-TB Class Members (n=1,255) | | Total (n=5,006) | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Number | Percent | Number | Percent | Number | Percent |
| **Behavioral Health Characteristics,** *12 months pre-index* | | | | | | |
| **For population with baseline Medicaid coverage only:** | 2,679 | 100% | 829 | 100% | 3,508 | 100% |
| **Mental health service, any** | 1,988 | 74.2% | 583 | 70.3% | 2,571 | 73.3% |
| Inpatient Mental Health Services - Any | 888 | 33.1% | 196 | 23.6% | 1,084 | 30.9% |
| Community psychiatric and E&T hospitalization days per MM | 756 | 3.0 | 174 | 3.3 | 930 | 3.1 |
| State hospital days per MM | 179 | 27.4 | 25 | 26.0 | 204 | 27.2 |
| Outpatient mental health services - Any | 1,956 | 73.0% | 579 | 69.8% | 2,535 | 72.3% |
| Outpatient mental health treatment days per MM | 1,956 | 2.7 | 579 | 2.6 | 2,535 | 2.7 |
| Outpatient Crisis Services - Any | 1,289 | 48.1% | 302 | 36.4% | 1,591 | 45.4% |
| **Mental Health Diagnosis - any** | 2,044 | 76.3% | 612 | 73.8% | 2,656 | 75.7% |
| Psychotic Diagnosis | 1,685 | 62.9% | 408 | 49.2% | 2,093 | 59.7% |
| Mania/Bipolar | 777 | 29.0% | 208 | 25.1% | 985 | 28.1% |
| Depression | 1,049 | 39.2% | 318 | 38.4% | 1,367 | 39.0% |
| Anxiety | 1,082 | 40.4% | 384 | 46.3% | 1,466 | 41.8% |
| ADHD/conduct/impulse | 578 | 21.6% | 140 | 16.9% | 718 | 20.5% |
| Adjustment disorder | 112 | 4.2% | 52 | 6.3% | 164 | 4.7% |
| **Prescription medications - any** | 1,425 | 53.2% | 423 | 51.0% | 1,848 | 52.7% |
| Antipsychotic | 845 | 31.5% | 234 | 28.2% | 1,079 | 30.8% |
| Antimania | 1,218 | 45.5% | 293 | 35.3% | 1,511 | 43.1% |
| Antidepressant | 699 | 26.1% | 242 | 29.2% | 941 | 26.8% |
| Antianxiety | 130 | 4.9% | 32 | 3.9% | 162 | 4.6% |
| ADHD | 77 | 2.9% | 37 | 4.5% | 114 | 3.2% |
| **Substance Use Disorder Treatment** | | | | | | |
| Substance Use Disorder Treatment Need | 1,769 | 66.0% | 460 | 55.5% | 2,229 | 63.5% |
| Substance Use Disorder Treatment services - any | 751 | 28.0% | 191 | 23.0% | 942 | 26.9% |
| Substance Use Disorder Inpatient Treatment - any | 365 | 13.6% | 81 | 9.8% | 446 | 12.7% |
| Substance Use Disorder Outpatient Treatment - any | 502 | 18.7% | 134 | 16.2% | 636 | 18.1% |
| Substance Use Disorder Opiate Substitue treatment- any | 45 | 1.7% | 11 | 1.3% | 56 | 1.6% |
| Substance Use Disorder Detox - any | 146 | 5.4% | 28 | 3.4% | 174 | 5.0% |
| **Developmental Disability,** *lifetime* | | | | | | |
| Developmental Disability - any | 150 | 5.6% | 75 | 9.0% | 225 | 6.4% |
| Developmental Disability Diagnosis | 137 | 5.1% | 71 | 8.6% | 208 | 5.9% |
| Developmental Disability Services | 34 | 1.3% | 32 | 3.9% | 66 | 1.9% |
| **Other Health Indicators,** *12 months pre-index* | | | | | | |
| Outpatient ED Visits Per 1,000 Member Months | 1,951 | 402.4 | 533 | 285.8 | 2,484 | 374.8 |
| Hospitalization Per 1,000 Member Months | 1,027 | 73.0 | 267 | 53.8 | 1,294 | 68.5 |
| Chronic Disease Indicator | 998 | 37.3% | 325 | 39.2% | 1,323 | 37.7% |

## Data Sources and Methodology

**Population.** Includes all individuals with a court order for a competency evaluation signed July 1, 2021 to June 30, 2022. For individuals with multiple court orders, we selected the first order in the state fiscal year. Excludes individuals where the order was withdrawn or cancelled.

