

| Awards and Dollars Per Biennium | | |
|---|---|---|
| Biennium | Number of BHF Awards | Dollars Awarded |
| 13 - 15 | 3 | $3,520,000 |
| 15 - 17 | 20 | $43,081,593 |
| 17 - 19 | 46 | $81,567,428 |
| 19 - 21 | 70 | $122,608,124 |
| 21 - 23 | 59 | $160,749,030 |
| Total | 198 | $411,526,175 |

## 90-180 Beds in Service

| Contractor | Location | Facility Online Date | Online Date | Facility Type | No. of Contracted Beds | Comments |
|---|---|---|---|---|---|---|
| PeaceHealth St. John | Cowlitz County (Longview) | 5/9/2019 | Currently online | Acute care hospital | 4 | 2 designated LTCC beds/ 2 flex |
| Cascade Mental Health Care | Lewis County (Centralia) | 9/13/2018 | Currently online | Free standing E&T | 4 | 2 designated LTCC beds/2 flex beds |
| Kitsap Mental Health Services | Kitsap County (Bremerton) | 12/8/2018 | Currently online | Free standing E&T | 6 | 4 designated LTCC beds/2 flex beds |
| Telecare Northsound E&T | Skagit County (Sedro Woolley) | 10/4/2018 | Currently online | Free standing E&T | 5 | 1 designated LTCC beds/4 flex beds |
| Yakima Valley Memorial Hospital | Yakima County (Yakima) | 11/1/2018 | Currently online | Acute care hospital | 12 | 9 designated LTCC beds/3 flex beds |
| Astria Hospital | Yakima County (Toppenish) | 1/1/2019 | Currently online | Acute care hospital | 14 | 10 designated LTCC beds/4 flex beds |
| Telecare E&T | Mason County (Shelton) | 8/19/2020 | Currently online | Free standing E&T | 24 | 16 designated LTCC beds/8 flex beds |
| Telecare E&T | Thurston County (Olympia) | 7/29/2020 | Currently online | Free standing E&T | 11 | 11 designated LTCC beds |
| Telecare E&T | Pierce County (Fife) | 3/21/2022 | Currently online | Free standing E&T | 8 | 8 designated LTCC beds |
| Frontier Behavioral Health | Spokane County (Spokane) | 9/17/2020 | Currently online | Free standing E&T | 10 | 4 designated LTCC beds/6 flex beds |
| Comprehensive Healthcare | Yakima County (Yakima) | 7/9/2021 | Currently online | Free standing E&T | 4 | 2 designated LTCC beds/2 flex beds |
| South Sound Behavioral Hospital | Thurston County (Lacey) | 10/6/2020 | Currently online | Psychiatric hospital | 10 | 10 designated LTCC beds and 20 beds designated for felony civil conversions |
| Providence Health & Services NW | Snohomish County (Everett) | 11/22/2021 | Currently online | Acute care hospital | 6 | 3 designated LTCC beds/3 flex beds |
| Navos | King County (Burien) | 12/2/2021 | Currently online | Psychiatric hospital | 30 | 15 designated LTCC/15 flex beds |
| DSHS/Oak Cottage | Thurston County (Rochester) | 4/10/2023 | Currently online | Free standing E&T | 16 | 16 designated LTCC beds (currently used for civil conversions) |
| Wellfound | Pierce County (Tacoma) | 2/24/2022 | Currently online | Psychiatric hospital | 10 | 10 designated LTCC beds/10 flex beds designated for felony civil conversions |
| | | **Total Number of Beds** | | | **174** | *this number reflects the beds being diverted to use for civil conversions. |

