## Contempt Findings Made by Washington Courts and Related to Delays in the Provision of Competency to Stand for Trial Services



| YEAR | TOTAL NUMBER OF HEARINGS | | | OUTCOME OF CONTEMPT | | | NO CONTEMPT FOUND | | |
|---|---|---|---|---|---|---|---|---|---|
| | WSH | ESH | TOTAL | WSH | ESH | TOTAL | WSH | ESH | TOTAL |
| 2019 | 263 | 17 | 280 | 111 | 0 | 111 | 152 | 17 | 169 |
| 2020 | 177 | 14 | 191 | 41 | 0 | 41 | 136 | 14 | 150 |
| 2021 | 151 | 12 | 163 | 34 | 0 | 34 | 117 | 12 | 129 |
| 2022 | 492 | 59 | 551 | 212 | 6 | 218 | 280 | 53 | 333 |
| 2023* | 190 | 18 | 208 | 93 | 14 | 107 | 97 | 4 | 101 |
| **TOTAL** | | | **1,393** | | | **511** | | | **882** |

₁ Data through May 31, 2023.

### TOTAL CASES WITH FINES ORDERED

| YEAR | COMPENSATORY SANCTIONS | | | REMEDIAL SANCTIONS | | | |
|---|---|---|---|---|---|---|---|
| | WSH | ESH | TOTAL | WSH | ESH | TOTAL | |
| 2019 | 3 | 0 | 3 | 29 | 0 | 29 | |
| 2020 | 10 | 0 | 10 | 20 | 0 | 20 | |
| 2021 | 4 | 0 | 4 | 25 | 0 | 25 | |
| 2022 | 107 | 0 | 107 | 88 | 6 | 94 | |
| 2023₁ | 34 | 0 | 34 | 55 | 15 | 70 | **TOTAL CASES WITH FINES ORDERED** |
| **TOTAL** | | | **158** | | | **238** | **396** |

₁ Data through May 31, 2023.

# Contempt Findings Made by Washington Courts and Related to Delays in the Provision of Competency to Stand for Trial Services

**TOTAL CASES WITH SANCTIONS REDUCED TO JUDGEMENT**

| YEAR | REDUCED TO JUDGEMENT | | | PAID | | | |
|---|---|---|---|---|---|---|---|
| | WSH | ESH | TOTAL | WSH | ESH | TOTAL | |
| 2019[2] | 2 | 0 | 2 | 2 | 0 | 2 | |
| 2020 | 10 | 0 | 10 | 10 | 0 | 10 | |
| 2021 | 3 | 0 | 3 | 3 | 0 | 3 | |
| 2022 | 50 | 0 | 50 | 47 | 0 | 47 | **TOTAL CASES REDUCED TO JUDGEMENT & PAID** |
| 2023[1] | 8 | 8[3] | 16 | 8 | 6 | 14 | |
| TOTAL | | | 81 | | | 76 | 76 |

[1] Data through May 31, 2023.
[2] One judgement in 2019 ordered $1,375 in attorney's fees (which were paid).
[3] One case reduced to judgement on May 25, 2023 and sent to DSHS for processing on June 5, 2023.

**TOTAL SANCTIONS PAID BY THE STATE (*to nearest dollar*)**

| YEAR | TOTAL SANCTIONS IMPOSED | | | TOTAL SANCTIONS PAID | | | |
|---|---|---|---|---|---|---|---|
| | WSH | ESH | TOTAL | WSH | ESH | TOTAL | |
| 2019[2] | $509,550 | 0 | $509,550 | $56,000 | 0 | $56,000 | |
| 2020 | $624,980 | 0 | $624,980 | $106,430 | 0 | $106,430 | |
| 2021 | $130,650 | 0 | $130,650 | $11,250 | 0 | $11,250 | **TOTAL SANCTIONS PAID** |
| 2022 | $7,219,665 | 0 | $7,219,665 | $1,766,400 | 0 | $1,766,400 | |
| 2023[1] | $1,292,604 | $156,000[3] | $1,448,604 | $188,425 | $113,000 | $301,425 | |
| TOTAL | | | $9,933,449 | | | | **$2,241,505** |

[1] Data through May 31, 2023.
[2] One judgement in 2019 ordered $1,375 in attorney's fees (which were paid).
[3] One case reduced to judgement on May 25, 2023 and sent to DSHS for processing on June 5, 2023.

**NOTE**: The totals contained in this document include *both* in-custody (*Trueblood* Class Members) and out-of-custody (personal recognizance) hearings and outcomes.

2