The Honorable MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | NO. 2:14-cv-1178 MJP <br><br> DEFENDANT'S EXHIBIT LIST RE: EVIDENTIARY HEARING BEGINNING JUNE 12, 2023 |

Defendant Washington State Department of Social and Health Services hereby submits the following list of exhibits to be used at the Evidentiary Hearing beginning June 12, 2023.

| No. | Description | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity & Admissibility Disputed |
|---|---|---|---|---|
| 101 | State Hospital and RTF Average Daily Census – June 2023 – Exhibit A to Updated Stipulation | X | | |

DEFENDANT'S EXHIBIT LIST RE: FORTHCOMING EVIDENTIARY HEARING
NO. 2:14-cv-1178 MJP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

| No. | Description | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity & Admissibility Disputed |
|---|---|---|---|---|
| 102 | Forecasts of Forensic and Civil Bed Need for WSH and ESH – June 2023 - Exhibit B to Updated Stipulation | X | | |
| 103 | BHA Historical Funded Beds – June, 3 2022 - Exhibit C to Updated Stipulation | X | | |
| 104 | Competency Evaluation Clients – 2018 to 2022 – Exhibit D to Updated Stipulation | X | | |
| 105 | HCA Data Regarding Beds – Exhibit E to Updated Stipulation | X | | |
| 106 | Competency Outcome Determinations – January 2023 – Exhibit F to Updated Stipulation | X | | |
| 107 | Contempt Hearings, Outcomes, and Fines – Exhibit G to Updated Stipulation | X | | |
| 108 | Most Serious Charge Waitlist – January 5, 2023 – Exhibit H to Updated Stipulation | X | | |
| 109 | Phase 1 Implementation Plan – Docket #945-1 | X | | |

DEFENDANT'S EXHIBIT LIST RE: FORTHCOMING EVIDENTIARY HEARING
NO. 2:14-cv-1178 MJP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

| No. | Description | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity & Admissibility Disputed |
|-----|-------------|--------------------------|--------------------------------------------------|---------------------------------------|
| 110 | Phase 2 Implementation Plan – Docket #945-2 | X | | |
| 111 | BHA Pro 10.01 Algorithm Work Instructions for Adult Forensic Admissions – April 26, 2021 | | | |
| 112 | Dismissal Priority Review – March 2023 | | | |
| 113 | Felony Conversion ("Felony Flip") Process Flow Chart | | | |
| 114 | Monthly Report to Court Monitor – May 2023 | | | |
| 115 | Phase 3 Preliminary Implementation Plan – Docket #990-1 at 25-63 | | | |
| 116 | Recent DSHS BHA Investments and Initiatives to Address Staffing | | | |
| 117 | Agreed Proposal as to Implementation of Phase Three – Docket #942-1 | | | |
| 118 | BHA Bed Capacity Strategies | | | |
| 119 | Outpatient Competency Restoration Program – Appendix B – 2022 Q4 | | | |

DEFENDANT'S EXHIBIT LIST RE: FORTHCOMING EVIDENTIARY HEARING
NO. 2:14-cv-1178 MJP

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

| | | | | |
|---|---|---|---|---|
| 120 | Forensic Housing and Recovery Through Peer Services – Appendix E – 2022 Q4 | | | |
| 121 | Forensics Projects for Assistance in Transition from Homelessness – Appendix F – 2022 Q4 | | | |
| 122 | Keri Waterland Resume February 2023 | | | |
| 123 | Behavioral Health Highlighted Investments Since FY 2019 – Docket #946-1 | | | |
| 124 | New Long Term Civil Commitment Investments Since FY 19 – Docket # 946-2 | | | |
| 125 | Investments in Community Based Facilities Since FY 19 – Docket # 946-3 | | | |
| 126 | Investments in Community Support & Treatment Since FY 19 – Docket # 946-4 | | | |
| 127 | Investments in Housing Support Services Since FY 19 – Docket # 946-5 | | | |
| 128 | Spokane Regional Stabilization Center Report - 2022 | | | |
| 129 | Stipulation Regarding Evidence Hearing – Docket # 992 | | | |

DEFENDANT'S EXHIBIT LIST RE: FORTHCOMING EVIDENTIARY HEARING
NO. 2:14-cv-1178 MJP

4

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

| 130 | Dr. George Petzinger Resume | | | |

RESPECTFULLY SUBMITTED this 9th day of June, 2023.

*s/ Marko L. Pavela*
NICHOLAS A. WILLIAMSON, WSBA No. 44470
MARKO L. PAVELA, WSBA No. 49160
ANTHONY W. VAUPEL, WSBA No. 47848
Assistant Attorneys General

Office of the Attorney General
7141 Cleanwater Drive SW - P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
Nicholas.Williamson@atg.wa.gov
Marko.Pavela@atg.wa.gov
Anthony.Vaupel@atg.wa.gov
**Attorneys for Defendants**

DEFENDANT'S EXHIBIT LIST RE: FORTHCOMING EVIDENTIARY HEARING
NO. 2:14-cv-1178 MJP

5

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

**CERTIFICATE OF SERVICE**

I, *Christine Townsend*, state and declare as follows:

I am a citizen of the United States of America and over the age of 18 years and I am competent to testify to the matters set forth herein. I hereby certify that on this 9th day of June 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David Carlson: davidc@dr-wa.org

Kimberly Mosolf: kimberlym@dr-wa.org

Elizabeth Leonard: bethl@dr-wa.org

Christopher Carney: Christopher.Carney@CGILaw.com

Sean Gillespie: Sean.Gillespie@CGILaw.com

David JW Hackett: david.hackett@kingcounty.gov

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 9th day of June 2023, at McCleary, Washington.

_____
CHRISTINE TOWNSEND
Legal Assistant

DEFENDANT'S EXHIBIT LIST RE: FORTHCOMING EVIDENTIARY HEARING
NO. 2:14-cv-1178 MJP

6

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565