THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>**PLAINTIFF'S PROPOSED EXHIBITS FOR HEARING BEGINNING JUNE 12, 2023** |

Plaintiffs submit the following list of Exhibits for use at the upcoming hearing commencing on June 12, 2023.

Plaintiffs have provided these Exhibits to Defendants and discussed them at length. Based on these discussions, Plaintiffs do not anticipate objections from Defendants on the basis of authentication.

Docket number is indicated in the Exhibit List where the document is already in the Court record.

PLAINTIFF'S PROPOSED EXHIBITS FOR HEARING - 1
C14-01178-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 ・ Fax: (206) 957-0729

| EXHIBIT NO. | TITLE | DOCKET NO. |
|---|---|---|
| 1 | Declaration of Keven Bovenkamp in Support of Defendant's Response to Plaintiff's Motion for Material Breach and Contempt, Jan. 11, 2023 | Dkt. No. 944 |
| 2 | Declaration of Tom Kinlen in Support of Defendant's Response to Plaintiff's Motion for Material Breach and Contempt, Jan. 11, 2023 | Dkt. No. 947 |
| 3 | Washington State Department of Social and Health Services (DSHS), Presentation to Washington Senate Law and Justice Committee: Competency Services Update, Feb. 2, 2023 | N/A |
| 4 | Governor Jay Inslee Policy Brief: Transforming Washington's Behavioral Health Care System, Dec. 2018 | Dkt. No. 939-2 |
| 5 | Letter from Kevin Bovenkamp to DSHS Secretary Jilma Meneses, RE: WSH and Potential Impacts to Admissions, Sept. 9, 2022 | Dkt. 924-1 at 23-24 |
| 6 | Email from Cassie Sauer, President and CEO of Washington State Hospital Association, Subject: DSHS looking for civil commitment beds—can you help? Nov 7, 2022 | Dkt. 944-7 |
| 7 | Kevin Bovenkamp, Letter to State Partners RE: Hospital Admission Triaging, Dec 14, 2022 | Dkt. 944-1 |
| 8 | Washington State Health Care Authority (HCA), Long Term Civil Commitment Investments and Capacity | Dkt. 946-2 |
| 9 | Washington State HCA, Implementation plan to continue the expansion of civil long-term inpatient capacity, Dec. 1, 2021 | Dkt. 939-5 |
| 10 | Washington State HCA, Implementation plan to continue the expansion of civil long-term inpatient capacity: Status report, Oct. 15, 2022 | N/A |
| 11 | Dr. Danna Mauch, Court Monitor Quarterly Report to the Court—Narrative Volume, Jan. 16, 2023 | N/A |

PLAINTIFF'S PROPOSED EXHIBITS FOR HEARING - 2
C14-01178-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 ・ Fax: (206) 957-0729

| 12 | Dr. Danna Mauch, Court Monitor Quarterly Report to the Court—Narrative Volume, June 8, 2023 | N/A |

Dated this 9th day of June, 2023.

                  Respectfully submitted,

/s/ Kimberly Mosolf
David R. Carlson, WSBA No. 35767
Kimberly Mosolf, WSBA No. 49548
Elizabeth Leonard, WSBA No. 46797
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
davidc@dr-wa.org
kimberlym@dr-wa.org
bethl@dr-wa.org


/s/Christopher Carney
Christopher Carney, WSBA No. 30325
Carney Gillespie Isitt PLLP
600 1st Avenue, Seattle, WA 98104
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com


**Attorneys for Plaintiffs**

PLAINTIFF'S PROPOSED EXHIBITS FOR HEARING - 3
C14-01178-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington   98104
(206) 324-1521 ・ Fax: (206) 957-0729