UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al., | CASE NO. C14-1178 MJP |
| Plaintiffs, | ORDER GRANTING MOTION FOR WAIVER OF INTEREST |
| v. | |
| WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., | |
| Defendants. | |

This matter comes before the Court on Defendants' Motion for Waiver of Interest Due Under Docket Nos. 664 and 665. (Dkt. No. 1003.) Having reviewed the Motion, which is unopposed, and all supporting materials, the Court GRANTS the Motion. The Court finds good cause on the record presented to allow for a waiver of any interest due. It appears that the failure to timely remit payment on the judgments in Docket Entries 664 and 665 was due to excusable neglect. The Court therefore permits payments of the principal amounts due without interest. Payment should be made promptly within two weeks of entry of this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 24, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION FOR WAIVER OF INTEREST - 2