Marsha Pechman    7-17-23

As the lost patient saga continues I have some informative news you need to know.

A month after my return from Competency Restoration I am once again caught between the not competent to stand trial and the stagnation of my Right to a fair trial.

1. Not only were three of my mental health medications discontinued upon arrival 6-23-23 Benadryll, Valume, Zyprexa. But I was also placed directly in solitary confinement. I was able to see the mental health team every day and discuss medication adjustment and mental health issues Daily.

I was able to come out my room as a patient and be around other people and go to classes.

Even tho I'm here and still under RCW 10.77 I'm stuck. My next competency hearing is 8-31-23.

Since June 23 2023 I have been in solitary confinement

Since June 23 2023 I have not seen the medication doctor, the pill doctor or mental health doctor one single time. But yet 4 of my medications have been discontinued without even talking to me Violation (SB 5440)

②

I ask you to contact Judge Mike Scott in Superior court Downtown Seattle 516 3RD avenue Seattle,

I Have a Bond Hearing Next week most likely o 7-26-23 and I Request My Bond Reduced to Ten percent Directly to the court or house arrest as the Trueblood class members you put together with FHarps and Fpath Housing,

I Been in contact with the Reporter that made us Front page News the other Day and it was a good story By the way,

But I would like to share my story and Raise awearness about the Dynamic of inmate verse patient,

I Receive absolutly Zero mental Health Right Now zero,

How can I Be under RCW 10.77 not competent to stand trial and a Trueblood class member, 4 of my medications Have Been Discontinued without even talking to me

Im Stuck in max custody
No Body Knows this side of it
No body knows Im stuck in this situation with no Help from the Jail mental Health Treatment team at all

③

I'm going for a Bond hearing and would love it if you share my story as well as Recieve adequate Treatment, mental Health help and counseling in the community on House Arrest or At least place my Bail at 10% Directly to the court its 160 thousand

So please Know this is Why your Decisions are so impactful

ELDORADO BROWN

The incarcerated Truth.com

**Public Health**
Seattle & King County

36799
**Inmate Medical Grievance**

FILED / RECEIVED MAIL / JUL 20 2023 / AT SEATTLE / CLERK U.S. DISTRICT COURT / WESTERN DISTRICT OF WASHINGTON / BY _____ DEPUTY

Name: ELDORADO BROWN   BA#: 202301763?   Location: 8N LA4

My grievance is: no mental Health At All Since Arrival from western state Hospital and thats A week ago so I Should Be Able to talk and I need mental Health I'm Suicidal and cut my wrist at Night and wrap things around my neck I Need to talk please

Inmate Signature: Eldorado   Date/Time: 6-29-23

*Expect a response within 10 business days of receipt by Jail Health.*

Response to grievance: I reviewed your chart, you have meds ordered and have psych provider follow up appt already in place. Please take your meds. Please see the provider when called. Thank you

Health Staff Signature   Date/Time: 6/29/2023 1049

*To appeal this decision, fill out the next section.*

I appeal this decision because: I AM not competent to stand trial and I Have History of mental illness But I Have Yet to see mental Health professionals once Single time Since you Stoped Several of my meds -N- Returned me to King County Jail E(B)

Inmate Signature   Date/Time: 6-29-23

*Expect a response within 10 business days of receipt by Jail Health.*

Response to grievance: I reviewed Your chart. You have follow up with Psych provider and You meds will be reviewed by the provider. Baney

Supervisor Signature: Baney   Date/Time: 7/3/2023 17:03

Revised 02082011                                                  1676

## Overview

**TRIWEST GROUP, LLC** is a business entity in Boulder, Colorado registered with the Secretary of State of Washington State. The Unified Business Identifier (UBI) of the entity is #602112452, the entity type is *Foreign Limited Liability Company* and the business category is *Limited Liability Regular*. The entity was incorporated on June 2, 2010 in Colorado, expiring on June 30, 2023. The current entity status is *Active*. The registered business location is at 6549 1st Ave Nw, Seattle, WA 98117, The registered agent of the business is *Peter Selby Phd*. The agent office address is 6549 1st Ave Nw, Seattle, WA 98117. The officers of the entity include Janet Selby (GOVERNOR), Peter Selby Phd (GOVERNOR).



FILED
LODGED
RECEIVED
MAIL

JUL 20 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Name Eldorado Brown
Bkg. # 220301632
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

FILED
LODGED
RECEIVED

JUL 20 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

MAIL

Proverbs 19-21

SEATTLE WA 980
18 JUL 2023 PM 6 L

Marsha Pechman
U.S. District Court Judge
700 Stewart St # 2310
Seattle WA 78101

98101-444285