The Honorable MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, next friend of A.B., an incapacitated person, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | NO. 2:14-cv-1178 MJP <br><br> DECLARATION OF COUNSEL RE: MOTION FOR MODIFIED PAYMENT SCHEDULE |

I, Marko Pavela, am over the age of 18 years of age, competent to testify to the matters below, and declare based upon personal knowledge:

1. I am counsel for Defendants in the above captioned matter.

2. I reviewed communications between counsel for the parties in this matter and Mr. Mensher, with the Court, and between counsel for the parties and the Court Monitor.

3. I note an email from my colleague Nicholas Williamson to Mr. Mensher, time stamped February 9, 2023 3:09PM, and another from myself to Mr. Mensher, time stamped February 15, 2023 12:10PM, where each time we shared with the Court our client's preference for a hearing on Plaintiff's motion for breach and contempt to be held while there was time remaining in the legislative session.

DECLARATION OF MARKO PAVELA
NO. 2:14-cv-1178 MJP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

4. I note an email from Mr. Mensher, time stamped March 27, 2023 7:02PM, and subsequent emails from Mr. Mensher, indicating that hearing dates set for March 28-31, 2023 were being cancelled on account of COVID, and that the hearing was reset to May of 2023.

5. I note an email from Mr. Mensher, time stamped May 11, 2023 11:58AM, indicating that the May hearing dates were being re-set on account of unexpected conflict.

6. I note an email from my colleague, Travis Kuhns, to Dr. Mauch, with recommendations for participants for the fines distribution work group she is to convene. I also participated in meetings with Dr. Mauch, where we discussed her vision for this work group, and also her vision for the expert to be hired pursuant to the Court's July 7 Order. I have no indication that any work group has since met, or otherwise convened.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this 3rd day of August 2023, at Olympia, Washington.

*s/ Marko Pavela*
MARKO L. PAVELA, WSBA No. 49160
Assistant Attorney General

DECLARATION OF MARKO PAVELA
NO. 2:14-cv-1178 MJP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

## CERTIFICATE OF SERVICE

I, *Marko Pavela*, state and declare as follows:

I am a citizen of the United States of America and over the age of 18 years and I am competent to testify to the matters set forth herein. I hereby certify that on this 3rd day of August 2023, I caused to be electronically filed with the Clerk of the Court using the CM/ECF system, the foregoing document, which will send notification of such filing to the following:

David Carlson: davidc@dr-wa.org

Kimberly Mosolf: kimberlym@dr-wa.org

Elizabeth Leonard: bethl@dr-wa.org

Christopher Carney: Christopher.Carney@CGILaw.com

Sean Gillespie: Sean.Gillespie@CGILaw.com

David JW Hackett: david.hackett@kingcounty.gov

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 3rd day of August 2023.

*s/Marko Pavela*
MARKO PAVELA
Assistant Attorney General

DECLARATION OF MARKO PAVELA
NO. 2:14-cv-1178 MJP

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565