The Honorable MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, next friend of A.B., an incapacitated person, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | NO. 2:14-cv-1178 MJP <br><br> DECLARATION OF RICHARD PANNKUK |

I, RICHARD PANNKUK, am over the age of 18 years of age, competent to testify to the matters below, and declare based upon personal knowledge:

1. I am the Assistant Secretary for the Finance, Facilities and Analytics Administration (FFA) and the Chief Financial Officer for the Department of Social and Health Services (the Department). I make this declaration based on my personal knowledge and review of business records maintained at the Department in the normal course of business.

2. As Assistant Secretary, I manage operational issues for over 1,000 staff within eleven offices across the state of Washington to include strategic planning, performance management, human resources, employer relations, quality assurance, and risk management. I develop long-term strategic plans that support resources allocation, priority setting, and budget

DECL. OF RICHARD PANNKUK
NO. 2:14-cv-1178 MJP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

development for the Administration's full range of programs and services. I manage complex, cross-agency, multi-million-dollar projects that support over 2 million clients; to include Behavioral Health transformation and Integrated Eligibility and Enrollment.

3. Preceding my current position, I spent three years as the Deputy Assistant Secretary for FFA. Prior to this I served as a Senior Budget Assistant for the Governor's Office of Financial Management from 2012 until 2019, where I directly managed the Office of Financial Management's (OFM) health and human services portfolio, including making high level budget and legislative recommendations to the Governor. I served as the Director for the Department's Division of Finance and Operation Support from 2004 until 2012, and was responsible for overseeing the biennial and supplemental budgets for the Children's Administration, encompassing $1 billion and 2,800 staff.

4. I am aware of a recent Order in this matter, dated July 7, 2023, and directing the Department to pay $100,318,000.00, from a larger amount of fines held in abeyance.

5. This is a significant amount of money for the Department, and equals approximately 6.9% of the Behavioral Health Administration's total biennial, legislatively appropriated, budget of $1,448,984,000 dollars.

6. We are still early in the first year of this two year budget, and so the Department would be able to access these funds now, to pay the Court.  Said differently, the Department currently has more than $100,318,000 in unspent funds remaining in its budgeted appropriation that it would be able to redirect to pay the fine, rather than for the services for which the appropriation was intended.

7. Were the Department to spend this money now, however, it would risk detriment to individuals in need of the behavioral health services it must provide.  Specifically, there would be risk that the legislature did not grant the Department any supplemental funds in its next legislative session, and then that the Department would eventually run out of funds

DECL. OF RICHARD PANNKUK
NO. 2:14-cv-1178 MJP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

prematurely and prior to the end of this biennium. As a result, the Department would be forced to reduce numbers of staff or cease provision of certain behavioral health programs.

8. Accordingly, I believe the better, and more comprehensive mechanism for obtaining the money to pay the $100,318,000.00 would be to make a request for supplemental funds to the Legislature, so that they could weigh that request holistically during their next session, and ideally provide additional funds so that these fines could be paid without a reduction in any services elsewhere.

9. My understanding of the legislative process includes understanding that the next legislative session is a shorter 60 day session, to begin on January 8, 2024. I believe the soonest that "early legislative action" could occur would be January 31, 2024; that the session is set to end on March 8, 2024, and that it may take until April 15, 2024 for the Governor to sign any bills, including funding and supplemental budget bills.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge.

Signed this 3rd day of August 2023, at _____, Washington.

RICHARD PANNKUK
Assistant Secretary, CFO
 Facilities, Finance and Analytics Administration
Department of Social and Health Services

DECL. OF RICHARD PANNKUK
NO. 2:14-cv-1178 MJP

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

# CERTIFICATE OF SERVICE

I, *Marko Pavela*, state and declare as follows:

I am a citizen of the United States of America and over the age of 18 years and I am competent to testify to the matters set forth herein. I hereby certify that on this ____ day of _____ 2023, I caused to be electronically filed with foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David Carlson: davidc@dr-wa.org

Kimberly Mosolf: kimberlym@dr-wa.org

Elizabeth Leonard: bethl@dr-wa.org

Christopher Carney: Christopher.Carney@CGILaw.com

Sean Gillespie: Sean.Gillespie@CGILaw.com

David JW Hackett: david.hackett@kingcounty.gov

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this _____ day of August 2023.

_____
MARKO PAVELA
Assistant Attorney General

DECL. OF RICHARD PANNKUK
NO. 2:14-cv-1178 MJP

4

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565