The Honorable MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | NO. 2:14-cv-1178 MJP <br><br> REVISED BED NEED FORECAST PURSUANT TO DKT. NO. 1009. |

On July 7, 2023, this Court issued an Order finding that the State breached the contempt settlement agreement in this matter, and was in ongoing contempt of the injunction that gave rise to that settlement agreement. Dkt. # 1009. The Court's Order directed DSHS to take numerous actions, including to "prepare and file a report for outlining how many additional beds are needed to clear the waitlist for competency services… in four months…." *Id*. at 50. That report has been prepared, and is now attached as Exhibit A.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

REVISED BED NEED FORECAST
PURSUANT TO DKT. NO. 1009
NO. 2:14-cv-1178 MJP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

1 | The State also notes that is has "identif[ied] all civil patients at the state hospitals who are not HB1114 patients." Dkt. # 1009 at p. 49. Because the Order does not direct any sharing of this information at this time, *Id.*, the State will do so when providing these names to the Court Monitor and Plaintiffs, along with the discharge plans developed for them.

RESPECTFULLY SUBMITTED this 7th day of August, 2023.

ROBERT W. FERGUSON
Attorney General

s/ *Daniel J. Judge*
DANIEL J. JUDGE, WSBA No. 17392
*Senior Counsel*

ANTHONY VAUPEL, WSBA No. 47848
TRAVIS D. KUHNS, WSBA No. 53219
NICHOLAS A. WILLIAMSON, WSBA No. 44470
MARKO PAVELA, WSBA No. 49160
*Assistant Attorneys General*

Email: Anthony.vaupel@atg.wa.gov
Daniel.Judge@atg.wa.gov
Travis.Kuhns@atg.wa.gov
Nicholas.Williamson@atg.wa.gov
Marko.Pavela@atg.wa.gov

**Attorneys for Defendants**

REVISED BED NEED FORECAST
PURSUANT TO DKT. NO. 1009
NO. 2:14-cv-1178 MJP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

**CERTIFICATE OF SERVICE**

I, *Daniel J. Judge,* state and declare as follows:

I am a citizen of the United States of America and over the age of 18 years and I am competent to testify to the matters set forth herein. I hereby certify that on this 7th day of August 2023, I caused to be electronically filed. the foregoing document, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David Carlson: davidc@dr-wa.org

Kimberly Mosolf: kimberlym@dr-wa.org

Elizabeth Leonard: bethl@dr-wa.org

Christopher Carney: Christopher.Carney@CGILaw.com

Sean Gillespie: Sean.Gillespie@CGILaw.com

David JW Hackett: david.hackett@kingcounty.gov

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 7th day of August 2023.

                                              *s/ Daniel J. Judge*
                                              DANIEL J. JUDGE
                                              *Senior Counsel*

REVISED BED NEED FORECAST
PURSUANT TO DKT. NO. 1009
NO. 2:14-cv-1178 MJP

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565