The Honorable MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*, <br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>　　　　　　　　　　　Defendants. | No. 14-cv-01178-MJP<br><br>**(PROPOSED)** ORDER APPROVING PHASE 3 FINAL IMPLEMENTATION PLAN |

This matter comes before the Court through the Parties' Joint Motion for Approval of the Phase Three Implementation Plan. (Dkt. No. 1002.) Having considered their request, noting no opposition by Plaintiffs' Counsel or the Court Monitor, and otherwise being fully informed, the Court **ORDERS** that the Phase 3 Final Implementation Plan is approved.

Dated this 14th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Marsha J. Pechman*
　　　　　　　　　　　　　　　　　　　　　　MARSHA J. PECHMAN
　　　　　　　　　　　　　　　　　　　　　　United States Senior District Judge