1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10 | A.B., by and through her next friend        CASE NO. C14-1178 MJP
CASSIE CORDELL TRUEBLOOD, et
11 | al.,                                          ORDER TO SHOW CAUSE

12 |                        Plaintiffs,

13 |         v.

14 | WASHINGTON STATE
DEPARTMENT OF SOCIAL AND
15 | HEALTH SERVICES, et al.,

16 |                        Defendants.

17

18

19          The Court issues this Order to Show Cause <u>sua sponte</u> in light of the pending appeal

20  Defendants have filed. (Dkt. No. 1029.) The Court wishes to hear from both Parties on whether,

21  notwithstanding the appeal, they believe the Court continues to have jurisdiction to: (1) decide

22  Defendants' Motion for Modified Payment Schedule (Dkt. No. 1026); (2) determine whether

23  RCW 10.77.068 comports with the Permanent Injunction (<u>see</u> Dkt. No. 1012); and (3) enter any

24

ORDER TO SHOW CAUSE - 1

1  amended judgments that include fines related to competency services or fines related to Civil

2  Conversion patients.

3    The Court ORDERS the Parties to file briefs responding to this Order's concerns of no

4  more than 8 pages that shall be due by August 30, 2023. No responses or replies shall be filed

5  unless ordered by the Court.

6    The clerk is ordered to provide copies of this order to all counsel.

7    Dated August 15, 2023.

8

9    Marsha J. Pechman
     United States Senior District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO SHOW CAUSE - 2