The Honorable MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, next friend of A.B., an incapacitated person, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | NO. 2:14-cv-1178 MJP <br><br> DECLARATION OF DR. THOMAS J. KINLEN – AUGUST 2023 DATA & CONTEMPT REPORT |

I, Thomas J. Kinlen, am over the age of 18 years of age, competent to testify to the matters below, and declare based upon personal knowledge:

1. I am the Director of the Office of Forensic Mental Health Services (OFMHS) within the Behavioral Health Administration (BHA) of the Department of Social and Health Services (DSHS). As the Director, I am also a Deputy Assistant Secretary and an Appointing Authority who is an authorized representative of the Department of Social and Health Services.

2. As the Director, I am responsible for the delivery of forensic services in the State of Washington which includes competency to stand trial evaluations, competency restoration, and not guilty by reason of insanity evaluations. I am responsible for the operation of OFMHS

DECL. OF DR. THOMAS J. KINLEN – AUGUST 2023 DATA & CONTEMPT REPORT - NO. 2:14-cv-1178 MJP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

which includes oversight of contract / administrative management with competency restoration sites, establishing consistent policies, procedures and practices across the competency sites and State Hospitals, assisting forensic evaluators in completing job duties as assigned, and working with the key stakeholders across the state in addressing any issues and concerns related to forensic patients.

3. I joined the Department of Social and Health Services in May 2016. Prior to joining BHA, I served as the Superintendent at Larned State Hospital, in Larned, Kansas in which I was also serving as the Clinical Director, Supervising Psychologist for both the Sexual Predator Treatment Program and the State Security Program, and as the Director of Clinical Training for both the APA Accredited Psychology Internship and the APPIC certified Postdoctoral Fellowship training programs.

4. On July 7, 2016, this Court issued an order directing the Department to provide data in a format presented in a declaration by Dr. Bryan Zolnikov on June 17, 2016 (Dkt. No. 278). I have reviewed the Court's order and worked with data staff to coordinate and provide the data the Court has requested. Attached as Attachment A is a true and correct copy of the February 2016 – July 2023 summary data of wait times, as well as the charts containing individual class members' wait times for July 2023. The data is now reported using the modified timelines set by the Court's Order (allowing for up to seven days for transmission of the court order). *See* Dkt. No. 408.

5. Fines are now calculated in accordance with the modified timelines adopted by the Court. Dkt. No. 408. Fines are assessed on a per-class member, per day basis. For inpatient admissions fines are calculated at $500 for the first six days of non-compliance, and $1000 per day for the seventh day and each additional day of non-compliance; for in-jail evaluations: $750 for the first six days of non-compliance, and $1500 per day for the seventh day and each additional day of non-compliance. For additional information about how compliance is calculated, see the Parties Joint Motion to Adopt the Mediated Settlement Agreement

DECL. OF DR. THOMAS J. KINLEN – AUGUST 2023 DATA & CONTEMPT REPORT - NO. 2:14-cv-1178 MJP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

at Dkt. No. 389. The total fines are also currently being adjusted per the Second Revised Agreement Resolving Plaintiffs' Pending Motions and Establishing a Settlement Negotiation Process (Dkt. No. 535-1), as well as the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. No. 623).

6. Attached as Attachment B is a true and correct proposed calculation of inpatient contempt fines for the period of July 1 – July 31, 2023. The first page contains a summary of the calculated restoration fines. The following pages include individual class member data, and demonstrate the calculations the Department used in order to reach the proposed restoration fine. This fines calculation also includes the temporary reduction in contempt fines as set out by the Parties' Second Revised Agreement Resolving Plaintiffs' Pending Motions and Establishing a Settlement Negotiation Process. Dkt. No. 535-1, at 7. Based on this data the Department proposes a total of $6,116,000 in restoration contempt fines for the period of July 1 – July 31, 2023.

7. Attached as Attachment C is an updated calculation of inpatient contempt fines for the period of June 1 – June 30, 2023. Data updates were made to cases tracked in the Forensic Data System (FDS) due to a combination of changes in client status from in-jail to PR, a state hospital admission, receiving orders late, and court order withdrawals, resulting in a net decrease of $308,000 in contempt fines for the period of June 1 – June 30, 2023

8. Attached as Attachment D is an updated calculation of inpatient contempt fines for the period of May 1 – May 31, 2023. Data updates were made to cases tracked in the Forensic Data System (FDS) due to a combination of changes in client status from in-jail to PR and court order withdrawals, resulting in a net decrease of $276,000 in contempt fines for the period of May 1 – May 31, 2023

9. Attached as Attachment E is an updated calculation of inpatient contempt fines for the period of April 1 – April 30, 2023. Data updates were made to cases tracked in the Forensic Data System (FDS) due to a combination of changes in client status from in-jail to PR

DECL. OF DR. THOMAS J. KINLEN – AUGUST 2023 DATA & CONTEMPT REPORT - NO. 2:14-cv-1178 MJP

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

and court order withdrawals, resulting in a net decrease of $158,500 in contempt fines for the period of April 1 – April 30, 2023.

10. Attached as Attachment F is an updated calculation of inpatient contempt fines for the period of March 1 – March 31, 2023. Data updates were made to cases tracked in the Forensic Data System (FDS) due to a combination of changes in client status from in-jail to PR and court order withdrawals, resulting in a net decrease of $21,500 in contempt fines for the period of March 1 – March 31, 2023.

