UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | CASE NO. C14-1178 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

In addition to the topics outlined in the Order to Show Cause (Dkt. No. 1038), the Court would like the Parties to brief whether, notwithstanding the pending appeal, the Court and the Court Monitor have jurisdiction over the matters ordered in Paragraph 33(i) and 33(j) of the Breach and Contempt Order (Dkt. No. 1009 at 51)). The Parties must address this issue in their

MINUTE ORDER - 1

responses to the Order to Show Cause. Responses to this issue are in addition to, and not in lieu of, the responses that remain due under the Order to Show Cause.

The clerk is ordered to provide copies of this order to all counsel.

Filed August 16, 2023.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2