**THE HON. MARSHA J. PECHMAN**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br><br>~~(PROPOSED)~~ **ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS** |

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds to pay Seattle Foundation's July 2022 through June 2023 Administrative Fee for Trueblood Diversion Fund Management.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse **$81,774.48** to the Seattle Foundation for payment of their March 31, 2023 invoice number 23-0006.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of **$81,774.48** minus any statutory users fees, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98101.

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington   98104
(206) 324-1521 · Fax: (206) 957-0729

1   Dated this 9th day of November, 2023.

2

3

4

_Hon. Marsha J. Pechman
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1    Presented by:

2    /s/ Kimberly Mosolf                         /s/ Daniel Judge
     Kimberly Mosolf, WSBA No. 49548             Daniel Judge, WSBA No. 17392
3    Elizabeth Leonard, WSBA No. 46797           Anthony Vaupel, WSBA No. 47848
     Disability Rights Washington                Travis Kuhns, WSBA No. 53219
4    315 Fifth Avenue South, Suite 850           Office of the Attorney General
     Seattle, WA 98104                           7141 Cleanwater Drive SW
5    (206) 324-1521                              P.O. Box 40124
     kimberlym@dr-wa.org                         Olympia, WA 98504-0124
6    bethl@dr-wa.org                             (360) 586-6565
                                                 Daniel.Judge@atg.wa.gov
7    /s/Christopher Carney                       Anthony.Vaupel@atg.wa.gov
     Christopher Carney, WSBA No. 30325          Travis.Kuhns@atg.wa.gov
8    Carney Gillespie PLLP
     315 5th Avenue South, Suite 860             **_Attorneys for Defendants_**
9    Seattle, Washington 98104
     (206) 445-0212
10   Christopher.Carney@cgilaw.com

11
     **_Attorneys for Plaintiffs_**
12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO DISTRIBUTE CONTEMPT FUNDS - 3

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington   98104
(206) 324-1521 · Fax: (206) 957-0729