UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | CASE NO. C14-1178 MJP<br><br>ORDER REGARDING JUDGMENTS DUE |

As discussed during the hearing held on November 9, 2023, the Court ORDERS as follows:

1. Defendants shall prepare and file a declaration updating the amounts due for in-jail evaluation contempt fines for the periods spanning June 1-30, 2023, July 1-31, 2023, and August 1-31, 2023. Defendants shall identify and propose the amounts due that should be reduced to judgment.

2. Defendants shall prepare and file a declaration outlining all fines due under the Court's Modified Permanent Injunction for the period spanning from September 1-30, 2023. Defendants shall identify and propose the amounts due that should be reduced to judgment.

3. Defendants shall prepare and file a declaration outlining all fines due under the Court's Modified Permanent Injunction for the period spanning from October 1-31, 2023. Defendants shall identify and propose the amounts due that should be reduced to judgment.

4. Defendants shall file all three declarations by no later than November 15, 2023.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 13, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER REGARDING JUDGMENTS DUE - 2