# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C14-1178 MJP |

\_\_　　**Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X　　**Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants shall pay the $100,318,000.00 fine due pursuant to the Court's Findings of Fact and Conclusions of Law on Plaintiffs' Motion for Material Breach of Contempt Settlement Agreement (Dkt. No. 1009) by no later than April 15, 2024; interest shall be computed in accordance with 28 U.S.C. § 1961, and shall begin to accrue 14 days from

November 9, 2023; and interest shall be calculated and due until the Court receives payment of the $100,318,000.00.

Dated November 13, 2023.

Ravi Subramanian
Clerk of Court

s/ Serge Bodnarchuk
Deputy Clerk
