UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al., <br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | CASE NO. C14-1178 MJP<br><br>ORDER RE: $100 MILLION FINE DISTRIBUTION PLAN |

The Court issues this Order for two purposes. First, the Court issues this Order in response to the Parties' Plan to Distribute <u>Trueblood</u> Fine Money ("Plan") (Dkt. No. 1059) that was required by the Court's Order on Plaintiffs' Motion for Contempt ("Contempt Order") (Dkt. No. 1009). Second, the Court issues this Order in light of the fact that on November 22, 2023, Defendants deposited the full $100,318,000.00 due pursuant to the Court's Contempt Order. (See Docket Notation 11/22/23.)

ORDER RE: $100 MILLION FINE DISTRIBUTION PLAN - 1

A.     The Parties' Proposed Plan to Distribute Fine Money

As part of the Court's Contempt Order, the Court ordered the Court Monitor to convene a workgroup to prepare a plan to distribute the $100,318,000.00 fine. (Dkt. No. 1009.) The Court Monitor duly convened a workgroup, which included the Court Monitor and experts from Court Monitor's Office, Plaintiffs' counsel, three representatives from the Department of Social and Health Services, and one representative from the Health Care Authority. (See Plan at 1.) The Workgroup prepared the Plan, which outlined five different topics, including a proposed Scope of Work from the Technical Assistance Collaborative that "could complement and extend the impact of Trueblood fines funds" and a Request for Proposal for diversion services, starting with the release if a "Solicitation for Letters of Interest" in December 2023. (Id. at 2-3.) When the Workgroup submitted its Plan on October 6, 2023, it noted that Defendants had not paid the $100 million fine, and had asked for a lengthy delay in its payment. (Id. at 3.) But the Workgroup noted that there were over $20 million in fines in the Court's registry that were available at that time. (Id.) Indeed, as of November 6, 2023, the total was a little over $24.5 million. Given the availability of funds in the Registry, the Workgroup specified that the proposed RFP should "move forward now" even with the uncertainty on when Defendants would pay the $100 million fine. But the Workgroup did not specify the exact amounts it sought to be disbursed from the Registry or the parameters that should be placed on the funds.

The Court finds that the Plan outlines steps that are appropriate and necessary, and the Court APPROVES the Plan. But because the Plan does not specify what amounts the Workgroup wishes to have disbursed from the Court's registry as of the date the Plan was submitted, the Court DIRECTS the Parties to prepare and submit a joint motion requesting disbursement of specific funds the Workgroup had sought to support the various efforts outlined in the Plan. The

request must specify to whom the funds should be disbursed and the purpose and/or limitations on the use of the funds. The request must be filed within 14 days of entry of this Order.

**B.      Distribution of Newly-Deposited $100 Million Fine**

On November 22, 2023, the Court received the $100,318,000.00 payment of the fines due from the Contempt Order, notwithstanding the fact that the Court granted Defendants until April 2024 to pay the full amount. The receipt of these funds impacts the Workgroup and its efforts to develop a plan of implementation. Indeed, when the Workgroup submitted its initial Plan, the timing of the receipt of the $100 million fine was unknown. This appears to have impacted the initial Plan, which did not include a specific proposal on how to disburse the then-uncollected $100 million fine. Now that Defendants have paid the full $100 million fine, the Court ORDERS the Workgroup to reconvene and provide an updated plan to the Court within 60 days of this Order. The updated plan shall discuss any and all issues related to the distribution of the $100 million fine and any other funds in the Court's registry for this case.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 4, 2023.

Marsha J. Pechman
United States Senior District Judge