THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,

Plaintiffs,

v.

WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,

Defendants.

No. 14-cv-01178-MJP

**~~(PROPOSED)~~ ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS**

This matter comes before the Court upon the parties' Stipulated Motion to Distribute Contempt Funds to pay for the Technical Assistance Collaborative to assist the parties in *Trueblood* in addressing housing-related needs of class members, and the related administrative fee for the Seattle Foundation to act as fiscal sponsor for distribution of these funds.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse **$96,900.00** to the Seattle Foundation for the $95,000.00 payment to the Technical Assistance Collaborative and the related Seattle Foundation administrative fee of $1,900.00.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of



Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729

**$96,900.00** minus any statutory users fees, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98101.

Dated this 8th day of December, 2023.

Hon. Marsha J. Pechman
United States Senior District Judge

Presented by:

/s/ Kimberly Mosolf
Kimberly Mosolf, WSBA No. 49548
Elizabeth Leonard, WSBA No. 46797
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
kimberlym@dr-wa.org
bethl@dr-wa.org

/s/Christopher Carney
Christopher Carney, WSBA No. 30325
Carney Gillespie PLLP
315 5th Avenue South, Suite 860
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com

***Attorneys for Plaintiffs***

/s/ Daniel Judge
Daniel Judge, WSBA No. 17392
Anthony Vaupel, WSBA No. 47848
Travis Kuhns, WSBA No. 53219
Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
Daniel.Judge@atg.wa.gov
Anthony.Vaupel@atg.wa.gov
Travis.Kuhns@atg.wa.gov

***Attorneys for Defendants***



Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729