# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al., | CASE NO. C14-1178 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed the Parties' filings in response to the Court's Order dated November 21, 2023 (Dkt. No. 1079). (See Dkt. Nos. 1085, 1086, 1090.) The Court is satisfied with the explanation provided by Mr. Vaupel regarding the discrepancies identified in the November 21st Order. And the Court will await the January 15, 2024 declaration of Dr. Kinlen

Case 2:14-cv-01178-MJP    Document 1092    Filed 01/09/24    Page 2 of 2

to determine what amount, if any, shall be credited for good cause exceptions from June 1, 2022 through August 31, 2023. The Court reminds Defendants that each good cause exception request in the January 15th declaration must also be supported by a copy of the underlying court order granting the exception.

The clerk is ordered to provide copies of this order to all counsel.

Filed January 9, 2024.

                                    Ravi Subramanian  
                                    Clerk of Court

                                    s/Kathleen Albert  
                                    Deputy Clerk

MINUTE ORDER - 2