UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al., <br><br>Plaintiffs, <br><br>v. <br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br>Defendants. | CASE NO. C14-1178 MJP <br><br>ORDER EXTENDING DEADLINE FOR PLAN FOR DISTRIBUTION OF FINES |

The Court held a status conference with the Parties on January 31, 2024. As discussed during the hearing, the Court hereby EXTENDS the deadline for the filing of a Plan for Distribution of Fines an additional 45 days. The Plan shall be due by no later than March 15, 2024.

\\

\\

ORDER EXTENDING DEADLINE FOR PLAN FOR DISTRIBUTION OF FINES - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated January 31, 2024.

*(signature)*

Marsha J. Pechman
United States Senior District Judge