UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | CASE NO. C14-1178 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Having reviewed the Parties' Stipulated Motion (Dkt. No. 1125), the Court GRANTS the request, and extends the noting deadline of the Motion for Reconsideration (Dkt. No. 1118) to May 22, 2024. The Court will not consider the Motion until after the May 22, 2024 noting date.

\\

\\

MINUTE ORDER - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Filed May 16, 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2