UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | CASE NO. C14-1178 MJP<br><br>ORDER REGARDING JUNE 2024 DATA & CONTEMPT |

The Court issues this Order in response to the Declaration of Dr. Thomas J. Kinlen – June 2024 Data & Contempt. (Dkt. No. 1132.) In his declaration, Kinlen states that DSHS has requested approval of several "Good Cause Exceptions" with his current declaration and his declaration file for May 2024 (Dkt. No. 1123). To the extent Defendants request the Court grant any reduction in fines owed due to a Good Cause Exception, they must move for such relief by filing a motion with all supporting materials and allowing Plaintiffs to have an opportunity to respond. Similarly, where Defendants have requested a reduction in fines owed for GCE, as they

did for January, April, and May 2023 (Kinlen Decl. ¶¶ 21, 22, 25), they must move for such relief, provide all supporting materials, and allow Plaintiffs an opportunity to respond. The Court has not included the sums requested as reductions for January, April, and May 2023, in its most recent amended judgment.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 1, 2024.

Marsha J. Pechman
United States Senior District Judge