UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | CASE NO. C14-1178 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

During the hearing on July 12, 2024, the Court directed the Parties to submit a revised request for approval of the Parties' agreement concerning good cause exceptions that would resolve the pending Motion for Reconsideration (Dkt. No. 1118) and Joint Motion for Approval of the Settlement (Dkt. No. 1131). (See Dkt. No. 1136.) To date, the Parties have not filed any

MINUTE ORDER - 1

1 | such request. The Court hereby ORDERS the Parties to file their revised request by no later than
2 | August 9, 2024.

3     The clerk is ordered to provide copies of this order to all counsel.

4     Filed July 30, 2024.

                                                Ravi Subramanian
                                                Clerk of Court

                                                s/Kathleen Albert
                                                Deputy Clerk

MINUTE ORDER - 2