The Honorable MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CASSIE CORDELL TRUEBLOOD, next friend of A.B., an incapacitated person, et al.,

Plaintiffs,

v.

THE WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,

Defendants.

NO. 2:14-cv-01178-MJP

[REVISED PROPOSED]

ORDER ON MOTION FOR RECONSIDERATION

THIS MATTER comes before the Court on Defendants' Motion for Reconsideration of this Court's Order at Dkt. No. 1115. The Court has considered the Parties' pleadings and the Court's file, including the Court's most recent Order on Good Cause Exceptions (GCEs) at Dkt. No. 1135, as well as information provided to the Court at the most recent status hearing held in this matter. Accordingly, and with the Court being fully advised, the Court does hereby:

**ORDER**

1) The Department may file motions with this Court to request reductions in fines owed for GCEs. Requests for such reductions in fines may look back in time, but not more than six months. The Department is no longer bound by the one month time limit at Dkt. No. 1115 at 6.

[REVISED PROPOSED] ORDER ON MOTION FOR RECONSIDERATION

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

     a. These motions may be brought to seek either system wide audit type accounting adjustments, or patient level adjustments to fines for good cause.

     b. These motions are not necessary for the Department's regular monthly fine reporting and adjustments made through that process and as data settles.

     c. The Parties shall meet and confer prior to these motions being filed, and the motions shall indicate for each claimed GCE that Plaintiffs have been consulted and whether Plaintiffs agree that the Court's criteria for GCE have been met.

2) Notwithstanding this six month look back limitation and recognizing that some requests for reductions in fines have been pending before this Court, the Department may do a one-time extended look back, and request reductions in fines going back to January of 2024.

3) The Department must include Court-approved reductions in fines in subsequent monthly fines reporting declarations, so that these amounts may be reduced to Judgement along with month fines amounts.

4) This Order terminates Defendants' Motion for Reconsideration (Dkt. No. 1118) and Joint Motion For Approval of Settlement Agreement (Dkt. No. 1131).

The Clerk is directed to transmit copies of this Order to all counsel.

Dated this 5th day of August, 2024

MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT JUDGE

[REVISED PROPOSED]
ORDER ON MOTION FOR
RECONSIDERATION

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

Presented by:

ROBERT W. FERGUSON
Attorney General

/s/ Marko Pavela
DANIEL J. JUDGE, WSBA No. 17392
Senior Counsel
MARKO PAVELA, WSBA No. 49160
ANTHONY VAUPEL, WSBA No. 47848
TRAVIS KUHNS, WSBA No. 53219
Assistant Attorneys General
**Attorneys for Defendants**

/s/Chloe Merino
Chloe Merino, WSBA No. 60071
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
chloem@dr-wa.org

/S/Christopher Carney
Christopher Carney, WSBA No. 30325
Kimberly Mosolf, WSBA No. 49548
Carney Gillespie PLLP
600 1st Avenue, Suite LL08
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@carneygillespie.com
**Attorneys for Plaintiffs**

[REVISED PROPOSED] ORDER ON MOTION FOR RECONSIDERATION — 3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565