1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A.B., by and through her next friend
CASSIE CORDELL TRUEBLOOD, et
al.,

                    Plaintiffs,

          v.

WASHINGTON STATE
DEPARTMENT OF SOCIAL AND
HEALTH SERVICES, et al.,

                    Defendants.

CASE NO. C14-1178 MJP

ORDER DENYING JOINT MOTION
TO ADOPT AGREEMENT

        This matter comes before the Court on the Joint Motion to Adopt an Agreement by the

Parties. (Dkt. No. 1144.) Having reviewed the Motion and all supporting materials, and having

held oral argument on September 25, 2024, the Court DENIES the Motion. The Court set forth

the basis of its denial orally during the hearing, which it incorporates into and does not repeat in

this Order.

        \\

The clerk is ordered to provide copies of this order to all counsel.

Dated September 25, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING JOINT MOTION TO ADOPT AGREEMENT - 2