THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*, <br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP <br><br>**(PROPOSED) ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS** |

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds to pay Seattle Foundation's July 2023 through June 2024 Administrative Fee for Trueblood Diversion Fund Management.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse **$81,774.48** to the Seattle Foundation for payment of their November 12, 2024, invoice number 24-0048.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of **$81,774.48** minus any statutory users fees, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98101.

(PROPOSED) ORDER GRANTING STIPULATED
MOTION TO DISTRIBUTE CONTEMPT FUNDS - 1
C14-01178-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 ・ Fax: (206) 957-0729

1   Dated this 6th day of December, 2024.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

(PROPOSED) ORDER GRANTING STIPULATED
MOTION TO DISTRIBUTE CONTEMPT FUNDS - 2
C14-01178-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729

Presented by:

| | |
|---|---|
| /s/*Chloe Merino* <br> Chloe Merino, WSBA No. 60071 <br> Disability Rights Washington <br> 315 5th Avenue South, Suite 850 <br> Seattle, Washington 98104 <br> (206) 324-1521 <br> Chloem@dr-wa.org | /s/*Anthony Vaupel* <br> Daniel Judge, WSBA No. 17392 <br> Marko Pavela, WSBA No. 49160 <br> Anthony Vaupel, WSBA No. 47848 <br> Travis Kuhns, WSBA No. 53219 <br> Office of the Attorney General <br> 7141 Cleanwater Drive SW <br> P.O. Box 40124 <br> Olympia, Washington 98504-0124 <br> (360) 586-6565 <br> Daniel.Judge@atg.wa.gov <br> Marko.Pavela@atg.wa.gov <br> Anthony.Vaupel@atg.wa.gov <br> Travis.Kuhns@atg.wa.gov |

/s/*Christopher Carney*
Christopher Carney, WSBA No. 30325
Kimberly Mosolf, WSBA No. 49548
Carney Gillespie PLLP
600 1st Avenue, Suite LL08
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com
kmosolf@gmail.com

**Attorneys for Defendants**

**Attorneys for Plaintiffs**

(PROPOSED) ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS - 3
C14-01178-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 • Fax: (206) 957-0729