UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | CASE NO. C14-1178 MJP <br><br> ORDER GRANTING MOTION TO CORRECT JUDGMENT |

This matter comes before the Court on Defendants' unopposed Motion to Correct Judgment. (Dkt. No. 1173.) Having reviewed the Motion, which notes a scrivener's error in the November 15, 2024 Judgment (Dkt. No. 1161), the Court GRANTS the Motion and directs entry of an amended judgment reflecting that the total due in the Court's registry for the November Judgment is $165,750, not $167,750.

\\

ORDER GRANTING MOTION TO CORRECT JUDGMENT - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated December 20, 2024.

*Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge