# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | **AMENDED JUDGMENT IN A CIVIL CASE RE: DKT. NO. 1160**<br><br>CASE NUMBER: C14-1178 MJP |

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court notes the following fine amounts were incurred (and adjustments made to previous fine assessments) during the time periods noted below:

- A total of $32,500 for in-patient restoration contempt fines imposed in this action for the period from October 1 to October 31, 2024

- A net increase of $30,000 in inpatient restoration contempt fines imposed in this action for the period of September 1 to September 30, 2024 resulting from an updated calculation;

- A net increase of $27,000 in inpatient restoration contempt fines imposed in this action for the period of August 1 to August 31, 2024 resulting from an updated calculation;

- A net decrease of $30,000 in outpatient restoration contempt fines imposed in this action for the period from September 1 to September 30, 2024 resulting from an updated calculation;

resulting in a total credit for the current reporting period of **$59,500**.

Under the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. No. 623), contempt fines generated by failures to adhere to inpatient evaluation timelines shall not be reduced to judgment. However, judgment is entered against Defendants in the following amounts:

- $180,750 representing in-jail evaluation contempt fines imposed in this action for the period from October 1 to October 31, 2024;

- A net decrease of $13,500 in in-jail evaluation contempt fines imposed in this action for the period from September 1 to September 30, 2024 resulting from an updated calculation;

- A net decrease of $1,500 in in-jail evaluation contempt fines imposed in this action for the period from August 1 to August 31, 2024 resulting from an updated calculation;

resulting in a total for the current reporting period of **$165,750**. This total is due and payable into the Registry of the Court, to be kept in the Registry until further order of the Court. This judgment shall bear interest at the federal statutory rate until satisfied.

\\

Dated: December 20, 2024.

                                           <u>Ravi Subramanian</u>
                                           Clerk of Court

                                           <u>s/Kathleen Albert</u>
                                           Deputy Clerk

*[signature: Marsha J. Pechman]*

Marsha J. Pechman
United States Senior District Judge