**THE HON. MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,

Plaintiffs,

v.

WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,

Defendants.

No. 14-cv-01178-MJP

**~~(PROPOSED)~~ ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUND FOR DIVERSION PROGRAMMING**

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds for Phase V *Trueblood* Diversion Programming.

The Parties propose three grant recipients to receive contempt funds through Phase V of the *Trueblood* Diversion Plan. The proposed recipients and their awards are as follows:

| | |
|---|---|
| Frontier Behavioral Health | $32,880,905.00 |
| King County | $57,921,234.00 |
| Peninsula Behavioral Health | $1,542,269.87 |
| **TOTAL** | **$92,344,408.87**. |

//

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse $92,344,408.87 to the Seattle Foundation to fund these diversion programs. The Seattle Foundation shall, pursuant to a contract entered into with Plaintiffs, distribute and monitor these funds, in conjunction with the Court Monitor and Plaintiffs, to ensure that the monies are appropriately utilized.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of $92,344,408.87 minus any statutory users fees, payable to the Seattle Foundation, by a check which will be mailed or delivered to the same at 1601 5th Avenue, Suite 1900, Seattle WA 98010.

Dated this 24th day of December 2024.

Marsha J. Pechman
United States Senior District Judge

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729

Presented by:

/s/*Chloe Merino*
Chloe Merino, WSBA No. 60071
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521
Chloem@dr-wa.org

/s/*Kimberly Mosolf*
Kimberly Mosolf, WSBA No. 49548
c/o Carney Gillespie PLLP
600 1st Avenue
Seattle, WA 98104
(206) 552-9023
kmosolf@gmail.com

/s/*Christopher Carney*
Christopher Carney, WSBA No. 30325
Sean Gillespie, WSBA No. 35365
Carney Gillespie PLLP
315 5th Avenue South, Suite 860
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@cgilaw.com

***Attorneys for Plaintiffs***

/s/*Anthony Vaupel*
Daniel Judge, WSBA No. 17392
Marko Pavela, WSBA No. 49160
Anthony Vaupel, WSBA No. 47848
Travis Kuhns, WSBA No. 53219
Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
Daniel.Judge@atg.wa.gov
Marko.Pavela@atg.wa.gov
Anthony.Vaupel@atg.wa.gov
Travis.Kuhns@atg.wa.gov

***Attorneys for Defendants***

~~(PROPOSED)~~ ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION PROGRAMMING - 3
C14-01178-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729