1
2
3
4
5
6
7
8                                             The Honorable MARSHA J. PECHMAN

9                        **UNITED STATES DISTRICT COURT**
                         **WESTERN DISTRICT OF WASHINGTON**
10                                        **AT SEATTLE**

11   CASSIE CORDELL TRUEBLOOD, next          NO.  2:14-cv-1178 MJP
     friend of A.B., an incapacitated person, et al.,
12                                           DECLARATION OF
                                             DR. THOMAS J. KINLEN –
13                          Plaintiffs,      MARCH 2025 DATA &
          v.                                 CONTEMPT REPORT
14
     THE WASHINGTON STATE
15   DEPARTMENT OF SOCIAL AND
     HEALTH SERVICES, et al.,
16
                            Defendants.

17        I, Thomas J. Kinlen, am over the age of 18 years of age, competent to testify to the

18   matters below, and declare based upon personal knowledge:

19        1.       I am the Director of the Office of Forensic Mental Health Services (OFMHS)

20   within the Behavioral Health Administration (BHA) of the Department of Social and Health

21   Services (DSHS). As the Director, I am also a Deputy Assistant Secretary and an Appointing

22   Authority who is an authorized representative of the Department of Social and Health Services.

23        2.       As the Director, I am responsible for the delivery of forensic services in the State

24   of Washington which includes competency to stand trial evaluations, competency restoration,

25   and not guilty by reason of insanity evaluations. I am responsible for the operation of OFMHS

26   which includes oversight of contract / administrative management with competency restoration

1    sites, establishing consistent policies, procedures and practices across the competency sites and

2    State Hospitals, assisting forensic evaluators in completing job duties as assigned, and working

3    with the key stakeholders across the state in addressing any issues and concerns related to

4    forensic patients.

5        3.    I joined the Department of Social and Health Services in May 2016. Prior to

6    joining BHA, I served as the Superintendent at Larned State Hospital, in Larned, Kansas in which

7    I was also serving as the Clinical Director, Supervising Psychologist for both the Sexual Predator

8    Treatment Program and the State Security Program, and as the Director of Clinical Training for

9    both the APA Accredited Psychology Internship and the APPIC certified Postdoctoral

10   Fellowship training programs.

11       4.    On July 7, 2016, this Court issued an order directing the Department to provide

12   data in a format presented in a declaration by Dr. Bryan Zolnikov on June 17, 2016

13   (Dkt. No. 278). I have reviewed the Court's order and worked with data staff to coordinate and

14   provide the data the Court has requested. Attached as Attachment A is a true and correct copy of

15   the February 2016 – January 2025 summary data of wait times, as well as the charts containing

16   individual class members' wait times for January 2025. The data is reported using the modified

17   timelines set by the Court's Order (allowing for up to seven days for transmission of the court

18   order). *See* Dkt. No. 408.

19       5.    Fines are calculated in accordance with the modified timelines adopted by the

20   Court. Dkt. No. 408. Fines are assessed on a per-class member, per day basis. For inpatient

21   admissions fines are calculated at $500 for the first six days of non-compliance, and $1000 per

22   day for the seventh day and each additional day of non-compliance; for in-jail evaluations: $750

23   for the first six days of non-compliance, and $1500 per day for the seventh day and each

24   additional day of non-compliance. For additional information about how compliance is

25   calculated, see the Parties Joint Motion to Adopt the Mediated Settlement Agreement

26

DECL. OF DR. THOMAS J. KINLEN –
MARCH 2025 DATA & CONTEMPT
REPORT - NO. 2:14-cv-1178 MJP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

1    at Dkt. No. 389. The total fines are also adjusted per the Court's Order Granting Final Approval

2    of Amended Settlement Agreement (Dkt. No. 623).

3        6.    Attached as Attachment B is a true and correct proposed calculation of inpatient

4    contempt fines for the period of February 1 – February 28, 2025. The first page contains a

5    summary of the calculated restoration fines. The following pages include individual class

6    member data, and demonstrate the calculations the Department used in order to reach the

7    proposed restoration fine. Based on this data the Department proposes a total of $18,000 in

8    restoration contempt fines for the period of February 1 – February 28, 2025.

9        7.    Attached as Attachment C is a true and correct proposed calculation of outpatient

10   competency restoration fines for the period of February 1 – February 28, 2025. The first page of

11   the calculation contains a summary of the calculated outpatient competency restoration fines.

12   The following pages include individual class member data and demonstrate the calculations the

13   Department used in order to reach the proposed outpatient competency restoration fine. Based

14   on this data, the Department proposes a total of $1,500 in outpatient competency restoration

15   contempt fines for the period of February 1 – February 28, 2025.

