# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | **AMENDED JUDGMENT IN A CIVIL CASE RE: DKT. NO. 1194**<br><br>CASE NUMBER: C14-1178 MJP |

\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court notes the following fine amounts were incurred (and adjustments made to previous fine assessments) during the time periods noted below:

- A total of $18,000 for inpatient restoration contempt fines imposed in this action for the period from February 1 to February 28, 2025;

- A total of $1,500 for outpatient restoration contempt fines imposed in this action for the period from February 1 to February 28, 2025;

- A net decrease of $2,000 in outpatient restoration contempt fines imposed in this action for the period of January 1 to January 31, 2025 resulting from an updated calculation;

resulting in a total for the current reporting period of **$17,500**.

Under the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. No. 623), contempt fines generated by failures to adhere to inpatient evaluation timelines shall not be reduced to judgment. However, judgment is entered against Defendants in the following amounts:

- $90,000 representing in-jail evaluation contempt fines imposed in this action for the period from February 1 to February 28, 2025;

resulting in a total for the current reporting period of **$90,000**. This total is due and payable into the Registry of the Court, to be kept in the Registry until further order of the Court. This judgment shall bear interest at the federal statutory rate until satisfied.

Dated: March 12, 2025.

        Ravi Subramanian
        Clerk of Court

        s/Kathleen Albert
        Deputy Clerk

        Marsha J. Pechman
        United States Senior District Judge