UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al., | CASE NO. C14-1178 MJP |
| Plaintiff, | ORDER REGARDING MOTIONS FOR RELIEF FROM FINES |
| v. | |
| WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., | |
| Defendants. | |

The Court issues this Order regarding Defendants' Motions for Relief from Fines. (Dkt. Nos. 1185 & 1190.) As discussed during the hearing held on March 25, 2025, the Court is unable to rule on the two Motions given the lack of adequate evidence filed by Defendants in support of their request. Rather than deny the Motions, the Court will allow Defendants to supplement their Motions. Any supplementation must be filed by April 4, 2025. The Court will rule on the

Motions after the supplementation is filed, and therefore RENOTES both motions to April 4, 2025.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 27, 2025.

Marsha J. Pechman
United States Senior District Judge

ORDER REGARDING MOTIONS FOR RELIEF FROM FINES - 2