# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | **AMENDED JUDGMENT IN A CIVIL CASE RE: DKT. NO. 1214** <br><br> CASE NUMBER: C14-1178 MJP |

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court notes Defendants report incurring no inpatient or outpatient restoration contempt fines for the period of April 1 to April 30, 2025. Under the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. No. 623), contempt fines generated by failures to adhere to inpatient evaluation timelines shall not be reduced to judgment. However, judgment is entered against Defendants in the following amounts:

- $186,750 representing in-jail evaluation contempt fines imposed in this action for the period from April 1 to April 30, 2025;

- A net increase of $46,500 in in-jail evaluation contempt fines imposed in this action for the period of March 1 to March 31, 2025 resulting from an updated calculation;

- A net increase of $42,000 in in-jail evaluation contempt fines imposed in this action for the period of February 1 to February 28, 2025 resulting from an updated calculation;

- A net increase of $46,500 in in-jail evaluation contempt fines imposed in this action for the period of January 1 to January 31, 2025 resulting from an updated calculation;

- A net increase of $13,500 in in-jail evaluation contempt fines imposed in this action for the period of December 1 to December 31, 2024 resulting from an updated calculation;

resulting in a total for the current reporting period of **$335,250**. This total is due and payable into the Registry of the Court, to be kept in the Registry until further order of the Court. This judgment shall bear interest at the federal statutory rate until satisfied.

Dated: May 15, 2025.

      Ravi Subramanian
      Clerk of Court

      s/ Alejandro Pasaye Hernandez
      Deputy Clerk

      Marsha J. Pechman
      United States Senior District Judge