THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend Cassie Cordell Trueblood, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>**Washington State Department of Social and Health Services**, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>~~(PROPOSED)~~ **ORDER GRANTING STIPULATED MOTION FOR ATTORNEYS' FEES** |

This matter comes before the Court upon the Parties' Stipulated Motion for Attorneys' Fees and Costs.

THE COURTS FINDS that the attorneys' fees and costs reflected in the Parties' Stipulated Motion for Attorney's Fees and Costs are reasonable and compensable under 42 U.S.C. § 1988.

IT IS HEREBY ORDERED that Defendants shall, within fourteen (14) days of the date of this order, pay to Plaintiffs' counsel the sum of $103,573.10 in fees and $241.00 in costs, for a grand total of $103,814.10.

//
//
//
//
//
//

~~(Proposed)~~ Order Granting Stipulated Motion for Attorney's Fees
C14-1178 MJP
Page 1 of 2



1  Dated this 21st day of May, 2025.

2

3

4  _Marsha J. Pechman_ (signature)

5  Marsha J. Pechman
   United States Senior District Judge

6

7  Presented by:

8  /s/Chloe Merino                          /s/Anthony Vaupel
   Chloe Merino, WSBA No. 60071             Daniel J. Judge, WSBA No. 17392
9  Disability Rights Washington             Marko Pavela, WSBA No. 49160
   315 Fifth Avenue South, Suite 850        Anthony Vaupel, WSBA No. 47848
10 Seattle, WA 98104                        Office of the Attorney General
   (206) 324-1521                           7141 Cleanwater Drive SW
11 chloem@dr-wa.org                         P.O. Box 40124
                                            Olympia, WA 98504-0124
12                                          (360) 586-6565
13 /S/Christopher Carney                    Daniel.Judge@atg.wa.gov
   Christopher Carney, WSBA No. 30325       marko.pavela@atg.wa.gov
14 Kimberly Mosolf, WSBA No. 49548          anthony.vaupel@atg.wa.gov
   Carney Gillespie PLLP                    **Attorneys for Defendants**
15 600 1st Avenue, Suite LL08
   Seattle, Washington 98104
16 (206) 445-0212
   Christopher.Carney@carneygillespie.com
17 **Attorneys for Plaintiffs**

18

19

20

21

22

23

24

(Proposed) Order Granting Stipulated Motion for Attorney's Fees
C14-1178 MJP
Page 2 of 2

