UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | CASE NO. C14-1178 MJP <br><br> ORDER DENYING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT |

This matter comes before the Court on the Parties' Joint Motion for Approval Settlement Agreement. (Dkt. No. 1131.) Having reviewed the Joint Motion and all supporting materials, and having discussed the Motion at the June 4, 2025 hearing, the Court DENIES the Motion. The bases for the Court's denial were set forth in full on the record during the hearing, and the Court adopts those reasons into this brief Order. A transcript of the proceedings will be shortly available on the docket.

1    The clerk is ordered to provide copies of this order to all counsel.

2    Dated June 9, 2025.

3

4                                              Marsha J. Pechman
                                               United States Senior District Judge

ORDER DENYING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT - 2