1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

17

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>                    Defendants. | CASE NO. C14-1178 MJP<br><br>ORDER DENYING MOTION FOR APPROVAL OF PHASE 4 IMPLEMENTATION PLAN |

18

19

20

21

22

23

24

This matter comes before the Court on the Defendants' Motion for Approval of a Phase 4 Preliminary Implementation Plan. (Dkt. No. 1209.) Having reviewed the unopposed Motion and all supporting materials, and having discussed the Motion at the June 4, 2025 hearing, the Court DENIES the Motion. As the Court explained more fully during the hearing, the Court does not believe the Motion presents a live issue for the Court to decide. The relief requested does not ask for any alteration of the Settlement Agreement, the Modified Permanent Injunction, or any other

1    Court Order. And the Motion does not ask for approval of the disbursement of any funds

2    collected for the benefit of the Class. Accordingly, the Court DENIES the Motion, finding that

3    the Court's approval is unnecessary to the proposed Phase 4 Implementation Plan. The Court's

4    ruling should not be construed as any approval or disapproval of the Plan.

5        The clerk is ordered to provide copies of this order to all counsel.

6        Dated June 9, 2025.

7

8        Marsha J. Pechman
         United States Senior District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DENYING MOTION FOR APPROVAL OF PHASE 4 IMPLEMENTATION PLAN - 2