# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | **AMENDED JUDGMENT IN A CIVIL CASE RE: DKT. NO. 1228** <br><br> CASE NUMBER: C14-1178 MJP |

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court notes the following fine amounts were incurred (and adjustments made to previous fine assessments) during the time periods noted below:

- A total of $31,000 for inpatient restoration contempt fines imposed in this action for the period from May 1 to May 31, 2025;

- A net increase of $30,000 in inpatient restoration contempt fines imposed in this action for the period of April 1 to April 30, 2025 resulting from an updated calculation;

- A net increase of $23,000 in inpatient restoration contempt fines imposed in this action for the period of March 1 to March 31, 2025 resulting from an updated calculation;

resulting in a total for the current reporting period of **$84,000**.

Under the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. No. 623), contempt fines generated by failures to adhere to inpatient evaluation timelines shall not be reduced to judgment. However, judgment is entered against Defendants in the following amounts:

- $161,250 representing in-jail evaluation contempt fines imposed in this action for the period from May 1 to May 31, 2025;

- A net decrease of $30,000 in in-jail evaluation contempt fines imposed in this action for the period of April 1 to April 30, 2025 resulting from an updated calculation;

- A net decrease of $46,500 in in-jail evaluation contempt fines imposed in this action for the period of March 1 to March 31, 2025 resulting from an updated calculation;

- A net decrease of $42,000 in in-jail evaluation contempt fines imposed in this action for the period of February 1 to February 28, 2025 resulting from an updated calculation;

- A net decrease of $46,500 in in-jail evaluation contempt fines imposed in this action for the period of January 1 to January 31, 2025 resulting from an updated calculation;

- A net decrease of $13,500 in in-jail evaluation contempt fines imposed in this action for the period of December 1 to December 31, 2024 resulting from an updated calculation;

resulting in a credit for the current reporting period of **$17,250**. Additionally, pursuant to the Court's Order on Relief from Fines (Dkt. No. 1226), Defendants request a credit of $256,500, resulting in a total credit of **$273,750** for this month. No amount is due with this judgment, and the credit shall be applied to future months' in-jail evaluation contempt fines.

Dated: June 13, 2025.

                                          Ravi Subramanian
                                          Clerk of Court

                                          s/ Alejandro Pasaye Hernandez
                                          Deputy Clerk

                                          Marsha J. Pechman
                                          United States Senior District Judge