# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | **AMENDED JUDGMENT IN A CIVIL CASE RE: DKT. NO. 1238** <br><br> CASE NUMBER: C14-1178 MJP |

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court notes the following fine amounts were incurred (and adjustments made to previous fine assessments) during the time periods noted below:

- A total of $6,500 for inpatient restoration contempt fines imposed in this action for the period from July 1 to July 31, 2025;

- A total of $59,000 for outpatient restoration contempt fines imposed in this action for the period from July 1 to July 31, 2025;

- A net increase of $1,500 in inpatient restoration contempt fines imposed in this action for the period of June 1 to June 30, 2025 resulting from an updated calculation;

resulting in a total for the current reporting period of **$67,000**.

Under the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. No. 623), contempt fines generated by failures to adhere to inpatient evaluation timelines shall not be reduced to judgment. However, judgment is entered against Defendants in the following amounts:

- $126,000 representing in-jail evaluation contempt fines imposed in this action for the period from July 1 to July 31, 2025;

resulting in a total of **$126,000** due this month for in-jail evaluation fines. However, pursuant to the Court's Order on Relief from Fines (Dkt. No. 1226), Defendants request to deduct the $126,000 fine for in-jail evaluation due with this month from the outstanding $164,250 credit for in-jail evaluation fines. The Court approves this request and Defendants shall have a remaining credit of **$38,250** for in-jail evaluation fines. No amount is due with this judgment, and the credit shall be applied to future months' in-jail evaluation contempt fines.

Dated: August 13, 2025.

        Ravi Subramanian
        Clerk of Court

        s/ Alejandro Pasaye Hernandez
        Deputy Clerk


        Marsha J. Pechman
        United States Senior District Judge