# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | **AMENDED JUDGMENT IN A CIVIL CASE RE: DKT. NO. 1252**<br><br>CASE NUMBER: C14-1178 MJP |

\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court notes the following fine amounts were incurred (and adjustments made to previous fine assessments) during the time periods noted below:

- A total of $500 for inpatient restoration contempt fines imposed in this action for the period from September 1 to September 30, 2025;

- A total of $26,500 for outpatient restoration contempt fines imposed in this action for the period from September 1 to September 30, 2025;

- A net decrease of $1,500 in outpatient restoration contempt fines imposed in this action for the period of August 1 to August 31, 2025 resulting from an updated calculation;

resulting in a total for the current reporting period of **$25,500**.

Under the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. No. 623), contempt fines generated by failures to adhere to inpatient evaluation timelines shall not be reduced to judgment. However, judgment is entered against Defendants in the following amounts:

- $281,250 representing in-jail evaluation contempt fines imposed in this action for the period from September 1 to September 30, 2025;

- A net increase of $22,500 in-jail evaluation contempt fines imposed in this action for the period of August 1 to August 31, 2025 resulting from an updated calculation;

- A net decrease of $4,500 in-jail evaluation contempt fines imposed in this action for the period of April 1 to April 30, 2025 resulting from an updated calculation;

resulting in a total of **$299,250** due this month for in-jail evaluation fines. This total is due and payable into the Registry of the Court, to be kept in the Registry until further order of the Court. This judgment shall bear interest at the federal statutory rate until satisfied.

\\
\\
\\
\\
\\

Dated: October 15, 2025.

                                                Ravi Subramanian
                                                Clerk of Court

                                                s/ Alejandro Pasaye Hernandez
                                                Deputy Clerk

                                                Marsha J. Pechman
                                                United States Senior District Judge