THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>Defendants. | No. 14-cv-01178-MJP<br><br>~~PROPOSED~~ ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUND FOR DIVERSION PROGRAMMING |

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds for Phase V *Trueblood* Diversion Programming.

The Parties propose that Whatcom County receive **$3,603,879.00** in contempt funds through Phase V of the *Trueblood* Diversion Plan.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse **$3,603,879.00** to the Seattle Foundation to fund the Whatcom County diversion program. The Seattle Foundation shall, pursuant to a contract entered into with Plaintiffs, distribute and monitor these funds, in conjunction with the Court Monitor and Plaintiffs, to ensure that the monies are appropriately utilized.

~~PROPOSED~~ ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION PROGRAMMING - 1
C14-01178-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 ・ Fax: (206) 957-0729

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of **$3,603,879.00** minus any statutory users fees, payable to the Seattle Foundation, by a check which will be mailed or delivered to the same at 1601 5th Avenue, Suite 1900, Seattle WA 98010.

Dated this 15th day of October, 2025.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

PROPOSED ORDER GRANTING STIPULATED
MOTION TO DISTRIBUTE CONTEMPT FUNDS FOR
DIVERSION PROGRAMMING - 2
C14-01178-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ・ Fax: (206) 957-0729

|   |   |
|---|---|
| Presented by: | |
| /s/ Chloe Merino<br>Chloe Merino, WSBA No. 60071<br>Disability Rights Washington<br>315 Fifth Avenue South, Suite 850<br>Seattle, WA 98104<br>(206) 324-1521<br>Chloem@dr-wa.org | /s/ Anthony Vaupel<br>Daniel Judge, WSBA No. 17392<br>Marko Pavela, WSBA No. 49160<br>Anthony Vaupel, WSBA No. 47848<br>Travis Kuhns, WSBA No. 53219<br>Office of the Attorney General<br>7141 Cleanwater Drive SW<br>P.O. Box 40124<br>Olympia, WA 98504-0124<br>(360) 586-6565<br>Daniel.Judge@atg.wa.gov<br>Marko.Pavela@atg.wa.gov<br>Anthony.Vaupel@atg.wa.gov<br>Travis.Kuhns@atg.wa.gov |
| /s/Kimberly Mosolf<br>Kimberly Mosolf, WSBA No. 49548<br>c/o Carney Gillespie PLLP<br>600 1st Avenue<br>Seattle, WA 98104<br>(206) 552-9023<br>kmosolf@gmail.com | *Attorneys for Defendants* |
| /s/Christopher Carney<br>Christopher Carney, WSBA No. 30325<br>Sean Gillespie, WSBA No. 35365<br>Carney Gillespie PLLP<br>315 5th Avenue South, Suite 860<br>Seattle, Washington 98104<br>(206) 445-0212<br>Christopher.Carney@cgilaw.com | |

*Attorneys for Plaintiffs*

~~PROPOSED~~ ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS FOR DIVERSION PROGRAMMING - 3
C14-01178-MJP

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 ・ Fax: (206) 957-0729