UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | CASE NO. C14-1178 MJP<br><br>ORDER ON REQUEST RE: KING COUNTY |

The Court issues this Order after reviewing the Supplemental Declaration of Kimberly Mosolf. (Dkt. No. 1259.) As indicated during the hearing held on October 30, 2025, the Court finds the Parties' request to approve the changes to King County's Phase V proposal to be reasonable and in the Class's best interest. The Court therefore APPROVES the proposal to continue working with King County on its Phase V grant proposal, even with the changes. The Court also APPROVES the Trueblood Diversion Workgroup's proposal to increase the

ORDER ON REQUEST RE: KING COUNTY - 1

frequency of all monitoring visits and additional data reporting, as well as agency involvement, as outlined in full in the Mosolf Declaration at Paragraphs 43-50. (Dkt. No. 1259.)

The clerk is ordered to provide copies of this order to all counsel.

Dated October 30, 2025.

*[signature]*

Marsha J. Pechman
United States Senior District Judge