UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | CASE NO. C14-1178 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The above-entitled case is hereby transferred to the Honorable John H. Chun, United States District Judge. The caption for this case shall hereinafter be **C14-1178 JHC**. All scheduled dates will remain as set unless the parties are notified otherwise by Judge John H. Chun.

MINUTE ORDER - 1

| | |
|---|---|
| 1 | The clerk is ordered to provide copies of this order to all counsel. |
| 2 | Filed October 31, 2025. |

                          Ravi Subramanian  
                          Clerk of Court

                          s/Alejandro Pasaye Hernandez  
                          Deputy Clerk

MINUTE ORDER - 2