UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD, *et al.*,

Plaintiffs,

v.

WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,

Defendants.

No. 2:14-cv-01178-JHC

**ORDER GRANTING STIPULATED MOTION TO DISTRIBUTE CONTEMPT FUNDS**

This matter comes before the Court upon the Parties' Stipulated Motion to Distribute Contempt Funds to pay Seattle Foundation's 2025 Administrative Fees for Trueblood Diversion Phase IV and Phase V Fund Management.  Dkt. # 1285.

IT IS HEREBY ORDERED that the Clerk of this Court shall disburse **$231,774.48** to the Seattle Foundation for payment of its December 18, 2025 invoice totaling $81,774.48, invoice number 25-0055, and its December 23, 2025 invoice totaling $150,000, invoice number 25-0057.

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of the Court in the principal amount of **$231,774.48**, payable to the Seattle Foundation, by check which will be mailed or delivered to same at 1601 5th Avenue, Suite 1900, Seattle, WA 98101.

Dated this 30th day of January, 2026.


                                                _____
JOHN H. CHUN
United States District Judge