**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| CASSIE CORDELL TRUEBLOOD, next friend of A.B., an incapacitated person, et al., | NO.  2:14-cv-01178 JHC |
| Plaintiffs, | ORDER GRANTING THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES' REQUEST FOR REVERSAL OF FINES PURSUANT TO GCES |
| v. | |
| THE WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., | |
| Defendants. | |

This matter comes before the Court through a motion filed by the Defendants' pursuant to this Court's Order at Dkt. # 1143: Defendants' most recent request for relief from fines at Dkt. # 1283.  The motion is unopposed.  Having considered the pleadings, as well as the court file, and otherwise being fully informed:

THE COURT FINDS that the Department's requests for reversal of fines for the cases summarized in Exhibit A to the Declaration of Dr. Kinlen at Dkt. #1284 is appropriate and merited.

Because the Department has made no request for findings as to the remainder of the documented cases submitted, the Court makes no additional findings at this time.

ORDER GRANTING THE
DEPARTMENT OF SOCIAL AND
HEALTH SERVICES' REQUEST FOR
REVERSAL OF FINES PURSUANT TO
GCES
NO. 2:14-cv-01178 JHC

1

IT IS THEREFORE ORDERED that the Department shall be allowed to reverse up to $47,250 in fines, as summarized in exhibits to the above Kinlen Declaration, and update the Court accordingly through a future monthly fine declaration.  These fine reversals will then be incorporated into the judgment from this Court that follows that declaration.

Dated this 25th day of February, 2026.


JOHN H. CHUN
United States District Judge

ORDER GRANTING THE
DEPARTMENT OF SOCIAL AND
HEALTH SERVICES' REQUEST FOR
REVERSAL OF FINES PURSUANT TO
GCES
NO. 2:14-cv-01178 JHC

2