# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD et al., <br><br> Plaintiffs, <br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES et al., <br><br> Defendants. | **AMENDED JUDGMENT IN A CIVIL CASE RE: DKT. NO. 1279** <br><br> CASE NUMBER: 14-cv-01178-JHC |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) Regarding inpatient restoration contempt fines, (*see* Dkt. # 289), the Court notes the following fine amounts were incurred (and any adjustments made to previous fine assessments) during the time periods noted below:

- A total of $7,500 for inpatient restoration contempt fines imposed in this action for the period from November 1 to November 30, 2025;

- A total of $1,000 for outpatient restoration contempt fines imposed in this action for the period from November 1 to November 30, 2025;

Based on these fines, the total fine amount for the current reporting period is **$8,500**. Under the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. # 623), contempt fines generated by failures to adhere to inpatient evaluation timelines shall not be reduced to judgment.

(2) Regarding, in-jail contempt fines, (*see* Dkt. # 506), judgment is entered against Defendants in the following amounts:

- $115,500 representing in-jail evaluation contempt fines imposed in this action for the period from November 1 to November 30, 2025;

Based on these fines, the total fine amount for the current reporting period is $115,500. However, Defendants request to make a deduction based on an outstanding credit for good cause exceptions found in the Court's recent Order on Relief from Fines. *See* Dkt. # 1271. The Order allowed for a $34,500 credit, and Defendants seek to use the whole credit. *Id.* The Court approves this request, thus:

- $34,500 is deducted from the total fine amount.

After the deduction, the total due for in-jail evaluation fines for this month is **$81,000**. This total is due and payable into the Registry of the Court, to be kept in the Registry until further order of the Court. This judgment shall bear interest at the federal statutory rate until satisfied.

//

//

Dated April 7, 2026.

Joshua C. Lewis
Clerk of Court


*/s/Ashleigh Drecktrah*
Deputy Clerk


John H. Chun
United States District Judge