# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD et al.,<br><br>                    Plaintiffs,<br>      v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES et al.,<br><br>                    Defendants. | **AMENDED JUDGMENT IN A CIVIL CASE RE: DKT. NO. 1294**<br><br>CASE NUMBER: 14-cv-01178-JHC |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) Regarding inpatient restoration contempt fines, (*see* Dkt. # 289), the Court notes the following fine amounts were incurred (and any adjustments made to previous fine assessments) during the time periods noted below:

- A total of $37,500 for inpatient restoration contempt fines imposed in this action for the period from February 1 to February 28, 2026;

- A total of $0 for outpatient restoration contempt fines imposed in this action for the period from February 1 to February 28, 2026;

- A net increase of $31,000 in inpatient restoration contempt fines imposed in this action for the period of January 1 to January 31, 2026, resulting from an updated calculation.

- A net increase of $31,000 in inpatient restoration contempt fines imposed in this action for the period of December 1 to December 31, 2025, resulting from an updated calculation.

- A net increase of $7,000 in inpatient restoration contempt fines imposed in this action for the period of November 1 to November 30, 2025, resulting from an updated calculation.

Based on these fines, the total fine amount for the current reporting period is **$106,500**. Under the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. # 623), contempt fines generated by failures to adhere to inpatient evaluation timelines shall not be reduced to judgment.

(2) Regarding, in-jail contempt fines, (*see* Dkt. # 506), judgment is entered against Defendants in the following amounts:

- $120,750 representing in-jail evaluation contempt fines imposed in this action for the period from February 1 to February 28, 2026;

- A net increase of $46,500 to in-jail evaluation contempt fines imposed in this action for the period of January 1 to January 31, 2026, resulting from an updated calculation.

- A net increase of $46,500 to in-jail evaluation contempt fines imposed in this action for the period of December 1 to December 31, 2025, resulting from an updated calculation.

- A net increase of $45,000 to in-jail evaluation contempt fines imposed in this action for the period of November 1 to November 30, 2025, resulting from an updated calculation.

- A net increase of $46,500 to in-jail evaluation contempt fines imposed in this action for the period of October 1 to October 31, 2025, resulting from an updated calculation.

- A net increase of $45,000 to in-jail evaluation contempt fines imposed in this action for the period of September 1 to September 30, 2025, resulting from an updated calculation.[1]

Based on these fines, the total fine amount for the current reporting period is $350,250. However, Defendants request to make a deduction based on an outstanding credit for good cause exceptions found in the Court's recent Order on Relief from Fines. *See* Dkt. # 1291. The Order allows for a $47,250 credit. *Id.* Defendants have now informed the Court of an accounting error made in their request, (*see* Dkt. ## 1284-1, 1284-5), and ask the Court to adjust the credit's value to $45,750. The Court approves this request. At the same time, Defendants have informed the Court that they had an administrative error which led to an accidental increase of $4,500 to the

---

[1] In their Declaration, Defendants have proposed an increase of $24,000 reflecting updated calculation for September 2025. Dkt. # 1294 ¶ 15. However, to reach that number they appear to be applying a good cause exception credit of $21,000 to the total increase of $45,000 that their data indicates for the relevant time period. *Id.* ¶ 18; Dkt. # 1294-11 at 3. If Defendants seek to apply the Court-approved credit to specific fines, they must still report the total numbers and request the Court apply that credit. If Defendants believe that the Court is misunderstanding the presentation of their reporting, they may raise it in the next Data & Contempt Report or quarterly conference.

credit.  The Court now considers the credit granted in Dkt. # 1291 to be of a total value of

$43,250.  Defendants request the total value of the credit be applied to the total value of in-jail

contempt fines.  The Court approves this request, thus:

- $41,250 is deducted from the total fine amount.

After the deduction, the total due for in-jail evaluation fines for this month is **$309,000**.

This total is due and payable into the Registry of the Court, to be kept in the Registry until

further order of the Court.  This judgment shall bear interest at the federal statutory rate until

satisfied.

Dated April 8, 2026.

Joshua C. Lewis
Clerk of Court

*/s/Ashleigh Drecktrah*
Deputy Clerk

John H. Chun
United States District Judge