**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **A.B., by and through her next friend Cassie Cordell Trueblood,** *et al.* <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **Washington State Department of Social and Health Services,** *et al.*, <br><br> **Defendants.** | **No. 14-cv-01178-JHC** <br><br><br> **ORDER GRANTING STIPULATED MOTION FOR ATTORNEYS' FEES** |

This matter comes before the Court upon the Parties' Stipulated Motion for Attorneys' Fees and Costs.

THE COURTS FINDS that the attorneys' fees and costs reflected in the Parties' Stipulated Motion for Attorney's Fees and Costs are reasonable and compensable under 42 U.S.C. § 1988.

IT IS HEREBY ORDERED that Defendants shall, within fourteen (14) days of the date of this order, pay to Plaintiffs' counsel the sum of $78,750.10 in fees and costs.

//
//
//
//
//
//

Order Granting Stipulated Motion
for Attorney's Fees
C14-1178 JHC
Page 1 of 2

Dated this 9th day of April, 2026.

John H. Chun
United States District Judge