# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD et al., <br><br>        Plaintiffs, <br><br>   v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES et al., <br><br>        Defendants. | **AMENDED JUDGMENT IN A CIVIL CASE RE: DKT. NO. 1307** <br><br> CASE NUMBER: 14-cv-01178-JHC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) Regarding inpatient restoration contempt fines, (*see* Dkt. # 289), the Court notes the following fine amounts were incurred (and any adjustments made to previous fine assessments) during the time periods noted below:

- A total of $10,000 for inpatient restoration contempt fines imposed in this action for the period from March 1 to March 31, 2026;

- A total of $13,500 for outpatient restoration contempt fines imposed in this action for the period from March 1 to March 31, 2026;

Based on these fines, the total fine amount for the current reporting period is **$23,500**. Under the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. # 623), contempt fines generated by failures to adhere to inpatient evaluation timelines shall not be reduced to judgment.

(2) Regarding, in-jail contempt fines, (*see* Dkt. # 506), judgment is entered against Defendants in the following amounts:

- $82,500 representing in-jail evaluation contempt fines imposed in this action for the period from March 1 to March 31, 2026;

- A net decrease of $42,750 to in-jail evaluation contempt fines imposed in this action for the period of February 1 to February 28, 2026, resulting from an updated calculation.

- A net decrease of $46,500 to in-jail evaluation contempt fines imposed in this action for the period of January 1 to January 31, 2026, resulting from an updated calculation.

- A net decrease of $46,500 to in-jail evaluation contempt fines imposed in this action for the period of December 1 to December 31, 2025, resulting from an updated calculation.

- A net decrease of $45,000 to in-jail evaluation contempt fines imposed in this action for the period of November 1 to November 30, 2025, resulting from an updated calculation.

- A net decrease of $46,500 to in-jail evaluation contempt fines imposed in this action for the period of October 1 to October 31, 2025, resulting from an updated calculation.

- A net decrease of $45,000 to in-jail evaluation contempt fines imposed in this action for the period of September 1 to September 30, 2025, resulting from an updated calculation.

Based on these fines, the total fine amount results in a negative value of $189,750. Defendants request this be carried over as a credit to future contempt fines and combined with the good cause exception credit of $84,750 granted in Dkt. # 1295.  The Court grants this request.  The credit's value established in Dkt. # 1295 is now $274,500.  No amount is due with this judgment, and the credit shall be applied to future months' in-jail evaluation contempt fines.

Dated April 15, 2026.

Joshua C. Lewis
Clerk of Court

*/s/Ashleigh Drecktrah*
Deputy Clerk

John H. Chun
United States District Judge