**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| A.B., by and through her next friend Cassie Cordell Trueblood, *et al.*<br><br>    Plaintiffs,<br><br>    v.<br><br>Washington State Department of Social and Health Services, *et al.*,<br><br>    Defendants. | No.  14-cv-01178-JHC<br><br><br>**ORDER GRANTING STIPULATED MOTION FOR ATTORNEYS' FEES** |

This matter comes before the Court upon the Parties' Stipulated Motion for Attorneys' Fees and Costs.  Dkt. # 1317.

THE COURTS FINDS that the attorneys' fees and costs reflected in the Parties' Stipulated Motion for Attorney's Fees and Costs are reasonable and compensable under 42 U.S.C. § 1988.

IT IS HEREBY ORDERED that Defendants shall, within fourteen (14) days of the date of this order, pay to Plaintiffs' counsel the sum of $82,512.10 in fees and costs.

//
//

Order Granting Stipulated Motion
for Attorney's Fees
C14-1178 JHC
Page 1 of 2

Dated this 13th day of May, 2026.

_John H. Chun_
John H. Chun
United States District Judge

Order Granting Stipulated Motion
for Attorney's Fees
C14-1178 JHC
Page 2 of 2