UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD et al., | CASE NO. 14-cv-01178-JHC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  Plaintiffs are DIRECTED to file a response to Defendants' Motion for Reconsideration, Dkt. # 1322, by Monday, May 25, 2026.  *See* LCR 7 (h)(3).

(2) The Clerk is DIRECTED to re-note the motion for reconsideration for May 25, 2026.

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 18th day of May 2026.

MINUTE ORDER - 1

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2