UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD et al., | CASE NO. 14-cv-01178-JHC |
| Plaintiffs, | AMENDED ORDER |
| v. | |
| WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES et al., | |
| Defendants. | |

This matter comes before the Court's following Defendants' Motion for Reconsideration, which the Court granted in part and denied in part. *See* Dkt. # 1322, 1333. The Court stated its amendments and reasons for doing so in its order considering the Defendants' Motion for Reconsideration, and the Court fully incorporates that decision here. *See* Dkt. # 1333.

At the May 1, 2026 conference, the Court, the parties, and the Court Monitor discussed Defendants' April 1, 2026 decision to convert Eastern State Hospital's (ESH) 3N1 ward from forensic beds to civil, which brings the total forensic bed capacity at ESH down from 213 to

AMENDED ORDER - 1

roughly 183.[1]  Dkt. # 1313; *see* Dkt. # 1310 at 11.  Plaintiffs and the Court Monitor raised concerns and suggested that by lowering ESH's forensic bed capacity Defendants were making a substantial change to the underlying considerations used to establish the parties' agreement and the Court's order regarding occupancy-based thresholds.  *Id.*; *see* Dkt. ## 1033, 1277.  After considering the discussion and pertinent portions of the record, the Court concludes that Defendants may not unilaterally lower the total forensic bed capacity used to establish occupancy-based thresholds as established by prior Court order.  Dkt. ## 1264, 1277.

The Court directed the parties to meet and confer to establish occupancy-based thresholds and determine Defendants' ability to use forensic beds to house and treat civil conversion patients.  Dkt. # 1264; *see* Dkt. # 1277 at 2.  The Court later ordered that Defendants may retain and treat civil conversion patients so long as the occupancy of forensic beds does not reach ninety-eight percent (98%).  Dkt. # 1277.  Under the order, Defendants may use those beds to house civil patients so long as they do not reach the threshold limits, but Defendants may not re-designate the unit without Court approval.

The Court ORDERS Defendants to re-designate 3N1 back to a forensic ward.

Dated this 4th day of June, 2026.

John H. Chun
United States District Judge

---

[1] 3N1 contains 30 beds or roughly 14% of the total ESH bed capacity.

AMENDED ORDER - 2