# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD et al.,<br><br>    Plaintiffs,<br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES et al.,<br><br>    Defendants. | **AMENDED JUDGMENT IN A CIVIL CASE RE: DKT. NO. 1335**<br><br>CASE NUMBER: 14-cv-01178-JHC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) Regarding inpatient restoration contempt fines (*see* Dkt. # 289), the Court notes the following fine amounts were incurred (and any adjustments made to previous fine assessments) during the time periods noted below:

- A total of $21,500 for inpatient restoration contempt fines imposed in this action for the period from May 1 to May 31, 2026 (*see* Dkt. # 1335 at 3);

- A total of $0 for outpatient restoration contempt fines imposed in this action for the period from May 1 to May 31, 2026 (*see* Dkt. # 1335 at 3);

Based on these fines, the total fine amount for the current reporting period is **$21,500**. *See* Dkt. # 1335 at 3.  Under the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. # 623), contempt fines generated by failures to adhere to inpatient evaluation timelines shall not be reduced to judgment.

(2) Regarding, in-jail contempt fines (*see* Dkt. # 506), judgment is entered against Defendants in the following amounts:

- $147,000 representing in-jail evaluation contempt fines imposed in this action for the period from May 1 to May 31, 2026 (*see* Dkt. # 1335 at 3);

- No net change resulted from an updated calculation.  *See* Dkt. # 1335.

Based on these fines, the total fine amount for the current reporting period is $147,000. *See* Dkt. # 1335 at 4.  However, Defendants request to make a deduction for the full amount based on a $165,000 outstanding credit for overpayment found in the Court's last Amended judgment, *see* Dkt. # 1326, and a credit of $17,250 for good cause exceptions found in the Court's recent Order on Relief from Fines, *see* Dkt. # 1328, totaling a credit of $182,250.  *See* Dkt. # 1335 at 4.  The Court approves this request, thus:

- $147,000 is deducted from the total fine amount.

After the deduction, the total due for in-jail evaluation fines for this month is **$0**.  No amount is due with this judgment, and the remaining credit of $35,250 shall be applied to future months' in-jail evaluation contempt fines.

//

//

Dated June 17, 2026.

Joshua C. Lewis
Clerk of Court


/s/Ashleigh Drecktrah
Deputy Clerk


John H. Chun
United States District Judge