**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **A.B., by and through her next friend Cassie Cordell Trueblood, *et al.*** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **Washington State Department of Social and Health Services, *et al.*,** <br><br> **Defendants.** | **No. 14-cv-01178-JHC** <br><br> **ORDER GRANTING STIPULATED MOTION FOR ATTORNEYS' FEES** |

This matter comes before the Court upon the Parties' Stipulated Motion for Attorneys' Fees and Costs. Dkt. # 1,348.

THE COURT FINDS that the attorneys' fees and costs reflected in the Parties' Stipulated Motion for Attorneys' Fees and Costs are reasonable and compensable under 42 U.S.C. § 1988.

IT IS HEREBY ORDERED that Defendants shall, within fourteen (14) days of the date of this order, pay to Plaintiffs' counsel the sum of $91,692.53 in fees and costs.

Dated this 14th day of August, 2026.

John H. Chun
John H. Chun
United States District Judge