# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A.B., by and through her next friend CASSIE CORDELL TRUEBLOOD et al.,

Plaintiffs,

v.

WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES et al.,

Defendants.

**AMENDED JUDGMENT IN A CIVIL CASE RE: DKT. NO. 1347**

CASE NUMBER: 14-cv-01178-JHC

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) Regarding inpatient restoration contempt fines (*see* Dkt. # 289), the Court notes the following fine amounts were incurred (and any adjustments made to previous fine assessments) during the time periods noted below:

- A total of $10,000 for inpatient restoration contempt fines imposed in this action for the period from July 1 to July 31, 2026 (*see* Dkt. # 1347 at 3);
- A total of $0 for outpatient restoration contempt fines imposed in this action for the period from July 1 to July 31, 2026 (*see* Dkt. # 1347 at 3); and

- A net increase of $16,000 in inpatient restoration contempt fines imposed in this action for the period of June 1 to June 30, 2026, resulting from an updated calculation (*see* Dkt. # 1347 at 3).

Based on these fines, the total fine amount for the current reporting period is **$26,000**. *See* Dkt. # 1347 at 3-4. Under the Court's Order Granting Final Approval of Amended Settlement Agreement (Dkt. # 623), contempt fines generated by failures to adhere to inpatient evaluation timelines shall not be reduced to judgment.

(2) Regarding in-jail contempt fines (*see* Dkt. # 506), judgment is entered against Defendants in the following amounts:

- $178,500 representing in-jail evaluation contempt fines imposed in this action for the period from July 1 to July 31, 2026 (*see* Dkt. # 1347 at 3); and
- No net change resulted from an updated calculation. *See* Dkt. # 1347.

Based on these fines, the total fine amount for the current reporting period is $178,500. *See* Dkt. # 1347 at 4. However, Defendants request a deduction of $43,500, which is the total amount of a good cause exception found in the Court's recent Order on Relief from Fines, *see* Dkt. # 1345. *See* Dkt. # 1347 at 4. The Court approves this request; thus,

- $43,500 is deducted from the total fine amount.

After the deduction, the total due for in-jail evaluation fines for this month is **$135,000**. This total is due and payable into the Registry of the Court, to be kept in the Registry until further order of the Court. This judgment shall bear interest at the federal statutory rate until satisfied.

Dated August 17, 2026.

Joshua C. Lewis
Clerk of Court

*/s/Ashleigh Drecktrah*
Deputy Clerk

John H. Chun
United States District Judge