**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **A.B., by and through her next friend Cassie Cordell Trueblood, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>Washington State Department of Social and Health Services, *et al.*,<br><br>Defendants.** | **No. 14-cv-01178-JHC<br><br>ORDER GRANTING STIPULATED MOTION FOR ATTORNEYS' FEES** |

This matter comes before the Court upon the Parties' Stipulated Motion for Attorneys' Fees and Costs. Dkt. # 1,365.

THE COURT FINDS that the attorneys' fees and costs reflected in the Parties' Stipulated Motion for Attorneys' Fees and Costs are reasonable and compensable under 42 U.S.C. § 1988.

IT IS HEREBY ORDERED that Defendants shall, within fourteen (14) days of the date of this order, pay to Plaintiffs' counsel the sum of $73,091.22 in fees and costs.

Dated this 4th day of November, 2026.

John H. Chun
United States District Judge