**Index Date.** The date the evaluation order was signed by the court.

**Trueblood Class Members.** Individuals waiting for a competency evaluation in jail at any point in FY 2022.

**Demographics** - Age, gender, and race/ethnicity were identified from the RDA Integrated Client Databases using data from DSHS and health service systems.

**Most serious current criminal charge**. The most serious criminal charge (misdemeanor/felony) associated with the FY 2022 court order(s) as recorded in the Forensic Data System.

**Competency Services**. Based on competency orders recorded in the Forensic Data System. "Found not Competent" means the evaluator returned an opinion of not competent to stand trial. The final determination made by the court is not captured in the Forensic Data System.

**Basic Food** – Individuals receiving Basic Food were identified using data from the Automated Client Eligibility System (ACES).

**Homeless or Unstably Housed.** An indicator of homelessness or housing instability during the measurement period based on living situation recorded in the Automated Client Eligibility System (ACES). **Homeless or unstably housed** includes individuals who were unstably housed (i.e. homeless with housing) and individuals who were homeless (i.e. homeless without housing, residing in an emergency housing shelter or battered spouse shelter). **Homeless** is restricted to individuals designated as homeless without housing or residing in a shelter.

**Employment and Earnings.** Based on employer-reported data on quarterly employment status, earning, and hours worked from the Washington State Employment Security Department. Individuals were identified as employed if they had at least one quarter of non-zero earnings. Average earnings were calculated by summing quarterly earnings within the previous year for those with reported wages.

**Medicaid.** Individuals identified as Medicaid recipients from Provider One, which is maintained by the Health Care Authority.

**Arrests** – Based on arrest data reported to the Washington State Patrol (WSP). Arrests reported in the WSP database are primarily felonies and gross misdemeanors, but include some misdemeanors.

**Charges** - Includes criminal charges filed in court, based on data from the Administrative Office of the Courts and provided by the Washington State Institute for Public Policy.

**Department of Corrections** - Individuals incarcerated in a Department of Corrections (DOC) facility identified from Washington State Department of Corrections data.

**Jail** - Individuals incarcerated in a local/county jail as identified from the Jail Booking and Release System (JBRS).

**Behavioral Health and Other Health Metrics.** These measures are derived from administrative data in ProviderOne and the Behavioral Health Data System and are restricted to individuals with at least one month of medical eligibility during the 12-months prior to the index month.

**Mental Health Treatment Need** - Includes individual who were diagnosed with a psychotic, mania/bipolar, depressive, anxiety, attention deficit and/or hyperactive, disruptive/impulse control/conduct, or adjustment disorder; 2) had an antipsychotic, antimania, antidepressant, antianxiety, or ADHD prescription filled; or 3) received mental health services.

**Substance Use Disorder (SUD) Treatment Need** - Includes individuals who were diagnosed with an SUD or had a prescription filled for medication for opioid or alcohol use disorder treatment or received outpatient or inpatient SUD treatment services or were arrested for an SUD-related charge.

**Emergency Department Use** – Based on information from Provider One medical claims and encounters. Utilization measures represent ED visits per 1,000 Medicaid member months to standardize for differences in the number of months of enrollment among Medicaid recipients.

**Developmental Disability.** Any indication of a developmental disability as identified by a DD diagnosis or DD services based on Developmental Disabilities Administration (DDA) service data.

**Chronic Illness Indicator.** An indicator of chronic illness developed to identify individuals with significant health problems. The indicator is based on a risk score and includes individuals with scores equal to or greater than 1, which represents the score for the average Medicaid clients in Washington State meeting Social Security Insurance (SSI) disability criteria. Chronic illness risk scores were calculated from health service diagnoses and pharmacy claim information, with scoring weights based on a predictive model associating health conditions with future medical costs.