## 90- and 180-Day Civil Commitment Beds (Waiting Facility Remodel/Completion)

| Contractor | Location | Goal for Facility Online Date | Status | Facility Type | No. of Beds | Comments |
|---|---|---|---|---|---|---|
| RI International | Thurston County (Olympia) | 2nd quarter 2023 | Contract draft created for FY 2023 | Free standing E&T | 16 | |
| Compass Health | Snohomish County (Everett) | 3rd quarter 2023 | Contract initiation will begin 3rd quarter 2022 | Free standing E&T | 16 | |
| Unity Evaluation & Treatment Center | Snohomish County | 1st quarter 2024 | unknown | Free standing E&T | 16 | |
| RI International | King County (Federal Way) | 3rd quarter 2023 | Contract initiation will begin in fall 2022 | Free standing E&T | 16 | |
| Astria Hospital | Yakima County (Toppenish) | 4th quarter 2023 to 1st quarter 2024 | Contract initiation will begin early 2023 | Acute care hospital | 14 | |
| Thurston Mason BH-ASO | Thurston County (Tumwater) | June 30th | Contract initiation will begin Summer 2022 | Free standing E&T | 6 | They are admitting into these beds, just not under our contract yet. |
| HCA | Snohomish County (Stanwood) | 1st quarter 2024 | TBD | Free standing E&T | 16 | |
| University of WA - BH teaching hospital | King County (Seattle) | 4th quarter 2024 | Contract initiation will begin Spring/Summer 2024 | Acute care hospital | 75 | |
| Evergreen Health Monroe | Snohomish County (Monroe) | TBD | | E&T | 14 | |
| Public Hospital District No. 1 | Snohomish County (Monroe) | TBD | | E&T | 14 | |
| Aristo Healthcare Services | Benton County (TBD) | TBD | | E&T | 16 | |
| Relief Health E&T | Spokane County (TBD) | TBD | | E&T | 16 | |
| Pacific Healthcare LLC | Skagit County (Sedro-Woolley) | TBD | | E&T | 16 | |
| Lifeline Connections | Clark County (Vancouver) | 7/1/2023 | June 2023 (estimated) | Free standing E&T | 16 | Contract pending signature for 7/1 start. |
| South Sound Behavioral Hospital | Thurston County (Lacey) | 10/6/2020 | Currently online but new contract seeking to expand available beds. | Psychiatric hospital | 20 | Replaces the 20 beds diverted to civil conversion population |
| | | **Total Number of Beds** | | | **287** | |

## Facilities Agreeing to provide 90- and 180-Day Beds to Civil Conversion Patients

| Contractor | Location | Status | Goal for Facility Online Date | Facility Type | No. of Beds | Comments |
|---|---|---|---|---|---|---|
| South Sound Behavioral Hospital | Thurston County (Lacey) | Currently Online | Currently online | Psychiatric hospital | 20 | SSBH shoud be at 6 by the end of the week. |
| DSHS | Thurston County (Rochester) | Currently Online | Currently online | Free standing E&T | 16 | Beds are full or nearly full as of 5/25 |
| Wellfound Behavioral Health Hospital* | Pierce County (Tacoma) | Currently Contracted facility - amendment to number and utlization of current beds has been provided to the contractor | Currently online | Psychiatric hospital | 14 | Currently screening 4 referrals, with one transferring this week. |
| | | | **Total** | | **50** | |

### Facilities Agreeing to provide 90- and 180-Day Beds to Civil Conversion Patients (Waiting Facility Remodel/Completion)

| Contractor | Location | Status | Goal for Facility Online Date | Facility Type | No. of Beds | Comments |
|---|---|---|---|---|---|---|
| Astria Hospital | Yakima County (Toppenish) | Contract initiation will begin mid 2023 | 4th quarter 2023 | Acute care hospital | 14 | Facility is currently being remodeled - Astria has an active contract of 14 90-180 civil beds |
| Recovery Innovations, Inc. | King County (Federal Way) | Contract draft will begin 2nd quarter of 2023 | 3rd quarter 2023 | Free standing E&T | ? | Working with Commerce and RII same as Olympia. |
| Recovery Innovations, Inc. | Thurston County (Olympia) | Contract draft created for FY 2023 | Unknown | Free standing E&T | ? | We are actively working with RII and Commerce to reach a direction with these beds. |
| South Sound Behavioral Hospital | Thurston County (Lacey) | In negotiations | TBD | Psychiatric hospital | 10 | |
| Telecare | Unknown | Scheduling a meeting to pitch civil conversion | Unknown | Free standing E&T | Unknown | Jeff is scheulding a meeting to discuss possible contracting for civil conversions |
| DSHS | Clark County (Vancouver) | On schedule | 2nd Quarter 2024 | Three - Free standing E&T facilities | 48 | These 48 beds are to be operated by DSHS |
| | | | **Total** | | **72** | |