11. Attached as Attachment G is a true and correct proposed calculation of outpatient competency restoration contempt fines from July 1 – July 31, 2023. The first page of the calculation contains a summary of the calculated outpatient competency restoration fines. The following pages include individual class member data, and demonstrate the calculations the Department used in order to reach the proposed outpatient competency restoration fine. Based on this data, the Department proposes a total of $29,000 in outpatient competency restoration fines for the period of July 1 – July 31, 2023.

12. Attached as Attachment H is an updated calculation of outpatient competency restoration fines for the period of June 1 – June 30, 2023. Data updates were made to cases tracked in the Forensic Data System (FDS) due to data updates, resulting in a net decrease of $1,000 in outpatient competency restoration fines for the period of June 1 – June 30, 2023.

13. Attached as Attachment I is a true and correct proposed calculation of in-jail evaluation contempt fines from July 1 – July 31, 2023. The first page of the calculation contains a summary of the calculated in-jail evaluation fines. The following pages include individual class member data, and demonstrate the calculations the Department used in order to reach the proposed in-jail evaluation fine. Based on this data, the Department proposes a total of $165,000 in in-jail evaluation contempt fines for the period of July 1 – July 31, 2023.

14. Attached as Attachment J is an updated calculation of in-jail evaluation contempt fines for the period of June 1 – June 30, 2023. Data updates were made to cases tracked in the

DECL. OF DR. THOMAS J. KINLEN – AUGUST 2023 DATA & CONTEMPT REPORT - NO. 2:14-cv-1178 MJP

4

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

Forensic Data System (FDS) due to due to a good cause extension being granted, resulting in a net decrease of $3,000 in contempt fines for the period of June 1 – June 30, 2023. The June Declaration (Dkt. 1011_9, Attachment I) shows in-jail evaluation contempt fines totaling $93,000. As a result of the policy to pay into the court fund when there is uncertainty as to whether a fine is owed, the net decrease of $3,000 will not be applied until the court rules on the issue of good cause extensions and the $93,000 will be paid into the court registry without credit being taken at this time.

15. Please note that in Attachments B – J any cell that contains the word "null" represents a value of zero. This alternative appearance is a result of changes made to the system to enable more automated reporting.

16. Under the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. No. 623), contempt fines relating to Dkt. No. 289 (inpatient fines) shall not be reduced to judgment. However, the Department will continue to calculate and report these inpatient contempt fines each month. The fine amount associated with a delay in admission to the outpatient competency restoration program, as described in Attachment G, is also being included in this suspended category because it is not an in-jail evaluation delay. Based on the current reporting period, as described in Attachments B and G, as well as the calculation updates discussed above and described in Attachments C through F, and H, the inpatient portion of the fines total $5,380,000. This inpatient amount will not be included in the judgment, consistent with the Court's Order (Dkt. No. 623).

17. RDA has been instructed to calculate fines with and without credit for good cause extensions going forward until the court decides whether the state should receive credit against fines. In the meantime the Department will continue to pay fines without GCE credit calculated.

18. Under the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. No. 623), no changes were made to contempt fines relating to in-jail evaluation, and those fines shall continue to be calculated and reduced to judgment. Based on the current

DECL. OF DR. THOMAS J. KINLEN – AUGUST 2023 DATA & CONTEMPT REPORT - NO. 2:14-cv-1178 MJP

5

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

reporting period for in-jail fines, as described in Attachment I, as well as the calculation updates discussed above and described in Attachment J and Attachment I to Docket 1011_9, the Department proposes that **the total judgment for this period should be in the amount of $255,000.**

19. The data system is a dynamic system and relies on information provided from entities both in and outside of the Department, which can impact the fine calculations. The Department will continue to report on corrections to previously reported fine data in each monthly submission to ensure that all contempt fines are accurately captured.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge.

Signed this 15th day of August 2023, at  Olympia , Washington.

*[signature]*

DR. THOMAS KINLEN
Director, Office of Forensic Mental Health Services
Behavioral Health Administration
Department of Social and Health Services

DECL. OF DR. THOMAS J. KINLEN –
AUGUST 2023 DATA & CONTEMPT
REPORT - NO. 2:14-cv-1178 MJP

6

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

**CERTIFICATE OF SERVICE**

I, *Christine Townsend*, state and declare as follows:

I am a citizen of the United States of America and over the age of 18 years and I am competent to testify to the matters set forth herein. I hereby certify that on this 15th day of August 2023, I electronically filed with foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David Carlson:  davidc@dr-wa.org

Kimberly Mosolf:  kimberlym@dr-wa.org

Elizabeth Leonard:  bethl@dr-wa.org

Christopher Carney:  Christopher.Carney@CGILaw.com

Sean Gillespie:  Sean.Gillespie@CGILaw.com

David JW Hackett:  david.hackett@kingcounty.gov

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 15th day of August 2023, at Olympia, Washington.

_____
CHRISTINE TOWNSEND
Paralegal

DECL. OF DR. THOMAS J. KINLEN – AUGUST 2023 DATA & CONTEMPT REPORT - NO. 2:14-cv-1178 MJP

7

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565