16       8.    Attached as Attachment D is an updated calculation of outpatient competency

17   restoration contempt fines for the period of January 1 – January 31, 2025. Data updates were

18   made to cases tracked in the Forensic Data System (FDS) due to an entry of an OCR program

19   start date (late data entry), resulting in a net decrease of $2,000 in outpatient competency

20   restoration contempt fines for the period of January 1 – January 31, 2025.

21       9.    Attached as Attachment E is a true and correct proposed calculation of in-jail

22   evaluation contempt fines from February 1 – February 28, 2025. The first page of the calculation

23   contains a summary of the calculated in-jail evaluation fines. The following pages include

24   individual class member data and demonstrate the calculations the Department used in order to

25   reach the proposed in-jail evaluation fine. Based on this data, the Department proposes a total of

26   $90,000 in in-jail evaluation contempt fines for the period of February 1 – February 28, 2025.

DECL. OF DR. THOMAS J. KINLEN –
MARCH 2025 DATA & CONTEMPT
REPORT - NO. 2:14-cv-1178 MJP                3                ATTORNEY GENERAL OF WASHINGTON
                                                              7141 Cleanwater Dr SW
                                                              PO Box 40124
                                                              Olympia, WA 98504-0124
                                                              (360) 586-6565

10. In addition to the regular updates above, the Court approved a one-time look back to January 2024 of requests for Good Cause Exceptions (GCEs) from fines. Dkt. No. 1143. The Department has since filed that one-time look back request. *See* Dkt. No. 1185. Assuming the Court finds at least some of these requests for GCEs are appropriate, the Department plans to incorporate those findings into the next monthly fines filing here.

11. Please note that in Attachments B – E any cell that contains the word "null" represents a value of zero. This alternative appearance is a result of changes made to the system to enable more automated reporting.

12. Under the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. No. 623), contempt fines relating to Dkt. No. 289 (inpatient fines) shall not be reduced to judgment. However, the Department will continue to calculate and report these inpatient contempt fines each month. The fine amount associated with a delay in admission to the outpatient competency restoration program, as described in Attachment C, as well as the calculation updates discussed above and described in Attachment D, is also being included in this suspended category because it is not an in-jail evaluation delay. Based on the current reporting period, as described in Attachment B and C, as well as the calculation updates discussed above and described in Attachment D**, the inpatient portion of the fines totals $17,500.** This inpatient amount will not be included in the judgment, consistent with the Court's Order (Dkt. No. 623).

13. Under the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. No. 623), no changes were made to contempt fines relating to in-jail evaluation, and those fines shall continue to be calculated and reduced to judgment. Based on the current reporting period for in-jail fines, as described in Attachment E, the Department proposes that **the total judgment for this period should be in the amount of $90,000.**

14. The data system is a dynamic system and relies on information provided from entities both in and outside of the Department, which can impact the fine calculations.

DECL. OF DR. THOMAS J. KINLEN –
MARCH 2025 DATA & CONTEMPT
REPORT - NO. 2:14-cv-1178 MJP

4

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

1    The Department will continue to report on corrections to previously reported fine data in each

2    monthly submission to ensure that all contempt fines are accurately captured.

3          I declare under penalty of perjury under the laws of the United States and the State of

4    Washington that the foregoing is true and correct to the best of my knowledge.

5          Signed this 11th day of March 2025, at Olympia, Washington.

6

7

8                                        DR. THOMAS KINLEN

9                                        Director, Office of Forensic Mental Health Services
                                         Behavioral Health Administration
10                                       Department of Social and Health Services

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**CERTIFICATE OF SERVICE**

2

I, *Marko Pavela*, state and declare as follows:

3

I am a citizen of the United States of America and over the age of 18 years and I am

4

competent to testify to the matters set forth herein. I hereby certify that on this 12th day of March

5

2025, I caused to be filed electronically with foregoing document with the Clerk of the Court

6

using the CM/ECF system, which will send notification of such filing to the following:

7

Chloe Merino:  chloem@dr-wa.org

8

Kimberly Mosolf:  kmosolf@gmail.com

9

Christopher Carney:  Christopher.Carney@CGILaw.com

10

Sean Gillespie:  Sean.Gillespie@CGILaw.com

11

David JW Hackett:   david.hackett@kingcounty.gov

12

I certify under penalty of perjury under the laws of the state of Washington that the

13

foregoing is true and correct.

14

Dated this 12th day of March 2025, at Olympia, Washington.

15

16

17

MARKO PAVELA, AAG

18

19

20

21

22

23

24

25

26

DECL. OF DR. THOMAS J. KINLEN –
MARCH 2025 DATA & CONTEMPT
REPORT - NO. 2:14-cv-1178 MJP

6

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565