## Crisis Stabilization Facilities

| Contractor | Location | Facility Online Date | Online Date | Facility Type | Number of Beds | Comments |
|---|---|---|---|---|---|---|
| North Central Washington Behavioral Health | Chelan County (Wenatchee) | 10/01/18 | Currently online | Crisis Stabilization | 12 | 25 in invol unit; 12 volun unit |
| Kitsap County Dept of Human Services | Kitsap County (Bremerton) | 08/16/18 | Currently online | Crisis Stabilization | 32 | Beds split btwn 2 programs. 16 licensed with DO as SUDIN; 16 as vol triage |
| Whatcom County | Whatcom County (Bellingham) | 01/01/21 | Currently online | Crisis Stabilization | 16 | |
| Spokane County | Spokane County (Spokane) | 10/11/21 | Currently online | Crisis Stabilization | 16 | Location also has 30 SUD beds |
| Island County | Island County (Oak Harbor) | 01/01/21 | Currently online | Crisis Stabilization | 10 | |
| Compass Health | Snohomish County (Everett) | 03/15/24 | Currently online | Crisis Stabilization | 16 | 4 recliners |
| Lifeline Connections | Clark County (Vancouver) | 08/10/20 | Currently online | Crisis Stabilization | 16 | Also has 8 chairs, but since COVID only uses 2-3 of them |
| Pierce County | Pierce County (Tacoma) | 03/01/21 | Currently online | Crisis Stabilization | 16 | 2 recliners |
| Island County (was NSBHO) | Island County (Oak Harbor) | 01/01/21 | Currently online | Crisis Stabilization | 10 | |
| Columbia Wellness - Cowlitz County | Cowlitz County (Longview) | 02/14/19 | Currently online | Crisis Stabilization / Substance Abuse Treatment | 16 | 8 beds detox   8beds crisis, but can flex for add'l crisis beds if detox is not full |
| | | | | **Total Beds** | **160** | |

## Crisis Stabilization not yet online

| | | | | | still anticipated this year |
|---|---|---|---|---|---|
| Spokane Treatment and Recovery Services | Spokane County (Spokane) | 07/01/23 | Not online | Crisis Stabilization | 16 |
| Benton County | Benton County (Kennewick) | 06/30/25 | Not online | Crisis Stabilization | 16 |
| City of Lynwood - Police Department | Snohomish County (Lynwood) | 09/01/23 | Not online | Crisis Stabilization | 16 |
| Recovery Innovations | King County (Federal Way) | 03/15/23 | Not online | Crisis Stabilization | 16 |
| ConnectionsWA | King County (Kirkland) | 10/11/23 | Not online | Crisis Stabilization | 16 |
| Skagit County | Skagit County (Sedro-Woolley) | 10/01/24 | Not online | Crisis Stabilization | 16 |
| City of Lynnwood | Snohomish County (Lynwood) | 09/01/23 | Not online | Crisis Stabilization | 16 |
| King County | King County (TBD) | 06/30/24 | Not online | Crisis Stabilization | 16 |
| | | | | **Total Beds** | **128** |

## Outpatient Crisis Stabilization

| | | | | | N/A-not a bed or recliner model |
|---|---|---|---|---|---|
| Helping Hands Project Organization | Snohomish County (Everett) | 12/01/22 | Currently online | Outpatient Treatment (Crisis Stabilization) | N/A |
| Benton County | Benton County (Kennewick) | 04/01/25 | Not online | Outpatient Treatment (Crisis Stabilization) | N/A |
| ConnectionsWA | King County (TBD) | 10/01/23 | Not online | Outpatient Treatment (Crisis Stabilization) | N/A |
| SOUND | King County (TBD) | 09/15/23 | Not online | Outpatient Treatment (Crisis Stabilization) | N/A |
| | | | | **Total Beds** | **N/A** |

| Step-Down | | | | |
|---|---|---|---|---|
| Contractor | Location | Goal for Facility Online Date | Online Date | Facility Type | No. of Contracted Beds |
| Supreme Capital Holding, LLC | Thurston County (Olympia) | 09/01/22 | Currently online | Intensive Behavioral Health | 15 |
| | | | **Total** | | **15** |
| Aristo Healthcare Services | King County (Renton) | 08/01/23 | Not online | Intensive Behavioral Health | 16 |
| Carson Real Estate LLC (Formerly Cascade Investing, LLC) | Stevens County (Chewelah) | 04/01/23 | Not online | Intensive Behavioral Health | 16 |
| Oakridge House, Inc | Kitsap County (Bremerton) | 03/02/23 | Not online | Intensive Behavioral Health | 16 |
| Supreme Capital Holdings LLC | Pierce County (Tacoma) | 02/01/23 | Not online | Intensive Behavioral Health | 16 |
| Relief Health LLC | Spokane County (TBD) | 12/31/23 | Not online | Intensive Behavioral Health | 16 |
| Aristo Healthcare Services | Benton County (Kennewick) | 12/31/23 | Not online | Intensive Behavioral Health | 16 |
| Emerald City Enhanced Services, LLC | Pierce County (Gig Harbor) | 05/15/24 | Not online | Intensive Behavioral Health | 16 |
| Reliance Senior Housing Fund | Pierce County (Tacoma) | 12/01/23 | Not online | Intensive Behavioral Health | 16 |
| Unity Evaluation and Treatment Center | Skagit County (Mount Vernon) | 12/01/23 | Not online | Intensive Behavioral Health | 16 |
| | | | **Total** | | **144** |

| Peer Respite Centers | | | | | |
|---|---|---|---|---|---|
| Passages Family Support | Spokane County (Spokane) | 02/01/23 | Not online | Peer Respite | 4 | Estimated to open summer 2023 |
| Three Rivers Therapy | Benton County (Kennewick) | 08/01/23 | Not online | Peer Respite | up to 6 | Construction planned for 6, hoping for a 7/1/23 opening |
| Ajuso | King County (TBD) | 07/01/23 | Not online | Peer Respite | unknown | Provider looking for property |
| | | **Total Beds** | | | **Up to 10** | |

## Bed-Totals

| Year | Facility Type | Community Beds |
|---|---|---|
| 2018 | 90-180 | 27 |
|  | Crisis Stabilization | 44 |
| 2019 | 90-180 | 18 |
|  | Crisis Stabilization | 16 |
| 2020 | 90-180 | 55 |
|  | Crisis Stabilization | 16 |
| 2021 | 90-180 | 40 |
|  | Crisis Stabilization | 68 |
| 2022 | 90-180 | 18 |
|  | Crisis Stabilization | 16 |
|  | Civil Conversion | 34 |
|  | Step-Down | 15 |
|  | Peer Respite | 0 |
| 2023 | 90-180 | 84 |
|  | Crisis Stabilization | 80 |
|  | Civil Conversion | 14 |
|  | Step-Down | 128 |
|  | Peer Respite | 10 |
| 2024 | 90-180 | 91 |
|  | Crisis Stabilization | 32 |
|  | Civil Conversion | 48 |
|  | Step-Down | 16 |
|  | Peer Respite | 0 |
| 2025 | 90-180 | 112 |
|  | Crisis Stabilization | 16 |
|  | Civil Conversion | 10 |
|  | Step-Down | 0 |
|  | Peer Respite | 0 |
|  | Total | 1008 |

Case 2:14-cv-01178-MJP   Document 992-5   Filed 06/09/23   Page 11 of 11

## Total Community Beds

### New Beds

| Year | 90-180 | Crisis Stabilization | Civil Conversion | Step-Down | Peer Respite |
|---|---|---|---|---|---|
| 2018 | 27 | 44 | 0 | 0 | |
| 2019 | 18 | 16 | 0 | 0 | |
| 2020 | 55 | 16 | 0 | 0 | |
| 2021 | 40 | 68 | 0 | 0 | |
| 2022 | 18 | 16 | 34 | 15 | |
| 2023 | 84 | 80 | 34 | 128 | 10 |
| 2024 | 91 | 32 | 14 | 16 | 0 |
| 2025 | 112 | 16 | 10 | 0 | 0 |

### Total Beds

| Year | 90-180 | Crisis Stabilization | Civil Conversion | Step-Down | Peer Respite |
|---|---|---|---|---|---|
| 2018 | 27 | 44 | 0 | 0 | 0 |
| 2019 | 45 | 60 | 0 | 0 | 0 |
| 2020 | 100 | 76 | 0 | 0 | 0 |
| 2021 | 140 | 144 | 0 | 0 | 0 |
| 2022 | 158 | 160 | 34 | 15 | 0 |
| 2023 | 242 | 240 | 68 | 143 | 10 |
| 2024 | 333 | 272 | 82 | 159 | 10 |
| 2025 | 445 | 288 | 92 | 159 | 10 |



TOTAL COMMUNITY BEDS

Page 11 of 11

**Stipulation
Exhibit E - Page 11 of 11**